IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:25-CV-80526-DMM

GOOD SAMARITAN MEDICAL CENTER,
INC., et al.,

      *Plaintiffs*,

    v.

THE LEAPFROG GROUP,

      *Defendant*.

## JOINT PROPOSED CASE SCHEDULE

In advance of the status conference scheduled for May 28, 2025, the parties have met and

conferred and jointly propose the following schedule for this action:

| Item | Date |
|---|---|
| Parties file ESI Protocol | June 13, 2025 |
| TLG's Deadline to File MTD | June 6, 2025 |
| Plaintiffs' Response to MTD | June 20, 2025 |
| TLG's Reply ISO MTD | June 27, 2025 |
| 26(f) Conference | July 10, 2025 |
| Parties Serve Initial Disclosures | July 17, 2025 |
| Substantial Completion of Document Production | August 14, 2025 |
| Non-Expert Discovery Cutoff | September 25, 2025 |
| Opening Expert Report | October 2, 2025 |
| Rebuttal Expert Reports | October 16, 2025 |

| | |
|---|---|
| Close of Expert Discovery | November 12, 2025 |
| Dispositive Motion Deadline | November 12, 2025 |
| Pretrial Calendar Call | January 7, 2026 |
| Trial | January 12, 2026 |

Dated: May 27, 2025

Respectfully submitted,

By*: /s Michael Pineiro*

    MARCUS NEIMAN RASHBAUM & PINEIRO LLP

    Michael Pineiro, Bar # 41897
    Daniel Rashbaum, Bar # 75084
    Brandon S. Floch, Bar # 125218
    2 South Biscayne Boulevard
    Suite 2530
    Miami, Florida 33131
    Telephone: 305-400-4268
    Facsimile: 954-688-2492
    mpineiro@mnrlawfirm.com
    drashbaum@mnrlawfirm.com
    bfloch@mnrlawfirm.com

    GIBSON, DUNN & CRUTCHER LLP

    Mary Beth Maloney (*pro hac vice*)
    Lee R. Crain (*pro hac vice*)
    200 Park Avenue
    New York, NY  10166
    Telephone: 212.351.4000
    Facsimile: 212.351.4035
    Email: mmaloney@gibsondunn.com
    Email: lcrain@gibsondunn.com

    Betty X. Yang (*pro hac vice*)
    Scott K. Hvidt (*pro hac vice*)
    2001 Ross Avenue, Suite 2100
    Dallas, TX  75201
    Telephone: 214.698.3100
    Facsimile: 214.571.2900
    Email: byang@gibsondunn.com
    Email: shvidt@gibsondunn.com

    *Attorneys for Plaintiffs*