# Exhibit 45

# Leapfrog Hospital Survey
# Hard Copy

## QUESTIONS & REPORTING PERIODS
## ENDNOTES
## MEASURE SPECIFICATIONS
## FAQS



PBHN000002651

# Table of Contents

Table of Contents ........................................................................................................................ 2

Welcome to the 2025 Leapfrog Hospital Survey .................................................................... 9

  Important Notes About the 2025 Survey ............................................................................ 10

  Overview of the 2025 Leapfrog Hospital Survey ............................................................... 12

  Pre-Submission Checklist .................................................................................................. 15

  Instructions for Submitting a Leapfrog Hospital Survey .................................................... 16

    Reporting Policy Following Cybersecurity Events and Natural Disasters ....................... 17

    Verifying Submission ..................................................................................................... 17

    Updating or Correcting a Previously Submitted Leapfrog Hospital Survey .................... 17

    Updating a Survey after Receiving a Help Desk Email .................................................. 18

    Updating a Survey following On-Site Data Verification .................................................. 18

    Making General Updates (for hospitals that have not received a Help Desk email) ........ 18

  Deadlines .......................................................................................................................... 20

    Deadlines for the 2025 Leapfrog Hospital Survey ......................................................... 20

    Deadlines for Vermont Oxford Network Data ................................................................ 20

    Deadlines to Join Leapfrog's NHSN Group ................................................................... 20

    Deadlines Related to the Hospital Safety Grade ........................................................... 20

  Technical Assistance ......................................................................................................... 21

    Leapfrog's Help Desk .................................................................................................... 21

    Leapfrog Hospital Survey Webinar Series ..................................................................... 21

    Support for Health Systems ........................................................................................... 22

  Reporting Periods .............................................................................................................. 23

  Included Units by Survey Section ...................................................................................... 26

Page Intentionally Left Blank ................................................................................................. 29

HOSPITAL PROFILE ............................................................................................................. 30

  Hospital Profile .................................................................................................................. 31

  Hospital Profile .................................................................................................................. 32

    Hospital Information ....................................................................................................... 32

    Demographic Information ............................................................................................... 32

    Contact Information ....................................................................................................... 33

Page Intentionally Left Blank ................................................................................................. 35

SECTION 1: PATIENT RIGHTS AND ETHICS ...................................................................... 36

  Section 1: Patient Rights and Ethics ................................................................................. 37

  1A: Basic Hospital Information .......................................................................................... 38

    General Information ....................................................................................................... 38

    General Hospital Policies ............................................................................................... 39

Table of Contents

PBHN000002652

1B: Billing Ethics ..................................................................................................... 40

    Additional Questions (Optional – Fact Finding Only) ........................................ 41

1C: Health Care Equity ........................................................................................... 42

1D: Informed Consent ............................................................................................. 44

    Policies and Training ......................................................................................... 44

    Content of Informed Consent Forms ................................................................. 44

    Process for Gaining Informed Consent ............................................................. 45

Section 1: Patient Rights and Ethics Reference Information ................................... 47

    What's New in the 2025 Survey ........................................................................ 47

    Change Summary Since Release ...................................................................... 48

Section 1A: Basic Hospital Information Measure Specifications ............................. 49

Section 1: Patient Rights and Ethics Frequently Asked Questions (FAQs) ............. 50

    Basic Hospital Information FAQs ...................................................................... 50

    Billing Ethics FAQs ........................................................................................... 50

    Health Care Equity FAQs ................................................................................. 52

    Informed Consent FAQs ................................................................................... 53

Page Intentionally Left Blank ................................................................................... 56

SECTION 2: MEDICATION SAFETY ...................................................................... 57

    Section 2: Medication Safety ............................................................................ 58

    2A: Computerized Physician Order Entry (CPOE) ........................................... 59

    2B: EHR Application Information ....................................................................... 61

        Additional Questions (Optional – Fact Finding Only) .................................. 62

    2C: Bar Code Medication Administration (BCMA) ............................................ 63

    2D: Medication Reconciliation .......................................................................... 66

    Section 2: Medication Safety Reference Information ......................................... 69

        What's New in the 2025 Survey ................................................................. 69

        Change Summary Since Release ............................................................... 70

    Section 2: Medication Safety Measure Specifications ...................................... 71

        Computerized Physician Order Entry (CPOE) Measure Specifications ........ 71

        Bar Code Medication Administration (BCMA) Measure Specifications ........ 73

        Medication Reconciliation Measure Specifications .................................... 75

    Section 2: Medication Safety Frequently Asked Questions (FAQs) ................... 81

        Computerized Physician Order Entry (CPOE) FAQs .................................. 81

        Bar Code Medication Administration (BCMA) FAQs ................................... 82

        Medication Reconciliation FAQs ................................................................ 86

Page Intentionally Left Blank ................................................................................... 89

SECTION 3: ADULT AND PEDIATRIC COMPLEX SURGERY ............................... 90

**Version 9.1**
**© 2025 The Leapfrog Group**

First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002653

Section 3: Adult and Pediatric Complex Surgery .................................................................. 91

3A: Hospital and Surgeon Volume ....................................................................................... 92

3B: Safe Surgery Checklist for Adult and Pediatric Complex Surgery................................. 96

Section 3: Adult and Pediatric Complex Surgery Reference Information ...................... 100

What's New in the 2025 Survey ........................................................................................ 100

Change Summary Since Release ....................................................................................... 100

Section 3: Adult and Pediatric Complex Surgery Measure Specifications.................... 101

Hospital and Surgeon Volume Measure Specifications ................................................... 101

Safe Surgery Checklist for Adult and Pediatric Complex Surgery Measure Specifications...... 139

Section 3: Adult and Pediatric Complex Surgery Frequently Asked Questions (FAQs)............... 141

General Questions ............................................................................................................ 141

Hospital Volume FAQs ...................................................................................................... 141

Surgeon Volume FAQs ...................................................................................................... 142

Safe Surgery Checklist for Adult and Pediatric Complex Surgery FAQs........................... 143

Page Intentionally Left Blank ............................................................................................ 145

SECTION 4: MATERNITY CARE .......................................................................................... 146

Section 4: Maternity Care ................................................................................................. 147

4A: Maternity Care Volume and Services ......................................................................... 148

Maternity Care Volume .................................................................................................... 148

Maternity Care Services ................................................................................................... 149

4B: Cesarean Birth ........................................................................................................... 150

Cesarean Birth Stratified by Race/Ethnicity .................................................................... 151

4C: Episiotomy ................................................................................................................. 152

4D: Process Measures of Quality...................................................................................... 153

Newborn Bilirubin Screening Prior to Discharge ............................................................. 153

Appropriate DVT Prophylaxis in Women Undergoing Cesarean Delivery ........................ 154

4E: High-Risk Deliveries ................................................................................................... 155

Neonatal Intensive Care Unit(s) – Volume...................................................................... 156

Neonatal Intensive Care Unit(s) – National Performance Measurement.......................... 156

Section 4: Maternity Care Reference Information ......................................................... 159

What's New in the 2025 Survey ........................................................................................ 159

Change Summary Since Release ....................................................................................... 160

Section 4: Maternity Care Measure Specifications ....................................................... 161

Maternity Care Volume Measure Specifications .............................................................. 161

Cesarean Birth Measure Specifications ........................................................................... 162

Episiotomy Measure Specifications .................................................................................. 170

Process Measures of Quality Measure Specifications....................................................... 171

PBHN000002654

High-Risk Deliveries Measure Specifications ............................................................... 173

Section 4: Maternity Care Frequently Asked Questions (FAQs) .................................. 175

Page Intentionally Left Blank................................................................................................ 176

SECTION 5: PHYSICIAN AND NURSE STAFFING ............................................................... 177

Section 5: Physician and Nurse Staffing ........................................................................ 178

5A: Adult ICU Physician Staffing ..................................................................................... 180

5B: Pediatric ICU Physician Staffing .............................................................................. 184

5C: Nursing Workforce ..................................................................................................... 188

Total Nursing Care Hours per Patient Day, RN Hours per Patient Day, and Nursing Skill Mix 188

NQF Safe Practice #9 – Nursing Workforce .............................................................. 192

Percentage of RNs who are BSN-Prepared .............................................................. 193

Section 5: Physician and Nurse Staffing Reference Information ................................... 195

What's New in the 2025 Survey ................................................................................. 195

Change Summary Since Release ............................................................................... 196

Nursing Workforce Measure Specifications ............................................................... 197

Section 5: Physician and Nurse Staffing Frequently Asked Questions (FAQs)............ 208

ICU General Questions ............................................................................................... 208

ICU Certification ......................................................................................................... 208

ICU Telemedicine ....................................................................................................... 209

ICU Response Time .................................................................................................... 209

ICU Rounding ............................................................................................................. 210

Total Nursing Care Hours per Patient Day, RN Hours per Patient Day, and Nursing Skill Mix FAQs .......................................................................................................................... 210

NQF Safe Practice #9 – Nursing Workforce FAQs .................................................... 211

Percentage of RNs who are BSN-Prepared FAQs .................................................... 211

Page Intentionally Left Blank................................................................................................ 212

SECTION 6: PATIENT SAFETY PRACTICES ....................................................................... 213

Section 6: Patient Safety Practices ................................................................................ 214

6A: NQF Safe Practice #1 – Culture of Safety Leadership Structures and Systems ..... 215

Awareness................................................................................................................... 215

Accountability ............................................................................................................. 215

Ability .......................................................................................................................... 216

Action .......................................................................................................................... 216

6B: NQF Safe Practice #2 – Culture Measurement, Feedback, and Intervention ......... 217

Awareness................................................................................................................... 217

Accountability ............................................................................................................. 217

Ability .......................................................................................................................... 218

PBHN000002655

Action ................................................................................................................. 218

6C: Hand Hygiene ................................................................................................. 219

Training and Education ......................................................................................... 219

Infrastructure ....................................................................................................... 220

Monitoring............................................................................................................. 221

Feedback.............................................................................................................. 224

Culture .................................................................................................................. 224

6D: Diagnostic Excellence (Optional – Fact-Finding Only) .................................. 225

CEO Commitment to Diagnostic Excellence ........................................................ 225

Patient Engagement............................................................................................. 225

Risk Assessment and Mitigation .......................................................................... 226

Convening a Multidisciplinary Team Focused on Diagnostic Excellence ............. 226

Training and Education ......................................................................................... 227

Closing the Loop on Cancer Diagnosis ............................................................... 228

6E: Hospital Boarding in the Emergency Department (ED) (Optional – Fact-Finding Only) ......... 229

Section 6: Patient Safety Practices Reference Information ................................... 233

What's New in the 2025 Survey ........................................................................... 233

Change Summary Since Release ......................................................................... 235

Section 6: Patient Safety Practices Measure Specifications................................. 236

NQF Safe Practice Measure Specifications ......................................................... 236

Hand Hygiene Measure Specifications ................................................................ 237

Closing the Loop on Cancer Diagnosis Measure Specifications .......................... 245

Hospital Boarding in the Emergency Department (ED) Boarding Measure Specifications ...... 246

Patient Safety Practices Frequently Asked Questions (FAQs).............................. 249

General Questions ............................................................................................... 249

NQF Safe Practice #1 – Leadership Structures and Systems FAQs..................... 251

NQF Safe Practice #2 – Culture Measurement, Feedback, and Intervention FAQs ............. 254

Hand Hygiene FAQs ............................................................................................ 255

Diagnostic Excellence FAQs................................................................................ 258

Page Intentionally Left Blank................................................................................ 259

SECTION 7: MANAGING SERIOUS ERRORS.................................................... 260

Section 7: Managing Serious Errors .................................................................... 261

7A: Never Events ................................................................................................. 262

7B: Healthcare-Associated Infections .................................................................. 263

Section 7: Managing Serious Errors Reference Information.................................. 266

What's New in the 2025 Survey ........................................................................... 266

Change Summary Since Release ......................................................................... 266

PBHN000002656

Section 7B: Healthcare-Associated Infections Measure Specifications.................................267

    Checklist for Joining Leapfrog's NHSN Group and Ensuring the Data are Accurate: .............267

    Deadlines and Reporting Periods .................................................................................268

Section 7A: Never Events Frequently Asked Questions (FAQs) ....................................................269

Page Intentionally Left Blank.................................................................................................271

SECTION 8: PEDIATRIC CARE ...........................................................................................272

    Section 8: Pediatric Care ........................................................................................273

    8A: Patient Experience (CAHPS Child Hospital Survey) ...............................................274

    8B: Pediatric Computed Tomography (CT) Radiation Dose ...........................................276

    Section 8: Pediatric Care Reference Information.........................................................279

        What's New in the 2025 Survey .............................................................................279

        Change Summary Since Release ..........................................................................279

    Section 8: Pediatric Care Measure Specifications .....................................................280

        Patient Experience (CAHPS Child Hospital Survey) Measure Specifications .........280

        Pediatric Computed Tomography (CT) Radiation Dose Measure Specifications....281

    Section 8: Pediatric Care Frequently Asked Questions (FAQs) ....................................286

        Patient Experience (CAHPS Child Hospital Survey) FAQs .......................................286

        Pediatric Computed Tomography (CT) Radiation Dose FAQs ..................................286

Page Intentionally Left Blank.................................................................................................288

SECTION 9: OUTPATIENT PROCEDURES ...........................................................................289

    Section 9: Outpatient Procedures ............................................................................290

    9A: Basic Outpatient Department Information ...........................................................291

    9B: Medical, Surgical, and Clinical Staff ..................................................................293

    9C: Volume of Procedures ......................................................................................295

        Ophthalmology ....................................................................................................298

        Orthopedic ..........................................................................................................299

        Otolaryngology ...................................................................................................300

        Gastroenterology.................................................................................................301

        General Surgery ..................................................................................................302

        Urology ..............................................................................................................303

        Neurological Surgery...........................................................................................304

        Obstetrics and Gynecology ..................................................................................305

        Plastic and Reconstructive Surgery ......................................................................306

    9D: Safety of Procedures .......................................................................................307

        Patient Follow-up.................................................................................................307

        Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures....................308

    9E: Medication Safety for Outpatient Procedures.......................................................311

PBHN000002657

*2025 Leapfrog Hospital Survey – Hard Copy*                                    *General Information*

9F: Patient Experience (OAS CAHPS) ................................................................. 313

Section 9: Outpatient Procedures Reference Information ........................................... 316

What's New in the 2025 Survey ......................................................................... 316

Change Summary Since Release ......................................................................... 316

Basic Outpatient Department Information Frequently Asked Questions (FAQs) ........................ 317

Medical, Surgical, and Clinical Staff Frequently Asked Questions (FAQs) ............................ 318

Volume of Procedures Measure Specifications ....................................................... 319

Ophthalmology Measure Specifications ................................................................. 321

Orthopedic Measure Specifications ..................................................................... 321

Otolaryngology Measure Specifications ................................................................ 321

Gastroenterology Measure Specifications ............................................................. 322

General Surgery Measure Specifications ............................................................... 322

Urology Measure Specifications ........................................................................ 322

Neurological Surgery Measure Specifications ......................................................... 323

Obstetrics and Gynecology Measure Specifications .................................................. 323

Plastic and Reconstructive Surgery Measure Specifications ......................................... 323

Volume of Procedures Frequently Asked Questions (FAQs) ............................................ 324

Safety of Procedures Measure Specifications ......................................................... 325

Patient Follow-up ...................................................................................... 325

Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures ............................. 326

Safety of Procedures Frequently Asked Questions (FAQs) ............................................ 328

General Questions ...................................................................................... 328

Patient Follow-up FAQs ................................................................................ 328

Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures FAQs ........................ 328

Medication Safety for Outpatient Procedures Measure Specifications ................................ 330

Medication Safety for Outpatient Procedures Frequently Asked Questions (FAQs) .................... 334

Patient Experience (OAS CAHPS) Measure Specifications .............................................. 335

Patient Experience (OAS CAHPS) Frequently Asked Questions (FAQs) .................................. 338

Endnotes ............................................................................................... 339

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002658

# *Welcome to the 2025 Leapfrog Hospital Survey*

**https://leapfroggroup.org/hospital**

Dear Hospital Leaders,

This year marks Leapfrog's 25th anniversary, and I want to thank you, our annual Survey participants, for being a critical part of our successful journey.

As we reflect on the progress made over the past quarter-century, it is clear that the work we have done together has reshaped health care for the better. Your transparency and willingness to be held to the highest standards of excellence have elevated American health care, empowering patients and families while challenging all of us to do better.

Of course, the journey ahead is still long, and we have much more work to do to achieve the uniform level of excellence that all Americans need and deserve from health care. But it is worth taking a few moments to reflect on the impact we've made together to date driving giant leaps for patient safety.

Over this milestone year, you will hear more from Leapfrog on our analysis of the progress our country has made in patient safety and quality of care. There are many bright spots. We are grateful to you and your colleagues for your leadership, hard work and bold transparency that makes it possible. You are saving lives.

We look forward to the journey forward with you.

With gratitude,

Leah Binder
President & CEO
The Leapfrog Group



PBHN000002659

*2025 Leapfrog Hospital Survey – Hard Copy*                                                    *General Information*

## Important Notes About the 2025 Survey

1.  The Leapfrog Hospital Survey webpages are located at https://leapfroggroup.org/hospital. Please bookmark this URL.

2.  Note the word "hospital" used throughout this Survey refers to an individual hospital. If your hospital is part of a multi-hospital health care system or a multi-campus hospital, you will need to complete the Survey for each individual hospital. Please refer to Leapfrog's Multi-Campus Hospital Reporting Policy.

3.  To submit a Survey via the Online Hospital Survey Tool, hospitals are required to complete and affirm the following six sections: Section 1: Patient Rights and Ethics, Section 2: Medication Safety, Section 4: Maternity Care, Section 5: Physician and Nurse Staffing, Section 6: Patient Safety Practices, and Section 7: Managing Serious Errors. However, hospitals are urged to submit all sections of the Survey and can indicate within a section if a measure does not apply. Hospitals that would like to be eligible for Top Hospital must submit all sections of the Survey.

4.  Adult and general hospitals that indicate they have a Computerized Physician Order Entry (CPOE) system in at least one inpatient unit are asked to demonstrate, via a test, that the inpatient CPOE system can alert prescribers to at least 60% of frequent serious medication errors known to cause harm to patients. Hospitals will have access to the CPOE Evaluation Tool immediately after completing the Hospital Profile in the Online Hospital Survey Tool. Hospitals cannot submit the Survey, including results from the Adult Inpatient CPOE Test until all the following Survey sections have been completed and affirmed: Section 1: Patient Rights and Ethics, Section 2: Medication Safety, Section 4: Maternity Care, Section 5: Physician and Nurse Staffing, Section 6: Patient Safety Practices, and Section 7: Managing Serious Errors. Hospitals are urged to ensure that the Adult Inpatient CPOE Test is submitted along with the Survey (i.e., in the same month) to meet the deadlines for the Leapfrog Hospital Survey and Leapfrog's other programs such as Top Hospital and the Leapfrog Hospital Safety Grade.

5.  Adult and pediatric hospitals reporting on Section 7B: Healthcare-Associated Infections are required to join Leapfrog's NHSN Group. Information about teaching status will also be pulled directly from NHSN. More information, including important deadlines, is available on the Join NHSN Group webpage.

6.  Leapfrog Hospital Survey Results will be available on the Hospital Details Page beginning July 12 and publicly reported on the public reporting website on July 25 for hospitals that submit a Survey by the June 30 Submission Deadline. After July, the Hospital Details Page and public reporting website will be refreshed monthly within the first seven (7) business days of each month to reflect Surveys submitted or resubmitted between July 1 and November 30 and previously submitted Surveys that were corrected between December 1 and January 31. Survey Results are frozen from February to July 25.

7.  All questions regarding the Leapfrog Hospital Survey should be submitted to the Help Desk at https://leapfroghelpdesk.zendesk.com. Questions submitted to the Help Desk will receive a response within 1-2 business days (see Help Desk Holiday Schedule for planned closures).

8.  For hospitals that would like Leapfrog Hospital Survey Results included in their **Leapfrog Hospital Safety Grade,** please visit the "For Hospitals" section of the Hospital Safety Grade website for important information on Data Snapshot Dates. A Leapfrog Hospital Survey must be submitted by the Data Snapshot Date for Survey data to be used in the Hospital Safety Grade.

9.  Leapfrog is committed to verifying the accuracy of Leapfrog Hospital Survey Results. Please review the information on the Data Accuracy webpage.

10. The Submission Deadline for the 2025 Leapfrog Hospital Survey is **June 30, 2025,** and the Late Submission and Performance Update Deadline is **November 30, 2025**. Hospitals that do not submit a Survey or CPOE Evaluation Tool (adult and general hospitals only) before 11:59 pm Eastern Time on

PBHN000002660

*2025 Leapfrog Hospital Survey – Hard Copy*                                    *General Information*

**November 30, 2025,** will have to wait until the launch of the 2026 Leapfrog Hospital Survey on April 1, 2026 to submit a Survey.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002661

## Overview of the 2025 Leapfrog Hospital Survey

The Leapfrog Hospital Survey is divided into nine sections and the Hospital Profile. A description of each section is listed below. For a more detailed overview of the 2025 Leapfrog Hospital Survey, including a crosswalk of nationally endorsed measures and a description of how measures are publicly reported, visit the Survey Overview webpage.

| Section Number | Section Title | Brief Description |
|---|---|---|
| | **Hospital Profile** | The Hospital Profile includes questions about demographic and contact information. The Profile can be accessed and updated anytime throughout the year after logging into the Online Hospital Survey Tool. The Hospital Profile must be completed and submitted before you can access Sections 1-9 and the CPOE Evaluation Tool on the Survey Dashboard. |
| 1 | **Patient Rights and Ethics** | Section 1 includes questions about your hospital's billing ethics, health care equity, and informed consent processes. This section also includes questions on your hospital bed size, admissions, ICUs, and teaching status. |
| 2 | **Medication Safety** | Section 2 includes questions about your hospital's use of CPOE and BCMA, and (for adult and general hospitals) questions about your hospital's medication reconciliation process. The EHR application subsection (2B) is only applicable to adult and general hospitals and will not be scored or publicly reported. In 2025, three questions about Artificial Intelligence (AI) applications were added to subsection 2B – these questions are optional and will not be scored or publicly reported. |
| 3 | **Adult and Pediatric Complex Surgery** | Section 3 includes questions about your hospital's volume and process for privileging surgeons for eleven high-risk procedures, outcomes for mitral valve repair and replacement, and participation in The Society of Thoracic Surgeon's Congenital Heart Surgery Database for hospitals that perform the Norwood procedure. This section also includes questions about the implementation of a safe surgery checklist. |
| 4 | **Maternity Care** | Section 4 includes questions about maternity care volume and services, cesarean birth, episiotomy, newborn bilirubin screening, and DVT prophylaxis for women undergoing cesarean delivery. The section also includes questions about high-risk deliveries, including volume and outcomes. The subsection on cesarean birth (4C) includes questions about cesarean births stratified by race/ethnicity that will not be scored or publicly reported, however, responses will be used for confidential reporting on the Hospital Details Page in 2025. |
| 5 | **Physician and Nurse Staffing** | Section 5 includes questions about the management of critical care patients and the staffing structure of your hospital's adult and pediatric general medical, surgical, medical/surgical, and neuro ICUs, and questions about your hospital's nursing staffing and skill mix (previously included in Section 6). |
| 6 | **Patient Safety Practices** | Section 6 includes questions about your hospital's adherence to two National Quality Forum-endorsed Safe Practices, and questions about your hospital's hand hygiene practices. It also includes a subsection on diagnostic excellence (6D) and a new subsection on Hospital Boarding in the Emergency Department (ED) (6E) – both subsections are optional and will not be scored or publicly reported. |

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

PBHN000002662

| Section Number | Section Title | Brief Description |
|---|---|---|
| 7 | **Managing Serious Errors** | Section 7 includes questions about your hospital's response to Never Events. In addition, Leapfrog collects information via its NHSN Group about five healthcare-associated infections (CLABSI, CAUTI, MRSA, *C. diff.*, and SSI: Colon). Hospitals reporting on Section 7B: Healthcare-Associated Infections are required to join Leapfrog's NHSN Group. Important information and deadlines are available on the <u>Join NHSN Group webpage</u>. |
| 8 | **Pediatric Care** | Section 8 includes questions about patient experience (CAHPS Child Hospital Survey) and Computed Tomography (CT) radiation dose for pediatric patients. |
| 9 | **Outpatient Procedures** | Section 9 includes questions about the volume and safety of same-day procedures performed in hospital outpatient departments, as well as the experience of patients who had a same-day surgery performed. |

Section 1: Patient Rights and Ethics, Section 2: Medication Safety, Section 4: Maternity Care, Section 5: Physician and Nurse Staffing, Section 6: Patient Safety Practices, and Section 7: Managing Serious Errors are required to submit a Survey via the Online Hospital Survey Tool. Hospitals are strongly urged to submit all sections of the Leapfrog Hospital Survey and can indicate within a section if a measure does not apply.

The hard copy of the Survey and the Online Hospital Survey Tool are organized in the same format for all nine sections:

- **General information** about The Leapfrog Group's standard (included in the hard copy only).
- **Reporting periods** to provide hospitals with specific periods of time for each set of questions.
- **Survey questions** which may include references to endnotes or FAQs. The Survey questions and endnotes match the Online Hospital Survey Tool exactly.
- **Affirmation of accuracy** by your hospital's CEO/Chief Administrative Officer or by an individual that has been designated by the hospital CEO. These statements affirm the accuracy of your hospital's responses and must be completed in the Online Hospital Survey Tool to submit a Survey.
- **Reference information** which includes "What's New" and "Change Summaries," important measure specifications, answers to frequently asked questions, and other notes that must be carefully reviewed before responding to any of the Survey questions (included in the hard copy only).

In addition to the Survey questions, adult and general hospitals that indicate they have a CPOE system in at least one inpatient unit are asked to demonstrate, via a test, that the inpatient CPOE system can alert physicians to at least 60% of frequent serious medication errors known to cause harm to patients. Adult and general hospitals can access the CPOE Evaluation Tool immediately after completing the Hospital Profile in the Online Hospital Survey Tool. Carefully review the information on the <u>Prepare for a CPOE Tool webpage</u>.

Any changes made to the measure specifications after April 1 will be reflected in the hard copy of the Survey in the Reference Information sections under the "Change Summary" header (see <u>Table of Contents</u>). In addition, the updates to the specifications will be highlighted in yellow. If the changes are substantial, we will email the Primary Survey Contact your hospital provided in the Hospital Profile of the Online Hospital Survey Tool. If the notification is sent before your hospital submits a 2025 Leapfrog Hospital Survey, the email will go to the Primary Survey Contact provided in the previous year's Survey.

The Leapfrog Group and its participating members are committed to presenting information that is as current as possible, therefore we allow hospitals to update and resubmit their Survey until the **November 30 Late Submission and Performance Update Deadline**. Please carefully review the reporting periods in each section before updating your Survey. Leapfrog Hospital Survey Results are updated monthly beginning in July on Leapfrog's <u>public reporting website</u>. Hospitals are required to <u>update the</u>

PBHN000002663

information in their Survey within 30 days of any change in status. We reserve the right to decertify information that is not current. More information on updating your Survey is available on the Updating Your Hospital Survey webpage.

**Version 9.1**
© **2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002664

## **Pre-Submission Checklist**

Before you complete and submit the Survey via the Online Hospital Survey Tool, there are several steps you should complete:

☐ **Visit the Hospital Survey webpages at** https://leapfroggroup.org/hospital.

☐ **Make sure you have a 16-digit security code**. If you don't, download a Security Code Request form. If your hospital is part of a multi-hospital healthcare system, you will need a separate security code for each individual hospital within the system. Please refer to Leapfrog's Multi-Campus Hospital Reporting Policy.

☐ **Download a hard copy of the Survey** (PDF or Word document) on the Survey and CPOE Materials webpage. Read through the entire document to ensure that you understand what information is required.

☐ **Review the reference information** in each section of the Survey document and **download other supporting materials**. These documents and tools contain information that you will need to accurately respond to the Survey questions.

☐ **Join Leapfrog's NHSN Group**. Hospitals reporting on Section 7B: Healthcare-Associated Infections are required to join Leapfrog's NHSN Group. More information, including important deadlines, is available on the Join NHSN Group webpage.

☐ **Accept the American Medical Association's Terms of Use and Download the CPT Code Workbook**. Hospitals reporting on Section 3 Adult and Pediatric Complex Procedures (that perform bariatric surgery for weight loss, total hip replacement surgery, or total knee replacement surgery) and Section 9 Outpatient Procedures (that perform outpatient procedures) must accept the American Medical Association's Terms of Use and download the CPT Code Workbook via the button on the Survey Dashboard in Section 9.

☐ **Identify individuals from your hospital to help you** gather the data you will need to complete the various sections of the Survey.

☐ **Complete a hard copy of the Survey before you log in to the Online Survey Tool**. This will expedite the data entry into the Online Survey Tool and help to avoid the Tool "timing out" after 20 minutes of idle time (a security precaution). Once all the information has been collected and recorded in the hard copy of the Survey, the CEO or the CEO's designee can typically complete the online data entry in less than an hour. Please note, responses must be entered into the Online Survey Tool to be submitted.

☐ **Download and review a copy of the Online Survey Tool Guide** on the Get Started webpage and includes important instructions on how to navigate the Online Hospital Survey Tool, including instructions on how to verify your hospital has successfully submitted the Survey.

☐ **Check Survey deadlines.** Carefully review Survey deadlines before you begin. Ensure that you have enough time to collect the data, complete a hard copy of the Survey, and complete and submit the Survey via the Online Hospital Survey Tool. In addition, for adult and general hospitals that have implemented CPOE in at least one inpatient unit, make sure you have enough time to take a CPOE Evaluation Tool.

☐ **Download and review the 2025 Leapfrog Hospital Survey Scoring Algorithms.**

☐ **Review Leapfrog's policies and procedures regarding data accuracy**. Detailed information can be found on the Data Accuracy webpage.

> **Leapfrog Hospital Survey Binder:** Hospitals should utilize the Leapfrog Hospital Survey Binder to assist in organizing the documentation used to complete the Survey. Download a copy of the binder on the Survey and CPOE Materials webpage.

PBHN000002665

## <u>Instructions for Submitting a Leapfrog Hospital Survey</u>

**Important Notes:**

Note 1: Please carefully review these instructions and the <u>Online Survey Tool Guide</u> before you begin.

Note 2: Each section of the Survey must be completed before it can be affirmed in the Online Hospital Survey Tool. Only sections that are affirmed can be submitted. Hospitals are responsible for ensuring that each submitted section is accurate.

1. Log into the <u>Online Hospital Survey Tool</u> using your 16-digit security code.

2. The first time you log into the 2025 Leapfrog Hospital Survey, you will need to complete and submit the Hospital Profile. The Hospital Profile includes demographic and contact information. The Hospital Profile should be updated throughout the year if any information changes and can be accessed at any time. **Failure to maintain current contact information could result in important, time-sensitive information being missed or sent to the wrong person.**

3. Once the Hospital Profile has been submitted, you will be taken to the Hospital Survey Dashboard.

4. You can navigate into sections of the Online Hospital Survey Tool using the linked section names on the Hospital Survey Dashboard. You can also access the CPOE Evaluation Tool immediately after completing the Hospital Profile using the Take CPOE Tool button on the Hospital Survey Dashboard. More information about navigating within the Online Hospital Survey Tool is available in the <u>Online Survey Tool Guide</u>.

5. Within sections, you can enter responses to questions and/or update responses to previously submitted sections. The Online Hospital Survey Tool will automatically save your responses as you enter them. There is no "save" button.

6. Once you have completed each section, you will need to return to the Hospital Survey Dashboard to affirm each section of the Survey. Please remember that if you are making updates, all updated sections must be re-affirmed. Please note that affirmed sections are not yet submitted, please review Step 7 below to ensure successful submission.

7. Before you can submit the Survey (select the "*submit affirmed sections*" button on the Hospital Survey Dashboard), you will need to "*check for data review warnings.*" When you select the "*check for data review warnings*" button, the sections of your Survey that have been affirmed will be scanned for potential reporting errors. If any errors are identified, a data review warning message will be generated and will appear on the Hospital Survey Dashboard.

8. If any <u>data review warnings</u> are generated, you will still be able to submit your Survey. However, you will need to address the potential reporting errors identified during the scan or risk having the related sections of your Survey decertified (publicly reported as "Declined to Respond"). Please note this may not be a comprehensive list – you may still receive additional data verification messages via email.

9. Once you have checked for data review warnings, you can select the "*submit affirmed sections*" button to submit the Survey. Please review the Section Status column on the Hospital Survey Dashboard to verify which sections have been submitted.

10. Use the "*Print Last Submitted Survey*" button on the Hospital Survey Dashboard to print a copy of your Last Submitted Survey and review it for accuracy and completeness. Remember, sections that are not affirmed will not be submitted.

11. Review the 2025 Leapfrog Hospital Survey <u>Scoring Algorithms</u> to see how your Survey responses will be scored and publicly reported by Leapfrog.

12. Review your Survey Results on the <u>Hospital Details Page</u> or <u>public reporting website</u>. Hospitals that submit by June 30 can preview their Survey Results on the Hospital Details Page beginning on July 12, before Leapfrog <u>publicly reports</u> Survey Results beginning on July 25. After July, the

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002666

Hospital Details Page and public reporting website will be refreshed monthly within the first seven (7) business days of each month following your (re)submission.

13. Adult and general hospitals submitting a CPOE Evaluation Tool should carefully review the instructions, scoring information, and FAQs available on the Survey and CPOE Materials webpage (see CPOE Tool Instructions under Other Supporting Materials).

14. Leapfrog is committed to verifying the accuracy of Leapfrog Hospital Survey Results. Please review our data accuracy protocols on the Data Accuracy webpage.

15. Responses can be updated or corrected, and the Survey can be resubmitted at any point during the Survey Cycle (April 1 – November 30). Please remember that if you are making updates, all updated sections must be re-affirmed. More information on updating your Survey is available on the Updating Your Hospital Survey webpage.

### Reporting Policy Following Cybersecurity Events and Natural Disasters

Hospitals that experience a cybersecurity event or natural disaster that impacts data availability during one or more Survey reporting periods can complete and submit a request form in order to participate in the 2025 Leapfrog Hospital Survey. If approved, hospitals will report on the impacted measures using the data available and exclude data from the month(s) impacted by the cybersecurity event or natural disaster. Results will still be calculated if minimum reporting requirements are met and will be displayed on the Survey Results website with the following footnote: "Results are based on limited data due to a reported cybersecurity event or natural disaster." This revised policy closely aligns with the Extraordinary Circumstances Exception policy from the Centers for Medicare and Medicaid Services (CMS) but will only be applied to cybersecurity events and natural disasters.

For the purposes of the Safety Grade, a letter grade will still be calculated based on the data available, but any underlying measures impacted by the event will have results reported along with the following footnote: "Results are based on limited data due to a reported cybersecurity event or natural disaster." Hospitals will still be eligible for Leapfrog Top Hospital pending committee review and subject to meeting all criteria.

### Verifying Submission

Use the following steps to verify that your submission was completed and that the appropriate sections were submitted:

- **Check the Hospital Survey Dashboard:** Refer to the "Section Status" column on the Hospital Survey Dashboard. All submitted sections will be marked as "Submitted."
- **Check your email:** You will receive a Survey submission confirmation email within five minutes of submitting a Survey. Please Note: This email will not specify which sections were submitted – you will need to use the other steps to determine which sections were submitted.
- **Print Last Submitted Survey:** The Survey submission date will be listed at the top of the page under the heading "Submitted Survey." Be sure to check the submission date, review each section for accuracy and completeness, and check that each affirmation is complete (Sections 1-9).
- **Review the Hospital Details Page:** Your Survey Results will be available beginning July 12 via the Hospital Details Page link on the Hospital Survey Dashboard. Carefully review your results, including data from VON for high-risk deliveries, and your NHSN information for applicable healthcare-associated infections.
- **Check your publicly reported results:** Always check your Leapfrog Hospital Survey Results on the public reporting website. Results are posted on July 25 and are updated within the first 7 (seven) business days of the month following your submission starting in August.

### Updating or Correcting a Previously Submitted Leapfrog Hospital Survey

PBHN000002667

Hospitals can update or correct previously submitted Survey responses at any point during the Survey Cycle (April 1 to November 30). Please review the Survey Deadlines webpage. Most updates or corrections are made:

- At the request of Leapfrog:
  - Following Leapfrog's Extensive Monthly Data Verification, the Primary Survey Contact, Secondary Survey Contact, and System Survey Contact will receive an email from the Help Desk detailing potential reporting errors.
- Following On-Site Data Verification:
  - Hospitals selected for On-Site Data Verification will receive a report which will indicate any responses that need to be updated or corrected.
- At the discretion of the hospital:
  - To correct a data entry or reporting error.
  - To reflect a change in status or performance on a measure (e.g., closed a unit, stopped performing a procedure, implemented a new policy, etc.).
  - To provide more current responses based on the reporting periods outlined in the hard copy of the Survey.

***Following any updates, hospitals should always use the steps for verifying submission provided above.***

### Updating a Survey after Receiving a Help Desk Email

Leapfrog conducts Extensive Monthly Data Verification of responses submitted to the Leapfrog Hospital Survey starting with Surveys submitted by the June 30 Submission Deadline and monthly thereafter until the Online Survey Tool is taken offline on January 31. Following the Extensive Monthly Data Verification, the **Primary Survey Contact, Secondary Survey Contact, and System Contact** are notified by email of any Survey responses that need to be reviewed and/or updated by the hospital.

If you receive a Data Verification email, you are required to document that your original responses were correct or update/correct your previously submitted Leapfrog Hospital Survey by the end of the same month using the **original** reporting period that was used for that section of the Survey in the original submission. For example, if a hospital submitted a Survey for the first time on August 20, then received a Data Verification email at the beginning of September, they would update their responses based on the reporting period used in the August 20 submission.

Hospitals that receive a Category A Data Verification message at the beginning of the month for any measure will have until the end of that same month to contact the Help Desk to either (1) document that the original response was correct or (2) correct the data entry or reporting error, or they will be publicly reported as "Pending Leapfrog Verification" for that measure. This term is used to indicate that the hospital has self-reported Survey responses that are under further review by Leapfrog.

If any Category A Data Verification messages are not resolved by January 31 (when the Online Hospital Survey Tool is taken offline), the entire Survey will be decertified, and the hospital will be publicly reported as "Declined to Respond" for the entire Leapfrog Hospital Survey.

### Updating a Survey following On-Site Data Verification

Hospitals that are selected for On-Site Data Verification will receive a findings report. If the findings report details any responses that need to be updated or corrected, please contact the Help Desk.

### Making General Updates (for hospitals that have not received a Help Desk email)

Leapfrog offers hospitals multiple reporting periods so that they can report the most current data. Except for Section 4E: High-Risk Deliveries (VON data only), Section 7B: Healthcare-Associated Infections, and Section 9D: Patient Follow-up (OP-32), updating a Survey is optional. However, we do recommend that if your performance or if a structure has changed significantly, you update your Survey within 30 days. In addition, hospitals should update their Surveys if they become aware of any reporting errors or data inaccuracies in their previous submission.

**Version 9.1**
© 2025 The Leapfrog Group
**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002668

<u>Hospitals may update one or more sections of the Survey without updating the entire Survey. In addition, hospitals are not required to retake the CPOE Evaluation Tool if making updates to Section 2A: CPOE questions #3 and #4.</u>

General updates and corrections can be made at any point during the Survey Cycle (April 1 – November 30). The months of December and January are reserved for correcting data entry (i.e., correcting data entry errors) or reporting errors (i.e., in response to Leapfrog's <u>Extensive Monthly Data Verification)</u> to previously submitted sections of the Survey. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. **Updates made to reflect a change in performance after November 30 will not be scored or publicly reported. New sections of the Survey submitted after November 30 will not be scored or publicly reported.**

Hospitals that are submitting general updates should:
- Use the stated <u>reporting period</u> at the top of each section selected based on the date of your resubmission.
- For Section 4: Maternity Care and Section 6A-6B: NQF Safe Practice #1 and #2, update responses to ALL questions within the section they wish to update using the same reporting period. For example, if a hospital submitted a Survey for the first time in June and then wanted to update the responses for the Cesarean Birth questions in subsection 4B in November, they would update the entire Section 4: Maternity Care based on the updated reporting period for November.

For information on Leapfrog's automatic updates to the VON data in Section 4E: High-Risk Deliveries, the NHSN data in Section 7B: Healthcare-Associated Infections, or the CMS data in Section 9D: Patient Follow-up, please review the <u>Section 4E: High-Risk Deliveries Measure Specifications</u>, the <u>Join NHSN Group webpage</u>, and the <u>Section 9D: Patient Follow-up Measure Specifications.</u>

> **Quick Tip**: Remember to re-affirm any section of the Survey that has been updated, check for data review warnings, and then resubmit the entire Survey. Always print a copy of your Last Submitted Survey and review it for accuracy and completeness. Check your updated Survey Results within the first 7 (seven) business days of the month following your resubmission on the <u>public reporting website</u> and the Hospital Details Page.

PBHN000002669

*2025 Leapfrog Hospital Survey – Hard Copy*                                              *General Information*

## Deadlines

### Deadlines for the 2025 Leapfrog Hospital Survey

The 2025 Leapfrog Hospital Survey, including the CPOE Evaluation Tool (if applicable), opens on April 1 and has a Submission Deadline of **June 30, 2025**. The Late Submission and Performance Update Deadline is **November 30, 2025**. Surveys and Adult Inpatient CPOE Tests must be submitted before 11:59 pm Eastern Time on **November 30**. The CPOE Evaluation Tool will not be available after **November 30**. The View CPOE Evaluation Tool results link on the Survey Dashboard can only be accessed between April 1 and November 30, so test results must be printed by November 30.

Corrections to Surveys submitted by **November 30** must be submitted by the **January 31, 2026** Corrections Deadline. The Online Hospital Survey Tool will not be available after **January 31, 2026**. Find detailed information about the 2025 Leapfrog Hospital Survey Deadlines, including deadlines for receiving free Competitive Benchmarking Summary Reports and consideration for Top Hospital Awards on the Deadlines webpage.

### Deadlines for Vermont Oxford Network Data

Hospitals participating in the Vermont Oxford Network (VON) may opt to report on the VON National Performance Measure in Section 4E: High-Risk Deliveries. Instructions, deadlines, and reporting periods can be reviewed in the VON National Performance Measure Specifications.

### Deadlines to Join Leapfrog's NHSN Group

Hospitals reporting on Section 7B: Healthcare-Associated Infections are required to join Leapfrog's NHSN Group. Please visit our webpage for instructions on how to join the group as well as information about important deadlines.

### Deadlines Related to the Hospital Safety Grade

Hospitals that would like Leapfrog Hospital Survey Results used in their Leapfrog Hospital Safety Grade must submit a Survey and an Adult Inpatient CPOE Test by the Data Snapshot Dates. The Leapfrog Hospital Survey and the Hospital Safety Grade are distinct programs administered by The Leapfrog Group. Though some measures from the Leapfrog Hospital Survey are used in the Hospital Safety Grade, the grade also utilizes publicly available data from other data sources. Find answers to Frequently Asked Questions in the "For Hospitals" section of the Hospital Safety Grade website.

**Version 9.1**
© 2025 The Leapfrog Group
**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002670

## Technical Assistance

### Leapfrog's Help Desk

Connect with Leapfrog's in-house subject matter experts via our dedicated Help Desk to get timely support for:
- Survey content and scoring questions,
- Data verification messages and requests for documentation, and
- Technical issues related to the Online Survey Tool, CPOE Evaluation Tool, or the Hospital and Surgery Center Ratings website,

You can also schedule a 1:1 Hospital Survey Orientation and submit feedback on any of Leapfrog's ratings programs, including Top Hospitals and Top ASCs, the Hospital Safety Grade, the Recognized Leader in Caring for People with Diabetes Program and Leapfrog's Value-Based Purchasing Program.

To quickly get you to the right in-house expert for the right level of support, submit your inquiry in writing through the Zendesk ticketing portal at https://leapfroghelpdesk.zendesk.com. You'll receive a reply within 1-2 business days, if not sooner. Tickets submitted during a CPOE Test receive a reply within 10 minutes during normal business hours. More information on submitting and managing Help Desk tickets can be found in the Help Desk Guide.

The Help Desk is staffed Monday through Friday from 9:00 a.m. to 5:00 p.m. ET, except on federal holidays. Please review the Help Desk Holiday Schedule for closures and allow ample time for staff to respond to time sensitive requests before any program deadlines.

You can manage your open tickets through email and/or create an account with Zendesk to manage open and archived tickets.

To ensure that you receive our emails, please work with your IT department to add the following to your safe sender list:
- @leapfrog-group.org
- @leapfroghelpdesk.zendesk.com
- @em8434.leapfrog-group.org
- IP address: 159.183.167.150

### Leapfrog Hospital Survey Webinar Series

The Leapfrog Hospital Survey Webinar Series is designed for Survey coordinators, hospital leaders, and others who would benefit from a more interactive presentation of Survey materials and information.

The Webinar Series is held monthly from March to December and includes monthly office hours in addition to monthly webinars. The one-hour webinars focus on specific topics related to the Survey, including new measures. Throughout each webinar, participants can ask questions live or via the Zoom Q&A function.

The monthly 30-minute office hours are designed to give participants another regular, interactive touch point with Leapfrog's Help Desk, so Survey coordinators always have the information they need, when they need it.

Join now and start benefiting from:
- **Monthly office hours with the Leapfrog Help Desk:** 30 minutes to get real-time technical assistance, answers to your questions, and help staying on top of upcoming deadlines. Staffed by Leapfrog's expert Help Desk.
- **Monthly webinars:** Timely and focused presentations on Survey and CPOE Evaluation Tool measures and specifications, scoring information, frequently asked questions, technical assistance, and public reporting. Each webinar concludes with a 20-minute open Q & A session.

**Version 9.1**                                   **First Release: April 1, 2025**
© 2025 The Leapfrog Group                    **Updated Release: May 2, 2025**

PBHN000002671

*2025 Leapfrog Hospital Survey – Hard Copy*                    *General Information*

- **Archive Library:** Slides and recordings from each webinar are archived in an online portal that participants can access from March to January.

The annual registration fee is $500 per individual.

For a schedule of events and to register, please visit the Leapfrog Hospital Survey Webinar Series webpage.

### Support for Health Systems

Are you responsible for coordinating Leapfrog Hospital Survey submissions for more than one hospital? Leapfrog's Health System Support subscription for multi-hospital health systems is designed to help Survey coordinators and health system leaders become in-house experts on the Leapfrog Hospital Survey and the Hospital Safety Grade and make it easy to monitor, compare, and analyze your hospitals' Leapfrog Hospital Survey Results, Hospital Safety Grades, and Competitive Benchmarking scores. The subscription gives you timely data for all your hospitals in a series of easy-to-use Excel workbooks, so you can quickly perform analysis, benchmark performance, build performance dashboards, and identify areas for improvement.

The support package includes the following:
- Hospital Webinar Series (one registration per health system)
- Leapfrog Hospital Survey Responses and Results
- Leapfrog Hospital Safety Grades
- Competitive Benchmarking Scores

More information is available on the Support for Health Systems webpage. Please contact the Help Desk for more information.

**Version 9.1**
© 2025 The Leapfrog Group
**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002672

*2025 Leapfrog Hospital Survey – Hard Copy*                                    *General Information*

## Reporting Periods

**Important Note:** Reporting periods should be selected based on the date of Survey or section submission. However, hospitals do not need to use the same reporting period throughout the Survey.

| Survey Section/ Measure | Survey Submitted <u>Prior</u> to September 1 | Survey (Re)Submitted <u>on or After</u> September 1 |
|---|---|---|
| | **Reporting Period** | **Reporting Period** |
| **1A** Basic Hospital Information | 12 months ending 12/31/2024 | 12 months ending 06/30/2025 |
| **1B** Billing Ethics | N/A | N/A |
| **1C** Health Care Equity | N/A | N/A |
| **1D** Informed Consent | N/A | N/A |
| **2A** Computerized Physician Order Entry (CPOE) | Latest 3 months prior to Survey submission | Latest 3 months prior to Survey submission |
| **2B** EHR Application Information | N/A | N/A |
| **2C** Bar Code Medication Administration (BCMA) | Latest 3 months prior to Survey submission | Latest 3 months prior to Survey submission |
| **2D** Medication Reconciliation | Latest 6 months prior to Survey submission | Latest 6 months prior to Survey submission |
| **3A** Hospital and Surgeon Volume | Volume: 12 months or 24-month annual average ending 12/31/2024 | Volume: 12 months or 24-month annual average ending 06/30/2025 |
| | STS MVRR Composite Score: Latest 36-month report | STS MVRR Composite Score: Latest 36-month report |
| **3B** Safe Surgery Checklist for Adult and Pediatric Complex Surgery | Latest 12 months prior to Survey submission | Latest 12 months prior to Survey submission |
| **4A** Maternity Care Volume and Services | Volume: 12 months ending 12/31/2024 | Volume: 12 months ending 06/30/2025 |
| | Services: N/A | Services: N/A |
| **4B** Cesarean Birth | 12 months ending 12/31/2024 | 12 months ending 06/30/2025 |
| | Cesarean Birth Stratified by Race/Ethnicity: 24 months ending 12/31/2024 | Cesarean Birth Stratified by Race/Ethnicity: 24 months ending 06/30/2025 |
| **4C** Episiotomy | 12 months ending 12/31/2024 | 12 months ending 06/30/2025 |
| **4D** Process Measures of Quality | 12 months ending 12/31/2024 | 12 months ending 06/30/2025 |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002673

*2025 Leapfrog Hospital Survey – Hard Copy*                                                          *General Information*

| Survey Section/ Measure | Survey Submitted <u>Prior</u> to September 1 | Survey (Re)Submitted <u>on or After</u> September 1 |
|---|---|---|
| | Reporting Period | Reporting Period |
| **4E** High-Risk Deliveries* | Volume: 12 months ending 12/31/2024 | Volume: 12 months ending 06/30/2025 |
| | VON: 2023 report | VON: 2024 report |
| **5A** Adult ICU Physician Staffing | Latest 3 months prior to Survey submission | Latest 3 months prior to Survey submission |
| **5B** Pediatric ICU Physician Staffing | Latest 3 months prior to Survey submission | Latest 3 months prior to Survey submission |
| **5C** Nursing Workforce | Nurse Staffing and Skill Mix: 12 months ending 12/31/2024 | Nurse Staffing and Skill Mix: 12 months ending 06/30/2025 |
| | NQF Safe Practice #9: Latest 12 months prior to Survey submission | NQF Safe Practice #9: Latest 12 months prior to Survey submission |
| | Percentage of RNs who are BSN-Prepared: N/A | Percentage of RNs who are BSN-Prepared: N/A |
| **6A** NQF Safe Practice #1 – Culture of Safety Leadership Structures and Systems | Latest 12 months prior to Survey submission | Latest 12 months prior to Survey submission |
| **6B** NQF Safe Practice #2 – Culture Measurement, Feedback, and Intervention | Latest 12 or 24 months prior to Survey submission (see individual safe practice for specific reporting period) | Latest 12 or 24 months prior to Survey submission (see individual safe practice for specific reporting period) |
| **6C** Hand Hygiene | N/A | N/A |
| **6D** Diagnostic Excellence | CEO Commitment to Diagnostic Excellence, Patient Engagement, Risk Assessment and Mitigation, Convening a Multidisciplinary Team Focused on Diagnostic Excellence, Training and Education: N/A | CEO Commitment to Diagnostic Excellence, Patient Engagement, Risk Assessment and Mitigation, Convening a Multidisciplinary Team Focused on Diagnostic Excellence, Training and Education: N/A |
| | Closing the Loop on Cancer Diagnosis: 12 months ending 12/31/2024 | Closing the Loop on Cancer Diagnosis: 12 months ending 06/30/2025 |
| **6E** Hospital Boarding in the Emergency Department (ED) | 12 months ending 12/31/2024 | 12 months ending 06/30/2025 |
| **7A** Never Events | N/A | N/A |
| **7B** Healthcare-Associated Infections** | June and August Data Downloads: 01/01/2024 – 12/31/2024 | October and December Data Downloads: 07/01/2024 – 06/30/2025 |

**Version 9.1**                              **First Release: April 1, 2025**
                                          **© 2025 The Leapfrog Group**                 **Updated Release: May 2, 2025**

Table of Contents

PBHN000002674

| Survey Section/ Measure | Survey Submitted **Prior** to September 1 | Survey (Re)Submitted **on or After** September 1 |
|---|---|---|
| | Reporting Period | Reporting Period |
| **8A** Patient Experience (CAHPS Child Hospital Survey) | Latest 12 months prior to Survey submission | Latest 12 months prior to Survey submission |
| **8B** Pediatric Computed Tomography (CT) Radiation Dose | 12 months ending 12/31/2024 | 12 months ending 06/30/2025 |
| **9A** Basic Outpatient Department Information | 12 months ending 12/31/2024 | 12 months ending 06/30/2025 |
| **9B** Medical, Surgical, and Clinical Staff | Latest 3 months prior to Survey submission | Latest 3 months prior to Survey submission |
| **9C** Volume of Procedures | 12 months ending 12/31/2024 | |
| **9D** Safety of Procedures*** | Patient Follow-up: Latest 24 months prior to Survey submission | Patient Follow-up: Latest 24 months prior to Survey submission |
| | Safe Surgery Checklist: Latest 12 months prior to Survey submission | Safe Surgery Checklist: Latest 12 months prior to Survey submission |
| **9E** Medication Safety for Outpatient Procedures | 12 months ending 12/31/2024 | 12 months ending 06/30/2025 |
| **9F** Patient Experience (OAS CAHPS) | Latest 12 months prior to Survey submission | Latest 12 months prior to Survey submission |

*Leapfrog will update VON data 3 times per Survey Cycle for all hospitals that have provided an accurate VON Transfer Code in the Hospital Profile, submitted a Data Sharing Authorization letter to VON, selected "VON National Performance Measure" in Section 4E, and submitted the 2025 Leapfrog Hospital Survey.

**Adult and pediatric hospitals reporting on Section 7B: Healthcare-Associated Infections are required to join Leapfrog's NHSN Group. More information, including important deadlines, is available on the Join NHSN Group webpage. Leapfrog will update data 4 times for all members of our NHSN group that have provided an accurate NHSN ID in the Hospital Profile and submitted the 2025 Leapfrog Hospital Survey.

***Adult and pediatric hospitals reporting on Section 9D: Patient Follow-up are required to provide an accurate CMS Certification Number (CCN) in the Hospital Profile. Leapfrog will update data 3 times per Survey Cycle for all hospitals that have provided an accurate CCN in the Hospital Profile and submitted Section 9: Outpatient Procedures.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002675

## Included Units by Survey Section

Note: Only include units that were open for the entire reporting period and that remain currently open.

| Survey Section/ Measure | Units |
|---|---|
| **1A** Basic Hospital Information | • Acute-Care Units [1] (adult and/or pediatric)<br>• General Medical, Surgical, Medical/Surgical and Neuro ICUs [14] (adult and/or pediatric)<br>• Specialty ICUs (adult and/or pediatric)<br>• Neonatal ICUs [17] |
| **1B** Billing Ethics | N/A |
| **1C** Health Care Equity | N/A |
| **1D** Informed Consent | N/A |
| **2A** Computerized Physician Order Entry (CPOE) | N/A |
| **2B** EHR Application Information | N/A |
| **2C** Bar Code Medication Administration (BCMA) | • General Medical, Surgical, Medical/Surgical, and Neuro ICUs [14] (adult and/or pediatric)<br>• Neonatal ICUs [17]<br>• Specialty ICUs (adult and/or pediatric)<br>• Medical, Surgical, and Medical/Surgical Units (including telemetry units) [19] (adult and/or pediatric)<br>• Step-down/Progressive Units [20] (adult and/or pediatric)<br>• Labor and Delivery Units [21]<br>• Pre-operative and Post-anesthesia Care Units [22] (adult and/or pediatric) |
| **2D** Medication Reconciliation | • Medical and Medical/Surgical Units (including telemetry units) (adult only)<br>• Step-down/Progressive Units [20] (adult only) |
| **3A** Hospital and Surgeon Volume | N/A |
| **3B** Safe Surgery Checklist for Adult and Pediatric Complex Surgery | N/A |
| **4A** Maternity Care Volume and Services | N/A |
| **4B** Cesarean Birth | N/A |
| **4C** Episiotomy | N/A |
| **4D** Process Measures of Quality | N/A |
| **4E** High-Risk Deliveries | • Neonatal ICUs [17] |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release:** April 1, 2025
**Updated Release:** May 2, 2025

PBHN000002676

*2025 Leapfrog Hospital Survey – Hard Copy*                                    *General Information*

| Survey Section/ Measure | Units |
|---|---|
| **5A** Adult ICU Physician Staffing | • General Medical, Surgical, Medical/Surgical, and Neuro ICUs[14] (adult) |
| **5B** Pediatric ICU Physician Staffing | • General Medical, Surgical, Medical/Surgical, and Neuro ICUs[14] (pediatric) |
| **5C** Nursing Workforce | Nurse Staffing and Skill Level:<br>• Single Acuity Medical Units (adult and/or pediatric)<br>• Single Acuity Surgical Units (adult and/or pediatric)<br>• Single Acuity Med-Surg Combined Units (adult and/or pediatric)<br>• Mixed Acuity Medical, Surgical and Med-Surg Units (adult and/or pediatric)<br><br>Percentage of RNs who are BSN-Prepared:<br>• N/A<br><br>For more information, refer to the Section 5C: Nursing Workforce Measure Specifications. |
| **6A** NQF Safe Practice #1 – Culture of Safety Leadership Structures and Systems | N/A |
| **6B** NQF Safe Practice #2 – Culture Measurement, Feedback, and Intervention | N/A |
| **6C** Hand Hygiene | • Medical, Surgical, and Medical/Surgical Units (including telemetry units)[19] (adult and/or pediatric)<br>• Step-down/Progressive Units[20] (adult and/or pediatric)<br>• Obstetrical Units (Labor and Delivery Units[21], nursery, etc., excluding procedural areas)<br>• General Medical, Surgical, Medical/Surgical, and Neuro ICUs[14] (adult and/or pediatric)<br>• Neonatal ICUs[17]<br>• Specialty ICUs (adult and/or pediatric)<br>• Pre-operative and Post-anesthesia Care Units[22] (adult and/or pediatric)<br>• Observation units (adult and/or pediatric)<br>• Dedicated Emergency Departments[47] (adult and/or pediatric) |
| **6D** Diagnostic Excellence | N/A |
| **6E** Hospital Boarding in the Emergency Department (ED) | • Dedicated Emergency Departments[47] (adult and/or pediatric) |
| **7A** Never Events | N/A |
| **7B** Healthcare-Associated Infections | N/A |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002677

| Survey Section/Measure | Units |
|---|---|
| **8A** Patient Experience (CAHPS Child Hospital Survey) | N/A |
| **8B** Pediatric Computed Tomography (CT) Radiation Dose | N/A |
| **9A** Basic Outpatient Department Information | N/A |
| **9B** Medical, Surgical, and Clinical Staff | N/A |
| **9C** Volume of Procedures | N/A |
| **9D** Safety of Procedures*** | N/A |
| **9E** Medication Safety for Outpatient Procedures | N/A |
| **9F** Patient Experience (OAS CAHPS) | N/A |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002678

# *Page Intentionally Left Blank*

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002679

# *HOSPITAL PROFILE*

Hospitals must complete and submit a Hospital Profile via the Online Hospital Survey Tool before accessing the Hospital Survey Dashboard for the first time. The Profile is available year-round and should be updated as needed.

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002680

*2025 Leapfrog Hospital Survey – Hard Copy*                                                  *Hospital Profile*

## Hospital Profile

The Hospital Profile includes questions about demographic and contact information. The Profile can be accessed and updated anytime throughout the year after logging into the Online Hospital Survey Tool.

The Hospital Profile must be completed and submitted before you can access Sections 1-9 and the CPOE Evaluation Tool on the Survey Dashboard.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002681

## Hospital Profile

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: Leapfrog uses an administration system that links contacts shared by hospitals (i.e., CEOs, Survey Contacts, System Contacts, and Public Relations Contacts). Only one phone number and email address will be maintained for each contact, meaning that if this shared contact's information is updated in one hospital's Profile, it will be updated for all hospitals associated with the contact.

Note 2: Following Leapfrog's Extensive Monthly Data Verification, the Primary Survey Contact, Secondary Survey Contact, and System Survey Contact will receive an email from the Help Desk detailing potential reporting errors.

### *Hospital Information*

| Organization Name<br>This is the name that will appear on Leapfrog's public reporting website. | CMS Certification Number (CCN)[2]<br>If the CCN displayed in the Online Hospital Survey Tool is not correct, contact the Leapfrog Help Desk immediately. |
|---|---|
| | |
| | **Does your hospital share this CCN with another facility?**<br>o   Yes<br>o   No |
| | NHSN ID[3] |
| | |
| | **Vermont Oxford Network (VON) Transfer Code**[4] |
| | |
| | **Federal Tax Identification Number (TIN)**[5] |
| | |
| | **National Provider Identifier (NPI)**[6]<br>If the NPI displayed in the Online Hospital Survey Tool is not correct, contact the Leapfrog Help Desk immediately. |
| | **Does your hospital share this NPI with another facility?**<br>o   Yes<br>o   No |

### *Demographic Information*

| Physical Address<br>(used for public reporting) | Mailing Address<br>(used to send important communications) |
|---|---|
| **Street Address** | **Street Address or P.O. Box** |
| | |
| **City** | **City** |
| | |
| State[7] | **Country** |
| | |
| **Zip Code** | **State** |

Table of Contents

PBHN000002682

| Zip Code Suffix | Zip Code |
|---|---|
|  |  |
| **Main Phone Number** | **Zip Code Suffix** |
|  |  |
| **Hospital Website Address**[8]<br>(so consumers can learn more about your hospital's efforts in the area of patient safety and quality improvement) |  |

## Contact Information

| Chief Executive Officer (CEO) | Chairperson of the Board |
|---|---|
| **Prefix**<br>(e.g., Mr., Ms., Mrs., Dr., etc.) | **First Name** |
|  |  |
| **First Name** | **Last Name** |
|  |  |
| **Last Name** |  |
|  |  |
| **Title**<br>(e.g. CEO, President, etc.) |  |
|  |  |
| **E-mail Address**<br>(required for emailing of security codes and Top Hospital notification) |  |

| Primary Survey Contact | Secondary Survey Contact |
|---|---|
| **First Name** | **First Name** |
|  |  |
| **Last Name** | **Last Name** |
|  |  |
| **Title** | **Title** |
|  |  |
| **Phone Number** | **Phone Number** |
|  |  |
| **Phone Number Extension** | **Phone Number Extension** |
|  |  |
| **E-mail Address** | **E-mail Address** |
|  |  |

| Hospital Public Relations Contact<br>(required so that Leapfrog may provide information on Leapfrog accolades, such as Top Hospital notification, and announcements) |
|---|
| **First Name** |
|  |
| **Last Name** |
|  |
| **Phone Number** |

PBHN000002683

*2025 Leapfrog Hospital Survey – Hard Copy*                                                   *Hospital Profile*

| Phone Number Extension |
| --- |
| |
| **E-mail Address** |
| |

| Opt-Out<br>Opt-out of having information in the "Contact Information" subsection shared with third parties. | ☐ Opt-out |
| --- | --- |

| Healthcare System Information |
| --- |
| **Name of Healthcare System or Integrated Delivery Network** [9]<br>If the name displayed in the Online Hospital Survey Tool is not correct, contact the Leapfrog Help Desk immediately. |
| **System Contact First Name**<br>Provide a System Contact for the IDN displayed. If no System Contact for the IDN displayed, enter a Contact for a larger parent system or re-enter your Primary or Secondary Survey Contact information. |
| **System Contact Last Name** |
| **System Contact E-mail Address** |
| |

| System Public Relations Contact First Name<br>(required so that Leapfrog may provide information on Leapfrog accolades, such as Top Hospital notification, and announcements) |
| --- |
| **System Public Relations Contact Last Name** |
| **System Public Relations Contact Phone Number** |
| |
| **System Public Relations Contact Phone Number Extension** |
| |
| **System Public Relations Contact E-mail Address** |
| |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002684

# *Page Intentionally Left Blank*

PBHN000002685

# SECTION 1: PATIENT RIGHTS AND ETHICS

This section includes questions and reference information for Section 1: Patient Rights and Ethics. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002686

# <u>Section 1: Patient Rights and Ethics</u>

**Billing Ethics Bibliography and Fact Sheet:**
https://ratings.leapfroggroup.org/measure/hospital/2025/billing-ethics

**Health Care Equity Bibliography and Fact Sheet:**
https://ratings.leapfroggroup.org/measure/hospital/2025/health-care-equity

**Informed Consent Bibliography and Fact Sheet:**
https://ratings.leapfroggroup.org/measure/hospital/2025/informed-consent

Section 1 includes questions about your hospital's billing ethics, health care equity, and informed consent processes. This section also includes questions on your hospital bed size, admissions, ICUs, and teaching status.

**Each hospital achieving the standard for Billing Ethics:**
1) Provides every patient with a billing statement within 30 days after final claims adjudication that includes all 10 required elements listed in question #1, **and**
2) Gives patients instructions for contacting a billing representative with access to an interpretation service to communicate in the patient's preferred language and has the authority to do all three required elements in question #2 within ten business days, **and**
3) Does NOT take legal action against patients for late or insufficient payment.

**Each hospital achieving the standard for Health Care Equity:**

1) Collects patient self-identified race, ethnicity, <u>and</u> preferred written and/or spoken language data, **and**
2) Trains staff responsible for collecting self-identified demographic data from patients, **and**
3) Uses the patient self-identified demographic data to stratify at least one quality measure, **and**
4) If disparities were identified, has an updated or revised policy or procedure to address the disparity or has developed a written action plan, **and**
5) Shares information about efforts to identify and reduce health care disparities on its public website, **and**
6) Reports out and discusses efforts to identify and address health care disparities with the board.

**Each hospital achieving the standard for Informed Consent:**

1) Has a training program on informed consent that tailors different training topics to different staff roles and has made the training required for newly hired staff and existing staff who were not trained, **and**
2) Ensures that as part of the process for obtaining informed consent, clinicians explain expected difficulties, recovery time, pain management, and restrictions after a procedure, and give the patient an opportunity to ask questions, **and**
3) Ensures every applicable consent form used by the hospital includes the name of the clinician performing the procedure, whether the clinician is expected to be absent, and whether any assistants or trainees will be involved, **and**
4) Ensures every applicable consent form is written at a 6th-grade reading level or lower, **and**
5) Prior to conducting the informed consent discussion, identifies the patient/legal guardian's preferred language and provides a medical interpreter, and has a place in the consent form that indicates whether an interpreter was used, **and**
6) Requires clinicians at the hospital to use the "teach back method" with patients/legal guardians.

**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the <u>Scoring and Results webpage</u>.**

PBHN000002687

## 1A: Basic Hospital Information

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** Only include units that were open for the entire reporting period and that remain currently open.

**Specifications:** See ***Basic Hospital Information Measure Specifications*** in the Reference Information beginning on page 50.

---

**Reporting Period: 12 months**
- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

### General Information

| | | |
|---|---|---|
| 1) | Reporting period used: | o   01/01/2024 – 12/31/2024<br>o   07/01/2024 – 06/30/2025 |
| 2) | Total number of licensed acute-care [10] beds. | _____ |
| 3) | Total number of staffed acute-care [11] beds. | _____ |
| 4) | Total number of adult acute-care admissions [12] to your hospital during the reporting period. | _____ |
| 5) | Total number of pediatric acute-care admissions [13] to your hospital during the reporting period. | _____ |
| 6) | Does your hospital operate any adult and/or pediatric general medical, surgical, medical/surgical, or neuro ICUs [14]?<br><br>*If "yes" to question #6, skip question #11 below.*<br><br>*If "no" to question #6, skip questions #7-10 and continue to question #11.* | o   Yes<br>o   No |
| 7) | Total number of licensed [15] adult and pediatric general medical, surgical, medical/surgical, and neuro ICU beds. | _____ |
| 8) | Total number of staffed [16] adult and pediatric general medical, surgical, medical/surgical, and neuro ICU beds. | _____ |
| 9) | Total number of adult general medical, surgical, medical/surgical, and neuro ICU [14] admissions during the reporting period. | _____ |
| 10) | Total number of pediatric general medical, surgical, medical/surgical, and neuro ICU [14] admissions during the reporting period. | |
| 11) | If your hospital does not operate dedicated adult or pediatric general medical, surgical, medical/surgical, or neuro ICUs, does your hospital admit adult and/or pediatric general medical, surgical, medical/surgical or neuro ICU patients to mixed acuity units? | o   Yes<br>o   No |

PBHN000002688

| | |
|---|---|
| 12) Does your hospital operate any of the following specialty ICUs: medical cardiac, respiratory, surgical cardiothoracic, burn, trauma, pediatric cardiothoracic, oncology, or any level neonatal ICU?<br><br>*If "no" to question #12, skip question #13 and continue to question #14.* | ○   Yes<br>○   No |
| 13) Total number of <u>admissions to any level neonatal ICU</u> [17] during the reporting period. | _____ |
| 14) Is your hospital a Major or Graduate teaching hospital (based on NHSN's definitions) for physicians and/or physicians-in-training or nursing students? | *No response required here. Determined automatically based on NHSN 2024 Patient Safety Component – Annual Hospital Survey.* |

---

**Reporting Period:** Answer questions #15-18 based on the practices currently in place at the time you submit this section of the Survey.

Note: As a reminder, the <u>Corrections Period</u> (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

### *General Hospital Policies*

| | |
|---|---|
| 15) To help ensure that patients are cared for by well-trained physicians and other providers (e.g., certified registered nurse anesthetists, certified midwives, or certified nurse-midwives, etc.), do your medical staff by-laws or hospital-wide policies require all physicians and providers who have privileges to provide care at your hospital to be board certified or board eligible? | ○   Yes<br>○   No |
| 16) Does your hospital include performance on the Leapfrog Hospital Survey, Leapfrog Hospital Safety Grade, or Leapfrog Top Hospital in performance reviews and/or compensation incentives for senior administrative leadership? | ○   Yes<br>○   No |
| 17) Does your hospital have a policy and protocol that empowers patients, or their family caregivers, to activate a rapid response team (RRT) to evaluate the patient for possible escalation of care, that includes **all** the following elements:<br>• A process to notify patients and family caregivers, verbally or in writing, about how to activate the rapid response team;<br>• A process to ensure clinicians are trained to recognize when a patient or family caregiver is asking for an evaluation by a rapid response team; and<br>• A process to ensure clinicians are trained on how to conduct the evaluation if they are part of the rapid response team? | ○   Yes<br>○   No |
| 18) Does your hospital have a protocol to follow-up on patient-reported concerns about their care that includes **all** the following elements:<br>• All patients and family caregivers are <u>notified</u> of at least one method to report concerns with their care,<br>• All patients and family caregivers who report a concern are <u>contacted</u> by a hospital representative within 30 days of making the report, and<br>• All concerns reported by patients and family caregivers are <u>logged</u> in an incident reporting system? | ○   Yes<br>○   No |

**Version 9.1**          **First Release: April 1, 2025**
          **© 2025 The Leapfrog Group**          **Updated Release: May 2, 2025**

PBHN000002689

## 1B: Billing Ethics

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** Hyperlinks throughout this subsection refer to the Billing Ethics FAQs beginning on page 50, not to endnotes. These hyperlinks are not included in the Online Survey Tool.

---

**Reporting Period:** Answer questions #1-3 based on the practices currently in place at the time you submit this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | |
|---|---|
| 1) Within 30 days of the final claims adjudication (or within 30 days from date of service for patients without insurance), does your hospital provide every patient with a billing statement and/or master itemized bill for facility services, either by mail or electronically (via email or the patient portal), that includes ALL the following: <br><br>    a. Name and address of the facility where billed services occurred; <br>    b. Date(s) of service; <br>    c. An individual line item for each service or bundle of services performed; <br>    d. Description of services billed that accompanies each line item or bundle of services performed; <br>    e. Amount of any principal, interest, or fees (e.g., late or processing fees), if applicable; <br>    f. Amount of any adjustments to the bill (e.g., health plan payment or discounts), if applicable; <br>    g. Amount of any payments already received (from the patient or any other party), if applicable; <br>    h. Instructions on how to apply for financial assistance, if applicable; <br>    i. Instructions in the patient's preferred language on how to obtain a written translation or oral interpretation of the bill; and <br>    j. Notification that physician services will be billed separately, if applicable? <br><br> *If any one of the elements above is only provided upon request, select "only upon request." If any one of the elements above is not ever provided, select "no."* | ○   Yes <br> ○   No <br> ○   Only upon request |
| 2) Does your hospital give patients instructions for contacting a billing representative: <br> • Who has access to an interpretation service to communicate in the patient's preferred language, **and** <br> • Who has the authority to do all the following within 10 business days of being contacted by the patient or patient representative: <br>    i. initiate an investigation into errors on the bill, <br>    ii. offer a price adjustment or debt forgiveness based on hospital policy, and | ○   Yes <br> ○   No |

PBHN000002690

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 1: Patient Rights and Ethics*

| | |
|---|---|
| iii.  offer a payment plan? | |
| 3)  Does your hospital take <u>legal action</u> against patients for late payment or insufficient payment of a medical bill?<br><br>*This question does not include patients with whom your hospital has entered into a written agreement specifying <u>a good faith estimate</u> for a medical service.*<br><br>*Only Military Treatment Facilities should respond "no, but required by federal law to transfer delinquent payments to the Department of Treasury for action."* | ○  Yes<br>○  No<br>○  No, but required by federal law to transfer delinquent payments to the Department of Treasury for action |

### Additional Questions (Optional – Fact Finding Only)

| | |
|---|---|
| 4)  Does your hospital screen ALL patients to determine if they are eligible for your hospital's financial assistance program, regardless of whether they apply for financial assistance?<br><br>*If "no, we only screen uninsured patients for financial assistance eligibility" or "no, we only screen patients who have applied for financial assistance," skip question #5 and continue to question #6.*<br><br>*If "no, our hospital does not have a financial assistance program," skip questions #5-7 and continue to the next subsection.* | ○  Yes, using a presumptive eligibility tool licensed from a third-party<br>○  Yes, using our hospital's own approach to assessing financial assistance eligibility<br>○  No, we only screen uninsured patients for financial assistance eligibility<br>○  No, we only screen patients who have applied for financial assistance<br>○  No, our hospital does not have a financial assistance program |
| 5)  Does your hospital notify ALL patients who were determined to be eligible for your hospital's financial assistance program that they have qualified for the program within 30 days of the determination? | ○  Yes<br>○  No |
| 6)  Does your hospital's financial assistance program apply to ALL clinician fees, in addition to facility fees, for clinicians with privileges at your hospital? | ○  Yes<br>○  No<br>○  No, but we include a list of covered providers and services in our financial assistance application |
| 7)  Does your hospital's financial assistance application include notification that some services, including physician services, may be billed separately? | ○  Yes<br>○  No |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002691

## 1C: Health Care Equity

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: Question #5 will not be used in scoring for hospitals that do not identify disparities or if there is inadequate data to determine if disparities exist in question #4. Additionally, question #7 is optional and will not be used in scoring or publicly reported. All other questions will be used in scoring and public reporting.

Note 2: Hyperlinks throughout this subsection refer to the Health Care Equity FAQs beginning on page 52, not to endnotes. These hyperlinks are not included in the Online Survey Tool.

---

**Reporting Period:** Answer questions #1-8 based on the practices currently in place at the time you submit this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | | |
|---|---|---|
| 1) | Which of the following **patient self-identified** demographic data does your hospital collect **directly from its patients (or patient's legal guardian)** prior to or while registering a patient for a hospital visit?<br><br>*Select all that apply.*<br><br>*If "none of the above," skip the remaining questions in Section 1C and continue to the next subsection. The hospital will be scored as "Limited Achievement."* | ☐ Race<br>☐ Ethnicity<br>☐ Spoken language preferred for health care (patient or legal guardian)<br>☐ Written language preferred for health care (patient or legal guardian)<br>☐ Sexual orientation<br>☐ Gender identity<br>☐ Ability status<br>☐ None of the above |
| 2) | Does your hospital train staff responsible for collecting the self-identified demographic data either in-person or over the phone from patients (or patient's legal guardian) in question #1 at both:<br>• the time of onboarding, and<br>• annually thereafter? | ○ Yes<br>○ No |
| 3) | Does your hospital use the patient self-identified demographic data it collects directly from patients (or patient's legal guardian) in question #1 to stratify any quality measure(s) with the aim of identifying health care disparities?<br><br>*If "no" to question #3, skip questions #4-5 and continue to question #6.* | ○ Yes<br>○ No |
| 4) | By stratifying the quality measure(s) from question #3, has your hospital identified any health care disparities among its patients?<br><br>*If "no, disparities were not identified" or "inadequate data available to determine if disparities exist" to question #4, skip question #5 and continue to question #6.* | ○ Yes, disparities were identified<br>○ No, disparities were not identified<br>○ Inadequate data available to determine if disparities exist |

PBHN000002692

| | |
|---|---|
| 5) In the past 12 months, has your hospital used the data and information obtained through question #4 to update or revise its policies or procedures?<br><br>OR<br><br>In the past 12 months, has your hospital developed a written action plan that describes how it will address at least one of the health care disparities identified through question #4? | o   Yes<br>o   No |
| 6) Does your hospital share information on its efforts to identify and reduce health care disparities and the impact of those efforts on its public website based on *race, ethnicity, spoken language preferred for health care (patient or legal guardian), written language preferred for health care (patient or legal guardian), sexual orientation, gender identity, or ability status*?<br><br>*If "no" to question #6, skip question #7 and continue to question #8.* | o   Yes<br>o   No |
| 7) Webpage[8] URL where efforts to identify and reduce health care disparities and the impact of those efforts (based on the self-identified demographic data collected directly from patients or patient's legal guardian) are displayed:<br><br>*The http:// prefix needs to be included.*<br><br>*This question is optional and response will not be scored or publicly reported in 2025.* | _____ |
| 8) Does your hospital report out and discuss efforts related to identifying and addressing disparities with the Board at least annually? | o   Yes<br>o   No |

PBHN000002693

*2025 Leapfrog Hospital Survey – Hard Copy*                              *Section 1: Patient Rights and Ethics*

## 1D: Informed Consent

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: Question #2, while required, will not be scored or publicly reported.

Note 2: In this subsection, questions regarding the informed consent process and consent forms ONLY apply to those procedures where general anesthesia, regional anesthesia, or monitored anesthesia care is used. The questions do NOT apply to anesthesia care; they only apply to the consent process and consent forms for applicable procedures.

Note 3: Hyperlinks throughout this subsection refer to the Informed Consent FAQs beginning on page 54, not to endnotes. These hyperlinks are not included in the Online Survey Tool.

> **Reporting Period:** Answer questions #1-7 based on the practices currently in place at the time you submit this section of the Survey.
>
> Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

### *Policies and Training*

| | |
|---|---|
| 1) Does your hospital train employed staff on informed consent and tailor different training topics to different staff roles, including hospital leaders, MD/NP/PA, nurses and other clinical staff, administrative staff, and interpreters, and has your hospital made the training:<br>• a required component of onboarding for the appropriate newly hired staff, and<br>• required for the appropriate existing staff who were not previously trained? | ○ Yes<br>○ No |
| 2) At least once a year, does your hospital solicit feedback from patients/legal guardians about your hospital's informed consent process to understand how it can be improved over time?<br><br>*This question is required but response will not be scored or publicly reported in 2025.* | ○ Yes<br>○ No |

### *Content of Informed Consent Forms*

| | |
|---|---|
| 3) As part of your hospital's process for obtaining informed consent, does:<br>• the clinician explain expected difficulties, recovery time, pain management, and restrictions after a procedure that may be experienced by the patient either in the hospital or post-discharge, if applicable;<br>• the patient have the opportunity to ask questions; and<br>• the consent form document that these two elements of the process have taken place? | ○ Yes<br>○ No |

**Version 9.1**
**© 2025 The Leapfrog Group**
**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002694

*2025 Leapfrog Hospital Survey – Hard Copy*                          *Section 1: Patient Rights and Ethics*

| 4) | Do ALL applicable consent forms used by your hospital include:<br>• the name(s) of the clinician(s) performing the procedure;<br>• whether the clinician is expected to be absent from portions of the procedure (e.g., opening, closing), if applicable; and<br>• whether any assistants or trainees will be involved in the procedure, if applicable? | ○ Yes<br>○ No |
|---|---|---|
| 5) | Are ALL applicable consent forms used by your hospital written at a 6th-grade reading level or lower?<br><br>*The procedure name and description, and any words accompanied by a plain language definition can be excluded from the <u>reading level assessment</u>.* | ○ Yes, all applicable forms are written at a 6th-grade reading level or lower<br>○ No, but at least one form is written at a 6th-grade reading level or lower<br>○ No forms are written at a 6th-grade reading level or lower<br>○ No, all applicable forms are written at a 9th-grade reading level or lower |

### Process for Gaining Informed Consent

| 6) | Prior to the informed consent discussion, does your hospital:<br>• ask what the patient/legal guardian's preferred language for medical decision-making is;<br>• where needed, provide the patient/legal guardian access to a <u>qualified medical interpreter</u>, **NOT a family caregiver;**<br>• use a consent form or notation in the medical record to document whether a qualified medical interpreter was used to conduct the informed consent process; and<br>• have the medical interpreter sign the consent form (either in-person, electronically, or by documenting the use of an interpreter in the medical record)? | ○ Yes<br>○ No |
|---|---|---|
| 7) | As part of the informed consent discussion, do clinicians at your hospital use the "teach back method" with patients/legal guardians where patients/legal guardians are asked to describe in their own words what they understand will be performed, why it will be performed, and what are the primary risks? | ○ Yes<br>○ No |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002695

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 1: Patient Rights and Ethics*

**Affirmation of Accuracy**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Patient Rights and Ethics Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealings with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealings with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.

Affirmed by _____, the hospital's _____,
                    *(first name and last name)*                          *(title)*
on _____.
              *(date)*

PBHN000002696

# Section 1: Patient Rights and Ethics Reference Information

### *What's New in the 2025 Survey*

### Section 1A: Basic Hospital Information

In response to comments collected during the public comment period and through the national pilot, Leapfrog is making additional updates to Section 1A: Basic Hospital Information to ask hospitals that do not operate dedicated general medical, surgical, medical/surgical, or neuro ICUs if they admit adult and/or pediatric general medical, surgical, medical/surgical, or neuro ICU patients to mixed acuity units. The purpose of this new question is to identify hospitals without a dedicated ICU that are eligible to report on ICU Physician Staffing in Sections 5A: Adult ICU Physician Staffing and 5B: Pediatric ICU Physician Staffing. Leapfrog is also asking hospitals to report on adult and pediatric admissions to their general medical, surgical, medical/surgical, and neuro ICUs separately to help identify what types of ICUs hospitals are eligible to report on.

Additionally, Leapfrog is updating the unit description endnotes in Section 1A: Basic Hospital Information to add further clarification and alignment with reporting in other sections of the Survey. The endnotes defining licensed acute-care beds and licensed ICU beds are also being updated to instruct hospitals to report the number of staffed beds if beds are currently staffed higher than licensed. The endnote for acute-care beds will also instruct hospitals to include telemetry, as well as step-down/progressive beds, and exclude observation and swing beds. The endnote for licensed ICU beds will instruct hospitals to exclude beds used for step-down/progressive care.

Leapfrog is also clarifying the reporting period used for Section 1A: Basic Hospital Information questions #13-16 which ask about board certification, inclusion of Leapfrog performance in performance reviews, rapid response teams, and patient-reported concerns, and is instructing hospitals to answer the questions based on the practices currently in place at the time they submit the section of the Survey.

In addition, Leapfrog is adding two new FAQs to this section, to offer hospitals additional guidance in implementing a policy to empower patients to activate rapid response teams, and to follow up on patient-reported concerns.

### Section 1B: Billing Ethics

In response to feedback from hospitals participating in the Survey, Leapfrog is making the following updates to Section 1B: Billing Ethics:

- Question #1, regarding the itemized billing statement, will continue to ask that the itemized billing statement be provided either by mail or electronically (via email or the patient portal), however, Leapfrog is no longer adding patient preference in 2025.

Additionally, Leapfrog is retaining the optional, fact-finding questions regarding presumptive screening of patients for financial assistance and patient notification when financial assistance has been applied, for a second year with plans to incorporate into the national Billing Ethics Standard in 2026, but is making the following updates:

- Question #4, regarding the presumptive screening of patients for financial assistance, is being updated to clarify that ALL patients should be included in the screening process. We are also adding a response option for hospitals that only screen uninsured patients.

Two additional fact-finding questions will also be added regarding whether all clinicians are included in the hospital's financial assistance program as well as a notification that some services may be billed separately. We are also adding a FAQ with further information

The optional, fact-finding questions will not be used in scoring or public reporting in 2025. There are no changes to the scoring algorithm for Section 1B: Billing Ethics.

PBHN000002697

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 1: Patient Rights and Ethics*

## Section 1C: Health Care Equity

Leapfrog will continue to score and publicly report the Health Care Equity standard and will be making the following updates to Section 1C: Health Care Equity:

- Question #1, regarding patient self-identified demographic data, will be updated to include a new response option for ability status. We will also add a new FAQ which will provide more information about ability status and examples of questions to ask patients.

Leapfrog will add a new optional question asking hospitals to provide a link to where they publicly share their efforts to identify and reduce health care disparities. Only hospitals that answer "yes" to question #6 will be asked to provide the URL. This question, and the provided URL, will be used as part of Leapfrog's Data Verification Protocols. The URL will not be scored or publicly reported.

There are no changes to the scoring algorithm for Section 1C: Health Care Equity

## Section 1D: Informed Consent

Based on the fact that health care facilities in Georgia and Texas have a statutory protection facilitated by using consent forms at a ninth-grade reading level, Leapfrog will maintain the current scoring algorithm giving hospitals the ability to earn "Considerable Achievement" by having all consent forms written at a ninth-grade reading level, when additional criteria in the section are met. However, since 54% of Americans between the ages of 16 and 74 read below the equivalent of a sixth-grade level, hospitals will continue to be required to have all applicable consent forms written at a sixth-grade reading level or lower to "Achieve the Standard." In response to questions and feedback from hospitals participating in the Survey, Leapfrog is updating question #1 to clarify that the question about training only concerns individuals employed by the hospital.

We are also updating FAQ#22 to indicate that only administrative staff with a patient-facing role need to be trained on informed consent.

There are no changes to the scoring algorithm for Section 1D: Informed Consent.

### *Change Summary Since Release*

None. If substantive changes are made to this section of the Survey after release on April 1, 2025, they will be documented in this Change Summary section.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002698

# Section 1A: Basic Hospital Information Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review <u>Leapfrog's Multi-Campus Reporting Policy</u>.

Teaching Status is obtained directly from CDC's National Healthcare Safety Network (NHSN) using a hospital's response to the following questions within the "Hospital Facility" section of the 2024 Patient Safety Component – Annual Hospital Survey:

Is your hospital a teaching hospital for physicians and/or physicians-in-training or nursing students? [*Yes, No*]
If Yes, what type: [*Major, Graduate, Undergraduate*]



For the purposes of the 2025 Leapfrog Hospital Survey and Leapfrog's Top Hospital program, Leapfrog will consider the following types a "teaching hospital:" Major and Graduate. NHSN's definitions for types of teaching hospitals may be reviewed <u>here</u>. This designation will also be used for the purposes of assigning hospitals to a teaching or non-teaching hospital cohort for the purposes of scoring the Total Nursing Care Hours per Patient Day, RN Hours per Patient Day, and Nursing Skill Mix measures in <u>Section 5C: Nursing Workforce</u>.

In order for Leapfrog to obtain teaching status from NHSN, hospitals must complete the following steps:
1) Join Leapfrog's NHSN Group and review/accept Leapfrog's Data Rights Template by the published <u>deadlines</u>*,
2) Enter a valid NHSN ID in the Profile of their 2025 Leapfrog Hospital Survey, and
3) Submit a 2025 Leapfrog Hospital Survey by the published <u>deadlines</u>.

*Hospitals are not required to "re-join" Leapfrog's NHSN Group if they joined and conferred rights in previous Leapfrog Hospital Survey Cycles. However, all hospitals in Leapfrog's NHSN Group must review their Rights Acceptance Report at least annually by the published <u>join-by deadlines</u>.

Instructions for joining or verifying that you are in Leapfrog's NHSN Group are available <u>here</u> (See "NHSN Guidance: Join the Group, Data Rights Template, and Downloading Reports"). These instructions also include information for verifying the teaching status response to the 2024 Patient Safety Component – Annual Hospital Survey.

PBHN000002699

# Section 1: Patient Rights and Ethics Frequently Asked Questions (FAQs)

## *Basic Hospital Information FAQs*

1. **How does Leapfrog define board certified and board eligible?**
   For physicians:
   - Board certified means that the physician has been awarded certification from the American Board of Medical Specialties (ABMS) or the American Osteopathic Association (AOA).
   - Board eligible indicates that the physician has completed their initial training/fellowship but has not yet passed an existing board-certifying exam in a specialty. Leapfrog adheres to the ABMS and AOA Board Eligibility Policy for all specialties, which may be reviewed here: https://www.abms.org/board-certification/board-certification-requirements/board-eligibility/ and https://certification.osteopathic.org/about/, respectively. These eligibility periods provide the physician with an adequate window to take their boards and re-take if necessary.

   For CRNAs, board certified means that the RN has been awarded certification from The National Board of Certification and Recertification for Nurse Anesthetists (NBCRNA).

2. **Regarding clinicians' role in the rapid response team, can we require that activation of the rapid response team be mediated by a clinical professional, such as a nurse? What training do clinicians need to have to respond to a request for a rapid response team?**
   The rapid response team should be able to be directly activated by the patient themselves, as opposed to through a clinical staff intermediary. Regarding the training program, Leapfrog only requires that clinicians are trained to recognize when a patient or family caregiver is asking for an evaluation by a rapid response team and be trained on how to conduct the evaluation if they are part of the rapid response team. Program examples include Condition Help at the University of Pittsburgh Medical Center and a program at MonHealth Medical Center.

3. **What are some examples of a protocol to follow-up on patient-reported concerns? What kinds of concerns are we supposed to be capturing?**
   Leapfrog's goal is to capture how hospitals are encouraging the submission of, and following up on, issues or complaints from patients that are specific to the care they received at the hospital.

   Examples of opportunities to report would include any of the following:
   - Notifying patients on admission about their right to report concerns as part of their rights and responsibilities;
   - A patient experience department that can be contacted by telephone, e-mail, and in-person;
   - A reporting system available to patients through the patient portal e.g. a specific function or message in the application that prompts patients to report concerns, including through messaging the provider directly;
   - A patient survey administered to patients soliciting concerns with their care; or
   - The free text fields of the Hospital Consumer Assessment of Healthcare Providers and Systems (HCAHPS) Survey.

## *Billing Ethics FAQs*

4. **Can we consider information provided to patients at admission, or as part of the "conditions of admission" packet of material, as information that meets one or more of the elements of the billing statement in question #1?**
   No. Only information provided directly to the patient by mail or electronically (via email or the patient portal) can be considered.

PBHN000002700

5. **To meet the criteria for item "i" in question #1, does our hospital have to translate the billing statement and/or master itemized bill to every language spoken by our patients?**
Hospitals must provide instructions, in the patient's preferred language, on how to obtain a written translation or oral interpretation of the bill if the language constitutes 5% (and at least 50 patients) or 1,000 patients (whichever is less) of the population eligible to be served or likely to receive care at the hospital.

6. **As a SafetyNet hospital, our funding comes from taxpayers, grants, and government funding. A large portion of our patients are deemed indigent and do not receive a bill for any services. Only a small portion with insurance will receive a bill. Therefore, we do not send a bill to every patient. Can we respond "yes" to question #1?**
Yes. Hospitals do not need to provide billing statements to patients with no balance due in order to respond "yes" to question #1. However, for those patients who are receiving a bill, all the criteria listed in the question must be included to respond "yes."

7. **What does Leapfrog mean by "legal action" in question #3?**
Legal action can include, but is not limited to, a lawsuit, wage garnishment, filing to take a patient's money out of their tax return, seizing or placing a lien on a patient's personal property, and selling or transferring a patient's debt to a debt collection agency that will take legal action against the patient. If, through their contract with the hospital, the debt collection agency is prevented from taking legal action against patients, selling or transferring a patient's debt to that debt collection agency would not be considered legal action.

Patients with whom your hospital has entered into a written agreement specifying a good faith estimate for a medical service are not included in this question. A patient's insurance being accepted by the hospital, or publicly available prices for a procedure, do NOT constitute a written agreement specifying a set price for a procedure.

In addition, other legal proceedings where patients may be named as defendants for causes other than late or non-payment of a medical bill are not included in this standard (e.g., filing a lien after an auto accident, or misappropriation of an insurance reimbursement).

8. **What are alternatives to legal action against patients?**
To ensure that patients are not being pursued when they no longer have the means to pay, some healthcare providers partner with organizations such as Undue Medical Debt, a nonprofit that uses philanthropically raised funds to acquire bad debt from health systems solely for the purpose of debt relief. They use credit analytics to locate patients with financial hardship and help notify the patient that the debt is abolished. Hospitals can contact Undue Medical Debt here: https://www.unduemedicaldebt.org/.

9. **What is a "good faith estimate" as referred to in question #3?**
A good faith estimate includes an itemized list of expected charges for the primary item or service the patient will receive and any other items or services provided as part of the same scheduled episode of care. The final bill must be no more than $400 over the amount of the good faith estimate. The Centers for Medicare and Medicaid Services have published an example template for providing good faith estimates: https://www.cms.gov/files/document/good-faith-estimate-example.pdf.

10. **How and when should hospitals initiate the screening process for their financial assistance program?**
Hospitals should initiate the eligibility screening process on all patients at the time of registration. Hospitals can do so by using presumptive eligibility software used to determine Medicaid eligibility to help determine if patients are eligible for the hospital's own financial assistance programs (e.g., Waystar, FinThrive, RevCo, etc.). Hospitals can use tools such as Experian or paper applications to assess a patient's ability to pay.

Table of Contents

PBHN000002701

**11. What does Leapfrog mean when asking if the hospital's financial assistance program includes ALL clinicians with privileges at the hospital?**
Hospitals that offer a financial assistance program (FAP) or "charity care" should provide a list of any clinicians delivering emergency or other medically necessary care in the hospital, that specifies which clinicians and services are covered by the FAP and which are not to ensure that the patient is aware that they may receive a separate bill that they will be responsible for from any clinician who is not covered. More information about what should be included in your financial assistance policy is available here: https://www.irs.gov/charities-non-profits/financial-assistance-policy-and-emergency-medical-care-policy-section-501r4.

### *Health Care Equity FAQs*

**12. Our hospital is just starting to explore the collection and use of demographic data. What are some resources or tools we can use to collect demographic data?**
Hospitals can refer to the Toronto Measuring Health Equity website which includes training videos, manuals, and presentations on how to collect demographic data from patients, including the modeling of interactions between health care staff and patients. Additionally, CMS also has some free tools available on their website at: https://www.cms.gov/priorities/health-equity/minority-health/research-data/research-data/tools.

**13. What types of demographic data should hospitals be collecting?**
At minimum, hospitals should collect ethnicity and race data from patients. While the Office of Management and Budget (OMB) has revised their Standards for maintaining, collecting, and presenting federal data on race and ethnicity, hospitals may not have implemented those updates. However, the following minimum categories should be used: American Indian or Alaska Native, Asian, Black or African American, Hispanic or Latino, Native Hawaiian or Pacific Islander, and White.

Regarding patient self-identified gender identity and sexual orientation, the Centers for Disease Control and Prevention has issued helpful guidance for providers and facilities, including guidance on the type of questions to ask patients. More information is available at https://www.cdc.gov/hivnexus/hcp/sexual-history/index.html.

**14. To select any of the patient self-identified demographic data in question #1, does a hospital need to collect the data in a particular way?**
Hospitals should be regularly collecting the information via registration or a nurse admission assessment directly from the patient or, for pediatric and other patients who cannot communicate the information themselves, the patient's legal guardian. Patients or their legal guardians should have the opportunity to provide the information either verbally (in-person or over the phone) or via a paper form or online patient portal. Information should NOT be collected through observation or other documents (e.g., state-issued ID). This information should be collected from inpatients and outpatients.

**15. Does Leapfrog have an example of how to collect patient self-reported "sexual orientation" in question #1?**
The CDC has helpful information available on their website at https://www.cdc.gov/hivnexus/hcp/sexual-history/index.html. This webpage includes guidance for discussing sexual health, sexual orientation, and gender identity. Additionally, they provide some helpful tips on what questions to ask to collect the data.

**16. What does Leapfrog mean by "ability status"?**
As described by the CDC, a disability is any condition of the body or mind (impairment) that makes it more difficult for the person with the condition to do certain activities (activity limitation) and interact with the world around them (participation restrictions). More information is available on the CDC website at https://www.cdc.gov/disability-and-health/about/?CDC_AAref_Val=https://www.cdc.gov/ncbddd/disabilityandhealth/disability.html. Examples of questions and ways to determine one's ability status can be found here:
- https://www.cdc.gov/dhds/datasets/?CDC_AAref_Val=https://www.cdc.gov/ncbddd/disabilityandhealth/datasets.html

Table of Contents

PBHN000002702

- https://torontohealthequity.ca/wp-content/uploads/2018/03/Measuring-Health-Equity-Participant-Manual-2018.pdf
- Short Set of question on Disability: Data Collection - Washington Group
- Video 2 - Collecting Disability Data

**17. How does Leapfrog define "health care disparities?"**
Leapfrog defines health care disparities as differences in the quality of health care that are not due to access-related factors or clinical needs, preferences, and appropriateness of intervention. More information is available at https://www.ihi.org/insights/words-matter-making-sense-health-equity-terminology.

**18. In question #4, what does Leapfrog mean by "inadequate data available to determine if disparities exist"?**
Hospitals may find that they cannot determine if a health care disparity exists due to small sample sizes (e.g., fewer than 25 patients able to be measured).

**19. Can we report on health system level data in question #4 if we do not have adequate data to determine if disparities exist?**
Yes, individual hospitals that do not have enough data to identify disparities among their patients based on the demographic data selected in question #1 can respond "yes" to question #4 if they are aggregating their data for the purposes of analysis with other facilities that are part of their system.

**20. In question #6, is Leapfrog asking whether our hospital is publicly reporting the measures we stratify from question #3 on our website?**
No. We are trying to assess the extent to which hospitals are sharing any information on their efforts to identify and reduce health care disparities based on the self-identified demographic data collected directly from the patient or legal guardian present and the impact of those efforts. This may take the form of sharing quantitative or qualitative data. It may also include a description of the types of demographic data collected and the analyses performed, which in some cases demonstrated no apparent health care disparities. Please note that the information on your webpage should be easily accessible. If your hospital is part of a health system, you must provide a link to the system webpage from your hospital's individual website. Below are examples that meet the criteria for question #6.
- Henry Ford Health: https://www.henryford.com/about/diversity/why-we-ask
- NewYork-Presbyterian: https://www.nyp.org/daliocenter/data-and-infrastructure

***Informed Consent FAQs***

**21. In cases where hospitals do not have information about informed consent processes that take place at a clinician's (e.g., surgeon's) office, or if informed consent processes are conducted by clinicians that are not employed by the hospital, or in other cases where the hospital does not have visibility into the informed consent process, how should hospitals respond to questions in this section?**
Hospitals that do not have input over the consent form or visibility into the informed consent process for procedures performed at a hospital, should select "No" for the questions in this section.

If the hospital does have input over the consent form and visibility into the informed consent process for procedures performed at the hospital, such as through the privileging process to allow clinicians to practice at their facility, but the consent forms and the consent process are being completed at the clinician(s)'s office, the hospital can work with those offices to implement the requirements outlined in the questions and, via an annual audit, verify that the forms and process meet the criteria to respond "Yes" to the questions in this section. All documentation should be maintained throughout the Survey Cycle.

**22. Are there any examples of patients for whom the informed consent questions would not apply?**

PBHN000002703

When responding to the questions in this subsection, you can exclude patients who are unable to communicate and for whom no legal guardian or medical proxy has been identified at least one week prior to the procedure being performed.

**23. Should we consider the term "legal guardian" to be equivalent to the term "legal surrogate decision-marker"?**
Yes, for the purposes of the Leapfrog Hospital Survey, these terms are equivalent.

**24. What roles and staff levels need to be included in the training program on informed consent included in question #1? What types of training can we use?**
As described on page 98 of the AHRQ's Making Informed Consent an Informed Choice – Training for Health Care Leaders, the appropriate roles for training include all the following: hospital leaders, physicians/independent nurse practitioners/independent physician assistants, nurses or other clinical staff, administrative staff in a patient-facing role, and interpreters. The training may be tailored to only include relevant materials based on the staff role. The goal is for each responsible staff person to be trained in their applicable domains. For example:

- For hospital leaders, training on the definition and principles of informed consent and specifics on the hospital's informed consent policy is appropriate.
- Clinical staff such as physicians and nurses should also be trained in strategies for clear communication, for presenting choices, and for documentation, if they are responsible for directly conducting the informed consent process.
- For administrative staff in a patient-facing role and interpreters, participating in the informed consent process should also be trained in reviewing and completing documentation.

Staff that are not directly employed by the hospital (e.g., medical interpreters who are employed by a contractor) do not need to be trained by the hospital.

Training does not need to be exclusive to informed consent and can be included as a component or module in other trainings. Examples of trainings include computer-based training, one-on-one precepting, webinars, and staff meeting presentations, as well as other modalities where learning can be assessed after the content is delivered to the trainee.

**25. Regarding the process for soliciting patient feedback in question #2, what parameters should this process follow? Is there a specific patient feedback form that should be used?**
Any method of soliciting feedback from patients who have gone through your informed consent process would be acceptable. One example would be surveying patients after discharge; another example would be asking the hospital's Patient and Family Caregiver Advisory Council (PFAC), if the PFAC includes at least one person who has experience with consenting to a procedure at the hospital in the past 24 months, either for themselves or on behalf of a patient as a caregiver. Asking about the specific verbiage used in the consent form, as well as more general questions about the consent process itself, would both be acceptable areas of inquiry. It is Leapfrog's goal to encourage hospitals to ensure their process is working well for patients by being as flexible as possible in allowing for differing methods.

For an example of a survey of patient's experience with the informed consent process, see: Hallock JL, Rios R, Handa VL. Patient satisfaction and informed consent for surgery. Am J Obstet Gynecol. 2017 Aug;217(2):181.e1-181.e7. doi: 10.1016/j.ajog.2017.03.020. Epub 2017 Mar 28. PMID: 28363439.

**26. Should each consent form be customized to include patient- and procedure-specific details to explain expected difficulties and recovery time (question #3)?**
No. Instead, the consent form must document that the conversation between the patient and the clinician took place, and that the patient had the opportunity to ask questions. For example, such language might read: "I confirm that the choices for my treatment were explained to me. I understand the risks I may face and the benefits that may happen. I also know about the issues I might face from having the procedure. I understand how long I will take to recover, how I can manage my pain, and any rules to follow while I am in the hospital and after I leave. I also understand why the procedure is being done."

Table of Contents

PBHN000002704

**27. Does the consent form need to specifically name the assistants and trainees who will be involved in the procedure, the same way the consent form needs to name the clinician performing the procedure?**
No. The consent form only needs to indicate that assistants or trainees may be involved, if this applies to the specific procedure the patient is signing the consent form for.

**28. Why has Leapfrog selected a 6th-grade reading level target for consent forms, and what are some strategies we can use to meet this?**
Just over half of U.S. adults have a reading level that permits them to understand and synthesize information from a complex text. According to a Gallup analysis, 54% of Americans between the ages of 16 and 74 read below the equivalent of a sixth-grade level. A more recent survey by the Organization for Economic Development and Cooperation (OECD) indicates that literacy in the U.S. has gradually declined since that Gallup analysis, suggesting a still-greater proportion of the population reads below a sixth-grade level today.

Leapfrog hosted two Town Hall Calls last year led by AHRQ describing techniques for reducing the written complexity of consent forms. The slides are available on Leapfrog's Town Hall Calls webpage; please refer to slides 40-47 for more information in the "Informed Consent" slide deck and slides 40-45 in the "Health Literacy" deck. Additional resources include:
- AHRQ Training Module
- The Patient Education Materials Assessment Tool (PEMAT)
- Clear Communication Index (CCI)
- CMS Toolkit for Making Written Material Clear and Effective

**29. How should the reading level of the consent form be assessed?**
There are software tools available to assess reading level. For example, consent forms can be edited in Microsoft Word 365, where a readability tool can be used to make this assessment by: (1) on the "File" tab, click the "Options" button; (2) on the "Proofing" tab, under "When correcting spelling and grammar in Word," select the "Show readability statistics" check box. Exit the window. Then, under the Review tab in your Word document, click the "Editor" button in the far left corner of the ribbon, then click "Insights – Document Stats" on the "Editor" sidebar: Word displays a message box showing you the Flesch-Kincaid readability grade-level: any value less than or equal to 6.9 is considered a "sixth-grade" reading level. Reading level can also be assessed using online tools, such as those provided at Readable.com, provided those tools use either the Flesch-Kincaid or SMOG readability standard to evaluate the readability of written language.

**30. What information on the consent form can be excluded from the reading level assessment?**
The procedure name and description can be excluded from the reading level assessment. In addition, information intended to be read by the provider or administrative staff ONLY, such as instructions for signing and returning the consent form, and information that is written in by an individual provider to give that patient information specific to their condition, can also be excluded. Finally, any words where a sixth-grade reading level definition is included with the term can be excluded from the reading level assessment. For example, in the sentence "anesthesia (putting you to sleep)," only "putting you to sleep" needs to be considered in the reading level assessment.

**31. What is a qualified medical interpreter?**
In the U.S. Department of Health and Human Services 2023 Language Access Plan, a qualified medical interpreter is defined as "A bilingual/multilingual person who has the appropriate training and experience or demonstrated ability to fully understand, analyze, and process and then faithfully render a spoken, written, or signed message in one language into a second language and who abides by a code of professional practice and ethics." Leapfrog adheres to this definition for the purposes of reporting on the Hospital Survey.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002705

# *Page Intentionally Left Blank*

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002706

# *SECTION 2: MEDICATION SAFETY*

This section includes questions and reference information for Section 2: Medication Safety. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.

**Version 9.1**
**© 2025 The Leapfrog Group**                    **First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002707

# Section 2: Medication Safety

**Computerized Physician Order Entry (CPOE) Fact Sheet and Bibliography:**
https://ratings.leapfroggroup.org/measure/hospital/2025/safe-medication-ordering

**Bar Code Medication Administration (BCMA) Fact Sheet and Bibliography:**
https://ratings.leapfroggroup.org/measure/hospital/2025/safe-medication-administration

**Medication Reconciliation Fact Sheet:**
https://ratings.leapfroggroup.org/measure/hospital/2025/medication-reconciliation

**In Section 2, pediatric hospitals should only respond to questions in Sections 2A and 2C. Sections 2B and 2D do not apply to pediatric hospitals. Additionally, pediatric hospitals are not required to complete the CPOE Evaluation Tool.**

Section 2 includes questions about your hospital's use of CPOE and BCMA, and (for adult and general hospitals) questions about your hospital's medication reconciliation process. The EHR application subsection (2B) is only applicable to adult and general hospitals and will not be scored or publicly reported. In 2025, three questions about Artificial Intelligence (AI) applications were added to subsection 2B – these questions are optional and will not be scored or publicly reported.

**Each hospital achieving the standard for Computerized Physician Order Entry (CPOE):**
1. Assures that prescribers enter at least 85% of inpatient medication orders via a computer system that includes decision support software to reduce prescribing errors, **and**
2. For adult and general hospitals, demonstrates, via a test, that its inpatient CPOE system can alert physicians to at least 60% of frequent serious medication errors known to cause harm to patients.

**Each hospital achieving the standard for Bar Code Medication Administration:**
1. Has implemented the use of BCMA at the bedside in 100% of applicable units; **and**
2. Has achieved at least 95% compliance with scanning patients and medications during administration in applicable units where BCMA is implemented; **and**
3. Has a BCMA system that includes all the following types of decision support: wrong patient, wrong medication, wrong dose, wrong time, and second nurse check needed; **and**
4. Has at least six of the following structures in place to monitor and reduce workarounds: has a formal committee that meets routinely to review data reports on BCMA system use, has back-up equipment for hardware failures, has a help desk that provides timely responses to urgent BCMA issues in real-time, conducting real-time observations of users using the BCMA system, and engages nursing leadership at the unit level on BCMA use. Additionally, information from these structures is used to implement quality improvement projects or monitor previous quality improvement projects focusing on the hospital's BCMA system. Results from the quality improvement projects are evaluated and demonstrate that these projects have resulted in higher adherence to standard medication administration processes. Finally, resolution of system deficiencies and/or problems that may have contributed to the workaround are communicated back to the end user.

**Each hospital achieving the standard for Medication Reconciliation:**
1. Uses a nationally endorsed protocol to collect data on the accuracy of its medication reconciliation process for at least 30 sampled patients and reported the data collected to Leapfrog, **and**
2. Has a rate of unintentional medication discrepancies that is lower than the 50th percentile (where lower performance is better).

**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the <u>Scoring and Results webpage</u>.**

PBHN000002708

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 2: Medication Safety*

## 2A: Computerized Physician Order Entry (CPOE)

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: "Prescribers" used throughout this subsection refers to all licensed clinicians who are authorized by the state in which the hospital is located to order medications for patients. This includes residents and interns who are authorized to order medications under their own authority.

Note 2: Adult and general hospitals must complete an Adult Inpatient Test at least once per Survey Cycle (April to November). Hospitals are encouraged to ensure that the Adult Inpatient CPOE Test is submitted along with the Survey to meet the deadlines for Leapfrog's Programs such as Top Hospital, Leapfrog Hospital Safety Grade, etc.

Note 3: Hospitals will have access to the CPOE Evaluation Tool immediately after completing the Hospital Profile in the Online Hospital Survey Tool.

**Specifications:** See ***Computerized Physician Order Entry (CPOE) Measure Specifications*** in the Reference Information beginning on page 72.

---

**Reporting Period: 3 months**
Answer questions #1-5 for the latest 3-month period prior to the submission of this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | | |
|---|---|---|
| 1) | What is the latest 3-month reporting period for which your hospital is submitting responses to this section? 3-month reporting period ending: | _____ <br> *Format: Month/Year* |
| 2) | Does your hospital have a functioning CPOE system in one or more <u>inpatient</u> units of the hospital that: <br> • includes decision support software to reduce prescribing errors; and <br> • is <u>linked</u> [18] to pharmacy, laboratory, and admitting-discharge-transfer (ADT) information in your hospital? <br><br> *If "no" to question #2, skip the remaining questions in Section 2A and Section 2B, and continue to Section 2C. The hospital will be scored as "Limited Achievement."* | ○ Yes <br> ○ No |
| 3) | Total number of **inpatient medication orders**, including orders made in units that do NOT have a functioning CPOE system. | _____ |
| 4) | Total number of **inpatient medication orders** in question #3 that licensed prescribers entered via a CPOE system that meets the criteria outlined in question #2. | _____ |

*If "yes" to question #2 and you are an **adult or general hospital**, use the Take CPOE Tool button on the Survey Dashboard to access the **CPOE Evaluation Tool**. Question #5 does not apply to pediatric hospitals.*

---

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002709

| 5) Hospital's score when it tested its CPOE system using the Leapfrog CPOE Evaluation Tool:<br><br>**Adult Inpatient Test must be completed between April 1 and November 30, 2025.** | *No response required here. Determined automatically based on **separately completing** a test using the Leapfrog CPOE Evaluation Tool.* |
|---|---|

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002710

## **2B: EHR Application Information**

**This section is not applicable to pediatric hospitals.**

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** This subsection will not be scored or publicly reported. The information collected in this subsection is used by the CPOE Evaluation Tool developers for research and CPOE Evaluation Tool improvements.

> **Reporting Period:** Answer questions #1-6 based on the EHR application currently in place at the time you submit this section of the Survey.
>
> Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

| | |
|---|---|
| 1) Which EHR source is your hospital currently using?<br><br>*If your hospital purchased a third-party vendor system and substantially altered it on implementation, select "Homegrown App," skip questions #2-4, and continue to question #5.* | ○ Vendor Application<br>○ Homegrown Application |
| 2) Which EHR vendor is your hospital currently using? | ○ Altera/Allscripts<br>○ Altera/Digital Health<br>○ Allscripts/Eclipsys<br>○ Altera/Paragon<br>○ CareCast<br>○ Cerner<br>○ CPSI<br>○ Epic<br>○ MEDHOST<br>○ MEDITECH<br>○ Quadramed<br>○ Other (please specify): _____ |
| 3) What EHR version is your hospital currently using? | _____ |
| 4) What is the name of the EHR product that your hospital is currently using? | _____ |
| 5) When was the EHR initially installed at the hospital?<br><br>*Enter the month and year the EHR was installed at the hospital.* | _____<br>*Format: Month/Year* |
| 6) Which EHR Medication Reference Database is your hospital currently using? | ○ Homegrown<br>○ First DataBank (FDB)<br>○ Gold Standard / Elsevier<br>○ Lexicomp<br>○ Medi – Span<br>○ Micromedex<br>○ Multum<br>○ Other (please specify): _____ |

PBHN000002711

### *Additional Questions (Optional – Fact Finding Only)*

| | | |
|---|---|---|
| 7) | Does your hospital currently use any Artificial Intelligence (AI) applications as part of your medication ordering decision support system?<br><br>*If "no" to question #7, skip the remaining questions in Section 2B, and continue to Section 2C.* | ○  Yes<br>○  No |
| 8) | Which Artificial Intelligence (AI) vendor source is your hospital currently using as part of your medication ordering decision support system?<br><br>*Select all that apply.*<br><br>*If "Other AI Vendor" or "Other Homegrown AI Application" is selected, continue to question #9. Otherwise, skip question #9 and continue to the next subsection.* | **EHR Vendors**<br>☐  Epic<br>☐  Cerner<br>☐  Allscripts (Altera)<br>☐  Meditech<br>☐  Quadramed<br>☐  CPSI<br><br>**Medication Safety Vendors**<br>☐  First Databank<br>☐  Medi-Span<br>☐  Multum<br>☐  Lexicomp<br>☐  Elsevier<br><br>**Other**<br>☐  Other AI Vendor<br>☐  Other Homegrown AI Application |
| 9) | What are the names of the Other AI Vendors or Other Homegrown AI Applications that your hospital is currently using as part of your medication ordering decision support system?<br><br>*If entering multiple Other AI Vendors or Other Homegrown AI Applications, separate each by a comma.* | _____ |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002712

## 2C: Bar Code Medication Administration (BCMA)

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** Only include units that were open for the entire reporting period and that remain currently open.

**Specifications:** See ***Bar Code Medication Administration (BCMA) Measure Specifications*** in the Reference Information beginning on page 73.

| |
|---|
| **Reporting Period: 3 months**<br>Answer questions #1-21 for the latest 3-month period prior to the submission of this section of the Survey.<br><br>Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported. |

| | |
|---|---|
| 1) What is the latest 3-month reporting period for which your hospital is submitting responses to questions #2-21? 3-month reporting period ending: | _____<br>*Format: Month/Year* |
| 2) Does your hospital use a Bar Code Medication Administration (BCMA) system that is linked to the electronic medication administration record (eMAR) when administering medications at the bedside in at least one of the following adult and/or pediatric units:<br>　• General Medical, Surgical, Medical/Surgical, Neuro[14], Neonatal[17], or Specialty ICUs;<br>　• Medical, Surgical, or Medical/Surgical Units (including telemetry units)[19];<br>　• Step-down/Progressive Units[20];<br>　• Labor and Delivery Unit[21]; or<br>　• Pre-operative and Post-anesthesia Care Units[22]?<br><br>*If "no" to question #2, skip questions #3-21 and continue to the next subsection. The hospital will be scored as "Limited Achievement."* | ○  Yes<br>○  No |
| 3) Does your hospital operate adult and/or pediatric General Medical, Surgical, Medical/Surgical, Neuro[14], Neonatal[17], or Specialty ICUs?<br><br>*If "no" to question #3, skip questions #4-5 and continue to question #6.* | ○  Yes<br>○  No |
| 4) If "yes," how many of this type of unit are open and staffed in the hospital? | _____ |
| 5) How many of the units in question #4 utilized the BCMA/eMAR system when administering medications at the bedside? | _____ |
| 6) Does your hospital operate adult and/or pediatric Medical, Surgical, or Medical/Surgical Units (including telemetry units) [19]?<br><br>*If "no" to question #6, skip questions #7-8 and continue to question #9.* | ○  Yes<br>○  No |
| 7) If "yes," how many of this type of unit were open and staffed in the hospital? | _____ |

PBHN000002713

| | | |
|---|---|---|
| 8) | How many of the units in question #7 utilized the BCMA/eMAR system when administering medications at the bedside? | \_\_\_\_\_ |
| 9) | Does your hospital operate adult and/or pediatric Step-down/Progressive Units[20]? <br><br> *If "no" to question #9, skip questions #10-11 and continue to question #12.* | ○  Yes <br> ○  No |
| 10) | If "yes," how many of this type of unit were open and staffed in the hospital? | \_\_\_\_\_ |
| 11) | How many of the units in question #10 utilized the BCMA/eMAR system when administering medications at the bedside? | \_\_\_\_\_ |
| 12) | Does your hospital operate a Labor and Delivery Unit[21]? <br><br> *If "no" to question #12, skip questions #13-14 and continue to question #15.* | ○  Yes <br> ○  No |
| 13) | If "yes," how many of this type of unit were open and staffed in the hospital? | \_\_\_\_\_ |
| 14) | How many of the units in question #13 utilized the BCMA/eMAR system when administering medications at the bedside? | \_\_\_\_\_ |
| 15) | Does your hospital operate adult and/or pediatric Pre-operative and Post-anesthesia Care Units[22]? <br><br> *If "no" to question #15, skip questions #16-17 and continue to question #18.* | ○  Yes <br> ○  No |
| 16) | If "yes," how many of this type of unit are open and staffed in the hospital? | \_\_\_\_\_ |
| 17) | How many of the units in question #16 utilized the BCMA/eMAR system when administering medications at the bedside? | \_\_\_\_\_ |

*If "no" to questions #3, #6, #9, #12, and #15 above, update your response to question #2.*

| | | |
|---|---|---|
| 18) | The number of scannable medication administrations during the reporting period in those units that utilize BCMA as indicated in questions #5, #8, #11, #14, and #17 above: | \_\_\_\_\_ |
| 19) | The number of medication administrations from question #18 that had both the patient and the medication scanned during administration with a BCMA system that is linked to the electronic medication administration record (eMAR): | \_\_\_\_\_ |

| | | | |
|---|---|---|---|
| 20) What types of decision support does your hospital's BCMA system provide to users of the system? | | | |
| a) | Wrong patient | | ○  Yes <br> ○  No |
| b) | Wrong medication | | ○  Yes <br> ○  No |
| c) | Wrong dose | | ○  Yes <br> ○  No |

PBHN000002714

| | | |
|---|---|---|
| d) | Wrong time (e.g., early/late warning; warning that medication cannot be administered twice within a given window of time) | ○  Yes<br>○  No |
| e) | Second nurse check needed | ○  Yes<br>○  No |

| | | |
|---|---|---|
| 21) | Which of the following mechanisms does your hospital use to reduce and understand potential BCMA system "workarounds?" | |
| a) | Has a formal committee that meets routinely to review data reports on BCMA system use | ○  Yes<br>○  No |
| b) | Has back-up equipment (e.g., extra scanners, portable computers, batteries, and mice) for BCMA hardware failures | ○  Yes<br>○  No |
| c) | Has a Help Desk that provides timely responses to urgent BCMA issues in real-time | ○  Yes<br>○  No |
| d) | Conducts real-time observations of users at the unit level using the BCMA system | ○  Yes<br>○  No |
| e) | Engages nursing leadership at the unit level on BCMA use | ○  Yes<br>○  No |
| f) | In the past 12 months used the data and information obtained through items a-e to implement quality improvement projects that have focused on improving the hospital's BCMA performance<br><br>**OR**<br><br>In the past 12 months used the data and information obtained through items a-e to monitor a previously implemented quality improvement project focused on improving the hospital's BCMA performance<br><br>*Cannot respond "yes" to this question, unless "yes" to either 21a, 21d or 21e.* | ○  Yes<br>○  No |
| g) | In the past 12 months evaluated the results of the quality improvement projects (from f) and demonstrated that these projects have resulted in higher adherence to your hospital's standard medication administration process<br><br>**OR**<br><br>In the past 12 months evaluated the results of the quality improvement projects (from f) and demonstrated continued adherence to your hospital's standard medication administration process<br><br>*Cannot respond "yes" to this question, unless "yes" to 21f.* | ○  Yes<br>○  No |
| h) | Communicated back to end users the resolution of any system deficiencies and/or problems that may have contributed to workarounds<br><br>*Cannot respond "yes" to this question, unless "yes" to either 21a, 21d or 21e.* | ○  Yes<br>○  No |

PBHN000002715

*2025 Leapfrog Hospital Survey – Hard Copy*                                    *Section 2: Medication Safety*

## **2D: Medication Reconciliation**

**This section is not applicable to pediatric hospitals.**

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Specifications:** See ***Medication Reconciliation Measure Specifications*** in the Reference Information beginning on page 76.

---

**Reporting Period: 6 months**
Answer questions #1-8 for the latest 6-month period prior to the submission of this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

**Sufficient Sample:** See ***Medication Reconciliation Measure Specifications*** for instructions on identifying a sufficient sample for question #3.

| | |
|---|---|
| 1) What is the latest 6-month reporting period for which your hospital is submitting responses to this section? 6-month reporting period ending: | _____<br>*Format: Month/Year* |
| 2) During the 6-month reporting period, did your hospital conduct a random sample of adult patients and have a pharmacist or certified pharmacy technician [23] complete the following steps for each patient included in the sample:<br><br>• Interview Patient and Obtain the Gold Standard Medication History (pharmacist or certified pharmacy technician[23]);<br>• Complete a Medication Reconciliation Worksheet for each sampled patient (pharmacist or certified pharmacy technician[23]);<br>• Compare Gold Standard Medication History to Admission Orders (pharmacist only); and<br>• Compare Gold Standard Medication History to Discharge Orders (pharmacist only)?<br><br>*If "no" to question #2, skip the remaining questions in Section 2D and go to the Affirmation of Accuracy. The hospital will be scored as "Did Not Measure."*<br><br>*If "no, had fewer than 30 admissions to medical or med/surg units" to question #2, skip the remaining questions in Section 2D and go to the Affirmation of Accuracy. The hospital will be scored as "Does Not Apply."* | ○ Yes<br>○ No<br>○ No, had fewer than 30 admissions to medical or med/surg units |

*For questions #3-8, if the sample is less than 30 patients from the 6-month period, the hospital will be scored as "Some Achievement" and the rate of unintentional discrepancies will not be publicly reported.*

| | |
|---|---|
| 3) Number of adult patients that your hospital sampled [24]. | _____<br>*Max value 500* |

PBHN000002716

*2025 Leapfrog Hospital Survey – Hard Copy*                                         *Section 2: Medication Safety*

| 4) | Number of patients from question #3 who had zero (0) Gold Standard Medications.<br><br>*If more than 10 out of 30 patients (or one-third) included in the sample had zero (0) Gold Standard Medications, the hospital will be scored as "Unable to Calculate Score."* | _____ |
|---|---|---|
| 5) | Total number of medications obtained by the pharmacist or certified pharmacy technician[23] from the Gold Standard Medication History [25] for the adult patients included in the sample. | _____ |
| 6) | Total number of unintentional discrepancies in admission and discharge among the gold standard medications [26] in question #5 identified by the pharmacist. | _____ |
| 7) | Total number of unintentionally ordered additional medications [27] for the adult patients included in the sample on admission and/or discharge identified by the pharmacist. | _____ |
| 8) | Total number of discrepancies due to unintentionally ordered additional medications [28] in question #7 identified by the pharmacist. | _____ |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002717

**Affirmation of Accuracy**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Medication Safety Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealings with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealings with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.

Affirmed by _____, the hospital's _____,
                      *(first name and last name)*                                    *(title)*
on _____.
              *(date)*

PBHN000002718

# Section 2: Medication Safety Reference Information

### What's New in the 2025 Survey

### CPOE Evaluation Tool

The CPOE Evaluation Tool developers will update the test medication scenarios to reflect changes to clinical guidelines and to address medications that hospitals frequently reported as not being in their medication formulary. Due to unforeseen operational challenges, the Test Patients PDF will not include the date of birth for each patient. Hospitals will need to calculate the date of birth based on the age provided. To make this easier for hospitals, Leapfrog will include a Date of Birth Calculator on the Survey and CPOE Materials webpage starting on April 1.

Additionally, patient allergies will not be removed, as the CPOE test is designed to simulate a real-life environment where allergy information is typically included in patient profiles.

Previously, the Excessive Dosing and Drug Route Order Checking Categories were indicated as scenario-specific clinical decision support, meaning that advice or information presented to the prescriber is related to the Test Order and the Test Patient, which includes specific patient demographics and clinical information. For the 2025 CPOE Test, the Excessive Dosing and Drug Route Order Checking Categories will be updated to indicate that the type of clinical decision support in these Order Checking Categories is medication-specific, meaning that it is specific to the medication and might appear any time the medication is ordered for any patient and is not specifically related to the Test Patient. This change will be reflected in the Orders and Observations Sheet.

Lastly, the Sample Test content will be updated to include one Test Order from each of the eight Order Checking Categories to give hospitals a preview of the response options that they will see on the Online Answer Form in the Adult Inpatient Test.

There are no changes to the scoring algorithm for the CPOE Evaluation Tool.

### Section 2A: Computerized Physician Order Entry (CPOE)

In response to comments collected during the public comment period and in consultation with Leapfrog's CPOE Expert Panel, Leapfrog is updating the measure specifications for question #3 to include medications ordered via a secure texting platform in the denominator only. Medications ordered via a secure texting platform should be excluded from question #4, the numerator, since these orders are not entered through the CPOE system.

There are no changes to the scoring algorithm for Section 2A: CPOE.

### Section 2B: EHR Application Information

Leapfrog is adding optional fact-finding questions about Artificial Intelligence (AI) vendors. The responses will be used to research AI vendor influence on a hospital's CPOE Test score. Additionally, we are adding an FAQ to define Artificial Intelligence.

These optional, fact-finding questions are not used in scoring or public reporting. Section 2B: EHR Application Information is not scored or publicly reported.

### Section 2C: Bar Code Medication Administration (BCMA)

Leapfrog will continue to ask hospitals about their utilization of BCMA in the following adult and/or pediatric units: medical, surgical, and medical/surgical units; intensive care units (including neonatal); labor and delivery units; and pre-operative and post-anesthesia care units, but, we are updating the unit

PBHN000002719

definitions to further align with other sections of the Survey, including specifying the inclusion of both single and mixed acuity units when reporting on medical, surgical, and medical/surgical units. Previously, step-down/progressive units were included when reporting on medical, surgical, and medical/surgical units. For 2025, Leapfrog is adding new questions to assess the utilization of step-down/progressive units separately. Hospitals without a dedicated stepdown/progressive unit will continue to report on any medical, surgical, and medical/surgical units and include any medications administered to step-down/progressive patients in these units. This has been clarified in the corresponding endnote for medical, surgical, and medical/surgical units. Telemetry units will continue to be reported with medical, surgical, and medical/surgical units. These questions have been refined for more clarity based on comments collected during the public comment period and national pilot.

Leapfrog is also updating the measure specifications to note that hospitals should continue to count units as they do internally (i.e., if units are considered separate units despite sharing a space, report the units as two; if they are considered a single combined unit, report the unit as one). When reporting on compliance, Leapfrog will also clarify that medication administrations performed during a procedure should be excluded (i.e., if the hospital combines their procedural areas with their pre-operative or post-anesthesia care units and is able to distinguish between these medication administrations).

Leapfrog is making two updates to assist hospitals reporting on their mechanisms used to reduce and understand potential BCMA system "workarounds." First, Leapfrog is updating one of the questions to ask about "back-up equipment (e.g., extra scanners, portable computers, batteries, and mice)" for BCMA hardware failures, instead of "back-up systems." Second, we are adding a FAQ reminding hospitals that they should still implement or monitor a quality improvement program even if they are at 95% compliance to ensure that they can continue to improve and maintain high compliance.

There are no changes to the Scoring Algorithm for Section 2C: BCMA.

## Section 2D: Medication Reconciliation

There are no changes to this subsection.

### *Change Summary Since Release*

None. If substantive changes are made to this section of the Survey after release on April 1, 2025, they will be documented in this Change Summary section.

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002720

# Section 2: Medication Safety Measure Specifications

## *Computerized Physician Order Entry (CPOE) Measure Specifications*

**Important Notes:**

Note 1: Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

Note 2: "Licensed prescriber" refers to all licensed clinicians who are authorized by the state in which the hospital is located to order medications for patients. This includes residents and interns who are authorized to order medications under their own authority.

| |
|---|
| **Source:** The Leapfrog Group |
| **Reporting Period:** The latest 3-month period prior to the submission of this section of the Survey. |
| **Medications:** For the purposes of this measure, a **medication** is a substance that is taken into, or placed onto, the body of a person for one or more of the following reasons:<br>• as a placebo<br>• to prevent a disease (e.g., flu vaccine)<br>• to make a diagnosis (e.g., contrast dye)<br>• to test for the possibility of an adverse effect<br>• to modify a physiological, biochemical, or anatomical function or abnormality (e.g., heparin/heparin flushes, statins, antihypertensives, etc.)<br>• to replace a missing factor (e.g., blood product)<br>• to ameliorate a symptom (e.g., aspirin)<br>• to treat a disease or condition (including topicals, nasal sprays, eye drops, compounds, inhalants, injectables, patches, etc.)<br>• to induce anesthesia<br>• to stabilize or hydrate during medical treatment or procedures (e.g., IV fluids, normal saline, lactated ringers, etc.)<br>• to provide nutrition (e.g., enteral nutrition products, parenteral nutrition products, breast milk [breast milk applies to BCMA measure only])<br>• as a supplement (e.g., iron for a patient with iron deficiency anemia or calcium/vitamin D for a patient with osteoporosis)<br><br>For the purposes of this measure, the following are **not** considered medications:<br>• Pre-filled saline flushes and pre-filled heparin flushes (i.e., saline and heparin flushes that come from the manufacturer already filled and are not filled by the hospital's pharmacy)<br>• Chlorhexidine and alcohol preparation pads<br>• Intra-op irrigation solutions |
| **Question #3 (denominator):** Total number of inpatient medication orders, including medication orders made in inpatients units that do NOT have a functioning CPOE system.<br><br>**Include:**<br>• Medications ordered for **any patient with an inpatient status**, including those with an inpatient status who may be in an outpatient unit during an overflow situation.<br>• Medications ordered for any neonatal ICU patient.<br>• Medications ordered by **any individual**, including nurses and pharmacists.<br>• Medications ordered electronically, via a secure texting platform, verbally or via paper.<br>• Medications ordered verbally during a rapid response (prevention of serious injury, cardiac arrest, and respiratory arrest).<br><br>**Exclude:**<br>• Medications ordered for any newborn in a nursery or mother's room. |

PBHN000002721

- New medication orders that have been modified from the original order but maintain the intent of the original order (e.g., "new" medication orders generated when a dose, route, frequency, or brand are changed).
- Medications ordered verbally during a "code blue" (i.e., medications ordered verbally when a patient requires resuscitation or needs immediate medical attention, most often as the result of a respiratory arrest or cardiac arrest).
- Medications ordered in an operating room or procedural area.

---

**Question #4 (numerator): Total number of inpatient medication orders in question #3 that <u>licensed prescribers</u> entered via a CPOE system that meets the criteria outlined in question #2.**

**Include:**

- Medication orders entered into the CPOE system by a **licensed prescriber**
- In addition, the following types of medication orders entered in to a CPOE system by a <u>non-licensed prescriber</u>, such as a nurse or pharmacist, can also be included:
  - <u>Per protocol medication orders</u> (i.e., medication orders with detailed guidance on how to administer, dose or adjust a medication) approved by a medical committee where the implementation of the protocol was authorized by a **licensed prescriber** and orders were initiated in the CPOE system.
  - <u>Standing medication orders</u> (i.e., orders which can be initiated based on medical staff approval of a screening criteria and indication for all patients that meet the screening criteria) approved by a medical committee that were initiated in the CPOE system.
  - Medication orders entered into the CPOE system that required either verbal read back of alerts to the licensed prescriber or a co-signature by a licensed prescriber <u>prior to administration</u> to ensure that the licensed prescriber was made aware of all advice/information generated by the CPOE system.

**Exclude:**

- Medications ordered verbally, via a secure texting platform, or via paper.
- Medication orders entered into the CPOE system by a non-licensed prescriber, such as a nurse or pharmacist, that were NOT per protocol medication orders or standing medication orders.
- Medication orders entered into the CPOE system by a non-licensed prescriber, such as a nurse or pharmacist, that DID NOT require either verbal read back of alerts or a co-signature of a licensed prescriber prior to administration.

---

See <u>FAQs</u> for additional information about responding to the questions in this section.

PBHN000002722

### Bar Code Medication Administration (BCMA) Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

| |
|---|
| **Source:** The Leapfrog Group |
| **Reporting Period:** The latest 3-month period prior to the submission of this section of the Survey. |
| **Included Adult and/or Pediatric Units:**<br><br>• General Medical, Surgical, Medical/Surgical, Neuro[14], Neonatal[17], or Specialty ICUs<br>• Medical, Surgical, or Medical/Surgical Units (including telemetry units)[19],<br>• Step-down/Progressive Units[20]<br>• Labor and Delivery Unit[21]<br>• Pre-operative and Post-anesthesia Care Units[22]<br><br>**Excluded Units:**<br><br>• Emergency departments<br>• Operating rooms<br>• Procedural and diagnostic areas, such as radiology units, endoscopy units, etc.<br>    ○ Note: Pre-operative and post-anesthesia care areas in these units must be included<br>• Units that were not open for the entire reporting period or that are not currently open<br><br>**Important Note:** Hospitals should count units as they do internally (i.e., if units are considered separate units despite sharing a space, report the units as two; if they are considered a single combined unit, report the unit as one. |
| **Medications:** For the purposes of this measure, a **medication** is a substance that is taken into, or placed onto, the body of a person for one or more of the following reasons:<br>• as a placebo<br>• to prevent a disease (e.g., flu vaccine)<br>• to make a diagnosis (e.g., contrast dye)<br>• to test for the possibility of an adverse effect<br>• to modify a physiological, biochemical or anatomical function or abnormality (e.g., heparin/heparin flushes, statins, antihypertensives, etc.)<br>• to replace a missing factor (e.g., blood product)<br>• to ameliorate a symptom (e.g., aspirin)<br>• to treat a disease or condition (including topicals, nasal sprays, eye drops, compounds, inhalants, injectables, patches, etc.)<br>• to induce anesthesia<br>• to stabilize or hydrate during medical treatment or procedures (e.g., IV fluids, normal saline, lactated ringers, etc.)<br>• to provide nutrition (e.g., enteral nutrition products, parenteral nutrition products, breast milk [breast milk applies to BCMA measure only])<br>• as a supplement (e.g., iron for a patient with iron deficiency anemia or calcium/vitamin D for a patient with osteoporosis)<br><br>For the purposes of this measure, the following are **not** considered medications:<br>• Pre-filled saline flushes and pre-filled heparin flushes (i.e., saline and heparin flushes that come from the manufacturer already filled and are not filled by the hospital's pharmacy)<br>• Chlorhexidine and alcohol preparation pads<br>• Intra-op irrigation solutions |
| **Question #18 (denominator):** Total number of scannable medication administrations during the reporting period in those units that utilize BCMA as indicated in questions #5, #8, #11, #14 and #17.<br><br>**Include** all scannable medication administrations (regardless of patient's admission status and administering provider) in adult and/or pediatric general medical, surgical, medical/surgical, neuro, neonatal, and specialty ICUs; medical, surgical, and medical/surgical units (including telemetry units); |

PBHN000002723

step-down/progressive units; labor and delivery units; and pre-operative and post-anesthesia care units that utilize a BCMA system that is linked to the electronic medication administration record (eMAR).

Include medication administrations during a procedure if the hospital combines their procedural areas with their pre-operative or post-anesthesia care units and is **unable** to distinguish between these medication administrations.

**Exclude:**
- Medication administrations in units that are not specified in question #5, #8, #11, #14 or #17
- Medication administrations in units that do not utilize a BCMA system that is linked to the eMAR
- Medication administrations in units that have not been open or staffed for the entire 3-month reporting period or in units that are not open currently
- Medication administrations during a procedure if the hospital combines their procedural areas with their pre-operative or post-anesthesia care units and is able to distinguish between these medication administrations
- Administrations of medications that are not "scannable," i.e., medications that do not have a bar code and could not be scanned if BCMA were in use

**Question #19 (numerator):** Total number of medication administrations from question #18 that had both the patient and the medication scanned during administration with a BCMA system that is linked to the electronic medication administration record (eMAR).

**Include** medication administrations where both the patient and medication were scanned during administration with a BCMA system that is linked to the eMAR.

**Exclude** medication administrations where neither patient nor medication were scanned during administration or only the patient or only the medication were scanned with a BCMA system that is linked to the eMAR.

See FAQs for additional information about responding to the questions in this section.

PBHN000002724

### *Medication Reconciliation Measure Specifications*

**Important Notes:**

Note 1: This section does not apply to pediatric hospitals.

Note 2: Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

Note 3: A hospital pharmacist or certified pharmacy technician[23] plays two important roles in data collection for this measure. First, the pharmacist or certified pharmacy technician is responsible for obtaining the Gold Standard Medication History from each sampled patient. Second, the pharmacist is responsible for identifying the unintentional discrepancies by comparing the Gold Standard Medication History to admission orders and discharge orders.

| |
|---|
| **Source:** Brigham and Women's Hospital (NQF #2456) |
| **Reporting Period:** The latest 6-month period prior to submission of this section of the Survey. |
| **Materials for Data Collection:**<br>To complete the data collection for this subsection and respond to questions #3-8 hospitals should download four important tools:<br>• The **Medication Reconciliation Workbook** (Excel) includes 3 tabs: Instructions, Sampling, and Data Entry. This can be used to identify patients to sample and collect data from, as well as calculate the responses to enter into the Online Hospital Survey Tool from the completed Worksheets.<br>• The **Medication Reconciliation Worksheet** (Word) can be used by the pharmacist to identify the number of unintentional discrepancies at admission and/or discharge for each sampled patient (question #6). The Medication Reconciliation Worksheet can also be used to track additional medications that were ordered unintentionally at admission and/or discharge (questions #7-8).<br>• The **MARQUIS 2 Best Possible Medication History: Quick Tips** tri-fold (PDF) includes important information on how the pharmacist or certified pharmacy technician[23] should obtain the Gold Standard Medication History<br>• **Identifying Discrepancies Flow Chart** (PDF) includes important information on how the pharmacist should identify discrepancies between the Gold Standard Medication History and admission and discharge orders.<br><br>All of these tools are available on the Survey and CPOE Materials webpage and should be used when reporting on this measure. |

The intent of this measure is to calculate your hospital's rate of unintentional medication discrepancies per medication. Hospitals may perform data collection on a regular basis or just once for the purposes of reporting on this measure to Leapfrog.
1. Hospitals that collect these data on a regular basis and did so using the previous year's measure specifications can use those data when reporting on this section of the Survey. For example, if your hospital samples regularly on a quarterly basis and collected data January through March using the previous year's specifications, you can report those data on the current year's Survey. We do ask that you download and use the most recent measure specifications and materials when they are made available on April 1 each year.
2. Hospitals that do not sample patients on a regular basis (i.e., quarterly) should sample in real-time beginning April 1 and can collect data at any time during the Survey Cycle (April 1 – November 30). Sampling can be spread out over the entire 6-month reporting period (e.g., five patients per month), or within a shorter time period within those 6 months (e.g., 30 patients in a two-week period).

PBHN000002725

**Follow the steps below to complete data collection for this measure:**

**Step 1: Identify Patients to Include in the Sample (Survey Coordinator)**
a.  To be scored on the rate of unintentional medication discrepancies, hospitals are required to sample at least 30 patients from a 6-month reporting period. Hospitals that sample fewer than 30 patients during the reporting period will be scored and publicly reported as "Some Achievement."
b.  All hospitals should exclude patients under 18 years old, patients who were discharged or expired before the Gold Standard Medication History could be obtained, and patients that do not have discharge orders written during the reporting period.
c.  Hospitals should sample patients from medical, medical/surgical, and step-down/progressive units (adult only) to reduce the number of sampled patients with zero (0) Gold Standard Medications. However, hospitals may expand their sampling to patients in additional units of the hospitals.
d.  Hospitals should sample patients from different days of the week, including patients admitted on the weekend.
e.  On the day of data collection, obtain a list of patients that were admitted the day before to medical and/or medical/surgical units, in the order that they were admitted.
f.  Follow the instructions in the Medication Reconciliation Workbook to randomly sample admitted patients.
g.  Send the list of sampled patients to the pharmacist, pharmacy resident, or pharmacy technician so they can schedule an in-person, video, or phone interview with each patient to obtain their Gold Standard Medication History.

**Step 2: Interview Patients and Obtain the Gold Standard Medication History (Pharmacist or Certified Pharmacy Technician[23])**
a.  A trained pharmacist, pharmacy resident, or <u>certified pharmacy technician</u>[23] must interview the patients from Step 1 and obtain the Gold Standard Medication History within 24 hours after admission, typically the morning after admission. Note that this is in addition to, and separate from, any pre-admission medication list that was created as part of normal care.
b.  The pharmacist, pharmacy resident, or <u>certified pharmacy technician</u>[23] can customize the following script to explain to the patient the reason for the interview: "Hi, I'm *(pharmacist's name)*, a pharmacist at *(name of hospital)*. I know *(care team member who may have collected a pre-admission medication list or PAML)* already asked you about the medications you were taking before you were admitted to the hospital. I'm here to ask you about these medications again. Our hospital has asked me to collect this information again so I can use it to measure how well we are doing in gathering medication histories. What we learn will help us improve our processes of care in the future and make sure we manage patients' medications safely when they come into and after they leave the hospital."
c.  The Gold Standard Medication History is the list of medications that the patient was taking prior to admission. Best practices for collecting the Gold Standard Medication History can be found in the "Other Supporting Materials" for Section 2 on the <u>Survey and CPOE Materials webpage</u>.
    i.  Pharmacists, pharmacy residents, and <u>certified pharmacy technicians</u>[23] should try to use two sources of information (see <u>MARQUIS 2 Best Possible Medication History: Quick Tips</u> and <u>Medication Reconciliation Implementation Toolkit</u> for examples) and explore any discrepancies (e.g., errors related to dose, route, timing, etc.) before finalizing the Gold Standard Medication History. Once the pharmacist, pharmacy resident, or <u>certified pharmacy technician</u>[23] has completed the patient interview, they can utilize support from non-certified pharmacy technicians, medical assistants, or nurses to investigate second or third information sources (e.g., EHR list, pharmacy list, primary or specialty provider information, etc.). However, the pharmacist, pharmacy resident, or <u>certified pharmacy technician</u>[23] must be the one to obtain and finalize the Gold Standard Medication History.
    ii.  Medications that a patient is completely non-adherent to, meaning the patient has not taken the medication for at least 30 days, should be excluded from the Gold Standard Medication History.
    iii.  If a patient has been taking a medication differently to how it was prescribed, then the Gold Standard Medication History should list the medication as the patient was taking it.
    iv.  Exclude PRN medications unless they are clinically relevant. This includes topical locations and creams, saline nasal spray and artificial tear eye drops, herbals and supplements, and

PBHN000002726

vitamins. Two examples of clinically relevant medications that should not be excluded from the gold standard pre-admission medication list would be iron for a patient with iron-deficiency anemia or calcium/vitamin D for a patient with osteoporosis.
v.   Include PRN medications that are clinically relevant. This includes inhalers, nitroglycerin, analgesics (opioid and non-opioid), muscle relaxants, and sedatives, including medications where sedation is a common side effect (e.g., sedation occurs in more than 10% of individuals). This also includes topical medications with systemic actions (e.g., lidocaine, triamcinolone, sulfadiazine, etc.).
vi.  Clinically relevant is defined as any PRN medication that treats a medical condition on the patient's problem list and/or condition they are being treated for during the visit (i.e., reason for the hospital stay).

**Step 3: Complete a Medication Reconciliation Worksheet for each sampled patient (Pharmacist or Certified Pharmacy Technician[23])**
a.   Once the Gold Standard Medication History is complete, print out the Medication Reconciliation Worksheet for each sampled patient.
b.   Page 1 needs to be printed out for each sampled patient. Page 2 needs to be printed for each Gold Standard Medication the patient was taking.
c.   Complete the "Gold Standard Medication" column highlighted in yellow for each Gold Standard Medication on the list:

| Gold Standard Medication | |
|---|---|
| Name: | |
| Dose/Route/ Frequency: | |
| Drug Class: ☐ PRN ☐ OTC | |
| Pt Adherence: ☐ Completely non-adherent* ☐ Sporadically non-adherent^ | ☐ Systematically non-adherent** ☐ Adherent |
| Comments: | |
| All Sources Used: ☐ Patient ☐ Pill Bottles ☐ Outpatient EMR ☐ Transfer Records ☐ Pharmacy(s) ☐ Other: | ☐ Patient's family/Caregiver ☐ Patient's Own Med List ☐ Outpatient Provider(s) ☐ Past DC Summary ☐ Pharmacy Database |

d.   If possible, wait until after the patient has been discharged to complete the next steps.

**Step 4: Compare Gold Standard Medication History to Admission Orders (Pharmacist Only)**
a.   After the patient has been discharged, obtain the admission and discharge orders for the patient (instructions for comparing the discharge orders are in Step 5 below). Admission orders include all orders written from the time of admission until 8:00 a.m. the following morning or up until 12 hours after the time of admission, whichever comes first.
b.   Compare the admission orders to each Gold Standard Medication on the Medication Reconciliation Worksheet. Note any differences.
i.   Review the records for the patient to determine if the differences were intentional or unintentional. Use the Identifying Discrepancies Flow Charts to help with this step.

PBHN000002727

ii. If the discrepancy was unintentional, then check the box next to "Yes" highlighted in orange. Otherwise, check "No."

| Admission Comparison |
| --- |
| Note Differences: |
| (select all that apply) |
| ☐ Dose            ☐ Route |
| ☐ Frequency       ☐ Substitution |
| ☐ Duplication     ☐ Formulation |
| ☐ Duration        ☐ Other: |
| ☐ Omission |
| |
| Reason: |
| ☐ Unintentional (History or Reconciliation Error) |
| ☐ Intentional (Clinical Reason) |
| |
| **Were there any <u>unintentional</u> discrepancies between the gold standard and the admission order?** |
| ☐ **Yes** |
| ☐ **No** |
| *If "yes," count as 1* |

c. Review the admission orders for any medications that were not listed in the Gold Standard Medication History. If any of the additional medications were ordered **unintentionally**, list it on the first page of the Medication Reconciliation Worksheet in the blue-highlighted column. You may need to contact the Provider to determine if the medication was ordered unintentionally or not.

Additional Medications that were Ordered Unintentionally:

| Additional Medication: | Unintentionally Ordered on: | Comments: |
| --- | --- | --- |
| Name:<br><br>Dose/Route/Frequency: | ☐ Admission (count as 1)<br>☐ Discharge (count as 1)<br>☐ Both (count as 2) | |
| Name:<br><br>Dose/Route/Frequency: | ☐ Admission (count as 1)<br>☐ Discharge (count as 1)<br>☐ Both (count as 2) | |
| Name:<br><br>Dose/Route/Frequency: | ☐ Admission (count as 1)<br>☐ Discharge (count as 1)<br>☐ Both (count as 2) | |

d. If the pharmacist identifies an unintentional discrepancy in the admission orders <u>prior to discharge</u> and alerts the physician so that the unintentional discrepancy can be corrected prior to discharge, this should be recorded on the Medication Reconciliation Worksheet as an unintentional discrepancy in the Admission Comparison and Discharge Comparison columns of the worksheet.

**Step 5: Compare Gold Standard Medication History to Discharge Orders (Pharmacist Only)**
a. Obtain the discharge orders for the patient.
b. Perform the comparison between the Gold Standard Medications and the discharge orders using the same steps as the admission comparison. Remember to use the <u>Identifying Discrepancies Flow Charts</u> to help with this step.
c. Review the discharge orders for any medications that were not listed in the Gold Standard Medication History. If any of the additional medications were ordered **unintentionally**, list them on the first page of the Medication Reconciliation Worksheet in the blue-highlighted column.

PBHN000002728

    i.    If an unintentionally ordered additional medication was only ordered on admission, then check the "Admission" box in the pink-highlighted column.

    ii.   If an unintentionally ordered additional medication was only ordered on discharge, then check the "Discharge" box in the pink -highlighted column.

    iii.  If the unintentionally ordered additional medication was ordered on both admission and discharge, then check the "Both" box in the pink-highlighted column.

**Step 6: Sum the number of medications and discrepancies (Survey Coordinator)**

a.  The top of the first page of the Medication Reconciliation Worksheet contains four spaces for you to list the data for the patient.

**Total # Unintentional Additional Medications:** _____
*(Enter into column F in the Med Rec Excel Workbook)*

**Total # of admission and discharge discrepancies due to Unintentional Additional Meds:** _____
*(Number of medications that were ordered unintentionally at admission (count as 1), discharge (count as 1), or both admission and discharge (count as 2). Enter into column H in the Med Rec Excel Workbook.*

**Total Number of Gold Standard Meds:** _____
*(Enter into column B in the Med Rec Excel Workbook)*

**Total # of admission and discharge discrepancies in Gold Standard Meds:** _____
*(For each Gold Standard Med, count the number of 'yes' responses to the error question. Minimum number of discrepancies per med is zero. Maximum number of discrepancies per med is 2. Enter into column D in the Med Rec Excel Workbook)*

    i.    Find the number of unintentionally ordered additional medications from the blue highlighted column on the same page. Enter in the first space, also highlighted in blue.

    ii.   Find the number of **discrepancies** due to unintentionally ordered additional medications from the pink highlighted column on the same page.

        1.  If a medication was only ordered on admission or only ordered on discharge, then this counts as one discrepancy.

        2.  If a medication was ordered on **both** admission and discharge, then this counts as two discrepancies.

        3.  Sum the number of discrepancies across all unintentionally ordered additional medications and enter this number in the pink-highlighted space.

    iii.  Find the number of Gold Standard Medications and enter this number in the yellow-highlighted space.

    iv.  Find the number of discrepancies in the admission and discharge orders for the Gold Standard Medications

        1.  Review the Medication Reconciliation Worksheet for each Gold Standard Medication.

        2.  Sum the number of times the orange highlighted "Yes" box is checked, indicating an unintentional discrepancy in admission or discharge orders.

        3.  Enter this sum into the orange-highlighted space on the first page of the Medication Reconciliation Worksheet.

**Step 7: Contact providers if necessary (Pharmacist Only)**

If you found any serious discrepancies that could cause the patient harm, you will need to contact the providers. The provider may need to reach out to the patient, PCP, or pharmacies to have the issue corrected.

**Step 8: Enter data into Excel Workbook and Online Hospital Survey Tool (Survey Coordinator)**

a.  Collect all the Medication Reconciliation Worksheets from the pharmacists. Open the Data Entry Tab of the Medication Reconciliation Excel Workbook.

    i.    Enter the numbers from the top of each Medication Reconciliation Worksheet into the corresponding columns of the Excel Workbook, for the sampled patient, one patient per row.

Table of Contents

PBHN000002729

    ii.    As you enter the data, Row 6 (in red) will automatically sum the values entered for each patient. Once you have entered the data for all sampled patients, you will have the final values to enter into the Online Hospital Survey Tool.

    iii.    On the right, your hospital's rate of unintentional medication discrepancies per medication will automatically be calculated based on the data entered.

**Step 9: Use your hospital's results in quality improvement (Survey Coordinator and Pharmacist)**
The developer of this measure has two toolkits available for hospitals that wish to implement a medication reconciliation program:

- Medication Reconciliation Implementation Toolkit (free)
- The MARQUIS Collaborative (fee to participate)

See FAQs for additional information about responding to the questions in this section.

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002730

## Section 2: Medication Safety Frequently Asked Questions (FAQs)

### Computerized Physician Order Entry (CPOE) FAQs

**Information specific to the CPOE Evaluation Tool, including instructions and FAQs, is available on the Survey and CPOE Materials webpage and the Prepare for CPOE Tool webpage.**

1. **What 3-month reporting period should be used when reporting on this section?**
   When responding to the questions in Section 2A, hospitals should use the most recent three months prior to submitting the Survey for which they have complete data. For example, if submitting Section 2A in the month of June, the most recent 3-month reporting period for which you have complete data may be February, March, and April or March, April, and May. Hospitals cannot submit data collected for less than three full months.

2. **My hospital transitioned to a new CPOE system, and we have not been on the new system for a full 3 months. How should we respond to the questions in Section 2A-2B?**
   When responding to questions #3 and #4 in Section 2A, hospitals can combine inpatient medication data from their old CPOE system with their new CPOE system to have three full months of data. However, hospitals should respond to the questions in Section 2B based on the new CPOE system and take the CPOE Evaluation Tool using the new CPOE system. When taking the CPOE Evaluation Tool, hospitals should select a licensed prescriber that is fully trained on the new system. All hospitals are urged to take a Sample Test before starting the Adult Inpatient Test.

3. **Should we include medications ordered verbally or via paper during system downtime when responding to question #3 (denominator)?**
   Yes. Count medication orders entered during system downtime when responding to question #3. Exclude these orders when responding to question #4.

4. **We can't exclude medication orders that originated from an operating room or procedural area from the CPOE report that we are using to respond to questions #3 (denominator) and #4 (numerator). Can we include these medication orders?**
   Yes, if you are unable to exclude medication orders for inpatients that were ordered from an operating room or procedural area, you can count these orders when responding to questions #3 and #4.

5. **What are examples of per protocol orders?**
   Examples of per protocol orders include vancomycin dosing per protocol and heparin drip per protocol. Per protocol orders refer to orders that the medical staff has approved the use of, based on evidence-based guidance, in advance of its use. Per protocol orders are often identified by the Pharmacy and Therapeutics (P&T) committee and then recommended to the Medical Executive Committee (MEC) for approval. Once approved, per protocol orders are initiated by a licensed prescriber, but then acted on by pharmacy, nursing, radiology, respiratory therapy, etc. Count per protocol orders when responding to questions #3 (denominator) and #4 (numerator).

6. **What are examples of standing orders?**
   Examples of standing orders include influenza vaccine, pneumonia vaccine, hepatitis B vaccine, or erythromycin eye ointment. Standing orders are usually rare, limited use situations. Count standing orders when responding to questions #3 (denominator) and #4 (numerator).

7. **My hospital requires readback for all phone orders, but there is no way to document that the readback occurred. How can we include these orders when responding to question #4 (numerator)?**
   If your hospital cannot document that verbal readback on phone orders occurred, you should develop a written policy that outlines training and implementation of this practice and perform a

PBHN000002731

random audit at least annually to ensure the policy is being followed. Maintain documentation of the audit that demonstrates compliance with the policy as Leapfrog performs monthly documentation requests starting with June 30 submissions and continuing until the Survey closes on January 31.

8. **When should we take the CPOE Evaluation Tool?**
   The CPOE Evaluation Tool is a core element of Leapfrog's CPOE Standard. Hospitals are urged to ensure that the Adult Inpatient CPOE Test is submitted along with the Survey (i.e., in the same month) in order to meet the <u>deadlines</u> for the Leapfrog Hospital Survey and Leapfrog's other programs such as Top Hospital and the Leapfrog Hospital Safety Grade.

   Hospitals that submit the Survey, but do not submit an Adult Inpatient Test via the CPOE Evaluation Tool, are scored and publicly reported as "Limited Achievement" on the CPOE measure.

   Within a Survey Cycle (April 1 – November 30), a hospital cannot retake a CPOE Evaluation Tool until at least 120 days have passed since their last test.

9. **Should hospitals take the CPOE Test more than once per Survey Cycle?**
   Not necessarily. Hospitals have the option of re-taking a test after 120 days, but if there were no changes made to your CPOE system after the first test there is likely no reason to retake the test. Hospitals that switch vendors, perform major upgrades, or make significant changes to their decision support settings and/or formulary (e.g., expanding from a limited formulary to a large formulary) should re-take the test to ensure the results reflect their current system.

10. **If we update our responses to questions #3 and #4, do we need to re-take the CPOE Test?**
    No. Hospitals don't need to retake the CPOE Evaluation Tool after submitting updates to Section 2 via the Online Survey Tool. Retaking a test is only recommended for hospitals that switched vendors, performed major upgrades, or made significant changes to their decision support settings and/or formulary.

## EHR Application Information FAQs

11. **What is the definition of Artificial Intelligence?**
    Artificial Intelligence (AI) includes advanced analytics and logic-based techniques, including machine learning, that are used to interpret events, support and automate decisions, and take actions.

## *Bar Code Medication Administration (BCMA) FAQs*

## General Questions

12. **Why does the Bar Code Medication Administration system have to be connected to an electronic medication administration record (eMAR)?**
    An eMAR serves as the communication interface that automatically documents the administration of medication into certified Electronic Health Record (EHR) technology. By linking BCMA with the eMAR, information on medication administration is captured in a much timelier manner than a manual documentation process can accomplish.

## Units

13. **Should a unit that has only been open for part of the 3-month reporting period be included?**
    No. Only include those units that are currently open and have been opened and staffed for the entire 3-month reporting period. For example, if you open a new unit that has only been open and

*2025 Leapfrog Hospital Survey – Hard Copy*                                  *Section 2: Medication Safety*

staffed for 1-month out of the 3-month reporting period, you will not include that unit when responding to the questions in this section.

**14. How should a hospital report if they had BCMA implemented in some units but not all during the reporting period?**

To answer "yes" to question #2, your hospital must have a Bar Code Medication Administration (BCMA) system that is linked to the electronic medication administration record (eMAR) when administering medications at the bedside in *at least one* of the following adult and/or pediatric units: general medical, surgical, medical/surgical, neuro, neonatal, or specialty ICU; medical, surgical, or medical/surgical unit (including telemetry units); step-down/progressive unit; labor and delivery unit; or pre-operative unit and/or post-anesthesia care unit. You should only report on units that are currently open and have been in operation for the entire 3-month reporting period selected in question #1. For example, if you have 3 surgical units and are only using BCMA in 1 of the 3 units, you will respond 3 in question #7 and 1 in question #8. You should only include medication administrations that were ordered and scannable in the open and staffed units in which a BCMA system was implemented (as indicated in questions #5, #8, #11, and #14, and #17) when reporting on compliance in questions #18-19.

**15. How should hospitals report if they have a combined pre-operative and post-anesthesia care unit (PACU)?**

As noted in <u>endnote #22</u>, hospitals must include combined pre-operative and post-anesthesia care units when reporting on questions #15-17. Therefore, hospitals should respond "yes" to question #15 and then report on how many of these units are open and staffed in question #16 and how many of the units utilize the BCMA/eMAR system in question #17. Medication administrations that occurred in these combined pre-operative and post-anesthesia care units must be included when reporting on compliance in question #18-19 provided these units utilize a BCMA system that is linked to the eMAR.

**16. Should we include pre-operative and post-anesthesia care units that are located in our surgery centers or free-standing hospital outpatient departments that share our hospital's license or CMS Certification Number (CCN) when reporting on questions #15-17?**

No, for the purposes of reporting on Section 2C: BCMA, only include pre-operative and post-anesthesia care units (adult and/or pediatric) that are located in or <u>co-located</u>[31] with your hospital.

**17. Certain procedural units in our hospital (e.g., endoscopy, interventional radiology, cath lab, etc.) encompass the pre-op area, procedural area, and post-anesthesia care area – meaning the same area is used for all three aspects of care. As such, our data includes medications administered pre-operatively, post-operatively, and administered during the procedures. Should we include or exclude these procedural units?**

Please include these units when responding to questions #15-17 regarding pre-op/PACUs. If you can separate out the medications that are being administered pre- and post- from those that are administered during a procedure, exclude medications administered during a procedure when reporting on compliance in questions #18-19. Otherwise, you can count these medication administrations when responding to questions #18-19.

## Compliance

**18. What is considered a "scannable" medication?**

Any medication (<u>see measure specifications</u>) that has a bar code and could be scanned if BCMA were in use would be considered "scannable." In question #18, hospitals should only include ordered and "scannable" medications from the units where they indicated a BCMA system was implemented.

PBHN000002733

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 2: Medication Safety*

19. **Should we only include inpatient medication administrations when reporting on compliance in questions #18-19?**
No, hospitals must include all scannable medication administrations (regardless of the patient's admission status) from the units in questions #5, #8, #11, #14 and #17 that were utilizing a BCMA system linked to the eMAR during the reporting period. This would include scannable medications administered to inpatients, outpatients, observation status patients, etc.

20. **Should we exclude medications that were administered in units that are not currently implementing BCMA?**
Yes. Question #18 is asking about medication administrations ordered and scannable in those units that are open and staffed and that have implemented a BCMA system. You should include all scannable medications ordered and administered to patients in the open and staffed units (from questions #5, #8, #11, #14 and #17) in which a BCMA system was implemented. Question #18 is used as the denominator to calculate the rate of compliance and should include administrations whether the medication and/or patient was scanned during the administration. Question #19 is used as the numerator and is where you would report the number of medication administrations from these units where the patient and medication were scanned during the administration. We would not expect these two responses to be the same.

21. **Should we exclude medications that are given during emergencies when responding to questions #18-19?**
No. If the medications are considered "scannable" e.g., any medication that has a bar code and could be scanned if BCMA were in use, they should be included in question #18 (the denominator) but would not be counted in question #19 (the numerator) if the patient and medication were not scanned during administration, even if due to an emergency. Leapfrog's target rate for compliance is 95% to allow for emergency cases such as these.

22. **Should we exclude medications that are given during a system downtime when responding to questions #18-19?**
No. Medications administered during a system downtime should be included in question #18 (the denominator) but would not be counted in questions #19 (the numerator) if the patient and medication were not scanned during administration because the hospital's BCMA system was down.

23. **Our vendor report provides medication and patient scanning rates separately. How can we report on our compliance if our reports do not provide the number of administrations that had both the medication and patient scanned?**
If your vendor's report only provides the percentage of patients scanned and the percentage of medications scanned separately but does not provide the rate of administrations where both the patient and medication were scanned, please report the lower of the two rates (supply the denominator in question #18 and numerator in question #19), as that would be the maximum possible rate of having both scanned.

Moving forward, we do ask that your hospital work with your vendor to report out the rate of administrations where both the patient and medication are scanned. It is only when both are scanned that safe medication administration can be ensured.

24. **Is manual scanning (e.g., in lieu of scanning the patient's wristband, typing in the patient's number) something we can count in our BCMA scans?**
No. The problem is that the user may type in the wrong patient number, negating the safety benefits. The best practice is to scan the wristband that is on the wrist of the patient.

25. **Our process is to scan the patient once and then scan each medication. Question #19 seems to want each medication and patient scanned with each medication. Can you clarify?**
Hospitals should report on the number of administrations where both the patient and the medication were scanned during the administration. During administrations where multiple

**Version 9.1**
**© 2025 The Leapfrog Group**

First Release: April 1, 2025
Updated Release: May 2, 2025

PBHN000002734

medications are administered sequentially, the patient should be scanned first, but does not need to be rescanned before each medication is administered.

26. **In our hospital some medications are ordered and scheduled, but not administered. Should medications that are ordered and scheduled, but not administered be included when responding to questions #18-19?**
No, medications that are not administered should not be included in questions #18-19.

## Decision Support

27. **If an alert is part of the eMAR, but not the Bar Code Medication Administration system, should we respond "yes" to the decision support elements in question #20a - e?**
If the provider and pharmacist are notified or alerted (e.g., second nurse check), but the nurse or provider administering the medication does not receive an alert at the point of administration, then your hospital should answer "no" to these questions about decision support.

28. **My hospital's EHR workflow for medication administration is designed in such a way that our system will never generate a "wrong patient" alert. How should we answer the question in the Survey about whether we have that type of decision support?**
If your hospital's EHR workflow is designed so that the nurse scans the patient first, and then the medications, such that the nurse would never receive a "wrong patient" alert, for purposes of the Survey, your hospital should indicate that it has 'wrong patient' decision support. The goal of including a "wrong patient" alert is to acknowledge that as a safe practice and to drive organizations to validate the "right patient" in the medication administration process. The workflow described helps ensure that a 'wrong patient' is not encountered.

29. **Is the "second nurse check needed" decision support element required for all medications or just certain medication classes in order to answer "yes" to question #17e?**
No. An alert for "second nurse check needed" is only required for certain medications and it is up to each hospital to decide which medication classes require this alert during administration.

## Workarounds

30. **Must a hospital establish a separate committee to meet solely to review data reports on BCMA system use?**
While establishing a committee that has the sole purpose of reviewing data reports on BCMA system use is encouraged, it is not required. At a minimum, a pre-existing standing committee that meets on a regular basis could be given the responsibility of reviewing these reports. The committee chosen to review the reports must include individuals whose roles reflect each part of the BCMA process (e.g., pharmacists, nurses, IT personnel, etc.).

31. **What are some examples of "back-up equipment" for hardware failures?**
Examples of "back-up equipment" include extra BCMA scanners, portable computers, batteries, and mice that are easily accessible to nurses experiencing equipment malfunctions. Quickly replacing malfunctioning equipment is essential to prevent workarounds.

32. **What are some examples of "engaging nursing leadership at the unit level on BCMA use?"**
Engaging nursing leadership on BCMA use should be an active, ongoing process. An engaged leader would actively use BCMA data to coach staff towards safe or desired behaviors. Examples of activities in which nursing leadership could be engaged include, but are not limited to:
- Education sessions in units
- Review of policies regarding use and non-use of BCMA
- Investigating problems with BCMA specific to the unit
- Providing a forum for users to report BCMA problems and reasons for workarounds
- Providing suggestions for improvements to both technology and process

**Version 9.1**                          **First Release: April 1, 2025**
© 2025 The Leapfrog Group              **Updated Release: May 2, 2025**

PBHN000002735

### 33. How often should hospitals conduct real-time observations and what do 'best practices' look like?

At a minimum, the observations should be conducted on each unit at least biannually (2x/year) and should be 30 minutes or 30 medication administrations in length, whichever is shorter. If a central team does observations, they should ensure each type of unit is observed within that 6-month period. More frequent observations are appropriate for hospitals that have recently introduced BCMA and/or when safety reports indicate a problem, where observations can be helpful in understanding the root cause of an incident or near miss.

The observations should be direct nurse-BCMA observations, watching how the nurse uses the BCMA system as part of the bedside medication administration process. The observer should note if nurses are using any workarounds to compensate for system issues. In addition to observing the nurse-BCMA interaction, the observer should also have conversations with the nurses, as their comments are often a good source for understanding the causes of workarounds. The observations collected from the different units should be aggregated together to understand trends across the hospital and where the hospital should place a priority for addressing BCMA system issues.

### 34. If our hospital meets the 95% compliance target, do we still need to implement or monitor a quality improvement project for question #21f?

Yes, the hospital should still implement or monitor a quality improvement project to ensure that they can continue to improve and maintain high compliance and the project should focus on those units included in the standard. For example, perhaps through reviewing compliance you have recognized that one or more units is lower performing, so you develop a project (training, observing, etc.) to improve. Another example is improving the timeliness of Help Desk responses for equipment failures etc.

### 35. What are some appropriate mechanisms for communicating back to end users for question #21h?

Appropriate mechanisms for communicating back to end users would include staff meetings, safety briefings or unit huddles, or sharing in a Nursing Informatics eNewsletter, through a Medication Safety Team, or Quality Committee newsletter/flyer.

## *Medication Reconciliation FAQs*

### Sampling

### 36. Are we required to use Leapfrog's random sampling methodology?

No. You may use a different sampling methodology from the methodology provided in the Medication Reconciliation Workbook. However, you should be sure to sample from different days of the week, including weekends.

### 37. If the first few patients included in the sample have zero gold standard medications, should we sample more than 30 patients?

Yes, hospitals can sample more than 30 patients to ensure their rate of unintentional discrepancies per medication is scored and publicly reported. While 30 is the minimum sample size, hospitals are welcome to sample more than this.

## Gold Standard Medication History

### 38. A pharmacist, pharmacy resident, or certified pharmacy technician creates the pre-admission Medical List as part of normal care. Can this be used as the Gold Standard Medication List?

No, a different trained pharmacist, pharmacy resident, or certified pharmacy technician[23] should collect the Gold Standard Medication List when collecting data for this measure.

Table of Contents

PBHN000002736

**39. Does the same pharmacist, pharmacy resident, or certified pharmacy technician who obtains the Gold Standard Medication List also need to perform the review to identify unintentional medication discrepancies?**
No, different pharmacists or pharmacy residents can play different roles in the data collection process. Only pharmacists and pharmacy residents can compare the Gold Standard Medication List to admission and discharge orders to identify unintentional medication discrepancies.

**40. We have two differing records of what dose the patient was taking prior to admission, one from the patient and one from the outpatient pharmacy. What do we record as the correct dose for the Gold Standard Medication?**
In cases where the medication history obtained from interviewing the patient does not match other written records, the pharmacist will need to go back to the patient with the pharmacy records in hand and figure out the source of the discrepancy (e.g., the patient systematically takes it differently than prescribed vs. the patient was just mistaken about the strength of the pill, etc.). If the discrepancy can't be resolved, then another source will be needed (e.g., caregiver, PCP).

## Admission and Discharge Orders

**41. Are there any types of admission orders that can or should be excluded?**
Yes, (a) Medication orders that are clearly related to the chief complaint (e.g., levofloxacin for pneumonia when pneumonia is the admitting diagnosis), (b) Medication orders that are clearly documented (e.g., Lovenox for DVT prophylaxis), and (c) Standard PRN orders at your hospital (e.g., Tylenol PM if that is in the standard order set at your hospital).

**42. Should admission orders that are discontinued prior to discharge be included?**
Yes. Some of these orders may end up being counted in question #7 (additional medications that were unintentionally ordered).

## Identifying Discrepancies

**43. If a dose and a route discrepancy are found for the same medication, does it count as one or two in the number of unintentional discrepancies?**
The number of unintentional discrepancies is a count of medication orders where an unintentional discrepancy occurred. A medication order may have several errors associated with it (e.g., dose, route, timing, etc.). You should not count the number of errors associated with the same medication order. However, discrepancies in admission orders and discharge orders are counted separately. For example, if a medication on the Gold Standard Medication List is ordered for a patient on admission with the incorrect dose, this counts as one discrepancy. If this medication is ordered on discharge with the same incorrect dose, this would count as a second discrepancy. But a medication with a dose and frequency discrepancy in admission orders counts as one discrepancy.

**44. Do all the additional medications that were ordered unintentionally in question #7 count as unintentional discrepancies in #8?**
Yes. If a medication is unintentionally ordered at admission, then this counts as one discrepancy. If the same medication is unintentionally ordered at discharge, then this counts as a second discrepancy. If an unintentionally ordered medication in question #7 was ordered on both admission and discharge, then this would count as **two** discrepancies in question #8 (but counts as one medication in question #7).

**45. If there is no documentation of systematic or sporadic nonadherence, why does the pharmacist have to count unintentional discrepancies on admission and discharge?**
Systematically non-adherent means the patient consistently takes the medication differently than prescribed. Lack of appropriate documentation of systematic non-adherence can lead to an adverse drug event. For example, if a patient is prescribed hydralazine 25mg three times a day, but always takes 25mg two times a day this must be documented in the clinical record so the care team can decide how to order the medication on admission and discharge (i.e., recorded on the Med Rec Worksheet as an intentional discrepancy). If the systematic non-adherence is not

Table of Contents

PBHN000002737

documented and the care team is unaware of how the patient has been taking the medication, they could order and administer it as prescribed and cause, in this example, hypotension in the patient.

Sporadically non-adherent means that the patient takes the medication as prescribed but, on average, misses two or more doses per week. Lack of appropriate documentation of sporadic non-adherence can lead to an adverse drug event. For example, if a patient is prescribed four antihypertensives, but misses two or more doses per week, this must be documented in the clinical record so the care team can decide how to order the medication on admission and discharge (i.e., recorded on the Med Rec Worksheet as an intentional discrepancy). If the sporadic non-adherence is not documented and the care team is unaware of how the patient has been taking the medication, they could order and administer it as prescribed and cause, in this example, hypotension in the patient.

46. **A patient had two medications that were not on our hospital's formulary. They were not substituted. Do these two medications count as errors of omission?**
Yes. If a Gold Standard Medication was not ordered or appropriately substituted on admission and discharge, it would count as two unintentional medication discrepancies for each medication that was omitted.

## Scoring

47. **What questions are used to calculate the numerator and denominator that results in the rate of unintentional medication discrepancies per medication?**
The rate of unintentional medication discrepancies per medication is calculated using the following formula:



$$\frac{\text{(Question \#6 + Question \#8)}}{\text{(Question \#5 + Question \#7)}} = \text{Rate of unintentional medication discrepancies per medication}$$

This rate is calculated for you in the Med Rec Workbook provided on the Survey Materials webpage. This information is also available in the Scoring Algorithms.

PBHN000002738

# *Page Intentionally Left Blank*

PBHN000002739

Case 9:25-cv-80526-DMM    Document 88-45    Entered on FLSD Docket 10/28/2025    Page 91 of 354

# *SECTION 3: ADULT AND PEDIATRIC COMPLEX SURGERY*

This section includes questions and reference information for Section 3: Adult and Pediatric Complex Surgery. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002740

# Section 3: Adult and Pediatric Complex Surgery

**Adult and Pediatric Complex Surgery Fact Sheet and Bibliography:**
https://ratings.leapfroggroup.org/measure/hospital/2025/complex-adult-and-pediatric-surgery

**Section 3 is applicable to all hospitals. Hospitals that do not perform the high-risk procedures included in Section 3A should select "None of the above" in question #2 and move on to the Affirmation of Accuracy. Your hospital's results will be displayed as "Does Not Apply" on Leapfrog's public reporting website. Pediatric hospitals should only report on the Norwood procedure, if applicable.**

Section 3 includes questions about your hospital's volume and process for privileging surgeons for eleven high-risk procedures, outcomes for mitral valve repair and replacement, and participation in The Society of Thoracic Surgeon's Congenital Heart Surgery Database for hospitals that perform the Norwood procedure. This section also includes questions about the implementation of a safe surgery checklist.

**Each hospital achieving the standard for each of the nine applicable high-risk procedures:**
1. Meets the minimum hospital volume standard for the procedure, **and**
2. Has a process for privileging surgeons that includes the surgeon meeting or exceeding the minimum annual surgeon volume standard for the procedure.

**Each hospital achieving the standard for mitral valve repair and replacement procedures:**
1. Meets the minimum hospital volume standard for the procedure, **and**
2. Has a process for privileging surgeons that includes meeting or exceeding the minimum annual surgeon volume standard for the procedure, **and**
3. Participates in the Society of Thoracic Surgeons (STS) Adult Cardiac Surgery Database (ACSD), **and**
4. Has an STS Mitral Valve Repair/Replacement Composite Score of 3 Stars.

**Each hospital achieving the standard for Norwood procedures:**
1. Meets the minimum hospital volume standard for the procedure, **and**
2. Has a process for privileging surgeons that includes meeting or exceeding the minimum annual surgeon volume standard for the procedure, **and**
3. Participates in the Society of Thoracic Surgeons (STS) Congenital Heart Surgery Database (CHSD).

**Each hospital achieving the standard for the safe surgery checklist:**
1. Uses a safe surgery checklist on **all** patients undergoing an applicable procedure (reported on in Section 3A, if applicable) that includes **all** safe surgery checklist elements; **and**
2. Verbalizes **all** safe surgery checklist elements in the presence of the appropriate personnel; **and**
3. Completes an audit on a sufficient sample of patients to document adherence to the checklist; **and**
4. Has documented adherence to the checklist for at least 90% of the patients included in the audit.


**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the <u>Scoring and Results webpage</u>.**

PBHN000002741

## 3A: Hospital and Surgeon Volume

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: This subsection is applicable to all hospitals. Hospitals that do not perform the procedures included in this subsection should select "None of the above" in question #2 and move on to the Affirmation of Accuracy. Your hospital's results will be displayed as "Does Not Apply" on Leapfrog's public reporting website.

Note 2: Pediatric hospitals should only respond to questions regarding the Norwood procedure, if applicable. If the Norwood procedure is not applicable, select "None of the above" in question #2 and move on to the Affirmation of Accuracy. Your hospital's results will be displayed as "Does Not Apply" on Leapfrog's public reporting website.

**Specifications:** See ***Hospital and Surgeon Volume Measure Specifications*** in the Reference Information beginning on page 101.

---

**Reporting Period: 12 months or *optionally* 24 months (annual average)**
- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024 (12-month count) or 01/01/2023 – 12/31/2024 (24-month annual average)
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025 (12-month count) or 07/01/2023 – 06/30/2025 (24-month annual average)

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| 1) | 12-month or 24-month reporting period used: | ○ 01/01/2024 – 12/31/2024 (12-month count)<br>○ 01/01/2023 – 12/31/2024 (24-month annual average)<br>○ 07/01/2024 – 06/30/2025 (12-month count)<br>○ 07/01/2023 – 06/30/2025 (24-month annual average) |
|---|---|---|
| 2) | Check all procedures that your hospital performs as defined in the Adult and Pediatric Complex Surgery Reference Information.<br><br>*Select all that apply.*<br><br>*Do not check the box for a procedure if your hospital ONLY performs the procedure on an emergency basis or when a patient is too unstable for safe transfer.*<br><br>*If "none of the above," skip the remaining questions in Section 3 and go to the Affirmation of Accuracy. The hospital will be scored as "Does Not Apply."* | ☐ Carotid endarterectomy<br>☐ Mitral valve repair and replacement<br>☐ Open aortic procedures<br>☐ Lung resection for cancer<br>☐ Esophageal resection for cancer<br>☐ Pancreatic resection for cancer<br>☐ Rectal cancer surgery<br>☐ Bariatric surgery for weight loss<br>☐ Total knee replacement<br>☐ Total hip replacement<br>☐ Norwood procedure<br>☐ None of the above |

*Respond to questions #3-11 based on the procedures selected in question #2.*

| 3) | Total **hospital** volume for each selected procedure during the reporting period: |
|---|---|

*Volume should represent a 12-month count or 24-month annual average consistent with the reporting period selected in question #1.*

| Procedure | Hospital Volume Standard | Total Hospital Volume (12-month count or 24-month annual average) |
|---|---|---|
| Carotid endarterectomy | 20 | |
| Mitral valve repair and replacement | 40 | |
| Open aortic procedures | 10 | |
| Lung resection for cancer | 40 | |
| Esophageal resection for cancer | 20 | |
| Pancreatic resection for cancer | 20 | |
| Rectal cancer surgery | 16 | |
| Bariatric surgery for weight loss | 50 | |
| Total knee replacement | 50 | |
| Total hip replacement | 50 | |
| Norwood procedure | 8 | |

| 4) | Does the total hospital volume for total knee replacement, total hip replacement, and/or bariatric surgery for weight loss reported on in question #3 above include procedures performed on an inpatient basis, outpatient basis, or both? |
|---|---|

| | |
|---|---|
| Total knee replacement | o   Inpatient<br>o   Outpatient<br>o   Both (inpatient and outpatient) |
| Total hip replacement | o   Inpatient<br>o   Outpatient<br>o   Both (inpatient and outpatient) |
| Bariatric surgery for weight loss | o   Inpatient<br>o   Outpatient<br>o   Both (inpatient and outpatient) |

| 5) | Does your hospital's privileging process include the surgeon meeting or exceeding the minimum annual surgeon volume standard listed below? |
|---|---|

| Procedure | Annual Surgeon Volume Standard | |
|---|---|---|
| Carotid endarterectomy | 10 | o   Yes<br>o   No |
| Mitral valve repair and replacement | 20 | o   Yes<br>o   No |
| Open aortic procedures | 7 | o   Yes<br>o   No |
| Lung resection for cancer | 15 | o   Yes<br>o   No |
| Esophageal resection for cancer | 7 | o   Yes<br>o   No |
| Pancreatic resection for cancer | 10 | o   Yes<br>o   No |

**Version 9.1**<br>**© 2025 The Leapfrog Group**                    **First Release: April 1, 2025**<br>**Updated Release: May 2, 2025**

Table of Contents

PBHN000002743

*2025 Leapfrog Hospital Survey – Hard Copy*          *Section 3: Adult and Pediatric Complex Surgery*

| | | |
|---|---|---|
| Rectal cancer surgery | *6* | ○ Yes<br>○ No |
| Bariatric surgery for weight loss | *20* | ○ Yes<br>○ No |
| Total knee replacement | *25* | ○ Yes<br>○ No |
| Total hip replacement | *25* | ○ Yes<br>○ No |
| Norwood procedure | *5* | ○ Yes<br>○ No |

*If your hospital performs mitral valve repair and replacement (selected the checkbox in question #2), continue to question #6. Otherwise, skip questions #6-9 and continue to question #10.*

---

**Reporting Period:** Base your responses on the latest **36-month** report received from the <u>Society of Thoracic Surgeons (STS)</u> Adult Cardiac Surgery Database (ACSD) for the **Mitral Valve Repair/Replacement Composite Score**.

Note: As a reminder, the <u>Corrections Period</u> (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | | |
|---|---|---|
| 6) | Does your hospital participate in the <u>Society of Thoracic Surgeons (STS)</u> Adult Cardiac Surgery Database (ACSD) and submit data for all applicable procedures during the most recent 36-month period for which performance reports are available?<br><br>*If "no" to question #6, skip questions #7-9 and continue to question #10.* | ○ Yes<br>○ No |
| 7) | What is the most recent 36-month reporting period for which STS performance reports are available? Reporting period ending: | _____<br>*Format: Month/Year* |
| 8) | Does your hospital have a Mitral Valve Repair/Replacement Composite Score publicly reported on the STS website and do you choose to report data from the most recent performance report to this Survey?<br><br>*If "no" or "yes, but did not meet the STS <u>Data Completeness Requirement</u> [29]during the reporting period," skip question #9 and continue to question #10.* | ○ Yes<br>○ No<br>○ Yes, but did not meet the STS Data Completeness Requirement during the reporting period |
| 9) | What is your hospital's Mitral Valve Repair/Replacement Composite Score? | ○ 1 star – lower-than-expected performance<br>○ 2 stars – as-expected performance<br>○ 3 stars – higher-than-expected performance |

*If your hospital performs the Norwood procedure (selected the checkbox in question #2), continue to question #10. Otherwise, skip questions #10-11 and continue to the next subsection.*

**Version 9.1**
© 2025 The Leapfrog Group
**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002744

| | |
|---|---|
| 10) Does your hospital participate in the <u>Society of Thoracic Surgeons (STS)</u> Congenital Heart Surgery Database (CHSD) and did your hospital submit data for the Norwood procedure during the most recent 48-month period for which performance reports are available?<br><br>*If "no" to question #10, skip question #11 and continue to the next subsection.* | ○   Yes<br>○   No |
| 11) What is the most recent 48-month reporting period for which STS performance reports are available? Reporting period ending: | _____<br>*Format: Month/Year* |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002745

## 3B: Safe Surgery Checklist for Adult and Pediatric Complex Surgery

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: The elements required for each stage of the safe surgery checklist are adapted from the WHO Surgical Safety Checklist and the AHRQ Endoscopy Checklist.

Note 2: Question #7 will not be used in scoring or public reporting.

Note 3: Hyperlinks throughout this subsection refer to the Safe Surgery Checklist for Adult and Pediatric Complex Surgery FAQs beginning on page 143, not to endnotes. These hyperlinks are not included in the Online Survey Tool.

**Specifications:** See ***Safe Surgery Checklist for Adult and Pediatric Complex Surgery Measure Specifications*** in the Reference Information beginning on page 141.

---

**Reporting Period: 12 months**
Answer questions #1-9 for the latest 12-month period prior to submission of this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

**Sufficient Sample:** See ***Safe Surgery Checklist for Adult and Pediatric Complex Surgery Measure Specifications*** for instructions on identifying a sufficient sample for questions #6-9.

| | |
|---|---|
| 1) What is the latest 12-month reporting period for which your hospital is submitting responses to questions #2-9? 12-month reporting period ending: | _____<br>*Format: Month/Year* |
| 2) Does your hospital utilize a safe surgery checklist on <u>every</u> patient <u>every</u> time one of the applicable procedures in Section 3A is performed?<br><br>*If "no" to question #2, skip the remaining questions in Section 3B and go to the Affirmation of Accuracy. The hospital will be scored as "Limited Achievement."* | ○ Yes<br>○ No |
| 3) **Before the induction of anesthesia**, is a safe surgery checklist that includes <u>all</u> the following elements <u>read aloud</u> in the presence of the <u>anesthesia professional and nursing personnel</u>:<br>• Patient ID;<br>• Confirmation of procedure;<br>• Patient consent;<br>• Site marked, if applicable;<br>• Anesthesia/medication check;<br>• Allergies assessed;<br>• Difficult airway/aspiration risk;<br>• Risk of blood loss (only applicable if risk of blood loss is >500ml for adults or >7ml/kg for children); and<br>• Availability of devices (applicable to endoscopy procedures only)? | ○ Yes<br>○ No |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002746

| | | |
|---|---|---|
| 4) | **Before the skin incision and/or before the procedure begins**, is a safe surgery checklist that includes <u>all</u> the following elements <u>read aloud</u> in the presence of the <u>whole surgical team</u>: <ul><li><u>Clinical team introduction</u>;</li><li>Confirmation of patient name, procedure, and, if applicable, surgical/incision site;</li><li>Antibiotic prophylaxis, if applicable;</li><li>Anticipated Critical Events (i.e., non-routine steps, length of procedure, blood loss, patient-specific concerns, sterility);</li><li>Equipment check/concerns; and</li><li>Essential imaging available, if applicable?</li></ul> | ○  Yes<br>○  No |
| 5) | **Before the patient leaves the operating room and/or procedure room**, is a safe surgery checklist that includes <u>all</u> the following elements <u>read aloud</u> in the presence of the <u>whole surgical team</u>: <ul><li>Confirmation of procedure performed;</li><li>Instrument/supply counts;</li><li>Specimen labeling, if applicable;</li><li>Equipment concerns; and</li><li>Patient recovery/management concerns?</li></ul> | ○  Yes<br>○  No |

*If "no" to question #3, #4, or #5, skip the remaining questions in Section 3B and go to the Affirmation of Accuracy. The hospital will be scored as "Limited Achievement."*

*Hospitals performing the audit in Section 3B question #6 and the audit in Section 9D question #6 should audit 15 cases who underwent a procedure included in Section 3A and 15 cases who underwent a procedure included in Section 9C. Hospitals only performing the audit in Section 3B question #6 and not in Section 9D question #6 should audit 30 cases who underwent a procedure included in Section 3A.*

| | | |
|---|---|---|
| 6) | Did your hospital perform an audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 3A and measure adherence to the safe surgery checklist?<br><br>*Free-standing pediatric hospitals that perform the Norwood Procedure and hospitals that reported a combined total hospital volume of less than the sufficient sample for all the procedures in Section 3A can sample any patients that had a procedure performed under general anesthesia.*<br><br>*If "no" to question #6, skip the remaining questions in Section 3B and go to the Affirmation of Accuracy. The hospital will be scored as "Limited Achievement."*<br><br>*If "no, performed fewer than 30 total inpatient procedures under general anesthesia" to question #6, skip the remaining questions in Section 3B and go to the Affirmation of Accuracy. The hospital will be scored as "Unable to Calculate Score."* | ○  Yes<br>○  No<br>○  No, performed fewer than 30 total inpatient procedures under general anesthesia |
| 7) | How many cases were included in the audit from question #6? | <u>            </u><br>*Max value 100* |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002747

| | | |
|---|---|---|
| 8) | Which method was used to perform the audit on a sufficient sample in question #6? | o   In-person observational audit<br>o   Retrospective audit of medical records or EHR data<br>o   Both |
| 9) | Based on your hospital's audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 3A, what was your hospital's documented rate of adherence to the safe surgery checklist (i.e., what percentage of the sampled cases had all elements in questions #3, #4, and #5 completed)? | o   90%-100%<br>o   75%-89%<br>o   50%-74%<br>o   Less than 50% |

PBHN000002748

**Affirmation of Accuracy**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Adult and Pediatric Complex Surgery Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealings with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealings with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.

Affirmed by _____, the hospital's _____,
              *(first name and last name)*                              *(title)*
on _____.
         *(date)*

PBHN000002749

# Section 3: Adult and Pediatric Complex Surgery Reference Information

### *What's New in the 2025 Survey*

### Section 3A: Hospital and Surgeon Volume

For mitral valve repair and replacement, Leapfrog is updating the questions and measure specifications to clarify that hospitals can only report on their Mitral Valve Repair/Replacement Composite Score if the score is publicly reported on the STS website at https://publicreporting.sts.org/search/acsd. For Bariatric Surgery for Weight Loss, Leapfrog is making two updates:

- First, we are removing three procedure codes from the list of CPT codes used to count same-day bariatric procedures as they do not meet the criteria for inclusion in our volume standards since they are used for the placement of gastric banding rather than bypass of the stomach.
- Second, we are adding several ICD-10-CM procedure codes that bring greater alignment with the Centers for Medicare and Medicaid's payment policies for bariatric surgery. These additional codes expand on the current procedure code list, with a continued focus on the bypass of the stomach but reflect additional tissue types and approach types. The additions can be reviewed in the Section 3A: Hospital and Surgeon Volume Measure Specifications.

### Section 3B: Safe Surgery Checklist for Adult and Pediatric Complex Surgery

To address hospital feedback, Leapfrog will add a new response option to question #6 (which asks if the hospital performed an audit on patients who underwent a procedure included in Section 3A), for hospitals that perform fewer than 30 inpatient procedures under general anesthesia. Hospitals selecting this response option will be scored and publicly reported as "Unable to Calculate Score."

### *Change Summary Since Release*

May 1, 2025 – Added four ICD-10 Morbid Obesity Diagnosis Codes for Bariatric Surgery for Weight Loss for Adult and Pediatric Complex Surgery. Hospitals are not required to make updates to data already collected and/or reported but have the option to include the additional codes if they wish.

The additional codes were added to the Complex Surgery ICD 10 Codes Workbook (available on the Survey Materials webpage) and CPT Code workbook (available on the Survey Dashboard). Please review the updated codes on page 131 of the Survey.

PBHN000002750

## Section 3: Adult and Pediatric Complex Surgery Measure Specifications

### Hospital and Surgeon Volume Measure Specifications

**Important Notes:**

Note 1: Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

Note 2: For each of the eleven high-risk procedures included in Section 3A: Hospital and Surgeon Volume, Leapfrog has provided a set of ICD-10 procedure codes, and in some cases an additional set of CPT codes (for Total Hip Replacement, Total Knee Replacement, and Bariatric Surgery for Weight Loss) or ICD-10 diagnosis codes, for counting **patient discharges**. Please carefully review the measure specifications for each individual procedure to ensure you have the complete list of codes needed. ICD-10 codes are provided below and are also available in an Excel document on the Survey Materials webpage. See Note 3 below for instructions on downloading CPT codes.

Note 3: CPT Codes are provided in downloadable Excel files on the Survey Dashboard. To access the files, click the CPT Code Workbook button next to Section 9. You will be required to complete the American Medical Association's Terms of Use before downloading the Excel file and using the individual CPT codes to query your EHR or billing system. You are only required to complete the Terms of Use once per Survey Cycle (April 1 – November 30).

The CPT Code Workbooks (Excel files) are labeled for Section 3A: Total Hip Replacement, Total Knee Replacement, and Bariatric Surgery for Weight Loss and Section 9C: Volume of Procedures. Please note, if you are part of a hospital system, each hospital will need to complete the Terms of Use. This is a requirement of the American Medical Association.

| |
|---|
| **Source:** The Leapfrog Group, American Medical Association |
| **Reporting Period: 12 months or *optionally* 24 months (annual average)**<br>• Surveys submitted prior to September 1:<br>  ○ 01/01/2024 – 12/31/2024 (12-month count) or 01/01/2023 – 12/31/2024 (24-month annual average)<br>• Surveys (re)submitted on or after September 1:<br>  ○ 07/01/2024 – 06/30/2025 (12-month count) or 07/01/2023 – 06/30/2025 (24-month annual average) |
| **Question #2:** Check all procedures that your hospital performs as defined in the Adult and Pediatric Complex Surgery Reference Information (listed below):<br>• Carotid endarterectomy<br>• Mitral valve repair and replacement<br>• Open aortic procedures<br>• Lung resection for cancer<br>• Esophageal resection for cancer<br>• Pancreatic resection for cancer<br>• Rectal cancer surgery<br>• Bariatric surgery for weight loss<br>• Total knee replacement<br>• Total hip replacement<br>• Norwood procedure<br><br>Free-standing pediatric hospitals should only report on the Norwood procedure, if applicable.<br><br>Do not check the box for the procedure if:<br>• Your hospital does not perform the procedure or ONLY performs the procedure on an emergency basis or when a patient is too unstable for safe transfer. |

**Version 9.1**                    **First Release: April 1, 2025**
                    **© 2025 The Leapfrog Group**          **Updated Release: May 2, 2025**

PBHN000002751

- Your hospital has started to perform the procedure in the last 18 months. Leapfrog gives hospitals an 18-month grace period before having to report on hospital volume and process for privileging surgeons for new service lines.

<u>Do</u> check the box for the procedure if:
- Your hospital would perform the procedure but had zero cases during the reporting period. Select the procedure and indicate a hospital volume of zero in question #3. Please note that hospitals can elect to report on a 24-month annual average.
- Your hospital has reached the end of the 18-month grace period for a new service line. You will now have to report on both hospital volume and your process for privileging surgeons for this procedure.

**Question #3**: Total **hospital volume** for each selected procedure (from question #2) during the reporting period:
- <u>Carotid endarterectomy</u> (Hospital Volume Standard: 20)
- <u>Mitral valve repair and replacement</u> (Hospital Volume Standard: 40)
- <u>Open aortic procedures</u> (Hospital Volume Standard: 10)
- <u>Lung resection for cancer</u> (Hospital Volume Standard: 40)
- <u>Esophageal resection for cancer</u> (Hospital Volume Standard: 20)
- <u>Pancreatic resection for cancer</u> (Hospital Volume Standard: 20)
- <u>Rectal cancer surgery</u> (Hospital Volume Standard: 16)
- <u>Bariatric surgery for weight loss</u> (Hospital Volume Standard: 50)
- <u>Total knee replacement</u> (Hospital Volume Standard: 50)
- <u>Total hip replacement</u> (Hospital Volume Standard: 50)
- <u>Norwood procedure</u> (Hospital Volume Standard: 8)

When calculating total **hospital volume** count the number of **patients** discharged from your hospital within the reporting period with any one or more of the ICD-10 codes or CPT codes (for Total Hip Replacement, Total Knee Replacement, and Bariatric Surgery for Weight Loss) specified for each procedure, subject to the inclusion criteria below:
- Only the ICD-10 procedure, CPT, and diagnosis codes provided by Leapfrog should be used to report on the questions in Section 3A: Hospital and Surgeon Volume. ICD-10 codes are provided below and are also available in an Excel document on the <u>Survey Materials webpage</u>. See Note 3 above for instructions on downloading CPT codes.
- For procedures that include TWO sets of codes (one set of procedure codes and one set of diagnosis codes), both sets of codes must be used for counting patient discharges (e.g., at least one procedure code AND one diagnosis code must be present).
- Except for bariatric surgery for weight loss (where the ICD-10 diagnosis code must be the primary diagnosis) and total knee replacement and total hip replacement (where the procedure code must be the primary procedure), ICD-10 codes for the other procedures can appear in ANY procedure field and ANY diagnosis field.
- Age restrictions apply – For the Norwood procedure only include discharges for pediatric patients (ages 17 years and younger). For the remaining ten procedures, only include discharges for adult patients (ages 18 years and older).

**Question #4:** Does the total hospital volume for total knee replacement, total hip replacement, and/or bariatric surgery for weight loss reported on in question #3 above include procedures performed on an inpatient basis, outpatient basis, or both?
- If your hospital only performs total knee replacement, total hip replacement, and/or bariatric surgery for weight loss on an inpatient basis, select inpatient.
- If your hospital only performs total knee replacement, total hip replacement, and/or bariatric surgery for weight loss on an outpatient basis, select outpatient.
- If your hospital performs total knee replacement, total hip replacement, and/or bariatric surgery for weight loss on both an inpatient and outpatient basis, select both (inpatient and outpatient).

**102**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002752

**Question #5:** Does your hospital's privileging process include the surgeon meeting or exceeding the minimum annual surgeon volume standard listed below?

- Carotid endarterectomy: 10
- Mitral valve repair and replacement: 20
- Open aortic procedures: 7
- Lung resection for cancer: 15
- Esophageal resection for cancer: 7
- Pancreatic resection for cancer: 10
- Rectal cancer surgery: 6
- Bariatric surgery for weight loss: 20
- Total knee replacement: 25
- Total hip replacement: 25
- Norwood procedure: 5

When determining whether surgeons have met or exceeded Leapfrog's minimum annual surgeon volume standards for the purposes of privileging, only refer to the ICD-10 procedure codes and CPT codes (for Total Hip Replacement, Total Knee Replacement, and Bariatric Surgery for Weight Loss) – **diagnosis** codes can be ignored.

---

**Source:** The Society of Thoracic Surgeons (STS)

**Reporting Period:** Latest **36-month** report from Society of Thoracic Surgeons (STS) Adult Cardiac Surgery Database (ACSD) for the **Mitral Valve Repair/Replacement Composite Score.**

**Question #6:** Does your hospital participate in the Society of Thoracic Surgeons (STS) Adult Cardiac Surgery Database (ACSD), submit data for all applicable procedures during the most recent 36-month period for which performance reports are available?

Select "yes" if your hospital participates in the Society of Thoracic Surgeons (STS) Adult Cardiac Surgery Database (ACSD) and has submitted data for all applicable procedures during the most recent 36-month period.

**Question #7:** What is the most recent 36-month reporting period for which STS performance reports are available? Reporting period ending:

Select the most recent 36-month reporting period for which STS performance reports are available. The reporting period is displayed when reviewing your "MVRR Composite Quality Ratings" at https://publicreporting.sts.org/search/acsd. See screenshot provided for question #9 below.

**Question #8:** Does your hospital have a Mitral Valve Repair/Replacement Composite Score publicly reported on the STS website and do you choose to report data from the most recent performance report to this Survey?

Select "yes" if your hospital elects to share the MVRR data from your most recent performance report with Leapfrog.

**Question #9:** What is your hospital's Mitral Valve Repair/Replacement Composite Score?

Report your Mitral Valve Repair/Replacement Overall Composite Score from the STS Public Reporting website: https://publicreporting.sts.org/search/acsd.

Click on "Search All Groups." Then search for your hospital name/surgery group name in the "Participant Surgery Group Name" field and click your hospital name/surgery group name. On the next page find your "MVRR Composite Quality Rating" and your "Overall Composite Score." Report the number of stars displayed for "Overall Composite Score" represented in the screenshot below.

PBHN000002753



| **Source:** The Society of Thoracic Surgeons (STS) |
| --- |
| **Question #10:** Does your hospital participate in the <u>Society of Thoracic Surgeons (STS)</u> Congenital Heart Surgery Database (CHSD) and did your hospital submit data for the Norwood procedure during the most recent 48-month period for which performance reports are available?<br><br>Select "yes" if your hospital participates in the <u>Society of Thoracic Surgeons (STS)</u> Congenital Heart Surgery Database (CHSD) and has submitted data for the Norwood procedure during the most recent 48-month period. |
| **Question #11:** What is the most recent 48-month reporting period for which STS performance reports are available? Reporting period ending:<br><br>Select the most recent 48-month reporting period for which STS performance reports are available. The reporting period should appear at the top of your STS performance report. |

See <u>FAQs</u> for additional information about responding to the questions in this section.

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002754

## Carotid Endarterectomy Measure Specifications

For carotid endarterectomy, there are two sets of ICD-10 codes for counting patient discharges. The first set of codes is to identify patients who have had the procedure. The second set of codes is to identify patients with a specific diagnosis.

Count the number of patients, ages 18 years and older, discharged with the following ICD-10 codes in any procedure field AND any of the following ICD-10 codes in any diagnosis field.

### ICD-10 Carotid Endarterectomy Procedure Codes

| ICD-10 Procedure Code | Code Description |
|---|---|
| 03CH0ZZ | Extirpation of Matter from Right Common Carotid Artery, Open Approach |
| 03CJ0ZZ | Extirpation of Matter from Left Common Carotid Artery, Open Approach |
| 03CK0ZZ | Extirpation of Matter from Right Internal Carotid Artery, Open Approach |
| 03CL0ZZ | Extirpation of Matter from Left Internal Carotid Artery, Open Approach |
| 03CM0ZZ | Extirpation of Matter from Right External Carotid Artery, Open Approach |
| 03CN0ZZ | Extirpation of Matter from Left External Carotid Artery, Open Approach |

### ICD-10 Occlusion and Stenosis and Cerebral Infarction Diagnosis Codes

| ICD-10 Diagnosis Code | Code Description |
|---|---|
| I63.031 | Cerebral infarction due to thrombosis of right carotid artery |
| I63.032 | Cerebral infarction due to thrombosis of left carotid artery |
| I63.033 | Cerebral infarction due to thrombosis of bilateral carotid arteries |
| I63.039 | Cerebral infarction due to thrombosis of unspecified carotid artery |
| I63.131 | Cerebral infarction due to embolism of right carotid artery |
| I63.132 | Cerebral infarction due to embolism of left carotid artery |
| I63.133 | Cerebral infarction due to embolism of bilateral carotid arteries |
| I63.139 | Cerebral infarction due to embolism of unspecified carotid artery |
| I63.231 | Cerebral infarction due to unspecified occlusion or stenosis of right carotid arteries |
| I63.232 | Cerebral infarction due to unspecified occlusion or stenosis of left carotid arteries |
| I63.233 | Cerebral infarction due to unspecified occlusion or stenosis of bilateral carotid arteries |
| I63.239 | Cerebral infarction due to unspecified occlusion or stenosis of unspecified carotid arteries |
| I65.21 | Occlusion and stenosis of right carotid artery |
| I65.22 | Occlusion and stenosis of left carotid artery |
| I65.23 | Occlusion and stenosis of bilateral carotid arteries |
| I65.29 | Occlusion and stenosis of unspecified carotid artery |
| I65.8 | Occlusion and stenosis of other precerebral arteries |
| I65.9 | Occlusion and stenosis of unspecified precerebral artery |

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002755

**Mitral Valve Repair and Replacement Measure Specifications**

For mitral valve repair and replacement, there is only one set of ICD-10 codes for counting patient discharges. The set of codes is to identify patients who have had the procedure.

Count the number of patients, ages 18 years and older, discharged with the following ICD-10 codes in any procedure field.

**ICD-10 Mitral Valve Repair and Replacement Procedure Codes**

| ICD-10 Procedure Code | Code Description |
|---|---|
| 027G04Z | Dilation of Mitral Valve with Drug-eluting Intraluminal Device, Open Approach |
| 027G0DZ | Dilation of Mitral Valve with Intraluminal Device, Open Approach |
| 027G0ZZ | Dilation of Mitral Valve, Open Approach |
| 02CG0ZZ | Extirpation of Matter from Mitral Valve, Open Approach |
| 02NG0ZZ | Release Mitral Valve, Open Approach |
| 02QG0ZE | Repair Mitral Valve created from Left Atrioventricular Valve, Open Approach |
| 02QG0ZZ | Repair Mitral Valve, Open Approach |
| 02RG07Z | Replacement of Mitral Valve with Autologous Tissue Substitute, Open Approach |
| 02RG08Z | Replacement of Mitral Valve with Zooplastic Tissue, Open Approach |
| 02RG0JZ | Replacement of Mitral Valve with Synthetic Substitute, Open Approach |
| 02RG0KZ | Replacement of Mitral Valve with Nonautologous Tissue Substitute, Open Approach |
| 02UG07E | Supplement Mitral Valve created from Left Atrioventricular Valve with Autologous Tissue Substitute, Open Approach |
| 02UG07Z | Supplement Mitral Valve with Autologous Tissue Substitute, Open Approach |
| 02UG08E | Supplement Mitral Valve created from Left Atrioventricular Valve with Zooplastic Tissue, Open Approach |
| 02UG08Z | Supplement Mitral Valve with Zooplastic Tissue, Open Approach |
| 02UG0JE | Supplement Mitral Valve created from Left Atrioventricular Valve with Synthetic Substitute, Open Approach |
| 02UG0JZ | Supplement Mitral Valve with Synthetic Substitute, Open Approach |
| 02UG0KE | Supplement Mitral Valve created from Left Atrioventricular Valve with Nonautologous Tissue Substitute, Open Approach |
| 02UG0KZ | Supplement Mitral Valve with Nonautologous Tissue Substitute, Open Approach |
| 02VG0ZZ | Restriction of Mitral Valve, Open Approach |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002756

## Open Aortic Procedures Measure Specifications

For open aortic procedures, there is only one set of ICD-10 codes for counting patient discharges. The set of codes is to identify patients who have had the procedure.

Count the number of patients, ages 18 years and older, discharged with the following ICD-10 codes in any procedure field.

### ICD-10 Open Aortic Procedure Codes

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0410090 | Bypass Abdominal Aorta to Abdominal Aorta with Autologous Venous Tissue, Open Approach |
| 0410091 | Bypass Abdominal Aorta to Celiac Artery with Autologous Venous Tissue, Open Approach |
| 0410092 | Bypass Abdominal Aorta to Mesenteric Artery with Autologous Venous Tissue, Open Approach |
| 0410093 | Bypass Abdominal Aorta to Right Renal Artery with Autologous Venous Tissue, Open Approach |
| 0410094 | Bypass Abdominal Aorta to Left Renal Artery with Autologous Venous Tissue, Open Approach |
| 0410095 | Bypass Abdominal Aorta to Bilateral Renal Artery with Autologous Venous Tissue, Open Approach |
| 0410096 | Bypass Abdominal Aorta to Right Common Iliac Artery with Autologous Venous Tissue, Open Approach |
| 0410097 | Bypass Abdominal Aorta to Left Common Iliac Artery with Autologous Venous Tissue, Open Approach |
| 0410098 | Bypass Abdominal Aorta to Bilateral Common Iliac Arteries with Autologous Venous Tissue, Open Approach |
| 0410099 | Bypass Abdominal Aorta to Right Internal Iliac Artery with Autologous Venous Tissue, Open Approach |
| 021K0ZW | Bypass Right Ventricle to Aorta, Open Approach |
| 021L0ZW | Bypass Left Ventricle to Aorta, Open Approach |
| 021W08A | Bypass Thoracic Aorta, Descending to Innominate Artery with Zooplastic Tissue, Open Approach |
| 021W08B | Bypass Thoracic Aorta, Descending to Subclavian with Zooplastic Tissue, Open Approach |
| 021W08D | Bypass Thoracic Aorta, Descending to Carotid with Zooplastic Tissue, Open Approach |
| 021W08F | Bypass Thoracic Aorta, Descending to Abdominal Artery with Zooplastic Tissue, Open Approach |
| 021W08G | Bypass Thoracic Aorta, Descending to Axillary Artery with Zooplastic Tissue, Open Approach |
| 021W08H | Bypass Thoracic Aorta, Descending to Brachial Artery with Zooplastic Tissue, Open Approach |
| 021W08P | Bypass Thoracic Aorta, Descending to Pulmonary Trunk with Zooplastic Tissue, Open Approach |
| 021W08Q | Bypass Thoracic Aorta, Descending to Right Pulmonary Artery with Zooplastic Tissue, Open Approach |
| 021W08R | Bypass Thoracic Aorta, Descending to Left Pulmonary Artery with Zooplastic Tissue, Open Approach |
| 021W08V | Bypass Thoracic Aorta, Descending to Lower Extremity Artery with Zooplastic Tissue, Open Approach |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002757

| ICD-10 Procedure Code | Code Description |
|---|---|
| 021W09B | Bypass Thoracic Aorta, Descending to Subclavian with Autologous Venous Tissue, Open Approach |
| 021W09A | Bypass Thoracic Aorta, Descending to Innominate Artery with Autologous Venous Tissue, Open Approach |
| 021W09D | Bypass Thoracic Aorta, Descending to Carotid with Autologous Venous Tissue, Open Approach |
| 021W09F | Bypass Thoracic Aorta, Descending to Abdominal Artery with Autologous Venous Tissue, Open Approach |
| 021W09G | Bypass Thoracic Aorta, Descending to Axillary Artery with Autologous Venous Tissue, Open Approach |
| 021W09H | Bypass Thoracic Aorta, Descending to Brachial Artery with Autologous Venous Tissue, Open Approach |
| 021W09P | Bypass Thoracic Aorta, Descending to Pulmonary Trunk with Autologous Venous Tissue, Open Approach |
| 021W09Q | Bypass Thoracic Aorta, Descending to Right Pulmonary Artery with Autologous Venous Tissue, Open Approach |
| 021W09R | Bypass Thoracic Aorta, Descending to Left Pulmonary Artery with Autologous Venous Tissue, Open Approach |
| 021W09V | Bypass Thoracic Aorta, Descending to Lower Extremity Artery with Autologous Venous Tissue, Open Approach |
| 021W0AA | Bypass Thoracic Aorta, Descending to Innominate Artery with Autologous Arterial Tissue, Open Approach |
| 021W0AB | Bypass Thoracic Aorta, Descending to Subclavian with Autologous Arterial Tissue, Open Approach |
| 021W0AD | Bypass Thoracic Aorta, Descending to Carotid with Autologous Arterial Tissue, Open Approach |
| 021W0AF | Bypass Thoracic Aorta, Descending to Abdominal Artery with Autologous Arterial Tissue, Open Approach |
| 021W0AG | Bypass Thoracic Aorta, Descending to Axillary Artery with Autologous Arterial Tissue, Open Approach |
| 021W0AH | Bypass Thoracic Aorta, Descending to Brachial Artery with Autologous Arterial Tissue, Open Approach |
| 021W0AP | Bypass Thoracic Aorta, Descending to Pulmonary Trunk with Autologous Arterial Tissue, Open Approach |
| 021W0AQ | Bypass Thoracic Aorta, Descending to Right Pulmonary Artery with Autologous Arterial Tissue, Open Approach |
| 021W0AR | Bypass Thoracic Aorta, Descending to Left Pulmonary Artery with Autologous Arterial Tissue, Open Approach |
| 021W0AV | Bypass Thoracic Aorta, Descending to Lower Extremity Artery with Autologous Arterial Tissue, Open Approach |
| 021W0JA | Bypass Thoracic Aorta, Descending to Innominate Artery with Synthetic Substitute, Open Approach |
| 021W0JB | Bypass Thoracic Aorta, Descending to Subclavian with Synthetic Substitute, Open Approach |
| 021W0JD | Bypass Thoracic Aorta, Descending to Carotid with Synthetic Substitute, Open Approach |
| 021W0JF | Bypass Thoracic Aorta, Descending to Abdominal Artery with Synthetic Substitute, Open Approach |
| 021W0JG | Bypass Thoracic Aorta, Descending to Axillary Artery with Synthetic Substitute, Open Approach |
| 021W0JH | Bypass Thoracic Aorta, Descending to Brachial Artery with Synthetic Substitute, Open Approach |
| 021W0JP | Bypass Thoracic Aorta, Descending to Pulmonary Trunk with Synthetic Substitute, Open Approach |

Table of Contents

PBHN000002758

| ICD-10 Procedure Code | Code Description |
|---|---|
| 021W0JQ | Bypass Thoracic Aorta, Descending to Right Pulmonary Artery with Synthetic Substitute, Open Approach |
| 021W0JR | Bypass Thoracic Aorta, Descending to Left Pulmonary Artery with Synthetic Substitute, Open Approach |
| 021W0JV | Bypass Thoracic Aorta, Descending to Lower Extremity Artery with Synthetic Substitute, Open Approach |
| 021W0KA | Bypass Thoracic Aorta, Descending to Innominate Artery with Nonautologous Tissue Substitute, Open Approach |
| 021W0KB | Bypass Thoracic Aorta, Descending to Subclavian with Nonautologous Tissue Substitute, Open Approach |
| 021W0KD | Bypass Thoracic Aorta, Descending to Carotid with Nonautologous Tissue Substitute, Open Approach |
| 021W0KF | Bypass Thoracic Aorta, Descending to Abdominal Artery with Nonautologous Tissue Substitute, Open Approach |
| 021W0KG | Bypass Thoracic Aorta, Descending to Axillary Artery with Nonautologous Tissue Substitute, Open Approach |
| 021W0KH | Bypass Thoracic Aorta, Descending to Brachial Artery with Nonautologous Tissue Substitute, Open Approach |
| 021W0KP | Bypass Thoracic Aorta, Descending to Pulmonary Trunk with Nonautologous Tissue Substitute, Open Approach |
| 021W0KQ | Bypass Thoracic Aorta, Descending to Right Pulmonary Artery with Nonautologous Tissue Substitute, Open Approach |
| 021W0KR | Bypass Thoracic Aorta, Descending to Left Pulmonary Artery with Nonautologous Tissue Substitute, Open Approach |
| 021W0KV | Bypass Thoracic Aorta, Descending to Lower Extremity Artery with Nonautologous Tissue Substitute, Open Approach |
| 021W0ZA | Bypass Thoracic Aorta, Descending to Innominate Artery, Open Approach |
| 021W0ZB | Bypass Thoracic Aorta, Descending to Subclavian, Open Approach |
| 021W0ZD | Bypass Thoracic Aorta, Descending to Carotid, Open Approach |
| 021W0ZP | Bypass Thoracic Aorta, Descending to Pulmonary Trunk, Open Approach |
| 021W0ZQ | Bypass Thoracic Aorta, Descending to Right Pulmonary Artery, Open Approach |
| 021W0ZR | Bypass Thoracic Aorta, Descending to Left Pulmonary Artery, Open Approach |
| 021X08A | Bypass Thoracic Aorta, Ascending/Arch to Innominate Artery with Zooplastic Tissue, Open Approach |
| 021X08B | Bypass Thoracic Aorta, Ascending/Arch to Subclavian with Zooplastic Tissue, Open Approach |
| 021X08D | Bypass Thoracic Aorta, Ascending/Arch to Carotid with Zooplastic Tissue, Open Approach |
| 021X08P | Bypass Thoracic Aorta, Ascending/Arch to Pulmonary Trunk with Zooplastic Tissue, Open Approach |
| 021X08Q | Bypass Thoracic Aorta, Ascending/Arch to Right Pulmonary Artery with Zooplastic Tissue, Open Approach |
| 021X08R | Bypass Thoracic Aorta, Ascending/Arch to Left Pulmonary Artery with Zooplastic Tissue, Open Approach |
| 021X09A | Bypass Thoracic Aorta, Ascending/Arch to Innominate Artery with Autologous Venous Tissue, Open Approach |
| 021X09B | Bypass Thoracic Aorta, Ascending/Arch to Subclavian with Autologous Venous Tissue, Open Approach |
| 021X09D | Bypass Thoracic Aorta, Ascending/Arch to Carotid with Autologous Venous Tissue, Open Approach |

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002759

| ICD-10 Procedure Code | Code Description |
|---|---|
| 021X09P | Bypass Thoracic Aorta, Ascending/Arch to Pulmonary Trunk with Autologous Venous Tissue, Open Approach |
| 021X09Q | Bypass Thoracic Aorta, Ascending/Arch to Right Pulmonary Artery with Autologous Venous Tissue, Open Approach |
| 021X09R | Bypass Thoracic Aorta, Ascending/Arch to Left Pulmonary Artery with Autologous Venous Tissue, Open Approach |
| 021X0AA | Bypass Thoracic Aorta, Ascending/Arch to Innominate Artery with Autologous Arterial Tissue, Open Approach |
| 021X0AB | Bypass Thoracic Aorta, Ascending/Arch to Subclavian with Autologous Arterial Tissue, Open Approach |
| 021X0AD | Bypass Thoracic Aorta, Ascending/Arch to Carotid with Autologous Arterial Tissue, Open Approach |
| 021X0AP | Bypass Thoracic Aorta, Ascending/Arch to Pulmonary Trunk with Autologous Arterial Tissue, Open Approach |
| 021X0AQ | Bypass Thoracic Aorta, Ascending/Arch to Right Pulmonary Artery with Autologous Arterial Tissue, Open Approach |
| 021X0AR | Bypass Thoracic Aorta, Ascending/Arch to Left Pulmonary Artery with Autologous Arterial Tissue, Open Approach |
| 021X0JA | Bypass Thoracic Aorta, Ascending/Arch to Innominate Artery with Synthetic Substitute, Open Approach |
| 021X0JB | Bypass Thoracic Aorta, Ascending/Arch to Subclavian with Synthetic Substitute, Open Approach |
| 021X0JD | Bypass Thoracic Aorta, Ascending/Arch to Carotid with Synthetic Substitute, Open Approach |
| 021X0JP | Bypass Thoracic Aorta, Ascending/Arch to Pulmonary Trunk with Synthetic Substitute, Open Approach |
| 021X0JQ | Bypass Thoracic Aorta, Ascending/Arch to Right Pulmonary Artery with Synthetic Substitute, Open Approach |
| 021X0JR | Bypass Thoracic Aorta, Ascending/Arch to Left Pulmonary Artery with Synthetic Substitute, Open Approach |
| 021X0KA | Bypass Thoracic Aorta, Ascending/Arch to Innominate Artery with Nonautologous Tissue Substitute, Open Approach |
| 021X0KB | Bypass Thoracic Aorta, Ascending/Arch to Subclavian with Nonautologous Tissue Substitute, Open Approach |
| 021X0KD | Bypass Thoracic Aorta, Ascending/Arch to Carotid with Nonautologous Tissue Substitute, Open Approach |
| 021X0KP | Bypass Thoracic Aorta, Ascending/Arch to Pulmonary Trunk with Nonautologous Tissue Substitute, Open Approach |
| 021X0KQ | Bypass Thoracic Aorta, Ascending/Arch to Right Pulmonary Artery with Nonautologous Tissue Substitute, Open Approach |
| 021X0KR | Bypass Thoracic Aorta, Ascending/Arch to Left Pulmonary Artery with Nonautologous Tissue Substitute, Open Approach |
| 021X0ZA | Bypass Thoracic Aorta, Ascending/Arch to Innominate Artery, Open Approach |
| 021X0ZB | Bypass Thoracic Aorta, Ascending/Arch to Subclavian, Open Approach |
| 021X0ZD | Bypass Thoracic Aorta, Ascending/Arch to Carotid, Open Approach |
| 021X0ZP | Bypass Thoracic Aorta, Ascending/Arch to Pulmonary Trunk, Open Approach |
| 021X0ZQ | Bypass Thoracic Aorta, Ascending/Arch to Right Pulmonary Artery, Open Approach |
| 021X0ZR | Bypass Thoracic Aorta, Ascending/Arch to Left Pulmonary Artery, Open Approach |
| 02BW0ZX | Excision of Thoracic Aorta, Descending, Open Approach, Diagnostic |
| 02BW0ZZ | Excision of Thoracic Aorta, Descending, Open Approach |

Table of Contents

PBHN000002760

| ICD-10 Procedure Code | Code Description |
|---|---|
| 02BX0ZX | Excision of Thoracic Aorta, Ascending/Arch, Open Approach, Diagnostic |
| 02BX0ZZ | Excision of Thoracic Aorta, Ascending/Arch, Open Approach |
| 02QW0ZZ | Repair Thoracic Aorta, Descending, Open Approach |
| 02QX0ZZ | Repair Thoracic Aorta, Ascending/Arch, Open Approach |
| 02RW07Z | Replacement of Thoracic Aorta, Descending with Autologous Tissue Substitute, Open Approach |
| 02RW08Z | Replacement of Thoracic Aorta, Descending with Zooplastic Tissue, Open Approach |
| 02RW0JZ | Replacement of Thoracic Aorta, Descending with Synthetic Substitute, Open Approach |
| 02RW0KZ | Replacement of Thoracic Aorta, Descending with Nonautologous Tissue Substitute, Open Approach |
| 02RX07Z | Replacement of Thoracic Aorta, Ascending/Arch with Autologous Tissue Substitute, Open Approach |
| 02RX08Z | Replacement of Thoracic Aorta, Ascending/Arch with Zooplastic Tissue, Open Approach |
| 02RX0JZ | Replacement of Thoracic Aorta, Ascending/Arch with Synthetic Substitute, Open Approach |
| 02RX0KZ | Replacement of Thoracic Aorta, Ascending/Arch with Nonautologous Tissue Substitute, Open Approach |
| 02SW0ZZ | Reposition Thoracic Aorta, Descending, Open Approach |
| 02SX0ZZ | Reposition Thoracic Aorta, Ascending/Arch, Open Approach |
| 02UW07Z | Supplement Thoracic Aorta, Descending with Autologous Tissue Substitute, Open Approach |
| 02UW08Z | Supplement Thoracic Aorta, Descending with Zooplastic Tissue, Open Approach |
| 02UW0JZ | Supplement Thoracic Aorta, Descending with Synthetic Substitute, Open Approach |
| 02UW0KZ | Supplement Thoracic Aorta, Descending with Nonautologous Tissue Substitute, Open Approach |
| 02UX08Z | Supplement Thoracic Aorta, Ascending/Arch with Zooplastic Tissue, Open Approach |
| 041009B | Bypass Abdominal Aorta to Left Internal Iliac Artery with Autologous Venous Tissue, Open Approach |
| 041009C | Bypass Abdominal Aorta to Bilateral Internal Iliac Arteries with Autologous Venous Tissue, Open Approach |
| 041009D | Bypass Abdominal Aorta to Right External Iliac Artery with Autologous Venous Tissue, Open Approach |
| 041009F | Bypass Abdominal Aorta to Left External Iliac Artery with Autologous Venous Tissue, Open Approach |
| 041009G | Bypass Abdominal Aorta to Bilateral External Iliac Arteries with Autologous Venous Tissue, Open Approach |
| 041009H | Bypass Abdominal Aorta to Right Femoral Artery with Autologous Venous Tissue, Open Approach |
| 041009J | Bypass Abdominal Aorta to Left Femoral Artery with Autologous Venous Tissue, Open Approach |
| 041009K | Bypass Abdominal Aorta to Bilateral Femoral Arteries with Autologous Venous Tissue, Open Approach |
| 041009Q | Bypass Abdominal Aorta to Lower Extremity Artery with Autologous Venous Tissue, Open Approach |
| 041009R | Bypass Abdominal Aorta to Lower Artery with Autologous Venous Tissue, Open Approach |
| 04100A0 | Bypass Abdominal Aorta to Abdominal Aorta with Autologous Arterial Tissue, Open Approach |

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002761

| ICD-10 Procedure Code | Code Description |
|---|---|
| 04100A1 | Bypass Abdominal Aorta to Celiac Artery with Autologous Arterial Tissue, Open Approach |
| 04100A2 | Bypass Abdominal Aorta to Mesenteric Artery with Autologous Arterial Tissue, Open Approach |
| 04100A3 | Bypass Abdominal Aorta to Right Renal Artery with Autologous Arterial Tissue, Open Approach |
| 04100A4 | Bypass Abdominal Aorta to Left Renal Artery with Autologous Arterial Tissue, Open Approach |
| 04100A5 | Bypass Abdominal Aorta to Bilateral Renal Artery with Autologous Arterial Tissue, Open Approach |
| 04100A6 | Bypass Abdominal Aorta to Right Common Iliac Artery with Autologous Arterial Tissue, Open Approach |
| 04100A7 | Bypass Abdominal Aorta to Left Common Iliac Artery with Autologous Arterial Tissue, Open Approach |
| 04100A8 | Bypass Abdominal Aorta to Bilateral Common Iliac Arteries with Autologous Arterial Tissue, Open Approach |
| 04100A9 | Bypass Abdominal Aorta to Right Internal Iliac Artery with Autologous Arterial Tissue, Open Approach |
| 04100AB | Bypass Abdominal Aorta to Left Internal Iliac Artery with Autologous Arterial Tissue, Open Approach |
| 04100AC | Bypass Abdominal Aorta to Bilateral Internal Iliac Arteries with Autologous Arterial Tissue, Open Approach |
| 04100AD | Bypass Abdominal Aorta to Right External Iliac Artery with Autologous Arterial Tissue, Open Approach |
| 04100AF | Bypass Abdominal Aorta to Left External Iliac Artery with Autologous Arterial Tissue, Open Approach |
| 04100AG | Bypass Abdominal Aorta to Bilateral External Iliac Arteries with Autologous Arterial Tissue, Open Approach |
| 04100AH | Bypass Abdominal Aorta to Right Femoral Artery with Autologous Arterial Tissue, Open Approach |
| 04100AJ | Bypass Abdominal Aorta to Left Femoral Artery with Autologous Arterial Tissue, Open Approach |
| 04100AK | Bypass Abdominal Aorta to Bilateral Femoral Arteries with Autologous Arterial Tissue, Open Approach |
| 04100AQ | Bypass Abdominal Aorta to Lower Extremity Artery with Autologous Arterial Tissue, Open Approach |
| 04100AR | Bypass Abdominal Aorta to Lower Artery with Autologous Arterial Tissue, Open Approach |
| 04100J0 | Bypass Abdominal Aorta to Abdominal Aorta with Synthetic Substitute, Open Approach |
| 04100J1 | Bypass Abdominal Aorta to Celiac Artery with Synthetic Substitute, Open Approach |
| 04100J2 | Bypass Abdominal Aorta to Mesenteric Artery with Synthetic Substitute, Open Approach |
| 04100J3 | Bypass Abdominal Aorta to Right Renal Artery with Synthetic Substitute, Open Approach |
| 04100J4 | Bypass Abdominal Aorta to Left Renal Artery with Synthetic Substitute, Open Approach |
| 04100J5 | Bypass Abdominal Aorta to Bilateral Renal Artery with Synthetic Substitute, Open Approach |
| 04100J6 | Bypass Abdominal Aorta to Right Common Iliac Artery with Synthetic Substitute, Open Approach |
| 04100J7 | Bypass Abdominal Aorta to Left Common Iliac Artery with Synthetic Substitute, Open Approach |
| 04100J8 | Bypass Abdominal Aorta to Bilateral Common Iliac Arteries with Synthetic Substitute, Open Approach |

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002762

| ICD-10 Procedure Code | Code Description |
|---|---|
| 04100J9 | Bypass Abdominal Aorta to Right Internal Iliac Artery with Synthetic Substitute, Open Approach |
| 04100JB | Bypass Abdominal Aorta to Left Internal Iliac Artery with Synthetic Substitute, Open Approach |
| 04100JC | Bypass Abdominal Aorta to Bilateral Internal Iliac Arteries with Synthetic Substitute, Open Approach |
| 04100JD | Bypass Abdominal Aorta to Right External Iliac Artery with Synthetic Substitute, Open Approach |
| 04100JF | Bypass Abdominal Aorta to Left External Iliac Artery with Synthetic Substitute, Open Approach |
| 04100JG | Bypass Abdominal Aorta to Bilateral External Iliac Arteries with Synthetic Substitute, Open Approach |
| 04100JH | Bypass Abdominal Aorta to Right Femoral Artery with Synthetic Substitute, Open Approach |
| 04100JJ | Bypass Abdominal Aorta to Left Femoral Artery with Synthetic Substitute, Open Approach |
| 04100JK | Bypass Abdominal Aorta to Bilateral Femoral Arteries with Synthetic Substitute, Open Approach |
| 04100JQ | Bypass Abdominal Aorta to Lower Extremity Artery with Synthetic Substitute, Open Approach |
| 04100JR | Bypass Abdominal Aorta to Lower Artery with Synthetic Substitute, Open Approach |
| 04100K0 | Bypass Abdominal Aorta to Abdominal Aorta with Nonautologous Tissue Substitute, Open Approach |
| 04100K1 | Bypass Abdominal Aorta to Celiac Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100K2 | Bypass Abdominal Aorta to Mesenteric Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100K3 | Bypass Abdominal Aorta to Right Renal Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100K4 | Bypass Abdominal Aorta to Left Renal Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100K5 | Bypass Abdominal Aorta to Bilateral Renal Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100K6 | Bypass Abdominal Aorta to Right Common Iliac Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100K7 | Bypass Abdominal Aorta to Left Common Iliac Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100K8 | Bypass Abdominal Aorta to Bilateral Common Iliac Arteries with Nonautologous Tissue Substitute, Open Approach |
| 04100K9 | Bypass Abdominal Aorta to Right Internal Iliac Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100KB | Bypass Abdominal Aorta to Left Internal Iliac Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100KC | Bypass Abdominal Aorta to Bilateral Internal Iliac Arteries with Nonautologous Tissue Substitute, Open Approach |
| 04100KD | Bypass Abdominal Aorta to Right External Iliac Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100KF | Bypass Abdominal Aorta to Left External Iliac Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100KG | Bypass Abdominal Aorta to Bilateral External Iliac Arteries with Nonautologous Tissue Substitute, Open Approach |
| 04100KH | Bypass Abdominal Aorta to Right Femoral Artery with Nonautologous Tissue Substitute, Open Approach |

Table of Contents

PBHN000002763

| ICD-10 Procedure Code | Code Description |
|---|---|
| 04100KJ | Bypass Abdominal Aorta to Left Femoral Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100KK | Bypass Abdominal Aorta to Bilateral Femoral Arteries with Nonautologous Tissue Substitute, Open Approach |
| 04100KQ | Bypass Abdominal Aorta to Lower Extremity Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100KR | Bypass Abdominal Aorta to Lower Artery with Nonautologous Tissue Substitute, Open Approach |
| 04100Z0 | Bypass Abdominal Aorta to Abdominal Aorta, Open Approach |
| 04100Z1 | Bypass Abdominal Aorta to Celiac Artery, Open Approach |
| 04100Z2 | Bypass Abdominal Aorta to Mesenteric Artery, Open Approach |
| 04100Z3 | Bypass Abdominal Aorta to Right Renal Artery, Open Approach |
| 04100Z4 | Bypass Abdominal Aorta to Left Renal Artery, Open Approach |
| 04100Z5 | Bypass Abdominal Aorta to Bilateral Renal Artery, Open Approach |
| 04100Z6 | Bypass Abdominal Aorta to Right Common Iliac Artery, Open Approach |
| 04100Z7 | Bypass Abdominal Aorta to Left Common Iliac Artery, Open Approach |
| 04100Z8 | Bypass Abdominal Aorta to Bilateral Common Iliac Arteries, Open Approach |
| 04100Z9 | Bypass Abdominal Aorta to Right Internal Iliac Artery, Open Approach |
| 04100ZB | Bypass Abdominal Aorta to Left Internal Iliac Artery, Open Approach |
| 04100ZC | Bypass Abdominal Aorta to Bilateral Internal Iliac Arteries, Open Approach |
| 04100ZD | Bypass Abdominal Aorta to Right External Iliac Artery, Open Approach |
| 04100ZF | Bypass Abdominal Aorta to Left External Iliac Artery, Open Approach |
| 04100ZG | Bypass Abdominal Aorta to Bilateral External Iliac Arteries, Open Approach |
| 04100ZH | Bypass Abdominal Aorta to Right Femoral Artery, Open Approach |
| 04100ZJ | Bypass Abdominal Aorta to Left Femoral Artery, Open Approach |
| 04100ZK | Bypass Abdominal Aorta to Bilateral Femoral Arteries, Open Approach |
| 04100ZQ | Bypass Abdominal Aorta to Lower Extremity Artery, Open Approach |
| 04100ZR | Bypass Abdominal Aorta to Lower Artery, Open Approach |
| 041C090 | Bypass Right Common Iliac Artery to Abdominal Aorta with Autologous Venous Tissue, Open Approach |
| 041C0A0 | Bypass Right Common Iliac Artery to Abdominal Aorta with Autologous Arterial Tissue, Open Approach |
| 041C0J0 | Bypass Right Common Iliac Artery to Abdominal Aorta with Synthetic Substitute, Open Approach |
| 041C0K0 | Bypass Right Common Iliac Artery to Abdominal Aorta with Nonautologous Tissue Substitute, Open Approach |
| 041C0Z0 | Bypass Right Common Iliac Artery to Abdominal Aorta, Open Approach |
| 041D090 | Bypass Left Common Iliac Artery to Abdominal Aorta with Autologous Venous Tissue, Open Approach |
| 041D0A0 | Bypass Left Common Iliac Artery to Abdominal Aorta with Autologous Arterial Tissue, Open Approach |
| 041D0J0 | Bypass Left Common Iliac Artery to Abdominal Aorta with Synthetic Substitute, Open Approach |
| 041D0K0 | Bypass Left Common Iliac Artery to Abdominal Aorta with Nonautologous Tissue Substitute, Open Approach |
| 041D0Z0 | Bypass Left Common Iliac Artery to Abdominal Aorta, Open Approach |

**Version 9.1**
**© 2025 The Leapfrog Group**

First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002764

| ICD-10 Procedure Code | Code Description |
|---|---|
| 04B00ZX | Excision of Abdominal Aorta, Open Approach, Diagnostic |
| 04B00ZZ | Excision of Abdominal Aorta, Open Approach |
| 04Q00ZZ | Repair Abdominal Aorta, Open Approach |
| 04R007Z | Replacement of Abdominal Aorta with Autologous Tissue Substitute, Open Approach |
| 04R00JZ | Replacement of Abdominal Aorta with Synthetic Substitute, Open Approach |
| 04R00KZ | Replacement of Abdominal Aorta with Nonautologous Tissue Substitute, Open Approach |
| 04S00ZZ | Reposition Abdominal Aorta, Open Approach |
| 04U007Z | Supplement Abdominal Aorta with Autologous Tissue Substitute, Open Approach |
| 04U00JZ | Supplement Abdominal Aorta with Synthetic Substitute, Open Approach |
| 04U00KZ | Supplement Abdominal Aorta with Nonautologous Tissue Substitute, Open Approach |
| X2RX0N7 | Replacement of Thoracic Aorta, Arch using Branched Synthetic Substitute with Intraluminal Device, Open Approach, New Technology Group 7 |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002765

## Lung Resection for Cancer Measure Specifications

For lung resection for cancer, there are two sets of ICD-10 codes for counting patient discharges. The first set of codes is to identify patients who have had the procedure. The second set of codes is to identify patients with a specific diagnosis.

Count the number of patients, ages 18 years and older, discharged with the following ICD-10 codes in any procedure field AND any of the following ICD-10 codes in any diagnosis field.

### ICD-10 Lung Resection for Cancer Procedure Codes

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0BBC0ZZ | Excision of Right Upper Lung Lobe, Open Approach |
| 0BBC3ZZ | Excision of Right Upper Lung Lobe, Percutaneous Approach |
| 0BBC4ZZ | Excision of Right Upper Lung Lobe, Percutaneous Endoscopic Approach |
| 0BBD0ZZ | Excision of Right Middle Lung Lobe, Open Approach |
| 0BBD3ZZ | Excision of Right Middle Lung Lobe, Percutaneous Approach |
| 0BBD4ZZ | Excision of Right Middle Lung Lobe, Percutaneous Endoscopic Approach |
| 0BBF0ZZ | Excision of Right Lower Lung Lobe, Open Approach |
| 0BBF3ZZ | Excision of Right Lower Lung Lobe, Percutaneous Approach |
| 0BBF4ZZ | Excision of Right Lower Lung Lobe, Percutaneous Endoscopic Approach |
| 0BBG0ZZ | Excision of Left Upper Lung Lobe, Open Approach |
| 0BBG3ZZ | Excision of Left Upper Lung Lobe, Percutaneous Approach |
| 0BBG4ZZ | Excision of Left Upper Lung Lobe, Percutaneous Endoscopic Approach |
| 0BBH0ZZ | Excision of Lung Lingula, Open Approach |
| 0BBH3ZZ | Excision of Lung Lingula, Percutaneous Approach |
| 0BBH4ZZ | Excision of Lung Lingula, Percutaneous Endoscopic Approach |
| 0BBJ0ZZ | Excision of Left Lower Lung Lobe, Open Approach |
| 0BBJ3ZZ | Excision of Left Lower Lung Lobe, Percutaneous Approach |
| 0BBJ4ZZ | Excision of Left Lower Lung Lobe, Percutaneous Endoscopic Approach |
| 0BBK0ZZ | Excision of Right Lung, Open Approach |
| 0BBK3ZZ | Excision of Right Lung, Percutaneous Approach |
| 0BBK4ZZ | Excision of Right Lung, Percutaneous Endoscopic Approach |
| 0BBL0ZZ | Excision of Left Lung, Open Approach |
| 0BBL3ZZ | Excision of Left Lung, Percutaneous Approach |
| 0BBL4ZZ | Excision of Left Lung, Percutaneous Endoscopic Approach |
| 0BBL7ZZ | Excision of Left Lung, Via Natural or Artificial Opening |
| 0BTC0ZZ | Resection of Right Upper Lung Lobe, Open Approach |
| 0BTC4ZZ | Resection of Right Upper Lung Lobe, Percutaneous Endoscopic Approach |
| 0BTD0ZZ | Resection of Right Middle Lung Lobe, Open Approach |
| 0BTD4ZZ | Resection of Right Middle Lung Lobe, Percutaneous Endoscopic Approach |
| 0BTF0ZZ | Resection of Right Lower Lung Lobe, Open Approach |
| 0BTF4ZZ | Resection of Right Lower Lung Lobe, Percutaneous Endoscopic Approach |
| 0BTG0ZZ | Resection of Left Upper Lung Lobe, Open Approach |
| 0BTG4ZZ | Resection of Left Upper Lung Lobe, Percutaneous Endoscopic Approach |

Table of Contents

PBHN000002766

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0BTH0ZZ | Resection of Lung Lingula, Open Approach |
| 0BTH4ZZ | Resection of Lung Lingula, Percutaneous Endoscopic Approach |
| 0BTJ0ZZ | Resection of Left Lower Lung Lobe, Open Approach |
| 0BTJ4ZZ | Resection of Left Lower Lung Lobe, Percutaneous Endoscopic Approach |
| 0BTK0ZZ | Resection of Right Lung, Open Approach |
| 0BTK4ZZ | Resection of Right Lung, Percutaneous Endoscopic Approach |
| 0BTL0ZZ | Resection of Left Lung, Open Approach |
| 0BTL4ZZ | Resection of Left Lung, Percutaneous Endoscopic Approach |

**ICD-10 Malignant Tumor and Cancer in Situ Diagnosis Codes**

| ICD-10 Diagnosis Code | Code Description |
|---|---|
| C7A.090 | Malignant carcinoid tumor of the bronchus and lung |
| C7A.1 | Malignant poorly differentiated neuroendocrine tumors |
| C7A.8 | Other malignant neuroendocrine tumors |
| C34.00 | Malignant neoplasm of main bronchus |
| C34.01 | Malignant neoplasm of right main bronchus |
| C34.02 | Malignant neoplasm of left main bronchus |
| C34.10 | Malignant neoplasm of upper lobe, unspecified bronchus or lung |
| C34.11 | Malignant neoplasm of upper lobe, right bronchus or lung |
| C34.12 | Malignant neoplasm of upper lobe, left bronchus or lung |
| C34.2 | Malignant neoplasm of middle lobe, bronchus or lung |
| C34.30 | Malignant neoplasm of lower lobe, unspecified bronchus or lung |
| C34.31 | Malignant neoplasm of lower lobe, right bronchus or lung |
| C34.32 | Malignant neoplasm of lower lobe, left bronchus or lung |
| C34.80 | Malignant neoplasm of overlapping sites of unspecified bronchus and lung |
| C34.81 | Malignant neoplasm of overlapping sites of right bronchus and lung |
| C34.82 | Malignant neoplasm of overlapping sites of left bronchus and lung |
| C34.90 | Malignant neoplasm of unspecified part of unspecified bronchus or lung |
| C34.91 | Malignant neoplasm of unspecified part of right bronchus or lung |
| C34.92 | Malignant neoplasm of unspecified part of left bronchus or lung |
| D02.20 | Carcinoma in situ of unspecified bronchus and lung |
| D02.21 | Carcinoma in situ of right bronchus and lung |
| D02.22 | Carcinoma in situ of left bronchus and lung |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002767

*2025 Leapfrog Hospital Survey – Hard Copy*          *Section 3: Adult and Pediatric Complex Surgery*

## Esophageal Resection for Cancer Measure Specifications

For esophageal resection for cancer, there are two sets of ICD-10 codes for counting patient discharges. The first set of codes is to identify patients who have had the procedure. The second set of codes is to identify patients with a specific diagnosis.

Count the number of patients, ages 18 years and older, discharged with the following ICD-10 codes in any procedure field AND any of the following ICD-10 codes in any diagnosis field.

### ICD-10 Esophageal Resection for Cancer Procedure Codes

| ICD-10 Procedure Code | Code Description |
| --- | --- |
| 0D11074 | Bypass Upper Esophagus to Cutaneous with Autologous Tissue Substitute, Open Approach |
| 0D11076 | Bypass Upper Esophagus to Stomach with Autologous Tissue Substitute, Open Approach |
| 0D11079 | Bypass Upper Esophagus to Duodenum with Autologous Tissue Substitute, Open Approach |
| 0D1107A | Bypass Upper Esophagus to Jejunum with Autologous Tissue Substitute, Open Approach |
| 0D1107B | Bypass Upper Esophagus to Ileum with Autologous Tissue Substitute, Open Approach |
| 0D110J4 | Bypass Upper Esophagus to Cutaneous with Synthetic Substitute, Open Approach |
| 0D110J6 | Bypass Upper Esophagus to Stomach with Synthetic Substitute, Open Approach |
| 0D110J9 | Bypass Upper Esophagus to Duodenum with Synthetic Substitute, Open Approach |
| 0D110JA | Bypass Upper Esophagus to Jejunum with Synthetic Substitute, Open Approach |
| 0D110JB | Bypass Upper Esophagus to Ileum with Synthetic Substitute, Open Approach |
| 0D110K4 | Bypass Upper Esophagus to Cutaneous with Nonautologous Tissue Substitute, Open Approach |
| 0D110K6 | Bypass Upper Esophagus to Stomach with Nonautologous Tissue Substitute, Open Approach |
| 0D110K9 | Bypass Upper Esophagus to Duodenum with Nonautologous Tissue Substitute, Open Approach |
| 0D110KA | Bypass Upper Esophagus to Jejunum with Nonautologous Tissue Substitute, Open Approach |
| 0D110KB | Bypass Upper Esophagus to Ileum with Nonautologous Tissue Substitute, Open Approach |
| 0D110Z4 | Bypass Upper Esophagus to Cutaneous, Open Approach |
| 0D110Z6 | Bypass Upper Esophagus to Stomach, Open Approach |
| 0D110Z9 | Bypass Upper Esophagus to Duodenum, Open Approach |
| 0D110ZA | Bypass Upper Esophagus to Jejunum, Open Approach |
| 0D110ZB | Bypass Upper Esophagus to Ileum, Open Approach |
| 0D113J4 | Bypass Upper Esophagus to Cutaneous with Synthetic Substitute, Percutaneous Approach |
| 0D11474 | Bypass Upper Esophagus to Cutaneous with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D11476 | Bypass Upper Esophagus to Stomach with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D11479 | Bypass Upper Esophagus to Duodenum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D1147A | Bypass Upper Esophagus to Jejunum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002768

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0D1147B | Bypass Upper Esophagus to Ileum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D114J4 | Bypass Upper Esophagus to Cutaneous with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D114J6 | Bypass Upper Esophagus to Stomach with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D114J9 | Bypass Upper Esophagus to Duodenum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D114JA | Bypass Upper Esophagus to Jejunum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D114JB | Bypass Upper Esophagus to Ileum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D114K4 | Bypass Upper Esophagus to Cutaneous with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D114K6 | Bypass Upper Esophagus to Stomach with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D114K9 | Bypass Upper Esophagus to Duodenum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D114KA | Bypass Upper Esophagus to Jejunum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D114KB | Bypass Upper Esophagus to Ileum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D114Z4 | Bypass Upper Esophagus to Cutaneous, Percutaneous Endoscopic Approach |
| 0D114Z6 | Bypass Upper Esophagus to Stomach, Percutaneous Endoscopic Approach |
| 0D114Z9 | Bypass Upper Esophagus to Duodenum, Percutaneous Endoscopic Approach |
| 0D114ZA | Bypass Upper Esophagus to Jejunum, Percutaneous Endoscopic Approach |
| 0D114ZB | Bypass Upper Esophagus to Ileum, Percutaneous Endoscopic Approach |
| 0D11874 | Bypass Upper Esophagus to Cutaneous with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D11876 | Bypass Upper Esophagus to Stomach with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D11879 | Bypass Upper Esophagus to Duodenum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D1187A | Bypass Upper Esophagus to Jejunum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D1187B | Bypass Upper Esophagus to Ileum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D118J4 | Bypass Upper Esophagus to Cutaneous with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D118J6 | Bypass Upper Esophagus to Stomach with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D118J9 | Bypass Upper Esophagus to Duodenum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D118JA | Bypass Upper Esophagus to Jejunum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D118JB | Bypass Upper Esophagus to Ileum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D118K4 | Bypass Upper Esophagus to Cutaneous with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D118K6 | Bypass Upper Esophagus to Stomach with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |

**Version 9.1**
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002769

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0D118K9 | Bypass Upper Esophagus to Duodenum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D118KA | Bypass Upper Esophagus to Jejunum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D118KB | Bypass Upper Esophagus to Ileum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D118Z4 | Bypass Upper Esophagus to Cutaneous, Via Natural or Artificial Opening Endoscopic |
| 0D118Z6 | Bypass Upper Esophagus to Stomach, Via Natural or Artificial Opening Endoscopic |
| 0D118Z9 | Bypass Upper Esophagus to Duodenum, Via Natural or Artificial Opening Endoscopic |
| 0D118ZA | Bypass Upper Esophagus to Jejunum, Via Natural or Artificial Opening Endoscopic |
| 0D118ZB | Bypass Upper Esophagus to Ileum, Via Natural or Artificial Opening Endoscopic |
| 0D12074 | Bypass Middle Esophagus to Cutaneous with Autologous Tissue Substitute, Open Approach |
| 0D12076 | Bypass Middle Esophagus to Stomach with Autologous Tissue Substitute, Open Approach |
| 0D12079 | Bypass Middle Esophagus to Duodenum with Autologous Tissue Substitute, Open Approach |
| 0D1207A | Bypass Middle Esophagus to Jejunum with Autologous Tissue Substitute, Open Approach |
| 0D1207B | Bypass Middle Esophagus to Ileum with Autologous Tissue Substitute, Open Approach |
| 0D120J4 | Bypass Middle Esophagus to Cutaneous with Synthetic Substitute, Open Approach |
| 0D120J6 | Bypass Middle Esophagus to Stomach with Synthetic Substitute, Open Approach |
| 0D120J9 | Bypass Middle Esophagus to Duodenum with Synthetic Substitute, Open Approach |
| 0D120JA | Bypass Middle Esophagus to Jejunum with Synthetic Substitute, Open Approach |
| 0D120JB | Bypass Middle Esophagus to Ileum with Synthetic Substitute, Open Approach |
| 0D120K4 | Bypass Middle Esophagus to Cutaneous with Nonautologous Tissue Substitute, Open Approach |
| 0D120K6 | Bypass Middle Esophagus to Stomach with Nonautologous Tissue Substitute, Open Approach |
| 0D120K9 | Bypass Middle Esophagus to Duodenum with Nonautologous Tissue Substitute, Open Approach |
| 0D120KA | Bypass Middle Esophagus to Jejunum with Nonautologous Tissue Substitute, Open Approach |
| 0D120KB | Bypass Middle Esophagus to Ileum with Nonautologous Tissue Substitute, Open Approach |
| 0D120Z4 | Bypass Middle Esophagus to Cutaneous, Open Approach |
| 0D120Z6 | Bypass Middle Esophagus to Stomach, Open Approach |
| 0D120Z9 | Bypass Middle Esophagus to Duodenum, Open Approach |
| 0D120ZA | Bypass Middle Esophagus to Jejunum, Open Approach |
| 0D120ZB | Bypass Middle Esophagus to Ileum, Open Approach |
| 0D123J4 | Bypass Middle Esophagus to Cutaneous with Synthetic Substitute, Percutaneous Approach |
| 0D12474 | Bypass Middle Esophagus to Cutaneous with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

PBHN000002770

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0D12476 | Bypass Middle Esophagus to Stomach with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D12479 | Bypass Middle Esophagus to Duodenum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D1247A | Bypass Middle Esophagus to Jejunum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D1247B | Bypass Middle Esophagus to Ileum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D124J4 | Bypass Middle Esophagus to Cutaneous with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D124J6 | Bypass Middle Esophagus to Stomach with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D124J9 | Bypass Middle Esophagus to Duodenum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D124JA | Bypass Middle Esophagus to Jejunum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D124JB | Bypass Middle Esophagus to Ileum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D124K4 | Bypass Middle Esophagus to Cutaneous with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D124K6 | Bypass Middle Esophagus to Stomach with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D124K9 | Bypass Middle Esophagus to Duodenum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D124KA | Bypass Middle Esophagus to Jejunum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D124KB | Bypass Middle Esophagus to Ileum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D124Z4 | Bypass Middle Esophagus to Cutaneous, Percutaneous Endoscopic Approach |
| 0D124Z6 | Bypass Middle Esophagus to Stomach, Percutaneous Endoscopic Approach |
| 0D124Z9 | Bypass Middle Esophagus to Duodenum, Percutaneous Endoscopic Approach |
| 0D124ZA | Bypass Middle Esophagus to Jejunum, Percutaneous Endoscopic Approach |
| 0D124ZB | Bypass Middle Esophagus to Ileum, Percutaneous Endoscopic Approach |
| 0D12874 | Bypass Middle Esophagus to Cutaneous with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D12876 | Bypass Middle Esophagus to Stomach with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D12879 | Bypass Middle Esophagus to Duodenum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D1287A | Bypass Middle Esophagus to Jejunum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D1287B | Bypass Middle Esophagus to Ileum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D128J4 | Bypass Middle Esophagus to Cutaneous with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D128J6 | Bypass Middle Esophagus to Stomach with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D128J9 | Bypass Middle Esophagus to Duodenum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D128JA | Bypass Middle Esophagus to Jejunum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002771

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0D128JB | Bypass Middle Esophagus to Ileum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D128K4 | Bypass Middle Esophagus to Cutaneous with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D128K6 | Bypass Middle Esophagus to Stomach with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D128K9 | Bypass Middle Esophagus to Duodenum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D128KA | Bypass Middle Esophagus to Jejunum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D128KB | Bypass Middle Esophagus to Ileum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D128Z4 | Bypass Middle Esophagus to Cutaneous, Via Natural or Artificial Opening Endoscopic |
| 0D128Z6 | Bypass Middle Esophagus to Stomach, Via Natural or Artificial Opening Endoscopic |
| 0D128Z9 | Bypass Middle Esophagus to Duodenum, Via Natural or Artificial Opening Endoscopic |
| 0D128ZA | Bypass Middle Esophagus to Jejunum, Via Natural or Artificial Opening Endoscopic |
| 0D128ZB | Bypass Middle Esophagus to Ileum, Via Natural or Artificial Opening Endoscopic |
| 0D13074 | Bypass Lower Esophagus to Cutaneous with Autologous Tissue Substitute, Open Approach |
| 0D13076 | Bypass Lower Esophagus to Stomach with Autologous Tissue Substitute, Open Approach |
| 0D13079 | Bypass Lower Esophagus to Duodenum with Autologous Tissue Substitute, Open Approach |
| 0D1307A | Bypass Lower Esophagus to Jejunum with Autologous Tissue Substitute, Open Approach |
| 0D1307B | Bypass Lower Esophagus to Ileum with Autologous Tissue Substitute, Open Approach |
| 0D130J4 | Bypass Lower Esophagus to Cutaneous with Synthetic Substitute, Open Approach |
| 0D130J6 | Bypass Lower Esophagus to Stomach with Synthetic Substitute, Open Approach |
| 0D130J9 | Bypass Lower Esophagus to Duodenum with Synthetic Substitute, Open Approach |
| 0D130JA | Bypass Lower Esophagus to Jejunum with Synthetic Substitute, Open Approach |
| 0D130JB | Bypass Lower Esophagus to Ileum with Synthetic Substitute, Open Approach |
| 0D130K4 | Bypass Lower Esophagus to Cutaneous with Nonautologous Tissue Substitute, Open Approach |
| 0D130K6 | Bypass Lower Esophagus to Stomach with Nonautologous Tissue Substitute, Open Approach |
| 0D130K9 | Bypass Lower Esophagus to Duodenum with Nonautologous Tissue Substitute, Open Approach |
| 0D130KA | Bypass Lower Esophagus to Jejunum with Nonautologous Tissue Substitute, Open Approach |
| 0D130KB | Bypass Lower Esophagus to Ileum with Nonautologous Tissue Substitute, Open Approach |
| 0D130Z4 | Bypass Lower Esophagus to Cutaneous, Open Approach |
| 0D130Z6 | Bypass Lower Esophagus to Stomach, Open Approach |
| 0D130Z9 | Bypass Lower Esophagus to Duodenum, Open Approach |
| 0D130ZA | Bypass Lower Esophagus to Jejunum, Open Approach |
| 0D130ZB | Bypass Lower Esophagus to Ileum, Open Approach |

Table of Contents

PBHN000002772

*Section 3: Adult and Pediatric Complex Surgery*

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0D133J4 | Bypass Lower Esophagus to Cutaneous with Synthetic Substitute, Percutaneous Approach |
| 0D13474 | Bypass Lower Esophagus to Cutaneous with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D13476 | Bypass Lower Esophagus to Stomach with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D13479 | Bypass Lower Esophagus to Duodenum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D1347A | Bypass Lower Esophagus to Jejunum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D1347B | Bypass Lower Esophagus to Ileum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D134J4 | Bypass Lower Esophagus to Cutaneous with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D134J6 | Bypass Lower Esophagus to Stomach with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D134J9 | Bypass Lower Esophagus to Duodenum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D134JA | Bypass Lower Esophagus to Jejunum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D134JB | Bypass Lower Esophagus to Ileum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D134K4 | Bypass Lower Esophagus to Cutaneous with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D134K6 | Bypass Lower Esophagus to Stomach with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D134K9 | Bypass Lower Esophagus to Duodenum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D134KA | Bypass Lower Esophagus to Jejunum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D134KB | Bypass Lower Esophagus to Ileum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D134Z4 | Bypass Lower Esophagus to Cutaneous, Percutaneous Endoscopic Approach |
| 0D134Z6 | Bypass Lower Esophagus to Stomach, Percutaneous Endoscopic Approach |
| 0D134Z9 | Bypass Lower Esophagus to Duodenum, Percutaneous Endoscopic Approach |
| 0D134ZA | Bypass Lower Esophagus to Jejunum, Percutaneous Endoscopic Approach |
| 0D134ZB | Bypass Lower Esophagus to Ileum, Percutaneous Endoscopic Approach |
| 0D13874 | Bypass Lower Esophagus to Cutaneous with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D13876 | Bypass Lower Esophagus to Stomach with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D13879 | Bypass Lower Esophagus to Duodenum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D1387A | Bypass Lower Esophagus to Jejunum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D1387B | Bypass Lower Esophagus to Ileum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D138J4 | Bypass Lower Esophagus to Cutaneous with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D138J6 | Bypass Lower Esophagus to Stomach with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002773

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0D138J9 | Bypass Lower Esophagus to Duodenum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D138JA | Bypass Lower Esophagus to Jejunum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D138JB | Bypass Lower Esophagus to Ileum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D138K4 | Bypass Lower Esophagus to Cutaneous with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D138K6 | Bypass Lower Esophagus to Stomach with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D138K9 | Bypass Lower Esophagus to Duodenum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D138KA | Bypass Lower Esophagus to Jejunum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D138KB | Bypass Lower Esophagus to Ileum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D138Z4 | Bypass Lower Esophagus to Cutaneous, Via Natural or Artificial Opening Endoscopic |
| 0D138Z6 | Bypass Lower Esophagus to Stomach, Via Natural or Artificial Opening Endoscopic |
| 0D138Z9 | Bypass Lower Esophagus to Duodenum, Via Natural or Artificial Opening Endoscopic |
| 0D138ZA | Bypass Lower Esophagus to Jejunum, Via Natural or Artificial Opening Endoscopic |
| 0D138ZB | Bypass Lower Esophagus to Ileum, Via Natural or Artificial Opening Endoscopic |
| 0D15074 | Bypass Esophagus to Cutaneous with Autologous Tissue Substitute, Open Approach |
| 0D15076 | Bypass Esophagus to Stomach with Autologous Tissue Substitute, Open Approach |
| 0D15079 | Bypass Esophagus to Duodenum with Autologous Tissue Substitute, Open Approach |
| 0D1507A | Bypass Esophagus to Jejunum with Autologous Tissue Substitute, Open Approach |
| 0D1507B | Bypass Esophagus to Ileum with Autologous Tissue Substitute, Open Approach |
| 0D150J4 | Bypass Esophagus to Cutaneous with Synthetic Substitute, Open Approach |
| 0D150J6 | Bypass Esophagus to Stomach with Synthetic Substitute, Open Approach |
| 0D150J9 | Bypass Esophagus to Duodenum with Synthetic Substitute, Open Approach |
| 0D150JA | Bypass Esophagus to Jejunum with Synthetic Substitute, Open Approach |
| 0D150JB | Bypass Esophagus to Ileum with Synthetic Substitute, Open Approach |
| 0D150K4 | Bypass Esophagus to Cutaneous with Nonautologous Tissue Substitute, Open Approach |
| 0D150K6 | Bypass Esophagus to Stomach with Nonautologous Tissue Substitute, Open Approach |
| 0D150K9 | Bypass Esophagus to Duodenum with Nonautologous Tissue Substitute, Open Approach |
| 0D150KA | Bypass Esophagus to Jejunum with Nonautologous Tissue Substitute, Open Approach |
| 0D150KB | Bypass Esophagus to Ileum with Nonautologous Tissue Substitute, Open Approach |
| 0D150Z4 | Bypass Esophagus to Cutaneous, Open Approach |
| 0D150Z6 | Bypass Esophagus to Stomach, Open Approach |
| 0D150Z9 | Bypass Esophagus to Duodenum, Open Approach |

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002774

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0D150ZA | Bypass Esophagus to Jejunum, Open Approach |
| 0D150ZB | Bypass Esophagus to Ileum, Open Approach |
| 0D153J4 | Bypass Esophagus to Cutaneous with Synthetic Substitute, Percutaneous Approach |
| 0D15474 | Bypass Esophagus to Cutaneous with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D15476 | Bypass Esophagus to Stomach with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D15479 | Bypass Esophagus to Duodenum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D1547A | Bypass Esophagus to Jejunum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D1547B | Bypass Esophagus to Ileum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D154J4 | Bypass Esophagus to Cutaneous with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D154J6 | Bypass Esophagus to Stomach with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D154J9 | Bypass Esophagus to Duodenum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D154JA | Bypass Esophagus to Jejunum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D154JB | Bypass Esophagus to Ileum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D154K4 | Bypass Esophagus to Cutaneous with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D154K6 | Bypass Esophagus to Stomach with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D154K9 | Bypass Esophagus to Duodenum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D154KA | Bypass Esophagus to Jejunum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D154KB | Bypass Esophagus to Ileum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D154Z4 | Bypass Esophagus to Cutaneous, Percutaneous Endoscopic Approach |
| 0D154Z6 | Bypass Esophagus to Stomach, Percutaneous Endoscopic Approach |
| 0D154Z9 | Bypass Esophagus to Duodenum, Percutaneous Endoscopic Approach |
| 0D154ZA | Bypass Esophagus to Jejunum, Percutaneous Endoscopic Approach |
| 0D154ZB | Bypass Esophagus to Ileum, Percutaneous Endoscopic Approach |
| 0D15874 | Bypass Esophagus to Cutaneous with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D15876 | Bypass Esophagus to Stomach with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D15879 | Bypass Esophagus to Duodenum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D1587A | Bypass Esophagus to Jejunum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D1587B | Bypass Esophagus to Ileum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D158J4 | Bypass Esophagus to Cutaneous with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002775

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0D158J6 | Bypass Esophagus to Stomach with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D158J9 | Bypass Esophagus to Duodenum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D158JA | Bypass Esophagus to Jejunum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D158JB | Bypass Esophagus to Ileum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D158K4 | Bypass Esophagus to Cutaneous with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D158K6 | Bypass Esophagus to Stomach with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D158K9 | Bypass Esophagus to Duodenum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D158KA | Bypass Esophagus to Jejunum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D158KB | Bypass Esophagus to Ileum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D158Z4 | Bypass Esophagus to Cutaneous, Via Natural or Artificial Opening Endoscopic |
| 0D158Z6 | Bypass Esophagus to Stomach, Via Natural or Artificial Opening Endoscopic |
| 0D158Z9 | Bypass Esophagus to Duodenum, Via Natural or Artificial Opening Endoscopic |
| 0D158ZA | Bypass Esophagus to Jejunum, Via Natural or Artificial Opening Endoscopic |
| 0D158ZB | Bypass Esophagus to Ileum, Via Natural or Artificial Opening Endoscopic |
| 0DB10ZZ | Excision of Upper Esophagus, Open Approach |
| 0DB13ZZ | Excision of Upper Esophagus, Percutaneous Approach |
| 0DB14ZZ | Excision of Upper Esophagus, Percutaneous Endoscopic Approach |
| 0DB17ZZ | Excision of Upper Esophagus, Via Natural or Artificial Opening |
| 0DB18ZZ | Excision of Upper Esophagus, Via Natural or Artificial Opening Endoscopic |
| 0DB20ZZ | Excision of Middle Esophagus, Open Approach |
| 0DB23ZZ | Excision of Middle Esophagus, Percutaneous Approach |
| 0DB24ZZ | Excision of Middle Esophagus, Percutaneous Endoscopic Approach |
| 0DB27ZZ | Excision of Middle Esophagus, Via Natural or Artificial Opening |
| 0DB28ZZ | Excision of Middle Esophagus, Via Natural or Artificial Opening Endoscopic |
| 0DB30ZZ | Excision of Lower Esophagus, Open Approach |
| 0DB33ZZ | Excision of Lower Esophagus, Percutaneous Approach |
| 0DB34ZZ | Excision of Lower Esophagus, Percutaneous Endoscopic Approach |
| 0DB37ZZ | Excision of Lower Esophagus, Via Natural or Artificial Opening |
| 0DB38ZZ | Excision of Lower Esophagus, Via Natural or Artificial Opening Endoscopic |
| 0DB50ZZ | Excision of Esophagus, Open Approach |
| 0DB53ZZ | Excision of Esophagus, Percutaneous Approach |
| 0DB54ZZ | Excision of Esophagus, Percutaneous Endoscopic Approach |
| 0DB57ZZ | Excision of Esophagus, Via Natural or Artificial Opening |
| 0DB58ZZ | Excision of Esophagus, Via Natural or Artificial Opening Endoscopic |
| 0DT10ZZ | Resection of Upper Esophagus, Open Approach |
| 0DT14ZZ | Resection of Upper Esophagus, Percutaneous Endoscopic Approach |

Table of Contents

PBHN000002776

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0DT17ZZ | Resection of Upper Esophagus, Via Natural or Artificial Opening |
| 0DT18ZZ | Resection of Upper Esophagus, Via Natural or Artificial Opening Endoscopic |
| 0DT20ZZ | Resection of Middle Esophagus, Open Approach |
| 0DT24ZZ | Resection of Middle Esophagus, Percutaneous Endoscopic Approach |
| 0DT27ZZ | Resection of Middle Esophagus, Via Natural or Artificial Opening |
| 0DT28ZZ | Resection of Middle Esophagus, Via Natural or Artificial Opening Endoscopic |
| 0DT30ZZ | Resection of Lower Esophagus, Open Approach |
| 0DT34ZZ | Resection of Lower Esophagus, Percutaneous Endoscopic Approach |
| 0DT37ZZ | Resection of Lower Esophagus, Via Natural or Artificial Opening |
| 0DT38ZZ | Resection of Lower Esophagus, Via Natural or Artificial Opening Endoscopic |
| 0DT44ZZ | Resection of Esophagogastric Junction, Percutaneous Endoscopic Approach |
| 0DT50ZZ | Resection of Esophagus, Open Approach |
| 0DT54ZZ | Resection of Esophagus, Percutaneous Endoscopic Approach |
| 0DT57ZZ | Resection of Esophagus, Via Natural or Artificial Opening |
| 0DT58ZZ | Resection of Esophagus, Via Natural or Artificial Opening Endoscopic |
| 0DT60ZZ | Resection of Stomach, Open Approach |
| 0DT64ZZ | Resection of Stomach, Percutaneous Endoscopic Approach |
| 0DT67ZZ | Resection of Stomach, Via Natural or Artificial Opening |
| 0DT68ZZ | Resection of Stomach, Via Natural or Artificial Opening Endoscopic |
| 0DX60Z5 | Transfer Stomach to Esophagus, Open Approach |
| 0DX64Z5 | Transfer Stomach to Esophagus, Percutaneous Endoscopic Approach |
| 0DX80Z5 | Transfer Small Intestine to Esophagus, Open Approach |
| 0DX84Z5 | Transfer Small Intestine to Esophagus, Percutaneous Endoscopic Approach |
| 0DXE0Z5 | Transfer Large Intestine to Esophagus, Open Approach |
| 0DXE4Z5 | Transfer Large Intestine to Esophagus, Percutaneous End |

**ICD-10 Malignant Tumor and Carcinoma in Situ Diagnosis Codes**

| ICD-10 Diagnosis Code | Code Description |
|---|---|
| C15.3 | Malignant neoplasm of upper third of esophagus |
| C15.4 | Malignant neoplasm of middle third of esophagus |
| C15.5 | Malignant neoplasm of lower third of esophagus |
| C15.8 | Malignant neoplasm of overlapping sites of esophagus |
| C15.9 | Malignant neoplasm of esophagus, unspecified |
| C16.0 | Malignancy of the cardio-esophageal junction |
| D00.1 | Carcinoma in situ of esophagus |

PBHN000002777

## Pancreatic Resection for Cancer Measure Specifications

For pancreatic resection for cancer, there are two sets of ICD-10 codes for counting patient discharges. The first set of codes is to identify patients who have had the procedure. The second set of codes is to identify patients with a specific diagnosis.

Count the number of patients, ages 18 years and older, discharged with the following ICD-10 codes in any procedure field AND any of the following ICD-10 codes in any diagnosis field.

### ICD-10 Pancreatic Resection for Cancer Procedure Codes

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0DB90ZZ | Excision of Duodenum, Open Approach |
| 0DB93ZZ | Excision of Duodenum, Percutaneous Approach |
| 0DB94ZZ | Excision of Duodenum, Percutaneous Endoscopic Approach |
| 0DB97ZZ | Excision of Duodenum, Via Natural or Artificial Opening |
| 0DB98ZZ | Excision of Duodenum, Via Natural or Artificial Opening Endoscopic |
| 0DT90ZZ | Resection of Duodenum, Open Approach |
| 0DT94ZZ | Resection of Duodenum, Percutaneous Endoscopic Approach |
| 0DT97ZZ | Resection of Duodenum, Via Natural or Artificial Opening |
| 0DT98ZZ | Resection of Duodenum, Via Natural or Artificial Opening Endoscopic |
| 0FBG0ZZ | Excision of Pancreas, Open Approach |
| 0FBG3ZZ | Excision of Pancreas, Percutaneous Approach |
| 0FBG4ZZ | Excision of Pancreas, Percutaneous Endoscopic Approach |
| 0FBG8ZZ | Excision of Pancreas, Via Natural or Artificial Opening Endoscopic |
| 0FTG0ZZ | Resection of Pancreas, Open Approach |
| 0FTG4ZZ | Resection of Pancreas, Percutaneous Endoscopic Approach |

### ICD-10 Malignant Tumor Diagnosis Codes

| ICD-10 Diagnosis Code | Code Description |
|---|---|
| C7A.1 | Malignant poorly differentiated neuroendocrine tumors |
| C7A.8 | Other malignant neuroendocrine tumors |
| C17.0 | Malignant neoplasm of duodenum |
| C24.0 | Malignant neoplasm of extrahepatic bile duct |
| C24.1 | Malignant neoplasm of ampulla of Vater |
| C24.8 | Malignant neoplasm of overlapping sites of biliary tract |
| C24.9 | Malignant neoplasm of biliary tract, unspecified |
| C25.0 | Malignant neoplasm of head of pancreas |
| C25.1 | Malignant neoplasm of body of pancreas |
| C25.2 | Malignant neoplasm of tail of pancreas |
| C25.3 | Malignant neoplasm of pancreatic duct |
| C25.4 | Malignant neoplasm of endocrine pancreas |
| C25.7 | Malignant neoplasm of other parts of pancreas |
| C25.8 | Malignant neoplasm of overlapping sites of pancreas |
| C25.9 | Malignant neoplasm of pancreas, unspecified |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002778

## Rectal Cancer Surgery Measure Specifications

For rectal cancer surgery, there are two sets of ICD-10 codes for counting patient discharges. The first set of codes is to identify patients who have had the procedure. The second set of codes is to identify patients with a specific diagnosis.

Count the number of patients, ages 18 years and older, discharged with the following ICD-10 codes in any procedure field AND any of the following ICD-10 codes in any diagnosis field.

### ICD-10 Rectal Cancer Surgery Procedure Codes

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0DBP0ZZ | Excision of Rectum, Open Approach |
| 0DBP3ZZ | Excision of Rectum, Percutaneous Approach |
| 0DBP4ZZ | Excision of Rectum, Percutaneous Endoscopic Approach |
| 0DBP7ZZ | Excision of Rectum, Via Natural or Artificial Opening |
| 0DBP8ZZ | Excision of rectum, via natural or artificial opening endoscopic |
| 0DTP0ZZ | Resection of Rectum, Open Approach |
| 0DTP4ZZ | Resection of Rectum, Percutaneous Endoscopic Approach |
| 0DTP7ZZ | Resection of Rectum, Via Natural or Artificial Opening |
| 0DTP8ZZ | Resection of Rectum, Via Natural or Artificial Opening Endoscopic |

### ICD-10 Malignant Tumor and Carcinoma in Situ Diagnosis Codes

| ICD-10 Diagnosis Code | Code Description |
|---|---|
| C19 | Malignant neoplasm of rectosigmoid junction |
| C20 | Malignant neoplasm of rectum |
| C21.0 | Malignant neoplasm of anus, unspecified |
| C21.1 | Malignant neoplasm of anal canal |
| C21.2 | Malignant neoplasm of cloacogenic zone |
| C21.8 | Malignant neoplasm of overlapping sites of rectum, anus and anal canal |
| C78.5 | Secondary malignant neoplasm of large intestine and rectum |
| D01.1 | Carcinoma in situ of rectosigmoid junction |
| D01.2 | Carcinoma in situ of rectum |
| D01.3 | Carcinoma in situ of anus and anal canal |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002779

*2025 Leapfrog Hospital Survey – Hard Copy*                   *Section 3: Adult and Pediatric Complex Surgery*

## Bariatric Surgery for Weight Loss Measure Specifications

For bariatric surgery for weight loss, there are three sets of codes. One set of ICD-10 codes for counting inpatient discharges and one set of CPT codes for counting outpatient discharges. The first two sets of codes are to identify patients who have had the procedure. The third set of codes (ICD-10 diagnosis codes) is to identify patients with a specific diagnosis.

To determine the number of patients, ages 18 years and older, discharged for this procedure, hospitals have two options:
1. Count the number of patients, ages 18 years and older, discharged with the following ICD-10 codes or the CPT Codes in any procedure field AND any of the following ICD-10 codes in the **primary** diagnosis field. This method does not require chart review.
2. Count the number of patients, ages 18 years and older, discharged with the following ICD-10 codes or the CPT Codes in any procedure field AND any of the following ICD-10 codes in any diagnosis field. In addition, the procedure must have been done **explicitly for weight loss purposes** (i.e., presence of one of the diagnosis codes is necessary, but not sufficient for inclusion). This method requires chart review to ensure the procedure was performed explicitly for weight loss purposes.

### ICD-10 Bariatric Surgery Procedure Codes

| ICD-10 Procedure Code | Code Description |
|---|---|
| 0D16079 | Bypass Stomach to Duodenum with Autologous Tissue Substitute, Open Approach |
| 0D1607A | Bypass Stomach to Jejunum with Autologous Tissue Substitute, Open Approach |
| 0D1607B | Bypass Stomach to Ileum with Autologous Tissue Substitute, Open Approach |
| 0D160J9 | Bypass Stomach to Duodenum with Synthetic Substitute, Open Approach |
| 0D160JA | Bypass Stomach to Jejunum with Synthetic Substitute, Open Approach |
| 0D160JB | Bypass Stomach to Ileum with Synthetic Substitute, Open Approach |
| 0D160K9 | Bypass Stomach to Duodenum with Nonautologous Tissue Substitute, Open Approach |
| 0D160KA | Bypass Stomach to Jejunum with Nonautologous Tissue Substitute, Open Approach |
| 0D160KB | Bypass Stomach to Ileum with Nonautologous Tissue Substitute, Open Approach |
| 0D160Z9 | Bypass Stomach to Duodenum, Open Approach |
| 0D160ZA | Bypass Stomach to Jejunum, Open Approach |
| 0D160ZB | Bypass Stomach to Ileum, Open Approach |
| 0D16479 | Bypass Stomach to Duodenum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D1647A | Bypass Stomach to Jejunum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D1647B | Bypass Stomach to Ileum with Autologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D164J9 | Bypass Stomach to Duodenum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D164JA | Bypass Stomach to Jejunum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D164JB | Bypass Stomach to Ileum with Synthetic Substitute, Percutaneous Endoscopic Approach |
| 0D164K9 | Bypass Stomach to Duodenum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D164KA | Bypass Stomach to Jejunum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002780

| | |
|---|---|
| 0D164KB | Bypass Stomach to Ileum with Nonautologous Tissue Substitute, Percutaneous Endoscopic Approach |
| 0D164Z9 | Bypass Stomach to Duodenum, Percutaneous Endoscopic Approach |
| 0D164ZA | Bypass Stomach to Jejunum, Percutaneous Endoscopic Approach |
| 0D164ZB | Bypass Stomach to Ileum, Percutaneous Endoscopic Approach |
| 0D16879 | Bypass Stomach to Duodenum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D1687A | Bypass Stomach to Jejunum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D1687B | Bypass Stomach to Ileum with Autologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D168J9 | Bypass Stomach to Duodenum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D168JA | Bypass Stomach to Jejunum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D168JB | Bypass Stomach to Ileum with Synthetic Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D168K9 | Bypass Stomach to Duodenum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D168KA | Bypass Stomach to Jejunum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D168KB | Bypass Stomach to Ileum with Nonautologous Tissue Substitute, Via Natural or Artificial Opening Endoscopic |
| 0D168Z9 | Bypass Stomach to Duodenum, Via Natural or Artificial Opening Endoscopic |
| 0D168ZA | Bypass Stomach to Jejunum, Via Natural or Artificial Opening Endoscopic |
| 0D168ZB | Bypass Stomach to Ileum, Via Natural or Artificial Opening Endoscopic |
| 0DB60Z3 | Excision of Stomach, Open Approach, Vertical |
| 0DB60ZZ | Excision of Stomach, Open Approach |
| 0DB63Z3 | Excision of Stomach, Percutaneous Approach, Vertical |
| 0DB63ZZ | Excision of Stomach, Percutaneous Approach |
| 0DB64Z3 | Excision of Stomach, Percutaneous Endoscopic Approach, Vertical |
| 0DB64ZZ | Excision of Stomach, Percutaneous Endoscopic Approach |

**ICD-10 Morbid Obesity Diagnosis Codes**

| ICD-10 Diagnosis Code | Code Description |
|---|---|
| E66.01 | Morbid (severe) obesity due to excess calories |
| E66.09 | Other obesity due to excess calories |
| E66.1 | Drug induced obesity |
| E66.2 | Morbid (severe) obesity with alveolar hypoventilation |
| E66.3 | Overweight |
| E66.8 | Other obesity |
| E66.811 | Obesity, class 1 |
| E66.812 | Obesity, class 2 |
| E66.813 | Obesity, class 3 |
| E66.89 | Other obesity not elsewhere classified |
| E66.9 | Obesity, unspecified |

**Version 9.1**                    **First Release: April 1, 2025**
                                       © 2025 The Leapfrog Group                    **Updated Release: May 2, 2025**

Table of Contents

PBHN000002781

*2025 Leapfrog Hospital Survey – Hard Copy*　　　　　　　*Section 3: Adult and Pediatric Complex Surgery*

| ICD-10 Diagnosis Code | Code Description |
|---|---|
| Z68.35 | Body mass index (BMI) 35.0-35.9, adult |
| Z68.36 | Body mass index (BMI) 36.0-36.9, adult |
| Z68.37 | Body mass index (BMI) 37.0-37.9, adult |
| Z68.38 | Body mass index (BMI) 38.0-38.9, adult |
| Z68.39 | Body mass index (BMI) 39.0-39.9, adult |
| Z68.41 | Body mass index (BMI) 40.0-44.9, adult |
| Z68.42 | Body mass index (BMI) 45.0-49.9, adult |
| Z68.43 | Body mass index (BMI) 50.0-59.9, adult |
| Z68.44 | Body mass index (BMI) 60.0-69.9, adult |
| Z68.45 | Body mass index (BMI) 70 or greater, adult |

**CPT Bariatric Surgery for Weight Loss Procedure Codes**

Leapfrog has provided a set of CPT codes for counting **patients** discharged from your hospital who have undergone the procedure during the reporting period on an outpatient basis.

CPT Codes are provided in downloadable Excel files on the Survey Dashboard. To access the files, click the CPT Code Workbook button next to Section 9. You will be required to complete the American Medical Association's Terms of Use before downloading the Excel file and using the individual CPT codes to query your EHR or billing system. You are only required to complete the Terms of Use once per Survey Cycle (April 1 – November 30).

The CPT Code Workbooks (Excel files) are labeled for Section 3A: Total Hip Replacement, Total Knee Replacement, and Bariatric Surgery for Weight Loss and Section 9C: Volume of Procedures. Please note, if you are part of a hospital system, each hospital will need to complete the Terms of Use. This is a requirement of the American Medical Association.

Using the CPT codes found for Bariatric Surgery for Weight Loss in the "Instructions" sheet, count the total number of adult (18 years of age or older) patients discharged for the procedures with the CPT codes listed AND any of the above ICD-10 diagnosis codes in the **primary** diagnosis field. The CPT codes can be in any procedure field.

**Total Knee Replacement Measure Specifications**

For total knee replacement, there are two sets of codes. One set of ICD-10 codes for counting inpatient discharges and one CPT code for counting outpatient discharges. The two sets of codes are to identify patients who have had the procedure.

To determine the number of patients, ages 18 years and older, discharged for this procedure, hospitals have two options:
- Count the number of patients, ages 18 years and older, discharged with any of the following ICD-10 codes in the **primary** procedure field or the CPT Code in any procedure field. This method does not require chart review. Hospitals should report on total knee replacement procedures performed in the outpatient locations included in Section 9: Outpatient Procedures.
- Count the number of patients, ages 18 years and older, discharged with any of the following ICD-10 codes or CPT Code in any procedure field. **For inpatient cases using ICD-10 codes, exclude any patients where the procedure was done as a revision** (i.e., the presence of one of the procedure codes is necessary, but not sufficient for inclusion). This method requires chart review of inpatient cases to ensure that revisions are not included. Chart review is not required for outpatient cases using the specified CPT Code. Hospitals should report on total knee replacement procedures performed in the outpatient locations included in Section 9: Outpatient Procedures.

PBHN000002782

**ICD-10 Total Knee Replacement Procedure Codes**

| ICD10 Procedure Code | Code Description |
|---|---|
| 0SRC0J9 | Replacement of Right Knee Joint with Synthetic Substitute, Cemented, Open Approach |
| 0SRC0JA | Replacement of Right Knee Joint with Synthetic Substitute, Uncemented, Open Approach |
| 0SRC0JZ | Replacement of Right Knee Joint with Synthetic Substitute, Open Approach |
| 0SRD0J9 | Replacement of Left Knee Joint with Synthetic Substitute, Cemented, Open Approach |
| 0SRD0JA | Replacement of Left Knee Joint with Synthetic Substitute, Uncemented, Open Approach |
| 0SRD0JZ | Replacement of Left Knee Joint with Synthetic Substitute, Open Approach |
| 0SRC069 | Replacement of Right Knee Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Cemented, Open Approach |
| 0SRC06A | Replacement of Right Knee Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Uncemented, Open Approach |
| 0SRC06Z | Replacement of Right Knee Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Open Approach |
| 0SRD069 | Replacement of Left Knee Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Cemented, Open Approach |
| 0SRD06A | Replacement of Left Knee Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Uncemented, Open Approach |
| 0SRD06Z | Replacement of Left Knee Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Open Approach |

**CPT Total Knee Replacement Procedure Code**

Leapfrog has provided a CPT code for counting **patients** discharged from your hospital who have undergone the procedure during the reporting period on an outpatient basis.

CPT Codes are provided in downloadable Excel files on the Survey Dashboard. To access the files, click the CPT Code Workbook button next to Section 9. You will be required to complete the American Medical Association's Terms of Use before downloading the Excel file and using the individual CPT codes to query your EHR or billing system. You are only required to complete the Terms of Use once per Survey Cycle (April 1 – November 30).

The CPT Code Workbooks (Excel files) are labeled for Section 3A: Total Hip Replacement, Total Knee Replacement, and Bariatric Surgery for Weight Loss and Section 9C: Volume of Procedures. Please note, if you are part of a hospital system, each hospital will need to complete the Terms of Use. This is a requirement of the American Medical Association.

Using the CPT code found for Total Knee Replacement in the "Instructions" sheet, count the total number of adult (18 years of age or older) patients discharged for the procedure with the CPT code listed. The CPT code can be in any procedure field.

PBHN000002783

**Total Hip Replacement Measure Specifications**

For total hip replacement, there are two sets of codes. One set of ICD-10 codes for counting inpatient discharges and one CPT code for counting outpatient discharges. The two sets of codes are to identify patients who have had the procedure.

To determine the number of patients, ages 18 years and older, discharged for this procedure, hospitals have two options:

- Count the number of patients, ages 18 years and older, discharged with any of the following ICD-10 codes in the **primary** procedure field or the CPT code in any procedure field. This method does not require chart review. Hospitals should report on total hip replacement procedures performed in the outpatient locations included in Section 9: Outpatient Procedures.
- Count the number of patients, ages 18 years and older, discharged with any of the following ICD-10 codes or the CPT code in any procedure field. **For inpatient cases using ICD-10 codes, exclude any patients where the procedure was done as a revision** (i.e., the presence of one of the procedure codes is necessary, but not sufficient for inclusion). This method requires chart review of inpatient cases to ensure that revisions are not included. Chart review is not required for outpatient cases using the specified CPT Code. Hospitals should report on total hip replacement procedures performed in the outpatient locations included in Section 9: Outpatient Procedures.

**ICD-10 Total Hip Replacement Procedure Codes**

| ICD10 Procedure Code | Code Description |
|---|---|
| 0SR9019 | Replacement of Right Hip Joint with Metal Synthetic Substitute, Cemented, Open Approach |
| 0SR901A | Replacement of Right Hip Joint with Metal Synthetic Substitute, Uncemented, Open Approach |
| 0SR901Z | Replacement of Right Hip Joint with Metal Synthetic Substitute, Open Approach |
| 0SR9029 | Replacement of Right Hip Joint with Metal on Polyethylene Synthetic Substitute, Cemented, Open Approach |
| 0SR902A | Replacement of Right Hip Joint with Metal on Polyethylene Synthetic Substitute, Uncemented, Open Approach |
| 0SR902Z | Replacement of Right Hip Joint with Metal on Polyethylene Synthetic Substitute, Open Approach |
| 0SR9039 | Replacement of Right Hip Joint with Ceramic Synthetic Substitute, Cemented, Open Approach |
| 0SR903A | Replacement of Right Hip Joint with Ceramic Synthetic Substitute, Uncemented, Open Approach |
| 0SR903Z | Replacement of Right Hip Joint with Ceramic Synthetic Substitute, Open Approach |
| 0SR9049 | Replacement of Right Hip Joint with Ceramic on Polyethylene Synthetic Substitute, Cemented, Open Approach |
| 0SR904A | Replacement of Right Hip Joint with Ceramic on Polyethylene Synthetic Substitute, Uncemented, Open Approach |
| 0SR904Z | Replacement of Right Hip Joint with Ceramic on Polyethylene Synthetic Substitute, Open Approach |
| 0SR90J9 | Replacement of Right Hip Joint with Synthetic Substitute, Cemented, Open Approach |
| 0SR90JA | Replacement of Right Hip Joint with Synthetic Substitute, Uncemented, Open Approach |
| 0SR90JZ | Replacement of Right Hip Joint with Synthetic Substitute, Open Approach |
| 0SRA009 | Replacement of Right Hip Joint, Acetabular Surface with Polyethylene Synthetic Substitute, Cemented, Open Approach |
| 0SRA00A | Replacement of Right Hip Joint, Acetabular Surface with Polyethylene Synthetic Substitute, Uncemented, Open Approach |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002784

| 0SRA00Z | Replacement of Right Hip Joint, Acetabular Surface with Polyethylene Synthetic Substitute, Open Approach |
| 0SRA019 | Replacement of Right Hip Joint, Acetabular Surface with Metal Synthetic Substitute, Cemented, Open Approach |
| 0SRA01A | Replacement of Right Hip Joint, Acetabular Surface with Metal Synthetic Substitute, Uncemented, Open Approach |
| 0SRA01Z | Replacement of Right Hip Joint, Acetabular Surface with Metal Synthetic Substitute, Open Approach |
| 0SRA039 | Replacement of Right Hip Joint, Acetabular Surface with Ceramic Synthetic Substitute, Cemented, Open Approach |
| 0SRA03A | Replacement of Right Hip Joint, Acetabular Surface with Ceramic Synthetic Substitute, Uncemented, Open Approach |
| 0SRA03Z | Replacement of Right Hip Joint, Acetabular Surface with Ceramic Synthetic Substitute, Open Approach |
| 0SRA0J9 | Replacement of Right Hip Joint, Acetabular Surface with Synthetic Substitute, Cemented, Open Approach |
| 0SRA0JA | Replacement of Right Hip Joint, Acetabular Surface with Synthetic Substitute, Uncemented, Open Approach |
| 0SRA0JZ | Replacement of Right Hip Joint, Acetabular Surface with Synthetic Substitute, Open Approach |
| 0SRB019 | Replacement of Left Hip Joint with Metal Synthetic Substitute, Cemented, Open Approach |
| 0SRB01A | Replacement of Left Hip Joint with Metal Synthetic Substitute, Uncemented, Open Approach |
| 0SRB01Z | Replacement of Left Hip Joint with Metal Synthetic Substitute, Open Approach |
| 0SRB029 | Replacement of Left Hip Joint with Metal on Polyethylene Synthetic Substitute, Cemented, Open Approach |
| 0SRB02A | Replacement of Left Hip Joint with Metal on Polyethylene Synthetic Substitute, Uncemented, Open Approach |
| 0SRB02Z | Replacement of Left Hip Joint with Metal on Polyethylene Synthetic Substitute, Open Approach |
| 0SRB039 | Replacement of Left Hip Joint with Ceramic Synthetic Substitute, Cemented, Open Approach |
| 0SRB03A | Replacement of Left Hip Joint with Ceramic Synthetic Substitute, Uncemented, Open Approach |
| 0SRB03Z | Replacement of Left Hip Joint with Ceramic Synthetic Substitute, Open Approach |
| 0SRB049 | Replacement of Left Hip Joint with Ceramic on Polyethylene Synthetic Substitute, Cemented, Open Approach |
| 0SRB04A | Replacement of Left Hip Joint with Ceramic on Polyethylene Synthetic Substitute, Uncemented, Open Approach |
| 0SRB04Z | Replacement of Left Hip Joint with Ceramic on Polyethylene Synthetic Substitute, Open Approach |
| 0SRB0J9 | Replacement of Left Hip Joint with Synthetic Substitute, Cemented, Open Approach |
| 0SRB0JA | Replacement of Left Hip Joint with Synthetic Substitute, Uncemented, Open Approach |
| 0SRB0JZ | Replacement of Left Hip Joint with Synthetic Substitute, Open Approach |
| 0SRE009 | Replacement of Left Hip Joint, Acetabular Surface with Polyethylene Synthetic Substitute, Cemented, Open Approach |
| 0SRE00A | Replacement of Left Hip Joint, Acetabular Surface with Polyethylene Synthetic Substitute, Uncemented, Open Approach |
| 0SRE00Z | Replacement of Left Hip Joint, Acetabular Surface with Polyethylene Synthetic Substitute, Open Approach |
| 0SRE019 | Replacement of Left Hip Joint, Acetabular Surface with Metal Synthetic Substitute, Cemented, Open Approach |

PBHN000002785

| 0SRE01A | Replacement of Left Hip Joint, Acetabular Surface with Metal Synthetic Substitute, Uncemented, Open Approach |
| 0SRE01Z | Replacement of Left Hip Joint, Acetabular Surface with Metal Synthetic Substitute, Open Approach |
| 0SRE039 | Replacement of Left Hip Joint, Acetabular Surface with Ceramic Synthetic Substitute, Cemented, Open Approach |
| 0SRE03A | Replacement of Left Hip Joint, Acetabular Surface with Ceramic Synthetic Substitute, Uncemented, Open Approach |
| 0SRE03Z | Replacement of Left Hip Joint, Acetabular Surface with Ceramic Synthetic Substitute, Open Approach |
| 0SRE0J9 | Replacement of Left Hip Joint, Acetabular Surface with Synthetic Substitute, Cemented, Open Approach |
| 0SRE0JA | Replacement of Left Hip Joint, Acetabular Surface with Synthetic Substitute, Uncemented, Open Approach |
| 0SRE0JZ | Replacement of Left Hip Joint, Acetabular Surface with Synthetic Substitute, Open Approach |
| 0SR9069 | Replacement of Right Hip Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Cemented, Open Approach |
| 0SR906A | Replacement of Right Hip Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Uncemented, Open Approach |
| 0SR906Z | Replacement of Right Hip Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Open Approach |
| 0SRB069 | Replacement of Left Hip Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Cemented, Open Approach |
| 0SRB06A | Replacement of Left Hip Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Uncemented, Open Approach |
| 0SRB06Z | Replacement of Left Hip Joint with Oxidized Zirconium on Polyethylene Synthetic Substitute, Open Approach |

**CPT Total Hip Replacement Procedure Code**

Leapfrog has provided a CPT code for counting **patients** discharged from your hospital who have undergone the procedure during the reporting period on an outpatient basis.

CPT Codes are provided in downloadable Excel files on the Survey Dashboard. To access the files, click the CPT Code Workbook button next to Section 9. You will be required to complete the American Medical Association's Terms of Use before downloading the Excel file and using the individual CPT codes to query your EHR or billing system. You are only required to complete the Terms of Use once per Survey Cycle (April 1 – November 30).

The CPT Code Workbooks (Excel files) are labeled for Section 3A: Total Hip Replacement, Total Knee Replacement, and Bariatric Surgery for Weight Loss and Section 9C: Volume of Procedures. Please note, if you are part of a hospital system, each hospital will need to complete the Terms of Use. This is a requirement of the American Medical Association.

Using the CPT code found for Total Hip Replacement in the "Instructions" sheet, count the total number of adult (18 years of age or older) patients discharged for the procedure with the CPT code listed. The CPT code can be in any procedure field.

PBHN000002786

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 3: Adult and Pediatric Complex Surgery*

**Norwood Procedure Measure Specifications**

For Norwood procedure, there are two sets of ICD-10 procedure codes for counting patient discharges. For a patient to be counted, they must have at least one ICD-10 procedure code from each list.

The first set of codes is to identify patients who have had an arch repair. The second set of codes is to identify patients who have had a shunt.

Count the number of patients, ages 17 years and younger, discharged with at least one of the following ICD-10 procedure codes from each list in any procedure field (i.e., each patient discharge will need to have at least one ICD-10 procedure code from the arch repair set AND at least one ICD-10 procedure code from the shunt set). Both procedures would need to be done as part of the same operative session.

**ICD-10 Arch Repair Procedure Codes**

| ICD-10 Procedure Code | Code Description |
|---|---|
| 02UX07Z | Supplement Thoracic Aorta, Ascending/Arch with Autologous Tissue Substitute, Open Approach |
| 02UX0JZ | Supplement Thoracic Aorta, Ascending/Arch with Synthetic Substitute, Open Approach |
| 02UX0KZ | Supplement Thoracic Aorta, Ascending/Arch with Nonautologous Tissue Substitute, Open Approach |

**ICD-10 Shunt Procedure Codes**

| ICD-10 Procedure Code | Code Description |
|---|---|
| 021K08P | Bypass Right Ventricle to Pulmonary Trunk with Zooplastic Tissue Substitute, Open Approach |
| 021K08Q | Bypass Right Ventricle to Right Pulmonary Artery with Zooplastic Tissue Substitute, Open Approach |
| 021K08R | Bypass Right Ventricle to Left Pulmonary Artery with Zooplastic Tissue Substitute, Open Approach |
| 021K09P | Bypass Right Ventricle to Pulmonary Trunk with Autologous Venous Tissue, Open Approach |
| 021K09Q | Bypass Right Ventricle to Right Pulmonary Artery with Autologous Venous Tissue, Open Approach |
| 021K09R | Bypass Right Ventricle to Right Pulmonary Artery with Autologous Venous Tissue, Open Approach |
| 021K0AP | Bypass Right Ventricle to Pulmonary Trunk with Autologous Arterial Tissue, Open Approach |
| 021K0AQ | Bypass Right Ventricle to Right Pulmonary Artery with Autologous Arterial Tissue, Open Approach |
| 021K0AR | Bypass Right Ventricle to Right Pulmonary Artery with Autologous Arterial Tissue, Open Approach |
| 021K0JP | Bypass Right Ventricle to Pulmonary Trunk with Synthetic Substitute, Open Approach |
| 021K0JQ | Bypass Right Ventricle to Right Pulmonary Artery with Synthetic Substitute, Open Approach |
| 021K0JR | Bypass Right Ventricle to Left Pulmonary Artery with Synthetic Substitute, Open Approach |
| 021K0KP | Bypass Right Ventricle to Pulmonary Trunk with Nonautologous Tissue Substitute, Open Approach |
| 021K0KQ | Bypass Right Ventricle to Right Pulmonary Artery with Nonautologous Tissue Substitute, Open Approach |

PBHN000002787

| ICD-10 Procedure Code | Code Description |
|---|---|
| 021K0KR | Bypass Right Ventricle to Right Pulmonary Artery with Nonautologous Tissue Substitute, Open Approach |
| 021Q08A | Bypass Right Pulmonary Artery from Innominate Artery with Zooplastic Tissue, Open Approach |
| 021Q08B | Bypass Right Pulmonary Artery from Subclavian with Zooplastic Tissue, Open Approach |
| 021Q08D | Bypass Right Pulmonary Artery from Carotid with Zooplastic Tissue, Open Approach |
| 021Q09A | Bypass Right Pulmonary Artery from Innominate Artery with Autologous Venous Tissue, Open Approach |
| 021Q09B | Bypass Right Pulmonary Artery from Subclavian with Autologous Venous Tissue, Open Approach |
| 021Q09D | Bypass Right Pulmonary Artery from Carotid with Autologous Venous Tissue, Open Approach |
| 021Q0AA | Bypass Right Pulmonary Artery from Innominate Artery with Autologous Arterial Tissue, Open Approach |
| 021Q0AB | Bypass Right Pulmonary Artery from Subclavian with Autologous Arterial Tissue, Open Approach |
| 021Q0AD | Bypass Right Pulmonary Artery from Carotid with Autologous Arterial Tissue, Open Approach |
| 021Q0JA | Bypass Right Pulmonary Artery from Innominate with Synthetic Substitute, Open Approach |
| 021Q0JB | Bypass Right Pulmonary Artery from Subclavian with Synthetic Substitute, Open Approach |
| 021Q0JD | Bypass Right Pulmonary Artery from Carotid with Synthetic Substitute, Open Approach |
| 021Q0KA | Bypass Right Pulmonary Artery from Innominate Artery with Nonautologous Tissue Substitute, Open Approach |
| 021Q0KB | Bypass Right Pulmonary Artery from Subclavian with Nonautologous Tissue Substitute, Open Approach |
| 021Q0KD | Bypass Right Pulmonary Artery from Carotid with Nonautologous Tissue Substitute, Open Approach |
| 021V0ZP | Bypass Superior Vena Cava to Pulmonary Trunk, Open Approach |
| 021V0ZQ | Bypass Superior Vena Cava to Right Pulmonary Artery, Open Approach |
| 021V0ZR | Bypass Superior Vena Cava to Left Pulmonary Artery, Open Approach |

**Version 9.1**
**© 2025 The Leapfrog Group**

First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002788

### *Safe Surgery Checklist for Adult and Pediatric Complex Surgery Measure Specifications*

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

| |
|---|
| **Source**: The Leapfrog Group, WHO Surgical Safety Checklist and Implementation Manual, AHRQ Endoscopy Checklist |
| **Reporting Period: 12 months**<br>Latest 12-month period prior to submission of this section of the Survey |
| **Safe Surgery Checklist Workbook (Excel)**<br><br>To complete the data collection and respond to questions #6-9, hospitals should download the Safe Surgery Checklist Workbook (Excel). This workbook includes five tabs: Instructions, Section 3B (Complex Surgery), Section 3B – Data Entry, Section 9D (Outpatient Procedures), Section 9D – Data Entry. The Section 3B tabs can be used to complete the safe surgery checklist audits for this subsection and to calculate the response for question #9.<br><br>The workbook is available on the Survey Materials Webpage. |
| **Sampling:**<br><br>Hospitals that perform procedures in both Section 3A and Section 9C, and submit both Section 3 and 9, can randomly sample 15 patients (who had one of the procedures included in Section 3A) and measure and report adherence to the safe surgery checklist based on that sample.<br><br>Hospitals that ONLY perform the procedures in Section 3A, or that ONLY submit Section 3, must randomly sample 30 patients (who had one of the procedures included in Section 3A) and measure and report adherence to the safe surgery checklist based on that sample.<br><br>When sampling from a larger population of cases, hospitals that perform multiple procedures (e.g., bariatric surgery for weight loss, total hip replacement, total knee replacement, etc.) included in Section 3A and hospitals that perform procedures for both adult and pediatric patients (e.g., the Norwood Procedures) should obtain a representative sample (i.e., include patients who underwent different procedures and include both adult and pediatric patients, if applicable).<br><br>*Free-standing pediatric hospitals that perform the Norwood Procedure and hospitals that reported a combined total hospital volume of less than the sufficient sample for all the procedures in Section 3A can sample any patients that had a procedure performed under general anesthesia.* |
| **Question #6: Did your hospital perform an audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 3A and measure adherence to the safe surgery checklist?**<br><br>To respond "yes" to question #6, hospitals must measure and document whether all the elements in questions #3, #4, and #5 were verbalized in the presence of the appropriate personnel for each sampled case. Hospitals that completed the audit should respond "yes" to this question regardless of whether the adherence to the checklist was 100%. Hospitals will report on adherence to the checklist in question #9. |
| **Question #7: How many cases were included in the audit from question #6?**<br><br>Hospitals that perform procedures in both Section 3A and Section 9C, and submit both Section 3 and 9, can randomly sample 15 patients (who had one of the procedures included in Section 3A) and measure and report adherence to the safe surgery checklist based on that sample.<br><br>Hospitals that ONLY perform the procedures in Section 3A, or that ONLY submit Section 3, must randomly sample 30 patients (who had one of the procedures included in Section 3A) and measure and report adherence to the safe surgery checklist based on that sample. |

139

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002789

**Question #8:  What method was used to perform the audit on a sufficient sample in question #6?**

Hospitals can only perform a retrospective audit by reviewing medical records or EHR data if adherence to the safe surgery checklist is clearly documented in the medical record or EHR and the documentation clearly demonstrates <u>that each element was verbalized in the presence of the appropriate personnel.</u> If hospitals cannot clearly determine whether (a) the checklist element was verbalized and (b) that the appropriate personnel were present via a retrospective audit, an in-person observational audit must be completed.

Hospitals performing in-person observational audits must do so in the latest 12 months prior to Survey submission.

Hospitals performing retrospective audits must audit cases from the latest 12 months prior to Survey submission but can also review any case from Section 3A that was performed in the latest calendar year prior to Survey submission.

**Question #9: Based on your hospital's audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 3A, what was your hospitals documented rate of adherence to the safe surgery checklist (i.e., what percentage of the sampled cases had all elements in questions #3, #4, and #5 completed)?**

Based on the audit completed for question #6, determine the total number of patient audits where <u>all</u> elements of the safe surgery checklist (included in questions #3, #4, and #5) were read aloud in the presence of the appropriate personnel 1) before the induction of anesthesia, 2) before the skin incision and/or the procedure began, and 3) before the patient left the operating and/or procedure room.

**Included cases:**
- The patient audit shows that <u>**all**</u> elements of the safe surgery checklist, at <u>**all**</u> three time points, were read aloud in the presence of the appropriate personnel.

**Excluded cases:**
- The patient audit does <u>**not**</u> demonstrate that all elements of the safe surgery checklist were read aloud in the presence of the appropriate personnel (i.e., one or more elements of the checklist were not read aloud or the appropriate personnel were not present during the checklist).
- The patient audit does <u>**not**</u> demonstrate that the safe surgery checklist was read aloud in the presence of the appropriate personnel at all three time points (i.e., before anesthesia, before the skin incision, and before the patient leaves).

**Important Note**: If a Safe Surgery Checklist element includes the qualifier "if applicable," hospitals should determine if that element of the checklist was applicable to the patient and procedure being performed. If the element was determined to be "not applicable" to the patient and procedure, it does not count against the total adherence. For example, if your hospital performed a bariatric surgery for weight loss, the availability of a device on-site would not be applicable. Therefore, when completing the Safe Surgery Checklist Workbook for this patient, indicate N/A for that element (device on-site) and your hospital would be able to count that case as adherent.

See <u>FAQs</u> for additional information about responding to the questions in this section.

**140**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002790

# Section 3: Adult and Pediatric Complex Surgery Frequently Asked Questions (FAQs)

### General Questions

1. **Does this section apply to critical access hospitals?**
   Yes. In general, critical access hospitals do not perform many of the procedures that are included in this section, but if the critical access hospital does perform the procedure, the standards still apply.

2. **Should we select a procedure from the list in Section 3A question #2 if we only perform that procedure on an underline{outpatient basis}?**
   Hospitals that only perform total hip replacements, total knee replacements, and/or bariatric surgery for weight loss on an outpatient basis should select and report on those procedures in Section 3A.

   Otherwise, hospitals should not select and report on the remaining eight procedures if the procedures are always scheduled with the intention of the patient being released on the same day.

   If some of the procedures are scheduled with the intention of the patient being admitted and staying in the hospital overnight, the hospital should report on performing the procedure in question #2 and then ONLY report on the total number of patients discharged following an inpatient stay.

3. **My hospital has a tumor center that only performs total hip replacements and total knee replacements as they come up during a tumor removal surgery, should we select these procedures from the list in Section 3A question #2?**
   If your hospital has a tumor center where orthopedic tumor surgeries are performed and the ONLY total hip replacement and/or total knee replacement procedures ever done at that hospital are for the treatment of the tumor, you should not select and report on total hip replacements or total knee replacements in Section 3A.

### Hospital Volume FAQs

4. **How should hospitals calculate volume using a 24-month annual average?**
   To report on a 24-month annual average, calculate the total volume over the past 24 months, and then divide by 2 (i.e., the volume of year one plus the volume of year 2 divided by two equals the 24-month annual average).

5. **Can we count patients who have had one of the procedures listed in Section 3A in combination with another procedure not listed in Section 3A?**
   Yes, hospitals should count all patients that meet the criteria specified in the Hospital and Surgeon Volume Measure Specifications. For example, if a patient has a CABG and a mitral valve repair done at the same time, the hospital should count the patient when calculating total volume for mitral valve repair and replacement.

6. **When counting patients, should we only include those patients who had the procedure performed on a scheduled basis?**
   No. Once a hospital selects a procedure from the list in question #2, they should use the measure specifications for each procedure to count all patients that meet the criteria. This includes patients who had the procedure performed urgently.

141

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002791

7. **If a hospital elects to begin a new service line of procedures, how should the hospital report its volume and surgeon volumes while establishing the new line?**
Leapfrog gives hospitals an 18-month grace period before having to report on hospital and surgeon volume for a new procedure. From the day that the hospital performs the procedure for the first time, the hospital and its surgeons will have 18 months to reach the annual volume standard. During this period, the hospital does not have to report its procedure volumes for the hospital or its surgeons. However, once the hospital reaches the end of the 18-month grace period, it must report its hospital and surgeon procedure volume.

8. **How should we deal with a temporary drop in volume due to losing a surgeon's service?**
To accommodate fluctuations in hospital volumes, hospitals have the option of reporting on their average case volumes over a 24-month period.

9. **Can we count minimally invasive and/or robotic Mitral Valve Repair and Replacement procedures towards our hospital's volume?**
Yes, the ICD-10 codes Leapfrog has provided for this procedure will capture minimally invasive and/or robotic MVRR procedures in the hospital's count as these are the codes used for those cases.

10. **Our hospital has a free-standing outpatient surgery center that shares our license and/or CMS Certification Number (CCN). Many of our same day total hip replacements, total knee replacements, and bariatric surgery for weight loss procedures are performed there. Can we include these procedures in our total hospital volume when responding to question #3 in Section 3A?**
Yes, hospitals may count patient discharges with the appropriate CPT procedure code during the reporting period from hospital outpatient departments that share your hospital's license and/or CMS Certification Number (CCN), including, but not limited to free-standing surgery centers and hospital outpatient departments.

### Surgeon Volume FAQs

11. **Does the specific procedure and minimum annual surgeon volume standard listed need to be included in our process for privileging surgeons?**
Yes. Hospitals must ensure that the specific procedure (as defined using the ICD-10 and CPT procedure codes) and minimum annual surgeon volume standard are included in your process for privileging surgeons. Diagnosis codes can be ignored.

12. **Does our privileging process for surgeons have to include the annual surgeon volume standard for initial privileging only or ongoing/renewal of privileging as well?**
Both. Leapfrog's minimum annual surgeon volume standards should be fully integrated into your hospital's process for privileging surgeons, including both initial and ongoing privileging. There are two exceptions:
   a. Surgeons who have just finished training: see <u>FAQ #14</u> below.
   b. Surgeons who were not active for the entire reporting period: see <u>FAQ #15</u> below.

13. **When counting annual surgeon volume for the purposes of privileging, should we consider procedures performed by the surgeon at other hospitals?**
Yes. When determining whether a surgeon has met or has exceeded Leapfrog's minimum annual surgeon volume standard, we expect that hospitals will consider total experience in the privileging process – this would include procedures performed within the reporting period at different facilities. It is our understanding that through <u>the OPPE process</u>, hospitals have access to total surgeon volume, including the number of procedures performed at other hospitals.

142

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002792

14. **For determining surgeon volume for the purposes of privileging, how should we count procedures that involve surgeons who have just finished training and are building up their experience?**
Surgeons who have just finished their training should receive a 24-month grace period to build up their experience. After that point, the surgeon's volume should be tracked and included in privileging decisions. The procedures performed by this surgeon during the reporting period should still be counted towards the hospital's volume total, as the broader staff still had the experience with the procedure.

15. **If a surgeon was not "active" during the entire reporting period (e.g., just hired, sabbatical, illness, etc.), should they be included when responding to question #5?**
If a surgeon was absent for an extended time during the reporting period, the procedures performed by this surgeon during the reporting period should still be counted towards the hospital's procedure total (question #3). However, the surgeon would not need to be considered when responding to question #5 regarding whether your hospital's process for privileging includes the surgeon having to meet Leapfrog's minimum annual surgeon volume standards until they have been active again for an entire reporting period (likely the next year).

16. **When counting surgeon volume for the purposes of privileging, if a procedure is completed by two surgeons (i.e., an assistant or co-surgeon) would they both be able to count the case?**
If a surgeon assists another surgeon or is a co-surgeon during a procedure, the procedure should NOT count for both surgeons' procedure totals. The case should be applied to a single surgeon.

17. **When determining which surgeons should be required to meet Leapfrog's minimum annual surgeon volume standards for the process of privileging, should surgeons who only ever perform a procedure in emergency circumstances and never perform the procedure on a scheduled basis be included?**
For the purposes of reporting on question #5 in Section 3A, hospitals can exclude surgeons who will only ever perform a procedure in emergency circumstances if they never perform the procedure on a scheduled basis.

However, for the purposes of reporting on question #3 in Section 3A, hospitals should count all patients discharged with the relevant procedure or diagnosis for those procedures indicated in question #2 in Section 3A. See FAQ #6.

## *Safe Surgery Checklist for Adult and Pediatric Complex Surgery FAQs*

18. **What 12-month reporting period should be used when reporting on this section?**
When responding to the questions in Section 3B, hospitals should enter the month in which they complete their observational in-person or retrospective EHR review audits. If your hospital does not perform an audit, enter the month in which you are completing the Survey.

19. **Does the safe surgery checklist referenced in Section 3B apply to all procedures, including endoscopies?**
Yes, it applies to all procedures in Section 3A. If your hospital does not utilize a safe surgery checklist for all procedures in Section 3A, including endoscopies, respond "no" to question #2.

20. **Can different elements of the "Before the induction of anesthesia" checklist (question #3) be performed in different places?**
Yes, hospitals may perform some elements of the pre-anesthesia checklist outside of the operating room. Hospitals may read aloud the following elements in a pre-procedure (preop) area: Patient ID, Confirmation of procedure, Patient consent, Site marked, if applicable, and Allergies assessed.

Hospitals should not remove conversation prompts as it is harmful to the purpose of the checklist and should continue debriefing and requiring participation of the surgical team members in key

143

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002793

moments.

21. **Do we need to perform a "clinical team introduction" if the team already knows each other and/or will be in the operating room together all day?**
Yes. Even if a clinical team knows each other they must perform an introduction stating their name and role at the first procedure of the day. They do not need to reintroduce themselves for the remaining procedures but should confirm everyone was introduced beforehand. However, if any team members change between operations, introductions must be performed again.

22. **Do the Safe Surgery Checklist components included in questions #3, #4, and #5 need to be in one document that would align with the <u>WHO example</u> or can they be in different documents (i.e., pre-anesthesia notes, surgeon H&P, and pre-surgical checklists, etc.)?**
It is possible to have separate checklists for each phase of the surgical procedure (i.e., before the induction of anesthesia, before the skin incision and/or before the procedure begins, and before the patient leaves the operating or procedure room). However, each individual component included in questions #3, #4, and #5 should be listed on the checklist(s) and hospitals should document whether the components were read aloud at the appropriate time with the appropriate members of the surgical team present.

23. **How is "whole surgical team" defined?**
"Whole surgical team" is comprised of the surgeons, anesthesia professionals, nurses, technicians, and other operating room personnel involved in surgery. This is based off the <u>World Alliance for Patient Safety Implementation Manual Surgical Safety Checklist (First Edition).</u>

144

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002794

# *Page Intentionally Left Blank*

**Version 9.1**
© **2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002795

# *SECTION 4: MATERNITY CARE*

This section includes questions and reference information for Section 4: Maternity Care. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.

**146**

**Version 9.1**
© **2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002796

# Section 4: Maternity Care

**Maternity Care Fact Sheet and Bibliography:**
https://ratings.leapfroggroup.org/measure/hospital/2025/maternity-care

**Hospitals that did not deliver newborns during the reporting period or did not have an open labor and delivery unit during the entire reporting period should select "no" in question #2 and move on to the Affirmation of Accuracy. Your hospital's results will be displayed as "Does Not Apply" on Leapfrog's public reporting website.**

Section 4 includes questions about maternity care volume and services, cesarean birth, episiotomy, newborn bilirubin screening, and DVT prophylaxis for women undergoing cesarean delivery. The section also includes questions about high-risk deliveries, including volume and outcomes. The subsection on cesarean birth (4C) includes questions about cesarean births stratified by race/ethnicity that will not be scored or publicly reported, however, responses will be used for confidential reporting on the Hospital Details Page in 2025.

**Each hospital achieving the standard for Cesarean Birth:**
Meets or is better than the 23.6% target for performance on the nationally endorsed outcome measure.

**Each hospital achieving the standard for Episiotomy:**
Meets or is better than the 5.0% target for performance on the nationally endorsed outcome measure.

**Each hospital achieving the standard for Newborn Bilirubin Screening Prior to Discharge:**
Meets or exceeds the 90% target for the process measure of care.

**Each hospital achieving the standard for Appropriate DVT Prophylaxis in Women Undergoing Cesarean Delivery:**
Meets or exceeds the 90% target for the process measure of care.

**Each hospital achieving the standard for High-Risk Deliveries:**
Achieves favorable hospital volume characteristics for high-risk deliveries by admitting 50 or more very low birth weight newborns/year to its neonatal ICU,

OR

Achieves favorable outcomes for high-risk deliveries as measured by the Vermont Oxford Network.

**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the Scoring and Results webpage.**

PBHN000002797

## 4A: Maternity Care Volume and Services

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: This section is only applicable to hospitals that deliver newborn babies. Hospitals that do not deliver newborn babies should select "no" in question #2 in 4A and move on to the Affirmation of Accuracy. Your hospital's results will be displayed as "Does Not Apply" on Leapfrog's public reporting website.

Note 2: Hospitals must use the same 12-month reporting period for all subsections in Section 4: Maternity Care, except for Section 4A questions #4-9 and Section 4B questions #6-8.

Note 3: Maternity Care Services (questions #4-9) will not be scored but will be used in public reporting.

**Specifications:** See ***Maternity Care Volume and Services Measure Specifications*** in the Reference Information beginning on page 163.

---

**Reporting Period: 12 months**
- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

### *Maternity Care Volume*

| | | |
|---|---|---|
| 1) | 12-month reporting period used: | ○ 01/01/2024 – 12/31/2024<br>○ 07/01/2024 – 06/30/2025 |
| 2) | Did the hospital deliver newborn babies during the reporting period?<br><br>*If "no" or "yes, but unit is now closed or wasn't open for the entire reporting period," skip the remaining questions in Section 4, including all subsections, and go to the Affirmation of Accuracy. The hospital will be scored as "Does Not Apply."* | ○ Yes<br>○ No<br>○ Yes, but unit is now closed or wasn't open for the entire reporting period |
| 3) | Total number of live births (i.e., liveborn infants) at this hospital location for the reporting period.<br><br>*If fewer than 10 cases, skip the remaining questions in Section 4, including all subsections, and go to the Affirmation of Accuracy. The hospital will be scored as "Unable to Calculate Score" or "Does Not Apply."* | _____ |

PBHN000002798

## Maternity Care Services

> **Reporting Period:** Answer questions #4-9 based on the practices currently in place at the time you submit this section of the Survey.
>
> Note: As a reminder, the <u>Corrections Period</u> (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

| | |
|---|---|
| 4) Does your hospital have certified nurse-midwives and/or certified midwives deliver newborns? | ○ Yes<br>○ No |
| 5) Does your hospital use doulas for labor and delivery?<br><br>*Select all that apply.* | ☐ Yes, the hospital employs or contracts with doulas<br>☐ Yes, the hospital allows patients to bring their own doulas<br>☐ No |
| 6) Does your hospital offer breastfeeding/lactation consultants?<br><br>*Select all that apply.* | ☐ Yes, in the hospital<br>☐ Yes, in the outpatient setting<br>☐ Yes, at home after discharge<br>☐ No |
| 7) Does your hospital offer patients the opportunity to attempt vaginal birth after cesarean section (VBAC)? | ○ Yes<br>○ No |
| 8) Does your hospital offer postpartum tubal ligation during the labor and delivery admission? | ○ Yes<br>○ No |
| 9) Has your hospital adopted a policy that prevents nonmedically indicated early elective deliveries (before 39 completed weeks gestation) that includes all the following:<br>• Written standards for when an early elective delivery is, and is not, appropriate based on ACOG and national guidelines (i.e., The Joint Commission),<br>• Written protocols for the medical director, or other designated physician, to review and approve an early elective delivery when medically indicated based on ACOG and national guidelines, and<br>• Written protocols for staff to follow when scheduling an early elective delivery if approved by the medical director or other designated physician? | ○ Yes<br>○ No |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002799

## 4B: Cesarean Birth

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: Hospitals must use the same 12-month reporting period for all subsections in Section 4: Maternity Care, except for Section 4B questions #6-8.

Note 2: Cesarean Birth Stratified by Race/Ethnicity (questions #6-8) will not be scored or publicly reported but will be used for confidential reporting on the Hospital Details Page.

**Specifications:** See ***Cesarean Birth Measure Specifications*** in the Reference Information beginning on page 164.

---

**Reporting Period: 12 months**
Answer questions #1-5 based on all cases (or a sufficient sample of them for questions #2-3)
- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

**Sufficient Sample:** See ***Cesarean Birth Measure Specifications*** for instructions for identifying a sufficient sample for questions #2 and #3.

| | | |
|---|---|---|
| 1) | 12-month reporting period used: | ○  01/01/2024 – 12/31/2024<br>○  07/01/2024 – 06/30/2025 |
| 2) | Total number of nulliparous mothers (or sufficient sample of them) that delivered a live term singleton newborn in the vertex presentation with >=37 weeks of gestation completed, with **Excluded Populations** removed:<br><br>*If fewer than 10 cases met the criteria for the denominator, skip questions #3-8 and continue to the next subsection. The hospital will be scored as "Unable to Calculate Score."* | _____ |
| 3) | Total number of mothers indicated in question #2 that had their newborn delivered via cesarean section: | _____ |
| 4) | Do the responses in questions #2 and #3 above represent a sample of cases? | ○  Yes<br>○  No |
| 5) | If "yes" to question #4, did your hospital sample using The Joint Commission's sampling algorithm or Leapfrog's sampling instructions, as provided in the Maternity Care Reference Information? | ○  The Joint Commission<br>○  The Leapfrog Group |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002800

### Cesarean Birth Stratified by Race/Ethnicity

---

**Reporting Period: 24 months**
Answer questions #6-8 based on all cases
- Surveys submitted prior to September 1:
  - 01/01/2023 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2023 – 06/30/2025

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | |
|---|---|
| 6) 24-month reporting period used: | o 01/01/2023 – 12/31/2024<br>o 07/01/2023 – 06/30/2025 |
| 7) Did your hospital stratify NTSV cesarean births by race/ethnicity for the reporting period using the measure specifications provided and do you choose to report those data to this Survey?<br><br>*If "no" to question #7, skip question #8 and continue to the next subsection.* | o Yes<br>o No |

8) Enter your hospital's responses below by race/ethnicity:

*If the number of cases for a race/ethnicity is less than 10 (in column a), skip column b and then move to the next category. If zero, enter "0" in column a.*

| Race/ethnicity | a) Total number of nulliparous mothers that delivered a live term singleton newborn in the vertex presentation with >= 37 weeks of gestation completed, with **Excluded Populations** removed (denominator) | b) Total number of mothers indicated in question #8a that had their newborn delivered via cesarean section (numerator) |
|---|---|---|
| Non-Hispanic White | _____ | _____ |
| Non-Hispanic Black | _____ | _____ |
| Non-Hispanic American Indian or Alaska Native | _____ | _____ |
| Non-Hispanic Asian or Pacific Islander | _____ | _____ |
| Hispanic | _____ | _____ |
| Non-Hispanic Other (including two or more races) | _____ | _____ |
| Unknown | _____ | _____ |

PBHN000002801

# 4C: Episiotomy

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** Hospitals must use the same 12-month reporting period for all subsections in Section 4: Maternity Care, except for Section 4B questions #6-8.

**Specifications:** See ***Episiotomy Measure Specifications*** in the Reference Information beginning on page 172.

---

**Reporting Period: 12 months**
Answer questions #1-3 based on all cases.
- Surveys submitted prior to September 1:
    - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
    - 07/01/2024 – 06/30/2025

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | | |
|---|---|---|
| 1) | 12-month reporting period used: | o   01/01/2024 – 12/31/2024<br>o   07/01/2024 – 06/30/2025 |
| 2) | Total number of vaginal deliveries, with **Excluded Populations** removed:<br><br>*If fewer than 10 cases met the criteria for the denominator, skip question #3 and continue to the next subsection. The hospital will be scored as "Unable to Calculate Score."* | _____ |
| 3) | Total number of mothers indicated in question #2 that had an episiotomy procedure performed: | _____ |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002802

## 4D: Process Measures of Quality

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** Hospitals must use the same 12-month reporting period for all subsections in Section 4: Maternity Care, except for Section 4B questions #6-8.

**Specifications:** See ***Process Measures of Quality Measure Specifications*** in the Reference Information beginning on page 173.

| Reporting Period: 12 months |
| --- |
| Answer questions #1-9 based on all cases (or a sufficient sample of them). <br>• Surveys submitted prior to September 1: <br>    ○ 01/01/2024 – 12/31/2024 <br>• Surveys (re)submitted on or after September 1: <br>    ○ 07/01/2024 – 06/30/2025 <br><br>Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported. |

**Sufficient Sample:** See ***Process Measures of Quality Measure Specifications*** for instructions for identifying a sufficient sample for questions #3-4 and #7-8.

| 1) 12-month reporting period used: | ○ 01/01/2024 – 12/31/2024 <br> ○ 07/01/2024 – 06/30/2025 |
| --- | --- |

### *Newborn Bilirubin Screening Prior to Discharge*

| 2) | Did your hospital perform a medical record audit on all cases (or a sufficient sample of them) **and** measure adherence to the newborn bilirubin screening prior to discharge clinical guideline? <br><br>*If "no" to question #2, skip questions #3-5 and continue to question #6. The hospital will be scored as "Did Not Measure."* <br><br>*If "yes, but fewer than 10 cases met the inclusion criteria for the denominator," skip questions #3-5 and continue to question #6. The hospital will be scored as "Unable to Calculate Score."* | ○ Yes <br> ○ No <br> ○ Yes, but fewer than 10 cases met the inclusion criteria for the denominator |
| --- | --- | --- |
| 3) | Number of cases measured against the guideline, either all cases or a sufficient sample of them (**denominator**): | _____ |
| 4) | Number of cases in question #3 that adhere to the clinical process guideline (**numerator**): | _____ |
| 5) | Do the responses in questions #3 and #4 represent a sample of cases? | ○ Yes <br> ○ No |

PBHN000002803

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 4: Maternity Care*

### *Appropriate DVT Prophylaxis in Women Undergoing Cesarean Delivery*

| | |
|---|---|
| 6) Did your hospital perform a medical record audit on all cases (or a sufficient sample of them) **and** measure adherence to the appropriate DVT prophylaxis in women undergoing cesarean delivery clinical guideline?<br><br>*If "no" to question #6, skip questions #7-9 and continue to the next subsection. The hospital will be scored as "Did Not Measure."*<br><br>*If "yes, but fewer than 10 cases met the inclusion criteria for the denominator," skip questions #7-9 and continue to the next subsection. The hospital will be scored as "Unable to Calculate Score."* | ○ Yes<br>○ No<br>○ Yes, but fewer than 10 cases met the inclusion criteria for the denominator |
| 7) Number of cases measured against the guideline, either all cases or a sufficient sample of them (**denominator**): | _____ |
| 8) Number of cases in question #7 that adhere to the clinical process guideline (**numerator**): | _____ |
| 9) Do the responses in questions #7 and #8 represent a sample of cases? | ○ Yes<br>○ No |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002804

## 4E: High-Risk Deliveries

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** Only include units that were open for the entire reporting period and that remain currently open.

| | | |
|---|---|---|
| 1) | Does your hospital electively admit high-risk deliveries [30]? <br><br> *If "no" to question #1, skip the remaining questions in Section 4E, and go to the Affirmation of Accuracy. The hospital will be scored as "Does Not Apply."* | ○ Yes <br> ○ No |
| 2) | Does your hospital operate a neonatal ICU (NICU), or is it co-located [31] with a hospital that operates a NICU, that admits or accepts transfers of very low birth weight babies [32]? <br><br> *If "no" to question #2, skip the remaining questions in Section 4E, and go to the Affirmation of Accuracy. The hospital will be scored as "Limited Achievement."* <br><br> *If the NICU is co-located in another hospital and your hospital immediately transfers all complicated newborns there, answer question #3 and either questions #4-5 or #6-10 based on information pertaining to the co-located hospital's NICU.* | ○ Yes <br> ○ No |
| 3) | Hospitals that participate in the Vermont Oxford Network (VON) and have a recent 12-month report available may elect to report their hospital's Volume (questions #4-5) <br><br> **OR** <br><br> the VON's Death or Morbidity Measure [33] (questions #6-10). <br><br> Hospitals that do not participate in the Vermont Oxford Network should report their hospital's Volume (questions #4-5). <br><br> Please indicate which measure the hospital will report on: <br><br> *If you elect to report on Volume, answer questions #4-5 and skip questions #6-10.* <br><br> *If you elect to report on the VON National Performance Measure, skip questions #4-5. Please ensure that you have entered an accurate VON Transfer Code in the Hospital Profile and submitted the Data Share Authorization letter to VON. Otherwise, you will be scored as "Declined to Respond."* | ○ Volume <br> ○ VON National Performance Measure |

**155**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002805

### Neonatal Intensive Care Unit(s) – Volume

**Important Note:** Hospitals must use the same 12-month reporting period for all subsections in Section 4: Maternity Care, except for Section 4B questions #6-8.

**Specifications:** See ***Neonatal Intensive Care Unit(s) – Volume Measure Specifications*** in the Reference Information beginning on page 173.

> **Reporting Period: 12 months**
> - Surveys submitted prior to September 1:
>   - 01/01/2024 – 12/31/2024
> - Surveys (re)submitted on or after September 1:
>   - 07/01/2024 – 06/30/2025
>
> Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

| | | |
|---|---|---|
| 4) | 12-month reporting period used: | o  01/01/2024 – 12/31/2024<br>o  07/01/2024 – 06/30/2025 |
| 5) | For the reporting period, how many very low birth weight babies were admitted to your hospital's neonatal intensive care unit(s)? | _____ |

### Neonatal Intensive Care Unit(s) – National Performance Measurement

**Important Note:** Hospitals participating in the Vermont Oxford Network (VON) may opt to report on the VON National Performance Measure. In order for Leapfrog to obtain the data from VON, the VON data must be finalized, and hospitals must complete the following steps:
1. Provide an accurate VON Transfer Code in the Hospital Profile,
2. Complete a Data Sharing Authorization letter and submit it to VON by **June 16**. Hospitals that submitted their Data Sharing Authorization letter to VON in previous Leapfrog Hospital Survey Cycles do not have to re-submit a new letter in 2025.
3. Select "VON National Performance Measure" in question #3, and
4. Submit the 2025 Leapfrog Hospital Survey by the June 30 Submission Deadline.

Hospitals that select "VON National Performance Measure" in question #3, but do not adhere to the other steps will be scored and publicly reported as "Declined to Respond" for the High-Risk Deliveries measure.

**Specifications:** See ***Neonatal Intensive Care Unit(s) – National Performance Measurement Measure Specifications*** in the Reference Information beginning on page 173.

> **Reporting Period: 12 months**
> Responses are based on the latest **12-month** report received from the Vermont Oxford Network (VON) for the **Death or Morbidity Measure.**
> - 2023 VON data
> - 2024 VON data *(usually available after August 31)*
>
> *Leapfrog will update the VON data three times per Survey Cycle for all hospitals that have completed the steps noted above. See deadlines and reporting periods in the **Neonatal Intensive Care Unit(s) - National Performance Measurement Measure Specifications**.*

| | | |
|---|---|---|
| 6) | Most recent 12-month reporting period for which VON performance results are available: | *No response required here. Determined automatically based on VON data.* |

156
**Version 9.1**
**© 2025 The Leapfrog Group**
**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002806

| | |
|---|---|
| 7) Hospital's volume based on VON report: | *No response required here. Determined automatically based on VON data.* |
| 8) Hospital's standardized mortality ratio (**SMR**) **95% lower bound** based on VON report: | *No response required here. Determined automatically based on VON data.* |
| 9) Hospital's observed to expected ratio of morbidity or mortality (**SMR shrunken**) based on VON report: | *No response required here. Determined automatically based on VON data.* |
| 10) Hospital's **SMR 95% upper bound** based on VON report: | *No response required here. Determined automatically based on VON data.* |

**Version 9.1**
© **2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002807

**Affirmation of Accuracy**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Maternity Care Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealings with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealings with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.


Affirmed by _____, the hospital's _____,
                    *(first name and last name)*                                          *(title)*
on _____.
              *(date)*

PBHN000002808

## <u>Section 4: Maternity Care Reference Information</u>

### *What's New in the 2025 Survey*

Leapfrog is updating the measure specifications from The Joint Commission for PC-02 Cesarean Birth (Section 4B) for those hospitals that do not already submit data to TJC and therefore need to retrospectively collect data. We will also continue to accept both data for the chart-abstracted measure (PC-02) and data collected using TJC's electronic clinical quality measure (eCQM) specifications (ePC-02). Hospitals measuring this quality indicator and reporting results to The Joint Commission should continue to use the data reported to TJC when responding to the questions in Section 4B: Cesarean Birth.

Hospitals participating in the California Maternal Quality Care Collaborative (CMQCC) Maternal Data Center may continue to use the data provided in their CMQCC reports when responding to subsections 4B: Cesarean Birth, 4C: Episiotomy, and 4D: Process Measures of Quality. Hospitals participating in the Michigan Obstetrics Initiative (OBI) may also continue to use the data provided in their OBI reports to report on Section 4B: Cesarean Birth.

## Section 4A: Maternity Care Volume and Services

Leapfrog will continue to include and require questions regarding service offerings and use them in public reporting only. For clarification, Leapfrog is adding a reporting period for these questions which will instruct hospitals to report on the services that are currently offered.

In addition, Leapfrog is updating the policy question regarding the prevention of nonmedically indicated early elective deliveries to specify that the written protocols must be approved by the medical director or other designated physician (previously this was noted as other designated "clinician").

## Section 4B: Cesarean Birth

Leapfrog is continuing to include questions on the collection of cesarean birth data (NTSV C-section measure) by race/ethnicity and is asking hospitals to provide numerators and denominators for the NTSV C-section measure for each of the following races/ethnicities, which were also used in 2024 reporting: Non-Hispanic White, Non-Hispanic Black, Non-Hispanic American Indian or Alaska Native, Non-Hispanic Asian or Pacific Islander, Hispanic, and Non-Hispanic Other (including two or more races). Reporting this information requires that hospitals collect ethnicity and race, including if a patient identifies with multiple races. As in 2024, these questions are required but will not be used in scoring or public reporting by hospital on the Survey Results website. Instead, cesarean birth rates stratified by race/ethnicity will continue to be confidentially shared with reporting hospitals on their <u>Hospital Details Pages</u>.

Hospitals participating in the California Maternal Quality Care Collaborative (CMQCC) Maternal Data Center may use the data provided in their CMQCC reports and hospitals reporting to the U.S. News & World Report Maternity Services Survey may use the data provided to U.S. News & World Report when responding to these questions. Otherwise, hospitals will continue to use TJC's PC-02 Cesarean Birth measure specifications and Leapfrog instructions to retrospectively review all cases and stratify by race/ethnicity.

There are no changes to the scoring algorithm for Section 4B: Cesarean Birth.

## Section 4C: Episiotomy

There are no changes to this subsection.

PBHN000002809

## Section 4D: Process Measures of Quality

In response to feedback and consultation with our Maternity Care Expert Panel, Leapfrog is updating the measure specifications for Appropriate DVT Prophylaxis in Women Undergoing Cesarean Delivery to add further clarification regarding the timing of the prophylaxis. The numerator will continue to include women undergoing cesarean delivery that received either pneumatic compression devices prior to surgery or fractionated or unfractionated heparin or heparinoid. Beginning in 2026, Leapfrog plans to remove the inclusion of patients receiving heparin or heparinoid, unless they also received a pneumatic compression device prior to surgery. As a reminder, the target for this measure is 90%.

There are no changes to the scoring algorithm for Section 4D: Process Measures of Quality.

## Section 4E: High-Risk Deliveries

### Neonatal Intensive Care Unit(s) – National Performance Measurement

Leapfrog is continuing to obtain data directly from the Vermont Oxford Network (VON) for those hospitals that electively admit high-risk deliveries and opt to use VON's Death or Morbidity Outcome Measure when reporting on Section 4E: High-Risk Deliveries. Hospitals will still need to complete the following steps:

1. Complete a Data Sharing Authorization letter and submit it to VON by the dates listed in the measure specifications. (Hospitals that successfully submitted a Data Sharing Authorization letter in prior years will not be required to submit another letter in 2025),
2. Select "VON National Performance Measure" in Section 4E: High-Risk Deliveries question #3,
3. Provide an accurate VON Transfer Code in the Hospital Profile of the Leapfrog Hospital Survey (this will be pre-populated if previously provided); and,
4. Submit the Leapfrog Hospital Survey by the dates listed in the measure specifications.

Hospitals that select "VON National Performance Measure" in question #3 of Section 4E: High-Risk Deliveries, but do not complete all the steps listed above will be scored and publicly reported as "Declined to Respond" for the High-Risk Deliveries measure.

### *Change Summary Since Release*
None. If substantive changes are made to this section of the Survey after release on April 1, 2025, they will be documented in this Change Summary section.

PBHN000002810

## Section 4: Maternity Care Measure Specifications

*Maternity Care Volume Measure Specifications*

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

---

**Reporting Period: 12 months**
- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

---

**Question #3:** The number of live births (i.e., infants) at this hospital location (inborn cases only), reported to your state during the reporting period.

Alternatively, the below list of Z codes can be used to identify live births, with the caution that these codes are coded for the newborn, not the mother; likely to be found in your hospital's birth CIS/medical record system; but often not in claims data since normal newborn care may be included in the mother's claim without baby's diagnosis coding.

Z38.00 – Z38.01: Single liveborn infant, born in hospital
Z38.30 – Z38.31: Twin liveborn infant, born in hospital
Z38.61 – Z38.69: Other multiple liveborn infant, born in hospital

Note: This data point is simply used to qualify a hospital for further reporting of the normal delivery measures.

---

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002811

### Cesarean Birth Measure Specifications

**Important Notes:**

Note 1: Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

Note 2: Leapfrog uses the specifications created by The Joint Commission (TJC) for the Cesarean Births measure. As such, Leapfrog will update its instructions annually, and more frequently if appropriate, to maintain alignment with TJC. Hospitals can access the TJC's measure specifications directly using the links in the table below.

Note 3: Cesarean Births (questions #2-3) can be reported based on all eligible cases OR a sufficient sample of cases as outlined in the denominator specifications for the 12-month reporting period. Cesarean Births Stratified by Race/Ethnicity (questions #7-8) must be reported based on all eligible cases for the 24-month reporting period.

| |
|---|
| **Source:** Joint Commission PC-02<br>　• (version 2024B): Discharges between 01/01/2024 – 12/31/2024<br>　• version 2025A: Discharges between 01/01/2025 – 06/30/2025 |
| **Reporting Period: 12 months**<br>　• Surveys submitted prior to September 1:<br>　　　• 01/01/2024 – 12/31/2024<br>　• Surveys (re)submitted on or after September 1:<br>　　　• 07/01/2024 – 06/30/2025<br><br>Note: The discharge date must be used to determine whether a case falls within the reporting period specified. |
| If you measured this quality indicator, reported the results to The Joint Commission (TJC), and continue to submit these data to The Joint Commission, **use those data when responding to this subsection of the Survey.** Leapfrog will accept data collected for either the chart-abstracted measure (PC-02) or the electronic clinical quality measure (ePC-02).<br><br>Hospitals participating in the California Maternal Quality Care Collaborative (CMQCC) Maternal Data Center may use the data provided in CMQCC reports when responding to this subsection of the Survey. Download instructions for using the CMQCC reports on the Survey and CPOE Materials webpage.<br><br>Hospitals participating in the Michigan Obstetrics Initiative (OBI) may use the data provided in OBI reports when responding to this subsection of the Survey.<br><br>Otherwise, use TJC's PC-02 Cesarean Birth measure specifications to retrospectively collect and report data for this measure. The PC-02 measure specifications are outlined below based on discharge date. To access the measure specifications directly on The Joint Commission's website, see the specification manuals linked below:<br>　• version 2024B: Discharges between 01/01/2024 – 12/31/2024<br>　• version 2025A: Discharges between 01/01/2025 – 06/30/2025<br><br>eCQM specifications can be found here. |
| **Sampling Cases:** Hospitals that report the Perinatal Care Measure Set to TJC may use the sampling methodology used by the TJC to report on questions #2-3.<br><br>Otherwise, hospitals opting to identify a sufficient sample of mothers for this measure, in lieu of full case reporting, should follow the instructions below. Hospitals may refer to the TJC Measure Algorithm flow chart at the bottom of each set of specifications linked above, for an example of how to identify cases.<br><br>Sampling instructions for 01/01/2024 – 12/31/2024 discharges:<br>　• Review your hospital's first delivery as of **April 15, 2024**. |

PBHN000002812

- Evaluate this case against the inclusion criteria; retain the case for the sample if it meets the inclusion criteria.
- Evaluate this case against the exclusion criteria; retain the case for the sample if it <u>does not</u> meet any of the listed exclusions.
- Move to the next delivery and evaluate for inclusion/exclusion applicability.
- Continue through cases in sequential order until **a sample of at least 30 cases** is reached, or all cases discharged during the reporting period are reviewed, whichever comes first.

When sampling for the 01/01/2024 – 12/31/2024 reporting period, use <u>one</u> set of measure specifications:
- version <u>2024B</u>: Discharges between 01/01/2024 – 12/31/2024 (sample cases as of April 15, 2024)

<u>Sampling instructions for 07/01/2024 – 06/30/2025 discharges:</u>
Sampling requires hospitals to use two different sets of measure specifications and therefore sampling has two steps, both of which need to be completed
**Step #1:**
- Review your hospital's first delivery as of **July 15, 2024**.
- Evaluate this case against the inclusion criteria; retain the case for the sample if it meets the inclusion criteria.
- Evaluate this case against the exclusion criteria; retain the case for the sample if it <u>does not</u> meet any of the listed exclusions.
- Move to the next delivery and evaluate for inclusion/exclusion applicability.
- Continue through cases in sequential order until **a sample of at least 15 cases** is reached, or all cases discharged during the first 6-month reporting period of 07/01/2024 – 12/31/2024 are reviewed, whichever comes first.

**Step #2:**
- After sampling the first 15 cases, review your hospital's first delivery as of **January 15, 2025**.
- Evaluate this case against the inclusion criteria; retain the case for the sample if it meets the inclusion criteria.
- Evaluate this case against the exclusion criteria; retain the case for the sample if it <u>does not</u> meet any of the listed exclusions.
- Move to the next delivery and evaluate for inclusion/exclusion applicability.
- Continue through cases in sequential order until **a sample of at least 15 cases** is reached, or all cases discharged during the second 6-month reporting period of 01/01/2025 – 06/30/2025 are reviewed, whichever comes first.

When sampling for the 07/01/2024 – 06/30/2025 reporting period, use the measure specifications based on the correct discharge date, which are outlined below:
- version <u>2024B</u>: Discharges between 07/01/2024 – 12/31/2024 (sample cases as of July 15, 2024)
- version <u>2025A</u>: Discharges between 01/01/2025 – 06/30/2025 (sample cases of January 15, 2025)

| | |
|---|---|
| **Discharges between 01/01/2024 – 12/31/2024** (version <u>2024B</u>) | **Question #2 (denominator):** Nulliparous patients delivered of a live term singleton newborn in vertex presentation with ***Excluded populations*** removed.<br><br>*Note: The denominator should include both nulliparous mothers with a live term singleton newborn in vertex presentation that had their newborn delivered via cesarean section and nulliparous mothers that delivered vaginally.*<br><br>**Included Populations:**<br>• *ICD-10-PCS Principal Procedure Code or ICD-10-PCS Other Procedure Codes* for delivery as defined in Appendix A, Table <u>11.01.1 Delivery</u>.<br>• Nulliparous patients with *ICD-10-CM Principal Diagnosis Code or ICD-10-CM Other Diagnosis Codes* for outcome of delivery as |

defined in Appendix A, Table 11.08 Outcome of Delivery and with a delivery of a newborn with 37 weeks or more of gestation completed.
- *ICD-10-CM Principal Diagnosis Code or ICD-10 CM Other Diagnosis Codes* for term gestational age as defined in Appendix A, Table 11.10 Term Gestational Age

**Excluded Populations:**
- *ICD-10-CM Principal Diagnosis Code or ICD-10-CM Other Diagnosis Codes* for multiple gestations, abnormal presentations, and conditions justifying cesarean delivery as defined in Appendix A, Table 11.09 Multiple Gestations, Abnormal Presentations, and Conditions Justifying Cesarean Delivery
- Less than 8 years of age
- Greater than or equal to 65 years of age
- *Gestational Age* < 37 weeks or Unable to Determine (UTD)

**Data Elements:** Visit https://manual.jointcommission.org/releases/TJC2024B/MIF0167.html.

***If fewer than 10 cases during the reporting period, skip the next question.***

**Question #3 (numerator):** Patients in the denominator with cesarean births.

**Included Populations:**
*ICD-10-PCS Principal Procedure Code or ICD-10-PCS Other Procedure Codes* for cesarean birth as defined in Appendix A, Table 11.06 Cesarean Birth

**Excluded Populations:** None

**Data Elements:** Visit https://manual.jointcommission.org/releases/TJC2024B/MIF0167.html.

| | |
|---|---|
| **Discharges between 01/01/2025 – 06/30/2025** (version 2025A) | **Question #2 (denominator):** Nulliparous patients delivered of a live term singleton newborn in vertex presentation with ***Excluded populations*** removed.<br><br>*Note: The denominator should include both nulliparous mothers with a live term singleton newborn in vertex presentation that had their newborn delivered via cesarean section and nulliparous mothers that delivered vaginally.*<br><br>**Included Populations:**<br>• *ICD-10-PCS Principal Procedure Code or ICD-10-PCS Other Procedure Codes* for delivery as defined in Appendix A, Table 11.01.1 Delivery.<br>• Nulliparous patients with *ICD-10-CM Principal Diagnosis Code or ICD-10-CM Other Diagnosis Codes* for outcome of delivery as defined in Appendix A, Table 11.08 Outcome of Delivery and with a delivery of a newborn with 37 weeks or more of gestation completed.<br><br>**Excluded Populations:**<br>• *ICD-10-CM Principal Diagnosis Code or ICD-10-CM Other Diagnosis Codes* for multiple gestations, abnormal presentations, and conditions justifying cesarean delivery as defined in Appendix A, Table 11.09 Multiple Gestations, Abnormal Presentations, and Conditions Justifying Cesarean Delivery<br>• Less than 8 years of age |

PBHN000002814

|  | • Greater than or equal to 65 years of age<br>• _Gestational Age_ < 37 weeks or Unable to Determine (UTD)<br><br>**Data Elements:** Visit https://manual.jointcommission.org/releases/TJC2025A/MIF0167.html.<br><br>***If fewer than 10 cases during the reporting period, skip the next question.*** |
|  | **Question #3 (numerator):** Patients in the denominator with cesarean births.<br><br>**Included Populations:**<br>*ICD-10-PCS Principal Procedure Code or ICD-10-PCS Other Procedure Codes* for cesarean birth as defined in Appendix A, Table 11.06 Cesarean Birth<br><br>**Excluded Populations:** None<br><br>**Data Elements:** Visit https://manual.jointcommission.org/releases/TJC2025A/MIF0167.html. |

## Cesarean Birth Stratified by Race/Ethnicity

| **Source:** Joint Commission PC-02<br>• version 2024B: Discharges between 01/01/2023 – 12/31/2024<br>• version 2025A: Discharges between 01/01/2025 – 06/30/2025 |
| --- |
| **Reporting Period: 24 months**<br>• Surveys submitted prior to September 1:<br>  • 01/01/2023 – 12/31/2024<br>• Surveys (re)submitted on or after September 1:<br>  • 07/01/2023 – 06/30/2025<br><br>Note: The discharge date must be used to determine whether a case falls within the reporting period specified. |
| When reporting on Cesarean Birth Stratified by Race/Ethnicity, hospitals must report using a 24-month reporting period as specified in question #6.<br><br>Hospitals participating in the California Maternal Quality Care Collaborative (CMQCC) Maternal Data Center may use the data provided in CMQCC reports when responding to question #8. Download instructions for using the CMQCC reports on the Survey and CPOE Materials webpage. Hospitals reporting to the U.S. News & World Report Maternity Services Survey may use the data provided to U.S. News & World Report and the crosswalk provided below when responding to question #8.<br>Otherwise, hospitals should use TJC's PC-02 Cesarean Birth measure specifications to retrospectively review **all cases** and then stratify those cases by race/ethnicity. The PC-02 measure specifications are outlined below based on the discharge date. To access the measure specifications directly on The Joint Commission's website, see the specification manuals linked below:<br>• version 2024B: Discharges between 01/01/2023 – 12/31/2024<br>• version 2025A: Discharges between 01/01/2025 – 06/30/2025 |

| **Discharges between 01/01/2023 – 12/31/2024** (version 2024B) | **Question #8a (denominator):** Total number of nulliparous patients delivered of a live term singleton newborn in vertex presentation with ***Excluded populations*** removed by the following races/ethnicities:<br>• Non-Hispanic White<br>• Non-Hispanic Black<br>• Non-Hispanic American Indian or Alaska Native<br>• Non-Hispanic Asian or Pacific Islander<br>• Hispanic<br>• Non-Hispanic Other (including two or more races) |
| --- | --- |

Table of Contents

PBHN000002815

- Unknown

Each patient should only be counted once and included in the appropriate race/ethnicity category based on known race/ethnicity information. If race or ethnicity is unknown, include the case in the "Unknown" category. Hispanic patients should be included in the "Hispanic" category regardless of race. If a race/ethnicity category is not used by your hospital, include the case in the "Unknown" category, i.e., if patients with more than one race are listed as "multiracial" regardless of their ethnicity, include these cases in the "Unknown" category. Hospitals that do not collect all races for patients that identify with multiple races are not able to report.

Hospitals reporting to U.S. News can use the below crosswalk when reporting to Leapfrog. Hospitals using CMQCC can use the below crosswalk or information provided directly in their Leapfrog CMQCC report:

| CMQCC Race/Ethnicity | U.S. News Race/Ethnicity | Leapfrog Race/Ethnicity |
|---|---|---|
| Hispanic-US Born | Hispanic or Latino | Hispanic |
| Hispanic Non-US Born | | |
| White | White | Non-Hispanic White |
| | Middle Eastern or North African | |
| Black | Black or African American | Non-Hispanic Black |
| Asian | Asian | Non-Hispanic Asian or Pacific Islander |
| Pacific Islander | Native Hawaiian or Pacific Islander | |
| Native American (American Indian or Alaska Native) | American Indian or Alaska Native | Non-Hispanic American Indian or Alaska Native |
| Other | N/A | Non-Hispanic Other (including two or more races) |
| Multiracial | Multiracial and/or Multiethnic | |
| Unknown | Unknown | Unknown |

*Note: The denominator should include both nulliparous mothers with a live term singleton newborn in vertex presentation that had their newborn delivered via cesarean section and nulliparous mothers that delivered vaginally.*

**Included Populations:**
- *ICD-10-PCS Principal Procedure Code or ICD-10-PCS Other Procedure Codes* for delivery as defined in Appendix A, Table 11.01.1 Delivery.
- Nulliparous patients with *ICD-10-CM Principal Diagnosis Code or ICD-10-CM Other Diagnosis Codes* for outcome of delivery as defined in Appendix A, Table 11.08 Outcome of Delivery and with a delivery of a newborn with 37 weeks or more of gestation completed.
- *ICD-10-CM Principal Diagnosis Code or ICD-10 CM Other Diagnosis Codes* for term gestational age as defined in Appendix A, Table 11.10 Term Gestational Age

**Excluded Populations:**

PBHN000002816

| | |
|---|---|
| | • *ICD-10-CM Principal Diagnosis Code or ICD-10-CM Other Diagnosis Codes* for multiple gestations, abnormal presentations, and conditions justifying cesarean delivery as defined in Appendix A, Table 11.09 Multiple Gestations, Abnormal Presentations, and Conditions Justifying Cesarean Delivery<br>• Less than 8 years of age<br>• Greater than or equal to 65 years of age<br>• *Gestational Age* < 37 weeks or Unable to Determine (UTD)<br><br>**Data Elements:** Visit https://manual.jointcommission.org/releases/TJC2024B/MIF0167.html.<br><br>***If fewer than 10 cases during the reporting period for any race/ethnicity, skip the next question.*** |
| | **Question #8b (numerator):** Patients in the denominator with cesarean births by the following races/ethnicities:<br>• Non-Hispanic White<br>• Non-Hispanic Black<br>• Non-Hispanic American Indian or Alaska Native<br>• Non-Hispanic Asian or Pacific Islander<br>• Hispanic<br>• Non-Hispanic Other (including two or more races)<br>• Unknown<br><br>**Included Populations:**<br>*ICD-10-PCS Principal Procedure Code or ICD-10-PCS Other Procedure Codes* for cesarean birth as defined in Appendix A, Table 11.06 Cesarean Birth<br><br>**Excluded Populations:** None<br><br>**Data Elements:** Visit https://manual.jointcommission.org/releases/TJC2024B/MIF0167.html. |
| **Discharges between 01/01/2025 – 06/30/2025** (version 2025A) | **Question #8a (denominator):** Total number of nulliparous patients delivered of a live term singleton newborn in vertex presentation with ***Excluded populations*** removed by the following races/ethnicities:<br>• Non-Hispanic White<br>• Non-Hispanic Black<br>• Non-Hispanic American Indian or Alaska Native<br>• Non-Hispanic Asian or Pacific Islander<br>• Hispanic<br>• Non-Hispanic Other (including two or more races)<br>• Unknown<br><br>Each patient should only be counted once and included in the appropriate race/ethnicity category based on known race/ethnicity information. If race or ethnicity is unknown, include the case in the "Unknown" category. Hispanic patients should be included in the "Hispanic" category regardless of race. If a race/ethnicity category is not used by your hospital, include the case in the "Unknown" category, i.e., if patients with more than one race are listed as "multiracial" regardless of their ethnicity, include these cases in the "Unknown" category. Hospitals that do not collect all races for patients that identify with multiple races are not able to report.<br><br>Hospitals reporting to U.S. News can use the below crosswalk when reporting to Leapfrog. Hospitals using CMQCC can use the below crosswalk or information provided directly in their Leapfrog CMQCC report: |

**Version 9.1**
© **2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002817

| CMQCC Race/Ethnicity | U.S. News Race/Ethnicity | Leapfrog Race/Ethnicity |
|---|---|---|
| Hispanic-US Born | Hispanic or Latino | Hispanic |
| Hispanic Non-US Born | | |
| White | White | Non-Hispanic White |
| | Middle Eastern or North African | |
| Black | Black or African American | Non-Hispanic Black |
| Asian | Asian | Non-Hispanic Asian or Pacific Islander |
| Pacific Islander | Native Hawaiian or Pacific Islander | |
| Native American (American Indian or Alaska Native) | American Indian or Alaska Native | Non-Hispanic American Indian or Alaska Native |
| Other | N/A | Non-Hispanic Other (including two or more races) |
| Multiracial | Multiracial and/or Multiethnic | |
| Unknown | Unknown | Unknown |

*Note: The denominator should include both nulliparous mothers with a live term singleton newborn in vertex presentation that had their newborn delivered via cesarean section and nulliparous mothers that delivered vaginally.*

**Included Populations:**
- *ICD-10-PCS Principal Procedure Code or ICD-10-PCS Other Procedure Codes* for delivery as defined in Appendix A, Table 11.01.1 Delivery.
- Nulliparous patients with *ICD-10-CM Principal Diagnosis Code or ICD-10-CM Other Diagnosis Codes* for outcome of delivery as defined in Appendix A, Table 11.08 Outcome of Delivery and with a delivery of a newborn with 37 weeks or more of gestation completed.

**Excluded Populations:**
- *ICD-10-CM Principal Diagnosis Code or ICD-10-CM Other Diagnosis Codes* for multiple gestations abnormal presentations and conditions justifying cesarean delivery as defined in Appendix A, Table 11.09 Multiple Gestations, Abnormal Presentations, and Conditions Justifying Cesarean Delivery
- Less than 8 years of age
- Greater than or equal to 65 years of age
- *Gestational Age* < 37 weeks or Unable to Determine (UTD)

**Data Elements:** Visit https://manual.jointcommission.org/releases/TJC2025A/MIF0167.html.

***If fewer than 10 cases during the reporting period, skip the next question.***

168

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002818

**Question #8b (numerator):** Patients in the denominator with cesarean births by the following races/ethnicities:

- Non-Hispanic White
- Non-Hispanic Black
- Non-Hispanic American Indian or Alaska Native
- Non-Hispanic Asian or Pacific Islander
- Hispanic
- Non-Hispanic Other (including two or more races)
- Unknown

**Included Populations:**
*ICD-10-PCS Principal Procedure Code or ICD-10-PCS Other Procedure Codes* for cesarean birth as defined in Appendix A, Table 11.06 Cesarean Birth

**Excluded Populations:** None

**Data Elements:** Visit
https://manual.jointcommission.org/releases/TJC2025A/MIF0167.html.

PBHN000002819

### Episiotomy Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review <u>Leapfrog's Multi-Campus Reporting Policy</u>.

| |
|---|
| **Source:** National Quality Forum #0470 |
| **Reporting Period: 12 months**<br>• Surveys submitted prior to September 1:<br>    ○ 01/01/2024 – 12/31/2024<br>• Surveys (re)submitted on or after September 1:<br>    ○ 07/01/2024 – 06/30/2025<br><br>Note: The discharge date must be used to determine whether a case falls within the reporting period specified. |
| Hospitals participating in the California Maternal Quality Care Collaborative (CMQCC) Maternal Data Center may use the data provided in CMQCC reports when responding to this subsection of the Survey. Download instructions for using the CMQCC reports on the <u>Survey and CPOE Materials webpage</u>. |
| **Question #2 (denominator):** Total number of vaginal deliveries during the reporting period, with Excluded Populations removed.<br><br>For the purposes of this measure, use the following MS-DRGs to identify a vaginal delivery:<br>• 768: Vaginal delivery with O.R. procedure except sterilization and/or D&C<br>• 796: Vaginal delivery with sterilization/D&C with MCC<br>• 797: Vaginal delivery with sterilization/D&C with CC<br>• 798: Vaginal delivery with sterilization/D&C without CC/MCC<br>• 805: Vaginal delivery without sterilization/D&C with MCC<br>• 806: Vaginal delivery without sterilization/D&C with CC<br>• 807: Vaginal delivery without sterilization/D&C without CC/MCC<br><br>The following APR-DRGs should also be used to identify a vaginal delivery if your hospital uses APR-DRG coding:<br>• 541: Vaginal delivery with sterilization and/or D&C<br>• 542: Vaginal delivery with complicating procedures excluding sterilization and/or D&C<br>• 560: Vaginal delivery<br><br>The following Tricare DRGs should also be used to identify a vaginal delivery if your hospitals uses Tricare DRG coding:<br>• 762 Vaginal delivery with sterilization or D&C with MCC<br>• 763 Vaginal delivery with sterilization or D&C with CC<br>• 764 Vaginal delivery with sterilization or D&C without CC/MCC<br>• 768 Vaginal delivery with O.R. procedure except sterilization and/or D&C<br>• 805 Vaginal delivery without sterilization or D&C with MCC<br>• 806 Vaginal delivery without sterilization or D&C with CC<br>• 807 Vaginal delivery without sterilization or D&C without CC/MCC<br><br>**Excluded Populations:**<br>Exclude any cases with the following ICD-10-CM diagnostic code in any field:<br>• O66.0: Obstructed labor due to shoulder dystocia |
| **Question #3 (numerator):** Total number of mothers included in question #2 (the denominator) that had an episiotomy procedure performed.<br><br>For the purposes of this measure, the following ICD-10-PCS procedure codes should be used for identifying an episiotomy:<br>• 0W8NXZZ: Division of female perineum, external approach |

<u>Table of Contents</u>

PBHN000002820

### *Process Measures of Quality Measure Specifications*

**Important Notes:**

Note 1: Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

Note 2: For Maternity Care Process Measures, hospitals with a sufficient sample size (as defined below), can randomly sample for the denominator of each indicator, and measure and report adherence based on that sample. Most likely, the numerator criteria for these two measures will require medical chart review if these specific data are not already extracted or coded consistently for other purposes.

### Newborn Bilirubin Screening Prior to Discharge

| |
|---|
| **Source:** Providence Health |
| **Reporting Period: 12 months**<br>• Surveys submitted prior to September 1:<br>    ○ 01/01/2024 – 12/31/2024<br>• Surveys (re)submitted on or after September 1:<br>    ○ 07/01/2024 – 06/30/2025<br><br>Note: The discharge date must be used to determine whether a case falls within the reporting period specified. |
| Hospitals participating in the California Maternal Quality Care Collaborative (CMQCC) Maternal Data Center may use the data provided in CMQCC reports when responding to this subsection of the Survey. Download instructions for using the CMQCC reports on the Survey and CPOE Materials webpage. |
| **Sampling:** If you have fewer than 30 cases that meet the criteria for inclusion in the denominator of the process measure during the time period of the medical record audit, include ALL of these cases in measuring adherence to the process guidelines. You need NOT use more than 12 months of historical data to increase the eligible cases beyond 30; just measure and report on ALL eligible cases that you have in that reporting period.<br><br>If you have more than 30 cases that meet the criteria for inclusion in the denominator of the process measure during the time period of the medical record audit, you may randomly sample at least 30 of them for the denominator of each guideline, and measure and report adherence based on that sample. |
| **Question #3 (denominator):** Eligible cases include all normal newborns born at or beyond 35 completed weeks gestation that were delivered in the hospital during the reporting period (all inborns) with **Excluded Populations** removed.<br><br>**Excluded Populations:**<br>• admitted to a neonatal ICU, either at your hospital or another hospital; or<br>• with parental refusal to test; or<br>• prenatal documentation of severe congenital anomalies in the newborn and documentation that the newborn will receive comfort care measures only; or<br>• newborn died prior to discharge |
| **Question #4 (numerator):** Number of eligible cases included in the denominator who have a serum or transcutaneous bilirubin screen prior to discharge to identify risk of hyperbilirubinemia. |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002821

## Appropriate DVT Prophylaxis in Women Undergoing Cesarean Delivery

| |
|---|
| **Source:** National Quality Forum #0473 |
| **Reporting Period: 12 months**<br>• Surveys submitted prior to September 1:<br>    ○ 01/01/2024 – 12/31/2024<br>• Surveys (re)submitted on or after September 1:<br>    ○ 07/01/2024 – 06/30/2025<br><br>Note: The discharge date must be used to determine whether a case falls within the reporting period specified. |
| Hospitals participating in the California Maternal Quality Care Collaborative (CMQCC) Maternal Data Center may use the data provided in CMQCC reports when responding to this subsection of the Survey. Download instructions for using the CMQCC reports on the Survey and CPOE Materials webpage. |
| **Sampling:** If you have <u>fewer than 30 cases</u> that meet the criteria for inclusion in the denominator of the process measure during the time period of the medical record audit, include ALL of these cases in measuring adherence to the process guidelines. You need NOT use more than 12 months of historical data to increase the eligible cases beyond 30; just measure and report on ALL eligible cases that you have in that reporting period.<br><br>If you have <u>more than 30 cases</u> that meet the criteria for inclusion in the denominator of the process measure during the time period of the medical record audit, you may randomly sample at least 30 of them for the denominator of each guideline, and measure and report adherence based on that sample. |
| **Question #7 (denominator):** Eligible cases include all women undergoing cesarean delivery during the reporting period.<br><br>Include cases with one of the following MS-DRG codes:<br>• 783: Cesarean section with sterilization with MCC<br>• 784: Cesarean section with sterilization with CC<br>• 785: Cesarean section with sterilization without CC/MCC<br>• 786: Cesarean section without sterilization with MCC<br>• 787: Cesarean section without sterilization with CC<br>• 788: Cesarean section without sterilization without CC/MCC<br><br>The following APR-DRGs should also be used to identify a cesarean delivery if your hospital uses APR-DRG coding:<br>• 539: Cesarean section with sterilization<br>• 540: Cesarean section without sterilization<br><br>The following Tricare DRGs should also be used to identify a cesarean delivery if your hospitals uses Tricare DRG coding:<br>• 771 Cesarean section without sterilization with MCC<br>• 772 Cesarean section without sterilization with CC<br>• 773 Cesarean section without sterilization without CC/MCC<br>• 783 Cesarean section with sterilization with MCC<br>• 784 Cesarean section with sterilization with CC<br>• 785 Cesarean section with sterilization without CC/MCC<br><br>**Excluded Populations:** None. |
| **Question #8 (numerator)** Number of eligible cases included in the denominator who received either<br>• fractionated or unfractionated heparin or heparinoid, or<br>• pneumatic compression devices prior to surgery.<br><br>Note: Use of a pneumatic compression device may be documented in the OR log but must be placed pre-operatively to qualify for inclusion in the numerator.<br><br>For a list of approved pneumatic compression devices, see the devices listed under "Intermittent Pneumatic Compression Device (IPC)" in Table 2.1 VTE Prophylaxis Inclusion Table. |

PBHN000002822

### High-Risk Deliveries Measure Specifications

**Important Notes:**

Note 1: Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

Note 2: Hospitals should report on the selection from Section 4E question #3 (**either** Volume OR the National Performance Measure (VON)).

### Neonatal Intensive Care Unit(s) – Volume

Hospitals opting to report on Volume should only use ICD-10-CM codes as indicated in the specifications below. When calculating hospital volume, count the number of patients with any one or more of the specified diagnosis codes for high-risk deliveries, subject to the other inclusion/exclusion criteria below. The diagnosis codes may be in any field. The count can include inborn as well as transfer cases.

| | |
|---|---|
| **Source:** The Leapfrog Group | |
| **Reporting Period: 12 months**<br>• Surveys submitted prior to September 1:<br>    • 01/01/2024 – 12/31/2024<br>• Surveys (re)submitted on or after September 1:<br>    • 07/01/2024 – 06/30/2025<br><br>Note: The discharge date must be used to determine whether a case falls within the reporting period specified. | |

**Question #5 (Instructions for Volume Reporting)**

**Included Populations:**
Number of newborns admitted to the neonatal ICU with the following ICD-10-CM codes:

| ICD-10-CM Code | Description |
|---|---|
| P05.02 | Newborn light for gestational age, 500-749 grams |
| P05.03 | Newborn light for gestational age, 750-999 grams |
| P05.04 | Newborn light for gestational age, 1000-1249 grams |
| P05.05 | Newborn light for gestational age, 1250-1499 grams |
| P05.12 | Newborn small for gestational age, 500-749 grams |
| P05.13 | Newborn small for gestational age, 750-999 grams |
| P05.14 | Newborn small for gestational age, 1000-1249 grams |
| P05.15 | Newborn small for gestational age, 1250-1499 grams |
| P05.2 | Newborn affected by fetal malnutrition not light or small for gestational age |
| P05.9 | Newborn affected by slow intrauterine growth, unspecified |
| P07.02 | Extremely low birth weight newborn, 500-749 grams |
| P07.03 | Extremely low birth weight newborn, 750-999 grams |
| P07.14 | Other low birth weight newborn, 1000-1249 grams |
| P07.15 | Other low birth weight newborn, 1250-1499 grams |

**Excluded Populations:** Newborns admitted to the neonatal ICU weighing 1500 grams or more.

PBHN000002823

## Neonatal Intensive Care Unit(s) – National Performance Measurement

Hospitals participating in the Vermont Oxford Network (VON) may opt to report on the VON National Performance Measure. In order for Leapfrog to obtain the data from VON, the VON data must be finalized, and hospitals must complete the following steps:

1. Provide an accurate VON Transfer Code in the Hospital Profile,
2. Complete a Data Sharing Authorization letter and submit it to VON by **June 16** (Hospitals that submitted their Data Sharing Authorization letter to VON in previous Leapfrog Hospital Survey Cycles do not have to re-submit a new letter in 2025),
3. Select "VON National Performance Measure" in question #3, and
4. Submit the 2025 Leapfrog Hospital Survey by the June 30 Submission Deadline.

Hospitals that select "VON National Performance Measure" in question #3, but do not adhere to the other steps will be scored and publicly reported as "Declined to Respond" for the High-Risk Deliveries measure.

Data will be available for review on the Leapfrog Hospital Survey Hospital Details Page beginning on July 12. The VON data Leapfrog obtains can be found in the Vermont Oxford Network's Nightingale Internet Reporting System. Leapfrog has provided instructions for using the VON Nightingale online tool on the Survey and CPOE Materials webpage. These instructions can be used to verify the data that Leapfrog is obtaining from VON, which includes:

| Variable | From the Vermont Oxford Network (SMR Report from Nightingale online tool) |
|---|---|
| Volume | From the latest 12-month standardized mortality or morbidity ratio (SMR) report for Death or Morbidity, the hospital's "N" for the volume of cases for the reporting period. |
| SMR 95% (lower bound) | From the same report, the hospital's "SMR 95% (lower)" for Death or Morbidity. This represents the lower value of your hospital's 95% confidence interval. |
| SMR (shrunken) | From the same report, the hospital's "SMR (shrunken)" for Death or Morbidity. This is the weighted average of the hospital value and the population (Vermont Oxford Network) mean value. |
| SMR 95% (upper bound) | From the same report, the hospital's "SMR 95% (upper)" for Death or Morbidity. This represents the upper value of your hospital's 95% confidence interval. |

### Deadlines and Reporting Periods

Leapfrog will update the VON data three times per Survey Cycle for all hospitals that have completed the steps noted above according to the deadlines and reporting periods listed in the following table:

| Complete and submit Data Sharing Authorization to VON by* | Data downloaded from VON will be scored and publicly reported for hospitals that have submitted Section 4 by | VON Reporting Period | Available on Hospital Details Page and Public Reporting Website on |
|---|---|---|---|
| **June 16, 2025** | June 30, 2025 | 2023 | July 12, 2025 Hospital Details Page

July 25, 2025 Public Reporting Website |
| **August 15, 2025** | August 31, 2025 | 2024** | September 10, 2025*** |
| **November 14, 2025** | November 30, 2025 | 2024 | December 9, 2025*** |

* Hospitals that successfully submitted a Data Sharing Authorization letter in previous years are not required to submit another letter in 2025.
**Anticipated release of 2024 VON data.
*** Available on Hospital Details Page on the same date as public release of Survey Results

See FAQs for additional information about responding to the questions in this section.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002824

## Section 4: Maternity Care Frequently Asked Questions (FAQs)

1. **Under normal circumstances our hospital does not perform newborn deliveries. However, during the reporting period we had a few emergency situations and/or transfers. Should we indicate delivering newborns during the reporting period?**
   If your hospital does not electively perform newborn deliveries (i.e., no labor/delivery unit, only admit in an emergency situation), you would respond "no" to question #2 in Section 4A, as hospitals are instructed to report inborns only.

2. **Should newborns that are delivered outside of the hospital that are brought to labor and delivery be included in the total number of live births in Section 4A?**
   When calculating the total number of live births in Section 4A question #3, refer to the measure specifications for Maternity Care Volume. Only inborns should be included in the total volume.

3. **Should hospitals use delivery date or discharge date when including births/cases for the measures reported in Section 4: Maternity Care?**
   The discharge date should be used to determine whether a case falls within the reporting period specified.

4. **What would qualify as offering breastfeeding/lactation consultants "at home after discharge" for the purposes of question #6 in Section 4A?**
   "At home after discharge" includes lactation services provided in the home either in-person or via telehealth with video capabilities. A phone call would not be sufficient.

5. **Can our hospital answer "yes" to question #8 in Section 4A if we offer pre-planned postpartum tubal ligation during the labor and delivery admission?**
   Yes, the tubal ligation can be pre-planned and would qualify if you offer this during the labor and delivery admission.

6. **In Section 4D, what tools should hospitals use for managing patients that receive a serum or transcutaneous bilirubin screen to assess the risk of hyperbilirubinemia prior to discharge?**
   One example a hospital can use is the Bhutani Nomogram. For an example, please see:
   *American Academy of Pediatrics Clinical Practice Guidelines: Management of Hyperbilirubinemia in the Newborn Infant 35 or More Weeks of Gestation.*
   http://pediatrics.aappublications.org/content/114/1/297.full

   **Tip**: To view any Figure in the reference, click on it to open, then again to enlarge.

   Other tools may also be used if the serum or transcutaneous screen is conducted prior to discharge and risk is managed appropriately.

7. **In Section 4D, what codes or diagnoses should be used to identify severe congenital anomalies for exclusions for newborn bilirubin screening prior to discharge?**
   Leapfrog's Maternity Care Expert Panel has opted to not overcomplicate the measure by providing ICD-codes for identifying congenital anomalies in the newborn. Instead, we would suggest that you focus on identifying the following exclusions: documentation that the newborn will receive comfort care measures only, which would accompany the prenatal documentation of severe congenital anomalies in the newborn.

   If you have concerns about the level of effort required to identify these exclusions, please note that Leapfrog allows hospitals to report on a sample of 30 cases for those facilities that opt to report on a sample instead of full case reporting. You can find those instructions in the Maternity Care Process Measure Specifications.

175

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002825

# *Page Intentionally Left Blank*

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002826

# SECTION 5: PHYSICIAN AND NURSE STAFFING

This section includes questions and reference information for Section 5: Physician and Nurse Staffing. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002827

## Section 5: Physician and Nurse Staffing

**Adult and Pediatric ICU Physician Staffing Fact Sheet and Bibliography:**
https://ratings.leapfroggroup.org/measure/hospital/2025/specially-trained-doctors-care-critical-care-patients

**Nursing Workforce Fact Sheet and Bibliography:**
https://ratings.leapfroggroup.org/measure/hospital/2025/nursing-workforce

**Hospitals that do not admit adult critical care patients or operate an adult general medical, surgical, medical/surgical, or neuro ICU should select "No" in question #2 in Section 5A: Adult ICU Physician Staffing and move on to Section 5B: Pediatric ICU Physician Staffing. Hospitals that do not admit pediatric critical care patients or operate a pediatric general medical, surgical, medical/surgical, or neuro ICU should select "No" in question #2 in Section 5B: Pediatric ICU Physician Staffing and move on to Section 5C: Nursing Workforce.**

**Hospitals that regularly admit adult and/or pediatric critical care patients to a mixed acuity unit, should select "Yes" in question #2 in Section 5A: Adult ICU Physician Staffing and/or Section 5B: Pediatric ICU Physician Staffing and respond to all applicable questions. The standard applies to all adult and pediatric general medical, surgical, medical/surgical, and neuro critical care patients (medical and surgical), including those patients in mixed acuity units.**

**For hospitals that have more than one type of ICU that applies to either Section 5A or 5B included in the ICU Physician Staffing standard, where the ICU physician staffing structure may differ among units, hospitals are instructed to report on the ICU with the lowest level of staffing by physicians certified in critical care medicine when responding to questions #1-15 in Section 5A: Adult ICU Physician Staffing and Section 5B: Pediatric ICU Physician Staffing. For example, if the adult neuro ICU is staffed by intensivists at least 8 hours/day, 7 days/week, but the adult surgical ICU is not, the hospital would respond to questions #1-15 in Section 5A based on the adult surgical ICU.**

Section 5 includes questions about the management of critical care patients and the staffing structure of your hospital's adult and pediatric general medical, surgical, medical/surgical, and neuro ICUs, and questions about your hospital's nursing staffing and skill mix (previously included in Section 6).

**Each hospital achieving the standard for Adult and/or Pediatric ICU Physician Staffing assures that:**
All critical care patients [34] in its General Medical, Surgical, Medical/Surgical, and Neuro ICUs[14] are managed or co-managed [35] by physicians certified in critical care medicine [36] who:

- Are ordinarily present in the ICU [37] during daytime hours for at least 8 hours per day, 7 days per week, and during this time provide clinical care exclusively[37] in the ICU
  OR
- Are present via telemedicine [38], in combination with on-site intensivist coverage, for a total of 24 hours per day, 7 days per week; meet all of Leapfrog's ICU requirements for intensivist presence in the ICU via telemedicine; and supported by an on-site intensivist who establishes and revises the daily care plan for each ICU patient, **and**
- At other times*
  - Return more than 95% of ICU calls within 5 minutes, based on a quantified analysis [39] of notification device response time; and
  - Can rely on a physician, physician assistant, nurse practitioner[42], or an FCCS-certified nurse "effector" [40] who is in the hospital and able to reach ICU patients within 5 minutes in more than 95% of cases, based on a quantified hospital analysis of response time of the effector reaching the patient.

*Not applicable for hospitals with 24/7 intensivist coverage.

**Each hospital achieving the standard for Total Nursing Care Hours per Patient Day:**

**Version 9.1**                    First Release: April 1, 2025
© 2025 The Leapfrog Group          Updated Release: May 2, 2025

Table of Contents

PBHN000002828

Has a ratio of total nursing care hours per patient day that is greater than or equal to the 50th percentile (where higher is better) for that hospital's cohort (small teaching, large teaching, non-teaching, mixed acuity, pediatric, or critical access hospital).

**Each hospital achieving the standard for RN Hours per Patient Day:**
Has a ratio of RN hours per patient day that is greater than or equal to the 50th percentile (where higher is better) for that hospital's cohort (small teaching, large teaching, non-teaching, mixed acuity, pediatric, or critical access hospital).

**Each hospital achieving the standard for Nursing Skill Mix:**
Has a percentage of total productive nursing hours worked by RN nursing staff that is higher than or equal to the 50th percentile (where higher is better) for the hospital's cohort (small teaching, large teaching, non-teaching, mixed acuity, pediatric, or critical access hospitals).

**Each hospital achieving the standard for Percentage of RNs who are BSN-Prepared:**
Has a percentage of RNs who are BSN-prepared that is greater than or equal to 80%.

**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the <u>Scoring and Results webpage</u>.**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002829

## 5A: Adult ICU Physician Staffing

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: Each of the endnotes referenced in the questions below must be reviewed before responding to each question.

Note 2: Some intensivist "presence" may be accomplished via tele-intensivists per Leapfrog's specifications (More Information[38]). However, at this time hospitals cannot achieve the standard through the sole use of tele-intensivists.

Note 3: On an interim basis, other categories of physicians may be considered by Leapfrog to be "certified in Critical Care Medicine" (More Information[36]).

Note 4: The standard applies to all adult general medical, surgical, medical/surgical, and neuro critical care patients (medical and surgical), including those patients in mixed acuity units.

---

**Reporting Period: 3 months**
Answer questions #1-15 based on the staffing structure currently in place at the time that you submit this section of the Survey. The staffing structure should have been in place for at least the past 3 months and reflect the ordinary staffing structure for each applicable ICU.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | | |
|---|---|---|
| 1) | What is the latest 3-month reporting period for which your hospital is submitting responses to this section? 3 months ending: | _____ <br> *Format: Month/Year* |
| 2) | Does your hospital operate any adult General Medical, Surgical, Medical/Surgical, or Neuro ICUs[14]? <br><br> *If your hospital has more than one applicable adult ICU, respond to all questions in this section based on the adult ICU that has the lowest level of staffing by physicians certified in critical care medicine (More Information[14]).* <br><br> *If your hospital does not operate an applicable adult ICU but regularly admits adult critical care patients to mixed acuity units, select "yes" and respond to the remaining questions in Section 5A.* <br><br> *If "no" to question #2, skip the remaining questions in Section 5A and continue to the next subsection. The hospital will be scored as "Does Not Apply."* | ○  Yes <br> ○  No |
| 3) | Is the ICU staffed with physicians who are certified in critical care medicine[36] and present on-site or via telemedicine? <br><br> *If "no, the ICU is not staffed with any physicians certified in critical care medicine" to question #3, skip the remaining* | ○  Yes, the ICU is staffed with physicians certified in critical care medicine <br> ○  Yes, the ICU is staffed with physicians certified in critical care medicine |

PBHN000002830

| | |
|---|---|
| *questions in Section 5A and continue to the next subsection. This hospital will be scored as "Limited Achievement."* | based on Leapfrog's expanded definition<br>o  No, the ICU is not staffed with any physicians certified in critical care medicine |
| 4)  Do the physicians who are <u>certified in critical care medicine</u>[36] (whether present on-site or via telemedicine) manage or co-manage <u>all critical care patients</u>[34] in the ICU?<br><br>*If "no" to question #4, skip questions #5-11 and continue to question #12.* | o  Yes, all patients are managed or co-managed by a physician certified in critical care medicine when the physician is present (on-site or via telemedicine)<br>o  No, not all patients are managed or co-managed by a physician certified in critical care medicine when the physician is present (on-site or via telemedicine) |

*There are currently <u>two different options</u> to achieve Leapfrog's ICU Physician Staffing Standard: on-site intensivist coverage for 8 hours a day/7 days per week or 24/7 tele-intensivist coverage with some daily on-site intensivist coverage. Questions #5 and #6 are meant to differentiate between these two options; however, they are both worth the same credit. Hospitals that have 24/7 **on-site** intensivist coverage, and who meet all the criteria listed, should respond "yes" to question #5.*

| | |
|---|---|
| 5)  Are <u>all critical care patients</u>[34] in the ICU <u>managed or co-managed</u>[35] by one or more physicians <u>certified in critical care medicine</u>[36] who meet **all** the following criteria:<br> • <u>ordinarily present</u>[37] **on-site** in the ICU during daytime hours;<br> • for at least **8 hours per day, 7 days per week**; and<br> • providing clinical care <u>exclusively</u>[37] in the ICU during these hours?<br><br>*If "yes" to question #5, skip question #6 and continue to question #7.* | o  Yes<br>o  No |
| 6)  Are <u>all critical care patients</u>[34] in the ICU <u>managed or co-managed</u>[35] by one or more physicians <u>certified in critical care medicine</u>[36] who meet **all** the following criteria:<br> • present via telemedicine, in combination with on-site intensivist coverage, for a total of **24 hours per day, 7 days per week**;<br> • meet all of Leapfrog's ICU requirements for intensivist presence in the ICU via telemedicine (<u>More Information</u>[38]); and<br> • supported by an on-site intensivist who establishes and revises the daily care plan for each ICU patient? | o  Yes<br>o  No |

*If "no" to question #5 and question #6, skip questions #7-8 and continue to question #9.*

| | |
|---|---|
| 7)  When the physicians (from question #3) are not present in the ICU on-site or via telemedicine, do they return more than 95% of calls/pages/texts from these units within five minutes, based on a <u>quantified analysis</u>[39] of notification device response time? (<u>More information on the use of telemedicine to cover calls</u>[41]) | o  Yes<br>o  No<br>o  Not applicable; intensivists are present on-site 24/7 |

<u>Table of Contents</u>

PBHN000002831

| | |
|---|---|
| 8) When the physicians (from question #3) are not present on-site in the ICU or not able to physically reach an ICU patient within 5 minutes, can they rely on a <u>physician, physician assistant, nurse practitioner</u> [42], or <u>FCCS-certified nurse or intern "effector"</u>[40] who is in the hospital and able to reach these ICU patients within five minutes in more than 95% of the cases, based on a <u>quantified analysis</u>[39] of response time of the effector reaching the patient? | ○  Yes<br>○  No<br>○  Not applicable; intensivists are present on-site 24/7 |

*If "no" to either question #7 or #8 in this section, continue to questions #9-15. If "yes" or "not applicable; intensivists are present on-site 24/7" to questions #7 and #8, skip the remaining questions in Section 5A and continue to the next subsection.*

| | |
|---|---|
| 9) Are <u>all critical care patients</u>[34] in the ICU <u>managed or co-managed</u>[35] by one or more physicians <u>certified in critical care medicine</u>[36] who meet **all** the following criteria:<br>• <u>ordinarily present</u>[37] on-site in the ICU during daytime hours;<br>• for at least **8 hours per day, 4 days per week or 4 hours per day, 7 days per week**; and<br>• providing clinical care <u>exclusively</u>[37] in the ICU during these hours? | ○  Yes<br>○  No |
| 10) Are <u>all critical care patients</u>[34] in the ICU <u>managed or co-managed</u>[35] by one or more physicians <u>certified in critical care medicine</u>[36] who meet **all** the following criteria:<br>• present via telemedicine for **24 hours per day, 7 days per week**;<br>• meet all of Leapfrog's modified ICU requirements for intensivist presence in the ICU via telemedicine (<u>More Information</u> [43]); and<br>• supported in the establishment and revision of daily care planning for each ICU patient by an on-site intensivist, hospitalist, anesthesiologist, or physician trained in emergency medicine? | ○  Yes<br>○  No |
| 11) Are <u>all critical care patients</u>[34] in the ICU <u>managed or co-managed</u>[35] by one or more physicians <u>certified in critical care medicine</u>[36] who are:<br>• on-site at least **4 days per week** to establish or revise daily care plans for each critical care patient in the ICU? | ○  Yes<br>○  No |

*If "yes" to question #9, #10, or #11, skip question #12 and continue to question #13.*

| | |
|---|---|
| 12) If not <u>all critical care patients</u>[34] are <u>managed or co-managed</u>[35] by physicians <u>certified in critical care medicine</u>[36], either on-site or via <u>telemedicine</u>[38], are **some critical care patients** managed or co-managed by these physicians who are:<br>• <u>ordinarily present</u>[37] on-site in the ICU during daytime hours;<br>• for at least **8 hours per day, 4 days per week or 4 hours per day, 7 days per week**; and<br>• providing clinical care <u>exclusively</u>[37] in the ICU during these hours? | ○  Yes<br>○  No |
| 13) Does an on-site clinical pharmacist do **all** the following:<br>• at least 5 days per week, makes daily on-site rounds on <u>all critical care patients</u>[34] in the ICU; and<br>• on the other 2 days per week, returns more than 95% of calls/pages/texts from the unit within 5 minutes, based on a <u>quantified analysis</u>[39] of notification device response time;<br>**OR**<br>• makes daily on-site rounds on <u>all critical care patients</u>[34] in the ICU 7 days per week? | ○  Yes<br>○  No<br>○  Clinical pharmacist rounds 7 days per week |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002832

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 5: Physician and Nurse Staffing*

| | |
|---|---|
| 14) Does a physician <u>certified in critical care medicine</u>[36] lead daily interprofessional rounds on-site on <u>all critical care patients</u>[34] in the ICU 7 days per week? | o   Yes<br>o   No |
| 15) Are physicians <u>certified in critical care medicine</u>[36] responsible for all ICU admission and discharge decisions when they are:<br>• present on-site for at least **8 hours per day, 4 days per week or 4 hours per day, 7 days per week**? | o   Yes<br>o   No |

**183**

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

<u>Table of Contents</u>

PBHN000002833

## 5B: Pediatric ICU Physician Staffing

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: Each of the endnotes referenced in the questions below must be reviewed before responding to each question.

Note 2: Some intensivist "presence" may be accomplished via tele-intensivists per Leapfrog's specifications (More Information[38]). However, at this time hospitals cannot achieve the standard through the sole use of tele-intensivists.

Note 3: On an interim basis, other categories of physicians may be considered by Leapfrog to be "certified in Critical Care Medicine" (More Information[36]).

Note 4: The standard applies to all pediatric general medical, surgical, medical/surgical, and neuro critical care pediatric patients (medical and surgical), including those pediatric patients in mixed acuity units.

---

**Reporting Period: 3 months**

Answer questions #1-15 based on the staffing structure currently in place at the time that you submit this section of the Survey. The staffing structure should have been in place for at least the past 3 months and reflect the ordinary staffing structure for each applicable ICU.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | |
|---|---|
| 1) What is the latest 3-month reporting period for which your hospital is submitting responses to this section? 3 months ending: | _____<br>*Format: Month/Year* |
| 2) Does your hospital operate any pediatric General Medical, Surgical, Medical/Surgical, or Neuro ICUs[14]?<br><br>*If your hospital has more than one applicable pediatric ICU, respond to all questions in this section based on the pediatric ICU that has the lowest level of staffing by physicians certified in critical care medicine (More Information[14]).*<br><br>*If your hospital does not operate an applicable pediatric ICU but regularly admits critical care pediatric patients to mixed acuity units, select "yes" and respond to the remaining questions in Section 5B.*<br><br>*If "no" to question #2, skip the remaining questions in Section 5B and continue to the next subsection. The hospital will be scored as "Does Not Apply."* | o   Yes<br>o   No |

PBHN000002834

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 5: Physician and Nurse Staffing*

| | |
|---|---|
| 3) Is the ICU staffed with physicians who are <u>certified in critical care medicine</u>[36] and present on-site or via telemedicine?<br><br>*If "no, the ICU is not staffed with any physicians certified in critical care medicine" to question #3, skip the remaining questions in Section 5B and continue to the next subsection. This hospital will be scored as "Limited Achievement."* | ○ Yes, the ICU is staffed with physicians certified in critical care medicine<br>○ Yes, the ICU is staffed with physicians certified in critical care medicine based on Leapfrog's expanded definition<br>○ No, the ICU is not staffed with any physicians certified in critical care medicine |
| 4) Do the physicians who are <u>certified in critical care medicine</u>[36] (whether present on-site or via telemedicine) manage or co-manage <u>all critical care patients</u>[34] in the ICU?<br><br>*If "no" to question #4, skip questions #5-11 and continue to question #12.* | ○ Yes, all patients are managed or co-managed by a physician certified in critical care medicine when the physician is present (on-site or via telemedicine)<br>○ No, not all patients are managed or co-managed by a physician certified in critical care medicine when the physician is present (on-site or via telemedicine) |

*There are currently <u>two different options</u> to achieve Leapfrog's ICU Physician Staffing Standard: on-site intensivist coverage for 8 hours a day/7 days per week or 24/7 tele-intensivist coverage with some daily on-site intensivist coverage. Questions #5 and #6 are meant to differentiate between these two options; however, they are both worth the same credit. Hospitals that have 24/7 **on-site** intensivist coverage, and who meet all the criteria listed, should respond "yes" to question #5.*

| | |
|---|---|
| 5) Are <u>all critical care patients</u>[34] in the ICU <u>managed or co-managed</u>[35] by one or more physicians <u>certified in critical care medicine</u>[36] who meet **all** the following criteria:<br>  • <u>ordinarily present</u>[37] **on-site** in the ICU during daytime hours;<br>  • for at least **8 hours per day, 7 days per week**; and<br>  • providing clinical care <u>exclusively</u>[37] in the ICU during these hours?<br><br>*If "yes" to question #5, skip question #6 and continue to question #7.* | ○ Yes<br>○ No |
| 6) Are <u>all critical care patients</u>[34] in the ICU <u>managed or co-managed</u>[35] by one or more physicians <u>certified in critical care medicine</u>[36] who meet **all** the following criteria:<br>  • present via telemedicine, in combination with on-site intensivist coverage, for a total of **24 hours per day, 7 days per week**;<br>  • meet all of Leapfrog's ICU requirements for intensivist presence in the ICU via telemedicine (<u>More Information</u>[38]); and<br>  • supported by an on-site intensivist who establishes and revises the daily care plan for each ICU patient? | ○ Yes<br>○ No |

*If "no" to question #5 and question #6, skip questions #7-8 and continue to question #9.*

PBHN000002835

| | |
|---|---|
| 7) When the physicians (from question #3) are not present in the ICU on-site or via telemedicine, do they return more than 95% of calls/pages/texts from these units within five minutes, based on a <u>quantified analysis</u>[39] of notification device response time? (<u>More information on the use of telemedicine to cover calls</u>[41]) | ○ Yes<br>○ No<br>○ Not applicable; intensivists are present on-site 24/7 |
| 8) When the physicians (from question #3) are not present on-site in the ICU or not able to physically reach an ICU patient within 5 minutes, can they rely on a <u>physician, physician assistant, nurse practitioner</u>[42], or <u>FCCS-certified nurse or intern "effector"</u>[40] who is in the hospital and able to reach these ICU patients within five minutes in more than 95% of the cases, based on a <u>quantified analysis</u>[39] of response time of the effector reaching the patient? | ○ Yes<br>○ No<br>○ Not applicable; intensivists are present on-site 24/7 |

*If "no" to either question #7 or #8 in this section, continue to questions #9-15. If "yes" or "not applicable; intensivists are present on-site 24/7" to questions #7 and #8, skip the remaining questions in Section 5B and continue to the next subsection.*

| | |
|---|---|
| 9) Are <u>all critical care patients</u>[34] in the ICU <u>managed or co-managed</u>[35] by one or more physicians <u>certified in critical care medicine</u>[36] who meet **all** the following criteria:<br>• <u>ordinarily present</u>[37] on-site in the ICU during daytime hours;<br>• for at least **8 hours per day, 4 days per week or 4 hours per day, 7 days per week**; and<br>• providing clinical care <u>exclusively</u>[37] in the ICU during these hours? | ○ Yes<br>○ No |
| 10) Are <u>all critical care patients</u>[34] in the ICU <u>managed or co-managed</u>[35] by one or more physicians <u>certified in critical care medicine</u>[36] who meet **all** the following criteria:<br>• present via telemedicine for **24 hours per day, 7 days per week**;<br>• meet all of Leapfrog's modified ICU requirements for intensivist presence in the ICU via telemedicine (<u>More Information</u>[43]); and<br>• supported in the establishment and revision of daily care planning for each ICU patient by an on-site intensivist, hospitalist, anesthesiologist, or physician trained in emergency medicine? | ○ Yes<br>○ No |
| 11) Are <u>all critical care patients</u>[34] in the ICU <u>managed or co-managed</u>[35] by one or more physicians <u>certified in critical care medicine</u>[36] who are:<br>• on-site at least **4 days per week** to establish or revise daily care plans for each critical care patient in the ICU? | ○ Yes<br>○ No |

*If "yes" to question #9, #10, or #11, skip question #12 and continue to question #13.*

| | |
|---|---|
| 12) If not <u>all critical care patients</u>[34] are <u>managed or co-managed</u>[35] by physicians <u>certified in critical care medicine</u>[36], either on-site or via <u>telemedicine</u>[38], are **some critical care patients** managed or co-managed by these physicians who are:<br>• <u>ordinarily present</u>[37] on-site in the ICU during daytime hours;<br>• for at least **8 hours per day, 4 days per week or 4 hours per day, 7 days per week**; and<br>• providing clinical care <u>exclusively</u>[37] in the ICU during these hours? | ○ Yes<br>○ No |

**Version 9.1**<br>© 2025 The Leapfrog Group

**First Release: April 1, 2025**<br>**Updated Release: May 2, 2025**

PBHN000002836

| | |
|---|---|
| 13) Does an on-site clinical pharmacist do **all** the following:<br>• at least 5 days per week, makes daily on-site rounds on <u>all critical care patients</u>[34] in the ICU; and<br>• on the other 2 days per week, returns more than 95% of calls/pages/texts from the unit within 5 minutes, based on a <u>quantified analysis</u>[39] of notification device response time;<br>**OR**<br>• makes daily on-site rounds on <u>all critical care patients</u>[34] in the ICU 7 days per week? | ○ Yes<br>○ No<br>○ Clinical pharmacist rounds 7 days per week |
| 14) Does a physician <u>certified in critical care medicine</u>[36] lead daily interprofessional rounds on-site on <u>all critical care patients</u>[34] in the ICU 7 days per week? | ○ Yes<br>○ No |
| 15) Are physicians <u>certified in critical care medicine</u>[36] responsible for all ICU admission and discharge decisions when they are:<br>• present on-site for at least **8 hours per day, 4 days per week or 4 hours per day, 7 days per week**? | ○ Yes<br>○ No |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002837

## 5C: Nursing Workforce

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

***Total Nursing Care Hours per Patient Day, RN Hours per Patient Day, and Nursing Skill Mix***

**Important Notes:**

Note 1: Hospitals should respond to questions #1-5 and #6-11 if they operate at least one adult or pediatric **single** acuity Medical, Surgical, or Med-Surg unit, defined as a unit where at least 90% of patients in the unit receive the same level of care. If responding to questions #6-11, skip questions #12-14.

Note 2: Hospitals should respond to questions #1-5 and #12-14 if they:
- **do not** operate any adult or pediatric **single** acuity Medical, Surgical, or Med-Surg Units, **but**
- operate at least one adult or pediatric **mixed** acuity Medical, Surgical, or Med-Surg Unit, defined as a unit where more than 10% of the patients in the unit receive varying levels of care (e.g., general medical care and progressive care or intensive care).

Note 3: Single or mixed acuity Medical, Surgical, or Med-Surg Units that had fewer than 15 patient days per month for all 3 months of any quarter of the reporting period should be excluded in questions #6-11 or #12-14.

Note 4: Single or mixed acuity Medical, Surgical, or Med-Surg Units that transitioned to an excluded unit type during the reporting period should be excluded in questions #6-11 or #12-14. For example, if a single acuity Medical Unit transitioned to an ICU during the reporting period, the unit should be excluded when responding to questions #6-11.

**Specifications:** See ***Nursing Workforce Measure Specifications*** in the Reference Information beginning on page 200.

| Reporting Period: 12 months |
|---|
| • Survey submitted prior to September 1:<br>    ○ 01/01/2024 – 12/31/2024<br>• Surveys submitted on or after September 1:<br>    ○ 07/01/2024 – 06/30/2025<br><br>Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported. |

| | | |
|---|---|---|
| 1) | 12-month reporting period used: | ○ 01/01/2024 – 12/31/2024<br>○ 07/01/2024 – 06/30/2025 |
| 2) | Does your hospital operate at least one adult or pediatric single acuity Medical, Surgical, or Med-Surg Unit?<br><br>*A single acuity unit is defined as a unit where at least 90% of the patients receive the same level of care.*<br><br>*If "yes" to question #2, skip question #3 and continue to question #4.* | ○ Yes<br>○ No |

PBHN000002838

| 3) | If your hospital **does not** operate at least one adult or pediatric **single acuity** Medical, Surgical, or Med-Surg Unit, does your hospital operate at least one adult or pediatric **mixed acuity** Medical, Surgical or Med-Surg Unit?<br><br>*A mixed acuity unit is defined as a unit where more than 10% of patients receive varying levels of care.*<br><br>*If "no" to question #3, skip questions #4-16 and continue to question #17. The hospital will be scored as "Does Not Apply."* | ○ Yes<br>○ No |
|---|---|---|
| 4) | Did your hospital calculate total number of patient days, total number of productive hours worked by employed and contracted nursing staff with direct patient care responsibilities (RN, LPN/LVN, and UAP), and total number of productive hours worked by RN nursing staff with direct patient care responsibilities for the reporting period, and do you choose to report those data to this Survey?<br><br>*If "no" to question #4, skip questions #5-16 and continue to question #17. The hospital will be scored as "Did Not Measure."* | ○ Yes<br>○ No |
| 5) | Which method did your hospital use to calculate the total number of patient days for each single acuity Medical, Surgical, Med-Surg or mixed acuity Medical, Surgical or Med-Surg Unit? | ○ Midnight census (including observation patients)<br>○ Midnight census and patient days from actual hours for short stay patients<br>○ Patient days from actual hours<br>○ Patient days from multiple census reports |

*If your hospital operates single acuity units, continue to question #6. If your hospital only operates mixed acuity units, skip questions #6-11, and continue to question #12.*

### For Hospitals that Operate At Least One Adult or Pediatric Single Acuity Medical, Surgical, or Med-Surg Unit

| 6) | Does your hospital operate any adult or pediatric single acuity <u>Medical Units</u>?<br><br>*A single acuity unit is defined as a unit where at least 90% of the patients receive the same level of care.*<br><br>*If "no" or "yes, but had fewer than 15 patient days per month for all 3 months of any quarter of the reporting period" to question #6, skip question #7 and continue to question #8.* | ○ Yes<br>○ No<br>○ Yes, but had fewer than 15 patient days per month for all 3 months of any quarter of the reporting period |
|---|---|---|

| 7) Enter your hospital's responses for each quarter for all adult and pediatric single acuity <u>Medical Units</u> for the reporting period selected in question #1: | | | |
|---|---|---|---|
| | **(a)** Total number of patient days: | **(b)** Total number of productive hours worked by employed and contracted **nursing staff (RN, LPN/LVN, and UAP)** with direct patient care responsibilities: | **(c)** Total number of productive hours worked by **RN nursing staff** with direct patient care responsibilities: |
| Quarter 1 | | | |
| Quarter 2 | | | |

PBHN000002839

*2025 Leapfrog Hospital Survey – Hard Copy*　　　　　　　*Section 5: Physician and Nurse Staffing*

| | | | |
|---|---|---|---|
| Quarter 3 | | | |
| Quarter 4 | | | |

---

8) Does your hospital operate any adult or pediatric single acuity <u>Surgical Units</u>?

*A single acuity unit is defined as a unit where at least 90% of the patients receive the same level of care.*

*If "no" or "yes, but had fewer than 15 patient days per month for all 3 months of any quarter of the reporting period" to question #8, skip question #9 and continue to question #10.*

- ○ Yes
- ○ No
- ○ Yes, but had fewer than 15 patient days per month for all 3 months of any quarter of the reporting period

---

9) Enter your hospital's responses for each quarter for all adult and pediatric single acuity <u>Surgical Units</u> for the reporting period selected in question #1:

| | (a) Total number of patient days: | (b) Total number of productive hours worked by employed and contracted **nursing staff (RN, LPN/LVN, and UAP)** with direct patient care responsibilities: | (c) Total number of productive hours worked by **RN nursing staff** with direct patient care responsibilities: |
|---|---|---|---|
| Quarter 1 | | | |
| Quarter 2 | | | |
| Quarter 3 | | | |
| Quarter 4 | | | |

---

10) Does your hospital operate any adult or pediatric single acuity <u>Med-Surg Units</u>?

*A single acuity unit is defined as a unit where at least 90% of the patients receive the same level of care.*

*If "no" or "yes, but had fewer than 15 patient days per month for all 3 months of any quarter of the reporting period" to question #10, skip questions #11-14 and continue to question #15.*

*If "yes, but had fewer than 15 patient days per month for all 3 months of any quarter of the reporting period" to questions #6, #8, and #10, skip questions #11-16 and continue to question #17. The hospital will be scored as "Unable to Calculate Score."*

- ○ Yes
- ○ No
- ○ Yes, but had fewer than 15 patient days per month for all 3 months of any quarter of the reporting period

---

11) Enter your hospital's responses for each quarter for all adult and pediatric single acuity <u>Med-Surg Units</u> for the reporting period selected in question #1:

| | (a) Total number of patient days: | (b) Total number of productive hours worked by employed and contracted **nursing staff (RN, LPN/LVN, and UAP)** with direct patient care responsibilities: | (c) Total number of productive hours worked by **RN nursing staff** with direct patient care responsibilities: |
|---|---|---|---|
| Quarter 1 | | | |
| Quarter 2 | | | |
| Quarter 3 | | | |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002840

| Quarter 4 | | | |
|---|---|---|---|

**For Hospitals that Only Operate Adult or Pediatric Mixed Acuity Medical, Surgical, or Med-Surg Units**

| 12) Was your adult and/or pediatric mixed acuity Medical, Surgical, or Med-Surg Unit(s) open for the entire reporting period?<br><br>*A mixed acuity unit is defined as a unit where more than 10% of patients receive varying levels of care.*<br><br>*If "no" to question #12, skip questions #13-16 and continue to question #17. The hospital will be scored as "Does Not Apply."*<br><br>*If "yes, but had fewer than 15 patient days per month for all 3 months of any quarter of the reporting period" to question #12, skip questions #13-16 and continue to question #17. The hospital will be scored as "Unable to Calculate Score."* | ○ Yes<br>○ No<br>○ Yes, but had fewer than 15 patient days per month for all 3 months of any quarter of the reporting period |
|---|---|
| 13) What type(s) of adult or pediatric mixed acuity Medical, Surgical, or Med-Surg Units does your hospital operate?<br><br>*Select all that apply.*<br><br>*A <u>High Acuity Unit</u> is a mixed acuity unit in which 50-89% of the patients are critical care **and** the remaining 11-49% can be any other acuity level.*<br><br>*A <u>Moderate Acuity Unit</u> is a mixed acuity unit in which 25-49% of the patients are critical care **OR** 50-89% of the patients are step down care. The remaining percentage can be any other acuity level.*<br><br>*A <u>Blended Acuity Unit</u> is a mixed acuity acute care unit in which less than 90% of the patients receive a single acuity level of care, less than 50% receive step down care, **and** less than 25% receive critical care.* | ☐ High Acuity<br>☐ Moderate Acuity<br>☐ Blended Acuity |

| 14) Enter your hospital's responses for each quarter for all adult and pediatric mixed acuity Medical, Surgical, and Med-Surg Units for the reporting period selected in question #1: | | | |
|---|---|---|---|
| | **(a)** Total number of patient days: | **(b)** Total number of productive hours worked by employed and contracted **nursing staff (RN, LPN/LVN, and UAP)** with direct patient care responsibilities: | **(c)** Total number of productive hours worked by **RN nursing staff** with direct patient care responsibilities: |
| Quarter 1 | | | |
| Quarter 2 | | | |
| Quarter 3 | | | |
| Quarter 4 | | | |

**Version 9.1**<br>© 2025 The Leapfrog Group                    **First Release: April 1, 2025**<br>**Updated Release: May 2, 2025**

PBHN000002841

### NQF Safe Practice #9 – Nursing Workforce

**Important Note:** Hyperlinks in question #16 refer to the <u>Patient Safety Practices FAQs</u> beginning on page 214, not to endnotes. These hyperlinks are not included in the Online Survey Tool.

**Specifications:** See **<u>NQF Safe Practice Measure Specifications</u>** in the Reference Information beginning on page 238.

| | |
|---|---|
| 15) Is your hospital currently recognized as an American Nurses Credentialing Center (ANCC) Magnet® organization or a 2020 or 2024 Pathway to Excellence® organization?<br><br>*If "yes, our hospital is a current American Nurses Credentialing Center (ANCC) Magnet® organization" or "yes, our hospital is a 2020 or 2024 Pathway to Excellence® organization," skip question #16, and continue to question #17.*<br><br>*Pathway to Excellence® hospitals that have not received either the 2020 or 2024 designation must select "no."* | ○ Yes, our hospital is a current American Nurses Credentialing Center (ANCC) Magnet® organization<br>○ Yes, our hospital is a 2020 or 2024 Pathway to Excellence® organization<br>○ No |
| 16) Within the last 12 months, to ensure adequate and competent nursing staff service and nursing leadership at all levels, our organization has: | |
|     a.  held <u>nursing leadership</u> directly accountable for improvements in performance through performance reviews or compensation. | ○ Yes<br>○ No |
|     b.  included <u>nursing leadership</u> as part of the hospital <u>senior administrative leadership team.</u> | ○ Yes<br>○ No |
|     c.  held the <u>board</u> (governance) and <u>senior administrative leadership</u> accountable for the provision of financial resources to ensure adequate nurse staffing levels. | ○ Yes<br>○ No |
|     d.  <u>budgeted</u> financial resources for balancing staffing levels and skill levels to improve performance. | ○ Yes<br>○ No |
|     e.  developed a <u>staffing plan</u>, with input from nurses, to ensure that adequate nursing staff-to-patient ratios are achieved. | ○ Yes<br>○ No |

**Version 9.1**
**© 2025 The Leapfrog Group**
**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002842

### *Percentage of RNs who are BSN-Prepared*

**Specifications:** See **_Nursing Workforce Measure Specifications_** in the Reference Information beginning on page 236.

| |
|---|
| **Reporting Period: 12 months**<br>Answer questions #17-19 based on the most recent day within the last 12-months for which you have complete data.<br><br>Note: As a reminder, the <u>Corrections Period</u> (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported. |

| | |
|---|---|
| 17) Did your hospital calculate the Percentage of RNs who are BSN-Prepared measure for the reporting period, and do you choose to report those data to this Survey?<br><br>*If "no" to question #17, skip questions #18-19 and continue to the next subsection. The hospital will be scored as "Did Not Measure."* | ○   Yes<br>○   No |
| 18) Total number of employed RN nursing staff at the hospital with direct patient care responsibilities: | _____ |
| 19) Total number of employed RN nursing staff at the hospital with direct patient care responsibilities who have a BSN degree or higher (e.g., MSN, DNP, PhD): | _____ |

**Version 9.1**<br>© 2025 The Leapfrog Group

**First Release: April 1, 2025**<br>**Updated Release: May 2, 2025**

PBHN000002843

**Affirmation of Accuracy:**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Physician and Nurse Staffing Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealings with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealings with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.

Affirmed by _____, the hospital's _____,
                    *(first name and last name)*                                 *(title)*
on _____.
                *(date)*

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002844

# Section 5: Physician and Nurse Staffing Reference Information

### *What's New in the 2025 Survey*

Leapfrog renamed Section 5: ICU Physician Staffing to Section 5: Physician and Nurse Staffing and moved Section 6C: Nursing Workforce to Section 5C: Nursing Workforce.

### Section 5A: Adult ICU Physician Staffing and Section 5B: Pediatric ICU Physician Staffing

To ensure that consumers, employers and purchasers, health plans, and other stakeholders can clearly identify hospitals that have adult critical care units and/or pediatric critical care units, Leapfrog is separating Section 5: ICU Physician Staffing into two subsections: Section 5A: Adult ICU Physician Staffing and Section 5B: Pediatric ICU Physician Staffing. The questions themselves will only be updated to reference adult or pediatric units. There are no other updates to the questions. As always, hospitals are instructed to report on the applicable unit with the lowest level of staffing for both subsections.

The subsections 5A and 5B will be scored and publicly reported separately, but there are no changes to the scoring algorithm and the standard for adult and pediatric medical, surgical, medical/surgical, and neuro intensive care units will remain the same. While both the adult and pediatric measures will be scored and publicly reported on Leapfrog's public reporting website and used in Leapfrog's Value-Based Purchasing Program, only the adult ICU Physician Staffing measure will be used in the Hospital Safety Grade methodology.

Leapfrog is also making the following updates to relevant endnotes for Section 5:
- The definition of co-management for critical care patients will be updated to provide more clarity and specificity.
- The definition of "Certified in Critical Care Medicine" will be updated to include those who are awarded certification by the American Osteopathic Association (AOA).
- The definition of "Certified in Critical Care Medicine" will also be updated to exclude physicians with certificates awarded from the Committee on Advanced Subspecialty Training (CAST) as the three-year grace period since CAST certificates have ceased being issued has expired.
- The specifics on audits of response times will be updated to provide additional clarity on the number of audits to conduct over a period of time for both first time submissions and survey re-submissions.

## Section 5C: Nursing Workforce

In response to feedback from hospitals participating in the Survey, an analysis of responses submitted in 2024, and close consultation with our Nursing Workforce Expert Panel, Leapfrog is making several updates to Section 5C: Nursing Workforce.

Leapfrog is updating question #3 to clarify that hospitals should only respond to the questions about mixed acuity units if the hospital does not operate any of the applicable single acuity units. Further clarification on single acuity medical, surgical, and med-surg units to include or exclude, as well as additional clarification on the definition of acuity (i.e., level of care), will be added. Critical Access Units, defined as units where more than 10% of beds are for skilled nursing (swing beds), will be added as an exclusion for both single acuity and mixed acuity units.

The Midnight Census method for calculating the total number of patient days for each unit will include a clarification in the measure specifications that observation patients must be included and short stay patients (who are in and out of the unit before the census is taken) must be included; otherwise, this method cannot be used for calculating patient days.

Leapfrog is also updating the measure specifications for total productive hours worked by employed and contracted nursing staff with direct patient care responsibilities to clarify that sitter hours can only be

195

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002845

included if the sitter is authorized to physically touch the patient when providing direct patient care (i.e., does not need to call another staff member if physical intervention of any type is required).

Additionally, Press Ganey is waiving custom report fees starting in 2025 for active National Database of Nursing Quality Indicators (NDNQI) clients with eligible data. Hospitals participating in NDNQI will be able to request reports to complete the Survey free of charge.

For NQF Safe Practice #9 on the 2025 Leapfrog Hospital Survey, Leapfrog will continue to accept 2020 American Nurses Credentialing Center (ANCC) Pathway to Excellence® criteria and will add 2024 ANCC Pathway to Excellence® criteria. There are no changes to the scoring algorithm for Section 5C: Nursing Workforce.

There are no changes to the scoring algorithm for Section 5C: Nursing Workforce.

### *Change Summary Since Release*

None. If substantive changes are made to this section of the Survey after release on April 1, 2025, they will be documented in this Change Summary section.

**196**

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002846

### Nursing Workforce Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review <u>Leapfrog's Multi-Campus Reporting Policy</u>.

### Total Nursing Care Hours per Patient Day, RN Hours per Patient Day, and Nursing Skill Mix Measure Specifications

| |
|---|
| **Source:** American Nurses Association (ANA) (National Quality Forum #0204 and #0205) |
| **Reporting Period: 12 months**<br>• Survey submitted prior to September 1:<br>  ○ 01/01/2024 – 12/31/2024<br>• Surveys submitted on or after September 1:<br>  ○ 07/01/2024 – 06/30/2025 |

| |
|---|
| **Hospitals that report this data to NDNQI® (National Database of Nursing Quality Indicators®):**<br>Data for this measure can be obtained directly from NDNQI. See details below. |
| Hospitals that submit nursing care hours and patient days to NDNQI will be able to respond to questions #5 - 14 in Section 5C. Active NDNQI clients should email <u>NDNQISupport@PressGaney.com</u> or call 855-304-9788 to connect with one of NDNQI's team members and specify that they are requesting support for the purposes of Leapfrog Hospital Survey reporting on Total Nursing Care Hours per Patient Day, RN Hours per Patient Day, and Nursing Skill Mix. For 2025, additional support for these calculations for active NDNQI clients with eligible data will be provided at no additional cost.<br><br>For NDNQI units to include, please reach out directly to ndnqisupport@pressganey.com. |

| |
|---|
| **Hospitals that do not report this data to NDNQI:**<br>Data for this measure can be obtained using the measure specifications below. |
| **Question #2: Does your hospital operate at least one adult or pediatric single acuity Medical, Surgical, or Med-Surg Unit?**<br><br>Leapfrog has aligned with the National Database of Nursing Quality Indicators' (NDNQI) unit definitions below.<br><br>**Single Acuity Medical Unit (adult and pediatric):**<br>A single acuity general care unit in which at least 90% of the patients are admitted to medical services, such as internal medicine, oncology, or cardiology. Medical specialty units such as Cardiac Medical, GI Medical, Infectious Disease Medical, Neurology Medical, Hematology/Oncology Medical, Renal Medical, and Respiratory Medical, are also included.<br><br>**Single Acuity Surgical Unit (adult and pediatric):**<br>A single acuity general care unit in which at least 90% of the patients are admitted to surgical services, such as general surgery, neurosurgery, or orthopedics. Surgical specialty units such as Bariatric Surgery, Cardio-thoracic Surgery, Gynecologic Surgery, Neurosurgery, Orthopedic Surgery, Plastic Surgery, Transplant Surgery, and Trauma Surgery, are also included.<br><br>**Single Acuity Med-Surg Combined Unit (adult and pediatric):**<br>A single acuity general care unit that cares for patients admitted for medical, surgical, or family practice services and does not meet the 90% criteria for Medical or Surgical unit type. Specialty med-surg units such as Cardiac Med-Surg, Neuro/Neurosurgery Med-Surg, and Hematology/Oncology Med-Surg, are also included.<br><br>**Excluded units:**<br>• Labor and Delivery<br>• Neonatal |

**Version 9.1**                                      **First Release:** April 1, 2025
                                      © 2025 The Leapfrog Group                    **Updated Release:** May 2, 2025

PBHN000002847

*2025 Leapfrog Hospital Survey – Hard Copy*                     *Section 5: Physician and Nurse Staffing*

- Critical Access Unit: a unit where more than 10% of beds are for skilled nursing (swing beds)
- Rehabilitation
- Psychiatric
- Perioperative
- Critical Care
- Step Down/Progressive
- Hospice
- Mixed Acuity Units: a unit where more than 10% of the patients in the unit receive varying levels of care (e.g., general medical care and progressive care or intensive care)
- Units with fewer than 15 patient days per month for all 3 months of any quarter of the reporting period
- Units that transitioned to an excluded unit type during the reporting period (e.g., a single acuity Medical Unit transitioned to a critical care unit during the reporting period)

**Question #3: If your hospital does not operate at least one adult or pediatric single acuity Medical, Surgical, or Med-Surg Unit, does your hospital operate at least one adult or pediatric mixed acuity Medical, Surgical, or Med-Surg Unit?**

Leapfrog has aligned with the National Database of Nursing Quality Indicators' (NDNQI) unit definitions below.

**Mixed Acuity Medical, Surgical and Med-Surg Units (adult and pediatric):**
A unit where more than 10% of patients receive varying levels of care.

Types of mixed acuity units include the following:

**High Acuity Medical, Surgical and Med-Surg Units:**
A mixed acuity unit in which 50-89% of the patients are critical care and the remaining 11-49% can be any other acuity level.

**Moderate Acuity Medical, Surgical and Med-Surg Units:**
A mixed acuity unit in which 25-49% of the patients are critical care OR 50-89% of the patients are step down care. The remaining percent can be any other acuity level.

**Blended Acuity Medical, Surgical and Med-Surg Units:**
A mixed acuity acute care unit in which less than 90% of the patients receive a single acuity level of care, less than 50% receive step down care, and less than 25% receive critical care.

**Excluded units:**
- Cardiac
- Neurology
- Hematology/Oncology
- Critical Access (a unit where more than 10% of beds are for skilled nursing (swing beds))
- Units with fewer than 15 patient days per month for all 3 months of any quarter of the reporting period
- Units that transitioned to an excluded unit type during the reporting period (e.g., a mixed acuity Medical Unit transitioned to a critical care unit during the reporting period)

**Question #5: Which method did your hospital use to calculate the total number of patient days for each single acuity Medical, Surgical, Med-Surg or mixed acuity Medical, Surgical or Med-Surg Unit?**

- **Midnight Census (including observation patients):** The sum of the daily midnight census counts (the number of *all* patients on the unit at midnight each day) during the reporting period. Short stay patients (who are in and out of the unit before the census count is taken) should be included; otherwise, this method cannot be used.
- **Midnight Census and Patient Days from Actual Hours for Short Stay Patients:** A combination of Midnight Census and Patient Days from Actual Hours collected during the reporting period.

PBHN000002848

*2025 Leapfrog Hospital Survey – Hard Copy*   Section 5: Physician and Nurse Staffing

- **Patient Days from Actual Hours: The** sum of the actual hours for all patients during the reporting period divided by 24; typically obtained from an accounting system that tracks the actual time spent in the hospital by each patient.
- **Patient Days from Multiple Census Reports:** The sum of the daily average censuses collected during the reporting period; typically collected multiple times per day (e.g., every 4 hours or each shift).

Note: Patient days should be calculated to include all patients in adult and pediatric single acuity Medical, Surgical, Med-Surg or mixed acuity Medical, Surgical or Med-Surg Units. This includes patients that do not have inpatient status (i.e., observation patients).

Hospitals that operate adult or pediatric **single acuity** Medical, Surgical, or Med-Surg Units should use the measure specifications underline{directly below} to respond to questions #6-11.

Hospitals that operate adult or pediatric **mixed acuity** Medical, Surgical, or Med-Surg Units should use the measure specifications for **mixed acuity** underline{units} to respond to questions #12-14.

### Single Acuity Adult or Pediatric Medical, Surgical, or Med-Surg Units (questions #6-11)

**Question #6: Does your hospital operate any adult or pediatric single acuity Medical Units?**

**Single Acuity Medical Unit (adult and pediatric):**
A single acuity general care unit in which at least 90% of the patients are admitted to medical services, such as internal medicine, oncology, or cardiology. Medical specialty units such as Cardiac Medical, GI Medical, Infectious Disease Medical, Neurology Medical, Hematology/Oncology Medical, Renal Medical, and Respiratory Medical, are also included.

**Excluded units:**
- Labor and Delivery
- Neonatal
- Critical Access (a unit where more than 10% of beds are for skilled nursing (swing beds))
- Rehabilitation
- Psychiatric
- Perioperative
- Critical Care
- Step Down/Progressive
- Hospice
- Mixed Acuity Units: a unit where more than 10% of the patients in the unit are receive varying levels of care (e.g., general medical care and progressive care or intensive care)
- Units with fewer than 15 patient days per month for all 3 months of any quarter of the reporting period
- Units that transitioned to an excluded unit type during the reporting period (e.g., a single acuity Medical Unit transitioned to a critical care unit during the reporting period)

**Question #7: Single Acuity Medical Units**
Enter your hospital's responses for each quarter for all adult and pediatric single acuity **Medical Units** for the reporting period selected in question #1.

**Question #7(a):** Total number of patient days across all adult and pediatric single acuity **Medical Units** during each quarter of the reporting period based on your hospital's method for counting patient days.

Patient days should be calculated to include all patients in adult and pediatric single acuity Medical Units. This includes patients that do not have inpatient status (i.e., observation patients).

**Question #7(b):** Total number of productive hours worked by employed and contracted **nursing staff (RN, LPN/LVN, and UAP)** with direct patient care responsibilities in all adult and pediatric single acuity **Medical Units** during each quarter of the reporting period.

**Productive Hours**

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002849

**Include** the following hours worked by employed and contracted RNs, LPN/LVNs, and UAPs:
- Actual direct patient care hours worked by nursing staff
- Overtime spent performing direct patient care
- Orientation hours for new hires that are considered part of the unit's staffing matrix, whose work hours are charged to the unit's cost center, and who would be replaced if they called out sick
- Sitter hours authorized for both physical touch and direct patient care intervention

**Exclude** the following hours worked by employed and contracted RN, LPN/LVN, and UAP:
- Budgeted or scheduled hours
- Vacation time, sick time, education leave, or committee time
- Orientation hours for new hires that are not considered part of the unit's staffing matrix, whose work hours are not charged to the unit's cost center, and would not be replaced if they call out sick
- Hours from when the unit was staffed but there were no patients in the unit
    - If these nursing hours cannot be removed, then the unit should not be included.
- Virtual or remote hours
- Sitter hours without authorization for both physical touch and direct patient care intervention

**Employed and Contracted Nursing Staff**

**Include** the following RN, LPN/LVN, and UAP nursing staff:
- Staff employed by the hospital
- Temporary staff who are not employed by the hospital (i.e., contracted/agency staff)
- Float staff who are assigned to a unit other than their unit of employment on an as-needed basis if they are assigned direct patient care responsibilities
- Staff who are counted in the unit's staffing matrix, are replaced if they call out sick, and whose work hours are charged to the unit's cost center

**Exclude** the following RN, LPN/LVN, and UAP nursing staff:
- Nursing staff whose primary responsibility is administrative in nature (at least 50% of their time is administrative)
- Specialty teams, patient educators, or case managers who are not assigned to a specific unit
- Unit secretaries or clerks, monitor technicians, and others with no direct patient care responsibilities
- Advanced Practice Registered Nurses (APRNs), including certified nurse-midwife (CNM), clinical nurse specialist (CNS), certified nurse practitioner (CNP), and certified registered nurse anesthetist (CRNA)

*A UAP is any unlicensed person, regardless of title, who performs tasks delegated by a nurse. This includes certified nursing aides/assistants (CNAs), patient care assistants (PCAs), patient care technicians (PCTs), state-tested nursing assistants (STNA), nursing assistants-registered (NA/Rs) or certified medication aides/assistants (MA-Cs).*

**Direct Patient Care Responsibilities**

**Direct Patient Care Responsibilities** are defined as patient centered nursing activities by hospital unit-based staff in the presence of the patient and activities that occur away from the patient that are patient related:
- Medication administration
- Nursing treatments
- Nursing rounds
- Admission, transfer, discharge activities
- Patient teaching
- Patient communication

PBHN000002850

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 5: Physician and Nurse Staffing*

- Coordination of patient care
- Documentation time
- Treatment planning
- Patient screening (e.g., fall risk) and assessment

**Questions #7(c):** Total number of productive hours worked by **RN nursing staff** with direct patient care responsibilities in all adult and pediatric single acuity **Medical Units** in each quarter.

**Include** the total number of productive work hours worked by employed and contracted **RN nursing staff ONLY** from question 7B.

**Question #8: Does your hospital operate any adult or pediatric single acuity Surgical Units?**

**Single Acuity Surgical Unit (adult and pediatric):**
A single acuity general care unit in which at least 90% of the patients are admitted to surgical services, such as general surgery, neurosurgery, or orthopedics. Surgical specialty units such as Bariatric Surgery, Cardio-thoracic Surgery, Gynecologic Surgery, Neurosurgery, Orthopedic Surgery, Plastic Surgery, Transplant Surgery, and Trauma Surgery, are also included.

**Excluded units:**
- Labor and Delivery
- Neonatal
- Critical Access (a unit where more than 10% of beds are for skilled nursing (swing beds))
- Rehabilitation
- Psychiatric
- Perioperative
- Critical Care
- Step Down/Progressive
- Hospice
- Mixed Acuity Units: a unit where more than 10% of the patients in the unit are receive varying levels of care (e.g., general medical care and progressive care or intensive care)
- Units with fewer than 15 patient days per month for all 3 months of any quarter of the reporting period
- Units that transitioned to an excluded unit type during the reporting period (e.g., a single acuity Medical Unit transitioned to a critical care unit during the reporting period)

**Question #9: Single Acuity Surgical Units**
Enter your hospital's responses for each quarter for all adult and pediatric single acuity **Surgical Units** for the reporting period selected in question #1.

**Question #9(a):** Total number of patient days across all adult and pediatric single acuity **Surgical Units** during each quarter of the reporting period based on your hospital's method for counting patient days.

Patient days should be calculated to include all patients in adult and pediatric single acuity Surgical Units. This includes patients that do not have inpatient status (i.e., observation patients).

**Question #9(b):** Total number of productive hours worked by employed and contracted **nursing staff (RN, LPN/LVN, and UAP)** with direct patient care responsibilities in all single acuity adult and pediatric **Surgical Units** in each quarter.

**Productive Hours**

**Include** the following hours worked by employee and contract RNs, LPN/LVNs, and UAPs:
- Actual direct patient care hours worked by nursing staff
- Overtime spent performing direct patient care
- Orientation hours for new hires that are considered part of the unit's staffing matrix, whose work hours are charged to the unit's cost center, and who would be replaced if they called out sick
- Sitter hours authorized for both physical touch and direct patient care intervention

**Exclude** the following hours worked by employed and contracted RN, LPN/LVN, and UAP:

**Version 9.1**                    First Release: April 1, 2025
© 2025 The Leapfrog Group            Updated Release: May 2, 2025

PBHN000002851

- Budgeted or scheduled hours
- Vacation time, sick time, education leave, or committee time
- Orientation hours for new hires that are not considered part of the unit's staffing matrix, whose work hours are not charged to the unit's cost center, and would not be replaced if they call out sick
- Hours from when the unit was staffed but there were no patients in the unit
  - If these nursing hours cannot be removed, then the unit should not be included.
- Virtual or remote hours
- Sitter hours without authorization for both physical touch and direct patient care intervention

### Employed and Contracted Nursing Staff

**Include** the following RN, LPN/LVN, and UAP nursing staff:
- Staff employed by the hospital
- Temporary staff who are not employed by the hospital (i.e., contracted/agency staff)
- Float staff who are assigned to a unit other than their unit of employment on an as-needed basis if they are assigned direct patient care responsibilities
- Staff who are counted in the unit's staffing matrix, are replaced if they call out sick, and whose work hours are charged to the unit's cost center

**Exclude** the following RN, LPN/LVN, and UAP nursing staff:
- Nursing staff whose primary responsibility is administrative in nature (at least 50% of their time is administrative)
- Specialty teams, patient educators, or case managers who are not assigned to a specific unit
- Unit secretaries or clerks, monitor technicians, and others with no direct patient care responsibilities
- Advanced Practice Registered Nurses (APRNs), including certified nurse-midwife (CNM), clinical nurse specialist (CNS), certified nurse practitioner (CNP), and certified registered nurse anesthetist (CRNA)

*A UAP is any unlicensed person, regardless of title, who performs tasks delegated by a nurse. This includes certified nursing aides/assistants (CNAs), patient care assistants (PCAs), patient care technicians (PCTs), state-tested nursing assistants (STNA), nursing assistants-registered (NA/Rs) or certified medication aides/assistants (MA-Cs).*

### Direct Patient Care Responsibilities

**Direct Patient Care Responsibilities** are defined as patient centered nursing activities by hospital unit-based staff in the presence of the patient and activities that occur away from the patient that are patient related:
- Medication administration
- Nursing treatments
- Nursing rounds
- Admission, transfer, discharge activities
- Patient teaching
- Patient communication
- Coordination of patient care
- Documentation time
- Treatment planning
- Patient screening (e.g., fall risk) and assessment

**Questions #9(c):** Total number of productive hours worked by **RN nursing staff** with direct patient care responsibilities in all adult and pediatric single acuity **Surgical Units** in each quarter.

**Include** the total number of productive work hours worked by employed and contracted **RN nursing staff ONLY** from question 9b.

**Question #10: Does your hospital operate any adult or pediatric single acuity Med-Surg Units?**

PBHN000002852

**Single Acuity Med-Surg Combined Unit (adult and pediatric):**
A single acuity general care unit that cares for patients admitted for medical, surgical, or family practice services and does not meet the 90% criteria for Medical or Surgical unit type. Specialty med-surg units such as Cardiac Med-Surg, Neuro/Neurosurgery Med-Surg, and Hematology/Oncology Med-Surg, are also included.

**Excluded units:**
- Labor and Delivery
- Neonatal
- Critical Access (a unit where more than 10% of beds are for skilled nursing (swing beds))
- Rehabilitation
- Psychiatric
- Perioperative
- Critical Care
- Step Down/Progressive
- Hospice
- Mixed Acuity Units: a unit where more than 10% of the patients in the unit are receive varying levels of care (e.g., general medical care and progressive care or intensive care)
- Units with fewer than 15 patient days per month for all 3 months of any quarter of the reporting period
- Units that transitioned to an excluded unit type during the reporting period (e.g., a single acuity Medical Unit transitioned to a critical care unit during the reporting period)

**Question #11: Single Acuity Med-Surg Units**
Enter your hospital's responses for each quarter for all adult and pediatric single acuity **Med-Surg Units** for the reporting period selected in question #1.

**Question #11(a):** Total number of patient days across all adult and pediatric single acuity **Med-Surg Units** for each quarter included in the reporting period based on your hospital's method for counting patient days.

Patient days should be calculated to include all patients in adult and pediatric single acuity Med-Surg Units. This includes patients that do not have inpatient status (i.e., observation patients).

**Question #11(b):** Total number of productive hours worked by employed and contracted **nursing staff (RN, LPN/LVN, and UAP)** with direct patient care responsibilities in all single acuity adult and pediatric **Med-Surg Units** in each quarter.

<u>Productive Hours</u>

**Include** the following hours worked by employed and contracted RNs, LPN/LVNs, and UAPs:
- Actual direct patient care hours worked by nursing staff
- Overtime spent performing direct patient care
- Orientation hours for new hires that are considered part of the unit's staffing matrix, whose work hours are charged to the unit's cost center, and who would be replaced if they called out sick
- Sitter hours authorized for both physical touch and direct patient care intervention

**Exclude** the following hours worked by employed and contracted RN, LPN/LVN, and UAP:
- Budgeted or scheduled hours
- Vacation time, sick time, education leave, or committee time
- Orientation hours for new hires that are not considered part of the unit's staffing matrix, whose work hours are not charged to the unit's cost center, and would not be replaced if they call out sick
- Hours from when the unit was staffed but there were no patients in the unit
  - If these nursing hours cannot be removed, then the unit should not be included.
- Virtual or remote hours
- Sitter hours without authorization for both physical touch and direct patient care intervention

PBHN000002853

**Employed and Contracted Nursing Staff**

**Include** the following RN, LPN/LVN, and UAP nursing staff:
- Staff employed by the hospital
- Temporary staff who are not employed by the hospital (i.e., contracted/agency staff)
- Float staff who are assigned to a unit other than their unit of employment on an as-needed basis if they are assigned direct patient care responsibilities
- Staff who are counted in the unit's staffing matrix, are replaced if they call out sick, and whose work hours are charged to the unit's cost center

**Exclude** the following RN, LPN/LVN, and UAP nursing staff:
- Nursing staff whose primary responsibility is administrative in nature (at least 50% of their time is administrative)
- Specialty teams, patient educators, or case managers who are not assigned to a specific unit
- Unit secretaries or clerks, monitor technicians, and others with no direct patient care responsibilities
- Advanced Practice Registered Nurses (APRNs), including certified nurse-midwife (CNM), clinical nurse specialist (CNS), certified nurse practitioner (CNP), and certified registered nurse anesthetist (CRNA)

*A UAP is any unlicensed person, regardless of title, who performs tasks delegated by a nurse. This includes certified nursing aides/assistants (CNAs), patient care assistants (PCAs), patient care technicians (PCTs), state-tested nursing assistants (STNA), nursing assistants-registered (NA/Rs) or certified medication aides/assistants (MA-Cs).*

**Direct Patient Care Responsibilities**

**Direct Patient Care Responsibilities** are defined as patient centered nursing activities by hospital unit-based staff in the presence of the patient and activities that occur away from the patient that are patient related:
- Medication administration
- Nursing treatments
- Nursing rounds
- Admission, transfer, discharge activities
- Patient teaching
- Patient communication
- Coordination of patient care
- Documentation time
- Treatment planning
- Patient screening (e.g., fall risk) and assessment

**Questions #11(c):** Total number of productive hours worked by **RN nursing staff** with direct patient care responsibilities in all adult and pediatric single acuity **Med-Surg Units** in each quarter.

**Include** the total number of productive work hours worked by RN nursing staff ONLY from question 11b.

---

**Mixed Acuity Adult or Pediatric Medical, Surgical, or Med-Surg Units (questions #12-14)**

**Question #12: Was your adult and/or pediatric mixed acuity Medical, Surgical, or Med-Surg Unit(s) open for the entire reporting period?**

Leapfrog has aligned with the National Database of Nursing Quality Indicators' (NDNQI) unit definitions below.

**Excluded units:**
- Cardiac

PBHN000002854

- Neurology
- Hematology/Oncology
- Critical Access (a unit where more than 10% of beds are for skilled nursing (swing beds))
- Units with fewer than 15 patient days per month for all 3 months of any quarter of the reporting period
- Units that transitioned to an excluded unit type during the reporting period (e.g., a mixed acuity Medical Unit transitioned to a critical care unit during the reporting period)

**Question #13: What type(s) of adult and/or pediatric mixed acuity Medical, Surgical or Med-Surg Units does your hospital operate?**

Leapfrog has aligned with the National Database of Nursing Quality Indicators' (NDNQI) unit definitions below.

**High Acuity Medical, Surgical and Med-Surg Units:**
A mixed acuity unit in which 50-89% of the patients are critical care and the remaining 11-49% can be any other acuity level.

**Moderate Acuity Medical, Surgical and Med-Surg Units:**
A mixed acuity unit in which 25-49% of the patients are critical care OR 50-89% of the patients are step down care. The remaining percent can be any other acuity level.

**Blended Acuity Medical, Surgical and Med-Surg Units:**
A mixed acuity acute care unit in which less than 90% of the patients receive a single acuity level of care, less than 50% receive step down care, and less than 25% receive critical care.

**Question #14: Mixed Acuity Medical, Surgical and Med-Surg Units**
Enter your hospital's responses for each quarter for all adult and pediatric mixed acuity Medical, Surgical and Med-Surg Units for the reporting period selected in question #1.

**Question #14(a):** Total number of patient days across all adult and pediatric **mixed acuity Medical, Surgical and Med-Surg Units** for each quarter included in the reporting period based on your hospital's method for counting patient days.

Patient days should be calculated to include all patients in all adult and pediatric mixed acuity Medical, Surgical or Med-Surg Units. This includes patients that do not have inpatient status (i.e., observation patients).

**Question #14(b):** Total number of productive hours worked by employed and contracted **nursing staff (RN, LPN/LVN, and UAP)** with direct patient care responsibilities in all adult and pediatric **mixed acuity Medical, Surgical, and Med-Surg Units** in each quarter.

<u>Productive Hours</u>

**Include** the following hours worked by employed and contracted RNs, LPN/LVNs, and UAPs:
- Actual direct patient care hours worked by nursing staff
- Overtime spent performing direct patient care
- Orientation hours for new hires that are considered part of the unit's staffing matrix, whose work hours are charged to the unit's cost center, and who would be replaced if they called out sick
- Sitter hours authorized for both physical touch and direct patient care intervention

**Exclude** the following hours worked by employed and contracted RN, LPN/LVN, and UAP:
- Budgeted or scheduled hours
- Vacation time, sick time, education leave, or committee time
- Orientation hours for new hires that are not considered part of the unit's staffing matrix, whose work hours are not charged to the unit's cost center, and would not be replaced if they call out sick
- Hours from when the unit was staffed but there were no patients in the unit
  - If these nursing hours cannot be removed, then the unit should not be included.
- Virtual or remote hours
- Sitter hours without authorization for both physical touch and direct patient care intervention

PBHN000002855

**Employed and Contracted Nursing Staff**

**Include** the following RN, LPN/LVN, and UAP nursing staff:
- Staff employed by the hospital
- Temporary staff who are not employed by the hospital (i.e., contracted/agency staff)
- Float staff who are assigned to a unit other than their unit of employment on an as-needed basis if they are assigned direct patient care responsibilities
- Staff who are counted in the unit's staffing matrix, are replaced if they call out sick, and whose work hours are charged to the unit's cost center

**Exclude** the following RN, LPN/LVN, and UAP nursing staff:
- Nursing staff whose primary responsibility is administrative in nature (at least 50% of their time is administrative)
- Specialty teams, patient educators, or case managers who are not assigned to a specific unit
- Unit secretaries or clerks, monitor technicians, and others with no direct patient care responsibilities
- Advanced Practice Registered Nurses (APRNs), including certified nurse-midwife (CNM), clinical nurse specialist (CNS), certified nurse practitioner (CNP), and certified registered nurse anesthetist (CRNA)

*A UAP is any unlicensed person, regardless of title, who performs tasks delegated by a nurse. This includes certified nursing aides/assistants (CNAs), patient care assistants (PCAs), patient care technicians (PCTs), state-tested nursing assistants (STNA), nursing assistants-registered (NA/Rs) or certified medication aides/assistants (MA-Cs).*

**Direct Patient Care Responsibilities**

**Direct Patient Care Responsibilities** are defined as patient centered nursing activities by hospital unit-based staff in the presence of the patient and activities that occur away from the patient that are patient related:
- Medication administration
- Nursing treatments
- Nursing rounds
- Admission, transfer, discharge activities
- Patient teaching
- Patient communication
- Coordination of patient care
- Documentation time
- Treatment planning
- Patient screening (e.g., fall risk) and assessment

**Question #14(c):** Total number of productive hours worked by **RN nursing staff** with direct patient care responsibilities in all adult and pediatric **mixed acuity Medical, Surgical, and Med-Surg Units** in each quarter.

**Include** the total number of productive work hours worked by employed and contracted RN nursing staff ONLY from question 14b.

See FAQs for additional information about responding to the questions in this section.

PBHN000002856

**Percentage of RNs who are BSN-Prepared Specifications**

| |
|---|
| **Source:** The Leapfrog Group |
| **Reporting Period:** Answer questions #17-19 based on the most recent day within the last 12-months for which you have complete data. |
| **Question #18 (denominator):** Total number of employed RN nursing staff at the hospital with direct patient care responsibilities.<br><br>Included RN Nursing Staff:<br>• Staff employed by the hospital in most all hospital units, including observation, co-located[31] outpatient units, and emergency departments who:<br> ○ Are counted in the unit's staffing matrix, **and**<br> ○ Are replaced if they call in sick, **and**<br> ○ Whose work hours are charged to the unit's cost center<br>• Float staff who are assigned to a unit other than their unit of employment on an as-needed basis if they are assigned direct patient care responsibilities<br><br>Excluded RN Nursing staff:<br>• Staff that are not employed by the hospital (i.e., contracted/agency staff)<br>• Staff that are exclusively assigned to skilled nursing units or mixed acuity neonatal units<br>• Staff that are part of specialty teams or are patient educators or case managers who are not assigned to a specific unit<br>• Unit secretaries or clerks or others with no direct patient care responsibilities<br>• Staff that are primarily responsible for administrative tasks (at least 50% of their time is administrative)<br>• Advanced Practice Registered Nurses (APRNs), including certified nurse-midwife (CNM), clinical nurse specialist (CNS), certified nurse practitioner (CNP), and certified registered nurse anesthetist (CRNA)<br><br>Direct Patient Care Responsibilities are defined as patient centered nursing activities by hospital unit-based staff in the presence of the patient and activities that occur away from the patient that are patient related:<br>• Medication administration<br>• Nursing treatments<br>• Nursing rounds<br>• Admission, transfer, discharge activities<br>• Patient teaching<br>• Patient communication<br>• Coordination of patient care<br>• Documentation time<br>• Treatment planning<br>• Patient screening (e.g., fall risk) and assessment |
| **Question #19 (numerator):** Total number of employed RN nursing staff at the hospital with direct patient care responsibilities who have a BSN degree or higher (e.g., MSN, DNP, and PhD).<br><br>Note: Hospitals can use any method to identify RN nursing staff who have a BSN degree or higher, including:<br>• NDNQI Annual RN Survey<br>• Data collected by the nurse managers at the hospital<br>• Information from HR or credentialing office, or<br>• Staff survey via SurveyMonkey or other free data collection tool. |

See FAQs for additional information about responding to the questions in this section.

PBHN000002857

# Section 5: Physician and Nurse Staffing Frequently Asked Questions (FAQs)

### Adult and Pediatric ICU Physician Staffing FAQs

### ICU General Questions

1. **What is the reporting period for the ICU measure?**
   Hospitals should report on Section 5A and 5B based on their staffing structure <u>at the time they submit this section of the Survey</u>. The staffing structure must have been in place for at least the past 3 months and should reflect the ordinary staffing structure for the ICU.

2. **How should hospitals report if they have more than one type of qualifying ICU?**
   If your hospital has more than one applicable ICU (i.e., multiple adult ICUs or multiple pediatric ICUs), respond to all questions in each section based on the ICU that has the lowest level of staffing by physicians certified in critical care medicine. Review <u>endnote 34</u> for more information.

3. **Does Leapfrog's ICU standard apply to mixed acuity units? A multi-organizational service unit (MOSU) unit?**
   The standard applies to all adult and pediatric general medical, surgical, medical/surgical, and neuro critical care patients (medical and surgical), including those patients in mixed acuity units and other non-critical care units.

4. **Are cardiac critical care patients in a general medical, surgical, and medical/surgical ICU required to be co-managed by an intensivist?**
   Cardiac critical care patients in a general medical, surgical, or medical/surgical ICU that are in beds <u>dedicated</u> to cardiac critical care patients and being cared for by <u>dedicated</u> cardiac physicians (e.g., cardiologist or cardiac surgeon) and nursing staff are not included in Leapfrog's ICU Physician Staffing standard and do not need to be managed/co-managed by the intensivist. However, cardiac critical care patients in a general medical, surgical, or medical/surgical ICU bed being cared for by general medical or surgical critical care physicians and nursing staff are included in the standard and do need to be managed/co-managed by the intensivist. Additional clarification is available <u>here</u>.

5. **Does Leapfrog's ICU Physician Staffing standard include cardiac critical care patients?**
   For the purposes of reporting on Section 5A and 5B, cardiac critical care patients in general medical, surgical, or medical/surgical ICU beds being cared for by general medical and/or surgical critical care physicians and nursing staff are included in the standard and need to be managed/co-managed by the intensivist. Cardiac critical care patients in a general medical, surgical, or medical/surgical ICU that are in beds dedicated to cardiac critical care patients and being cared for by dedicated cardiac physicians (e.g., cardiologist or cardiac surgeon) and nursing staff are not included in Leapfrog's ICU Physician Staffing standard and do not need to be managed/co-managed by the intensivist.

### ICU Certification

6. **Is there any empirical basis for specifying a minimum annual number of days of ICU experience for each board-eligible physician providing ICU care?**
   No. Accordingly, if it is added to the Leapfrog standard in the future, it will be based on newly published research and expert advice.

7. **Do all intensivists serving as tele-intensivists need to meet Leapfrog's definition of "certified in critical care medicine"?**
   Yes. All intensivists who serve as tele-intensivists do need to meet <u>Leapfrog's definition</u> of "certified in critical care medicine."

PBHN000002858

8. **Is a physician who is awaiting the results of the certification test considered "certified in critical care medicine"?**
A physician is considered certified in critical care medicine as long as the board that originally certified the physician in critical care medicine deems that physician certified. Intensivists that are close to having their certification lapse should check with the board that certified them to see how exactly that board defines a lapsed certification.

9. **Are physicians board certified in critical care medicine from the American Osteopathic Association (AOA) considered "certified in critical care medicine" for Leapfrog's ICU Physician Staffing Standard?**
Yes. Physicians with a board certification in critical care from American Osteopathic Association (AOA) are considered "certified in critical care medicine."

10. **How should intensivists trained in critical medicine in a foreign country be treated for purposes of meeting the ICU Physician Staffing (IPS) Standard?**
Foreign trained physicians who were certified in critical care medicine in the country in which they trained would be considered certified for the purposes of the ICU Physician Staffing (IPS) standard.

## *ICU Telemedicine*

11. **Can you clarify what you mean by combined presence of tele-intensivists and on-site intensivists, as needed, for 24 hours per day/7 days per week in question #6 for Sections 5A and 5B?**
Hospitals can achieve Leapfrog's IPS Standard by having daily on-site intensivist coverage combined with a telemedicine service that meets all ten of <u>the Leapfrog requirements.</u> For example, an on-site intensivist takes two hours in the morning to establish and revise the daily care plan for each ICU patient, then a tele-intensivist picks up management or co-management of the ICU patients and is continually monitoring all critical care patients for the remaining 22 hours, for a combined total of 24 hours per day/7 days per week.

    Hospitals should minimize <u>the number of hand-offs</u> between the on-site intensivist and the tele-intensivist during a 24-hour period and maximize the continuous time that one type of intensivist is caring for critical care patients. **Leapfrog does not recommend more than 4 hand-offs per 24 hours.**

12. **Our hospital uses a telemedicine service to provide coverage in our ICU for 16 hours/7 days per week coverage when the on-site intensivist is not present at the hospital. Can our hospital still fully meet Leapfrog's standard?**
Hospitals that use telemedicine to cover "call" for the on-site intensivist are able to fully meet Leapfrog's standard if: (1) the telemedicine service meets all ten of <u>the Leapfrog requirements</u>; and (2) the hospital has an "effector" (physician/PA/NP/FCCS-certified nurse or intern) on-site during that time period to carry out the tele-intensivist's orders and can reach the ICU patient within 5 minutes, 95% of the time.

## *ICU Response Time*

13. **Does Leapfrog specify standards for second tier calls (e.g., the initial call to a physician is not answered within 5 minutes)?**
No. We do not intend to reach this level of detail in our specifications, absent a compelling case that the gain would offset its added complexity.

14. **Are there definitions for what constitutes high and low urgency calls/pages/texts?**
No, and hospitals don't have to focus only on high urgency calls/pages/texts, but some notification device systems can make this differentiation, and, in these instances, low urgency calls/pages/texts can be excluded from the analysis of response times.

PBHN000002859

15. **If my hospital has few instances where there is no intensivist coverage, how should we conduct the response time audit? Can we perform mock pages to satisfy the intent?**
Unannounced mock pages would meet the intent. For the audit to be reliable, 20 unannounced mock pages over 90 days should be evaluated.

16. **When an intensivist is not on-site in the ICU, can hospitals use a non-FCCS-certified CRNA as the "effector?"**
No. To serve as the "effector," CRNAs require FCCS-certification.

17. **When an intensivist is not on-site in the ICU, can hospitals use FCCS-certified interns as the "effector?"**
Yes. An FCCS-certified intern can serve as the "effector."

### *ICU Rounding*

18. **How does Leapfrog define "makes on-site daily rounds" for clinical pharmacists in question #13 within Sections 5A and 5B?**
A clinical pharmacist would need to make on-site daily rounds (5 or 7 days per week) on **all** critical care patients (not some or most critical care patients) in **all** applicable ICUs (adult or pediatric general medical, surgical, medical/surgical, and neuro ICUs).

Please note that if your clinical pharmacist is rounding 5 days per week, then, during the other 2 days per week, a clinical pharmacist still needs to respond to calls/texts/pages within 5 minutes, as determined by a response time audit.

19. **Are pharmacy residents considered clinical pharmacists in question #13 within Sections 5A and 5B?**
To be considered a clinical pharmacist, Leapfrog only requires that the pharmacist have a Doctor of Pharmacy (PharmD) degree. Therefore, a PharmD graduate completing a residency would meet Leapfrog's criterion to be considered a clinical pharmacist.

20. **What roles should be included in interprofessional rounds in question #14 within Sections 5A and 5B?**
For rounds to be considered interprofessional, the team should include 3 or more persons. Typical personnel that would be part of the rounding team include physician, nurse, pharmacist, physical and/or occupational therapist, and nutritionist.

### *Total Nursing Care Hours per Patient Day, RN Hours per Patient Day, and Nursing Skill Mix FAQs*

21. **Why has Leapfrog aligned their unit type definitions with NDNQI?**
Though NDNQI participation is not required to report on the Total Nursing Care Hours per Patient Day, RN Hours per Patient Day, or Nursing Skill Mix measures, a number of hospitals participate in NDNQI and have data available to report to the Leapfrog Hospital Survey.

22. **How is patient acuity defined?**
Patient acuity is the level of care that patients are receiving. The three levels of care are:
- critical care (highest level of acuity)
- step down (lower level of acuity that patients in a critical care unit yet a higher level of acuity than is provided on a general care unit)
- general care

Single acuity medical, surgical and med-surg units are units where at least 90% of the patients receive general care. Mixed acuity medical, surgical and med-surg units are units where less than 90% of the patients receive a single acuity level of care (more than 10% of patient receive varying levels of care).

PBHN000002860

### NQF Safe Practice #9 – Nursing Workforce FAQs

**23. How do I know if my hospital is eligible to report it has a current Pathways to Excellence designation?**
Hospitals that applied for Pathway to Excellence designation beginning in January 2021 and onward were certified using the 2020 or 2024 Pathways to Excellence® criteria and are eligible to report that they have a current designation.

Hospitals can check the Designation Year or Redesignation Year on the American Nurses Credentialing Center website. If the year is 2021 or later, the hospital meets the Pathways to Excellence® criteria.

**24. 15e: If the state has set minimum nurse to patient staffing ratios, do hospitals in that state automatically meet the intent of this element?**
No. Minimum ratios do not necessarily address the "adequacy" issue, as the make-up of your hospital's patient population may require more intensive staffing than is prescribed by the state's minimum.

**25. 15e: What are the minimum requirements to qualify as a "staffing plan?"**
"A staffing plan" refers to nursing policies and procedures or a specific process used by the organization to pre-determine appropriate staffing patterns based on usual patient mix and nursing qualifications. A hospital must demonstrate full achievement of its targets.

Organizations must integrate several data sets into a staffing system that predefines and quantifies appropriate staffing targets. These data sets include:
- Historical Data (e.g., patient volumes, acuity levels, and staff volumes of direct caregivers)
- Comparative Data (e.g., comparisons between similar units internally and comparative external data from hospitals of like size and geographic location)
- Clinical Outcomes
- Skill Mix of Staff (e.g., licensing levels and educational training, years of experience, and volume of new graduates on a unit)
- Physical environment (e.g., distance staff have to travel to access support equipment, visibility of patients, locations of nursing stations to patient rooms, etc.)
- Type of patient care needs
- Support services available

Daily monitoring should take place to determine variances between predetermined staffing patterns and actual staffing patterns. If necessary, corrective action should be taken. Regular monitoring should take place to determine the accuracy of targets established and determine adjustments as needed.

### Percentage of RNs who are BSN-Prepared FAQs

**26. Should RNs with direct patient care responsibilities exclusively assigned to outpatient units or hospital clinics be included when reporting on the Percentage of RNs who are BSN-Prepared measure?**
Yes. The total number of RN nursing staff employed at the hospital should include nurses with direct care responsibilities in most hospital units, including observation, co-located[31] outpatient units, and emergency departments. Only employed RNs exclusively assigned to Skilled Nursing units or Mixed Acuity Neonatal units should be excluded when reporting on the measure.

PBHN000002861

# *Page Intentionally Left Blank*

PBHN000002862

# SECTION 6: PATIENT SAFETY PRACTICES

This section includes questions and reference information for Section 6: Patient Safety Practices. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002863

## Section 6: Patient Safety Practices

**NQF Safe Practices Fact Sheets:**
https://ratings.leapfroggroup.org/measure/hospital/2025/effective-leadership-prevent-errors

**Hand Hygiene Fact Sheet and Bibliography:**
https://ratings.leapfroggroup.org/measure/hospital/2025/handwashing

**Diagnostic Excellence Bibliography:**
https://ratings.leapfroggroup.org/measure/hospital/2025/whats-new-2025

**Hospital Boarding in the Emergency Department (ED) Bibliography:**
https://ratings.leapfroggroup.org/measure/hospital/2025/whats-new-2025

Section 6 includes questions about your hospital's adherence to two National Quality Forum-endorsed Safe Practices, and questions about your hospital's hand hygiene practices. It also includes a subsection on diagnostic excellence (6D) and a new subsection on Hospital Boarding in the Emergency Department (ED) (6E) – both subsections are optional and will not be scored or publicly reported.

**Each hospital achieving the standard for NQF Safe Practice #1 – Culture of Safety Leadership Structures and Systems and NQF Safe Practice #2 – Culture Measurement, Feedback, and Intervention:**
Has earned 100% of points (adopted all elements) for the NQF Safe Practice.

**Each hospital achieving the standard for Hand Hygiene:**
Has met all elements for the Monitoring domain including collecting compliance data on at least 200 hand hygiene opportunities* each month in each patient care unit. Has also met all elements for the Feedback domain, as well as **2 of the 3** remaining domains for hand hygiene:

- Training and Education Domain
- Infrastructure Domain
- Culture Domain

OR

Has met all elements for the Monitoring domain including collecting compliance data on at least 100 hand hygiene opportunities* each month in each patient care unit, as well as **all 4** remaining domains for hand hygiene:

- Feedback Domain
- Training and Education Domain
- Infrastructure Domain
- Culture Domain

*or at least the number of hand hygiene opportunities outlined based on the unit type in Tables 1-3 or Tables 4-6.*

**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the Scoring and Results webpage.**

PBHN000002864

## 6A: NQF Safe Practice #1 – Culture of Safety Leadership Structures and Systems

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: Page numbers throughout this subsection refer to the NQF Safe Practices for Better Healthcare – 2010 Update report, not this document.

Note 2: Hyperlinks throughout this subsection refer to the Patient Safety Practices FAQs beginning on page 251, not to endnotes. These hyperlinks are not included in the Online Survey Tool.

**Specifications:** See *NQF Safe Practice Measure Specifications* in the Reference Information beginning on page 238.

*Awareness*

| 1.1) Within the last 12 months, in regard to raising the awareness of key stakeholders to our organization's efforts to improve patient safety, the following actions related to the identification and mitigation of risks and hazards have been taken: | | |
|---|---|---|
| a. board (governance) minutes reflect regular communication regarding **all** three of the following:<br>   i. risks and hazards (as defined by *NQF Safe Practice #4 – Identification and Mitigation of Risks and Hazards*);<br>   ii. culture measurement (as defined by *NQF Safe Practice #2 – Culture Measurement, Feedback, and Intervention*); and<br>   iii. progress towards resolution of safety and quality problems. (p.75) | ○ Yes<br>○ No | |
| b. patients and/or families of patients are active participants in the hospital-wide safety and quality committee that meets on a regularly scheduled basis (e.g., biannually or quarterly). (p.75) | ○ Yes<br>○ No | |
| c. steps have been taken to report ongoing efforts to improve safety and quality in the organization and the results of these efforts to the community. (p.75) | ○ Yes<br>○ No | |
| d. all staff and independent practitioners were made aware of ongoing efforts to reduce risks and hazards and to improve patient safety and quality in the organization. (p.75) | ○ Yes<br>○ No | |

*Accountability*

| 1.2) Within the last 12 months, in regard to holding the board, senior administrative leadership, midlevel management, nursing leadership, physician leadership, and frontline caregivers directly accountable for results related to the identification and mitigation of risks and hazards, the organization has done the following: | | |
|---|---|---|
| a. an integrated patient safety program has been in place for the entire reporting period, providing oversight and alignment of safe practice activities. (p.76) | ○ Yes<br>○ No | |
| b. a Patient Safety Officer (PSO) has been appointed and communicates regularly with the board (governance) and senior administrative leadership; the PSO is the primary point of contact of the integrated patient safety program. (p.76) | ○ Yes<br>○ No | |
| c. performance has been documented in performance reviews and/or compensation incentives for all levels of hospital management and hospital-employed caregivers noted above. (p.76) | ○ Yes<br>○ No | |
| d. the interdisciplinary patient safety team communicated regularly with senior administrative leadership regarding **both** of the following and documented these communications in meeting minutes (pp. 76-77):<br>   i. progress in meeting safety goals, and<br>   ii. provided team training to caregivers. | ○ Yes<br>○ No | |

PBHN000002865

| e. | the hospital <u>reported</u> adverse events to external mandatory or voluntary programs. (p.77) | ○ Yes<br>○ No |
|---|---|---|

### Ability

| **1.3)** | **Within the last 12 months, in regard to implementation of the patient safety program, the <u>board</u> (governance) and <u>senior administrative leadership</u> have provided resources to cover the implementation, as evidenced by:** | |
|---|---|---|
| a. | dedicated patient safety program <u>budgets</u> to support the program, staffing, and technology investment. (p.77) | ○ Yes<br>○ No |

### Action

| **1.4)** | **Within the last 12 months, structures and systems have been in place to ensure that <u>senior administrative leadership</u> is taking direct action, as evidenced by:** | |
|---|---|---|
| a. | CEO and <u>senior administrative leadership</u> are personally <u>engaged</u> in reinforcing patient safety improvements, e.g., "walk-arounds," and reporting to the <u>board</u> (governance). Calendars reflect allocated time. (p.78) | ○ Yes<br>○ No |
| b. | CEO has actively <u>engaged</u> leaders from <u>service lines, midlevel management, nursing leadership, and physician leadership</u> in patient safety improvement actions. (p.79) | ○ Yes<br>○ No |
| c. | hospital has established a <u>structure</u> for input into the patient safety program by licensed independent practitioners and the organized medical staff and physician leadership. Input documented in meeting minutes or materials. (p.79) | ○ Yes<br>○ No |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002866

## 6B: NQF Safe Practice #2 – Culture Measurement, Feedback, and Intervention

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: Page numbers throughout this subsection refer to the NQF Safe Practices for Better Healthcare – 2010 Update report, not this document.

Note 2: Hyperlinks throughout this subsection refer to the Patient Safety Practices FAQs beginning on page 249, not to endnotes. These hyperlinks are not included in the Online Survey Tool.

Note 3: Throughout this subsection, the culture of safety survey referenced in each practice element refers to one administered in the last 24 months as indicated in 2.1a. This means that the same culture of safety survey should be used when responding to each practice element.

**Specifications:** See ***NQF Safe Practice Measure Specifications*** in the Reference Information beginning on page 238.

### *Awareness*

| 2.1) Within the last 24 months, in regard to culture measurement, our organization has done the following: | | |
|---|---|---|
| a. | conducted a culture of safety survey of our employees using a nationally recognized tool that has demonstrated validity, consistency, and reliability. The units surveyed account for at least 50% of the aggregated care delivered to patients within the hospital and include the high patient safety risk units or departments. (p.88)<br><br>*If "no" to question 2.1a, skip the remaining questions in Section 6B and continue to the next subsection. The hospital will be scored as "Limited Achievement."* | o   Yes<br>o   No |
| b. | portrayed the results of the culture of safety survey in a report, which reflects both hospital-wide and individual unit level results, as applicable. (p.88) | o   Yes<br>o   No |
| c. | benchmarked results of the culture of safety survey against external organizations, such as "like" hospitals or other hospitals within the same health system. | o   Yes<br>o   No |
| d. | compared results of the culture of safety surveys across roles and staff levels. | o   Yes<br>o   No |
| e. | service line, midlevel managers, or senior administrative leaders used the results of the culture of safety survey to debrief at the relevant unit level, using semi-structured approaches for the debriefings and presenting results in aggregate form to ensure the anonymity of survey respondents. | o   Yes<br>o   No |

### *Accountability*

| 2.2) Within the last 24 months, in regard to accountability for improvements in culture measurement, our organization has done the following: | | |
|---|---|---|
| a. | shared the results of the culture of safety survey with the board (governance) and senior administrative leadership in a formal report and discussion. (p.88) | o   Yes<br>o   No |
| b. | included in performance evaluation criteria for senior administrative leadership both the response rates to the culture of safety survey and the use of the culture of safety survey results in the improvement efforts. | o   Yes<br>o   No |

PBHN000002867

*Ability*

| 2.3) | Within the last 12 months, in regard to culture measurement, the organization has done the following (or has had the following in place): | | |
|------|-----------------------------------------------------------------------------------------------------------------|---|-----|
| a. | conducted staff <u>education program</u>(s) on methods to improve the culture of safety, tailored to the organization's culture of safety survey results. | ○ | Yes |
| | | ○ | No |
| b. | included the costs of culture measurement/follow-up activities in the patient safety program <u>budget</u>. | ○ | Yes |
| | | ○ | No |

*Action*

| 2.4) | Within the last 12 months, in regard to accountability for improvements in culture measurement, our organization has done the following: | | |
|------|-----------------------------------------------------------------------------------------------------------------|---|-----|
| a. | developed or implemented explicit, hospital-wide organizational policies and procedures for regular culture measurement. (p.88) | ○ | Yes |
| | | ○ | No |
| b. | <u>disseminated</u> the results of the culture of safety survey widely across the institution, and <u>senior administrative leadership</u> held follow-up meetings with the sampled units to discuss the unit's results and concerns. (p.88) | ○ | Yes |
| | | ○ | No |
| c. | identified performance improvement interventions based on the culture of safety survey results, which were shared with <u>senior administrative leadership</u> and subsequently measured and monitored. (p.88) | ○ | Yes |
| | | ○ | No |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002868

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 6: Patient Safety Practices*

## 6C: Hand Hygiene

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: Hyperlinks not followed by a superscript throughout this subsection refer to the Patient Safety Practices FAQs beginning on page 251. These hyperlinks are not included in the Online Survey Tool.

Note 2: The framework and questions in this subsection are modeled after the World Health Organization's Hand Hygiene Self-Assessment Framework.

Note 3: Hospital responses should reflect patient care units only, including all adult and pediatric medical, surgical, and medical/surgical units (including telemetry units), step-down/progressive units, obstetrical units, intensive care units (including neonatal units), pre-operative and post-anesthesia care units, observation units, and dedicated emergency department units.

Note 4: Only include units that were open for the entire reporting period (i.e., most recent month or past three months based on responses selected in monitoring questions #8-10) and that remain currently open.

**Specifications:** See ***Hand Hygiene Measure Specifications*** in the Reference Information beginning on page 237.

| |
|---|
| **Reporting Period:** Answer questions #1-21 based on the practices currently in place at the time you submit this section of the Survey. |
| Note: For monitoring, this means that the monthly sample size (or quarterly sample size if answering question #10) would need to be met at least once in each patient care unit the month (or quarter) preceding the time of the submission of the Survey and there must be a process in place to meet the monthly (or quarterly) sample size thereafter in each patient care unit every month/quarter. |
| Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported. |

### *Training and Education*

| | | |
|---|---|---|
| 1) | Do individuals who touch patients or who touch items that will be used by patients [44] in your patient care units receive hand hygiene training from a professional with appropriate training and skills [45] at **both**:<br>• the time of onboarding, and<br>• annually thereafter?<br><br>*If "no" to question #1, skip questions #2-3 and continue to question #4.* | ○   Yes<br>○   No |
| 2) | In order to pass the **initial** hand hygiene training, do individuals who touch patients or who touch items that will be used by patients[44] in your patient care units need to physically demonstrate proper hand hygiene with soap and water and alcohol-based hand sanitizer? | ○   Yes<br>○   No |

**219**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002869

| | |
|---|---|
| 3) Are **all** six of the following topics included in your hospital's initial and annual hand hygiene training:<br>• Evidence linking hand hygiene and infection prevention;<br>• When <u>individuals who touch patients or who touch items that will be used by patients</u>[44] should perform hand hygiene (e.g., <u>WHO's 5 Moments for Hand Hygiene</u>, <u>CDC's Guideline for Hand Hygiene</u>);<br>• How <u>individuals who touch patients or who touch items that will be used by patients</u>[44] should clean their hands with alcohol-based hand sanitizer and soap and water as to ensure they cover all surfaces of hands and fingers, including thumbs and fingernails;<br>• When gloves should be used in addition to hand washing (e.g., caring for *C. diff.* patients) and how hand hygiene should be performed when gloves are used;<br>• The minimum time that should be spent performing hand hygiene with soap and water and alcohol-based hand sanitizer; and<br>• How hand hygiene compliance is monitored? | ○  Yes<br>○  No |

### Infrastructure

| | |
|---|---|
| 4) Does your hospital conduct quarterly audits on a sample of dispensers in your patient care units to ensure all the following:<br>• Paper towels, soap dispensers, and alcohol-based hand sanitizer dispensers are refilled when they are empty or near empty, and<br>• Batteries in automated paper towel dispensers, soap dispensers, and alcohol-based hand sanitizer dispensers (if automated dispensers are used in the patient care units) are replaced? | ○  Yes<br>○  No |
| 5) Do **all** rooms and bed spaces in your patient care units have:<br>• an alcohol-based hand sanitizer dispenser located at the entrance to the room or bed space, and<br>• alcohol-based hand sanitizer dispenser(s) located inside the room or bed space that are equally accessible to the location of all patients in the room or bed space? | ○  Yes<br>○  No |

**First Release: April 1, 2025**<br>**Updated Release: May 2, 2025**

PBHN000002870

| | |
|---|---|
| 6) Does your hospital conduct audits of the volume of alcohol-based hand sanitizer that is delivered with each activation of a wall-mounted dispenser (manual and automated) on a sample of dispensers in your patient care units at **all** the following times:<br><br>• upon installation,<br>• whenever the brand of product or system changes, and<br>• whenever adjustments are made to the dispensers?<br><br>**OR**<br><br>Has your hospital conducted an audit of the volume of alcohol-based hand sanitizer that is delivered with each activation of a wall-mounted dispenser (manual and automated) on a sample of your hospital's <u>existing</u> dispensers if there have been no changes to any dispensers?<br><br>*If "no" or "does not apply, wall-mounted dispensers are not used," skip question #7 and continue to question #8.* | ○ Yes<br>○ No<br>○ Does not apply, wall-mounted dispensers are not used |
| 7) Do all the audited dispensers deliver, with one activation, 1.0 mL of alcohol-based hand sanitizer OR a volume of alcohol-based hand sanitizer that covers the hands completely and requires 15 or more seconds for hands to dry (on average)? | ○ Yes<br>○ No |

*Monitoring*

| | |
|---|---|
| 8) Does your hospital collect hand hygiene compliance data on at least **200 hand hygiene opportunities**, or at least the number of hand hygiene opportunities outlined based on the unit type in Tables 1-3, **each** <u>month</u> in each patient care unit?<br><br>*If "yes" to question #8, skip questions #9-10 and continue to question #11.* | ○ Yes, using an electronic compliance monitoring system throughout all patient care units<br>○ Yes, using an electronic compliance monitoring system throughout some patient care units and only direct observation in all other patient care units<br>○ Yes, using only direct observation throughout all patient care units<br>○ No |
| 9) Does your hospital collect hand hygiene compliance data on at least **100 hand hygiene opportunities**, or at least the number of hand hygiene opportunities outlined based on the unit type in Tables 4-6, **each** <u>month</u> in each patient care unit?<br><br>*If "yes" to question #9, skip question #10 and continue to question #11.* | ○ Yes, using an electronic compliance monitoring system throughout all patient care units<br>○ Yes, using an electronic compliance monitoring system throughout some patient care units and only direct observation in all other patient care units<br>○ Yes, using only direct observation throughout all patient care units<br>○ No |

**Version 9.1**
© 2025 The Leapfrog Group
**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002871

| | |
|---|---|
| | o  Yes, using an electronic compliance monitoring system throughout all patient care units |
| 10) Does your hospital collect hand hygiene compliance data on at least **100 hand hygiene opportunities each <u>quarter</u> in each patient care unit**?<br><br>*If "no" to question #10, skip questions #11-19 and continue to question #20.* | o  Yes, using an electronic compliance monitoring system throughout some patient care units and only direct observation in all other patient care units<br><br>o  Yes, using only direct observation throughout all patient care units<br><br>o  No |
| 11) Does your hospital use hand hygiene coaches or compliance observers to provide <u>individuals who touch patients or who touch items that will be used by patients</u>[44] in your patient care units with feedback on both when they are and are not compliant with performing hand hygiene? | o  Yes<br>o  No |

**Direct Monitoring – Electronic Compliance Monitoring System**

*If "yes, using an electronic compliance monitoring system throughout all patient care units" or "yes, using an electronic compliance monitoring system throughout some patient care units and only direct observation in all other patient care units" to question #8, question #9, or question #10, answer questions #12-13 based on the units that use an electronic compliance monitoring system.*

| | |
|---|---|
| 12) In those patient care units where an electronic compliance monitoring system is used, does the monitoring system used meet **both** of the following criteria:<br> • The system can identify both opportunities for hand hygiene and that hand hygiene was performed, and<br> • The hospital itself has validated the accuracy of the data collected by the electronic compliance monitoring system? | o  Yes<br>o  No |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002872

| 13) In those patient care units where an electronic compliance monitoring system is used, are direct observations also conducted for coaching and intervention purposes that meet **all** the following criteria:<br>• Observers immediately intervene prior to any harm occurring to provide non-compliant individuals with immediate feedback;<br>• Observations identify both opportunities for hand hygiene and compliance with those opportunities;<br>• Observations determine who practiced hand hygiene, verify when they practiced it, and whether their technique was correct;<br>• Observations within a unit are conducted weekly or monthly across all shifts and on all days of the week proportional to the number of <u>individuals who touch patients or who touch items that will be used by patients</u>[44] on duty for that shift; and<br>• Observations capture a representative sample of the different roles of <u>individuals who touch patients or who touch items that will be used by patients</u>[44] (e.g., nurses, physicians, techs, environmental services workers)? | ○ Yes<br>○ No |
|---|---|

## Direct Monitoring – Direct Observation

*If "yes, using an electronic compliance monitoring system throughout some patient care units and only direct observation in all other patient care units" or "yes, using only direct observation" to question #8, question #9, or question #10 answer questions #14-15 based on the units that do NOT use an electronic compliance monitoring system.*

| 14) In those patient care units where an electronic compliance monitoring system is NOT used, do the direct observations meet **all** the following criteria:<br>• Observations identify both opportunities for hand hygiene and compliance with those opportunities;<br>• Observations determine who practiced hand hygiene, verify when they practiced it, and whether their technique was correct;<br>• Observations within a unit are conducted weekly or monthly across all shifts and on all days of the week proportional to the number of <u>individuals who touch patients or who touch items that will be used by patients</u>[44] on duty for that shift; and<br>• Observations are conducted to capture a representative sample of the different roles of <u>individuals who touch patients or who touch items that will be used by patients</u>[44] (e.g., nurses, physicians, techs, environmental services workers)? | ○ Yes<br>○ No |
|---|---|
| 15) Does your hospital have a system in place for both the initial and recurrent training and validation of hand hygiene compliance observers? | ○ Yes<br>○ No |

## Feedback

| | |
|---|---|
| 16) Are unit-level hand hygiene compliance data fed back to <u>individuals who touch patients or who touch items that will be used by patients</u>[44] at least monthly for improvement work? | ○ Yes<br>○ No |
| 17) Are unit-level hand hygiene compliance data used for creating unit-level action plans? | ○ Yes<br>○ No |
| 18) Is regular (at least every 6 months) feedback of hand hygiene compliance data, with demonstration of trends over time, given to:<br><ul><li><u>senior administrative leadership</u>, <u>physician leadership</u>, and <u>nursing leadership,</u></li><li>the <u>board</u> (governance), and</li><li>the <u>medical executive committee</u>?</li></ul><br>*If "no" to question #18, skip question #19 and continue to question #20.* | ○ Yes<br>○ No |
| 19) If "yes" to question #18, is <u>senior administrative leadership</u>, <u>physician leadership</u>, and <u>nursing leadership</u> held directly accountable for hand hygiene performance through <u>performance reviews or compensation</u>? | ○ Yes<br>○ No |

## Culture

| | |
|---|---|
| 20) Are patients and visitors <u>invited to remind</u> <u>individuals who touch patients or who touch items that will be used by patients</u>[44] to perform hand hygiene? | ○ Yes<br>○ No |
| 21) Have **all** the following individuals (or their equivalents) <u>demonstrated a commitment</u> to support hand hygiene improvement in the last year (e.g., a written or verbal commitment delivered to those <u>individuals who touch patients or who touch items that will be used by patients</u>[44]):<br><ul><li>Chief Executive Officer,</li><li>Chief Medical Officer, and</li><li>Chief Nursing Officer?</li></ul> | ○ Yes<br>○ No |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002874

## 6D: Diagnostic Excellence (Optional – Fact-Finding Only)

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: This subsection will not be scored or publicly reported.

Note 2: A diagnostic error is an event where one or both of the following occurred, with harm or high potential of harm to the patient:

- Delayed, wrong, or missed diagnosis: At least one missed opportunity to pursue or identify an accurate and timely diagnosis based on the information that existed at the time.
- Diagnosis not communicated to the patient: An accurate diagnosis was available but was not effectively communicated to the patient or family caregiver.

All references to "errors in diagnoses" refer to both types of events.

Note 3: Diagnosis excellence means making and communicating a correct and timely diagnosis using appropriate resources while maximizing patient experience and managing uncertainty.

---

**Reporting Period:** Answer questions #1-16 based on the practices currently in place at the time you submit this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

### *CEO Commitment to Diagnostic Excellence*

| | |
|---|---|
| 1) In the past 36 months, has your hospital's current CEO or CMO made a formal commitment (verbally or in writing) to all staff to make reducing harm to patients from errors in diagnosis an organizational priority, and communicated at least one specific action the hospital will take to further the commitment?<br><br>**The commitment must specifically focus on errors in diagnosis.**<br><br>*If "no" to question #1, skip question #2 and continue question #3.* | ○ Yes<br>○ No |
| 2) What specific actions were communicated by your hospital's CEO or CMO as part of their formal commitment to reducing harm to patients from errors in diagnosis?<br><br>*Select all that apply.* | ☐ Designated a senior leader or clinician champion<br>☐ Formed a committee<br>☐ Implemented a performance measure<br>☐ Implemented a QI project<br>☐ None of the above |

### *Patient Engagement*

| | |
|---|---|
| 3) Has your hospital chartered a Patient and Family Advisory Council (PFAC) that meets at least quarterly?<br><br>*If "no" to question #3, skip question #4 and continue to question #5.* | ○ Yes<br>○ No |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002875

| | |
|---|---|
| 4)  In the past 36 months, has your hospital's PFAC:<br>• received education regarding errors in diagnosis in the hospital or the <u>diagnostic process</u> [46],<br>• had input into any initiatives aimed at reducing errors in diagnosis in the hospital, or<br>• led any initiatives aimed at reducing errors in diagnosis in the hospital? | ○ Yes<br>○ No |

### *Risk Assessment and Mitigation*

| | |
|---|---|
| 5)  In the past 36 months, has your hospital used the <u>Safer Dx Checklist</u> to identify at least one high-priority practice that is not currently at "Full" implementation?<br><br>*If "no" to question #5, skip question #6 and continue to question #7.* | ○ Yes, led by our multidisciplinary team<br>○ Yes, led by a different entity at the hospital (please specify):<br>_____<br>○ No |
| 6)  What steps has your hospital taken to fully implement the practice?<br><br>*Select all that apply.* | ☐ Allocated budget<br>☐ Appointed an individual or team responsible for implementation<br>☐ Set a date for full implementation<br>☐ None of the above |

### *Convening a Multidisciplinary Team Focused on Diagnostic Excellence*

| | |
|---|---|
| 7)  In the past 36 months, has your hospital convened a multidisciplinary team that meets all the following requirements:<br>• Solely focused on reducing harm to patients from errors in diagnosis;<br>• Sponsored by either the CEO or CMO;<br>• Includes, at a minimum, representatives from nursing, pharmacy, laboratory medicine, radiology, pathology, hospital medicine or inpatient care specialists, emergency medicine, and quality or risk management;<br>• Meets at least quarterly;<br>• Reports to senior leaders quarterly; and<br>• Reports to the Board annually?<br><br>*The multidisciplinary team should be a **distinct entity** at your hospital, not the established patient safety committee.*<br><br>*If "no" to question #7, skip question #8 and continue to question #9.* | ○ Yes<br>○ No |
| 8)  In the past 24 months, has the multidisciplinary team helped to educate staff on their work on reducing errors in diagnosis? | ○ Yes<br>○ No |
| 9)  As a standing agenda item of regular meetings, has the multidisciplinary team reviewed any clinical or administrative data, patient experience or patient reported data, or incident reports to identify or track errors in diagnosis?<br><br>*If "no" to question #9, skip question #10 and continue to question #11.* | ○ Yes<br>○ No<br>○ No, but a different team at the hospital has reviewed data or incident reports to identify or track errors in diagnosis |

**Version 9.1**
**© 2025 The Leapfrog Group**
First Release: April 1, 2025
**Updated Release: May 2, 2025**

PBHN000002876

| | |
|---|---|
| 10) In the past 24 months, if an error in diagnosis was identified through the review of any of the data sources used in question #9, did the multidisciplinary team conduct any analyses or case reviews within four weeks of the error being identified and ensure the findings were communicated to the individuals involved in the patient's care and hospital leadership? | ○ Yes<br>○ No<br>○ No, but a different team at the hospital has conducted at least one root cause analysis or case review of a diagnostic error |
| 11) In the past 24 months, has the multidisciplinary team encouraged all staff (verbally or in writing), including all clinicians who participate in the diagnostic process, to report errors in diagnosis via the hospital's incident or event reporting system? | ○ Yes<br>○ No<br>○ No, but a different team at the hospital has encouraged all staff to report errors in diagnosis |
| 12) In the past 24 months, has the multidisciplinary team convened emergency medicine staff to identify commonly misdiagnosed conditions (e.g., stroke, heart attack, VTE) in the emergency department?<br><br>*If "no" to question #12, skip question #13 and continue to question #14.* | ○ Yes<br>○ No<br>○ No, but the emergency medicine staff independently meet to identify commonly misdiagnosed conditions |
| 13) In the past 24 months, has the multidisciplinary team worked with the emergency medicine staff to develop or implement any initiatives aimed at improving accurate and timely diagnosis of these commonly misdiagnosed conditions? | ○ Yes<br>○ No<br>○ No, but the emergency medicine staff have independently implemented at least one such initiative |
| 14) In the past 24 months, has the multidisciplinary team convened radiologists and pathologists to discuss diagnosis related issues, including potential discrepancies, and analyze cases where there is a discrepancy between radiology and pathology findings?<br><br>*If "no" to question #14, skip question #15 and continue to question #16.* | ○ Yes<br>○ No<br>○ No, but radiologists and pathologists independently meet to discuss diagnosis-related issues |
| 15) In the past 24 months, has the multidisciplinary team worked with the pathologists and radiologists to develop or implement protocols to ensure timely review and resolution of discrepancies, and timely communication of diagnoses to patients and their families? | ○ Yes<br>○ No<br>○ No, but radiologists and pathologists independently developed or implemented at least one such protocol |

### Training and Education

| | |
|---|---|
| 16) In the past 36 months, has your hospital trained any staff using <u>AHRQ's TeamSTEPPS for Diagnosis Improvement</u> program to improve communication among members of the care team (including nurses, pharmacists, and other allied health professionals), within the context of the diagnostic process or in reducing errors in diagnosis)? | ○ Yes<br>○ No |

PBHN000002877

*2025 Leapfrog Hospital Survey – Hard Copy*                              *Section 6: Patient Safety Practices*

**Closing the Loop on Cancer Diagnosis**

---

**Reporting Period: 12 months**
- Survey submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

Note: As a reminder, the <u>Corrections Period</u> (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

**Sufficient Sample:** See ***Closing the Loop on Cancer Diagnosis Measure Specifications*** for instructions on identifying a sufficient sample for questions #19-22.

| | |
|---|---|
| 17) 12-month reporting period used: | ○  01/01/2024 – 12/31/2024<br>○  07/01/2024 – 06/30/2025 |
| 18) Do pathologists at your hospital routinely document the date in which they communicate <u>pathology reports</u> indicating a diagnosis of colon, lung, or breast cancer to a patient or a patient's ordering physician?<br><br>*If "no" or "our hospital does not operate an on-site pathology service" to question #18, skip the remaining questions in Section 6D and continue to the next subsection.* | ○  Yes<br>○  No<br>○  Our hospital does not operate an on-site pathology service |
| 19) Did your hospital perform an audit on a sufficient sample of patients to calculate the proportion of colon, lung, or breast cancer diagnoses in which the patient or patient's ordering physician was notified within five business days of the report being signed by the pathologist, and do you choose to report those data to this Survey?<br><br>*If "no" or "yes, but fewer than 30 cases met the inclusion criteria for the denominator," skip the remaining questions in Section 6D and continue to the next subsection.* | ○  Yes<br>○  No<br>○  Yes, but fewer than 30 cases met the inclusion criteria for the denominator |
| 20) How many cases were included in the audit from question #19 with a diagnosis of colon, lung, or breast cancer: | _____ |
| 21) Total number of patients from question #20 with documented communication between the pathologist and the patient or patient's ordering physician within five business days of the report being signed by the pathologist:<br><br>*Documented communication includes:*<br><br>• *A documented phone call between the pathologist and patient or patient's ordering physician of the diagnosis, and*<br>• *A timestamp, read receipt, or email response indicating that the patient or patient's ordering physician read an electronic communication of the diagnosis.* | _____ |
| 22) Total number of patients from question #20 who were notified, either by phone or electronically, that the pathology report with their diagnosis was uploaded to the patient portal and ready for review:<br><br>*Hospitals that do not upload pathology reports to the patient portal or notify patients when reports are uploaded, should enter "0."* | _____ |

**Version 9.1**                                              **First Release: April 1, 2025**
© 2025 The Leapfrog Group                      **Updated Release: May 2, 2025**

PBHN000002878

## 6E: Hospital Boarding in the Emergency Department (ED) (Optional – Fact-Finding Only)

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: This subsection will not be scored or publicly reported.

Note 2: Only include units that were open for the entire reporting period and that remain currently open.

Note 3: When reporting on questions #4 and/or #5, include Emergency Department (ED) visits with an admission to an inpatient non-psychiatric or psychiatric bed, including ED visits with an admission to hospital observation status.

**Specifications:** See ***Hospital Boarding in the Emergency Department (ED) Measure Specifications*** in the Reference Information beginning on page 162.

| |
|---|
| **Reporting Period: 12 months** |
| • Surveys submitted prior to September 1: |
|   ○ 01/01/2024 – 12/31/2024 |
| • Surveys (re)submitted on or after September 1: |
|   ○ 07/01/2024 – 06/30/2025 |
| |
| Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported. |

| | |
|---|---|
| 1) 12-month reporting period used: | ○ 01/01/2024 – 12/31/2024<br>○ 07/01/2024 – 06/30/2025 |
| 2) Did your hospital operate a <u>dedicated emergency department (ED)</u>[47] during the reporting period?<br><br>*If "no" or "yes, but ED is now closed or wasn't open for the entire reporting period," skip questions #3-5 and go to the Affirmation of Accuracy.* | ○ Yes<br>○ No<br>○ Yes, but ED is now closed or wasn't open for the entire reporting period |
| 3) What type(s) of <u>dedicated emergency department(s)</u>[47] did your hospital operate?<br><br>*Select all that apply.* | ☐ Adult only<br>☐ Pediatric only<br>☐ Adult/Pediatric combined |

*If "Adult only" or "Adult/Pediatric combined" to question #3, answer question #4 based on the **adult patients** admitted to inpatient non-psychiatric and psychiatric beds (including ED visits where the patient was placed in hospital observation status).*

PBHN000002879

4) For **adult patients**, enter your hospital's total number of emergency department (ED) visits with an admission to an inpatient non-psychiatric or psychiatric bed (including ED visits where the patient was placed in hospital observation status), the number of those ED visits with a boarding time greater than 4 hours, the median number of hours spent in the ED for those patients, and the 90th percentile of hours spent in the ED for those patients.

*If the number of visits for an adult admission type is less than 10 (in column a), skip columns b, c, and d and then move to the next admission type.*

*For columns c and d, enter hours and minutes up to one decimal place (e.g., enter 1.5 to denote 1 hour and 30 minutes).*

| Adult Admission Type | ED Visits, Boarding Time, and Time Spent in the ED | | | |
|---|---|---|---|---|
| | **(a)** Total number of ED visits with an inpatient admission or where the patient was placed in hospital observation status | **(b)** Number of ED visits indicated in column (a) with a boarding time greater than 4 hours | **(c)** Median number of hours spent in the ED for ED visits indicated in column (a) | **(d)** 90th percentile of hours spent in the ED for ED visits indicated in column (a) |
| Admitted to an inpatient **non-psychiatric bed** | | | | |
| Admitted to an inpatient **psychiatric bed** | | | | |

*If "Pediatric only" or "Adult/Pediatric combined" to question #3, answer question #5 based on the **pediatric patients** admitted to inpatient non-psychiatric and psychiatric beds (including ED visits where the patient was placed in hospital observation status).*

5) For **pediatric patients**, enter your hospital's total number of emergency department (ED) visits with an admission to an inpatient non-psychiatric or psychiatric bed (including ED visits where the patient was placed in hospital observation status), the number of those ED visits with a boarding time greater than 4 hours, the median number of hours spent in the ED for those patients, and the 90th percentile of hours spent in the ED for those patients.

*If the number of visits for a pediatric admission type is less than 10 (in column a), skip columns b, c, and d and then move to the next admission type.*

*For columns c and d, enter hours and minutes up to one decimal place (e.g., enter 1.5 to denote 1 hour and 30 minutes).*

| Pediatric Admission Type | ED Visits, Boarding Time, and Time Spent in the ED | | | |
|---|---|---|---|---|
| | **(a)** Total number of ED visits with an inpatient admission or where the patient was placed in hospital observation status | **(b)** Number of ED visits indicated in column (a) with a boarding time greater than 4 hours | **(c)** Median number of hours spent in the ED for ED visits indicated in column (a) | **(d)** 90th percentile of hours spent in the ED for ED visits indicated in column (a) |
| Admitted to an inpatient **non-psychiatric bed** | | | | |

Table of Contents

PBHN000002880

| | | | | |
|---|---|---|---|---|
| Admitted to an inpatient **psychiatric bed** | | | | |

PBHN000002881

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 6: Patient Safety Practices*

**Affirmation of Accuracy**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Patient Safety Practices Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealings with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealings with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.

Affirmed by _____, the hospital's _____,
          *(first name and last name)*                          *(title)*
on _____.
          *(date)*

PBHN000002882

## Section 6: Patient Safety Practices Reference Information

### *What's New in the 2025 Survey*

### Section 6A: NQF Safe Practice #1 – Culture of Safety Leadership Structures and Systems

Leapfrog is updating the FAQ for Safe Practice 1.1b to clarify the requirement of having patients and/or families of patients as active participants in the hospital-wide safety and quality committee for hospitals that utilize a systemwide safety and quality committee instead of a local committee.

Additionally, the definition of Board has been updated to clarify that a system-wide board that governs hospitals in the system would meet the criteria.

There are no changes to the scoring algorithm for Section 6A: NQF Safe Practice #1 – Culture of Safety Leadership Structures and Systems.

### Section 6B: NQF Safe Practice #2 – Culture Measurement, Feedback, and Intervention

There are no changes to this subsection.

### Section 6C: Hand Hygiene

Leapfrog is adding further clarification in the measure specifications regarding the units included when reporting on Section 6C: Hand Hygiene, including reminding hospitals to exclude units that are not currently open and/or were not open consistently throughout the entire reporting period (i.e., most recent month or past three months based on responses selected in monitoring questions #8-10). The units are being updated to add further clarification and alignment with reporting in other sections of the Survey, including specifying the inclusion of both single acuity and mixed acuity units when reporting on medical, surgical, and medical/surgical units. In addition, hospitals will need to include any pre-operative and post-anesthesia care units that are located in or co-located with their hospital (previously hospitals were asked to only include those used for inpatient procedures and those used for outpatient procedures listed in Section 9: Outpatient Procedures), as well as those located in free-standing hospital outpatient departments that perform the outpatient procedures listed in Section 9: Outpatient Procedures and that share the hospital's license or CMS Certification Number.

After a year of fact-finding, Leapfrog is removing the optional question asking about practices followed when a patient is suspected or confirmed with C. difficile given that the vast majority of hospitals were following all of the SHEA/IDSA/APIC Practice Recommendations.

There are no changes to the scoring algorithm for Section 6C: Hand Hygiene.

### Section 6D: Diagnostic Excellence

Based on an analysis of responses submitted to the 2024 Leapfrog Hospital Survey and consultation with Leapfrog's Diagnostic Excellence Expert Panel, Leapfrog will not score or publicly report Section 6D: Diagnostic Excellence in 2025. Instead, Leapfrog will make several revisions to the question set, and add new FAQs, to ensure responses accurately reflect the intent of the new subsection.

Leapfrog is making the following updates to Section 6D: Diagnostic Excellence:
- Question #1, regarding the CEO's commitment to diagnostic excellence, will be updated to specify that the commitment must specifically focus on errors in diagnosis, and to indicate that the commitment must have been made by the hospital's current CEO or CMO.
- Questions #3 and #4, regarding patient engagement, will be updated to specify a timeframe for Patient and Family Advisory Council (PFAC) meetings and clarify that PFAC activities should focus on diagnosis in the hospital.

PBHN000002883

- Question #5 and #6, regarding risk assessment and mitigation, will be updated to specify that hospitals should use the Safer Dx Checklist to identify at least one practice not currently fully implemented and to clarify the specific steps the hospital is taking to close those gaps.
- Questions #7-15, regarding convening a multidisciplinary team focused on diagnostic excellence, will be updated to confirm that the multidisciplinary team should be a distinct entity at the hospital, not the established patient safety committee, as well as specifying specific timeframes for activities. A new FAQ will clarify that multidisciplinary teams should be hospital-specific, not system-level.
- Question #16, regarding training and education, will be updated to specify that the AHRQ's TeamSTEPPS for Diagnosis Improvement program is the training hospitals should be using to improve communication among members of the care team within the context of the diagnostic process.
- Questions #17-22, regarding closing the loop on cancer diagnosis, will include new FAQs to clarify which reports should be included, and how patients should be tabulated.

## Section 6E: Hospital Boarding in the Emergency Department (ED)

Over the next few years, Leapfrog plans to grow its hospital reporting to include emergency department (ED) safety. This is consistent with our expansion of ratings beyond the inpatient setting to include outpatient surgery in hospitals and ambulatory surgery centers. Our first approach to measuring and establishing standards of performance for ED safety began with our focus on harm to patients from diagnostic errors on the 2024 Leapfrog Hospital Survey, where a new subsection focused on Diagnostic Excellence included a set of fact-finding questions to assess hospital's adoption of targeted best practices.

In consultation with subject matter experts and our own independent literature review, an urgent patient safety risk has been identified: inpatients boarding in the emergency department (ED).

Boarding patients in the ED after the decision to admit them to an inpatient bed is a long-standing yet increasingly common, quality and safety issue. 1 Studies suggest boarding patients in the ED is associated with delayed and missed care, medication errors, higher morbidity, in-hospital mortality, extended hospital length of stay, and poor patient satisfaction. According to the Association of Academic Chairs of Emergency Medicine, inpatients boarding in the ED rose nearly 130% from 2012 to 2019, and further increased after COVID-19.

We recognize that this problem is complex and often difficult for hospitals to address. But for patients and payors, the risk of inpatients boarding in the ED would be a critical factor in evaluating the safety of a hospital. As such, Leapfrog will ask hospitals to report on three measures which will be used for fact-finding only in 2025:

- The percentage of ED patients that are admitted to the hospital that had a boarding time in the ED of more than 4 hours (where lower percentages are desirable)
- The median length of stay in the ED for patients admitted to the hospital (where lower values are desirable)
- The 90th percentile length of stay in the ED for patients admitted to the hospital (where lower values are desirable)

Based on responses received during the public comment period and further input from our Emergency Department Boarding Expert Panel, Leapfrog is making the following updates to the originally proposed questions:

- To better recognize the underlying systems issues that are key drivers of admitted inpatients boarding in the ED, Leapfrog will rename the subsection "Hospital Boarding in the Emergency Department (ED)" instead of "ED Boarding."
- Leapfrog will include patients admitted to observation status, as well as those admitted to the hospital's inpatient setting.
- Leapfrog will ask hospitals to report the median ED length of stay instead of the average ED length of stay for patients with an ED visit that are admitted to the hospital given that the average can be skewed by outliers.

PBHN000002884

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 6: Patient Safety Practices*

- Leapfrog will also ask hospitals to report the 90th percentile ED length of stay for patients with an ED visit that are admitted to the inpatient setting to better understand a "bad" day in the ED.
- To address differences in boarding times among certain populations, such as behavioral health patients and pediatric patients, hospitals will be asked to stratify their data in two different ways: (1) separating adult patients from pediatric patients; and (2) separating patients admitted to an inpatient psychiatric bed from those admitted to an inpatient non-psychiatric bed. Leapfrog will monitor the use of admission to an inpatient psychiatric bed as the stratification decision moving forward, to understand if there are more accurate and/or more feasible approaches to capturing patients with a behavioral health diagnosis.

The questions will not be scored or publicly reported in 2025.

### Change Summary Since Release

April 18, 2025 – Updated the measure specifications used to report on Hospital Boarding in the Emergency Department (ED) to exclude ED patients transferred from the ED to another hospital from questions 4a and 5a.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002885

## Section 6: Patient Safety Practices Measure Specifications

### NQF Safe Practice Measure Specifications

**Instructions for Reporting on NQF Safe Practices:**

1. **Prepare:**
   a. Download and review a copy of the National Quality Forum's *Safe Practices for Better Healthcare – 2010 Update* report for reporting on subsections 6A and 6B available at http://leapfroggroup.org/survey-materials/survey-and-cpoe-materials.
   b. Print and review a hard copy of (1) the Survey questions, (2) the practice-specific FAQs, and (3) the scoring algorithm.

2. **Identify Individuals to Assist:** Decide who should participate on your team to assist in collection of the documentation for assessment.

3. **Plan:** The team should be briefed and assigned duties to help capture the key information necessary for submission of this section.

4. **Collect and Maintain**: Key documentation must be collected to support answering the questions in this section of the Survey. Please refer to the Survey Binder for examples of acceptable documentation. Documentation should be maintained to ensure that your hospital can respond to Leapfrog's request for documentation should you be selected for our Monthly Documentation Requirements. Reviews are performed every month during the Survey Cycle (April 1 to November 30) and throughout the Corrections Period. In addition, the documentation can be helpful if your hospital is planning to update and resubmit this section of the Survey prior to November 30.

5. **Assess:** When all the supporting documents are assembled, it is recommended that hospitals review their final responses to Section 6 with the CEO and/or responsible leadership. Hospitals should update their answers online as they adopt additional practices throughout the Survey Cycle (April 1 to November 30). As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

6. **Submit:** Section 6 must be completed and affirmed before it can be submitted with the Survey.

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

PBHN000002886

### Hand Hygiene Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

| |
|---|
| **Source:** The framework and questions in this subsection are modeled after the World Health Organization's Hand Hygiene Self-Assessment Framework. |
| **Reporting Period:** Answer questions #1-21 based on the practices currently in place at the time you submit this section of the Survey.<br><br>Note: For monitoring, this means that the monthly sample size (or quarterly sample size if answering question #10) would need to be met at least once in each patient care unit the month (or quarter) preceding the time of the submission of the Survey and there must be a process in place to meet the monthly (or quarterly) sample size thereafter in each patient care unit every month/quarter.<br><br>If the monitoring sample size is not met at any point after submission, the Survey must be updated and re-submitted. More information about updating a Survey can be found at https://www.leapfroggroup.org/survey-materials/updating-your-hospital-survey.<br><br>As a reminder, Leapfrog randomly requests documentation on a monthly basis and key documentation must be collected and maintained to support responses to all questions. Hospitals are urged to regularly review their documentation, including reports supporting their monitoring of hand hygiene, and maintain copies throughout the Survey Cycle. Please refer to the Survey Binder for examples. |
| **Patient Care Units:** Include only the following patient care units when reporting on the questions in this subsection:<br><ul><li>Medical, Surgical, and Medical/Surgical Units (including telemetry units)[19] (adult and/or pediatric)</li><li>Step-down/progressive Units[20] (adult and/or pediatric)</li><li>Obstetrical Units (Labor and Delivery Units[21], nursery, etc., excluding procedural areas)</li><li>General Medical, Surgical, Medical/Surgical, and Neuro ICUs[14] (adult and/or pediatric)</li><li>Neonatal ICUs [17]</li><li>Specialty ICUs (adult and/or pediatric)</li><li>Pre-operative and Post-anesthesia Care Units[22] (adult and/or pediatric)</li><li>Observation Units (adult and/or pediatric)</li><li>Dedicated Emergency Departments[47] (adult and/or pediatric)</li></ul>Other units that are not denoted above would be excluded for the purposes of reporting on Section 6D Hand Hygiene. The following units would be excluded:<br><ul><li>Behavioral Health Units</li><li>Psychiatric Units</li><li>Palliative Care and Hospice Units</li><li>Rehabilitation Units</li><li>Operating Rooms</li><li>Procedural and Diagnostic Areas, such as Radiology, Endoscopy, Dialysis, and Radiation Units</li><li>Admission Units that don't hold patients overnight</li><li>Primary Care Clinics</li><li>Units that are not currently open and/or were not open consistently throughout the entire reporting period (i.e., most recent month or past three months based on responses selected in monitoring questions #8-10)</li></ul> |
| *Infrastructure* |
| **Question #4:** Does your hospital have a process in place to ensure that **all** the following are done, as necessary, and quarterly audits are conducted on a sample of dispensers in your patient care units to ensure that the process is followed? |

PBHN000002887

- Refill paper towels, soap dispensers, and alcohol-based hand sanitizer dispensers when they are empty or near empty
- Replace batteries in automated paper towel dispensers, soap dispensers, and alcohol-based hand sanitizer dispensers (if automated dispensers are used in the patient care units)

In order to respond "yes" to question #4, a process must be in place to ensure that paper towel, soap, and alcohol-based hand sanitizer dispensers are refilled when they are empty or near empty and batteries are replaced in automated paper towel, soap, and alcohol-based hand sanitizer dispensers (if automated dispensers are used in patient care units).

In addition, a quarterly audit must be conducted on a sample of paper towel, soap, and alcohol-based hand sanitizer dispensers to include checking that dispensers are refilled and that batteries in automated dispensers are replaced. The quarterly audit should be a supplement to a system that checks these supplies on a routine basis (e.g., environmental services check with their regular cleaning).

**Sampling Instructions:** The sample must be based on a random or systematic sampling procedure, where the sampling plan assures wide sampling (i.e., the same places would not always be monitored) and includes at least 5% of the dispensers in 20% of the patient care units.

**Question #6:** Does your hospital conduct audits of the volume of alcohol-based hand sanitizer that is delivered with each activation of a wall-mounted dispenser (manual and automated) on a sample of dispensers in your patient care units at **all** the following times:
- upon installation;
- whenever the brand of product or system changes; and
- whenever adjustments are made to the dispensers;

OR

Has your hospital conducted an audit of the volume of alcohol-based hand sanitizer that is delivered with each activation of a wall-mounted dispenser (manual and automated) on a sample of your hospital's existing dispensers if there have been no changes to any dispensers?

In order to respond "yes" to question #6, a volume audit on a sample of wall-mounted alcohol-based hand sanitizer dispensers (manual and automated) in your patient care units must be conducted **at least** once (upon installation, whenever the brand of product or system changes, and whenever adjustments are made to the dispensers) using one of the below methods. Prior volume audits are acceptable if they were conducted using the instructions in Leapfrog's 2019-2024 Surveys, documentation has been maintained, and no changes have been made to the dispensers since the audit.

**Sampling Instructions:** The sample must be based on a random or systematic sampling procedure, where the sampling plan assures wide sampling (i.e., the same places would not always be monitored) and includes at least 5% of the dispensers.

**Method #1 - Auditing Liquid Volume:** To audit the *liquid volume* of alcohol-based hand sanitizer that is delivered with each activation of a wall-mounted dispenser (manual and automated), use the following process:
1. Select a sample of dispensers based on a random or systematic sampling procedure.
2. Take a small, graduated plastic medicine cup and have the dispenser deliver 10 doses of alcohol-based hand sanitizer.
3. Divide the total volume dispensed by 10 to get an average of the amount dispensed.

NOTE: Hospitals using foam alcohol-based hand sanitizer will need to follow the steps above, but will instead need to weigh the sample, divide the results by 10 to obtain the average output of the sample, and then convert the weight in grams to milliliters by dividing the weight by the density (which can be provided by your vendor for your specific product).

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002888

**Method #2 - Auditing Average Hand Rubbing Time:** To audit the ***average hand rubbing time*** of alcohol-based hand sanitizer that is delivered with each activation of a wall-mounted dispenser (manual and automated), use the following process:

1. Select a sample of dispensers based on a random or systematic sampling procedure.
2. Identify multiple individuals (at least 10) with varying hand sizes (by quick observation).
3. For each sampled dispenser, have each of the individuals identified in step #1 dispense a volume of alcohol-based hand sanitizer.
4. For each individual, have a separate individual time the amount of hand rubbing time required for hands to dry completely.
5. Repeat this process for each individual and calculate an **average** time based on the ten observations conducted.
6. Repeat this process for each sampled dispenser.

**Question #7:** Do all the audited dispensers deliver, with one activation, 1.0 mL of alcohol-based hand sanitizer OR a volume of alcohol-based hand sanitizer that covers the hands completely and requires 15 or more seconds for hands to dry (on average)?

In order to respond "yes" to question #7, the **average** liquid volume for **each** sampled dispenser needs to be at least 1.0 mL (if using method #1) or the **average** hand rubbing time for **each** sampled dispenser needs to be at least 15 seconds (if using method #2).

*Monitoring*

**Hand hygiene opportunities:** Hand hygiene opportunities are the number of times that an individual who touches patients or who touches items used by patients should have cleaned their hands given the hand hygiene framework your hospital has adopted (e.g., WHO's "5 moments," Ontario's 4 moments, CDC's guidelines, etc.). In terms of determining opportunities to monitor, this would depend on the guidelines the hospital chooses to follow.

For example, many facilities choose to audit before and after patient contact or room entry and exit because this is operationally the simplest method. Auditing opportunities before and after dirty tasks is operationally difficult. There is some evidence that measuring adherence on room entry and exit may be an acceptable stand-in for other opportunities within the patient encounter.

**Electronic compliance monitoring system:** Electronic compliance monitoring systems would include door minder or activity monitoring systems, systems that include the wearing of electronic badges, and camera-based systems that are used to monitor hand hygiene compliance.

**Question #8:** Does your hospital collect hand hygiene compliance data on at least **200 hand hygiene opportunities**, or at least the number of hand hygiene opportunities outlined based on the unit type in Tables 1-3, **each** month **in each** <u>patient care unit</u>?

In order to respond "yes" to question #8, your hospital must monitor at least **200 hand hygiene opportunities**, or at least the number of hand hygiene opportunities outlined based on the unit type in Tables 1-3, **each** month **in each** <u>patient care unit</u> using either:

- An electronic compliance monitoring system throughout all patient care units
- An electronic compliance monitoring system throughout some patient care units and only direct observation in all other patient care units
- Only direct observation throughout all patient care units

Refer to the following tables to determine how many hand hygiene opportunities must be monitored in each patient care unit monthly for question #8. **Historical data** (e.g., past 3 months, 6 months, 12 months, etc.) on the monthly occupancy rates or procedure/patient volumes should be used.

Units/areas can be combined for the purposes of determining if you have met the monthly or quarterly monitoring sample size if they share a common group of staff (i.e., staff are scheduled to work in the broader area and float between units or staff may be scheduled to work either unit on any given day). Hand hygiene opportunities would still need to be monitored throughout both units/areas.

**Table 1: Units where the monthly occupancy rate can be calculated**

| If your unit's average daily census is… | Your patient care unit needs to collect hand hygiene compliance data for **at least** |
|---|---|

Table of Contents

PBHN000002889

| | this number of <u>hand hygiene opportunities per month</u> for question #8… |
|---|---|
| 13 patients or higher | 200 |
| 10-12 patients | 150 |
| 7-9 patients | 100 |
| 5-6 patients | 75 |
| 3-4 patients | 45 |
| 1-2 patients | 15 |

**Table 2: Units where the monthly occupancy rate cannot be calculated (e.g., PACU, labor and delivery, outpatient units)**

| If your unit's average number of procedures/patient volume in a month is… | Your **patient care unit** needs to collect hand hygiene compliance data for <u>at least</u> this number of <u>hand hygiene opportunities per month</u> for question #8… |
|---|---|
| 400 procedures/patients or greater | 200 |
| 320-399 procedures/patients | 150 |
| 240-319 procedures/patients | 100 |
| 160-239 procedures/patients | 75 |
| 120-159 procedures/patients | 50 |
| 60-119 procedures/patients | 30 |
| 30-59 procedures/patients | 15 |
| <30 procedures/patients | 5 |

**Table 3: Emergency department units**

| If your emergency department's average number of visits in a month is… | Your **patient care unit** needs to collect hand hygiene compliance data for <u>at least</u> this number of <u>hand hygiene opportunities per month</u> for question #8… |
|---|---|
| 2000 visits or greater | 200 |
| 1500-1999 visits | 150 |
| 1000-1499 visits | 100 |
| 750-999 visits | 75 |
| 500-749 visits | 50 |
| 250-499 visits | 25 |
| 150-249 visits | 15 |
| <150 visits | 5 |

**Question #9:** Does your hospital collect hand hygiene compliance data on at least **100 hand hygiene opportunities**, or at least the number of hand hygiene opportunities outlined based on the unit type in Tables 4-6, **each month in each patient care unit**?

In order to respond "yes" to question #9, your hospital must monitor at least **100 hand hygiene opportunities**, or at least the number of hand hygiene opportunities outlined based on the unit type in Tables 4-6, **each month in each patient care unit** using either:
- An electronic compliance monitoring system throughout all patient care units
- An electronic compliance monitoring system throughout some patient care units and only direct observation in all other patient care units
- Only direct observation throughout all patient care units

Refer to the following tables to determine how many hand hygiene opportunities must be monitored in each patient care unit monthly for question #9. **Historical data** (e.g., past 3 months, 6 months, 12 months, etc.) on the monthly occupancy rates or procedure/patient volumes should be used.

Units/areas can be combined for the purposes of determining if you have met the monthly or quarterly monitoring sample size if they share a common group of staff (i.e., staff are scheduled to work in the

<u>Table of Contents</u>

PBHN000002890

broader area and float between units or staff may be scheduled to work either unit on any given day). Hand hygiene opportunities would still need to be monitored throughout both units/areas.

**Table 4: Units where the monthly occupancy rate can be calculated**

| If your unit's average daily census is… | Your **patient care unit** needs to collect hand hygiene compliance data for <u>at least</u> this number of <u>hand hygiene opportunities per month</u> for question #9… |
|---|---|
| 13 patients or higher | 100 |
| 10-12 patients | 75 |
| 7-9 patients | 50 |
| 5-6 patients | 37 |
| 3-4 patients | 22 |
| 1-2 patients | 7 |

**Table 5: Units where the monthly occupancy rate cannot be calculated (e.g., PACU, labor and delivery, outpatient units)**

| If your unit's average number of procedures/patient volume **in a month is…** | Your **patient care unit** needs to collect hand hygiene compliance data for <u>at least</u> this number of <u>hand hygiene opportunities per month</u> for question #9… |
|---|---|
| 400 procedures/patients or greater | 100 |
| 320-399 procedures/patients | 75 |
| 240-319 procedures/patients | 50 |
| 160-239 procedures/patients | 37 |
| 120-159 procedures/patients | 25 |
| 60-119 procedures/patients | 15 |
| 30-59 procedures/patients | 7 |
| <30 procedures/patients | 2 |

**Table 6: Emergency department units**

| If your emergency department's average number of visits in a month is… | Your **patient care unit** needs to collect hand hygiene compliance data for <u>at least</u> this number of <u>hand hygiene opportunities per month</u> for question #9… |
|---|---|
| 2000 visits or greater | 100 |
| 1500-1999 visits | 75 |
| 1000-1499 visits | 50 |
| 750-999 visits | 37 |
| 500-749 visits | 25 |
| 250-499 visits | 15 |
| 150-249 visits | 7 |
| <150 visits | 2 |

**Question #10:** Does your hospital collect hand hygiene compliance data on at least **100 hand hygiene opportunities each <u>quarter</u> in each <u>patient care unit</u>**?

In order to respond "yes" to question #10, your hospital must monitor at least **100 hand hygiene opportunities each <u>quarter</u> in each <u>patient care unit</u>** using either:

- An electronic compliance monitoring system throughout all patient care units
- An electronic compliance monitoring system throughout some patient care units and only direct observation in all other patient care units
- Only direct observation throughout all patient care units

There are no alternate sample sizes for the quarterly requirement. Hospitals trying to meet the quarterly requirement in question #10 will need to monitor 100 hand hygiene opportunities a quarter.

PBHN000002891

Units/areas can be combined for the purposes of determining if you have met the monthly or quarterly monitoring sample size if they share a common group of staff (i.e., staff are scheduled to work in the broader area and float between units or staff may be scheduled to work either unit on any given day). Hand hygiene opportunities would still need to be monitored throughout both units/areas.

**Question #12:** In those patient care units where an electronic compliance monitoring system is used, does the monitoring system used meet both of the following criteria?

- The system can identify both opportunities for hand hygiene and that hand hygiene was performed
- The hospital itself has validated the accuracy of the data collected by the electronic compliance monitoring system

In order to respond "yes" to question #12, the electronic monitoring system in use must identify both opportunities and that hand hygiene was performed, which could include both group monitoring systems and badge-based systems.

For example, an electronic monitoring system that records when an individual (not identified) enters and exits a room and also records if a dispenser was used within the same time frame, would qualify as the entry and exit is used as a proxy for a hand hygiene opportunity (before and after touching a patient) and the dispenser use is used as a proxy for a hand hygiene event. This data can be adjusted to take visitors into account and used to estimate hand hygiene compliance. Another example would be a badge-based system where individuals or their roles can be identified.

In addition, validation of the accuracy of the data collected by the electronic compliance monitoring system must be performed by hospital personnel or independent third-party personnel, in addition to any validation conducted by the manufacturer. It needs to include both a "planned path" phase where the researcher(s) make timed observations of room entries and exits and use of dispensers and compare their results to data recorded by the electronic compliance monitoring system. Followed by a "behavioral path" phase where observers record the same variables when individuals who touch patients or who touch items that will be used by patients are performing their usual duties, as this tends to be more chaotic and variable. A general validation protocol that can be used for both group monitoring systems and badge-based systems has been described in a fair amount of detail in the 2016 article by Limper H et al. Similar methods for conducting validation studies of badge-based system have been described by Pineles LL, et al. in 2014, and by Doll ME et al. in 2019. The 2023 article from Parker et al. regarding sample sizes for the validation can also be referenced.

**Question #13:** In those patient care units where an electronic compliance monitoring system is used, are direct observations also conducted for coaching and intervention purposes that meet all the following criteria?

- Observers immediately intervene prior to any harm occurring to provide non-compliant individuals with immediate feedback
- Observations identify both opportunities for hand hygiene and compliance with those opportunities
- Observations determine who practiced hand hygiene, verify when they practiced it, and whether their technique was correct
- Observations within a unit are conducted weekly or monthly across all shifts and on all days of the week proportional to the number of individuals who touch patients or who touch items that will be used by patients[44] on duty for that shift
- Observations capture a representative sample of the different roles of individuals who touch patients or who touch items that will be used by patients[44] (e.g., nurses, physicians, techs, environmental services workers)

In order to respond "yes" to question #13, direct observations must be conducted for coaching and intervention purposes and meet the following sample sizes at a minimum:

**In units with either low hand hygiene compliance\* and/or units with high infection rates\*\*:**

- On a monthly basis, hospitals will need to perform 20 direct observations.

PBHN000002892

- If after collecting those observations, <u>more than 50%</u> of the observations were NOT compliant and/or did NOT demonstrate proper technique, the hospital will need to perform an additional 20 observations the following month (40 total observations per unit with low hand hygiene compliance or high infection rates).

- The hospital must continue to collect 40 observations per month until the number of observations that are NOT compliant and/or did not demonstrate proper technique is reduced to <u>less than 50%</u>.

Compliance and infection rates must be assessed at least quarterly and additional observations need to be collected on a monthly basis for the entire quarter if warranted based on the above rules. If a standardized infection ratio cannot be calculated for the quarter, units with 2 or more observed infections should do the additional collection of direct observations.

*\*Low hand hygiene compliance is defined as two or more standard deviations below the hospital's overall mean hand hygiene compliance rate.*

*\*\*High infection rates are defined as two or more standard deviations above the hospital's standardized infection ratio for any of the following healthcare-associated infection measures: CLABSI, CAUTI, MRSA, and C.diff.*

**In all other units:**

- On a <u>quarterly</u> basis, hospitals using ECM need to perform 10% of the observations noted in Tables 1-3 in ALL patient care units included in Leapfrog's Hand Hygiene Standard (e.g., if the unit would require 200 direct observations without ECM, then with the use of ECM, they need to collect 20 direct observations).

- Units in which direct observation data is being collected monthly (i.e., units with low hand hygiene compliance and/or high infection rates) do not require the additional quarterly data collection.

All direct observations conducted must meet the following criteria:
- Observers immediately intervene prior to any harm occurring to provide non-compliant individuals with immediate feedback
- Observations identify both opportunities for hand hygiene and compliance with those opportunities
- Observations determine who practiced hand hygiene, verify when they practiced it, and whether their technique was correct
- Observations within a unit are conducted weekly or monthly across all shifts and on all days of the week proportional to the number of <u>individuals who touch patients or who touch items that will be used by patients</u>[44] on duty for that shift
  Observations capture a representative sample of the different roles of <u>individuals who touch patients or who touch items that will be used by patients</u>[44] (e.g., nurses, physicians, techs, environmental services workers)

Observers must record at least the following:
- The date as well as the start and end time of the observation session (or the date and shift being observed)
- The unit where the observation session is being conducted
- The role of the individual being observed (e.g., nurse, physician, etc.)
- The indication (or moment) for performing hand hygiene (e.g., before/after touching a patient, before/after a procedure, before/after touching patient surroundings, etc.)
- Whether hand hygiene was performed or not performed based on the indication noted and if the technique was correct

PBHN000002893

**Question #14:** In those patient care units where an electronic compliance monitoring system is NOT used, do the direct observations meet all the following criteria?

- Observations identify both opportunities for hand hygiene and compliance with those opportunities
- Observations determine who practiced hand hygiene, verify when they practiced it, and whether their technique was correct
- Observations within a unit are conducted weekly or monthly across all shifts and on all days of the week proportional to the number of <u>individuals who touch patients or who touch items that will be used by patients</u>[44] on duty for that shift
- Observations capture a representative sample of the different roles of <u>individuals who touch patients or who touch items that will be used by patients</u>[44] (e.g., nurses, physicians, techs, environmental services workers)

In order to respond "yes" to question #14, direct observations must be conducted in patient care units that do not use an electronic compliance monitoring system and must meet the following criteria:

- Observations identify both opportunities for hand hygiene and compliance with those opportunities
- Observations determine who practiced hand hygiene, verify when they practiced it, and whether their technique was correct
- Observations within a unit are conducted weekly or monthly across all shifts and on all days of the week proportional to the number of <u>individuals who touch patients or who touch items that will be used by patients</u>[44] on duty for that shift
- Observations capture a representative sample of the different roles of <u>individuals who touch patients or who touch items that will be used by patients</u>[44] (e.g., nurses, physicians, techs, environmental services workers)

Observers must record at least the following:

- The date as well as the start and end time of the observation session (or the date and shift being observed)
- The unit where the observation session is being conducted
- The role of the individual being observed (e.g., nurse, physician, etc.)
- The indication (or moment) for performing hand hygiene (e.g., before/after touching a patient, before/after a procedure, before/after touching patient surroundings, etc.)
- Whether hand hygiene was performed or not performed based on the indication noted and if the technique was correct

**Question #15:** Does your hospital have a system in place for both the initial and recurrent training and validation of hand hygiene compliance observers?

In order to respond "yes" to question #15, your hospital must regularly monitor the quality and accuracy of observations that are collected by each observer through initial and recurrent validation (at least once a year) of hand hygiene compliance observers. This would include having an individual trained in infection control simultaneously collecting data with the hand hygiene compliance observers and comparing results. Alternatively, videos which include an interactive assessment and completion of an observation form, such as the <u>WHO Hand Hygiene Training Film</u> and <u>Slides Accompanying the Training Films</u>, <u>Videos from Hand Hygiene Australia</u>, or internally developed videos with assessment, would also be sufficient for validating hand hygiene compliance observers. Hospitals must expand the testing scenarios that are included in the videos (i.e., the videos should be expanded to include: various types of individuals who touch patients or who touch items that will be used by patients, a larger number of scenarios where individuals are adherent and non-adherent, the inclusion of all moments observed, etc.).

See <u>FAQs</u> for additional information about responding to the questions in this section.

PBHN000002894

### Closing the Loop on Cancer Diagnosis Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review <u>Leapfrog's Multi-Campus Reporting Policy</u>.

| |
|---|
| **Source:** The Leapfrog Group |
| **Reporting Period: 12 months**<br>• Surveys submitted prior to September 1:<br>    ○ 01/01/2024 – 12/31/2024<br>• Surveys submitted on or after September 1:<br>    ○ 07/01/2024 – 06/30/2025 |
| **Sufficient Sample:** Hospitals must randomly sample at least 30 patients 18 years and older who were diagnosed with at least one of colon, lung, or breast cancer, and measure the number of those patients where there is evidence of documented communication (in the medical record or otherwise) between the pathologist and the patient or patient's ordering physician, and the number of those patients who were notified that the pathology report with their diagnosis was uploaded to the patient portal. |
| **Question #20 (denominator):** How many cases were included in the audit from question #19 with a diagnosis of colon, lung, or breast cancer? |
| **Question #21 (numerator):** Total number of patients from question #20 with documented communication between the pathologist and the patient or patient's ordering physician within five business days of the report being signed by the pathologist:<br><br>Documented communication includes:<br>• A documented phone call between the pathologist and patient or patient's ordering physician of the diagnosis, and a timestamp, read receipt, or email response indicating that the patient or patient's ordering physician read an electronic communication of the diagnosis. |
| **Question #22 (numerator):** Total number of patients from question #20 who were notified, either by phone or electronically, that the pathology report with their diagnosis was uploaded to the patient portal and ready for review:<br><br>Hospitals that do not upload pathology reports to the patient portal or notify patients when reports are uploaded, should enter "0." |

**Version 9.1**<br>© 2025 The Leapfrog Group                    **First Release: April 1, 2025**<br>**Updated Release: May 2, 2025**

PBHN000002895

*2025 Leapfrog Hospital Survey – Hard Copy*                           *Section 6: Patient Safety Practices*

### Hospital Boarding in the Emergency Department (ED) Boarding Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

| |
|---|
| **Source:** The Leapfrog Group |
| **Reporting Period: 12 months** <br>• Survey submitted prior to September 1: <br>    ○ 01/01/2024 – 12/31/2024 <br>• Surveys submitted on or after September 1: <br>    ○ 07/01/2024 – 06/30/2025 |
| **Hospital Boarding in the ED Workbook (Excel):** <br><br>To complete the data collection and respond to questions #4-5, hospitals should download the Hospital Boarding in the Emergency Department Workbook (Excel). This workbook includes five tabs: Instructions, Adult Inpatient Non-Psychiatric, Adult Psychiatric, Pediatric Inpatient Non-Psychiatric, Pediatric Psychiatric. The four tabs can be used to calculate the responses to questions #4b. number of adult patients boarding >4 hours, c. median length of stay (LOS), and d. 90th percentile LOS and questions #5b. number of pediatric patients boarding >4 hours, c. median length of stay (LOS), and d. 90th percentile LOS. <br><br>The workbook is available on the Survey Materials Webpage. |
| **Included Units:** <br>• Dedicated Emergency Department[47] (adult, pediatric, and adult/pediatric) |
| **Question #4, column a:** Total number of adult ED **visits** with an inpatient admission or where the patient was placed in hospital observation status. <br><br>Enter the total number of emergency department (ED) visits during the reporting period for each of the following admission types: <br>     **Adult** (18 years of age or older) patients admitted to an inpatient **non-psychiatric bed** <br>     **Adult** (18 years of age or older) patients admitted to an inpatient **psychiatric bed** <br><br>**Include:** <br>• Patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status. <br><br>**Exclude:** <br>• Patients with an ED visit that were placed in ED observation status. <br>• Patients transferred to another hospital. <br><br>Note: A patient can have multiple ED visits with a hospital admission and/or placed in hospital observation status during the performance period so each patient ED visit with an inpatient admission or placement into hospital observation status is included in the denominator (question #4a). <br><br>***If the number of visits for an adult admission type is less than 10 (in column a), skip columns b, c, and d and then move to the next admission type.*** |
| **Question #4, column b:** Number of ED **visits** indicated in column (a) with a boarding time greater than 4 hours. <br><br>Enter the total number of emergency department (ED) **visits** indicated in column (a) with a boarding time greater than 4 hours for each of the following admission types: <br>     **Adult** (18 years of age or older) patients admitted to an inpatient **non-psychiatric bed** <br>     **Adult** (18 years of age or older) patients admitted to an inpatient **psychiatric bed** |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002896

**Include:**
- Patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status with an ED boarding time that was longer than 4 hours.

**Boarding time** is defined as the difference between the "time from the admission order" to "patient departure from the ED."

**Question #4, column c:** Median number of __hours__ spent in the ED for ED visits indicated in column (a).

Enter the median number of hours spent in the ED for ED visits indicated in column (a) for each of the following admission types:
>        **Adult** (18 years of age or older) patients admitted to an inpatient **non-psychiatric bed**
>        **Adult** (18 years of age or older) patients admitted to an inpatient **psychiatric bed**

**Include:**
- Hours spent in the ED for patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status.

**Hours spent in the ED** is defined as the difference between the "patient arrival time at the ED" to "patient departure from the ED."

**Question #4, column d:** 90th percentile of __hours__ spent in the ED for ED visits indicated in column (a).

Enter the 90th percentile of hours spent in the ED for ED visits indicated in column (a) for each of the following admission types:
>        **Adult** (18 years of age or older) patients admitted to an inpatient **non-psychiatric bed**
>        **Adult** (18 years of age or older) patients admitted to an inpatient **psychiatric bed**

**Include:**
- Hours spent in the ED for patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status.

**Hours spent in the ED** is defined as the difference between the "patient arrival time at the ED" to "patient departure from the ED."

**Question #5, column a:** Total number of pediatric ED __visits__ with an inpatient admission or where the patient was placed in hospital observation status.

Enter the total number of emergency department (ED) visits during the reporting period for each of the following admission types:
>        **Pediatric** (17 years of age or younger) patients admitted to an inpatient **non-psychiatric bed**
>        **Pediatric** (17 years of age or younger) patients admitted to an inpatient **psychiatric bed**

**Include:**
- Patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status.

**Exclude:**
- Patients with an ED visit that were placed in ED observation status.
- Patients transferred to another hospital.

Note: A patient can have multiple ED visits with a hospital admission and/or placed in hospital observation status during the performance period so each patient ED visit with an inpatient admission or placement into hospital observation status is included in the denominator (question #4a).

*If the number of visits for a pediatric admission type is less than 10 (in column a), skip columns b, c, and d.*

PBHN000002897

**Question #5, column b:** Number of ED **visits** indicated in column (a) with a boarding time greater than 4 hours.

Enter the total number of emergency department (ED) **visits** indicated in column (a) with a boarding time greater than 4 hours for each of the following admission types:
   **Pediatric** (17 years of age or younger) patients admitted to an inpatient **non-psychiatric bed**
   **Pediatric** (17 years of age or younger) patients admitted to an inpatient **psychiatric bed**

**Include:**
- Patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status with an ED boarding time that was longer than 4 hours.

**Boarding time** is defined as the difference between the "time from the admission order" to "patient departure from the ED."

**Question #5, column c:** Median number of **hours** spent in the ED for ED visits indicated in column (a).

Enter the median number of hours spent in the ED for ED visits indicated in column (a) for each of the following admission types:
   **Pediatric** (17 years of age or younger) patients admitted to an inpatient **non-psychiatric bed**
   **Pediatric** (17 years of age or younger) patients admitted to an inpatient **psychiatric bed**

**Include:**
- Hours spent in the ED for patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status.

**Hours spent in the ED** is defined as the difference between the "patient arrival time at the ED" to "patient departure from the ED."

**Question #5, column d:** 90th percentile of **hours** spent in the ED for ED visits indicated in column (a).

Enter the 90th percentile of hours spent in the ED for ED visits indicated in column (a) for each of the following admission types:
   **Pediatric** (17 years of age or younger) patients admitted to an inpatient **non-psychiatric bed**
   **Pediatric** (17 years of age or younger) patients admitted to an inpatient **psychiatric bed**

**Include:**
- Hours spent in the ED for patients with an ED visit that were admitted to the hospital's inpatient setting or placed in hospital observation status.

**Hours spent in the ED** is defined as the difference between the "patient arrival time at the ED" to "patient departure from the ED."

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002898

## Patient Safety Practices Frequently Asked Questions (FAQs)

### General Questions

1. **For the purposes of reporting on Section 6 of the Leapfrog Hospital Survey:**

   a. **Frontline caregivers** include, but are not necessarily limited to employed physicians, mid-levels (NPs, PAs), nurses, environmental services staff, allied health professionals, and occupational and physical therapists.

   b. **Service line management** refers to those who manage all functions within a specific service line (e.g., oncology, cardiac, women's, orthopedics). These individuals may be managing a departmental sub-function within a broader department (e.g., cardiac care within the Department of Medicine).

   c. **Midlevel management** includes the intermediate management of an organization that is subordinate to the executive management and responsible for at least two lower levels of staff below them. An example would include a Director of Nursing, who might oversee Nursing Managers, who oversee the nurses who care directly for patients.

   d. **Physician leadership** refers to physicians who serve in a leadership role in the organization. Titles may include positions such as Chief Medical Officer, Vice President for Medical Affairs, Medical Director, and/or Department Chair.

   e. **Nursing leadership** refers to nurses who serve in a leadership role (e.g., Chief Nursing Officer, Vice President/Assistant Vice President of Nursing, Vice President/Assistant Vice President for Clinical Operations, etc.)

   f. **Senior administrative leadership** refers to administrators who are responsible for hospital-wide departments or services (e.g., Chief Executive Officer, Chief Administrative Officer, Chief Nursing Officer, Chief Medical Officer, etc.).

   g. **Patient Safety Officer** refers to the patient safety leader (who may or may not have the title "Patient Safety Officer") who has responsibility for multiple and integrated areas of patient safety. The organization may appoint an officer who may have other assigned duties or may specifically employ a Patient Safety Officer designated with this responsibility. Multiple executives who are responsible for individual areas (i.e., risk, quality, infection prevention, etc.), but do not assess the integrated safety issues, would not qualify.

   h. **Board (governance)** refers to the individual hospital's board of directors, or the board that governs the hospital and can pass policies that impact the hospital, or a system-wide board that governs hospitals in the system, or a committee of the board (such as a board-appointed, hospital-wide Patient Safety and Quality Committee, which includes board members).

   i. **Medical executive committee** refers to a primary governance committee for medical staff. The medical executive committee makes leadership decisions related to medical staff policies, procedures, and rules, with an emphasis on quality control and quality improvement. They also adopt and implement these policies and procedures and are responsible for medical staff appointment and reappointment.

2. **Why is it necessary to continue to review a safe practice once it has been implemented?**
   All too often in the hectic pace of providing patient care in a hospital, with frequent staff turnover and lots of part-time employees, it is difficult to get a change in practice well-established. Annual review with monitoring and tracking of the safe practices will ensure that they are embedded in the operations of the hospital and not lost in the transition of new staff coming in or part-time employees coming and going.

PBHN000002899

3. **The phrase "performance reviews or compensation" is used throughout Section 6 within many *Accountable* elements. Do performance reviews and compensation plans need to have specific language about the Safe Practice or can a set of patient safety goals related to the specific Safe Practice be attached?**
A performance review or compensation plan should include specific language about a Safe Practice. A list of Safe Practices and related goals may be incorporated into the performance review and/or compensation plan or formalized programs whereby a measure of success of those activities or programs is tied to individual performance reviews or compensation incentive plans of executives.

Every employee should have a patient safety component included in their annual review. Another option is to include in the employee's competency review (Ongoing Professional Practice Evaluation, Focused Professional Practice Evaluation).

4. **There are several references to hospital budgets throughout Section 6 within many *Ability* elements. How can hospitals meet the intent of these elements?**
The intent of these elements is to verify that actions specific to the Safe Practices have been included in hospital budgets. To meet the intent of these elements, hospitals should ensure that these actions can be identified within a department budget or hospital budget. If the budget includes categories that address the Safe Practice but do not specifically name the Safe Practice, then the intent of the element is met.

Further, if a hospital has not allocated budget dollars for activities tied to a Safe Practice but can document expenses specific to the Safe Practice during the reporting period, the intent of the element is met. Plans to allocate specific budget dollars for a Safe Practice should be incorporated into the next upcoming budget year as an ongoing process.

Hospitals may also document training or education expenditures specific to the Safe Practice or expenditures on educational materials that are specific to the Safe Practice.

Hospitals that have invested in in-house staff educators and who include in their job descriptions the coordination and delivery of training and education to appropriate hospital staff on specific Safe Practices meet the intent of this element. For example, if the position description for an in-house educator, such as the Quality Director, includes the coordination and delivery of in-service training and educational sessions related to improving the culture of safety based on the organization's culture of safety survey results, then the intent of this practice is met. Specific time allocations are not required as long as there is documentation of staff participation through dated meeting minutes or attendance records. Training can be in-person or virtual/ computer-based.

5. **How should staff education be measured?**
Educational meetings should clearly address the subject matter pertinent to adverse events and performance improvement targeted by the specific Safe Practice. Hospitals should track meeting dates, frequency of training sessions provided, attendance records or completion records, and the percentage of the total staff who received the information. Training can be in-person or virtual/ computer-based.

6. **There are several references to developing or implementing Performance Improvement Programs throughout Section 6 within many *Action* elements. How can hospitals meet the intent of these elements?**
At a minimum, performance improvement programs should include **all** the following five criteria:

- **Education** regarding the pertinent adverse event frequency, severity, and/or impact of best practices. These expenses should be budgeted and tracked to meet the budget elements of the Safe Practices.
- **Skill building** in use of performance improvement tools. These expenses should be budgeted and tracked to meet the budget elements of the Safe Practices.

250

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002900

- **Measurement** of process measures or outcomes measures. The "Outcome, Process, Structure, and Patient-Centered Measures" section at the end of each Safe Practice in the <u>NQF Safe Practices for Better Healthcare 2010 Update</u> suggests performance measures that can be used to support measuring and monitoring quality improvement efforts.
- **Process improvement** and interventions.
- **Reporting** of performance outcomes.

A "campaign" such as an awareness campaign would not meet the intent of these elements.

## *NQF Safe Practice #1 – Leadership Structures and Systems FAQs*

7. **1.1a, 1.2b, and 1.2d: Several elements within NQF Safe Practice #1 mention that "regular communication" is required. How does Leapfrog define "regular communication"?**
Regular communication means more than once a year. Some hospitals may discuss these items quarterly or even monthly. Hospitals can document that these communications took place through dated meeting minutes. We would urge hospitals to improve the detail of their board and other meeting minutes to ensure they are able to clearly document that the issues were discussed.

   The discussion of these items can be a general note in the minutes, without specific details. However, hospitals should maintain copies of dated presentations and reports related to these agenda items in order to document adherence to these elements. Meetings can be in-person or virtual.

8. **1.1a: If NQF Safe Practice #4 – Identification and Mitigation of Risks and Hazards has been removed from the Leapfrog Hospital Survey, are hospital boards still expected to communicate regularly regarding risks and hazards?**
Though we are not asking hospitals to report on this Safe Practice, it remains important to communicate the actions you are taking to identify and mitigate risks and hazards to patients to your board.

9. **1.1b: What is meant by "patients and/or families of patients are active participants in the hospital-wide safety and quality committee?"**
To meet the intent of this element, hospitals must have patients and/or families of patients participate on the hospital-wide safety and quality committee. The safety and quality committee should have influence over hospital-wide quality and safety issues, not just a particular department or service line. Hospitals with a system-wide safety and quality committee must have one patient representative per campus on the system-wide safety and quality committee.

   Meetings should be formal, and minutes should be taken. Topics covered should be related to broad oversight of hospital-wide patient safety and quality issues and what is being done to effect changes. An example would be tracking and preventing adverse events.

   In most hospitals, due to the scope of issues discussed at Patient and Family Advisory Council (PFAC) meetings, having a PFAC would not meet the criteria for a safety and quality committee. If your hospital has a PFAC member on the hospital-wide patient safety and quality committee, then your hospital is meeting the intent of this safe practice.

   Patients and/or families of patients can participate in these meetings in person, via conference call, or via video conference. Hospitals do not meet the intent of this element if the patients and/or families of patients are invited but do not regularly attend. It is the responsibility of the hospital to ensure that patients and/or families of patients can provide their perspectives to other committee members during meetings. The patient serving on that committee should have the experience, orientation or training needed to understand and effectively contribute to safety and quality committee issues. Hospitals should identify people who are not Board members or employees to serve on the committee so the participant can represent the views of patients and without conflict. Board members have a fiduciary responsibility to the organization, and therefore may have a potential conflict representing the views of patients and/or families of patients.

**Version 9.1**
**© 2025 The Leapfrog Group**

First Release: April 1, 2025
Updated Release: May 2, 2025

PBHN000002901

Hospitals can document adherence to this element by maintaining committee rosters and meeting minutes with attendance and participation noted. Patients and/or families of patients should have the opportunity to present or co-present a topic, lead or co-lead a discussion, or co-chair the committee, and this should be noted in the meeting minutes. Patients and/or families should have attended at least one meeting prior to Survey submission.

Hospitals in the process of adding patients/families of patients to the hospital-wide safety and quality committee can refer to AHRQ's toolkit for engaging patients and families in hospital improvement work for more information at https://www.ahrq.gov/patient-safety/patients-families/engagingfamilies/index.html.

10. **1.1c: What are some examples of how a hospital can report to the community ongoing efforts and results of these efforts to improve safety and quality?**
Hospitals can utilize several communication vehicles to reach the broader community, including webpages that are prominent from the organization's homepage, electronic newsletters, mailings or annual reports, or an ad in the local paper. The communication must include **both** efforts the hospital is taking to improve safety and quality and the results of those efforts. As the sole focus of the NQF Safe Practices for Better Health Care report is reducing or preventing adverse events (refer to NQF list of adverse events at https://www.qualityforum.org/topics/sres/serious_reportable_events.aspx), patient safety and quality efforts **reported to the community** must have this focus as well. In other words, efforts the hospital is taking to improve safety and quality should be related to reducing or preventing these adverse events and the results of those efforts would be the measurable outcomes.

Meetings where a few community members are present would not meet the intent of this practice as the intent is to reach a larger audience.

Each hospital within the same health care system would need to report the results to the community for each hospital in the system because the results of efforts to improve safety and quality would be different at each hospital.

11. **1.2a, 1.3a, 1.4c: What are the minimum requirements to qualify as a "patient safety program?"**
As part of accreditation through The Joint Commission, hospitals are required to meet standard LD.03.09.01, which identifies the elements that must be included in an integrated patient safety program (see pages 57 – 62 in the Organization Culture and System Performance Expectations chapter of The Joint Commission E-dition). Hospitals that are not accredited by The Joint Commission can use these elements as a guide as well.

12. **1.2d: What is the role of an interdisciplinary patient safety committee?**
An interdisciplinary patient safety committee is an internal hospital committee that oversees the activities defined in the NQF Safe Practice #1 Practice Element Specifications and develops action plans to create solutions and changes in performance.

13. **1.2d: What is an example of team training that is appropriate for caregivers?**
Hospitals can utilize TeamSTEPPS, a comprehensive, evidence-based training program for health care professionals. At a minimum, the elements of basic teamwork training should be met as described on page 96 of the Safe Practices for Better Healthcare– 2010 Update, which is available for download here: http://www.leapfroggroup.org/survey-materials/survey-and-cpoe-materials.

Team training to caregivers would need to be provided and then reported to senior administrative leadership by the interdisciplinary patient safety team to meet the intent of Safe Practice 1.2d.

252

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002902

**14. 1.2e: How can hospitals that have not had any adverse events during the reporting period earn credit for this element?**
First, we urge your hospital to reassess its conclusion that no adverse events occurred; that would be highly unusual. Following the reassessment, if no adverse events were identified **and** the hospital can document that it has policies in place to report such events when they do occur (to a mandatory or voluntary program), the hospital would meet the intent of this element. Please see Section 7A: Never Events for a list of adverse events and components of a Never Events Policy.

**15. 1.4a: What are some examples of how the CEO and senior administrative leadership can be personally engaged in reinforcing patient safety improvements?**
Executive walk-arounds are an example of how the CEO and senior administrative leadership can be personally engaged in reinforcing patient safety improvements. The executive walk-arounds provide staff with visibility and access to senior management. They also provide the CEO and senior administrative leadership with the opportunity to address issues and concerns in various departments in real-time, rather than in monthly meetings. Monthly meetings with staff in a centralized location do not meet the intent of this Safe Practice.

Progress on the implementation of walk-arounds can be measured by tracking the number of walk-arounds performed per unit or clinical area for designated time periods as shown in the calendars of the CEO and senior administrative leadership. Some progressive hospitals have tied incentives to regular executive walk-rounds and to reliable exchange of information on clinical unit performance. Some hospitals have established a feedback loop between the CEO and senior administrative leadership and staff to measure the implementation of performance improvement ideas that were generated during executive walk-arounds.

**16. 1.4b: What are some examples of how the CEO can actively engage leaders from service lines, midlevel management, clinical leadership, and physician leadership in patient safety improvement actions?**
Hospitals can refer to the American College of Healthcare Executives professional policy statement, which includes examples of how leaders should be engaged in patient safety and quality.

**17. 1.4c: What are some examples of how hospitals can engage the medical staff as direct contributors to the patient safety program?**
Examples may include:
- Senior leadership requests time on Medical Staff Department standing agendas to provide patient safety updates and elicit direct feedback on specific areas as well as "what keeps the medical staff up at night."
- Medical staff are invited and encouraged to be active participants in clinical unit meetings where patient safety is addressed.
- The board appoints a community-based active medical staff member to represent the organization on a regional patient safety initiative.

**18. 1.4c: In a hospital where all medical staff is employed, how do we answer this question?**
The intent of this element is to ensure that physicians and medical staff have the opportunity to provide input on the hospital's patient safety plan because often they do not have a significant position in the hierarchical structure of an organization but carry a great deal of influence over how the organization is run. Thus, they are informal leaders who can be change agents and "accelerators or barriers for improvement." If the organization's board and senior administrative leadership seek and document input from physicians and medical staff regarding patient safety programs, the intent of this element has been met.

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002903

### NQF Safe Practice #2 – Culture Measurement, Feedback, and Intervention FAQs

19. **Why are two different reporting periods used in NQF Safe Practice #2?**
Within the *Awareness and Accountability* elements, a 24-month reporting period is used because these elements are related to conducting the culture of safety survey, which is typically conducted every other year. Within the *Ability and Action* elements, a 12-month reporting period is used because these practices are related to follow-up activities that would be completed after the results from the culture of safety survey are available.

20. **2.1a: What are the requirements to qualify as a "culture of safety survey?"**
Several surveys are readily available that specifically address culture, safety climate, and teamwork. These surveys incorporate all the additional specifications as outlined in NQF Safe Practice #2 (see 2010 NQF Safe Practice Report).

    Hospitals that do not use a nationally recognized culture of safety tool must ensure that their culture of safety survey meets Leapfrog's guidelines for what constitutes a valid, consistent, and reliable survey tool. These guidelines were developed in consultation with Leapfrog's Culture of Safety Expert Panel. The guidelines can be found on the <u>Survey and CPOE Materials webpage</u> under supporting materials for Section 6.

    A general employee satisfaction survey that has a small component of the survey addressing organizational culture does not qualify.

21. **2.1a Can an employee engagement survey and nationally recognized culture of safety tool be conducted at the same time?**
Yes, if the culture of safety tool is unaltered and administered in its entirety.

22. **2.1a: What does "50% of the aggregated care delivered to patients within the hospital" mean?**
As described on page 88 of the NQF Safe Practices for Better Healthcare Report, "a census of units or service areas that in aggregate deliver care to more than 50 percent of the patients receiving care should be surveyed, service lines or units where there is a high patient safety risk should be measured, and there should be a valid sample to allow for unit-level analysis and facilitate improvement."

23. **2.1b: For reporting individual unit level results, what is the minimum number of responses a hospital should have?**
Most major vendors use a threshold of 5 or more responses and a 40% response rate. For larger units, a lower response rate may be acceptable. If a unit does not meet these thresholds, your hospital could aggregate the results of "like" units together (e.g., medical/surgical units, ICUs, ORs). Hospitals should not combine results across "unlike" units.

24. **2.1c: What is meant by "like" hospitals? Can hospitals benchmark against those within the same network or system? How would a pediatric hospital benchmark against other pediatric hospitals?**
Hospitals should benchmark their results against hospitals with similar demographics, such as hospital type, number of beds, number of admissions, urban/rural designation, etc. Hospitals in systems or healthcare networks should benchmark throughout the health system, but not within the same region.

    Pediatric hospitals utilizing the AHRQ Hospital Survey on Patient Safety Culture can benchmark their results using the <u>AHRQ's User Comparative Database Report</u> (refer to instructions starting on page 29).

PBHN000002904

25. **2.1d: What is meant by roles and staff levels?**
Roles are job types (e.g., surgeons, nurses, hospitalists, physician assistants, or clinical and non-clinical, etc.). Staff levels are defined within the organization's hierarchy (e.g., senior administrators, directors, managers, etc.).

26. **2.2b: Does performance evaluation criteria for senior administrative leadership need to include the actual targeted response rate to the culture of safety survey?**
Yes. The organization's targeted response rate to the culture of safety survey should be included in performance evaluation criteria for senior administrative leadership. Criteria for using the survey results in improvement efforts should also be included to meet the intent of this element.

27. **2.3a: Which employees should be included in the staff education program? Employees in all units or just those in low-performing units?**
Staff education needs to include education for all levels of staff, from senior administrative and clinical leadership to frontline caregivers. In addition, because all units have opportunities for improvement, the staff education should include all units but can focus on deficiencies of a specific unit or department.

28. **2.1e and 2.4b: What is the difference between 2.1e and 2.4b? Both seem to focus on sharing and discussing the Culture of Safety Survey results.**
While both elements focus on sharing and discussing Culture of Safety Survey results, these elements focus on different audiences and activities, and the result is that different kinds of feedback are collected. Safe Practice 2.1e requires <u>local leaders</u> (e.g., unit/department manager) to engage their unit/departments in a discussion about the survey results, while Safe Practice 2.4b requires <u>senior administrative leadership</u> to engage each sampled unit in a discussion about the survey results and their concerns.

### *Hand Hygiene FAQs*

### **Training and Education**

29. **Are online training modules acceptable for the purposes of question #1 and question #3?**
Online training modules are acceptable for the purposes of answering question #1 and question #3 if they meet all requirements outlined in the question.

For question #1, the online training must be done at the frequency specified and would need to be delivered and/or developed by a <u>professional with appropriate training and skills.</u> For question #3, the online training must meet all six topics outlined in the question.

Physical demonstration (question #2) **cannot** be done using an online training module.

30. **Can a hospital answer "yes" to the training and education questions #1-3 if the training and education for medical/nursing/pharmacy students is done by the medical/nursing/pharmacy school?**
Yes, you can answer "yes" to questions #1-3 if your hospital, alone, or in combination with other hospitals, has developed a standard orientation/on-boarding curriculum for students that meets all requirements outlined in the training and education questions. Your hospital will need to have continued and ongoing input into the curriculum, but the <u>administration</u> of the training and education for students, including physical demonstration of proper hand hygiene technique, could be conducted by the school.

31. **What are examples of what can count as "physically demonstrating" proper hand hygiene during the initial hand hygiene training?**
Before new individuals to your hospital have contact with patients and the patient care space, they will need to demonstrate proper hand hygiene with soap and water and alcohol-based hand sanitizer. This demonstration could be done as part of other onboarding activities, during occupational health activities as part of the TB test, during department orientations, in small

<u>Table of Contents</u>

PBHN000002905

groups, etc.  A group "teach-back" would be acceptable, but with no more than 10 students per one trainer/monitor. An online or in-person "simulation" would not be sufficient for this purpose. Computer-based assessments of an individual's hand hygiene technique are acceptable if the assessment tracks an individual's hand motions, is done without providing instructions to the individual during the assessment, and feedback is given to them at the end.

Hospitals that are starting to implement this component should add physical demonstration to their **initial** training for any **new** <u>individuals who touch patients or who touch items that will be used by patients at their hospital</u>. Leapfrog is not asking hospitals to retroactively train individuals.

## Infrastructure

32. **Is having an electronic system and dashboards that display low product and low battery reports which are used to ensure that the refilling and replacing of dispensers is completed in a timely manner sufficient for meeting the quarterly audit requirements in question #4?**
    Yes, if you have ongoing and reliable electronic ways of understanding when product or batteries are low, that would suffice for the audit. The goal is to make sure that supplies are available in soap, alcohol-based hand sanitizer, and paper towel dispensers.

33. **What does Leapfrog mean by "equally accessible to the location of all patients in the room or bed space" for the purposes of question #5?**
    Equally means the same distance from any patient's bed, which can be measured in steps. Leapfrog is not looking for an exact distance, but rather the goal is to ensure that hand hygiene can be easily performed regardless of the location of the patient being cared for in the room or bed space.

## Monitoring

34. **Why did Leapfrog select 200 hand hygiene opportunities for monthly monitoring in question #8?**
    200 hand hygiene opportunities were chosen as the sample size based on a study by Yin et. al which showed that 180-195 opportunities would need to be monitored to accurately observe a 10% change in hand hygiene compliance (Yin et al.). The additional sample sizes outlined in the measure specifications are for smaller patient care units where monitoring 200 opportunities may not be feasible.

    References:
    Steed C, Kelly JW, Blackhurst D, Boeker S, Diller T, Alper P, Larson E. Hospital hand hygiene opportunities: where and when (HOW2)? The HOW2 Benchmark Study. American Journal of Infection control. 2011 Feb 1;39(1):19-26.

    Jun Yin MS, Heather Schacht Reisinger PhD, Mark Vander Weg PhD, Marin L. Schweizer PhD, Andrew Jesson, Daniel J. Morgan MD MS, Graeme Forrest MD, Margaret Graham, Lisa Pineles MA and Eli N. Perencevich MD MS.  Establishing evidence-based criteria for directly observed hand hygiene compliance monitoring programs: a prospective, multicenter cohort study. Infection Control and Hospital Epidemiology Vol. 35, No. 9 2014 Sep, pp. 1163-8.

35. **My hospital uses an electronic compliance monitoring system, but it does not meet all the criteria outlined in questions #12-13. Can I report on the hand hygiene compliance data we collect via direct observation instead?**
    Yes. If your hospital also uses direct observation to collect hand hygiene compliance data (not just for coaching/intervention) throughout **all** patient care units (including those with the electronic compliance monitoring system), you can select "yes, using only direct observation" in either question #8, question #9, or question #10 and report on your adherence to the direct observation criteria only. Otherwise, you will need to respond "no" to question #12.

PBHN000002906

36. **Is Leapfrog encouraging hospitals to implement electronic compliance monitoring? These systems can be costly, and the technology still needs to advance.**
The questions in the hand hygiene standard ask about a variety of strategies that can be used to monitor and improve hand hygiene. Leapfrog is encouraging hospitals to take a multimodal approach. Regarding monitoring, while hospitals can achieve the Leapfrog standard with direct observation alone, Leapfrog is communicating a strong preference for use of electronic monitoring (implemented according to evidence-based principles). In addition to literature suggesting electronic monitoring works better to pinpoint compliance issues, the difference in the sheer number of hand hygiene opportunities covered by the two monitoring strategies represent powerful evidence in favor of electronic monitoring. Electronic monitoring allows facilities to monitor virtually every patient encounter, while direct observation monitors a selection. Based on the evidence, our standard calls for monitoring 200 hand hygiene opportunities per unit per month, which is a small subset of overall hand hygiene opportunities. Even beyond capturing more encounters aligned with the evidence, electronic monitoring alleviates the ethical quandary of an observer watching patient harm without intervening.

As with Computerized Physician Order Entry (CPOE) systems and Bar Code Medication Administration (BCMA) systems, we anticipate that electronic compliance monitoring technology will improve over time and become an important component of a comprehensive hand hygiene program. Electronic monitoring is a routine component of public safety in other industries where compliance is critical, so health care can and should achieve those standards for its patients.

All items included in Section 6D are based on the evidence review and recommendations from Leapfrog's national Hand Hygiene Expert Panel and others. We have included in the Hand Hygiene bibliography several peer-reviewed studies that have examined the benefits of using electronic monitoring systems over direct observation. The bibliography is available at https://ratings.leapfroggroup.org/measure/hospital/2025/handwashing.

37. **How does reporting the number of hand hygiene opportunities monitored in questions #8-10 impact our hospital's scoring?**
Hospitals can earn "Achieved the Standard" by either answering "yes" to question #8 and monitoring 200 hand hygiene opportunities (or at least the number of hand hygiene opportunities outlined based on the unit type in Tables 1-3 of the Hand Hygiene Measure Specifications) each month in each patient care unit and also meeting all other elements of the Monitoring and Feedback domains, as well as meeting all elements in 2 of the 3 remaining domains OR by answering "yes" to question #9 and monitoring at least 100 hand hygiene opportunities (or at least the number of hand hygiene opportunities outlined based on the unit type in Tables 4-6 of the Hand Hygiene Measure Specifications) each month in each patient care unit and also meeting all other elements of the Monitoring domain and all elements in the remaining four domains. Facilities that answer "yes" to question #10 and only monitor 100 hand hygiene opportunities a quarter are only eligible to earn a maximum performance category of "Considerable Achievement" based on their adherence to the elements in the other domains. Hospitals should review the Hand Hygiene scoring algorithm in the 2025 Leapfrog Hospital Survey Scoring Algorithms document for more details.

38. **Are online training modules acceptable for the purposes of training hand hygiene compliance observers in question #15?**
Online training can be used for the initial and recurrent training of hand hygiene compliance observers. Please refer to the Hand Hygiene Measure Specifications for more information on the requirements for the validation of hand hygiene compliance observers.

## Feedback

39. **For the purposes of responding to question #19, what are some examples of how hospital leadership can be held accountable through performance reviews or compensation?**
A performance review or compensation plan should include specific language about hand hygiene performance. A list of hand hygiene practices and related goals may be incorporated into

PBHN000002907

the performance review and/or compensation plan or formalized programs whereby a measure of success of those activities or programs is tied to individual performance reviews or compensation incentive plans of executives. Examples include meeting targets for hand hygiene compliance rates, having bonuses tied to structural changes like the implementation of electronic compliance monitoring systems, etc. Language pertaining solely to infection control practices and performance would NOT be sufficient.

## Culture

40. **What are some examples of how patients and visitors can be invited to remind individuals who touch patients or who touch items that will be used by patients to perform hand hygiene?**
Patients and visitors can be invited to remind individuals who touch patients or who touch items that will be used by patients to perform hand hygiene with posters placed in patient care units, bedside placards, buttons worn by the staff, etc.

41. **What are some examples of demonstrating a commitment to hand hygiene improvement as referenced in question #21?**
Some examples of how individuals can demonstrate a commitment to support hand hygiene improvement are written or verbal commitments given during town hall meetings, videos, e-mails from the CEO, public comments to staff, etc. This needs to be a verbal or written commitment that is delivered to those individuals who touch patients or who touch items that will be used by patients.

## *Diagnostic Excellence FAQs*

42. **What are examples of a CEO or CMO commitment to reducing errors in diagnosis?**
Examples of a CEO or CMO commitment include verbal remarks at an all-staff "town hall" or "all-hands" meeting, or a segment in an annual report or other publication disseminated to all staff that specifically mentions reducing diagnostic errors.

43. **What are examples of a PFAC having input in or leading initiatives aimed at reducing errors in diagnosis?**
Hospitals can refer to the Patient and Family Advisory Council (PFAC) Toolkit for Exploring Diagnostic Quality for detailed guidance. One common example of an initiative is to consult with the PFAC for input on materials for admitted patients pertaining to diagnosis, such as a resource developed based on needs identified in a patient survey, or a sepsis education campaign targeted at patients visiting the emergency room.

44. **Can our hospital system convene a multidisciplinary team at the system level, instead of individual hospitals assembling teams at their respective facilities?**
Multidisciplinary teams convened to solely focus on reducing diagnostic errors should be specific to individual hospitals in order to closely oversee case analyses, review data specific to individual sites, and be responsive to the individual hospital's leadership.

45. **What pathology reports should be included in our response to question #19? Are inpatient and outpatient reports included?**
A "pathology report" refers to any report that would be signed by a pathologist that diagnoses cancer. In other words, both the first diagnosis of malignancy reports, or a finalized report where resection specimens were examined and included in a signed report, would be included in the assessment of whether there was documented communication between the pathologist and the patient or patient's ordering physician. This applies to inpatients and outpatients alike, as long as the pathologist practicing at your hospital signed the report. If multiple signed reports are issued for a patient in a single year, they should all be included.

46. **What ICD-10 codes should we use to identify diagnoses of colon, lung, or breast cancer?**
Leapfrog has not identified a specific set of ICD-10 codes to use to select these cases.

PBHN000002908

# *Page Intentionally Left Blank*

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002909

# *SECTION 7: MANAGING SERIOUS ERRORS*

This section includes questions and reference information for Section 7: Managing Serious Errors. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002910

## <u>Section 7: Managing Serious Errors</u>

**Never Events Fact Sheet:** <u>https://ratings.leapfroggroup.org/measure/hospital/2025/responding-never-events</u>

Section 7 includes questions about your hospital's response to Never Events. In addition, Leapfrog collects information via its NHSN Group about five healthcare-associated infections (CLABSI, CAUTI, MRSA, *C. diff.*, and SSI: Colon). Hospitals reporting on Section 7B: Healthcare-Associated Infections are required to join Leapfrog's NHSN Group. Important information and deadlines are available on the <u>Join NHSN Group webpage</u>.

**Each hospital achieving the standard for Never Events:**
Has a policy that includes the nine principles of Leapfrog's Never Events policy and will implement this policy if a "never event" occurs within their hospital.

**Each hospital achieving the standards for Healthcare-Associated Infections:**
1.  Has a CLABSI standardized infection ratio of less than or equal to 0.413 for ICU and select ward inpatients.
2.  Has a CAUTI standardized infection ratio of less than or equal to 0.427 for ICU and select ward inpatients.
3.  Has a MRSA standardized infection ratio of less than or equal to 0.496 for facility-wide inpatients.
4.  Has a *C. diff.* standardized infection ratio of less than or equal to 0.621 for facility-wide inpatients.
5.  Has an SSI: Colon standardized infection ratio of less than or equal to 0.349 for inpatients following eligible colon procedures.

**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the <u>Scoring and Results webpage</u>.**

**261**

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

<u>Table of Contents</u>

PBHN000002911

# 7A: Never Events

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** To earn credit for these questions, hospitals must have a policy in place that addresses the National Quality Forum's list of Serious Reportable Events. All references to "never event" or "serious reportable event" are specific to the National Quality Forum list available at https://www.qualityforum.org/topics/sres/serious_reportable_events.aspx.

> **Reporting Period:**
> Answer questions #1-9 based on the principles currently included in your hospital's never events policy at the time you submit this section of the Survey.
>
> Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

Below are the nine elements which make up The Leapfrog Group's Policy Statement regarding never events. [48] Indicate which of the following principles are included in your hospital's current never events policy.

| | | |
|---|---|---|
| 1) | We apologize to the patient [49] and/or family affected by the never event[48]. | ○ Yes<br>○ No |
| 2) | We report the event to at least one of the following external agencies [50] within 15 business days of becoming aware that the never event[48] has occurred:<br>• Joint Commission, as part of its Sentinel Events policy;<br>• DNV GL Healthcare;<br>• State reporting program for medical errors; or<br>• Patient Safety Organization (as defined in The Patient Safety and Quality Improvement Act of 2005). | ○ Yes<br>○ No |
| 3) | We perform a root cause analysis [51], which at a minimum, includes the elements required by the chosen external reporting agency.<br><br>*If "no," skip questions #6-7. The hospital will be scored as "Limited Achievement."* | ○ Yes<br>○ No |
| 4) | We waive all costs directly related to the never event[48].<br><br>*In order to respond "yes" to this question, all costs directly related to the never event must be waived to both the patient and the payor.* | ○ Yes<br>○ No |
| 5) | We make a copy of this policy available to patients, patients' family members, and payers upon request. | ○ Yes<br>○ No |
| 6) | We interview patients and/or families, who are willing and able, to gather evidence for the root cause analysis[51]. | ○ Yes<br>○ No |
| 7) | We inform the patient and/or the patient's family of the action(s) that our hospital will take to prevent future recurrences of similar events based on the findings from the root cause analysis[51]. | ○ Yes<br>○ No |
| 8) | We have a protocol[4848] in place to provide support for caregivers involved in never events[4848] and make that protocol known to all caregivers and affiliated clinicians. | ○ Yes<br>○ No |
| 9) | We perform an annual review to ensure compliance with each element of Leapfrog's Never Events Policy for each never event[48] that occurred.<br><br>*If "no" to any questions #1-8, skip this question and continue to the next subsection.* | ○ Yes<br>○ No |

PBHN000002912

## 7B: Healthcare-Associated Infections

Hospitals that share a CMS Certification Number must have a unique NHSN ID as required by NHSN. Please carefully review Leapfrog's Multi-Campus Reporting Policy on the Join NHSN Group webpage.

**Specifications:** See ***Healthcare-Associated Infections Measure Specifications*** in the Reference Information beginning on page 269.

---

**Reporting Period: 12 months**
- June and August Data Downloads: 01/01/2024 – 12/31/2024
- October and December Data Downloads: 07/01/2024 – 06/30/2025

*Leapfrog will update data four times per Survey Cycle for all members of our NHSN group that have provided an accurate NHSN ID in the Hospital Profile and submitted the 2025 Leapfrog Hospital Survey.*

*Visit the Join NHSN Group webpage for important information on deadlines for joining Leapfrog's NHSN Group.*

---

Hospitals that join* Leapfrog's NHSN Group by the join-by dates, enter a valid NHSN ID in the Profile of the Leapfrog Hospital Survey, and submit the 2025 Leapfrog Hospital Survey will have their data scored and publicly reported.

| | |
|---|---|
| 1) Has your hospital joined Leapfrog's NHSN Group and entered a valid NHSN ID in the Profile so that the standardized infection ratios (SIRs) for each of the following applicable infection measures can be downloaded directly from the CDC's National Healthcare Safety Network (NHSN) for scoring and public reporting:<br>• CLABSI in ICUs and select wards;<br>• CAUTI in ICUs and select wards;<br>• Facility-wide inpatient MRSA Blood Laboratory-identified Events;<br>• Facility-wide inpatient C. diff. Laboratory-identified Events; and<br>• SSI: Colon? | o Yes, the hospital has joined Leapfrog's NHSN Group, accepted Leapfrog's Rights Acceptance Report/Data Rights Template, and entered a valid NHSN ID in the Profile<br>o No, the hospital has not joined Leapfrog's NHSN Group, accepted Leapfrog's Rights Acceptance Report/Data Rights Template, or entered a valid NHSN ID in the Profile and acknowledges that the hospital will be publicly reported as "Declined to Respond" for all five infection measures |

*Hospitals are not required to "re-join" Leapfrog's NHSN Group if they joined and conferred rights in previous Leapfrog Hospital Survey Cycles. However, all hospitals in Leapfrog's NHSN Group must review their Rights Acceptance Report annually (by the published join-by deadlines) to ensure that Leapfrog has access to the data from all of the locations that were active during the reporting period, even if those locations are no longer active, to ensure that Leapfrog obtains the appropriate SIR. Instructions for joining or verifying that you are in Leapfrog's NHSN Group are available in the "NHSN Guidance: Join the Group, Review/Accept Data Rights Template, and Download Reports" document on our Join NHSN Group webpage.

Hospitals that join Leapfrog's NHSN group, but do not provide an accurate NHSN ID in the Hospital Profile or do not submit the 2025 Leapfrog Hospital Survey, will be scored and publicly reported as "Declined to Respond" for each of the five infection measures. Hospitals that have a predicted value <1 for an infection measure, or hospitals whose number of observed MRSA or CDI infections present on admission are above a pre-determined cut-point, will be scored as "Unable to Calculate" for that measure. Hospitals for whom a measure does not apply during the reporting period (e.g., zero device days or procedure days, no applicable locations) will be scored as "Does Not Apply" for that measure. Hospitals that are PPS-Exempt Cancer hospitals, as classified by CMS, will be scored as "Does Not Apply" for CLABSI and CAUTI only.

PBHN000002913

For all other deadlines, please refer to the "Deadlines and Reporting Periods" table provided in the Healthcare-Associated Infections Measure Specifications, as well as online.

**264**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002914

**Affirmation of Accuracy**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Managing Serious Errors Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealing with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealing with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.

Affirmed by _____, the hospital's _____,
　　　　　　　*(first name and last name)*　　　　　　　　　　　　　*(title)*
on _____.
　　　　*(date)*

PBHN000002915

## Section 7: Managing Serious Errors Reference Information

### What's New in the 2025 Survey

Leapfrog will continue to obtain healthcare-associated infection (HAI) data directly from the CDC's National Healthcare Safety Network (NHSN). Additionally, Leapfrog will add one new question to Section 7B to confirm that hospitals have completed all the required steps in order for their HAI data to be scored and publicly reported, which include: joining Leapfrog's NHSN Group, entering a valid NHSN ID in the Profile of the Leapfrog Hospital Survey, and submitting the 2025 Leapfrog Hospital Survey.

### Change Summary Since Release

None. If substantive changes are made to this section of the Survey after release on April 1, 2025, they will be documented in this Change Summary section.

**266**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002916

# Section 7B: Healthcare-Associated Infections Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number must have a unique NHSN ID as required by NHSN. Please carefully review Leapfrog's Multi-Campus Reporting Policy on the Join NHSN Group webpage.

### *Checklist for Joining Leapfrog's NHSN Group and Ensuring the Data are Accurate:*

☐ **Join or verify that you are in Leapfrog's NHSN Group by the join-by dates**
- Instructions for joining or verifying that you are in Leapfrog's NHSN Group are available here in the "NHSN Guidance: Join the Group, Review/Accept Data Rights Template, and Download Reports" document.
- Join-by dates are listed in the "Deadlines and Reporting Periods" table below.

☐ **Review and accept Leapfrog's Data Rights Template within NHSN**
- **All hospitals** are required to review and accept the Data Rights Template at least annually before **June 19, 2025,** NHSN join-by date and whenever updates are made to their location mapping in NHSN.
    - o Include any locations that were active during the reporting period even if they are currently inactive to ensure that Leapfrog obtains the appropriate SIR.
    - o Confirm that you have given Leapfrog access to data from your 2024 NHSN Patient Safety Component - Annual Hospital Survey. Surveillance data from the 2024 NHSN Annual Hospital Survey is used by NHSN to risk adjust SIRs; SIRs cannot be calculated by NHSN or downloaded by Leapfrog if you restrict access to this data.
    - o Failure to review and update (as needed) your Data Rights Template may result in Leapfrog pulling incorrect data for your hospital.
- Instructions for reviewing and accepting the Data Rights Template are available here in the "NHSN Guidance: Join the Group, Review/Accept Data Rights Template, and Download Reports" document.

☐ **Generate datasets and download reports within NHSN on the same day as Leapfrog**
- All hospitals are required to (a) generate datasets within NHSN, (b) download CMS IPPS reports, and (c) download a copy of your 2024 Patient Safety Component - Annual Hospital Survey from NHSN on the **same day** that Leapfrog will be downloading the data from NHSN for all current group members.
- Instructions for generating datasets and downloading these reports from NHSN are available here in the "NHSN Guidance: Join the Group, Review/Accept Data Rights Template, and Download Reports" document.
- NHSN data download dates are listed in the "Deadlines and Reporting Periods" table below (please note that there are four NHSN data download dates per Survey Cycle).
- By generating datasets and downloading reports within NHSN on the same day as Leapfrog, hospitals can confirm that their data matches the data Leapfrog has obtained.
- If hospitals do not generate datasets and download reports on the same day as Leapfrog, the Help Desk will not review any discrepancies.

☐ **Review SIRs**
- For verification purposes, hospitals are required to download reports from NHSN on the **same day**, as described above.
- Once Leapfrog has published the healthcare-associated infection Survey Results on the Hospital Details Page, hospitals are urged to compare the Survey Results to their NHSN reports that were pulled on the same day as Leapfrog.
- Dates on which the Survey Results will be available on the Hospital Details page are listed in the "Deadlines and Reporting Periods" table below.

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002917

☐ **Report discrepancies**

If, while comparing your NHSN reports to your Leapfrog Hospital Survey Results, you find a discrepancy, you must contact Leapfrog's <u>Help Desk</u> immediately. If you do not contact Leapfrog by the **end of the month** in which scored results are <u>available</u> on your Hospital Details Page (i.e., July, September, November, and January, respectively), the issue will not be investigated by the Help Desk.

## *Deadlines and Reporting Periods*

| Join Leapfrog's NHSN Group by | Leapfrog will download data from NHSN for all current group members | Data downloaded from NHSN will be scored and publicly reported for hospitals that have submitted Section 7 by | HAI Reporting Period | Available on Hospital Details Page and Public Reporting Website |
|---|---|---|---|---|
| **June 19, 2025** | June 20, 2025 | June 30, 2025 | 01/01/2024 – 12/31/2024 | July 12, 2025 Hospital Details Page<br><br>July 25, 2025 Public Reporting Website |
| **August 21, 2025** | August 22, 2025 | August 31, 2025 | 01/01/2024 – 12/31/2024 | September 10, 2025* |
| **October 22, 2025** | October 23, 2025 | October 31, 2025 | 07/01/2024 – 06/30/2025 | November 12, 2025* |
| **December 17, 2025** | December 18, 2025** | November 30, 2025 | 07/01/2024 – 06/30/2025 | January 12, 2026* |

*Available on Hospital Details Page on the same date as public release of Survey Results.

**The Leapfrog Hospital Survey closes on November 30, 2025. The last NHSN data download is on December 18, 2025, to incorporate any facilities and corrections from facilities that joined by the last join date of December 17, 2025.

PBHN000002918

## Section 7A: Never Events Frequently Asked Questions (FAQs)

1. **When reporting Never Events, what "state reporting program for medical errors" applies in my state?**
   Congress has passed legislation requiring all states to develop a reporting program for medical errors. At this time, many states have already enacted or adopted some requirement that hospitals report serious medical errors or similar adverse events to a state agency. Others are still implementing legislation or regulations that define that requirement. States that have developed programs may also define reportable events differently.

2. **What if there is no "state reporting program for medical errors" in my state? Do we still have to report Never Events to meet Leapfrog principles for this policy? To whom?**
   Hospitals in states that do not have a state reporting program or requirement in effect can meet the reporting requirement of Leapfrog's principles for implementation of a Never Events policy by reporting all Never Events voluntarily to The Joint Commission, DNV GL Healthcare, or a Patient Safety Organization.

   If there is no state-required reporting program in effect, no available Patient Safety Organization to which your hospital can report, <u>and</u> your hospital is not Joint Commission or DNV GL Healthcare accredited, the Leapfrog requirement for reporting to an external agency is amended. Hospitals must report the Never Event to their governance board and must still perform a root-cause analysis internally of each Never Event to meet Leapfrog's principle for full implementation of its Never Events policy.

3. **The reportable adverse events defined by our state's reporting program don't include all 25 Never Events endorsed by the National Quality Forum (NQF) and adopted in the Leapfrog policy. Will reporting <u>only</u> the state-required reportable events to the state agency suffice for meeting Leapfrog's requirement for reporting Never Events to an external agency? Does our hospital have to report other Never Events, as defined by NQF/Leapfrog, to that state agency even though not required by our state's reporting program?**
   Hospitals should report all their state-required reportable events to the state agency. All other Never Events, as defined by NQF's list of Serious Reportable Events, which cannot be reported to the state agency, should be reported to another external agency (e.g., accreditor, Patient Safety Organization), if possible. If reporting those events to another external agency is not possible, the final option is to report those events to the hospital's governance board.

4. **Won't Leapfrog's request to have hospitals apologize to the patient put the hospital at risk for liability?**
   Not necessarily. Research indicates that malpractice suits are often the result of a failure on the hospital's part to communicate openly with the patient and apologize for its error. Patients feel the most anger when they perceive that no one is willing to take responsibility for the adverse event that has occurred. A sincere apology from the responsible hospital staff can help to heal the breach of trust between doctor/hospital and patient. (When Things Go Wrong: Responding to Adverse Events. Boston, 2006. Mass Coalition for the Prevention of Medical Errors)

5. **How does Leapfrog define "waive cost?"**
   At its core, Leapfrog's approach to never events is about improving patient care. While the policy asks hospitals to refrain from billing either the patient or a third-party payer, such as a health plan or employer company, for any costs directly related to a serious reportable adverse event, Leapfrog understands that, due to the wide array of circumstances surrounding never events, specific details of what constitutes "waiving cost" should be handled on a case-by-case basis by the parties involved. For an example, please see <u>Lessons learned from implementing a principled approach to resolution following patient harm</u>" by Smith et. al.

**269**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002919

6. **Does Leapfrog recommend any resources for hospitals looking to adhere to Leapfrog's Never Events principles?**

   Yes, the Agency for Healthcare Research and Quality (AHRQ) has developed and tested the Communication and Optimal Resolution (CANDOR) Toolkit, which outlines a process for hospitals and practitioners to respond to unexpected events in a timely, thorough, and just way. The National Patient Safety Foundation (NPSF) has issued a report titled RCA[2]: Improving Root Cause Analyses and Actions to Prevent Harm, which examines best practices and provides guidelines to help standardize and improve Root Cause Analysis. In addition, hospitals can download tips and tools for interviewing patients and families for the Root Cause Analysis on the Survey and CPOE Materials webpage.

PBHN000002920

# *Page Intentionally Left Blank*

Table of Contents

PBHN000002921

# *SECTION 8: PEDIATRIC CARE*

This section includes questions and reference information for Section 8: Pediatric Care. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.

**272**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002922

*2025 Leapfrog Hospital Survey – Hard Copy*                              *Section 8: Pediatric Care*

## Section 8: Pediatric Care

**Pediatric Care Fact Sheet:** https://ratings.leapfroggroup.org/measure/hospital/2025/pediatric-care

**Hospitals that do not care for (or perform CT scans on) patients 17 years of age or younger should respond "no" to question #2 in 8A and 8B and move on to the Affirmation of Accuracy. Your hospital's results will be displayed as "Does Not Apply" on Leapfrog's public reporting website.**

Section 8 includes questions about patient experience (CAHPS Child Hospital Survey) and Computed Tomography (CT) radiation dose for pediatric patients.

**Each hospital achieving the standard for Patient Experience (CAHPS Child Hospital Survey):**
Performed in the top quartile for at least 4 of the 5 CAHPS Child Hospital Survey domains (a subset of the 18 total domains), listed below:
- Communication with Parent – Communication about your child's medicines
- Communication with Parent – Keeping you informed about your child's care
- Communication with Child – How well nurses communicate with your child
- Communication with Child – How well doctors communicate with your child
- Attention to Safety and Comfort – Preventing mistakes and helping you report concerns

**Each hospital achieving the standard for Pediatric Computed Tomography (CT) Dose:**
Received 75% or more of the possible points based on comparing CT radiation doses across two anatomic areas (head and abdomen/pelvis) and five age strata to national benchmarks.

**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the <u>Scoring and Results webpage</u>.**

273

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

<u>Table of Contents</u>

PBHN000002923

*2025 Leapfrog Hospital Survey – Hard Copy*                                    *Section 8: Pediatric Care*

## 8A: Patient Experience (CAHPS Child Hospital Survey)

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: This subsection is only applicable to hospitals that care for patients 17 years of age or younger. Hospitals that do not care for patients 17 years of age or younger should respond "no" to question #2 in 8A and move on to 8B. Your hospital's results will be displayed as "Does Not Apply" on Leapfrog's public reporting website.

Note 2: To help ensure that the Top Box Scores[52] represent an appropriate sample of patients, hospitals must have at least 100 pediatric acute-care admissions to inpatient units other than a neonatal ICU (NICU). Otherwise, they should respond "Yes, but fewer than 100 pediatric admissions were for non-NICU patients" to question #2 and skip the remaining questions in Section 8A. The hospital will be scored as "Does Not Apply." For example, if your hospital had 600 pediatric acute-care admissions, and 550 of those admissions were to a neonatal ICU, you should respond "Yes, but fewer than 100 pediatric admissions were for non-NICU patients" to question #2 as your hospital only has 50 admissions to inpatient units other than a neonatal ICU.

**Specifications:** See ***Patient Experience (CAHPS Child Hospital Survey) Measure Specifications*** in the Reference Information beginning on page 282.

---

**Reporting Period: 12 months**
Answer questions #1-12 for the latest 12-month period prior to the submission of this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | |
|---|---|
| 1) What is the latest 12-month reporting period for which your hospital is submitting responses to this section? 12-month reporting period ending: | _____ <br> *Format: Month/Year* |
| 2) Did your hospital have at least 500 pediatric acute-care admissions during the 12-month period referenced in Section 1, question #5? <br><br> *Refer to your responses to questions #5 and #13 in Section 1A: Basic Hospital Information.* <br><br> *If "no" or "yes, but fewer than 100 pediatric admissions were for non-NICU patients," skip questions #3-12 and continue to the next subsection. The hospital will be scored as "Does Not Apply."* | ○ Yes <br> ○ Yes, but fewer than 100 pediatric admissions were for non-NICU patients <br> ○ No |
| 3) Has your hospital administered, or started to administer the CAHPS Child Hospital Survey during the reporting period? <br><br> *If "no" to question #3, skip questions #4-12 and continue to the next subsection. The hospital will be scored as "Did Not Measure."* | ○ Yes <br> ○ No |
| 4) Did your hospital administer the full CAHPS Child Hospital Survey or a truncated version? <br><br> *If administering a truncated version, hospitals must follow the specifications for truncating the survey provided in the Patient Experience (CAHPS Child Hospital Survey) Measure Specifications.* | ○ Full version <br> ○ Truncated version |

**Version 9.1**
**© 2025 The Leapfrog Group**
**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002924

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 8: Pediatric Care*

| | |
|---|---|
| 5) How many surveys were returned during the reporting period?<br><br>*If less than 100, skip questions #6-12 and continue to the next subsection. The hospital will be scored as "Unable to Calculate Score."* | ———— |
| 6) Which of the following modes were used to administer the survey?<br><br>*Select all that apply.* | ☐ Mail<br>☐ Phone<br>☐ Email<br>☐ Tablet |
| 7) Which of the following times were surveys administered during the reporting period?<br><br>*Select all that apply.* | ☐ Day of discharge<br>☐ After discharge |

In questions #8-12, report your hospital's <u>Top Box Score</u>[52] (rounded to the nearest whole number) from each of the five publicly reported patient experience measures from your 12-month vendor report that matches the reporting period that you selected in question #1.

| | |
|---|---|
| 8) Communication with Parent – Communication about your child's medicines | ———— |
| 9) Communication with Parent – Keeping you informed about your child's care | ———— |
| 10) Communication with Child – How well nurses communicate with your child | ———— |
| 11) Communication with Child – How well doctors communicate with your child | ———— |
| 12) Attention to Safety and Comfort – Preventing mistakes and helping you report concerns | ———— |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002925

## 8B: Pediatric Computed Tomography (CT) Radiation Dose

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: All pediatric patient (ages 17 years and younger) scans performed at your hospital should be included when reporting on this measure, including cases that were never admitted to an inpatient ward.

Note 2: This section is only applicable to hospitals that perform CT scans on patients 17 years of age or younger. Hospitals that do not perform CT scans on patients 17 years of age or younger should respond "no" to question #2 in 8B and move on to the Affirmation of Accuracy. Your hospital's results will be displayed as "Does Not Apply" on Leapfrog's public reporting website.

**Specifications:** See *__Pediatric Computed Tomography (CT) Radiation Dose Measure Specifications__* in the Reference Information beginning on page 283.

<table>
<tr><td>

**Reporting Period: 12 months**
Answer questions #1-7 based on all cases (or a sufficient sample of them)
- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

</td></tr>
</table>

**Sufficient Sample:** See *__Pediatric Computed Tomography (CT) Radiation Dose Measure Specifications__* for instructions on identifying a sufficient sample for questions #2-7.

| | | |
|---|---|---|
| 1) | 12-month reporting period used: | ○ 01/01/2024 – 12/31/2024<br>○ 07/01/2024 – 06/30/2025 |
| 2) | Does your hospital perform CT scans on pediatric patients?<br><br>*If "no" to question #2, skip the remaining questions in Section 8B, and go to the Affirmation of Accuracy. The hospital will be scored as "Does Not Apply."* | ○ Yes<br>○ No |
| 3) | Did your hospital calculate its distribution of CT radiation doses for pediatric patients over the reporting period, and do you choose to report those data to this Survey?<br><br>*If "no" to question #3, skip the remaining questions in Section 8B, and go to the Affirmation of Accuracy. The hospital will be scored as "Did Not Measure."* | ○ Yes<br>○ No |
| 4) | Which of the following is your hospital using to report the CT radiation dose length product (DLP)?<br><br>*If "manual data collection" is not selected, skip question #5 and continue to question #6.* | ○ Manual Data Collection<br>○ Dose Monitoring Software<br>○ ACR National Radiology Data Registry Report |

276

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002926

| | |
|---|---|
| 5) If using manual data collection, do the responses in questions #6 and #7 represent a sample?<br><br>*If your hospital reviewed all cases for age strata with fewer than 30 encounters and sampled for those age strata with greater than 30 encounters, select "yes."* | o   Yes<br>o   No |

6) Enter your hospital's 25th, 50th, and 75th percentiles (rounded to the nearest whole number) for CT radiation dose length product (DLP) in **head** scans for pediatric patients for each age stratum standardized to 16cm phantoms.

*If the number of encounters for an age stratum is less than 10 (in column a), skip columns b, c, and d and then move to the next age stratum. If zero, enter "0" in column a. The hospital will be scored as "Unable to Calculate Score" if all age strata have less than 10 encounters.*

| Age Stratum | HEAD | | | |
|---|---|---|---|---|
| | (a)<br>Number of encounters | (b)<br>25th Percentile | (c)<br>50th Percentile | (d)<br>75th Percentile |
| < 1 year | | | | |
| 1 - 4 | | | | |
| 5 - 9 | | | | |
| 10 - 14 | | | | |
| 15 - 17 | | | | |

7) Enter your hospital's 25th, 50th, and 75th percentiles (rounded to the nearest whole number) for CT radiation dose length product (DLP) in **abdomen/pelvis** scans for pediatric patients for each age stratum standardized to 32cm phantoms.

*If the number of encounters for an age stratum is less than 10 (in column a), skip columns b, c, and d and then move to the next age stratum. If zero, enter "0" in column a. The hospital will be scored as "Unable to Calculate Score" if all age strata have less than 10 encounters.*

| Age Stratum | ABDOMEN/PELVIS | | | |
|---|---|---|---|---|
| | (a)<br>Number of encounters | (b)<br>25th Percentile | (c)<br>50th Percentile | (d)<br>75th Percentile |
| < 1 year | | | | |
| 1 - 4 | | | | |
| 5 - 9 | | | | |
| 10 - 14 | | | | |
| 15 - 17 | | | | |

277

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002927

**Affirmation of Accuracy**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Pediatric Care Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealings with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealings with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.

Affirmed by _____, the hospital's _____,
            *(first name and last name)*                                *(title)*
on _____.
            *(date)*

PBHN000002928

# Section 8: Pediatric Care Reference Information

### What's New in the 2025 Survey

There are no changes to Section 8A: Patient Experience (CAHPS Child Hospital Survey) or Section 8B: Pediatric CT Radiation Dose.

### Change Summary Since Release

None. If substantive changes are made to this section of the Survey after release on April 1, 2025, they will be documented in this Change Summary section.

**279**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002929

## Section 8: Pediatric Care Measure Specifications

### Patient Experience (CAHPS Child Hospital Survey) Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

| |
|---|
| **Source:** Agency for Healthcare Quality and Research (AHRQ) (NQF #2548) |
| **Reporting Period:** The latest 12-month period prior to the submission of this section of the Survey. Hospitals can elect to use either survey return date or discharge date to pull reports for this measure. |

This section of the Leapfrog Hospital Survey asks hospitals who care for pediatric patients about their results from the CAHPS Child Hospital Survey. The first several questions are designed to learn more about the current administration of the survey. The last five questions collect the "Top Box"[52] score for each of the following five domains:

- Communication with Parent – Communication about your child's medicines
- Communication with Parent – Keeping you informed about your child's care
- Communication with Child – How well nurses communicate with your child
- Communication with Child – How well doctors communicate with your child
- Attention to Safety and Comfort – Preventing mistakes and helping you report concerns

Hospitals using Press Ganey, NRC, or PRC to administer the CAHPS Child Hospital Survey can use the AHRQ CAHPS Crosswalk below to ensure they are reporting on the correct domains. The Crosswalk is designed to help translate the standard vendor report to the AHRQ Domains used in questions #8-12 of the Leapfrog Hospital Survey.

Hospitals that opt to truncate the CAHPS Child Hospital Survey after question 40, which is the last question required to report on the five domains listed above, must ensure that all questions prior to and including question 40 remain in order and unaltered. In addition, hospitals opting to truncate the survey must retain questions 50-54 and 56-57 (in order and unaltered) which ask for the child and survey participant's demographic information. Note: Hospitals that collect information captured in questions 51-52 administratively are not required to retained them.

For more information regarding which questions from the CAHPS Child Hospital Survey correspond to the five domains listed above, visit https://www.ahrq.gov/cahps/surveys-guidance/hp/about/child-survey-measures.html.

### CAHPS Child Hospital Survey Domain Crosswalk

| AHRQ Domain Name | Press Ganey Domain Name | NRC Domain Name | PRC Domain Name |
|---|---|---|---|
| Communication with Parent – Communication about your child's medicines | **Communication Child's Med** | **Communication About Meds** | **Communication About Medicines** |
| Communication with Parent – Keeping you informed about your child's care | **Informed Child's Care** | **Keeping You Informed About Your Child's Care** | **Keeping Parent Informed** |
| Communication with Child – How well nurses communicate with your child | **Nurses Communicate Child** | **Nurse Communication With Child** | **Nurses – Child** |
| Communication with Child – How well doctors communicate with your child | **Doctors Communicate Child** | **Doctor Communication With Child** | **Doctors – Child** |
| Attention to Safety and Comfort – Preventing mistakes and helping you report concerns | **Prevent Mistakes Rpt Conc** | **Preventing Mistakes and Helping You Report Concerns** | **Preventing Mistakes** |

See FAQs for additional information about responding to the questions in this section.

**Version 9.1**
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

PBHN000002930

### Pediatric Computed Tomography (CT) Radiation Dose Measure Specifications

**Important Notes:**

Note 1: Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

Note 2: For purposes of this measure, an "encounter" consists of a full examination and any CT scans performed within one hour of each other involving the designated anatomic area (i.e., head or abdomen/pelvis). For example, two CT scans conducted 30-minutes apart on the same patient's head are considered one "encounter." CT scans of the same anatomic area performed with and without contrast are considered one "encounter." Scans of two different anatomic areas performed within one hour would not be considered the same "encounter." Scans of the same anatomic area performed greater than 60 minutes apart would also not be considered the same "encounter."

Note 3: This measure includes two sets of instructions in the table below: one for hospitals using dose monitoring software and one for hospitals that are not using dose monitoring software. Please be sure to use the correct set of instructions.

Note 4: Hospitals performing manual data collection must use the CT Dose Workbook provided on the Survey and CPOE Materials webpage to standardize their CT radiation dose length product (DLP) for head scans to 16cm phantoms and abdomen/pelvis scans to 32cm phantoms.

| |
|---|
| **Source:** University of California, San Francisco (NQF #2820) |
| **Reporting Period: 12 months**<br>• Surveys submitted prior to September 1:<br>　○ 01/01/2024 – 12/31/2024<br>• Surveys (re)submitted on or after September 1:<br>　○ 07/01/2024 – 06/30/2025 |

| |
|---|
| **Hospitals participating in the ACR National Radiology Data Registry:**<br>Data for this measure can be obtained directly from a special Leapfrog report. See details below. |
| Hospitals that report to the American College of Radiology (ACR) and receive reports through the National Radiology Data Registry (NRDR) will be able to respond to questions #6-7 in Section 8B using a specialized report that will be made available with the quarterly Dose Index Registry Executive Summary reports. This separate "Leapfrog" report will be available for download through the NRDR portal and will contain data according to the age ranges and measure specifications of the Leapfrog Hospital Survey. **Enter values from the "Leapfrog" tab using the "Table: Pediatric Exams for Leapfrog Survey" and the appropriate percentiles in the Head and Abdomen Pelvis columns rounded to the nearest whole number directly into the Online Hospital Survey Tool.** While this report should be from the most recent 12 months, it does not need to include the full 12 months. |

| |
|---|
| **Hospitals using dose monitoring software:**<br>Data for this measure can be obtained using dose monitoring software. See instructions below. |
| **Question #6, column a: Total Number of Encounters**<br>Using your dose monitoring software, obtain the total number of encounters in **head scans** for each age stratum (<1, 1-4, 5-9, 10-14, 15-17). Enter these values into the Survey.<br><br>**Inclusions:**<br>CT HEAD BRN WO IVCON<br>CT HEAD WO IVCON<br>CT PEDS HEAD WO IVCON<br>CT HEAD<br>CT PEDS HEAD BRN WO IVCON<br>CT BRN WO IVCON<br>CT HEAD BRN<br>CT HEAD BRN W IVCON<br>CT HEAD W IVCON |

PBHN000002931

CT HEAD WO & W IVCON
CT HEAD BRN WO & W IVCON
CT BRN WO & W IVCON
CT BRN W IVCON

**Exclusions:**
- Encounters involving facial bones or sinuses
- Encounters where the indication is for a biopsy, including prop studies and stereotactic studies and procedures
- Encounters that cross multiple anatomic areas should be excluded. For example, encounters involving both the head and neck are excluded from the "head" anatomic region.
- Encounters where the documented age is missing or listed as the date of admission (i.e., an accurate birthday could not be obtained and therefore the admission date was used), as is the case for some trauma patients

**Sampling Cases:** Hospitals using dose monitoring software must report on <u>all</u> encounters in the 12-month reporting period.

**Hospitals using Radimetrics Dose Monitoring Software:**
- If your hospital is using unique study instance UIDs for every scan performed, review your data to ensure that any scans performed on the same patient and same anatomic area within a one-hour timeframe are being combined into one encounter. The DLPs for all scans within the one-hour timeframe should be combined and that combined value used to calculate the percentiles reported to Leapfrog.
- If your hospital is NOT using unique study instance UIDs and is combining DLPs for all scans performed on the same patient and same anatomic area within one hour into one study instance UID, no review is required as this adheres to the definition of encounter. However, these hospitals should review any repeat or delayed scans to ensure repeat or delayed scans performed greater than 60 minutes apart are not being combined into the same study instance UID.

**Question #6, columns b, c, and d: 25th, 50th, and 75th Percentiles**
Based on the encounters identified for each age stratum (column a), use your dose monitoring software to calculate the 25th percentile (column b), the 50th percentile (column c), and the 75th percentile (column d) for CT radiation dose length product (DLP) in **head scans standardized to 16cm phantoms**. Enter these values into the Survey rounded to the nearest whole number.

If the number of encounters for an age stratum (i.e., <1 or 1-4, etc.) is less than 10 (column a), skip columns b, c, and d. If the number of encounters for an age stratum is zero, enter "0" in column a, and skip columns b, c, and d. You cannot leave any rows in column a blank.

**Phantom Dose Specifications:**
For head scans, use a 16 cm phantom dose value. The orange box in the screenshot below the table is an example of a Dose Report which shows the phantom dose value used. The phantom dose value is used to estimate the radiation dose to the patient.

**Scout Doses (Topograms)** should not be included when calculating the 25th, 50th, or 75th percentiles.

**Question #7 column a: Total Number of Encounters**
Using your dose monitoring software, obtain the total number of encounters in **abdomen/pelvis** for each age stratum (<1, 1-4, 5-9, 10-14, 15-17). Enter these values into the Survey.

**Inclusions:**
CT ABD PELVIS W IVCON
CT ABD/PEL W IVCON
CT PEDS ABD PELVIS
CT ABD PELVIS WO IVCON
CT ABD/PEL WO IVCON
CT ABD/PEL

Table of Contents

PBHN000002932

CT PEDS ABD/PEL WO IVCON
CT ABD PELVIS WO & W IVCON
CT ABD/PEL WO & W IVCON
CT ABD PELVIS
CT ABD PELVIS WO IVCON

**Exclusions:**
- Encounters where the indication is for a biopsy, including prop studies and stereotactic studies and procedures
- Encounters that cross multiple anatomic areas should be excluded. For example, encounters involving both the chest and abdomen/pelvis are excluded from the "abdomen/pelvis" anatomic region.
- Encounters where the documented age is missing or listed as the date of admission (i.e., an accurate birthday could not be obtained and therefore the admission date was used), as is the case for some trauma patients

**Sampling Cases:** Hospitals using dose monitoring software must report on all encounters in the 12-month reporting period.

**Question #7, columns b, c, and d: 25th, 50th, and 75th Percentiles**
Based on the encounters identified for each age stratum (column a), use your dose monitoring software to calculate the 25th percentile (column b), the 50th percentile (column c), and the 75th percentile (column d) for CT radiation dose length product (DLP) in **abdomen/pelvis scans standardized to 32cm phantoms**. Enter these values into the Survey rounded to the nearest whole number.

If the number of encounters for an age stratum (i.e., <1 or 1-4, etc.) is less than 10 (column a), skip columns b, c, and d. If the number of encounters for an age stratum is zero, enter "0" in column a, and skip columns b, c, and d. You cannot leave any rows in column a blank.

**Phantom Dose Specifications:**
For abdomen/pelvis scans, use a 32cm phantom dose value. The orange box in the screenshot below the table is an example of a Dose Report which shows the phantom dose value used. The phantom dose value is used to estimate the radiation dose to the patient.

**Scout Doses (Topograms)** should not be included when calculating the 25th, 50th, or 75th percentiles.

**Hospitals not using dose monitoring software:**
Data for this measure can be obtained from Dose Reports that come directly from the CT Machine and are sent along with the images to the Picture Archiving and Communications (PACS) used to review the images. See instructions below.

**CT Dose Excel Workbook**
To assist hospitals who do not use dose monitoring software in calculating the responses to questions #6 and #7, Leapfrog has developed a CT Dose Workbook to assist hospitals in standardizing their CT dose data based on these specifications. The workbook includes 12 tabs: Instructions, Summary, and 10 Data Entry tabs for each anatomic area/age stratum combination. The tabs for head scans are red and the tabs for abdomen/pelvis scans are blue. Once you enter your hospital's CT radiation dose length product (DLP) data into the appropriate tab, the workbook will automatically calculate your responses to questions #6 and #7 in the Summary tab, and those values should be entered in the Survey.

The CT Dose Workbook is available on the Survey and CPOE Materials webpage and should be used when reporting on this measure.

PBHN000002933

**Question #6, column a: Total Number of Encounters**
To determine the total number of encounters in **head scans** for each age stratum (<1, 1-4, 5-9, 10-14, 15-17), you will need to obtain dose reports. See sampling instructions below.

**Inclusions:**
CT HEAD BRN WO IVCON
CT HEAD WO IVCON
CT PEDS HEAD WO IVCON
CT HEAD
CT PEDS HEAD BRN WO IVCON
CT BRN WO IVCON
CT HEAD BRN
CT HEAD BRN W IVCON
CT HEAD W IVCON
CT HEAD WO & W IVCON
CT HEAD BRN WO & W IVCON
CT BRN WO & W IVCON
CT BRN W IVCON

**Exclusions:**
- Encounters involving facial bones or sinuses
- Encounters where the indication is for a biopsy, including prop studies and stereotactic studies and procedures
- Encounters that cross multiple anatomic areas should be excluded. For example, encounters involving both the head and neck are excluded from the "head" anatomic region.
- Encounters where the documented age is missing or listed as the date of admission (i.e., an accurate birthday could not be obtained and therefore the admission date was used), as is the case for some trauma patients

**Sampling Cases:**
Hospitals that are using information stored in the CT Machine have the option of reporting on all encounters or a sample of encounters. Hospitals opting to identify a sample of encounters for this measure should follow these instructions:
- Review your hospital's scans starting on January 15, 2024 (or July 15, 2024 if (re)submitting a Survey on or after September 1, 2025).
- Work sequentially until **a sample of at least 30 encounters per anatomic area and age strata combination** (i.e., head <1; head 1-4, etc.) is reached, or all cases in the reporting period are reviewed, whichever comes first.

**Question #6, columns b, c, and d: 25th, 50th, and 75th Percentiles**
Using your dose reports, enter the phantom dose and **Total DLP (mGY-cm)** for each encounter into each of the 5 "Head" tabs of the CT Dose Workbook. Be sure to review the instructions tab carefully before you begin entering data. The worksheet will automatically standardize your dose data to a 16cm phantom, if necessary. The worksheet will automatically calculate the total number of encounters, as well as the 25th, 50th, and 75th percentiles for each anatomic area and age stratum.

See the example CT Dose Report from a CT scanner at the end of this table:
- The orange box in the screenshot is an example of a Dose Report which shows the phantom dose value used. The phantom dose value is used to estimate the radiation dose to the patient.
- The red box highlights the Total DLP. Note that your CT scanner may have a differently formatted Dose Report.

**Scout Doses (Topograms)** should not be included when entering the Total DLP for each encounter into the CT Dose Workbook.

Table of Contents

PBHN000002934

### Question #7 column a: Total Number of Encounters

To determine the total number of encounters in **abdomen/pelvis scans** for each age stratum (<1, 1-4, 5-9, 10-14, 15-17), you will need to obtain dose reports. See sampling instructions below.

**Inclusions:**
CT ABD PELVIS W IVCON
CT ABD/PEL W IVCON
CT PEDS ABD PELVIS
CT ABD PELVIS WO IVCON
CT ABD/PEL WO IVCON
CT ABD/PEL
CT PEDS ABD/PEL WO IVCON
CT ABD PELVIS WO & W IVCON
CT ABD/PEL WO & W IVCON
CT ABD PELVIS
CT ABD PELVIS WO IVCON

**Exclusions:**
- Encounters where the indication is for a biopsy, including prop studies and stereotactic studies and procedures
- Encounters that cross multiple anatomic areas should be excluded. For example, encounters involving both the chest and abdomen/pelvis are excluded from the "abdomen/pelvis" anatomic region.
- Encounters where the documented age is missing or listed as the date of admission (i.e., an accurate birthday could not be obtained and therefore the admission date was used), as is the case for some trauma patients

### Question #7 columns b, c, and d: 25th, 50th, and 75th Percentiles

Using your dose reports, enter the phantom dose and **Total DLP (mGY-cm)** for each encounter into each of the 5 "Abdomen Pelvis" tabs of the CT Dose Workbook. Be sure to review the instructions tab carefully before you begin entering data. The worksheet will automatically standardize your dose data to a 32cm phantom, if necessary. The worksheet will then automatically calculate the total number of encounters, as well as the 25th, 50th, and 75th percentiles for each anatomic area and age stratum.

See the example CT Dose Report from a CT scanner at the end of this table:
- The orange box in the screenshot is an example of a Dose Report which shows the phantom dose value used. The phantom dose value is used to estimate the radiation dose to the patient.
- The red box highlights the Total DLP. Note that your CT scanner may have a differently formatted Dose Report.



**Scout Doses (Topograms)** should not be included when entering the Total DLP for each encounter into the CT Dose Workbook.

See FAQs for additional information about responding to the questions in this section.

**Version 9.1**                    First Release: April 1, 2025
                                  © 2025 The Leapfrog Group          Updated Release: May 2, 2025

Table of Contents

PBHN000002935

## <u>Section 8: Pediatric Care Frequently Asked Questions (FAQs)</u>

### *Patient Experience (CAHPS Child Hospital Survey) FAQs*

1. **Why does Leapfrog refer to two different reporting periods in Section 8A question #2: one reporting period which refers to the number of pediatric admissions during the 12 months from Section 1 and one reporting period which refers to the results of our CAHPS Child Hospital Survey?**
   These two reporting periods are different because hospitals that have not historically had 500 pediatric admissions annually may not have begun to administer the CAHPS Survey to their patients and therefore it would not be appropriate to ask these facilities to report on their current results in Section 8A.

2. **Do I need to include neonatal ICU (NICU) discharges when administering the CAHPS Child Hospital Survey and reporting those results to Leapfrog?**
   The Child CAHPS Hospital Survey was designed to be administered to pediatric discharges including NICU discharges. Additional details on fielding the CAHPS Child Hospital Survey can be found <u>here</u>.

   In 2025, hospitals that have been administering the CAHPS survey without including NICU discharges in their sample can report those results to Leapfrog, provided they meet the minimum sample size and timing requirements in the Leapfrog Hospital Survey. However, we are urging those hospitals to begin including NICU discharges-- per the manual guidelines-- immediately, as CAHPS is designed to include those patients. Hospitals that are just starting to administer the survey in 2025 should include NICU discharges in their sample per the sampling framework detailed in the manual.

3. **Can we use other lower cost modes for administering the CAHPS Child Hospital Survey? Survey administration is costly, and our hospital has low response rates.**
   Some hospitals have asked about the use of alternative, lower cost modes of survey administration, such as administering paper surveys at discharge that can then be batched and mailed to a vendor to calculate results. This approach is potentially an opportunity both to lower the cost of administration and to increase response rates.

   <u>Leapfrog's Pediatric Expert Panel</u> has noted that while administering the CAHPS Child Hospital Survey using paper forms at discharge is not on the list of AHRQ-approved modes, hospitals that are trying to find ways to administer the survey and increase response rate should be able to submit results to the 2025 Leapfrog Hospital Survey. That said, the Pediatric Expert Panel has expressed a desire for these different modes to be tested, and so we cannot guarantee that you will be able to submit these results for future Leapfrog Hospital Surveys.

4. **Is Interactive Voice Response (IVR) or texting a link to an online survey an acceptable mode for administering the CAHPS Child Hospital Survey?**
   Hospitals that administer the CAHPS Child Hospital Survey via IVR should select "phone" in question #6. Hospitals that administer the CAHPS Child Hospital Survey by texting a link to an online survey to the patient should select "email."

### *Pediatric Computed Tomography (CT) Radiation Dose FAQs*

5. **Is this measure only applicable to pediatric inpatients, or should all pediatric scans be included?**
   All pediatric patient (ages 17 years and younger) scans should be included when reporting on this measure, including cases that were never admitted to an inpatient ward.

286

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002936

*2025 Leapfrog Hospital Survey – Hard Copy*                                    *Section 8: Pediatric Care*

6. **Should multiple phase scans be included in the reporting?**
   Yes, the intent of this measure is to capture the entire dose a patient receives, even if this radiation is received over multiple phase scans.

7. **Should any CT encounters involving anatomic areas not listed in the Survey questions (i.e., head or abdomen/pelvis) be included in the reporting?**
   No. When reporting CT encounters in the Survey, only encounters involving the head or abdomen/pelvis should be included. Encounters involving any other anatomic area should not be reported. For example, encounters involving both the head and neck are excluded from the "head" anatomic region.

8. **Are the CT doses adjusted for any factors other than age, such as height and weight?**
   No, CT doses are only stratified by age and anatomic region. The pediatric CT radiation dose measure is an NQF-endorsed measure, developed so that all hospitals in the country who do pediatric CT scans can report. Its known limitation is that it does not consider patient size (e.g., height and weight) but instead uses age as a proxy for size. Part of the reason is that unless hospitals use dose monitoring software, which not all hospitals currently do due to cost, they would not have this information readily available to them. However, to align with the American College of Radiology (ACR), head scans are standardized to 16cm phantoms and abdomen/pelvis scans are standardized to 32cm phantoms.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002937

# *Page Intentionally Left Blank*

PBHN000002938

# *SECTION 9: OUTPATIENT PROCEDURES*

This section includes questions and reference information for Section 9: Outpatient Procedures. Please carefully review the questions, endnotes, and reference information (e.g., measure specifications, notes, and frequently asked questions) before you begin. Failure to review the reference information could result in inaccurate responses.

**289**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002939

## Section 9: Outpatient Procedures

**Outpatient Procedures Fact Sheet and Bibliography:**
https://ratings.leapfroggroup.org/measure/hospital/2025/care-elective-outpatient-surgery-patients

Section 9 includes questions about the volume and safety of same-day procedures performed in hospital outpatient departments, as well as the experience of patients who had a same-day surgery performed.

**Hospitals will not be able to access Section 9 until the American Medical Association's Terms of Use are completed via the CPT Code Workbook button on the Survey Dashboard, and the appropriate CPT Code Workbook is downloaded.**

**Each hospital achieving the standards for Certified Clinicians Present While Patients Are Recovering:**
1. Has an ACLS certified clinician, plus a second clinician, present at all times and immediately available in the building while adult patients are present in the hospital outpatient department.
2. Has a PALS certified clinician, plus a second clinician, present at all times and immediately available in the building while pediatric patients are present in the hospital outpatient department.

**Each hospital achieving the standard for Patient Follow-up:**
Provided an accurate CCN in the Hospital Profile, reported volume for adult lower gastrointestinal endoscopy procedures in Section 9C, and is in the top quartile of performance for OP-32, Rate of Unplanned Hospital Visits After an Outpatient Colonoscopy, based on responses to the 2022 Leapfrog ASC Survey and Section 9 of the 2022 Leapfrog Hospital Survey submitted by June 30, 2022.

**Each hospital achieving the standard for the Safe Surgery Checklist:**
1. Uses a safe surgery checklist on **all** patients undergoing an applicable procedure (reported on in Section 9C, if applicable) that includes **all** safe surgery checklist elements; **and**
2. Verbalizes **all** safe surgery checklist elements in the presence of the appropriate personnel; **and**
3. Completes an audit on a sufficient sample of patients to document adherence to the checklist; **and**
4. Has documented adherence to the checklist for at least 90% of the patients included in the audit.

**Each hospital achieving the standard for Medication Safety for Outpatient Procedures:**
Has met the 90% target for documenting all three components: home medications, visit medications, and allergies/adverse reaction(s) in the clinical record.

**Each hospital achieving the standard for Patient Experience (OAS CAHPS):**
Performed in the top quartile based on responses to the 2020 Leapfrog ASC and Hospital Surveys submitted by August 31, 2020, for the four OAS CAHPS domains, listed below:

    a) Facilities and Staff
    b) Communication About Your Procedure
    c) Patients' Rating of the Facility
    d) Patients Recommending the Facility

**Download the 2025 Leapfrog Hospital Survey Scoring Algorithm on the <u>Scoring and Results webpage</u>.**

**290**

<u>Table of Contents</u>

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002940

## 9A: Basic Outpatient Department Information

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: In order to access this section in the Online Survey Tool, hospitals must complete the American Medical Association's Terms of Use via the CPT Code Workbook button next to Section 9 on the Survey Dashboard and download the appropriate CPT Code Workbook. Instructions for downloading the CPT Code Workbook are available in the Volume of Procedures Measure Specifications. Each hospital must complete these steps even if they are part of a hospital system.

Note 2: This subsection will not be scored but will be used in public reporting.

Note 3: The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

---

**Reporting Period: 12 months**
- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | |
|---|---|
| 1.   12-month reporting period used: | o   01/01/2024 – 12/31/2024<br>o   07/01/2024 – 06/30/2025 |
| 2.   Does your hospital perform any of the procedures listed in Section 9C on an outpatient basis:<br><br>• **in the hospital** or at a **hospital outpatient department** co-located[31] with the hospital<br>and/or<br>• at a **surgery center or free-standing hospital outpatient department** that shares your hospital's license or CMS Certification Number? | o   Yes<br>o   No |

*If "no" to question #2, skip the remaining questions in Section 9, including all subsections, and go to the Affirmation of Accuracy.*

PBHN000002941

| | |
|---|---|
| 3. Total number of <u>operating rooms</u> [53] used to perform the outpatient procedures listed in Section 9C: | _____ |
| 4. Total number of <u>endoscopic procedure rooms</u> [54] used to perform the outpatient procedures listed in Section 9C: | _____ |

PBHN000002942

## 9B: Medical, Surgical, and Clinical Staff

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

Note 2: Hyperlinks throughout these questions refer to the Medical, Surgical, and Clinical Staff FAQs beginning on page 318, as well as to endnotes. FAQ hyperlinks are not included in the Online Survey Tool.

---

**Reporting Period: 3 months**
Answer questions #1-2 based on the staffing structure currently in place at the time that you submit this section of the Survey. The staffing structure should have been in place for at least the past 3 months and reflect the ordinary staffing structure for each applicable hospital outpatient department.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | |
|---|---|
| 1. Is there an Advanced Cardiovascular Life Support (ACLS) trained clinician[55], as well as a second clinician[55] (regardless of ACLS training), present at all times and immediately available in the building while an adult patient (13 years and older) is present in the hospital outpatient department? *Hospitals with more than one hospital outpatient department, including a surgery center or free-standing hospital outpatient department, should respond based on the least intensively staffed location.* *Hospitals should report on all hospital outpatient departments or areas of the hospital that perform the outpatient procedures listed in Section 9C and that share the hospital's license or CCN.* *Hospitals that did not perform any applicable procedures on patients 13 years and older during the reporting period should select "not applicable; pediatric patients only." The hospital will be scored as "Does Not Apply."* | ○ Yes<br>○ No<br>○ Not applicable; pediatric patients only |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002943

| | |
|---|---|
| 2. Is there a Pediatric Advanced Life Support (PALS) trained underline{clinician}[55], as well as a second underline{clinician}[55] (regardless of PALS training), present at all times and immediately available in the building while a pediatric patient (infant through 12 years) is present in the hospital outpatient department?<br><br>*Hospitals with more than one hospital outpatient department, including a surgery center or free-standing hospital outpatient department, should respond based on the least intensively staffed location.*<br><br>*Hospitals should report on all hospital outpatient departments or areas of the hospital that perform the outpatient procedures listed in Section 9C and that share the hospital's license or CCN.*<br><br>*Hospitals that do not care for pediatric patients should select "not applicable; adult patients only" and hospitals that only performed applicable pediatric procedures on pediatric patients 13 years and older during the reporting period should select "not applicable; pediatric patients are all aged 13-17," regardless of the presence of clinicians trained in PALS. The hospital will be scored as "Does Not Apply."* | o   Yes<br>o   No<br>o   Not applicable; adult patients only<br>o   Not applicable; pediatric patients are all aged 13-17 |

PBHN000002944

## 9C: Volume of Procedures

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Notes:**

Note 1: CPT Codes are provided in downloadable Excel files on the Survey Dashboard. To access the files, click the CPT Code Workbook button next to Section 9. You will be required to complete the American Medical Association's Terms of Use before downloading the Excel file and using the individual CPT codes to query your EHR or billing system. You are only required to complete the Terms of Use once per Survey Cycle (April 1 – November 30).

The CPT Code Workbooks (Excel files) are labeled for Section 3A: Total Hip Replacement, Total Knee Replacement, and Bariatric Surgery for Weight Loss and Section 9C: Volume of Procedures. Please note, if you are part of a hospital system, each hospital will need to complete the Terms of Use. This is a requirement of the American Medical Association.

Note 2: This subsection will not be scored but will be used in public reporting to inform purchasers and consumers about the hospital's experience with the procedure. Additionally, this information will be used to facilitate the search functionality on Leapfrog's public reporting website (i.e., allowing users to search for hospitals that perform the procedure they need on an outpatient basis).

Note 3: The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

Note 4: Hospitals should only report on procedures they electively perform. If your hospital does not perform the procedure on an outpatient basis or ONLY does so when a procedure is urgent, you should answer "no" and not report on those procedures.

**Specifications:** See ***Volume of Procedures Measure Specifications*** in the Reference Information beginning on page 321.

| Reporting Period: 12 months |
| --- |
| • 01/01/2024 – 12/31/2024<br><br>Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported. |

| | |
| --- | --- |
| 1)   12-month reporting period used: | *No response required here. Reporting period automatically 01/01/2024 – 12/31/2024.* |

PBHN000002945

| | |
|---|---|
| 2) During the reporting period, were one or more of the following **ophthalmology** procedures performed at your hospital outpatient department(s) on <u>adult</u> and/or <u>pediatric</u> patients:<br><br>   &bull; Anterior segment eye procedures,<br>   &bull; Posterior segment eye procedures, or<br>   &bull; Ocular adnexa and other eye procedures?<br><br>*If "no" or "yes, but no longer performs these procedures," skip questions #11-13 below.* | o Yes<br>o Yes, but no longer performs these procedures<br>o No |
| 3) During the reporting period, were one or more of the following **orthopedic** procedures performed at your hospital outpatient department(s) on <u>adult</u> and/or <u>pediatric</u> patients:<br><br>   &bull; Finger, hand, wrist, forearm, and elbow procedures;<br>   &bull; Shoulder procedures;<br>   &bull; Spine procedures;<br>   &bull; Hip procedures;<br>   &bull; Knee procedures;<br>   &bull; Toe, foot, ankle, and leg procedures; or<br>   &bull; General orthopedic procedures?<br><br>*If "no" or "yes, but no longer performs these procedures," skip questions #14-16 below.* | o Yes<br>o Yes, but no longer performs these procedures<br>o No |
| 4) During the reporting period, were one or more of the following **otolaryngology** procedures performed at your hospital outpatient department(s) on <u>adult</u> and/or <u>pediatric</u> patients:<br><br>   &bull; Ear procedures;<br>   &bull; Mouth procedures;<br>   &bull; Nasal/sinus procedures; or<br>   &bull; Pharynx/adenoid/tonsil procedures?<br><br>*If "no" or "yes, but no longer performs these procedures," skip questions #17-19 below.* | o Yes<br>o Yes, but no longer performs these procedures<br>o No |
| 5) During the reporting period, were one or more of the following **gastroenterology** procedures performed at your hospital outpatient department(s) on <u>adult</u> patients:<br><br>   &bull; Upper GI endoscopy, or<br>   &bull; Lower GI endoscopy?<br><br>*If "no" or "yes, but no longer performs these procedures," skip questions #20-22 below.* | o Yes<br>o Yes, but no longer performs these procedures<br>o No |

**Version 9.1**
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

PBHN000002946

| | |
|---|---|
| 6) During the reporting period, were one or more of the following **general surgery** procedures performed at your hospital outpatient department(s) on <u>adult</u> patients:<br><br>• Cholecystectomy and common duct exploration;<br>• Hemorrhoid procedures;<br>• Inguinal and femoral hernia repair;<br>• Other hernia repair;<br>• Laparoscopy;<br>• Lumpectomy or quadrantectomy of breast; or<br>• Mastectomy?<br><br>*If "no" or "yes, but no longer performs these procedures," skip questions #23-25 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |
| 7) During the reporting period, were one or more of the following **urology** procedures performed at your hospital outpatient department(s) on <u>adult</u> patients:<br><br>• Circumcision;<br>• Cystourethroscopy;<br>• Male genital procedures;<br>• Urethra procedures; or<br>• Vaginal repair procedures?<br><br>*If "no" or "yes, but no longer performs these procedures," skip questions #26-28 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |
| 8) During the reporting period, was the following **neurological surgery** procedure performed at your hospital outpatient department(s) on <u>adult</u> patients:<br><br>• Spinal fusion procedures?<br><br>*If "no" or "yes, but no longer performs this procedure," skip questions #29-31 below.* | ○ Yes<br>○ Yes, but no longer performs this procedure<br>○ No |
| 9) During the reporting period, were one or more of the following **obstetrics and gynecology** procedures performed at your hospital outpatient department(s) on <u>adult</u> patients:<br><br>• Cervix procedures,<br>• Hysteroscopy, or<br>• Uterus and adnexa laparoscopies?<br><br>*If "no" or "yes, but no longer performs these procedures," skip questions #32-34 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |
| 10) During the reporting period, were one or more of the following **plastic and reconstructive surgery** procedures performed at your hospital outpatient department(s) on <u>adult</u> patients:<br><br>• Breast repair or reconstruction, or<br>• Skin graft/reconstruction procedures?<br><br>*If "no" or "yes, but no longer performs these procedures," skip questions #35-37 below.* | ○ Yes<br>○ Yes, but no longer performs these procedures<br>○ No |

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002947

## Ophthalmology

11) Total adult and/or pediatric volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #2 and update your response from "yes" to "no."*

| | (a) *Adult Volume* | (b) *Pediatric Volume* |
|---|---|---|
| **Anterior segment eye procedures** | _____ | |
| **Posterior segment eye procedures** | _____ | |
| **Ocular adnexa and other eye procedures** | _____ | _____ |

12) Where were these **ophthalmology** procedures performed?

*Select all that apply.*

*If only "hospital" is selected, skip question #13 and continue to question #14.*

☐ Hospital
☐ Surgery center or free-standing hospital outpatient department

13) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **ophthalmology** procedures:

| | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |

**Version 9.1**
© 2025 The Leapfrog Group
First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002948

**Orthopedic**

14) Total adult and/or pediatric volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #3 and update your response from "yes" to "no."*

|  | (a) Adult Volume | (b) Pediatric Volume |
|---|---|---|
| **Finger, hand, wrist, forearm, and elbow procedures** | _____ | _____ |
| **Shoulder procedures** | _____ | _____ |
| **Spine procedures** | _____ | |
| **Hip procedures** | _____ | |
| **Knee procedures** | _____ | _____ |
| **Toe, foot, ankle, and leg procedures** | _____ | _____ |
| **General orthopedic procedures** | _____ | _____ |

15) Where were these **orthopedic** procedures performed?

*Select all that apply.*

*If only "hospital" is selected, skip question #16 and continue to question #17.*

☐ Hospital
☐ Surgery center or free-standing hospital outpatient department

16) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **orthopedic** procedures:

|  | Name | City |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |

PBHN000002949

## Otolaryngology

17) Total adult and/or pediatric volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #4 and update your response from "yes" to "no."*

| | (a) Adult Volume | (b) Pediatric Volume |
|---|---|---|
| **Ear procedures** | _____ | _____ |
| **Mouth procedures** | _____ | _____ |
| **Nasal/sinus procedures** | _____ | _____ |
| **Pharynx/adenoid/tonsil procedures** | | _____ |

18) Where were these **otolaryngology** procedures performed?

*Select all that apply.*

*If only "hospital" is selected, skip question #19 and continue to question #20.*

☐ Hospital
☐ Surgery center or free-standing hospital outpatient department

19) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **otolaryngology** procedures:

| | Name | City |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002950

*Gastroenterology*

| 20) Total adult volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period. |
|---|

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #5 and update your response from "yes" to "no."*

|  | *Adult Volume* |
|---|---|
| **Upper GI endoscopies** | _____ |
| **Lower GI endoscopies** | _____ |

| 21) Where were these **gastroenterology** procedures performed? | ☐ Hospital |
|---|---|
| *Select all that apply.* | ☐ Surgery center or free-standing hospital outpatient department |
| *If only "hospital" is selected, skip question #22 and continue to question #23.* | |

22) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **gastroenterology** procedures:

|  | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002951

### General Surgery

23) Total adult volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #6 and update your response from "yes" to "no."*

| | *Adult Volume* |
|---|---|
| **Cholecystectomies and common duct explorations** | _____ |
| **Hemorrhoid procedures** | _____ |
| **Inguinal and femoral hernia repairs** | _____ |
| **Other hernia repairs** | _____ |
| **Laparoscopies** | _____ |
| **Lumpectomies or quadrantectomy of breast procedures** | _____ |
| **Mastectomies** | _____ |

24) Where were these **general surgery** procedures performed?

*Select all that apply.*

*If only "hospital" is selected, skip question #25 and continue to question #26.*

☐ Hospital
☐ Surgery center or free-standing hospital outpatient department

25) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **general surgery** procedures:

| | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |

PBHN000002952

## Urology

| 26) Total adult volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period. |
|---|

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #7 and update your response from "yes" to "no."*

|  | *Adult Volume* |
|---|---|
| **Circumcisions** | _____ |
| **Cystourethroscopies** | _____ |
| **Male genital procedures** | _____ |
| **Urethra procedures** | _____ |
| **Vaginal repair procedures** | _____ |

| 27) Where were these **urology** procedures performed? | ☐ Hospital |
|---|---|
| *Select all that apply.* | ☐ Surgery center or free-standing hospital outpatient department |
| *If only "hospital" is selected, skip question #28 and continue to question #29.* | |

28) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **urology** procedures:

|  | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |

**303**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002953

*Neurological Surgery*

| 29) Total adult volume for the following procedure performed at your hospital outpatient department(s) during the reporting period. *You cannot leave any blank. If you did not perform the procedure listed below, go back to question #8 and update your response from "yes" to "no."* | |
|---|---|
| | *Adult Volume* |
| **Spinal fusion procedures** | _____ |

| 30) Where were these **neurological surgery** procedures performed? *Select all that apply.* *If only "hospital" is selected, skip question #31 and continue to question #32.* | ☐ Hospital<br>☐ Surgery center or free-standing hospital outpatient department |
|---|---|

31) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **neurological surgery** procedures:

| | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |

**304**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002954

### Obstetrics and Gynecology

32) Total adult volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period.

*You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for **all** procedures, go back to question #9 and update your response from "yes" to "no."*

|  | Adult Volume |
|---|---|
| **Cervix procedures** | _____ |
| **Hysteroscopies** | _____ |
| **Uterus and adnexa laparoscopies** | _____ |

33) Where were these **obstetrics and gynecology** procedures performed?

*Select all that apply.*

*If only "hospital" is selected, skip question #34 and continue to question #35.*

☐ Hospital
☐ Surgery center or free-standing hospital outpatient department

34) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **obstetrics and gynecology** procedures:

|  | Name | City |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** |  |  |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** |  |  |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** |  |  |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** |  |  |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** |  |  |

PBHN000002955

*Plastic and Reconstructive Surgery*

| 35) Total adult volume for each of the following applicable procedures performed at your hospital outpatient department(s) during the reporting period. *You cannot leave any blank. If you did not perform one or more of the procedures listed below enter 0 (zero). If you had zero volume for __all__ procedures, go back to question #10 and update your response from "yes" to "no."* | |
|---|---|
| | *Adult Volume* |
| **Breast repair or reconstructive procedures** | _____ |
| **Skin graft/reconstruction procedures** | _____ |

| 36) Where were these **plastic and reconstructive surgery** procedures performed? *Select all that apply.* *If only "hospital" is selected, skip question #37 and continue to the next subsection.* | ☐ Hospital ☐ Surgery center or free-standing hospital outpatient department |
|---|---|

37) Please provide the name and city location of each surgery center or free-standing hospital outpatient department performing **plastic and reconstructive surgery** procedures:

| | *Name* | *City* |
|---|---|---|
| **Surgery Center/Free-Standing Hospital Outpatient Department 1** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 2** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 3** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 4** | | |
| **Surgery Center/Free-Standing Hospital Outpatient Department 5** | | |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002956

## 9D: Safety of Procedures

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

### *Patient Follow-up*

**This section is not applicable to pediatric hospitals.**

**Specifications:** See the ***Patient Follow-up Measure Specifications*** in the Reference Information beginning on page 327.

> **Reporting Period: 24 months**
> Most recent 24-month reporting period published by CMS.
>
> *Leapfrog will update data three times per Survey Cycle for hospitals that have provided an accurate CCN in the Hospital Profile and submitted Section 9 of the Leapfrog Hospital Survey.*

Leapfrog obtains data for one CMS Hospital Quality Star Rating Program measure directly from CMS' website:
- OP-32: Rate of Unplanned Hospital Visits After an Outpatient Colonoscopy

In order for Leapfrog to obtain the data for this measure, hospitals must provide a valid CMS Certification Number (CCN) in the Hospital Profile and submit Section 9 of the Leapfrog Hospital Survey.

Hospitals that do not perform adult colonoscopy procedures will be scored and publicly reported as "Does Not Apply." Hospitals that do not provide an accurate CCN in the Hospital Profile or do not report data to CMS will be scored and publicly reported as "Unable to Calculate Score." Hospitals that do not respond to questions in Section 9 or do not submit a Leapfrog Hospital Survey will be scored and publicly reported as "Declined to Respond."

Please refer to the Deadlines and Reporting Periods table in the Patient Follow-up Measure Specifications.

**307**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002957

### Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures

**Important Notes:**

Note 1: The elements required for each stage of the safe surgery checklist in questions #5-12 are adapted from the <u>WHO Surgical Safety Checklist</u> and the <u>AHRQ Endoscopy Checklist</u>.

Note 2: Question #7 will not be used in scoring or public reporting. Hospitals that do not perform outpatient procedures on adult or pediatric patients will be scored and publicly reported as "Does Not Apply."

Note 3: Hyperlinks throughout these questions refer to the <u>Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures FAQs</u> beginning on page 328, not to endnotes. These hyperlinks are not included in the Online Survey Tool.

**Specifications:** See the ***Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures Measure Specifications*** in the Safety of Procedures Reference Information beginning on page 326.

---

**Reporting Period: 12 months**
Answer questions #1-9 for the latest 12-month period prior to submission of this section of the Survey.

Note: As a reminder, the <u>Corrections Period</u> (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

**Sufficient Sample:** See ***Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures Measure Specifications*** for instructions on identifying a sufficient sample for questions #6-9.

| | |
|---|---|
| 1) What is the latest 12-month reporting period for which your hospital is submitting responses to questions #2-9? 12-month reporting period ending: | _____<br>*Format: Month/Year* |
| 2) Does your hospital utilize a safe surgery checklist on <u>every</u> patient, <u>every</u> time one of the applicable procedures in Section 9C is performed?<br><br>*Hospitals with more than one hospital outpatient department, including a surgery center or free-standing hospital outpatient department, should respond based on the location with the fewest processes in place.*<br><br>*If "no" to question #2, skip the remaining questions in Section 9D and continue to the next subsection. The hospital will be scored as "Limited Achievement."* | o  Yes<br>o  No |
| 3) **Before the induction of anesthesia**, is a safe surgery checklist that includes <u>all</u> the following elements <u>read aloud</u> in the presence of the <u>anesthesia professional and nursing personnel</u>:<br>• Patient ID;<br>• Confirmation of procedure;<br>• Patient consent;<br>• Site marked, if applicable;<br>• Anesthesia/medication check;<br>• Allergies assessed;<br>• Difficult airway/aspiration risk;<br>• Risk of blood loss (only applicable if risk of blood loss is >500ml for adults or >7ml/kg for children); and | o  Yes<br>o  No |

PBHN000002958

| | | |
|---|---|---|
| | • Availability of devices (applicable to endoscopy procedures only)? | |
| 4) | **Before the skin incision and/or before the procedure begins**, is a safe surgery checklist that includes <u>all</u> the following elements <u>read aloud</u> in the presence of the <u>whole surgical team</u>:<br>• Clinical team introduction;<br>• Confirmation of patient name, procedure, and, if applicable, surgical/incision site;<br>• Antibiotic prophylaxis, if applicable;<br>• Anticipated Critical Events (i.e., non-routine steps, length of procedure, blood loss, patient-specific concerns, sterility);<br>• Equipment check/concerns; and<br>• Essential imaging available, if applicable? | ○  Yes<br>○  No |
| 5) | **Before the patient leaves the operating room and/or procedure room**, is a safe surgery checklist that includes <u>all</u> the following elements <u>read aloud</u> in the presence of the <u>whole surgical team</u>:<br>• Confirmation of procedure performed;<br>• Instrument/supply counts, if applicable;<br>• Specimen labeling, if applicable;<br>• Equipment concerns; and<br>• Patient recovery/management concerns? | ○  Yes<br>○  No |

*If "no" to question #3, #4, or #5, skip the remaining questions in Section 9D and continue to the next subsection. The hospital will be scored as "Limited Achievement."*

*Hospitals performing the audit in Section 3B question #6 and the audit in Section 9D question #6 should audit 15 cases who underwent a procedure included in Section 3A and 15 cases who underwent a procedure included in Section 9C. Hospitals only performing the audit in Section 9D question #6 and not in Section 3B question #6 should audit 30 cases who underwent a procedure included in Section 9C.*

| | | |
|---|---|---|
| 6) | Did your hospital perform an audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 9C and measure adherence to the safe surgery checklist?<br><br>*Hospitals with more than one hospital outpatient department, including a surgery center or free-standing hospital outpatient department, should select at least one case from each location.*<br><br>*If "no" to question #6, skip the remaining questions in Section 9D and continue to the next subsection. The hospital will be scored as "Limited Achievement."* | ○  Yes<br>○  No |
| 7) | How many cases were included in the audit from question #6? | _____<br>*Max value is 100* |
| 8) | Which method was used to perform the audit on a sufficient sample in question #6? | ○  In-person observational audit<br>○  Retrospective audit of medical records or EHR data<br>○  Both |

PBHN000002959

*2025 Leapfrog Hospital Survey – Hard Copy*                    *Section 9: Outpatient Procedures*

| 9) | Based on your hospital's audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 9C, what was your hospitals documented rate of adherence to the safe surgery checklist (i.e., what percentage of the sampled cases had all elements in questions #3, #4, and #5 completed)? | ○  90%-100%<br>○  75%-89%<br>○  50%-74%<br>○  Less than 50% |
|----|---|---|

**310**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002960

## 9E: Medication Safety for Outpatient Procedures

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

**Specifications:** See ***Medication Safety for Outpatient Procedures Measure Specifications*** in the Reference Information beginning on page 330.

---

**Reporting Period: 12 months**
Answer questions #2-7 based on all cases (or a sufficient sample of them),
- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

**Sufficient Sample:** See ***Medication Safety for Outpatient Procedures Measure Specifications*** for instructions on identifying a sufficient sample for questions #2-7.

| | |
|---|---|
| 1) 12-month reporting period used: | o   01/01/2024 – 12/31/2024<br>o   07/01/2024 – 06/30/2025 |
| 2) Did your hospital perform an audit of clinical records for all patients undergoing those procedures included in Section 9C (or a sufficient sample of them) who were discharged from a hospital outpatient department for the reporting period selected **and** measure adherence to medication documentation guidelines regarding home medications, medications administered during the visit or prescribed at discharge, and medication allergies?<br><br>*If "no" to question #2, skip questions #3-7 and continue to the next subsection. The hospital will be scored as "Did Not Measure."*<br><br>*If "yes, but there were fewer than 30 outpatients discharged for the reporting period," skip questions #3-7 and continue to the next subsection. The hospital will be scored as "Unable to Calculate Score."* | o   Yes<br>o   No<br>o   Yes, but there were fewer than 30 outpatients discharged for the reporting period |
| 3) Number of cases measured (either all cases or a sufficient sample of them): | _____ |
| 4) Number of cases in question #3 with a list of **all home medication(s),** including dose, route, and frequency, documented in the clinical record: | _____ |

PBHN000002961

| | |
|---|---|
| 5) Number of cases in question #3 with a list of **all medication(s) <u>administered during the visit and new medications prescribed at discharge</u>**, including the strength, dose, route, date, and time of administration, documented in the clinical record: | ——— |
| 6) Number of cases in question #3 with a list of **all medication <u>allergies and adverse reaction(s)</u>** documented in the clinical record: | ——— |
| 7) Do the responses in questions #3-6 represent a sample of cases? | ○   Yes<br>○   No |

**312**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

<u>Table of Contents</u>

PBHN000002962

## 9F: Patient Experience (OAS CAHPS)

**This section is not applicable to pediatric hospitals.**

Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

**Important Note:** The term "hospital outpatient department" is used to refer to all hospital outpatient departments or areas of the hospital, including areas that are used for **both** inpatient and outpatient procedures, that perform the outpatient procedures listed in Section 9C and that share your hospital's license or CMS Certification Number (CCN). This would include, but is not limited to surgery centers, free-standing hospital outpatient departments, as well as outpatient departments that are located in your hospital or are co-located[31] with your hospital. Hospitals should only include hospital outpatient departments or areas of the hospital that perform the procedures listed in Section 9C in an operating room[53] or procedure room[54].

**Specifications:** See ***Patient Experience (OAS CAHPS) Measure Specifications*** in the Reference Information beginning on page 337.

---

**Reporting Period: 12 months**
Answer questions #1-10 for the latest 12-month period prior to the submission of this section of the Survey.

Note: As a reminder, the Corrections Period (December 1-January 31) is reserved for corrections to previously submitted Surveys only. Any updates made to reflect a change in performance must be made prior to the November 30 Late Submission and Performance Update Deadline. Updates made to reflect a change in performance after November 30 will not be scored or publicly reported.

---

| | |
|---|---|
| 1) What is the latest 12-month reporting period for which your hospital is submitting responses to this section? 12-month reporting period ending: | _____ <br> *Format: Month/Year* |
| 2) Did your hospital have at least 300 eligible discharges [56] during the 12-month period referenced above? <br><br> *If "no" to question #2, skip the remaining questions in Section 9F and go to the Affirmation of Accuracy. The hospital will be scored as "Does Not Apply."* | ○  Yes <br> ○  No |
| 3) Has your hospital administered, or started to administer, the entire OAS CAHPS Survey during the reporting period? <br><br> *Hospitals not currently administering the OAS CAHPS Survey should select "no," skip the remaining questions in Section 9F, and go to the Affirmation of Accuracy. The hospital will be scored as "Did Not Measure."* | ○  Yes <br> ○  No |
| 4) Total number of months in which your hospital administered the OAS CAHPS Survey during the reporting period. | _____ |
| 5) Total number of returned surveys during the reporting period. <br><br> *If less than 100, skip the remaining questions in Section 9F and go to the Affirmation of Accuracy. The hospital will be scored as "Unable to Calculate Score."* | _____ |

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002963

| 6) Do the responses to the questions in this subsection include discharges from more than one location (e.g., hospital and surgery center or free-standing hospital outpatient department, hospital and multiple free-standing hospital outpatient departments, etc.)? | ○ Yes<br>○ No |
|---|---|

In questions #7-10, report your hospital's Top Box Score[52] (rounded to the nearest whole number) from each of the following patient experience **domains** from your vendor report that matches the reporting period that you selected in question #1.

| 7) Facilities and Staff | _____<br>*Format: Whole numbers only* |
|---|---|
| 8) Communication About Your Procedure | _____<br>*Format: Whole numbers only* |
| 9) Patients' Rating of the Facility | _____<br>*Format: Whole numbers only* |
| 10) Patients Recommending the Facility | _____<br>*Format: Whole numbers only* |

PBHN000002964

**Affirmation of Accuracy**

As the hospital CEO or as an employee of the hospital to whom the hospital CEO has delegated responsibility, I have reviewed this information pertaining to the Outpatient Procedures Section at our hospital, and I hereby certify that this information is true, accurate, and reflects the current, normal operating circumstances at our hospital. I am authorized to make this certification on behalf of our hospital.

The hospital and I understand that The Leapfrog Group, its members, the public and entities and persons who contract or have other business dealings with The Leapfrog Group are relying on the truth and accuracy of this information. The hospital and I also understand that The Leapfrog Group will make this information and/or analyses of this information public through the Survey Results public reporting website, The Leapfrog Group's Hospital Safety Grade, and/or other Leapfrog Group products and services. This information and/or analyses and all intellectual property rights therein shall be and remain the sole and exclusive property of The Leapfrog Group in which The Leapfrog Group retains exclusive ownership. This information does not infringe upon any third-party intellectual property rights or any other third-party rights whatsoever and is free and clear of all encumbrances and liens of any kind. The hospital and I acknowledge that The Leapfrog Group may use this information in a commercial manner for profit. The hospital shall be liable for and shall hold harmless and indemnify The Leapfrog Group from any and all damages, demands, costs, or causes of action resulting from any inaccuracies in the information or any misrepresentations in this Affirmation of Accuracy. The Leapfrog Group and its members and entities and persons who contract or have other business dealings with The Leapfrog Group reserve the right to omit or disclaim information that is not current, accurate or truthful.

Affirmed by _____, the hospital's _____,
                   *(first name and last name)*                            *(title)*
on _____.
            *(date)*

PBHN000002965

## <u>Section 9: Outpatient Procedures Reference Information</u>

### *What's New in the 2025 Survey*

### Section 9A: Basic Outpatient Department Information

There are no changes to this subsection.

### Section 9B: Medical, Surgical, and Clinical Staff

In response to feedback from participating hospitals and ASCs, Leapfrog is making the following update to Section 9B: Medical, Surgical, and Clinical Staff:
- Question #2, regarding the presence of clinicians trained in Pediatric Advanced Life Support (PALS), will be updated to include a new response option of "Not applicable; pediatric patients are all aged 13-17" to clarify that all pediatric procedures reported on in Section 9C: Volume of Procedures during the reporting period were performed on patients 13 years and older.

There are no changes to the scoring algorithm for Section 9B: Medical, Surgical, and Clinical Staff.

### Section 9C: Volume of Procedures

Leapfrog is adding back five anterior segment eye procedure CPT codes and four lumpectomy or quadrantectomy of breast CPT codes for adult patients that were previously removed in 2024, due to feedback that the procedures continue to be performed in both ambulatory surgery centers and hospital outpatient departments. In addition, Leapfrog is adding three new CPT codes for spinal fusion for adult patients, two new CPT codes for nasal/sinus procedures for both adult and pediatric patients, and one new CPT code for cystourethroscopy for adult patients.

### Section 9D: Safety of Procedures

**Patient Follow-up**

There are no changes to these questions.

**Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures**

There are no changes to these questions.

### Section 9E: Medication Safety for Outpatient Procedures

There are no changes to these questions.

### Section 9F: Patient Experience (OAS CAHPS)

There are no changes to this subsection. However, Leapfrog would like to inform hospitals that they will still be required to report OAS CAHPS results in the Online Survey Tool, despite the data being publicly reported by CMS at data.cms.gov. Current benchmarks used by Leapfrog to score Top Box Scores from four domains included on the OAS CAHPS Survey are based on data from both ASCs and HOPDs. ASCs are not yet required to report their OAS CAHPS results to CMS. Leapfrog plans to incorporate the CMS publicly reported datasets in the future once ASCs are fully included in adjustments of the Top Box Scores.

### *Change Summary Since Release*

None. If substantive changes are made to this section of the Survey after release on April 1, 2025, they will be documented in this Change Summary section.

PBHN000002966

# Basic Outpatient Department Information Frequently Asked Questions (FAQs)

1. **Our hospital shares a CMS Certification Number (CCN) with other hospitals, and we have many hospital outpatient department locations (e.g., surgery centers, endoscopy centers, free-standing hospital outpatient departments, etc.) all under the same CCN. How should we report on Section 9: Outpatient Procedures?**
   As per Leapfrog's Multi-Campus Reporting Policy, all hospital campuses will need to complete their own Leapfrog Hospital Survey unless they are co-located.

   For Section 9: Outpatient Procedures, each hospital campus will need to indicate in Section 9A if they are performing the outpatient procedures listed in Section 9C at their hospital and/or at a surgery center or free-standing hospital outpatient department that shares their hospital's CMS Certification Number (CCN). You should only include those hospital outpatient departments that your hospital refers patients to. The remainder of the questions in Section 9 will need to be answered based on:
   - all hospital outpatient departments in your hospital, including any areas such as inpatient units, where outpatient procedures are performed (as reported in Section 9A question #2); and,
   - all surgery centers and free-standing hospital outpatient departments that share your hospital's CCN (as reported in Section 9A question #3)

   In Section 9C, you will be able to provide total volume across all hospital outpatient department locations (as reported in Section 9A questions #2 and #3) and information for the different outpatient locations where the specific outpatient procedures are performed. All other questions should be answered based on all outpatient locations. If you have different adherence across locations, you should answer based on the least adherent location.

   If all hospital campuses are referring patients to the same surgery centers and free-standing hospital outpatient departments, you would include the information and volume for these locations when responding to Section 9 on all their Leapfrog Hospital Surveys.

2. **How should our hospital report on the number of operating rooms and endoscopic procedure rooms in questions #4-5 if our operating/procedure rooms are used for both inpatient and outpatients? How should we report if we have multiple hospital outpatient departments?**
   Hospitals should report on the total number of adult and pediatric operating rooms or procedure rooms if these rooms are used for both inpatient and outpatient procedures. Otherwise, hospitals should only report on the number of operating/procedure rooms that are used for outpatient procedures. If your hospital has multiple hospital outpatient departments, report the total number of adult and pediatric outpatient operating rooms or procedure rooms across all locations. You should only be reporting on operating rooms and procedure rooms that are used to perform the outpatient procedures listed in Section 9C Volume of Procedures.

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002967

# Medical, Surgical, and Clinical Staff Frequently Asked Questions (FAQs)

1. **How does Leapfrog define "immediately available" and "in the building" as it pertains to ACLS and/or PALS trained clinicians?**
   "Immediately available" is defined as being physically present in the building and not engaged in an activity or procedure that cannot be interrupted if hands-on intervention is needed for a patient.

   Leapfrog defines "in the building" as within the hospital outpatient department or surgery center or in an area co-located with the hospital outpatient department or surgery center. Leapfrog defines co-located as a location within "immediate physical proximity," meaning the two locations are physically connected, either by a tunnel, an enclosed bridge, or the locations abut each other so that hallways readily connect.

2. **If a hospital did not perform any outpatient pediatric procedures during the reporting period selected in Section 9C, should they still report on PALS-trained clinicians in Section 9B question #2?**
   No. If your hospital did not report any pediatric discharges for the procedures listed in Section 9C during the reporting period, then you should select "Not applicable; adult patients only" in question #2.

3. **Is the PEARS certification the equivalent of PALS certification for the purposes of responding to question #2?**
   No. PEARS is not the equivalent of or substitution for PALS certification. The PEARS curriculum is focused on recognition of and steps to mitigate pediatric respiratory emergencies, whereas the PALS curriculum informs clinicians how to manage these emergencies, with emphasis on leadership of the care team, and how to perform key air management techniques. Additionally, the PALS curriculum instructs providers on multiple ways to obtain IV access to improve circulatory issues.

4. **How should hospitals report on ACLS/PALS certification if they have more than one hospital outpatient department performing the procedures listed in Section 9C Volume of Procedures?**
   Hospitals with more than one hospital outpatient department are instructed to respond to questions #1-2 based on the location with the least intensive staffing. For example, if one hospital outpatient department has an ACLS trained clinician, as well as a second clinician present at all times and immediately available in the building when adult patients are in the hospital outpatient department, but another hospital outpatient department does not, you should answer "no" to question #1.

5. **If a free-standing pediatric hospital has clinicians trained in PALS but a small percentage of the patient population is over 13, should these clinicians also have ACLS training, or would the PALS training be sufficient?**
   If your hospital outpatient departments are performing procedures on adult and pediatric patients, there should be at least one clinician with ACLS training when adult patients (13 years and older) are recovering and one clinician with PALS training when pediatric patients (infant to 12 years) are recovering. This could mean that some clinicians maintain both certifications or some maintain ACLS, and others maintain PALS.

PBHN000002968

## Volume of Procedures Measure Specifications

**Important Notes:**

Note 1: Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

Note 2: CPT Codes are provided in downloadable Excel files on the Survey Dashboard. To access the files, click the CPT Code Workbook button next to Section 9. You will be required to complete the American Medical Association's Terms of Use before downloading the Excel file and using the individual CPT codes to query your EHR or billing system. You are only required to complete the Terms of Use once per Survey Cycle (April 1 – November 30).

The CPT Code Workbooks (Excel files) are labeled for Section 3A: Total Hip Replacement, Total Knee Replacement, and Bariatric Surgery for Weight Loss and Section 9C: Volume of Procedures. Please note, if you are part of a hospital system, each hospital will need to complete the Terms of Use. This is a requirement of the American Medical Association.

Note 3: When counting patients for the purposes of identifying total volume in Section 9C, you should only include scheduled outpatient (i.e., admitted and discharged on the same day) procedures performed at your hospital outpatient departments within the reporting period. Include scheduled outpatient procedures with a planned observation or extended recovery stay. Exclude scheduled outpatient procedures with a planned inpatient admission. Exclude emergent/urgent cases, such as procedures for patients that come through the emergency department. To count patient discharges, use the Volume of Procedures Measure Specifications below and the CPT codes available in the Library on the Survey Dashboard.

| |
|---|
| **Source:** The Leapfrog Group, American Medical Association, The Health Care Cost Institute |
| **Reporting Period: 12 months**<br>• 01/01/2024 – 12/31/2024 |
| **Questions #2-10:** Respond "yes" or "no" based on whether your hospital outpatient department(s) performed any of the procedures during the reporting period on adult and/or pediatric patients. The procedures fall within nine specialty areas:<br><br>***Adult Procedures***<br>  1.  <u>Ophthalmology procedures:</u> anterior segment eye procedures; posterior segment eye procedures; and ocular adnexa and other eye procedures<br>  2.  <u>Orthopedic procedures:</u> finger, hand, wrist, forearm, and elbow procedures; shoulder procedures; spine procedures; hip procedures; knee procedures; toe, foot, ankle, and leg procedures; and general orthopedic procedures<br>  3.  <u>Otolaryngology procedures:</u> ear procedures; mouth procedures; and nasal/sinus procedures<br>  4.  <u>Gastroenterology procedures:</u> upper GI endoscopy; and lower GI endoscopy<br>  5.  <u>General surgery procedures:</u> cholecystectomy and common duct exploration; hemorrhoid procedures; inguinal and femoral hernia repairs; other hernia repairs; laparoscopy; lumpectomy or quadrantectomy of breast; and mastectomy<br>  6.  <u>Urology procedures:</u> circumcisions; cystourethroscopy; male genital procedures; urethra procedures; and vaginal repair procedures<br>  7.  <u>Neurological surgery procedures:</u> spinal fusion procedures<br>  8.  <u>Obstetrics and gynecology procedures:</u> cervix procedures; hysteroscopy; and uterus and adnexa laparoscopies<br>  9.  <u>Plastic and reconstructive surgery procedures:</u> breast repair or reconstructive procedures; and skin graft/reconstruction procedures<br><br>***Pediatric Procedures***<br>  1.  <u>Ophthalmology procedures:</u> ocular adnexa and other eye procedures<br>  2.  <u>Orthopedic procedures:</u> finger, hand, wrist, forearm, and elbow procedures; shoulder procedures; knee procedures; toe, foot, ankle, and leg procedures; and general orthopedic procedures |

PBHN000002969

3.  <u>Otolaryngology procedures:</u> ear procedures; mouth procedures; nasal/sinus procedures; pharynx/adenoid/tonsil procedures

Respond "yes" if:
- One or more of your hospital outpatient departments performed the procedure on an outpatient basis for the entire reporting period (12 months) and continues to do so
- One or more of your hospital outpatient departments performed the procedure on an outpatient basis during part of the reporting period (less than 12 months) and continues to perform the procedure

Respond "yes, but no longer perform these procedures" if your hospital outpatient departments performed the procedure for all or some of the reporting period, but NO longer performs the procedure

Respond "no" if your hospital outpatient departments do not perform the procedure.

**Questions #11-37**: Based on your responses to questions #2-10, report on the total (a) adult and/or (b) pediatric volume for each procedure (from questions #2-10) during the reporting period:

*Adult Procedures*
1.  <u>Ophthalmology procedures:</u> anterior segment eye procedures; posterior segment eye procedures; and ocular adnexa and other eye procedures
2.  <u>Orthopedic procedures:</u> finger, hand, wrist, forearm, and elbow procedures; shoulder procedures; spine procedures; hip procedures; knee procedures; toe, foot, ankle, and leg procedures; and general orthopedic procedures
3.  <u>Otolaryngology procedures:</u> ear procedures; mouth procedures; and nasal/sinus procedures
4.  <u>Gastroenterology procedures:</u> upper GI endoscopy; and lower GI endoscopy
5.  <u>General surgery procedures:</u> cholecystectomy and common duct exploration; hemorrhoid procedures; inguinal and femoral hernia repairs; other hernia repairs; laparoscopy; lumpectomy or quadrantectomy of breast; and mastectomy
6.  <u>Urology procedures:</u> circumcisions; cystourethroscopy; male genital procedures; urethra procedures; and vaginal repair procedures
7.  <u>Neurological surgery procedures:</u> spinal fusion procedures
8.  <u>Obstetrics and gynecology procedures:</u> cervix procedures; hysteroscopy; and uterus and adnexa laparoscopies
9.  <u>Plastic and reconstructive surgery procedures:</u> breast repair or reconstructive procedures; and skin graft/reconstruction procedures

*Pediatric Procedures*
1.  <u>Ophthalmology procedures:</u> ocular adnexa and other eye procedures
2.  <u>Orthopedic procedures:</u> finger, hand, wrist, forearm, and elbow procedures; shoulder procedures; knee procedures; toe, foot, ankle, and leg procedures; and general orthopedic procedures
3.  <u>Otolaryngology procedures:</u> ear procedures; mouth procedures; nasal/sinus procedures; pharynx/adenoid/tonsil procedures

When calculating total **hospital outpatient department volume for (a) adult and/or (b) pediatric patients** count the number of **patients** discharged from your hospital outpatient department(s) within the reporting period with any one or more of the codes specified for each procedure, subject to the criteria below:
- Only include scheduled outpatient (i.e., admitted and discharged on the same day) procedures performed at your hospital outpatient departments within the reporting period. Include scheduled outpatient procedures with a planned observation or extended recovery stay.
- Exclude scheduled outpatient procedures with a planned inpatient admission. Exclude emergent/urgent cases, such as procedures for patients that come through the emergency department.
- Only the procedure codes provided by Leapfrog should be used to report on the questions in Section 9C.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002970

- If a patient had more than one of the listed procedures performed on the same visit (i.e., repair of dislocating knee cap (CPT: 27422) and repair of superior labrum anterior/posterior (SLAP) lesion (CPT: 29807)), include the patient in the total volume for both procedures.

## Ophthalmology Measure Specifications

For ophthalmology procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone any of the 3 procedures during the reporting period.

One procedure applies to **both adult and pediatric patients**:
- Ocular adnexa and other eye procedures

Two procedures apply to **adult patients only:**
- Anterior segment eye procedures
- Posterior segment eye procedures

Using the "Ophthalmology_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

Using the "Ophthalmology_ped" sheet, count the total number of pediatric (17 years of age and younger) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

## Orthopedic Measure Specifications

For orthopedic procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone any of the 7 procedures during the reporting period.

Five procedures apply to **both adult and pediatric patients**:
- Finger, hand, wrist, forearm, and elbow procedures
- Shoulder procedures
- Knee procedures
- Toe, foot, ankle, and leg procedures
- General orthopedic procedures

Two procedures apply to **adult patients only:**
- Spine procedures
- Hip procedures

Using the "Orthopedic_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

Using the "Orthopedic_ped" sheet, count the total number of pediatric (17 years of age and younger) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

## Otolaryngology Measure Specifications

For otolaryngology procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone any of the 4 procedures during the reporting period.

Three procedures apply to **both adult and pediatric patients**:
- Ear procedures

Table of Contents

PBHN000002971

- Mouth procedures
- Nasal/sinus procedures

One procedure applies to **pediatric patients only:**
- Pharynx/adenoid/tonsil procedures

Using the "Otolaryngology_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

Using the "Otolaryngology_ped" sheet, count the total number of pediatric (17 years of age and younger) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### Gastroenterology Measure Specifications

For gastroenterology procedures, use the CPT codes available via the <u>Survey Dashboard</u> to count **patients** discharged from your hospital outpatient departments who have undergone either of the 2 procedures during the reporting period.

Both procedures apply to **adult patients only:**
- Upper GI endoscopy
- Lower GI endoscopy

Using the "Gastroenterology_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### General Surgery Measure Specifications

For general surgery procedures, use the  CPT codes available via the <u>Survey Dashboard</u> to count **patients** discharged from your hospital outpatient departments who have undergone any of the 7 procedures during the reporting period.

All seven procedures apply to **adult patients only**:
- Cholecystectomy and common duct exploration
- Hemorrhoid procedure
- Laparoscopy
- Lumpectomy or quadrantectomy of breast
- Mastectomy
- Inguinal and femoral hernia repair
- Other hernia repair

Using the "General surgery_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### Urology Measure Specifications

For urology procedures, use the CPT codes available via the <u>Survey Dashboard</u> to count **patients** discharged from your hospital outpatient departments who have undergone any of the 5 procedures during the reporting period.

All five procedures apply to **adult patients only**:
- Circumcision
- Cystourethroscopy

PBHN000002972

- Male genital procedures
- Urethra procedures
- Vaginal repair procedures

Using the "Urology_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### Neurological Surgery Measure Specifications

For neurological surgery procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone the procedure during the reporting period.

One procedure applies to **adult patients only**:
- Spinal fusion procedures

Using the "Neurological surgery_adult" sheet, count the total number of adult (18 years of age or older) patients discharged with any of the CPT codes listed. The CPT code can be in any procedure field.

### Obstetrics and Gynecology Measure Specifications

For obstetrics and gynecology procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone any of the 3 procedures during the reporting period.

Three procedures apply to **adult patients only**:
- Cervix procedures
- Hysteroscopy
- Uterus and adnexa laparoscopies

Using the "Obstetrics and gynecology_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

### Plastic and Reconstructive Surgery Measure Specifications

For plastic and reconstructive surgery procedures, use the CPT codes available via the Survey Dashboard to count **patients** discharged from your hospital outpatient departments who have undergone either of the 2 procedures during the reporting period.

Two procedures apply to **adult patients only**:
- Breast repair or reconstruction
- Skin graft/reconstruction procedures

Using the "Plastic_reconstruct surg_adult" sheet, count the total number of adult (18 years of age or older) patients discharged for each procedure with any of the CPT codes listed. The CPT code can be in any procedure field.

See FAQs for additional information about responding to questions in this section.

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002973

## Volume of Procedures Frequently Asked Questions (FAQs)

1. **How did Leapfrog select these 9 specialties and the procedures in this section of the Survey?**
   Leapfrog worked with the Health Care Cost Institute (HCCI) to identify the most commonly billed surgical procedures in ambulatory surgery centers and hospital outpatient departments for commercially insured adult and pediatric patients. Leapfrog's technical experts then assessed the list of procedures based on their frequency and type of anesthesia used during the procedure. Those selected for the Survey represent the highest volume procedures nationally requiring moderate to general anesthesia (including nerve blocks).

   Please reach out to the Leapfrog Help Desk if you believe additional CPT Codes should be added to the Survey; Leapfrog will take these suggestions to our technical experts.

2. **Should we count patients discharged with a G code for colonoscopy?**
   No. A "G" (HCPCS II) code is used to differentiate between colonoscopies performed for screening purposes rather than for a diagnostic or therapeutic procedure. The Survey only includes major diagnostic and therapeutic procedures.

First Release: April 1, 2025
Updated Release: May 2, 2025

Table of Contents

PBHN000002974

## Safety of Procedures Measure Specifications

### Patient Follow-up

Leapfrog obtains data for one CMS Hospital Outpatient measures directly from CMS' website:
- OP-32: Rate of Unplanned Hospital Visits After an Outpatient Colonoscopy

In order for Leapfrog to obtain the data for this measure, hospitals must provide a valid CMS Certification Number (CCN) in the Hospital Profile and submit Section 9 of the Leapfrog Hospital Survey.

### Deadlines and Reporting Periods

| Data downloaded from CMS will be scored and publicly reported for Hospitals that have submitted Section 9 by | CMS Reporting Period | Available on Hospital Details Page and Public Reporting Website on |
|---|---|---|
| June 30, 2025 | Most recent 24-month reporting period | July 12, 2025 Details Page  July 25, 2025 Public Reporting Website |
| August 31, 2025 | Most recent 24-month reporting period | September 10, 2025 |
| November 30, 2025 | Most recent 24-month reporting period | December 9, 2025 |

### Review your CMS data for OP-32
- Once Leapfrog has published your hospital's Survey Results on the Hospital Details Page, hospitals are urged to compare the CMS data Leapfrog has obtained with the data published on CMS' website.
- Dates on which the Survey Results will be available on the Hospital Details page are listed in the "Deadlines and Reporting Periods" table above.

If you find a discrepancy while comparing your hospital's data published on the CMS website to the data published on the Hospital Details page, contact Leapfrog's Help Desk immediately.

PBHN000002975

### Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

| |
|---|
| **Source**: The Leapfrog Group, WHO Surgical Safety Checklist and Implementation Manual, AHRQ Endoscopy Checklist |
| **Reporting Period: 12 months**<br>Latest 12-month period prior to submission of this section of the Survey |
| **Safe Surgery Checklist Workbook (Excel)**<br><br>To complete the data collection and respond to questions #6-9, hospitals should download the Safe Surgery Checklist Workbook (Excel). This workbook includes five tabs: Instructions, Section 3B (Complex Surgery), Section 3B – Data Entry, Section 9D (Outpatient Procedures), and Section 9D – Data Entry. The Section 9D tabs can be used to complete the safe surgery checklist audits for this subsection and to calculate the response for question #9.<br><br>The workbook is available on the Survey Materials Webpage. |
| **Sampling:**<br><br>**For hospitals with one hospital outpatient department that performs the procedures listed in Section 9C and Section 3A and submit both Section 9 and 3:** Hospitals can randomly sample 15 patients (who had one of the procedures included in Section 9C) and measure and report adherence to the safe surgery checklist based on that sample.<br><br>When sampling from a larger population of cases, hospitals that perform procedures across multiple surgical specialties (e.g., general surgery, orthopedics, urology, etc.) included in Section 9C and facilities that perform procedures for both adult and pediatric patients should obtain a representative sample (i.e., include patients who underwent procedures in different surgical specialties and include both adult and pediatric patients, if applicable).<br><br>**For hospitals with multiple hospital outpatient departments that perform the procedures listed in Section 9C and Section 3A and submit both Section 9 and 3:** Hospitals can randomly sample 15 patients (who had one of the procedures included in Section 9C) and measure and report adherence to the safe surgery checklist based on that sample. However, hospital must sample across the various locations where the procedures are being performed, including freestanding hospital outpatient departments or surgery centers, in addition to ensuring that the sample includes patients who underwent procedures in different surgical specialties and both adult and pediatric patients, if applicable.<br><br>**For hospitals with one or multiple hospital outpatient departments that ONLY perform the procedures in Section 9C or that ONLY submit Section 9**: Hospitals must randomly sample 30 patients who had one of the procedures included in Section 9C and report adherence to the safe surgery checklist on that sample. Hospitals that perform the procedures listed in Section 9C and 3A should follow the guidance above. |
| **Question #6: Did your hospital perform an audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 9C and measure adherence to the safe surgery checklist?**<br><br>To respond "yes" to question #6, hospitals must measure and document whether all the elements in questions #3, #4, and #5 were verbalized in the presence of the appropriate personnel for each sampled case. Hospitals that completed the audit should respond "yes" to this question regardless of whether the adherence to the checklist was 100%. Hospitals will report on adherence to the checklist in question #9. |

**Question #7: How many cases were included in the audit from question #6?**

Hospitals that perform procedures in both Section 3A and Section 9C, and submit both Section 3 and 9, can randomly sample 15 patients (who had one of the procedures included in Section 9C) and measure and report adherence to the safe surgery checklist based on that sample.

Hospitals that ONLY perform the procedures in Section 3AC, or that ONLY submit Section 9, must randomly sample 30 patients (who had one of the procedures included in Section 9C) and measure and report adherence to the safe surgery checklist based on that sample.

**Question #8: What method was used to perform the audit on a sufficient sample in question #6?**

Hospitals can only perform a retrospective audit by reviewing medical records or EHR data if adherence to the safe surgery checklist is clearly documented in the medical record or EHR and the documentation clearly demonstrates <u>that each element was verbalized in the presence of the appropriate personnel.</u> If hospitals cannot clearly determine whether (a) the checklist element was verbalized and (b) that the appropriate personnel were present via a retrospective audit, an in-person observational audit must be completed.

Hospitals performing in-person observational audits must do so in the latest 12 months prior to Survey submission.

Hospitals performing retrospective audits must audit cases from the latest 12 months prior to Survey submission but can also review any case from Section 9C that was performed in the latest calendar year prior to Survey submission.

**Question #9: Based on your hospital's audit (either in-person or via the medical record or other EHR data) on a sufficient sample of patients who underwent a procedure included in Section 9C, what was your hospitals documented rate of adherence to the safe surgery checklist (e.g., what percentage of the sampled cases had all elements in questions #3, #4, and #5 completed)?**

Based on the audit completed for question #6, determine the total number of patient audits where <u>all</u> elements of the safe surgery checklist (included in questions #3, #4, and #5) were read aloud in the presence of the appropriate personnel 1) before the induction of anesthesia, 2) before the skin incision and/or the procedure began, and 3) before the patient left the operating and/or procedure room.

**Included cases:**
- The patient audit shows that <u>all</u> elements of the safe surgery checklist, at <u>all</u> three time points, were read aloud in the presence of the appropriate personnel.

**Excluded cases:**
- The patient audit does <u>not</u> demonstrate that all elements of the safe surgery checklist were read aloud in the presence of the appropriate personnel (i.e., one or more elements of the checklist were not read aloud, or the appropriate personnel were not present during the checklist).
- The patient audit does <u>not</u> demonstrate that the safe surgery checklist was read aloud in the presence of the appropriate personnel at all three time points (i.e., before anesthesia, before skin incision, and before the patient leaves).

**Important Note**: If a Safe Surgery Checklist element includes the qualifier "if applicable," hospitals should determine if that element of the checklist was applicable to the patient and procedure being performed. If the element was determined to be "not applicable" to the patient and procedure, it does not count against the total adherence. For example, if your hospital performed a hernia repair, the availability of a device on-site would not be applicable. Therefore, when completing the Safe Surgery Checklist Workbook for this patient, indicate N/A for that element (device on-site) and your hospital would be able to count that case as adherent.

PBHN000002977

## Safety of Procedures Frequently Asked Questions (FAQs)

*General Questions*

1. **How should hospitals report on the processes in Section 9D Safety of Procedures if they have more than one hospital outpatient department performing the procedures listed in Section 9C Volume of Procedures?**
   Hospitals with more than one hospital outpatient department are instructed to respond to Section 9D based on the location with the fewest processes in place. For example, if one hospital outpatient department uses a safe surgery checklist on all patients, but another hospital outpatient department does not, you should answer "no" to question #6.

*Patient Follow-up FAQs*

2. **Do hospitals need to do anything for Leapfrog to obtain data for the CMS measures?**
   Leapfrog will automatically use your hospital's data that are reported to CMS for OP-32 if you provide an accurate CCN in the Hospital Profile and submit Section 9 of the 2025 Leapfrog Hospital Survey. For OP-32, if your hospital does not perform adult lower GI endoscopy procedures, you will be scored as "Does Not Apply." More information is available in the Leapfrog Hospital Survey Scoring Algorithms.

*Safe Surgery Checklist for Adult and Pediatric Outpatient Procedures FAQs*

3. **What 12-month reporting period should be used when reporting on this section?**
   When responding to the questions in Section 9D, hospitals should enter the month in which they complete their observational in-person or retrospective EHR review audits. If your hospital does not perform an audit, enter the month in which you are completing the Survey.

4. **Does the safe surgery checklist referenced in Section 9D questions #1-9 apply to all procedures, including colonoscopies, endoscopies, etc.?**
   Yes, it applies to all procedures in Section 9C questions #2-10. If your hospital outpatient department(s) do not utilize a safe surgery checklist for colonoscopy and/or endoscopy, respond "No" to question #2.

5. **Can different elements of the "Before the induction of anesthesia" checklist (question #3) be performed in different places?**
   Yes, hospitals may perform some elements of the pre-anesthesia checklist outside of the operating room. Hospitals may read aloud the following elements in a pre-procedure (preop) area: Patient ID, Confirmation of procedure, Patient consent, Site marked, if applicable, and Allergies assessed.

   Hospitals should not remove conversation prompts as it is harmful to the purpose of the checklist and should continue debriefing and requiring participation of the surgical team members in key moments.

6. **Do we need to perform a "clinical team introduction" if the team already knows each other and/or will be in the operating room together all day?**
   Yes. Even if a clinical team knows each other they must perform an introduction stating their name and role at the first procedure of the day. They do not need to reintroduce themselves for the remaining procedures but should confirm everyone was introduced beforehand. However, if any team members change between operations, introductions must be performed again.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002978

7. **Do the Safe Surgery Checklist components included in questions #3, #4, and #5 need to be in one document that would align with the <u>WHO example</u> or can they be in different documents (i.e., pre-anesthesia notes, surgeon H&P, and pre-surgical checklists, etc.)?**
It is possible to have separate checklists for each phase of the surgical procedure (i.e., before the induction of anesthesia, before the skin incision and/or before the procedure begins, and before the patient leaves the operating or procedure room). However, each individual component included in questions #3, #4, and #5 should be listed on the checklist(s) and hospitals should document whether the components were read aloud at the appropriate time with the appropriate members of the surgical team present.

8. **How is "whole surgical team" defined?**
"Whole surgical team" is comprised of the surgeons, anesthesia professionals, nurses, technicians, and other operating room personnel involved in surgery. This is based off the <u>World Alliance for Patient Safety Implementation Manual Surgical Safety Checklist (First Edition)</u>.

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002979

## Medication Safety for Outpatient Procedures Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy.

---

**Source:** The Leapfrog Group

**Reporting Period: 12 months**
- Surveys submitted prior to September 1:
  - 01/01/2024 – 12/31/2024
- Surveys (re)submitted on or after September 1:
  - 07/01/2024 – 06/30/2025

**Medication Safety Documentation Workbook (Excel)**

To complete the data collection for this subsection and respond to questions #3-7, hospitals should download the Medication Safety Documentation Workbook (Excel). This workbook includes seven tabs: Instructions, 2024 Sampling, 2025 Sampling, Home Meds, Visit Meds, Allergies, and Data Entry and can be used to identify patients to sample in order to complete the three clinical record audits, as well as calculate the responses to enter into the Online Hospital Survey Tool for each of the audits.

This workbook is available on the Survey Materials webpage and should be used when completing this subsection.

**Sampling:**

***For hospitals with one hospital outpatient department that performs the procedures listed in Section 9C:***
If you have more than 30 cases that meet the criteria for inclusion in the denominator of the process measures during the time period of the clinical record audit, you may randomly sample 30 of them for the denominator of each documentation guideline, and measure and report adherence based on that sample. When sampling from a larger population of cases, this is the minimum number of cases needed to make a statistically reliable statement of percent adherence to the process guidelines.

***For hospitals with multiple hospital outpatient departments that perform the procedures listed in Section 9C:***
If you have more than 30 cases total (across all hospital outpatient departments) that meet the criteria for inclusion in the denominator of the process measure during the time period of the clinical record audit, you may randomly sample a minimum of 10 cases from the hospital (including any co-located hospital outpatient departments or inpatient areas performing outpatient procedures) and each free-standing hospital outpatient department or surgery center. Hospitals will need to report on a total minimum sample size of at least 30, and measure and report adherence based on that sample. When sampling from a larger population of cases, this is the minimum number of cases needed to make a statistically reliable statement of percent adherence to the process guidelines.

For example, if you are reporting on your hospital (including multiple areas where outpatient procedures are performed), as well as another hospital outpatient department that is free-standing, you could sample 15 cases from each for a total sample size of 30. If you are reporting on seven locations, you could sample 10 cases from each for a total sample size of 70.

Note: Hospitals that share a CMS Certification Number (CCN) with other hospitals may use the same sample for reporting on a shared hospital outpatient department location (e.g., surgery center, endoscopy center, free-standing hospital outpatient department, etc.). For example, Hospital A and Hospital B share a CCN and both refer patients to the same gastroenterology center. Hospital A samples 15 cases from their hospital and 15 cases from the gastroenterology center. Hospital B can use the sample of 15 cases from the gastroenterology center in addition to sampling from their hospital when reporting on their own Leapfrog Hospital Survey.

---

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002980

**Medications:** For the purposes of this measure, a **medication** is a substance that is taken into, or placed onto, the body of a person for one or more of the following reasons:

- as a placebo
- to prevent a disease (e.g., flu vaccine)
- to make a diagnosis (e.g., contrast dye)
- to test for the possibility of an adverse effect
- to modify a physiological, biochemical or anatomical function or abnormality (e.g., heparin/heparin flushes, statins, antihypertensives, etc.)
- to replace a missing factor (e.g., blood product)
- to ameliorate a symptom (e.g., aspirin)
- to treat a disease or condition (including topicals, nasal sprays, eye drops, compounds, inhalants, injectables, patches, etc.)
- to induce anesthesia
- to stabilize or hydrate during medical treatment or procedures (e.g., IV fluids, normal saline, lactated ringers, etc.)
- to provide nutrition (e.g., enteral nutrition products, parenteral nutrition products, breast milk [breast milk applies to BCMA measure only])
- as a supplement (e.g., iron for a patient with iron deficiency anemia or calcium/vitamin D for a patient with osteoporosis)

For the purposes of this measure, the following are **not** considered medications:

- Pre-filled saline flushes and pre-filled heparin flushes (i.e., saline and heparin flushes that come from the manufacturer already filled and are not filled by the hospital's pharmacy)
- Chlorhexidine and alcohol preparation pads
- Intra-op irrigation solutions

**Question #3 (denominator):** Number of cases measured (either all cases or a sufficient sample of them).

Your hospital should perform a clinical record audit of either all adult and/or pediatric patients undergoing those procedures included in Section 9C discharged during the reporting period or a sufficient sample of those patients discharged during the reporting period as described above.

This audit of clinical records can be done retrospectively (anytime during the Survey Cycle of April 1 – November 30).

The total number of clinical records included in your audit is reported in question #3.

**Excluded cases:** Patients discharged from the hospital outpatient departments without having one of the procedures included in Section 9C performed during the reporting period.

**Question #4 (numerator):** Number of cases in question #3 with a list of **all home medication(s),** including dose, route, and frequency, documented in the clinical record.

Determine the total number of clinical records included in the audit (in question #3), where a list of all home medication(s), including dose, route, and frequency, was documented in the clinical record either on the day of the procedure or after a pre-screening phone call (i.e., 1-2 days in advance of the procedure). Records that include documentation that the patient had no home medications should be included.

"Home medications" are defined as medications that the patient was taking prior to admission.

The following home medications may be excluded from the clinical record underline they are clinically relevant* (e.g., herbal supplement that is known to interact with anesthesia):

- as needed (PRN) medications
- topical lotions/creams
- saline nasal spray and artificial tear eye drops
- herbals and supplements and vitamins

Table of Contents

PBHN000002981

- medications prescribed for the purpose of operative prep prior to colonoscopy

Home medications that must be included in the clinical record include clinically relevant* PRN medications such as inhalers, nitroglycerin, analgesics (opioid and non-opioid), muscle relaxants, and sedatives.

*Clinically relevant is defined as any PRN medication that treats a medical condition on the patient's problem list and/or condition they are being treated for during the visit (i.e., reason for the hospital stay).*

**Included cases:**
- The clinical record includes documentation that the patient has no home medications.

**Excluded cases:**
- The clinical record is missing a list of all home medication(s).
- The clinical record is missing dose, route, <u>or</u> frequency for a home medication

**Question #5 (numerator):** Number of cases in question #3 with a list of **all medication(s) administered during the visit and new medications prescribed at discharge,** including the strength, dose, route, date, and time of administration, documented in the clinical record.

Determine the total number of clinical records included in the audit (question #3), where a list of all medication(s) administered during the visit and new medications prescribed at discharge, including the strength, dose, route, date, and time of administration, was documented in the clinical record on the day of the procedure.

Local, regional, and general anesthesia medications must only have **total dose, date, and time of administration** documented in the clinical record to be considered complete.

IV solutions must have **strength, dose, route, date, and time of administration** documented in the clinical record to be considered complete. However, if the IV solution only comes in one concentration/strength (such as the LR Injection), the strength can be entered as N/A and the start time and volume of the bag can be documented for dose in order to be considered complete.

New medications prescribed at discharge, but not administered at the hospital must only have **strength, dose, route, and date the medication was prescribed** documented in the clinical record to be considered complete.

**Excluded cases:**
- The clinical record is missing a medication that was administered or prescribed during the visit or at discharge.
- The clinical record is missing strength, dose, route, date, <u>or</u> time of administration for a medication administered or prescribed during the visit or at discharge except as described above for anesthesia medications, IV solutions, and prescribed medications.
- The clinical record is missing dose for lidocaine jelly.

**Question #6 (numerator):** Number of cases in question #3 with a list of **all medication allergies and adverse reaction(s)** documented in the clinical record.

Determine the total number of clinical records included in the audit (question #3), where a list of all medication allergies and adverse reaction(s) was documented in the clinical record. Hospitals should only assess medication allergies (i.e., hospitals do <u>not</u> need to assess food or environmental allergies).

**Included cases:**
- The clinical record includes documentation that the patient reported no known allergies.

**Excluded cases:**
- The clinical record does **not** include either a list of allergies and adverse reaction(s) <u>**nor**</u> documentation of no known allergies.

PBHN000002982

- The clinical record does include a list of allergies but does not include documentation of the adverse reaction(s) for each allergy.

**Important Note:** In addressing allergies and adverse reaction statuses noted as "unknown" in the clinical record, hospitals should assess if:

o "unknown" is used to indicate that the patient (or patient's family) was asked for the adverse reaction status, but they indicated it was not known, in which situation the case should be <u>included</u> in the numerator (question #6); or

o "unknown" is used in the clinical record to indicate that the information is not available because it was not requested or documented by the clinician, in which situation the case should be <u>excluded</u> from the numerator (question #6)

See <u>FAQs</u> for additional information about responding to questions in this section.

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002983

## Medication Safety for Outpatient Procedures Frequently Asked Questions (FAQs)

1. **How often do home medications need to be updated in the clinical record for Section 9E question #4?**
   Home medications must be recorded in a pre-screening phone call 1-2 days in advance of the procedure or updated on the day of the clinical procedure (for all procedures included in Section 9C of the 2024 Leapfrog Hospital Survey).

   Patients who are returning for a second or follow-up procedure within 12 months of the initial procedure are not required to have an updated home medication list in their clinical record in order for the record to be counted in the numerator of the home medication audit (i.e., included in the count in question #4). However, in cases of frequent repeated clinical visits, the home medications list should be updated at least once every 12 months.

2. **For medications that only ever have a single route of administration (e.g., orally only), does route have to be documented in the clinical record for questions #4 and #5?**
   No. If there is a medication that can only ever be given via a single route, route does not have to be documented to count the case when responding to questions #4 and #5.

3. **We do medication reconciliation on patients for certain outpatient procedures. Will the medication reconciliation on the procedure day suffice for the "medication audits" requirement in question #4? Or does it have to be a retrospective audit after the procedure day?**
   Leapfrog specifies that, unless all medical records are audited, the clinical record audit should be conducted on a random sample of discharged patients. If your hospital does not perform medication reconciliation before <u>all</u> patients are discharged to ensure that the correct dose, route, and frequency are documented in the clinical record for all home medications this would not meet the requirements of Section 9E.

   Instead, your hospital should randomly sample from all clinical records of discharged outpatients (adults and children) who had the procedures included in Section 9C during the reporting period, not just those records that had medication reconciliation conducted during the same day visit. This audit may occur on the same day as the patient visit or following patient discharge.

334

Version 9.1
© 2025 The Leapfrog Group

First Release: April 1, 2025
Updated Release: May 2, 2025

<u>Table of Contents</u>

PBHN000002984

## Patient Experience (OAS CAHPS) Measure Specifications

**Important Note:** Hospitals that share a CMS Certification Number are required to report by facility. Please carefully review Leapfrog's Multi-Campus Reporting Policy

**Source:** Developed by Centers for Medicare and Medicaid Services (CMS) using Agency for Healthcare Quality and Research (AHRQ) guidelines. More information available at https://oascahps.org/General-Information/About-OAS-CAHPS-Survey.

**Reporting Period:** The latest 12-month period prior to the submission of this section of the Survey. Hospitals can elect to use either survey return date or discharge date to pull reports for this measure.

This section of the Survey asks hospitals about their results from the OAS CAHPS Survey. The first several questions are designed to learn more about the current administration of the survey. The last four questions collect the Top Box Score[52] for each of the following four domains:

- Facilities and Staff
- Communication About Your Procedure
- Patient's Rating of the Facility
- Patients Recommending the Facility

Hospitals using Press Ganey, NRC, or PRC to administer the OAS CAHPS Survey can use the CMS OAS CAHPS crosswalk below to ensure they are reporting on the correct domains. The crosswalk is designed to help translate the standard vendor report to the CMS domains used in questions #7-10.

**CMS OAS CAHPS Crosswalk**

| CMS Domain Name | Press Ganey Domain Name | NRC Domain Name | PRC Domain Name |
|---|---|---|---|
| Facilities and Staff | **Facility/Personal Treatment** | **About Facilities and Staff** | **Facility and Staff** |
| Communication About Your Procedure | **Communication** | **Communications About Your Procedure** | **Communication** |
| Patient's Rating of the Facility | **Facility Rating 0-10** | **Overall Rating of Facility** | **Overall Facility Rating** |
| Patients Recommending the Facility | **Recommend the Facility** | **Would Recommend Facility** | **Would Recommend** |

**Question #2:** Did your hospital have at least 300 eligible discharges[56] during the 12-month reporting period?

This section of the Survey is designed for hospitals that discharged at least 300 eligible patients during the reporting period. Hospitals that discharged fewer than 300 eligible patients should respond "no," skip the rest of the questions, and move on to the Affirmation of Accuracy.

Eligible discharges include discharges for adult patients (ages 18 years and older) who had both medically and non-medically necessary outpatient surgeries and/or procedures. A detailed description of patient sampling criteria, including a list of OAS CAHPS-eligible surgeries and procedures, is available in the Protocols and Guidelines Manual, version 9.0 at https://oascahps.org/Survey-Materials.

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002985

**Question #3:** Has your hospital administered, or started to administer, the entire OAS CAHPS Survey, during the reporting period?

The OAS CAHPS survey includes questions about patients' experiences with their preparation for the surgery or procedure, check-in processes, cleanliness of the facility, communications with the facility staff, discharge from the facility, and preparation for recovering at home. The survey also includes questions about whether patients received information about what to do if they had possible side effects during their recovery. OAS CAHPS is designed to be national in scope and requires standardized administration protocols.

If your hospital shares a CMS Certification Number (CCN) with another hospital that administers the OAS CAHPS survey, only include results from hospital outpatient departments used to report on Section 9: Outpatient Procedures.

**Question #4:** Total number of months in which your hospital administered the OAS CAHPS Survey during the reporting period.

It is recommended that hospitals (or their survey vendor) sample over a 12-month period and ensure an even distribution of patients is sampled over the 12-month period. However, Leapfrog will accept OAS CAHPS results from hospitals that have administered the survey over a period of time less than 12 months if they have at least 100 returned surveys.

**Question #5:** Total number of returned surveys during the reporting period.

It is recommended that hospitals (or their survey vendor) administer the survey to a large enough sample in order to achieve 300 returned surveys in a 12-month reporting period. However, Leapfrog will accept OAS CAHPS results from hospitals that have at least 100 returned surveys. All returned surveys from eligible patient discharges, regardless of completeness and date of return, should be included.

**Question #6:** Do the responses to the questions in this subsection include discharges from more than one location (e.g., hospital and surgery center or free-standing hospital outpatient department, hospital and multiple free-standing hospital outpatient departments, etc.)?

Indicate "yes" if your OAS CAHPS results include eligible patient discharges from multiple locations (e.g., hospital and surgery center or free-standing hospital outpatient department, hospital and multiple free-standing hospital outpatient departments, etc.). Otherwise indicate "no."

**Questions #7-10:** In questions #7-10, report your hospital's Top Box Score[52] (rounded to the nearest whole number) from each of the following patient experience domains from your 12-month vendor report that matches the reporting period selected in question #1. Hospitals should not use domain scores that are publicly reported on the CMS Hospital Compare website as these scores have been risk adjusted. Hospitals should report results from all hospital outpatient departments.

These four questions capture the Top Box Score for each of the four domains of patient experience: facilities and staff, communication about your procedure, patients' rating of the facility, and patients recommending the facility.

The following questions from the OAS CAHPS Survey are included in each domain:

Facilities and Staff
Q3: Did the check-in process run smoothly?
Q4: Was the facility clean?
Q5: Were the clerks and receptionists at the facility as helpful as you thought they should be?
Q6: Did the clerks and receptionists at the facility treat you with courtesy and respect?
Q7: Did the doctors and nurses treat you with courtesy and respect?
Q8: Did the doctors and nurses make sure you were as comfortable as possible?

Version 9.1
© 2025 The Leapfrog Group                    First Release: April 1, 2025
                    Updated Release: May 2, 2025

PBHN000002986

Communication About Your Procedure
Q1: Before your procedure, did your doctor or anyone from the facility give you all the information you needed about your procedure?
Q2: Before your procedure, did your doctor or anyone from the facility give you easy to understand instructions about getting ready for your procedure?
Q9: Did the doctors and nurses explain your procedure in a way that was easy to understand?
Q10: Anesthesia is something that would make you feel sleepy or go to sleep during your procedure. Were you given anesthesia?
Q11: (If 'Yes' to Q10) Did your doctor or anyone from the facility explain the process of giving anesthesia in a way that was easy to understand?
Q12: (If 'Yes' to Q10) Did your doctor or anyone from the facility explain the possible side effects of the anesthesia in a way that was easy to understand?

Patients' Rating of the Facility
Q23: Using any number from 0 to 10, where 0 is the worst facility possible and 10 is the best facility possible, what number would you use to rate this facility?

Patients Recommending the Facility
Q24: Would you recommend this facility to your friends and family?

Please note that question numbers are taken from the OAS CAHPS Survey, which you can download at https://oascahps.org/Survey-Materials.

See FAQs for additional information about responding to questions in this section.

**Version 9.1**
© 2025 The Leapfrog Group
**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

PBHN000002987

## Patient Experience (OAS CAHPS) Frequently Asked Questions (FAQs)

1) **We share a CMS Certification Number (CCN) with another hospital that participates in the OAS CAHPS Survey. How can we report on results from the OAS CAHPS Survey that are specific to our outpatient department?**
   While OAS CAHPS results are reported to CMS using a single CMS Certification Number, hospitals with more than one location (i.e., components, strata) must specify to their vendor where eligible surgeries occurred, so the vendor can properly sample patients. Vendors have the ability to provide OAS CAHPS results for a particular set of locations upon request. Hospitals should report results to Leapfrog from only those components included in their Section 9 responses.

2) **Isn't 300 returned surveys the minimum sample size recommended by CMS?**
   Yes, however, Leapfrog has received feedback that many hospitals and ambulatory surgery centers have only recently started to administer the survey. In order to ensure as many hospitals and ambulatory surgery centers as possible are able to report on this subsection, we have reduced the minimum sample size for reporting results to the Leapfrog Hospital and ASC Surveys to 100 returned surveys. This will help ensure that hospitals and ASCs that have made the investment to administer the Survey are able to earn credit for doing so. Additionally, this minimum sample size aligns with Section 8A of the Leapfrog Hospital Survey, which asks about the CAHPS Child Hospital Survey, and with the CMS requirement for the CAHPS Child Hospital Survey.

   If possible, however, it is recommended that hospitals (or their survey vendor) administer the survey to a large enough sample in order to achieve 300 returned surveys in a 12-month reporting period.

3) **We administer our own patient experience survey to collect specific information about our patient's experience. Can we report the results from our hospital's patient experience survey?**
   No, hospitals can only report the results of the official OAS CAHPS Survey on Section 9F of the Leapfrog Hospital Survey.

   However, according to the OAS CAHPS Protocols and Guidelines Manual, survey vendors and ASCs/HOPDs may choose to add up to 15 supplemental questions after the 'core' OAS CAHPS Survey questions that are personalized to the hospital/vendor. More information on these supplemental questions, including restrictions and required approval, may be reviewed on pages 20-22 of the CMS OAS CAHPS Survey Protocols and Guidelines Manual, which is available for download here: https://oascahps.org/Survey-Materials. Please note, the responses to these supplemental questions will not be reported on the Leapfrog Hospital Survey.

338

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002988

# Endnotes

---

[1] ***Acute-Care Units***
Include units used for short-term, acute-care medical, surgical, medical/surgical (including telemetry), as well as obstetrical, intensive, and step-down/progressive care.

Exclude units used for short and long-term psychiatric care, rehabilitation, observation, or sub-acute care (e.g., skilled nursing facility, hospice extended care, sub-acute eating disorder treatment, extended care facility, or residential substance abuse treatment), and swing bed units.

[2] ***CMS Certification Number (CCN)***
A CMS Certification Number (CCN) is issued by the Centers for Medicare and Medicaid Services (CMS) to financial reporting entities, which may be individual hospitals or a group of hospitals, for the purpose of reimbursement. While Leapfrog does ask each campus of a multi-hospital system to submit an individual Survey, hospitals within the system may be assigned the same CMS Certification Number and therefore should have the same CCN reported in this field. CCNs are six digits; with the first two digits representing the state in which the hospital is located. Hospitals that do not receive Medicare reimbursement may not have a CMS Certification Number and should not have a CCN reported in this field. Leapfrog pre-populates this field in the Online Hospital Survey Tool. If the hospital's CCN is different from the one shown online, please contact the Help Desk.

[3] ***National Health Safety Network (NHSN) ID***
A NHSN ID is issued by the Centers for Disease Control and Prevention and is used as a unique identifier for facilities participating in NHSN surveillance activities. Each hospital within a system, even if they share a CCN, must report separately to NHSN and should have their own NHSN ID if they are located separately. Please see the NHSN instructions available at http://www.leapfroggroup.org/survey-materials/join-nhsn. NHSN IDs are five digits. Leapfrog pre-populates this field in the Online Hospital Survey Tool for hospitals that provided a valid NHSN ID, joined our NHSN Group, and submitted the 2024 Leapfrog Hospital Survey. If the hospital NHSN ID is different from the one shown online, please update accordingly.

In order to be scored and publicly reported for any of the five applicable infection measures and to have the hospital's teaching status represented, hospitals must: (1) provide an accurate NHSN ID in the Profile, (2) join Leapfrog's NHSN Group by the appropriate deadline, and (3) submit the 2025 Leapfrog Hospital Survey by the appropriate deadline.

[4] ***Vermont Oxford Network (VON) Transfer Code***
A Vermont Oxford Network (VON) Transfer Code is issued by the Vermont Oxford Network and is used as a unique identifier for hospitals reporting data through the VON Nightingale Internet Reporting System. Each hospital has their own VON Transfer Code, which can be found at https://public.vtoxford.org/transfer-codes/. VON Transfer Codes are four, five, or seven digits. Leapfrog pre-populates this field in the Online Hospital Survey Tool Profile for hospitals that provided a valid VON Transfer Code in 2024. If the hospital's VON Transfer Code is different from the one shown online, please update accordingly.

[5] ***Federal Tax Identification Number (TIN)***
Enter the TIN that your hospital uses for billing purposes. *The number is a nine-digit number (e.g., 098765432) and must conform precisely to this format – be sure to enter any leading 0.* If your hospital has more than one TIN, use the one that would most typically be used for UB-04 claims filed with commercial health insurance plans for inpatient hospital stays.

**339**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002989

[6] **National Provider Identifier (NPI)**
The NPI is a Health Insurance Portability and Accountability Act (HIPAA) Administrative Simplification Standard. The NPI is a unique identification number of covered health care providers. The NPI is a 10-position, intelligence-free numeric identifier (10-digit number). This means that the numbers do not carry other information about healthcare providers, such as the state in which they live or medical specialty. Leapfrog pre-populates this field in the Online Hospital Survey Tool. If the hospital's NPI is different from the one shown online, please contact the Help Desk.

[7] **State**
Your hospital is assigned to a state based on the CMS Certification Number assigned (or identifier specially issued by the Leapfrog Help Desk) to your hospital. If your hospital is incorrectly assigned to a state, contact the Help Desk to resolve the discrepancy.

[8] **Tips for Entering Web Addresses**
This address becomes the link attached to your hospital's name in the public release of Survey Results. Enter it exactly as you wish it to be and test it.
- Do not exit out of the Online Hospital Survey Tool to go to the Web page of interest while you are entering data into the Survey or some of your Survey entries may be lost.
- Instead, minimize (but don't close) the Survey window and any other windows that are open, then open your internet browser in a separate window. Find the Web page whose address you wish to enter and Copy/Paste the entire address into the Survey entry. **The http:// prefix needs to be included.**
- If entering the Web page address manually, be careful to type it correctly, without embedded spaces. Forward (/) or backward (\) slashes may be used. Don't forget the "www." if that is part of the address. **The http:// prefix needs to be included.**
- Make sure to use .org, rather than .com, if that's the domain for your hospital's website.
- Although many hospitals elect to enter the address for the home page of their hospital website, consider pointing it to a page specific to patient safety, the Leapfrog safety practices, or other quality improvement activities that you want to communicate to your community.

[9] **Healthcare System or Integrated Delivery Network**
Healthcare Systems or Integrated Delivery Networks (IDN) are central organizations that own, lease, or sponsor two or more hospitals with the goal of providing coordinated patient care. Pediatric, specialty, and rehabilitation hospitals are included as hospitals in this definition. IDNs may belong to a larger parent system. Leapfrog pre-populates this field in the Online Hospital Survey Tool and only uses the field internally (e.g., it will not be shared publicly). If the IDN displayed in the Online Survey Tool is incorrect, please contact the Help Desk.

[10] **Licensed Acute-Care Beds**
If your state does not license bed types or if acute-care beds are currently staffed higher than the number of licensed beds, enter the number of staffed beds from question #3. If the number of licensed beds has changed in the last year, indicate the average or other number most representative of your operating bed capacity over the last year.

Include short-term, acute-care medical, surgical, medical/surgical (including telemetry), obstetrical, and intensive care beds, as well as step-down/progressive care beds as licensed by your state.

Exclude beds licensed or used for short and long-term psychiatric care, rehabilitation, observation, or sub-acute care (e.g., skilled nursing facility, hospice extended care, sub-acute eating disorder treatment, extended care facility, or residential substance abuse treatment) and swing beds.

340

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002990

*2025 Leapfrog Hospital Survey – Hard Copy*                                                                      *Endnotes*

---

[11] **Staffed Acute-Care Beds**
Include licensed beds regularly in operation, whether currently occupied by a patient or not. If the number has changed over the last year, indicate the average or other number most representative of your operating bed capacity over the last year.

[12] **Total Adult Acute-Care Admissions**
Include adult (aged 18 years and older) acute-care medical, surgical, and medical/surgical (including telemetry), obstetrical, and intensive care admissions. Include transfers from other hospitals. Include admissions directly to an ICU, even if counted in question #9. Include admissions to step-down/progressive units.

Exclude short and long-term psychiatric care, rehabilitation, observation, or sub-acute care (e.g., skilled nursing facility, hospice extended care, sub-acute eating disorder treatment, extended care facility, or residential substance abuse treatment) admissions and admissions to swing units.

[13] **Total Pediatric Acute-Care Admissions**
Include pediatric (ages 17 years and younger) acute-care medical, surgical, medical/surgical (including telemetry), and intensive care admissions. Include transfers from other hospitals. Include admissions directly to an ICU or neonatal ICU (NICU), even if counted in question #10 or #13. Include admissions to step-down/progressive units.

Exclude newborn admissions to the nursery and pediatric patients admitted for maternity care, short and long-term psychiatric care, rehabilitation, observation, or sub-acute care (e.g., skilled nursing facility, hospice extended care, sub-acute eating disorder treatment, extended care facility, or residential substance abuse treatment) and admissions to swing units. Exclude admissions for patients that were transferred to another facility.

[14] **General Medical, Surgical, Medical/Surgical, and Neuro ICUs**
Include general medical, surgical, medical/surgical, and neuro ICUs (medical and surgical). Exclude ICUs "dedicated exclusively" to patients with specialized conditions (e.g., cardiac, burn, trauma, neonatal, etc.) unless the same ICU is used for both specialized intensive care patients as well as general medical, surgical, medical/surgical, or neuro intensive care patients. "Dedicated exclusively" means that general medical, surgical, medical/surgical, or neuro intensive care patients are not also cared for in these specialized units (except in rare overflow situations). Exclude intermediate care or telemetry/step-down/progressive units.

For the purposes of reporting on adult and pediatric ICU admissions in Section 1A: Basic Hospital Information questions #9 and #10, include admissions to general medical, surgical, medical/surgical, and neuro ICUs (medical and surgical), whether directly admitted to the unit or transferred to the unit from another area of your hospital (e.g., post-operatively). Include transfers from other hospitals as admissions to your hospital. Include the number of admissions that include an ICU stay, not the number of patient trips to the ICU.

[15] **Licensed ICU Beds**
If your state separately designates ICU beds, indicate the number of licensed beds in adult and pediatric general medical, surgical, medical/surgical, and neuro ICUs (medical and surgical). If your state does not license ICU beds or if the number of staffed ICU beds is currently higher than the number of licensed ICU beds, enter the number of staffed ICU beds from question #8. See endnote #14 for more information.

Exclude beds "dedicated exclusively" to patients with specialized conditions (e.g., cardiac, burn, trauma, neonatal). "Dedicated exclusively" means that general medical, surgical, medical/surgical, or neuro intensive care patients are not also cared for in these specialized units (except in rare overflow situations). Exclude beds used for step-down/progressive care.

---

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002991

[16] **Staffed ICU Beds**
Indicate the number of ICU beds from question #7 that are regularly in operation, whether currently occupied by a patient or not. If the number has changed over the last year, indicate the average or other number most representative of your operating ICU capacity over the last year. See endnote #14 for more information.

[17] **Neonatal ICUs**
Include any level neonatal ICU (NICU), i.e., Level II/III, Level III, or Level IV. Exclude neonatal nurseries (Level I and Level II). For more information about what is considered a NICU, please refer to the CDC's definitions of Neonatal Units on p. 15-12 to 15-15 of the following document: http://www.cdc.gov/nhsn/PDFs/pscManual/15LocationsDescriptions_current.pdf.

For the purposes of reporting on NICU admissions in Section 1A: Basic Hospital Information question #13, include admissions to any level NICU, even if counted in question #5. Include transfers from other hospitals as admissions to your hospital. Exclude admissions for patients that were transferred to another facility.

[18] **CPOE Linked to Pharmacy, Laboratory, ADT Information**
The ability of a CPOE system to catch the majority of common, serious prescribing errors depends on proper identification of patients (ADT information), current and recent pharmacy orders and drug dispensing history, and access and integration of key laboratory results for the patient. CPOE systems that are not linked to those other systems or do not reflect that current information accurately about the patient are not likely to catch serious prescribing errors.

[19] **Medical, Surgical, and Medical/Surgical Units**
An exact definition on which units would be included in general medical, surgical, or medical/surgical cannot be provided because each hospital is laid out differently. For information about what is considered a general medical, surgical, or medical/surgical unit, please refer to the CDC's definitions of Medical Ward, Medical/Surgical Ward, and Surgical Ward on p. 15-17 to 15-20 of the following document: http://www.cdc.gov/nhsn/PDFs/pscManual/15LocationsDescriptions_current.pdf. The flowchart on p. 15-3 can also be used to help define units in your hospital. Units for patients from a specific service type (e.g., burn, cardiac) and observation units must be excluded. Include telemetry units (defined on p. 15-20 of the above referenced document).

For the purposes of reporting on Sections 2C: BCMA and 6C: Hand Hygiene, include both single and mixed acuity medical, surgical, medical/surgical, and telemetry units, as well as step-down/progressive beds in a dedicated medical, surgical, or medical/surgical unit.

For the purposes of reporting on Section 5C: Nursing Workforce, hospitals must reference the unit definitions and acuity definitions in the measure specifications.

[20] **Step-down/Progressive Units**
A single acuity unit in which at least 90% of the patients are at a lower level of acuity than patients in a critical care unit, yet at a higher level of acuity than that which is provided in a general care unit. These units may be called progressive care, intermediate care, direct observation, or transitional care units. Telemetry alone is not an indicator of acuity level. To classify as a step-down unit, the telemetry patients must require a higher level of nursing intensity than is available on medical, surgical, and medical/surgical units.

[21] **Labor and Delivery Units**
Include all antepartum and postpartum units. Nursery units, OR units, and procedural areas must be excluded.

PBHN000002992

[22] **Pre-Operative or Post-Anesthesia Care Units**
For reporting on Section 2C: BCMA include all pre-operative and post-anesthesia care units (PACUs) located in or co-located with your hospital. For reporting on Section 6C: Hand Hygiene, include all pre-operative and post-anesthesia care units (PACUs) located in or co-located with your hospital, as well as those located in free-standing hospital outpatient departments that perform the outpatient procedures listed in Section 9: Outpatient Procedures and that share your hospital's license or CMS Certification Number. This includes combined pre-operative and post-anesthesia care units as well. If the hospital distinguishes between post-anesthesia phases within its PACU(s) (i.e., Phase I, Phase II, and Phase III recovery), all phases must be included when reporting.

Pre-operative units include areas where patients are prepared for an inpatient or outpatient surgical or diagnostic procedure, (i.e., where patients have their medical histories reviewed with their care team and receive physical examinations to determine risk factors and other information relevant to the surgery or procedure).

PACUs include areas where patients are watched after an inpatient or outpatient surgical or diagnostic procedure that required anesthesia or sedation and where hospital staff (e.g., nurses, anesthesiologists, and other support services) monitor patient recovery from anesthesia or sedation by keeping track of vitals and providing pain management.

[23] **Certified Pharmacy Technician**
A certified pharmacy technician would include a pharmacy technician that has earned either the ASHP Medication History-Taking Certificate or the Pharmacy Technicians Certification Board's (PTCB) Medication History Certificate.

[24] **Sampling for Medication Reconciliation**
The sample must contain at least 30 patients from a 6-month reporting period. Sampling is limited to medical, medical/surgical units and step-down/progressive units (adult only). Patients that were discharged or expired before the Gold Standard Medication History could be obtained must be excluded from the sample. Patients that do not have discharge orders written during the reporting period must also be excluded from the sample. A sampling worksheet is available in the Medication Reconciliation Workbook for those who would like assistance in obtaining a random sample of patients.

[25] **Gold Standard Medication History**
The Gold Standard Medication History is the list of medications that the patient was taking prior to admission. Within 24 hours after admission, a trained pharmacist, pharmacy resident, or certified pharmacy technician must interview each patient selected for the 6-month sample and obtain the Gold Standard Medication History. Note that this is in addition to, and separate from, any pre-admission medication list that was created as part of normal care. Best practices for collecting the Gold Standard Medication History can be found in the "Other Supporting Materials" for Section 2 on our website.

[26] **Discrepancies in Gold Standard Medications**
For each Gold Standard Medication, there may be up to two unintentional discrepancies: a discrepancy in admission orders and a discrepancy in discharge orders. For example, if a medication on the Gold Standard Medication History is ordered for a patient on admission with the incorrect dose, this counts as one discrepancy. If this medication is ordered on discharge for the same incorrect dose, this counts as a second discrepancy. The number of unintentional discrepancies is a count of medication orders where an unintentional discrepancy occurred. You should not count the number of errors associated with the same medication order (e.g., a discrepancy in the dose and frequency in the same medication in admission orders counts as one discrepancy).

**343**

**Version 9.1**
© 2025 The Leapfrog Group

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002993

[27] *Unintentionally Ordered Additional Medications*
Count medications where a patient was not taking (and was not supposed to be taking) a certain medication, but the medical team incorrectly thought the patient was taking the medication and therefore ordered it on admission and/or discharge. Count each medication once, regardless of whether it was ordered on admission, discharge, or both.

[28] *Discrepancies Due to Unintentionally Ordered Additional Medications*
For each unintentionally ordered additional medication, there may be up to two discrepancies: unintentionally ordered at admission, unintentionally ordered at discharge, or both. For example, if a medication is unintentionally ordered at admission, then this counts as one discrepancy. If the same medication is also ordered at discharge, then this counts as a second discrepancy.

[29] *Data Completeness Requirement for the STS Mitral Valve Repair/Replacement (MVRR) Composite Score*
Participants are excluded from the analysis if they have fewer than 36 isolated MVRR procedures in the patient population. Please find more information in the NQF-endorsed measure specifications, available at https://www.sts.org/quality-safety/performance-measures/descriptions#MVRRComposite.

[30] *High-Risk Deliveries Electively Admitted*
Includes deliveries with:
- *expected* birth weight <1500 grams; or
- gestational age at least 22 weeks but <32 weeks.

Not all women at risk for delivery of babies with these conditions are known beforehand to be at risk. Therefore, deliveries in which these high-risk conditions were <u>unknown</u> prior to admission are not considered electively admitted high-risk deliveries.

If your hospital admits deliveries where these conditions are <u>known</u> prior to admission, then your hospital electively admits high-risk deliveries and you must answer "yes" to question #1; otherwise, answer "no."

[31] *Co-located*
A location within "immediate physical proximity" of the hospital would be considered a co-located location or unit, e.g., a co-located neonatal ICU (NICU) or co-located hospital outpatient location. "Immediate physical proximity" means the two locations must be physically connected, either by a tunnel, an enclosed bridge, or the locations abut each other so that the hallways readily connect.

[32] *Very low birth weight babies*
Complicated newborns are those infants with a birth weight <1500 grams. If your hospital has a neonatal ICU (or is co-located with a hospital that has a neonatal ICU) that admits or accepts transfers of neonates with these conditions, you must answer "yes" to question #2.

[33] *VON's Death or Morbidity Measure*
This measure is collected and calculated by the Vermont Oxford Network and includes patients who have died or are known to have one or more of the following: severe intraventricular hemorrhage (SIVH); chronic lung disease (CLD); necrotizing enterocolitis (NEC); pneumothorax; any late infection (bacterial, fungal, or coagulase negative staph); or cystic periventricular leukomalacia (PVL).

[34] *All Critical Care Patients*
**"All critical care patients"** means all general medical, surgical, medical/surgical, and neuro ICU patients including critical care patients in mixed acuity units.

PBHN000002994

[35] **Managed or Co-Managed**

The intensivist, when present (whether on-site or via telemedicine), is authorized to diagnose, treat, and write orders for a patient in the ICU on the intensivist's own authority. Examples of co-management include, but are not limited to, communication on patient status between the intensivist and hospitalist on a daily basis, intensivists co-develop care plans for all ICU patients, etc. Mandatory consults or daily rounds by an intensivist are not sufficient to meet the managed/co-managed requirement. However, an ICU need not be closed to meet this requirement.

[36] **Certified in Critical Care Medicine**

A physician who is "certified in Critical Care Medicine" is a board-certified physician who is additionally certified in the subspecialty of Critical Care Medicine. Certification in Critical Care Medicine is awarded by the American Boards of Internal Medicine, Surgery, Anesthesiology, Pediatrics, and Emergency Medicine, as well as the American Osteopathic Board (AOS).

"Neurointensivists" include any physician that meets at least one of the following paths:

- Physicians who are board-certified in their primary specialty and who are additionally certified in the subspecialty of Neurocritical Care Medicine. Certification in Neurocritical Care Medicine is awarded by the United Council for Neurologic Subspecialties (UCNS) or by the American Board of Psychiatry and Neurology, Inc. (ABPN). Physicians who have not yet passed a certifying exam, either through UCNS or ABPN, are considered to be equivalent to a physician "certified in Neurocritical Care Medicine" for up to 3 years after they are eligible to take either: (1) the UCNS exam (UCNS currently offers a "grandfathering" option for their "Practice Track" for exam eligibility) or (2) the ABPN exam (ABPN currently offers a "grandfathering" or practice pathway track for exam eligibility, which will last until 2026). These options provide a 3-year grace period for clinicians to take and pass the necessary exams. To qualify for the grace period, hospitals and/or clinicians will need to provide clear documentation of what their eligibility dates were to sit for one or both of these exams.
- Physicians who are board-certified in their primary specialty and who are additionally credentialed by the American Board of Neurological Surgery (ABNS) through their Recognition of Focused Practice in Neurocritical Care. Physicians who have not yet passed the ABNS Neurocritical Care RFP exam are considered to be equivalent to a physician "certified in Neurocritical Care Medicine" for up to 3 years after they are eligible to take the exam. This provides a 3-year grace period for clinicians to take and pass the necessary exam. To qualify for the grace period, hospitals and/or clinicians will need to provide clear documentation of what their eligibility dates were to sit for the exam.

**Expanded Definition of Certified in Critical Care Medicine**

On an interim basis, three other categories of physicians are considered by Leapfrog to be equivalent to a physician "certified in Critical Care Medicine" for the purpose of meeting the standard:

- Physicians who completed training prior to availability of subspecialty certification in critical care in their specialty (1987 for Internal Medicine, Surgery, Anesthesiology, Pediatrics and 2013 for Emergency Medicine), who are board-certified in their specialty, and who have provided at least six weeks of full-time ICU care annually. (The weeks need not be consecutive weeks.)
- Physicians who have finished their fellowship in Critical Care Medicine, but have not yet passed an existing board-certifying exam, are considered to be equivalent to a physician "Certified in Critical Care Medicine" for up to three years after completion of the fellowship. This provides the physician an adequate window to take her/his boards and re-take if necessary.
- Physicians who are board-certified in their primary specialty and have completed a critical care fellowship at an ACGME-accredited program, but are ineligible to sit for a board-certifying exam in Critical Care in either their primary specialty or subspecialty because their training occurred under two separate certifying boards, are considered to be equivalent to a physician "Certified in

345

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000002995

Critical Care Medicine" if they are board-certified in their primary specialty and have provided at least six weeks of full-time ICU care annually. (The weeks need not be consecutive weeks.)

Physicians who have let their board certification lapse are not considered to be "Certified in Critical Care Medicine."

[37] ***Ordinarily and Exclusively Present in the ICU***
**"Ordinarily present in the ICU"** refers to direct on-site presence in the ICU of an intensivist during the 4-hour or 8-hour period. While it need not be the same intensivist for the entire 4-hour or 8-hour period, it is expected that the ICU(s) are primarily staffed by dedicated ICU intensivists who are ordinarily and exclusively present in the ICU(s). "Presence" does *not* mean staffed part-time by multiple physicians who are not ordinarily and exclusively dedicated to the ICU, *nor* does it mean the cumulative time that one or more intensivists spend in the unit visiting, rounding, consulting, or responding to pages.

The standard allows for normally expected intensivist activities outside of the ICU related to their responsibilities in the ICU (e.g., evaluating patients proposed for ICU admission), as long as intensivists are ordinarily present in the ICU and return immediately when paged. An intensivist present in one ICU immediately adjacent to another can be considered present in both units as long as they can respond to demands in both units as if they would if both units were one larger unit. For the purposes of this Survey, "adjacent" units are those units that can be reached within 5 minutes. While tele-intensivists can be used to meet the presence requirement, some on-site intensivist presence is still necessary to meet the Leapfrog specifications.

**"Exclusively"** means that when the physician is in the ICU, they have no concurrent clinical responsibilities to non-ICU patients.

[38] ***Intensivist Presence via Telemedicine***
To meet the Leapfrog ICU requirement for intensivist presence in the ICU via telemedicine, a hospital must be able to document that it fulfills **all** the following 10 key features based on a modification of the approach reported in Critical Care Medicine (Rosenfeld, B. et al. "Intensive care unit telemedicine: Alternate paradigm for providing continuous intensivist care," *Critical Care Medicine*, Vol. 28, No. 1, pp. 3925-3931).

1.  A physician certified in critical care medicine (see endnote #36) who is physically present in the ICU ("on-site intensivist") performs a comprehensive review of each ICU patient each day and establishes and/or revises the care plan. The on-site intensivist must be available by phone to answer any questions from the tele-intensivist related to the established or revised care plan.

    The tele-intensivist, who must also be a physician certified in critical care medicine (see endnote #36), has immediate access to information regarding the on-site intensivist's care plan at the time the management responsibility is transferred to the tele-intensivist by the on-site intensivist.

    When care is transferred back to the on-site intensivist, the tele-intensivist must communicate any changes to the care plan to the on-site intensivist. Hospitals relying on electronic hand-offs must ensure that physician sign-in and sign-out of reports is being recorded. In addition, these reports should be monitored as one way to audit compliance with the hand-off process described above.

2.  When an intensivist is not on-site in the ICU managing or co-managing all ICU patients, a tele-intensivist is continuously monitoring and able to manage all ICU patients for the remaining 24 hours per day, 7 days per week. "Continuously monitoring" means the tele-intensivist has no other concurrent responsibilities, is immediately available to communicate with ICU staff, and is continuously in the physical presence of the tele-ICU's patient monitoring and communications equipment. "Manage" means authorized to diagnose, treat, and write orders for a patient in the ICU

PBHN000002996

on the intensivist's own authority.

3. The tele-intensivist's care is proactive, with routine visualization and physiological review of all patients at a frequency appropriate to their severity of illness.

4. The tele-intensivist has immediate access to key patient data, including:
   a) physiologic bedside monitor data (in real-time);
   b) laboratory orders and results;
   c) medications ordered and administered; and,
   d) notes, radiographs, ECGs, etc. on demand.

5. Bedside cameras are physically available in each ICU. If cameras are not mounted in each patient room within the unit, then at least one dedicated bedside camera must be available for every five beds in the ICU, plus a dedicated back-up camera in each ICU. If ICUs are located on different floors of the hospital, each ICU on each floor must have its own set of dedicated cameras if they are not mounted in every room. "Dedicated" means that the cameras are on the unit for the sole purpose of patient care. Personal devices (e.g., personal phones, tablets, etc.) would not meet this requirement.

6. The tele-intensivist must be able to turn on each bedside camera to visualize patients, with sufficient clarity to assess breathing pattern and communicate with on-site personnel at the bedside in real time.

7. Within five minutes of a request for assistance being initiated by hospital staff, the tele-intensivist's patient workload ordinarily permits the tele-intensivist to complete a comprehensive visual and physiological assessment of any patient.

8. Data links between the ICU and the tele-intensivist are reliable (>98% up-time) and secure (HIPAA compliant).

9. Written standards for remote care are established and include, at a minimum:
   a) tele-intensivists are certified by a national medical specialty board in critical care medicine;
   b) tele-intensivists are licensed to practice in the legal jurisdiction in which the ICU is located;
   c) tele-intensivists are credentialed in each hospital to which he/she provides remote care (can be special telemedicine credentialing);
   d) activities of the tele-intensivist are reviewed within the hospital's quality assurance committee structure;
   e) there are explicit written policies regarding roles and responsibilities of both the on-site intensivist and the tele-intensivist;
   f) ICU staff are educated regarding the function, roles, and responsibilities of the tele-intensivist; and
   g) there is an established written process to ensure effective communication between the ICU staff and the tele-intensivist.

10. The tele-intensivist documents patient care activities and this documentation is incorporated into the patient record.

[39] *Quantified Analysis of Response Times*
Hospitals can monitor the response times of intensivists, "effectors," and clinical pharmacists in multiple ways, as long as the data collection process is non-biased and scientific.

As an example, hospitals can have the ICU staff maintain an exception log in the ICU(s) on six randomly sampled days per year. On those days, ICU nurses could record:

PBHN000002997

- For question #7, the number of calls/pages/texts made to the intensivist when they were not present in the unit (whether on-site or via telemedicine) and the number of times the intensivist's response time exceeded 5 minutes
- For question #8, the number of calls/pages/texts made to a physician, physician assistant, nurse practitioner, or FCCS-certified nurse or intern "effector" and the number of times these individuals did not reach the patient at the bedside within 5 minutes
- For question #13, the number of calls/pages/texts made to the clinical pharmacist on days when they were not rounding on-site in the unit and the number of times the clinical pharmacist's response time exceeded 5 minutes

Hospitals can then estimate whether they meet the 95% timely response standards by dividing the total number of log exceptions by the total number of calls/pages/texts per day.

Hospitals may exclude low-urgency calls/pages/texts, if the notification device system can designate low-urgency calls/pages/texts, or if the hospital has an alternative scientific method for documenting high-urgency calls/pages/texts that are not returned within 5 minutes.

The six randomly selected days can be conducted over the course of a year prior to submission of Section 5 of the Survey. If resubmitting responses to Section 5, six new randomly selected days must be sampled in the three-month reporting period prior to resubmission.

Hospitals that use telemedicine to cover 'call' for the on-site intensivist should review endnote #41. Hospitals that have an effector that is dedicated 24/7 to the ICU (as defined as being within a 5 min walk to the ICU) should review endnote #42.

### [40] FCCS-Certified Nurse or Intern "Effector"
FCCS certificates are awarded to nurses and doctors upon their successful completion of a brief course developed by the Society for Critical Care Medicine to improve/confirm critical care knowledge and skills. For more information visit https://www.sccm.org/Education-Center/Educational-Programming/Fundamentals/Fundamental-Critical-Care-Support.

At present, this is the only such course recommended by The Leapfrog Group's expert advisory panel. Intensivists and any other physicians who are certified in critical care medicine (or eligible based on residency training or fellowship) need not also be FCCS certified.

Physicians, physician assistants, and nurse practitioners also are not required to be FCCS certified, but they must meet the criteria specified in endnote #42 to serve as the responder/"effector."

### [41] Use of Tele-intensivists to Cover Calls
Hospitals that use telemedicine to cover 'call' for the on-site intensivist are able to answer "yes" to question #7 if: (1) the telemedicine service meets all ten of the requirements outlined in endnote #38; and (2) the hospital has an 'effector' (physician/PA/NP/FCCS certified nurse or intern) on-site during that time period to carry out the tele-intensivist's orders and can reach the ICU patient within 5 minutes, 95% of the time.

### [42] Physician/PA/NP serving as the Responder/"Effector"
Physicians/PAs/NPs (includes Clinical nurse Specialists, Nurse Anesthetists, or NPs) serving as the responder in the ICU must meet the following criteria:
1. Be a graduate with a training license from an ACGME accredited training program or have an active state license to practice as a physician, nurse practitioner, or physician assistant in the state in which the patient is located.
2. Have privileges to provide medical services in the unit (i.e., ICU) and for patients of the age range approved in advance by the hospital's governing body (e.g., medical staff committee, chief

PBHN000002998

medical officer, chief nursing officer, etc.), as specified by the institutions internal policies (bylaws).
3. Carry out the intensivist's orders and instructions, under the intensivist's guidance, when they are serving in a responder role.

If the effector is dedicated 24/7 to the ICU (as defined as being within a 5 min walk to the ICU), then hospitals can indicate "yes" to meeting the response time requirement (5 min response; 95% of the time) in question #8, in lieu of conducting a response time audit.

[43] **Modified Intensivist Presence via Telemedicine**
To earn reduced credit on the Leapfrog ICU standard for intensivist presence in the ICU via telemonitoring, a hospital must affirm that its telemonitoring intensivist presence fulfills the following nine key features based on a modification of the approach reported in Critical Care Medicine (Rosenfeld, B. et al. "Intensive care unit telemedicine: Alternate paradigm for providing continuous intensivist care," *Critical Care Medicine*, Vol. 28, No. 1, pp. 3925-3931). Note that, as with other Leapfrog specifications, these features must be met under ordinary circumstances.

1. When an intensivist is not on-site in the ICU managing or co-managing all ICU patients, a tele-intensivist is continuously monitoring and able to manage all ICU patients for the remaining 24 hours per day, 7 days per week. "Continuously monitoring" means the tele-intensivist has no other concurrent responsibilities, is immediately available to communicate with ICU staff, and is continuously in the physical presence of the tele-ICU's patient monitoring and communications equipment. "Manage" means authorized to diagnose, treat, and write orders for a patient in the ICU on the intensivist's own authority.

2. The tele-intensivist's care is proactive, with routine visualization and physiological review of all patients at a frequency appropriate to their severity of illness.

3. The tele-intensivist has immediate access to key patient data, including:
   a) physiologic bedside monitor data (in real-time);
   b) laboratory orders and results;
   c) medications ordered and administered; and,
   d) notes, radiographs, ECGs, etc. on demand.

4. Bedside cameras are physically available in each ICU. If cameras are not mounted in each patient room within the unit, then at least one dedicated bedside camera must be available for every five beds in the ICU, plus a dedicated back-up camera in each ICU. If ICUs are located on different floors of the hospital, each ICU on each floor must have its own set of dedicated cameras if they are not mounted in every room. "Dedicated" means that the cameras are on the unit for the sole purpose of patient care. Personal devices (e.g., personal phones, tablets, etc.) would not meet this requirement.

5. The tele-intensivist must be able to turn on each bedside camera to visualize patients, with sufficient clarity to assess breathing pattern and communicate with on-site personnel at the bedside in real time.

6. Within five minutes of a request for assistance being initiated by hospital staff, the tele-intensivist's patient workload ordinarily permits the tele-intensivist to complete a comprehensive visual and physiological assessment of any patient.

7. Data links between the ICU and the tele-intensivist are reliable (>98% up-time) and secure (HIPAA compliant).

8. Written standards for remote care are established and include, at a minimum:

PBHN000002999

a) tele-intensivists are certified by a national medical specialty board in critical care medicine;
b) tele-intensivists are licensed to practice in the legal jurisdiction in which the ICU is located;
c) tele-intensivists are credentialed in each hospital to which he/she provides remote care (can be special telemedicine credentialing);
d) activities of the tele-intensivist are reviewed within the hospital's quality assurance committee structure;
e) there are explicit written policies regarding roles and responsibilities of both the on-site intensivist and the tele-intensivist;
f) ICU staff are educated regarding the function, roles, and responsibilities of the tele-intensivist; and
g) there is an established written process to ensure effective communication between the ICU staff and the tele-intensivist.

9. The tele-intensivist documents patient care activities and this documentation is incorporated into the patient record.

[44] ***Individuals who touch patients or who touch items that will be used by patients***
This would include individuals who are formally engaged by the hospital to help support the patient care process. This would include both direct and indirect care providers that are likely to have contact with patients in a patient care unit, enter a patient care unit, touch items that will be used by patients in a patient care unit, or interact with patient fluids (e.g., blood, specimens) in a patient care unit, such as doctors, mid-levels, nurses, pharmacists, environmental services staff, phlebotomists, laboratory techs, etc. This would also include students and volunteers. These individuals must be trained to identify and perform proper hand hygiene for the specific indications/moments (see WHO's 5 Moments for Hand Hygiene, CDC's Guideline for Hand Hygiene) that are relevant to their work.

Administrative workers that only perform office duties and do not touch patients or touch items that will be used by patients in a patient care unit would not be included in this definition. Patients and their visitors would also not be included in this definition. While patients and their loved ones are important parts of the patient care process, they are not formally engaged by the hospital for this work. Vendors would also not be included.

[45] ***Professional with Appropriate Training and Skills***
This would include staff formally trained in Infection Control or Infectious Diseases, whose tasks include dedicated time for staff training. In some settings, this could also be medical or nursing staff involved in clinical work, with dedicated time to acquire thorough knowledge of the evidence for and correct practice of hand hygiene.

At a minimum, the trainer must have an understanding of the information and concepts presented in the WHO Guidelines on Hand Hygiene in Health Care and the Hand Hygiene Technical Reference Manual.

[46] ***Diagnostic Process***
A process that starts with the patient's first engagement with the health care system and ends with clinicians either communicating a timely and correct diagnosis or learning from a diagnostic error or near miss that contributed to the patient's clinical outcomes. In that timeframe, clinicians and others involved in caring for the patient gather information, integrate and interpret that information, formulate a diagnosis, communicate the diagnosis to the patient, and develop a plan of care based on the diagnosis (adapted from the National Academy of Medicine's Improving Diagnosis in Health Care, 2015).

**350**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000003000

[47] **Dedicated Emergency Department**
A dedicated emergency department is an area of the hospital that meets any one of the following criteria:

- Licensed by the state as an emergency department,
- Holds itself out to the public as providing emergency care, or
- During the preceding calendar year, at least one-third of its outpatient visits were for the treatment of emergency medical conditions.

For the purposes of reporting on the Survey, only include emergency departments that are located in your hospital. Exclude free-standing emergency departments.

[48] **Never Event**
In 2011, the National Quality Forum released a list of 29 events that they termed "serious reportable events," extremely rare medical errors that should never happen to a patient. Often termed "never events," these include errors such as surgery performed on the wrong body part or on the wrong patient, leaving a foreign object inside a patient after surgery, or discharging an infant to the wrong person. This is an update of NQF's original 2002 and 2006 reports. Please see NQF's "Never Events" list at https://www.qualityforum.org/topics/sres/serious_reportable_events.aspx. Hospitals may not earn credit for this question if they have only implemented a policy that includes the Center for Medicare and Medicaid (CMS) Never Events.

[49] **Apology to the Patient**
While Leapfrog recognizes that on very rare occasions "never events" can occur that are not the fault of care systems or clinical care staff, given the high level of trust patients place in health care providers, Leapfrog feels it is appropriate for caregivers to apologize when a patient within their care setting suffers a serious event.

As the National Quality Forum identified in their 2002, 2006, and 2011 Serious Reportable Events Report, given the serious nature of these events, it is reasonable for hospitals to initially assume that the adverse event was due to the referenced course of care. And while further investigation and/or root cause analysis of the unplanned event may be needed to confirm or refute the presumed relationship, delaying an apology to the patient is not treating the patient with compassion and sympathy.

[50] **Reporting Never Events to External Agencies**
If your hospital is not accredited by The Joint Commission or DNV GL Healthcare, is located in a state without a state-wide reporting program for medical errors, AND there is no available Patient Safety Organization to which your hospital can report medical errors, the hospital should report the event to the Board of Trustees. Full implementation of the Never Events policy still requires the hospital to conduct a root cause analysis of the event.

[51] **Root Cause Analysis**
The National Patient Safety Foundation published a set of best practices and guidelines in its report "RCA[2] Improving Root Cause Analysis and Action to Prevent Harm." The report can be found at http://www.ihi.org/resources/Pages/Tools/RCA2-Improving-Root-Cause-Analyses-and-Actions-to-Prevent-Harm.aspx.

[52] **Top Box Score**
The percent of survey respondents who chose the most positive score for a given item. Looking at the **top box** is an approach to understand the number of responses with a strong sentiment.

For the CAHPS Child Hospital Survey "Global Rating – Recommend hospital" domain, responses of 9 and 10 are included in the top box score. For the "Global Rating – Recommend hospital" domain,

PBHN000003001

responses of "Definitely yes" are included in the top box score. For all other domains included in Section 8A, the top box score is the percent of survey respondents choosing "Always."

For the OAS CAHPS Survey "Patients' Rating of the Facility" domain, responses of 9 or 10 are included in the top box score. For the "Patients Recommending the Facility" domain, responses of "Definitely yes" are included in the top box score. For all other domains included in Section 9F, the top box score is the percent of survey respondents choosing "Yes, definitely."

[53] *Operating Rooms*
If your state designates and licenses operating rooms, enter the number of operating rooms licensed by your state that are used to perform the outpatient procedures listed in Section 9C. If your state does not designate and license operating rooms, enter the number of operating rooms used to perform the outpatient procedures listed in Section 9C that meet the following definition from the 2018 FGI Guidelines: a room that meets the requirements of a restricted area, is designated and equipped for performing surgical or other invasive procedures, and has the environmental controls for an OR as indicated in ASHRAE 170. An aseptic field is required for all procedures performed in an OR.

More information about the 2018 FGI Guidelines can be found at https://www.fgiguidelines.org/wp-content/uploads/2017/08/SLS17_FGI_ExamProcedureOperatingImaging_170721.pdf.

Hospitals must include the total number of operating rooms that are used to perform the outpatient procedures listed in Section 9C, including operating rooms that are used for both inpatient and outpatient procedures.

[54] *Endoscopic Procedure Rooms*
If your state designates and licenses procedure rooms, enter the number of procedure rooms licensed by your state that are used for endoscopies listed in Section 9C. If your state does not designate and license procedure rooms, enter the number of procedure rooms that are used for endoscopies listed in Section 9C that meet the following definition from the 2018 FGI Guidelines: a room designated for the performance of patient care that requires high-level disinfection or sterile instruments and some environmental controls but is not required to be performed with the environmental controls of an operating room.

More information about the 2018 FGI Guidelines can be found at https://www.fgiguidelines.org/wp-content/uploads/2017/08/SLS17_FGI_ExamProcedureOperatingImaging_170721.pdf.

Hospitals must include the total number of procedure rooms that are used to perform the endoscopies listed in Section 9C, including procedure rooms that are used for both inpatient and outpatient procedures.

[55] *Clinician*
A clinician refers to a physician, physician assistant (PA), nurse practitioner (NP), certified registered nurse anesthetist (CRNA), nurse (RN or MSN), or respiratory therapist.

[56] *Eligible Discharges*
Discharged adult patients (ages 18 years and older) who had both medically and non-medically necessary outpatient surgeries and/or procedures are eligible to complete the OAS CAHPS Survey. A detailed description of patient sampling criteria, including a list of OAS CAHPS-eligible surgeries and procedures is available in the Protocols and Guidelines Manual, version 9.0 at https://oascahps.org/Survey-Materials.

**352**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000003002

*The 2025 Leapfrog Hospital Survey is a publication of The Leapfrog Group. The Survey cannot be copied, distributed, or used without the written permission of The Leapfrog Group for any purpose other than an individual hospital's participation in the Survey.*

**353**

**Version 9.1**
**© 2025 The Leapfrog Group**

**First Release: April 1, 2025**
**Updated Release: May 2, 2025**

Table of Contents

PBHN000003003