# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

### CASE NO. 9:25-CV-80526-DMM

GOOD SAMARITAN MEDICAL           )
CENTER, INC., et al.,            )
                                 )
       *Plaintiffs,*           )
                                 )
  v.                             )
                                 )
THE LEAPFROG GROUP,              )
                                 )
       *Defendant.*           )

### ORDER GRANTING DEFENDANT'S UNOPPOSED
### MOTION TO ALLOW ELECTRONIC DEVICES

This matter comes before the Court on the Defendant Leapfrog Group's ("Leapfrog") Unopposed Motion to Allow Electronic Devices (the "Motion"). Accordingly, the Motion (**DE 138**) is **GRANTED**. The below individuals are permitted to bring the listed electronic devices for trial beginning on **Friday, January 16, 2026 at 9:00 am** and for the duration of the trial which is expected to last approximately five (5) days:

1. Kimberly E. Blair, *pro hac vice* counsel- laptop computer, including appropriate cables and/or converters, cellular phone, charger.

2. Courtney L. Wood, *pro hac vice* counsel- laptop computer, including appropriate cables and/or converters, cellular phone, charger.

3. Maxwell L. Billek, *pro hac vice* counsel- laptop computer, including appropriate cables and/or converters, cellular phone, charger.

4. Kavi V. Modi, *pro hac vice* counsel- laptop computer, including appropriate cables and/or converters, cellular phone, charger.

5. Denise Glasson, paralegal for Leapfrog- cellular phone, charger.

The Court grants this Motion to remain in effect through the conclusion of this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida on the 14th day of January 2026.

Donald M. Middlebrooks
United States District Judge