# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

### CASE NO. 9:25-CV-80526-DMM

| | |
|---|---|
| GOOD SAMARITAN MEDICAL CENTER, INC., et al., | )<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| v. | )<br>) |
| THE LEAPFROG GROUP, | )<br>) |
| *Defendant.* | ) |

## ORDER GRANTING THE COMMUNITY HOSPITALS' UNOPPOSED MOTION TO ALLOW ELECTRONIC DEVICES

This matter comes before the Court on the Community Hospitals' Unopposed Motion to Allow Electronic Devices. Accordingly, the Motion (**DE 137**) is **GRANTED.** The below individuals are permitted to bring the listed electronic devices for trial beginning on **Friday, January 16, 2026, at 9:00 am** and for the duration of the trial which is expected to last approximately five (5) days:

1. Erik Cazares, CEO of Plaintiff Palm Beach Gardens Medical Center – cellular phone.

2. Jerad Hanlon, CEO of Plaintiff West Boca Medical Center – cellular phone.

3. Heather Havericak, CEO of Plaintiff Delray Medical Center – cellular phone.

4. Cynthia McCauley, CEO of Plaintiff St. Mary's Medical Center – cellular phone.

5. Sheri Montgomery, CEO of Plaintiff Good Samaritan Medical Center – cellular phone.

6. Eugenia Varela, paralegal – Laptop computer, including appropriate cables, cellular phone.

7. Justin Chauncey, trial technology support – two laptop computers, including appropriate cables, an A/V switch, a portable monitor, a portable speaker, a tech table, cellular phone.

The Court grants this Motion to remain in effect through the conclusion of this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida on the 15th day of January 2026.

Donald M. Middlebrooks
United States District Judge