## Wood, Courtney L.

**From:** Patrick S Romano <psromano@health.ucdavis.edu>
**Sent:** Tuesday, August 26, 2025 1:01 AM
**To:** Blair, Kimberly E.; Wood, Courtney L.
**Subject:** FW: Leapfrog confidential attorney-client privilege - internal communications #3

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**EXTERNAL EMAIL** This email originated from outside the organization.

Patrick S. Romano, MD MPH
Professor of Internal Medicine and Pediatrics
UC Davis Division of General Internal Medicine and Bioethics
4150 V Street, PSSB Suite 2400
Sacramento, CA 95817
Telephone: (916) 734-7237 or -7005
Email: psromano@health.ucdavis.edu (please note new email domain)
Web: https://health.ucdavis.edu/chpr/research/healthcare-quality-and-safety/
LinkedIn: https://www.linkedin.com/in/patrick-romano-aa1b2622/

---

**From:** Patrick S Romano
**Sent:** Wednesday, December 11, 2024 2:47 PM
**To:** Bruce Hall <blhall@ucdavis.edu>; Gregory A Maynard <gmaynard@UCDAVIS.EDU>; Brenda L Inman <bdelarosa@UCDAVIS.EDU>; Joseph M Galante <jmgalante@ucdavis.edu>
**Subject:** RE: Leapfrog Announcements for Hospitals - December 2024

LOL, thank you Bruce, I appreciate your clinical leadership as well...

Re Leapfrog, methinks you folks are too critical... their decision to increase the penalty for nonparticipation was a simple business decision, just like our decision not to participate. It's just business, folks!
Their business model, as you know, depends on producing data that add value for health plans and employers...
and the data are not valuable if participation is low.

Patrick S. Romano, MD MPH FAAP FACP
Professor of Medicine and Pediatrics, UC Davis Division of General Medicine
Co-Editor in Chief, AHRQ *Patient Safety Network* (PSNet and WebM&M)
4150 V Street, PSSB Suite 2400
Sacramento, CA 95817
Telephone: (916) 734-7005 or -7237
E-mail: psromano@ucdavis.edu
Website: https://health.ucdavis.edu/team/pediatrics/122/patrick-romano---internal-medicine---pediatrics-general-sacramento

PX-501.1

---

**From:** Bruce Hall <blhall@ucdavis.edu>
**Sent:** Wednesday, December 11, 2024 2:33 PM
**To:** Patrick S Romano <psromano@ucdavis.edu>; Gregory A Maynard <gmaynard@UCDAVIS.EDU>; Brenda L Inman

1


EXHIBIT Romano 23

ROMANO000208
ROMANO0000030

&lt;bdelarosa@UCDAVIS.EDU&gt;; Joseph M Galante &lt;jmgalante@ucdavis.edu&gt;
**Subject:** Re: Leapfrog Announcements for Hospitals - December 2024

Thank you Patrick- this is very helpful information. I'm copying in CMO Galante as well.
Let me again express my appreciation for all that you have accomplished in your career advancing the cause of measuring quality and safety for our profession. You have been an important thought leader for a long time.

With respect to Leapfrog specifically, I think it is irresponsible and reckless of them to deliver incomplete assessments to the public. Despite that personal sense, I am asking Greg and Brenda to assemble more information on what the resource burden would be if we chose to participate (we had planned to do this for Jan 2025 anyway).

Thank you- I hope you have a wonderful holiday!- Bruce

---

**From:** Patrick S Romano &lt;psromano@ucdavis.edu&gt;
**Date:** Wednesday, December 11, 2024 at 10:45 AM
**To:** Bruce Hall &lt;blhall@ucdavis.edu&gt;, Gregory A Maynard &lt;gmaynard@UCDAVIS.EDU&gt;, Brenda L Inman &lt;bdelarosa@UCDAVIS.EDU&gt;
**Subject:** RE: Leapfrog Announcements for Hospitals - December 2024

Well, friends, we can now see the consequences of our nonparticipation... a D grade, in the same league with Oroville and Manteca, which is embarrassing for an organization that claims to be high-quality...
https://www.sacbee.com/news/local/health-and-medicine/article295787714.html

Although our HAI rates were high (hospital score 1.338 versus average 0.746), and our PSI rates were a bit above average (1.36 versus 1.01), the real killer for us was nonparticipation (15/100 points on safety practices, 0/120 on staffing).
https://www.hospitalsafetygrade.org/h/university-of-california-davis-medical-center
https://www.hospitalsafetygrade.org/table-details/university-of-california-davis-medical-center

According to Google AI,

ROMANO000209
ROMANO0000030

PX-501.1, page 2 of 14

◆ AI Overview

Yes, the University of California Davis Medical Center (UC Davis Medical Center) received a D grade for hospital safety from the Leapfrog Group:

**Reason**

UC Davis Medical Center received a D grade for issues with staph infection control, sepsis infection prevention after surgery, and patient falls and injuries.

**How the Leapfrog Group rates hospitals**

The Leapfrog Group uses a numerical score based on up to 27 measures of patient safety, including rates of infections, injuries, and preventable errors. The numerical score is then converted into a letter grade, with A being the best and F being the worst.

**What the grades mean**

The numerical score cut-points for the letter grades are:

- **A:** 3.159 or higher
- **B:** 2.972 or higher
- **C:** 2.506 or higher
- **D:** 2.040 or higher
- **F:** Less than 2.040

The Leapfrog Group is an independent, not-for-profit organization founded by private health care experts and employers.

Always happy to meet with anyone to discuss Leapfrog's approach (since I serve on their Expert Panel, https://www.hospitalsafetygrade.org/about-the-grade ) or to facilitate UCDH participation 😊

Patrick S. Romano, MD MPH FAAP FACP
Professor of Medicine and Pediatrics, UC Davis Division of General Medicine
Co-Editor in Chief, AHRQ *Patient Safety Network* (PSNet and WebM&M)
4150 V Street, PSSB Suite 2400
Sacramento, CA 95817
Telephone: (916) 734-7005 or -7237
E-mail: psromano@ucdavis.edu
Website: https://health.ucdavis.edu/team/pediatrics/122/patrick-romano---internal-medicine---pediatrics-general-sacramento

---

**From:** Bruce Hall <blhall@ucdavis.edu>
**Sent:** Wednesday, May 15, 2024 3:20 PM
**To:** Gregory A Maynard <gmaynard@UCDAVIS.EDU>; Patrick Romano <psromano@ucdavis.edu>; Brenda L Inman <bdelarosa@UCDAVIS.EDU>
**Subject:** Re: Leapfrog Announcements for Hospitals - May 2024

Thanks Patrick,

3

ROMANO000210
ROMANO0000030

I agree with Greg and wouldn't change course on this today. Can we ask ourselves this question again in January 2025?
Bruce

---

**From:** Gregory A Maynard <gmaynard@UCDAVIS.EDU>
**Date:** Wednesday, May 15, 2024 at 1:42 PM
**To:** Patrick Romano <psromano@ucdavis.edu>, Brenda L Inman <bdelarosa@UCDAVIS.EDU>
**Cc:** Bruce Hall <blhall@ucdavis.edu>
**Subject:** RE: Leapfrog Announcements for Hospitals - May 2024


Patrick,

I have brought this up with Dr. Hall. We are both ambivalent about the value of Leapfrog. And I think that ambivalence tilts even more negative when our lack of participation guarantees a lower grade which they still publish, effectively blackmailing centers to participate.

I coped Dr. Hall. Given our competing priorities and staff shortages, I am not sure we should take this on given short timeline for this year's submission, but Dr. Hall, please weigh in, we can follow your guidance.

GM

**From:** Patrick Romano <psromano@ucdavis.edu>
**Sent:** Wednesday, May 15, 2024 9:27 AM
**To:** Brenda L Inman <bdelarosa@UCDAVIS.EDU>; Gregory A Maynard <gmaynard@UCDAVIS.EDU>
**Subject:** Fwd: Leapfrog Announcements for Hospitals - May 2024

Your opportunity to reconsider... they are changing their imputation approach so hospitals can get away with responding in alternate years, but if you skip more than one year, you will never get above a C... might even drop to D.

Patrick S. Romano, MD MPH
Co-Editor in Chief, AHRQ Patient Safety Network (PSNet and WebM&M)
Professor of Internal Medicine and Pediatrics
UC Davis Division of General Medicine
4150 V Street, PSSB Suite 2400
Sacramento, CA 95817
Telephone (916) 734-7005 or -7237
Psromano@ucdavis.edu

---

**From:** The Leapfrog Group <helpdesk@leapfrog-group.org>
**Sent:** Wednesday, May 15, 2024 8:24 AM
**To:** Patrick Romano <psromano@ucdavis.edu>
**Subject:** Leapfrog Announcements for Hospitals - May 2024

Informational Updates for Hospitals

View this email in your browser

4

ROMANO000211
ROMANO0000030

2024 Hospital Survey is Open

# GET STARTED ON THE 2024 HOSPITAL SURVEY

The 2024 Leapfrog Hospital Survey opened on April 1. Download a hard copy of the Survey and scoring algorithms, request a 1:1 orientation call, and review deadlines on our website at www.leapfroggroup.org/hospital.

# CHANGE SUMMARY ISSUED MAY 14

**Section 9C Volume of Procedures**: Added four CPT Codes to the Outpatient Procedure CPT Code workbook for Adult General Surgery - Lumpectomy or Quadrantectomy of Breast Procedures. Hospitals are not required to make updates to data already collected and/or reported but have the option to include these additional CPT Codes in their volume if they wish. As a reminder, these data are not used in scoring, but volume of procedures are publicly reported.

You can download an updated copy of the Outpatient Procedure CPT Code workbook from the Survey Dashboard. Instructions for downloading the workbook are available on page 297 of the Survey.

**Educational Opportunities**

# MONTHLY SUPPORT AND GUIDANCE FOR HOSPITAL SURVEY PARTICIPATION

The 2024 Leapfrog Hospital Survey Webinar Series, which is held monthly from March to December, is designed for hospitals that would benefit from more regular support and an interactive presentation of Survey materials and information.

Hospitals that join the Webinar Series will have access to:
- **Monthly office hours with Leapfrog's subject matter experts:** 30-minute sessions to get real-time technical assistance, answers to your questions and help staying on top of upcoming deadlines. Staffed by Leapfrog's subject matter experts.
- **Monthly webinars:** Timely and focused presentations on Survey measures and specifications, scoring information, frequently asked questions and public reporting. Each webinar focuses on a specific topic (e.g., nurse staffing and workforce, barcode medication administration, preparing for data verification, etc.) and concludes with a 20-minute open Q&A session.
- **Archive library:** Slides and recordings from each webinar are archived in an online portal that participants can access from March to January.
  Review the 2024 Webinar Series schedule and register now.

In addition to the Webinar Series, Leapfrog offers **free** technical and content-related support to all participating facilities via our electronic Help Desk, which is staffed by dedicated subject matter experts.

**Important Dates**

ROMANO000213
ROMANO0000030

## JUNE 30 SUBMISSION DEADLINE

The 2024 Leapfrog Hospital Survey Submission Deadline is June 30. Hospitals submitting by June 30 will be able to preview their results on their Hospital Details Page starting July 12 and will have results publicly reported on July 25. Hospitals will also receive a free Competitive Benchmarking Summary Report.

**Review key deadlines.**

## HELP DESK HOLIDAY SCHEDULE

The Leapfrog Help Desk is staffed from 9:00 a.m. to 5:00 p.m. ET on all regular business days. The Help Desk is not staffed on federal holidays. Please take note of the following upcoming closures.

**Staff Training**
May 22 - closed

**Memorial Day**
May 24 - closing at 2 pm ET
May 27 - closed

**Juneteenth**
June 19 - closed

**Independence Day**
July 4 - closed

**Other Announcements**

## RECOGNIZED LEADER APPLICATION OPENS JULY 1

ROMANO000214
ROMANO0000030

PX-501.1, page 7 of 14

Look out for the next round of applications for the Recognized Leader in Caring for People Living with Diabetes program! The application to be a 2025 Recognized Leader opens July 1, 2024, to all hospitals who have submitted a 2024 Leapfrog Hospital Survey. Details on updates to the program will be available in late June. Applications will be open until November 30, 2024, with Recognized Leaders announced in Spring 2025.

A joint effort from The Leapfrog Group and the American Diabetes Association, this first-ever national inpatient diabetes recognition program honors hospitals providing safe and high-quality health care for people living with diabetes, taking steps such as:
- Making it a policy to work with patients to safely self-manage their diabetes medications
- Implementing blood glucose testing and hypoglycemia protocols as well as additional testing and monitoring before and during inpatient surgeries
- Supporting patients with education they need to manage their care, and connecting them with health care providers after they leave the hospital

Find more information here.



## LEARN FROM OTHER LEAPFROG REPORTING HOSPITALS

Earlier this month Leapfrog held a webinar with the Michigan Health Improvement Alliance (MiHIA). MiHIA partnered with The Leapfrog Group and used Leapfrog data to identify hospitals

with sustained highest performance in CLABSI, CAUTI, and Falls/Trauma. Leaders at MiHIA and participants in their consortium shared four best practices based on the shared learnings from a collaboration formed between these high performing hospitals and a team of regional safety and quality experts.

View the recording here.
Download a Summary of the Findings here.

## SURVEY SUPPORT FOR HEALTH SYSTEMS

Are you responsible for coordinating the Leapfrog Hospital Survey submission for all the hospitals in your health system? Want to make it easier to track submission status, review responses and scored results, and track performance from year to year?

Subscribe to Health System Support and receive all your hospital's 16-digit security codes, Survey responses, and scored Survey Results in an Excel file three times a year: following the June 30 deadline, following August 31 (the deadline for Top Hospital and the Snapshot Date for the fall 2024 Hospital Safety Grade), and following the January 31 year-end deadline.

Subscribers also receive a free registration for Leapfrog's monthly webinar series.

Find more information here.

## STRENGTHEN YOUR ORGANIZATION'S CRP WITH THE PACT COLLABORATIVE

Communication and Resolution Programs (CRPs) are gaining support and traction on the national stage. Ensure your organization is ready for the changing health care landscape by joining the PACT Collaborative, a groundbreaking learning community supporting the implementation of highly reliable CRPs founded by Ariadne Labs, the Collaborative for Accountability & Improvement, and the Institute for Healthcare Improvement.

Learn more here.

ROMANO000216
ROMANO0000030

PX-501.1, page 9 of 14

## COME SEE US AT APIC 2024!

The Leapfrog Group will be at booth 638 at the Association for Professionals in Infection Control and Epidemiology (APIC) conference June 5-8. The conference brings together health care professionals, researchers, educators, and industry leaders to connect, collaborate, and shape the future of infection prevention.

Visit us at APIC.

10

ROMANO000217
ROMANO0000030

[x]

[x]

Panelists from two large healthcare systems will discuss how their organizations have aligned employee experience to patient safety culture. They'll discuss internal research demonstrating a link between the two and the steps each organization took to demonstrate this link in a practical way for front-line leaders. They'll also share how they've used new tools and technology to measure, understand, and drive a culture of safety.

*This webinar is a program of the Partners Advisory Committee and is sponsored by Microsoft. While The Leapfrog Group does not endorse the products, services, and/or technology showcased on this webinar, we encourage you to explore these offerings that support Leapfrog's work.*

**Register Now**

11

ROMANO000218
ROMANO0000030

Exploring the benefits of standardization of chemicals, surveillance for transmittible infections, staff education, and infection prevention basis that apply to all areas to reduce the risk of infections. Reviewing the methods of cleaning and disinfection throughout healthcare, to include acute care, ambulatory surgical centers, long-term acute care, skill nursing, rehab, and senior facilities. Discussing the role of surveillance and changes in regulatory requirements for prevention of healthcare and community-based infection and the importance of communication between staff and care sites. Explore common themes of patient safety and staff engagement to drive better satisfaction results.

*This webinar is a program of the Partners Advisory Committee and is sponsored by Steriliz, LLC. While The Leapfrog Group does not endorse the products, services, and/or technology showcased on this webinar, we encourage you to explore these offerings that support Leapfrog's work.*

**Register Now**

ROMANO000219
ROMANO0000030

## STAY CONNECTED WITH THE LEAPFROG GROUP

SUBSCRIBE FOR UPDATES

Copyright © 2024 The Leapfrog Group. All rights reserved.

The Leapfrog Group
1775 K St NW
Suite 400
Washington, DC 20006

Add us to your address book

update your preferences or unsubscribe from this list

**CONFIDENTIALITY NOTICE** This e-mail communication and any attachments are for the sole use of the intended recipient and may contain information that is confidential and privileged under state and

13

ROMANO000220
ROMANO0000030

federal privacy laws. If you received this e-mail in error, be aware that any unauthorized use, disclosure, copying, or distribution is strictly prohibited. If you received this e-mail in error, please contact the sender immediately and destroy/delete all copies of this message.

14

ROMANO000221
ROMANO0000030