IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:25-CV-80526-DMM

GOOD SAMARITAN MEDICAL CENTER,
INC., et al.,

       *Plaintiffs*,

    v.

THE LEAPFROG GROUP,

       *Defendant*.

**[PROPOSED] ORDER GRANTING THE COMMUNITY HOSPITALS'
VERIFIED MOTION FOR ATTORNEYS' FEES AND COSTS**

This matter comes before the Court on the Plaintiffs Delray Medical Center, Good Samaritan Medical Center, Palm Beach Gardens Medical Center, St. Mary's Medical Center, and West Boca Medical Center's (the "Community Hospitals") Verified Motion for Attorneys' Fees and Costs. Dkt. ___. The Court, having reviewed the Motion, any response and reply thereto, and any argument of counsel, hereby GRANTS the Community Hospitals' Motion in its entirety. Accordingly, it is hereby ORDERED and ADJUDGED that:

1. Each of the five Community Hospitals is a prevailing party under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla Stat. § 501.2105.

2. The equitable factors set forth in *Chow v. Chak Yam Chau*, 640 F. App'x 834 (11th Cir. 2015), weigh decisively in favor of awarding attorneys' fees and costs and support the Court exercising its discretion to award fees and costs to the Community Hospitals.

1

3. The requested hourly rates and hours expended are reasonable, and that the requested attorneys' fees in the amount of $9,903,527.50 reflect a reasonable lodestar.

4. The requested litigation costs in the amount of $596,352.97 were reasonably incurred and are recoverable under FDUTPA.

IT IS HEREBY ORDERED that the Community Hospitals are entitled to an award of attorneys' fees and costs in the total amount of $10,499,880.47.

DONE AND ORDERED in the Southern District of Florida on _____, _____, 2026.

_____
Donald M. Middlebrooks
United States District Judge