# EXHIBIT A

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**August 26, 2025**

**Invoice No. 2025035248**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through December 31, 2024**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| | ⊠ | | | ⊠ |
| | **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No: 121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 26, 2025**                **Invoice No. 2025035248**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**August 26, 2025**

**Invoice No. 2025035248**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through December 31, 2024**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| | ⊠ | | | ⊠ |
| | **Current Balance Due** | | | $ ⊠ |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 26, 2025**                    **Invoice No. 2025035248**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

LEAPFROG DISPUTE
64230-01116

---

For Legal Services Rendered Through December 31, 2024                                          $ ⌧

| NAME | HOURS | RATE |
|------|-------|------|
| ORIN SNYDER | ⌧ | $1,920.0 |
| MARY BETH MALONEY | | 1,805.0 |
| BETTY X. YANG | | 1,515.0 |
| EMILY A. CARDONE | | 1,150.0 |
| ERIN E. KURINSKY | | 375.00 |

⌧                                                                    ⌧

**Total Services**                                                  $ ⌧

**BALANCE DUE**                                                     $⌧

**Invoice Date: August 26, 2025**                          **Invoice No. 2025035248**

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Services:

12/17/24

Yang, Betty X

12/18/24
1.20        Maloney, Mary Beth        CONFER WITH CLIENT RE MATTER
                                      AND DEVELOPS STRATEGY TO
                                      RESPOND TO SAME.

Yang, Betty X

12/19/24

Yang, Betty X

1.60        Cardone, Emily A          LEGAL RESEARCH RE LEAPFROG
                                      AND DRAFT CEASE AND DESIST
                                      LETTER.

12/20/24

Cardone, Emily A

Kurinsky, Erin E

12/22/24

Yang, Betty X

Invoice Date: August 26, 2025                                Invoice No. 2025035248

**Due and Payable Upon Receipt**

12/23/24

Snyder, Orin

0.40 Maloney, Mary Beth REVISE DRAFT LETTER AND CONFER WITH TEAM RE SAME.

Yang, Betty X

12/24/24
0.40 Maloney, Mary Beth CONFER WITH TEAM AND REVISE LETTER.

Yang, Betty X

12/30/24
2.30 Cardone, Emily A LEGAL RESEARCH RE CAUSES OF ACTION.

12/31/24
2.20 Cardone, Emily A LEGAL RESEARCH RE CAUSES OF ACTION AND JURISDICTION.

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**March 28, 2025**

**Invoice No. 2025035249**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through January 31, 2025**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: March 28, 2025**                                      **Invoice No. 2025035249**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**March 28, 2025**

**Invoice No. 2025035249**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through January 31, 2025**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: March 28, 2025**                                           **Invoice No. 2025035249**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

LEAPFROG DISPUTE
64230-01116

---

For Legal Services Rendered Through January 31, 2025                    $ ⊠

| NAME | HOURS | RATE |
|------|-------|------|
| ORIN SNYDER | ⊠ | $2,075.0 |
| MARY BETH MALONEY | | 1,950.0 |
| BETTY X. YANG | | 1,635.0 |
| EMILY A. CARDONE | | 1,240.0 |
| VERONICA H. ALTABEF | | 1,240.0 |
| CARLA H. JONES | | 405.00 |
| ERIN E. KURINSKY | | 405.00 |

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| ON-LINE RESEARCH (WESTLAW) | 7,983.99 |

**Total Costs/Charges**          ⊠

**Total Services, Costs/Charges**          ⊠

**BALANCE DUE**          $ ⊠

**Invoice Date: March 28, 2025**                                   **Invoice No. 2025035249**

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Services:

01/03/25
0.30          Maloney, Mary Beth                    FINALIZE LETTER RE LEAPFROG.

⊠          Cardone, Emily A

01/08/25
⊠          Cardone, Emily A

⊠          Cardone, Emily A

⊠          Cardone, Emily A

⊠          Cardone, Emily A

⊠          Cardone, Emily A

⊠          Cardone, Emily A

01/09/25
⊠          Yang, Betty X

01/10/25

Maloney, Mary Beth



Yang, Betty X

01/12/25

Yang, Betty X

01/13/25
0.80  Maloney, Mary Beth

REVIEW LETTER FROM LEAPFROG, CONFER WITH TEAM RE STRATEGY IN RESPONSE TO SAME, REVISE CLIENT UPDATE.

Yang, Betty X

0.40  Cardone, Emily A

REVIEW AND ANALYZE RESPONSE TO CEASE AND DESIST LETTER AND DRAFT SUMMARY.

Jones, Carla H

01/14/25  Snyder, Orin

**Invoice Date: March 28, 2025**  **Invoice No. 2025035249**

**Due and Payable Upon Receipt**



Yang, Betty X

Cardone, Emily A

Cardone, Emily A

01/15/25
1.00     Maloney, Mary Beth

CALLS WITH CLIENTS REGARDING STRATEGY AND STATUS OF MATTER AND CONFER INTERNALLY RE SAME.

Yang, Betty X

1.50     Cardone, Emily A

LEGAL RESEARCH RE CAUSES OF ACTION AGAINST LEAPFROG.

01/16/25
Yang, Betty X

2.20     Cardone, Emily A

LEGAL RESEARCH RE LEAPFROG SURVEY, RESPONSES, FEES, AND RELATED SERVICES.

1.80     Cardone, Emily A

REVIEW AND ANALYZE NEGATIVE LEAPFROG PRESS TO IDENTIFY ISSUES WITH LEAPFROG METHODOLOGY.

Altabef, Veronica H



01/20/25 Yang, Betty X

01/21/25 Yang, Betty X

Cardone, Emily A

Cardone, Emily A

Altabef, Veronica H

01/22/25 Maloney, Mary Beth

Yang, Betty X

1.30 Cardone, Emily A — LEGAL RESEARCH RE POTENTIAL CAUSES OF ACTION AND HOSPITAL SAFETY GRADES.

Altabef, Veronica H

01/23/25 Maloney, Mary Beth

**Invoice Date: March 28, 2025**                    Invoice No. 2025035249

**Due and Payable Upon Receipt**



|  | Yang, Betty X |  |
|---|---|---|
| 0.80 | Cardone, Emily A | MEET WITH B. YANG AND V. ALTABEF RE POTENTIAL CAUSES OF ACTION. |
| 4.40 | Cardone, Emily A | REVIEW AND ANALYZE INVESTIGATIVE REPORT, CITED ARTICLES, AND LEAPFROG INFORMATION AND DRAFT RESPONSE TO LEAPFROG LETTER. |
|  | Altabef, Veronica H |  |

01/24/25

|  | Yang, Betty X |  |
|---|---|---|
| 1.40 | Cardone, Emily A | REVIEW AND REVISE CAUSES OF ACTION CHART. |
|  | Cardone, Emily A |  |
|  | Altabef, Veronica H |  |

01/25/25

| 0.70 | Maloney, Mary Beth | DISCUSSION OF POSSIBLE FIRST AMENDMENT CLAIMS AND DEFENSES WITH TEAM. |
|---|---|---|



01/26/25    Yang, Betty X

Yang, Betty X

01/27/25    Maloney, Mary Beth

Yang, Betty X

Yang, Betty X

Yang, Betty X

Cardone, Emily A

1.30    Cardone, Emily A    LEGAL RESEARCH RE JURISDICTION AND UNDISCLOSED FACTS FOR COMPLAINT.

Cardone, Emily A



| | | |
|---|---|---|
| | Altabef, Veronica H | |
| 01/28/25 | Maloney, Mary Beth | |
| | Yang, Betty X | |
| 0.60 | Cardone, Emily A | REVIEW AND REVISE LITIGATION HOLD. |
| 1.40 | Cardone, Emily A | LEGAL RESEARCH RE DEFAMATION CLAIMS AND SURVIVING MOTION TO DISMISS. |
| 01/29/25 | Yang, Betty X | |
| 01/30/25 2.70 | Cardone, Emily A | LEGAL RESEARCH RE NEGATIVE PRESS AND SCORING METHODOLOGY AND REVISE RESPONSE TO LEAPFROG LETTER. |
| | Kurinsky, Erin E | |

LEAPFROG DISPUTE
64230-01116

Detail Costs/Charges:

<u>Online research</u>

| 01/08/25 | 3,497.08 | JORGENS,EMILY    01/08/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 01/16/25 | 240.00 | ALTABEF,VERONICA    01/16/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 01/17/25 | 120.00 | ALTABEF,VERONICA    01/17/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 01/22/25 | 2,808.13 | ALTABEF,VERONICA    01/22/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 01/24/25 | 480.00 | ALTABEF,VERONICA    01/24/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 01/24/25 | 310.78 | JORGENS,EMILY    01/24/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 01/27/25 | 528.00 | ALTABEF,VERONICA    01/27/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**March 28, 2025**

**Invoice No. 2025035246**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through February 28, 2025**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $⊠ | $⊠ | $⊠ |
|  | **Totals** | $⊠ | $⊠ | $⊠ |
|  | **Current Balance Due** |  |  | $⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: March 28, 2025**                                    **Invoice No. 2025035246**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

LEAPFROG DISPUTE
64230-01116

For Legal Services Rendered Through February 28, 2025                              $

| NAME | HOURS | RATE |
|------|-------|------|
| ORIN SNYDER | | $2,075.0 |
| MARY BETH MALONEY | | 1,950.0 |
| BETTY X. YANG | | 1,635.0 |
| EMILY A. CARDONE | | 1,240.0 |
| VERONICA H. ALTABEF | | 1,240.0 |
| ERIN E. KURINSKY | | 405.00 |

| COSTS/CHARGES | | TOTAL |
|---------------|---|-------|
| DOCUMENT RETRIEVAL SERVICE | $ | 1,776.03 |
| ON-LINE RESEARCH (WESTLAW) | | 9,425.71 |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE**

Invoice Date: March 28, 2025                                                      Invoice No. 2025035246

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Services:

02/03/25

⊠     Yang, Betty X

⊠     Yang, Betty X

02/04/25
0.60     Maloney, Mary Beth          REVISE CLIENT UPDATE ON STATUS (.1); CONFER WITH TEAM RE STRATEGY QUESTIONS FOR CLAIMS IN COMPLAINT (.5).

⊠     Maloney, Mary Beth

⊠     Yang, Betty X

⊠     Yang, Betty X

⊠     Cardone, Emily A

⊠     Cardone, Emily A

⊠     Altabef, Veronica H

02/05/25
⊠     Altabef, Veronica H

**Invoice Date: March 28, 2025**             **Invoice No. 2025035246**

**Due and Payable Upon Receipt**



Kurinsky, Erin E

02/06/25
Snyder, Orin

Maloney, Mary Beth

Yang, Betty X

Cardone, Emily A

1.70   Cardone, Emily A

LEGAL RESEARCH RE
DEFAMATION AND RATING
AGENCIES.

Cardone, Emily A

Altabef, Veronica H

02/07/25
Yang, Betty X

02/08/25
Yang, Betty X

02/10/25
Yang, Betty X

**Invoice Date: March 28, 2025**                                     **Invoice No. 2025035246**

**Due and Payable Upon Receipt**

| 0.50 | Cardone, Emily A | MEET WITH B. YANG AND V. ALTABEF RE DEFAMATION, PERSONAL JURISDICTION, AND CHOICE OF LAW. |
| 1.60 | Cardone, Emily A | LEGAL RESEARCH RE DEFAMATION, CHOICE OF LAW, AND PERSONAL JURISDICTION. |

Altabef, Veronica H

02/11/25

Maloney, Mary Beth

Yang, Betty X

Cardone, Emily A

Cardone, Emily A

02/12/25

Cardone, Emily A

Altabef, Veronica H

02/13/25

Altabef, Veronica H



02/14/25
Maloney, Mary Beth

Yang, Betty X

02/15/25
Maloney, Mary Beth

02/17/25
Maloney, Mary Beth

Yang, Betty X

0.50   Cardone, Emily A

REVIEW AND ANALYZE LEGAL
RESEARCH RE FILING COMPLAINT
IN FLORIDA STATE COURT AND
FLORIDA FEDERAL COURT.

Altabef, Veronica H

02/18/25
Maloney, Mary Beth

Cardone, Emily A

Altabef, Veronica H

02/19/25

Snyder, Orin

1.40    Cardone, Emily A              DRAFT AND REVISE COMPLAINT.

Altabef, Veronica H

02/21/25

Maloney, Mary Beth

Yang, Betty X

1.50    Cardone, Emily A              DRAFT AND REVISE COMPLAINT.

02/24/25
0.50    Cardone, Emily A              REVIEW AND REVISE REPLY
                                      LETTER TO LEAPFROG.

Cardone, Emily A

2.60    Cardone, Emily A              DRAFT, REVIEW, AND REVISE
                                      COMPLAINT.

Altabef, Veronica H

02/25/25

Maloney, Mary Beth

02/26/25

Maloney, Mary Beth

Invoice Date: March 28, 2025                          Invoice No. 2025035246

Due and Payable Upon Receipt

02/27/25

Maloney, Mary Beth

Cardone, Emily A

Cardone, Emily A

0.50     Cardone, Emily A     REVIEW AND REVISE LEAPFROG COMPLAINT.

02/28/25
Cardone, Emily A

0.30     Cardone, Emily A     REVIEW AND REVISE COMPLAINT.

0.60     Cardone, Emily A     REVIEW AND ANALYZE L. CRAIN EDITS TO COMPLAINT AND CONDUCT RESEARCH RE SAME.

LEAPFROG DISPUTE
64230-01116

---

Detail Costs/Charges:


Litigation support vendors
| | | |
|---|---|---|
| 02/17/25 | 5.40 | PACER USAGE FEBRUARY 2025. |
| 02/27/25 | 1,770.63 | VENDOR: WEST PUBLISHING CORPORATION DBA THOMSON INVOICE#: 6165619335 DATE: 2/27/2025 ACCT.# 1000807767 / PO# 1792324/DOCUMENT RETRIEVAL SERVICE/WESTLAW COURT EXPRESS COURT: COOK COUNTY CIRCUIT COURT, IL, CASE: 2017CH14420 SAINT ANTHONY HOSPITAL V. LEAPFROG (ERIN KURINSKY/E.CARDONE) |

Online research
| | | |
|---|---|---|
| 02/10/25 | 2,170.11 | ALTABEF,VERONICA    02/10/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 02/10/25 | 1,210.11 | JORGENS,EMILY    02/10/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 02/11/25 | 185.06 | JORGENS,EMILY    02/11/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 02/12/25 | 240.00 | ALTABEF,VERONICA    02/12/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 02/17/25 | 662.26 | ALTABEF,VERONICA    02/17/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 02/24/25 | 545.06 | ALTABEF,VERONICA    02/24/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 02/24/25 | 4,293.11 | JORGENS,EMILY    02/24/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 02/28/25 | 120.00 | ALTABEF,VERONICA    02/28/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**April 10, 2025**

**Invoice No. 2025040628**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through March 31, 2025**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute 2025-00455 | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| | **TOTAL OUTSTANDING BALANCE DUE** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the invoice number in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

*Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.*

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 10, 2025**                                                                 **Invoice No. 2025040628**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** [X]

**April 10, 2025**

**Invoice No. 2025040628**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through March 31, 2025**

|  | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute 2025-00455 | $ [X] | $ [X] | $ [X] |
|  | **Totals** | $ [X] | $ [X] | $ [X] |
|  | **TOTAL OUTSTANDING BALANCE DUE** | | | $ [X] |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: [X]
ABA No:  121000248
Attn: Treasury Department
*Please include the invoice number in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

*Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.*

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: April 10, 2025**                                      **Invoice No. 2025040628**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240


LEAPFROG DISPUTE
64230-01116

---

For Services Rendered Through March 31, 2025

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| MARY BETH MALONEY | | $1,950.00 | $ |
| BETTY X. YANG | | 1,635.00 | |
| LEE R. CRAIN | | 1,815.00 | |
| SCOTT K. HVIDT | | 1,635.00 | |
| EMILY A. CARDONE | | 1,240.00 | |
| VERONICA H. ALTABEF | | 1,240.00 | |
| JUSTIN M. FISHMAN | | 950.00 | |
| ZACHARY R. CARSTENS | | 1,240.00 | |
| ERIN E. KURINSKY | | 405.00 | |

**Total Services**                                            $ ☒

| COSTS/CHARGES | TOTAL |
|---|---|
| DOCUMENT RETRIEVAL SERVICE | $    3.00 |
| ON-LINE RESEARCH (WESTLAW) | 2,873.80 |
| OUTSIDE SERVICES/CONSULTANTS | ☒ |
| SPECIALIZED RESEARCH | 41.98 |

**Total Costs/Charges**                              ☒

**Total Services, Costs/Charges**                ☒

**BALANCE DUE**                                          $ ☒

Invoice Date: April 10, 2025

**Due and Payable Upon Receipt**

Invoice No. 2025040628

LEAPFROG DISPUTE
64230-01116

Detail Services:

03/03/25
⊠   Maloney, Mary Beth

03/06/25
⊠   Maloney, Mary Beth

⊠   Yang, Betty X

⊠   Cardone, Emily A

03/07/25
⊠   Maloney, Mary Beth

⊠   Yang, Betty X

03/10/25
1.20   Hvidt, Scott K   Review and analyze draft complaint and materials.

⊠   Altabef, Veronica H

03/11/25
⊠   Maloney, Mary Beth

⊠   Yang, Betty X

4.00   Hvidt, Scott K   Draft, review and revise strategy timeline (1.2); draft analysis regarding letter dispute (.6); review and analyze materials for strategy development (.9); Work with M. Maloney and B. Yang regarding strategy (.8); work with team regarding strategy (.5).

⊠   Cardone, Emily A

☒ Altabef, Veronica H

03/12/25

☒ Hvidt, Scott K

☒ Cardone, Emily A

☒ Altabef, Veronica H

☒ Fishman, Justin M

03/13/25

0.70  Maloney, Mary Beth        Confer with team re work plan and complaint draft.

☒ Yang, Betty X

☒ Hvidt, Scott K

☒ Cardone, Emily A

☒ Altabef, Veronica H

03/14/25

⊠ Maloney, Mary Beth

8.20   Hvidt, Scott K

Draft, review and revise complaint; draft (4.8); review and revise work plan (2.6); draft correspondence regarding complaint strategy (.8).

⊠ Altabef, Veronica H

⊠ Carstens, Zachary R

⊠ Kurinsky, Erin E

03/15/25

2.20   Hvidt, Scott K

Draft, review and revise complaint against Leapfrog.

6.10   Cardone, Emily A

Legal research re Tenet hospital statistics for draft complaint (3.3); review and revise draft complaint with S. Hvidt edits (2.8).

⊠ Altabef, Veronica H

⊠ Carstens, Zachary R

03/16/25

2.10   Hvidt, Scott K

Draft, review and revise complaint.

03/17/25

⊠ Maloney, Mary Beth

⊠ Yang, Betty X

⊠ Hvidt, Scott K

⊠ Carstens, Zachary R

03/18/25

☒ Maloney, Mary Beth

☒ Hvidt, Scott K

☒ Altabef, Veronica H

03/19/25

☒ Hvidt, Scott K

☒ Cardone, Emily A

☒ Altabef, Veronica H

03/20/25

☒ Maloney, Mary Beth

☒ Yang, Betty X

☒ Hvidt, Scott K

☒ Cardone, Emily A

☒ Altabef, Veronica H

☒ Carstens, Zachary R

03/21/25
0.70   Maloney, Mary Beth          Confer with team re strategy and complaint.



☒ Hvidt, Scott K

☒ Cardone, Emily A

03/22/25
☒ Hvidt, Scott K

03/23/25
☒ Carstens, Zachary R

03/24/25
☒ Hvidt, Scott K

☒ Cardone, Emily A

03/25/25
1.90   Maloney, Mary Beth       Confer with team re revisions to complaint (1.5); revise discovery memo (.4).

☒ Crain, Lee R

☒ Hvidt, Scott K

☒ Cardone, Emily A

☒ Carstens, Zachary R

03/26/25
1.00   Maloney, Mary Beth       Revise complaint.

☒ Yang, Betty X

2.50   Crain, Lee R             Review and revise Complaint.

| | | |
|---|---|---|
| 4.70 | Hvidt, Scott K | Draft, review and revise complaint (2.4); draft, review and revise temporary restraining order (.8); draft correspondence regarding strategy and tasks (.8); review and analyze Leapfrog materials for pleadings and strategy (0.7). |
| ☒ | Carstens, Zachary R | |

**03/27/25**

| | | |
|---|---|---|
| 2.20 | Maloney, Mary Beth | Meeting with team re strategy and follow up with client (.7); revise complaint and provide comments to team for further revisions (1.5). |
| ☒ | Yang, Betty X | |
| 1.00 | Crain, Lee R | Revise Complaint and attention to strategy. |
| ☒ | Hvidt, Scott K | |
| ☒ | Carstens, Zachary R | |

**03/28/25**

| | | |
|---|---|---|
| 2.50 | Maloney, Mary Beth | Revise draft complaint and confer with team re same. |
| ☒ | Yang, Betty X | |
| ☒ | Hvidt, Scott K | |
| ☒ | Cardone, Emily A | |

**03/29/25**

| | | |
|---|---|---|
| ☒ | Hvidt, Scott K | |

**Due and Payable Upon Receipt**

Cardone, Emily A

03/30/25
Maloney, Mary Beth

03/31/25
Hvidt, Scott K

2.30   Cardone, Emily A

Review and analyze temporary restraining order (0.7); draft and revise attorney declaration for temporary restraining order (0.6); review and analyze preliminary injunction research (0.5); develop strategy with S. Hvidt, V. Altabef, and Z. Carstens re preliminary injunction and complaint (0.5).

Altabef, Veronica H

LEAPFROG DISPUTE
64230-01116

Detail Costs/Charges:

Document Retrieval Service
03/12/25                    3.00          PACER Usage March 2025.

On-Line Research (Westlaw)
03/11/25                  360.00          ALTABEF,VERONICA    03/11/25    64230-01116    WESTLAW
                                          RESEARCH AND PRINTING CHARGES

03/12/25                  720.00          ALTABEF,VERONICA    03/12/25    64230-01116    WESTLAW
                                          RESEARCH AND PRINTING CHARGES

03/17/25                  785.06          CARSTENS,ZACHARY    03/17/25    64230-01116    WESTLAW
                                          RESEARCH AND PRINTING CHARGES

03/31/25                  360.00          ALTABEF,VERONICA    03/31/25    64230-01116    WESTLAW
                                          RESEARCH AND PRINTING CHARGES

03/31/25                  648.74          HVIDT,SCOTT K    03/31/25    64230-01116    WESTLAW
                                          RESEARCH AND PRINTING CHARGES

Outside Services/Consultants
03/14/25

Specialized Research
03/12/25                    6.00          Fishman, Justin Marc  03/12/2025  PACER

03/14/25                   35.98          Carstens, Zachary R.  03/14/2025  Practical Law US

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**July 8, 2025**

**Invoice No. 2025071368**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through April 30, 2025**

|  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|
| 64230-01116   Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| ⊠ | | | ⊠ |
| **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No: 121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: July 8, 2025**                                                    **Invoice No. 2025071368**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**July 8, 2025**

**Invoice No. 2025071368**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through April 30, 2025**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| | ⊠ | | | ⊠ |
| | **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 8, 2025**                                    **Invoice No. 2025071368**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240


LEAPFROG DISPUTE
64230-01116

---

For Legal Services Rendered Through April 30, 2025                     $

| NAME | HOURS | RATE |
|---|---|---|
| MARY BETH MALONEY | | $1,950.0 |
| BETTY X. YANG | | 1,635.0 |
| LEE R. CRAIN | | 1,815.0 |
| SCOTT K. HVIDT | | 1,635.0 |
| EMILY A. CARDONE | | 1,240.0 |
| KEVIN J. REILLY | | 1,355.0 |
| VERONICA H. ALTABEF | | 1,240.0 |
| IASON G. TOGIAS | | 1,060.0 |
| ELIZABETH A. DABANKA | | 1,060.0 |
| JEANINE M. BROYLES | | 665.00 |
| ZACHARY R. CARSTENS | | 1,240.0 |
| ROBERT KING | | 405.00 |
| DAVID T. LAM | | 540.00 |

**Total Services**                                          $ 

| COSTS/CHARGES | | TOTAL |
|---|---|---|
| DOCUMENT RETRIEVAL SERVICE | $ | 17.70 |
| IN HOUSE DUPLICATION | | |
| ON-LINE RESEARCH (LEXIS) | | 1,706.15 |
| ON-LINE RESEARCH (WESTLAW) | | 33,484.40 |
| OUTSIDE SERVICES/CONSULTANTS | | |
| SPECIALIZED RESEARCH | | 350.74 |
| TRAVEL - TAXI & OTHER MODES/MILES | | |

**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE**                                          $

Invoice Date: July 8, 2025                                     Invoice No. 2025071368

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Services:

04/01/25

☒   Crain, Lee R

☒   Hvidt, Scott K

8.10   Hvidt, Scott K

DRAFT, REVIEW AND REVISE MOTION FOR PRELIMINARY INJUNCTION (4.2); DRAFT MATERIALS SUPPORTING MOTION FOR PRELIMINARY INJUNCTION (1.7); DRAFT CORRESPONDENCE TO EXECUTE ON WORK PLAN STRATEGY (.8); DRAFT, REVIEW AND REVISE COMPLAINT (1.4).

1.70   Cardone, Emily A

DRAFT AND REVISE ATTORNEY DECLARATION FOR TEMPORARY RESTRAINING ORDER AND REVIEW AND REVISE APPLICATION FOR TEMPORARY RESTRAINING ORDER.

☒   Cardone, Emily A

0.60   Cardone, Emily A

REVIEW AND REVISE HOSPITAL DECLARATION FOR TEMPORARY RESTRAINING ORDER APPLICATION.

☒   Cardone, Emily A

Altabef, Veronica H

Carstens, Zachary R

Carstens, Zachary R

Carstens, Zachary R

04/02/25

Maloney, Mary Beth

Yang, Betty X

Crain, Lee R

Hvidt, Scott K

| Hours | Timekeeper | Description |
|---|---|---|
| 2.60 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE MOTION FOR PRELIMINARY INJUNCTION AND SUPPORTING MATERIAL (1.9); DRAFT CORRESPONDENCE TO CLIENT REGARDING OTHER TASKS (.7). |
| ☒ | Cardone, Emily A | ☒ |
| 0.40 | Cardone, Emily A | REVIEW AND ANALYZE IRREPARABLE HARM RESEARCH FOR TEMPORARY RESTRAINING ORDER. |
| ☒ | Cardone, Emily A | ☒ |
| 0.50 | Cardone, Emily A | REVIEW AND ANALYZE EXTERNAL CRITICISM OF LEAPFROG FOR COMPLAINT. |
| 0.60 | Cardone, Emily A | REVIEW AND REVISE HOSPITAL DECLARATION FOR TEMPORARY RESTRAINING ORDER. |
| 0.30 | Cardone, Emily A | REVIEW AND ANALYZE COALITION MEMORANDUM FOR TEMPORARY RESTRAINING ORDER. |
| 1.60 | Cardone, Emily A | REVIEW AND REVISE DRAFT COMPLAINT. |
| ☒ | Altabef, Veronica H | ☒ |

Carstens, Zachary R

04/03/25

Maloney, Mary Beth

Hvidt, Scott K

Hvidt, Scott K

Hvidt, Scott K

Cardone, Emily A

3.80    Cardone, Emily A    DRAFT AND REVISE ATTORNEY
DECLARATION IN SUPPORT OF
MOTION FOR TEMPORARY
RESTRAINING ORDER AND
COMPILE MOTION FOR
TEMPORARY RESTRAINING
ORDER EXHIBITS.

1.60    Cardone, Emily A    REVIEW AND REVISE MOTION FOR
TEMPORARY RESTRAINING
ORDER.

Cardone, Emily A

Altabef, Veronica H

Carstens, Zachary R

04/04/25

Maloney, Mary Beth

Yang, Betty X

Crain, Lee R

2.90   Hvidt, Scott K   DRAFT, REVIEW AND REVISE TEMPORARY RESTRAINING ORDER (1.8); DRAFT CORRESPONDENCE REGARDING TEMPORARY RESTRAINING ORDER TASKS AND STRATEGY (.6); REVIEW AND ANALYZE MATERIALS FOR TEMPORARY RESTRAINING ORDER (.5).

Hvidt, Scott K

Cardone, Emily A

Cardone, Emily A

| 1.30 | Cardone, Emily A | REVIEW AND REVISE TEMPORARY RESTRAINING ORDER. |
|---|---|---|

Cardone, Emily A

Cardone, Emily A

Altabef, Veronica H

Carstens, Zachary R

| 04/06/25<br>0.60 | Hvidt, Scott K | REVIEW AND ANALYZE EXPERT MATERIALS AND CASE DOCUMENTS FOR STRATEGY. |
|---|---|---|

Cardone, Emily A

04/07/25
Maloney, Mary Beth

Yang, Betty X

1.40        Crain, Lee R                          INTERVIEW EXPERT; CONFER
                                                   WITH EXPERT TEAM RE DRAFT
                                                   DECLARATION; PREPARE
                                                   RECOMMENDATION RE THE SAME.

⊠           Hvidt, Scott K

0.50        Hvidt, Scott K                         WORK WITH EXPERT TEAM
                                                   REGARDING DECLARATION.

⊠           Hvidt, Scott K

⊠           Cardone, Emily A

⊠           Cardone, Emily A

⊠           Cardone, Emily A

⊠           Altabef, Veronica H

04/08/25
⊠           Yang, Betty X

⊠           Crain, Lee R

⊠           Hvidt, Scott K

| | | |
|---|---|---|
| 2.80 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE COMPLAINT (.8); DRAFT, REVIEW AND REVISE MOTION FOR PRELIMINARY INJUNCTION (1.7); DRAFT CORRESPONDENCE REGARDING STRATEGY (.3). |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 0.60 | Cardone, Emily A | REVIEW AND ANALYZE LEAPFROG RESPONSE LETTERS AND REVISE COMPLAINT. |
| 0.60 | Cardone, Emily A | REVIEW AND REVISE MOTION FOR TEMPORARY RESTRAINING ORDER. |
| | Carstens, Zachary R | |
| | Carstens, Zachary R | |
| 04/09/25 | Yang, Betty X | |
| 4.50 | Crain, Lee R | REVISE TRO BRIEF. |

| | | |
|---|---|---|
| 7.70 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE MOTION FOR PRELIMINARY INJUNCTION (3.8); DRAFT TALKING POINTS FOR CLIENT (1.1); DRAFT WEEKLY CLIENT AGENDA (1.2); DRAFT LETTER TO LEAPFROG (1.2); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (.4). |
| 0.80 | Hvidt, Scott K | REVIEW AND ANALYZE MOTION FOR PRELIMINARY INJUNCTION RESEARCH. |
| 1.30 | Cardone, Emily A | REVIEW AND ANALYZE ST. ANTHONY AND NCH BRIEFING RE DEFAMATION CLAIM. |
| ⊠ | Cardone, Emily A | ⊠ |
| 1.10 | Cardone, Emily A | LEGAL RESEARCH RE IRREPARABLE HARM AND TEMPORARY RESTRAINING ORDERS. |
| 0.70 | Cardone, Emily A | DRAFT LETTER FROM HOSPITALS TO LEAPFROG RE SPRING 2025 GRADES. |
| ⊠ | Altabef, Veronica H | ⊠ |
| ⊠ | Carstens, Zachary R | ⊠ |
| 04/10/25 ⊠ | Yang, Betty X | ⊠ |
| ⊠ | Hvidt, Scott K | ⊠ |

| 2.90 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE EXPERT DECLARATION (1.2); DRAFT, REVIEW AND REVISE MOTION (1.1); DRAFT, REVIEW AND REVISE CLIENT AGENDA (.6). |
| 0.50 | Hvidt, Scott K | REVIEW AND ANALYZE RESEARCH SUPPORT FOR MOTION. |
| 1.20 | Cardone, Emily A | REVIEW AND REVISE S. NICHOLSON EXPERT DECLARATION IN SUPPORT OF TEMPORARY RESTRAINING ORDER. |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.70 | Cardone, Emily A | LEGAL RESEARCH RE RATING SYSTEM FACTUALLY ANALOGOUS CASES FOR TEMPORARY RESTRAINING ORDER. |
| ⊠ | Cardone, Emily A | ⊠ |
| ⊠ | Altabef, Veronica H | ⊠ |
| 04/11/25 ⊠ | Maloney, Mary Beth | ⊠ |
| ⊠ | Yang, Betty X | ⊠ |
| ⊠ | Crain, Lee R | ⊠ |

Hvidt, Scott K

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Altabef, Veronica H

Dabanka, Elizabeth A

04/12/25
Dabanka, Elizabeth A

04/13/25
Dabanka, Elizabeth A

04/14/25
Crain, Lee R

Hvidt, Scott K

0.50    Hvidt, Scott K    CONFERENCE WITH EXPERT TEAM
REGARDING DECLARATION.

Invoice Date: July 8, 2025                                    Invoice No. 2025071368

**Due and Payable Upon Receipt**

| ⊠ | Cardone, Emily A | |
| ⊠ | Cardone, Emily A | |
| ⊠ | Dabanka, Elizabeth A | |
| ⊠ | Carstens, Zachary R | |

04/15/25

| ⊠ | Crain, Lee R | |
| ⊠ | Hvidt, Scott K | |
| ⊠ | Hvidt, Scott K | |

| 0.50 | Cardone, Emily A | REVIEW AND ANALYZE NCH HEALTHCARE BRIEFING FOR COMPLAINT. |
| ⊠ | Cardone, Emily A | |
| ⊠ | Cardone, Emily A | |
| 0.40 | Cardone, Emily A | REVIEW AND REVISE HOSPITAL DECLARATION IN SUPPORT OF TEMPORARY RESTRAINING ORDER. |

Cardone, Emily A

Cardone, Emily A

1.00    Cardone, Emily A

REVIEW AND REVISE S. NICHOLSON EXPERT DECLARATION.

Altabef, Veronica H

Dabanka, Elizabeth A

Carstens, Zachary R

Carstens, Zachary R

King, Robert

Lam, David T

04/16/25
2.00          Hvidt, Scott K                    DRAFT, REVIEW AND REVISE
                                                MOTION FOR PRELIMINARY
                                                INJUNCTION AND SUPPORTING
                                                MATERIALS (1.4); DRAFT LETTER
                                                TO LEAPFROG (.3); DRAFT
                                                CORRESPONDENCE REGARDING
                                                STRATEGY (.3).

0.60          Cardone, Emily A                  REVIEW AND REVISE LETTER TO
                                                LEAPFROG RE SPRING 2025
                                                GRADES.

⊠             Altabef, Veronica H

⊠             Dabanka, Elizabeth A

⊠             King, Robert

04/17/25
⊠             Maloney, Mary Beth

⊠             Yang, Betty X

⊠             Crain, Lee R

0.60          Crain, Lee R                      DRAFT AND REVISE LETTER.

3.40          Hvidt, Scott K                    DRAFT, REVIEW AND REVISE
                                                COMPLAINT AND MOTION AND
                                                SUPPORTING MATERIAL.

| | | |
|---|---|---|
| ⊠ | Hvidt, Scott K | ⊠ |
| ⊠ | Hvidt, Scott K | ⊠ |
| ⊠ | Hvidt, Scott K | ⊠ |
| ⊠ | Cardone, Emily A | ⊠ |
| ⊠ | Cardone, Emily A | ⊠ |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.30 | Cardone, Emily A | REVIEW AND REVISE LETTER TO LEAPFROG RE SPRING 2025 GRADES. |
| 0.70 | Cardone, Emily A | REVIEW AND REVISE COMPLAINT AND TEMPORARY RESTRAINING ORDER WITH Z. CARSTENS EDITS. |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.80 | Cardone, Emily A | REVIEW AND REVISE SUPPORTING MATERIALS FOR TEMPORARY RESTRAINING ORDER AND COMPLAINT. |
| ⊠ | Altabef, Veronica H | ⊠ |



| | | |
|---|---|---|
| | Carstens, Zachary R | |
| 04/18/25 0.40 | Crain, Lee R | CONFER WITH OPPOSING COUNSEL AND FOLLOW UP RE THE SAME. |
| | Hvidt, Scott K | |
| 1.30 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE PLEADINGS AND MOTION FOR PRELIMINARY INJUNCTION MATERIALS. |
| 0.60 | Cardone, Emily A | REVIEW AND ANALYZE MOTION FOR JUDGMENT ON PLEADINGS AND MOTION TO DISMISS FROM RELATED CASES. |
| 1.70 | Cardone, Emily A | REVIEW AND REVISE PROPOSED ORDERS, CIVIL COVER SHEET, AND FORM MOTION. |
| 0.80 | Cardone, Emily A | REVIEW AND REVISE EXPERT DECLARATION RE ST. MARY'S AND ADDITIONAL DATA ARGUMENT. |
| 1.30 | Cardone, Emily A | REVIEW AND REVISE MOTION FOR TEMPORARY RESTRAINING ORDER RE ST. MARY'S AND ADDITIONAL DATA ARGUMENT. |
| 1.40 | Cardone, Emily A | REVIEW AND REVISE COMPLAINT RE ST. MARY'S AND ADDITIONAL DATA ARGUMENT. |
| | Altabef, Veronica H | |
| | Dabanka, Elizabeth A | |

|  |  |  |
|---|---|---|
| ☒ | Carstens, Zachary R | |
| 04/19/25 ☒ | Hvidt, Scott K | |
| ☒ | Cardone, Emily A | |
| ☒ | Altabef, Veronica H | |
| 04/21/25 ☒ | Maloney, Mary Beth | |
| 1.40 | Crain, Lee R | REVIEW AND REVISE EXPERT DECLARATIONS. |
| 2.20 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE EXPERT DECLARATION (.9); DRAFT, REVIEW AND REVISE HOSPITAL DECLARATIONS (.5); DRAFT, REVIEW AND REVISE TALKING POINTS FOR CEO CALL (.4); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (.4) |
| ☒ | Cardone, Emily A | |
| 1.40 | Cardone, Emily A | LEGAL RESEARCH RE DECLARATORY JUDGMENT CAUSE OF ACTION. |
| 0.80 | Cardone, Emily A | REVIEW AND REVISE S. NICHOLSON DECLARATION. |

Cardone, Emily A

Cardone, Emily A

Altabef, Veronica H

04/22/25

Maloney, Mary Beth

Yang, Betty X

Crain, Lee R

Hvidt, Scott K

Hvidt, Scott K

Hvidt, Scott K

1.60    Cardone, Emily A

REVIEW AND REVISE MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTIVE RELIEF.

Cardone, Emily A

Cardone, Emily A

**Due and Payable Upon Receipt**

| 0.50 | Cardone, Emily A | REVIEW AND ANALYZE NOTES FROM CALL WITH HOSPITALS AND REVIEW AND REVISE HOSPITAL DECLARATIONS. |
| 0.40 | Cardone, Emily A | REVIEW AND REVISE S. NICHOLSON DECLARATION. |
| | Altabef, Veronica H | |
| | Dabanka, Elizabeth A | |
| | Broyles, Jeanine M | |

04/23/25

| 6.40 | Maloney, Mary Beth | CALL WITH CEOS TO PREPARE DECLARATIONS; MEET AND CONFER WITH OPPOSING COUNSEL; COORDINATE PRESS ISSUES WITH TEAM; REVISE DECLARATIONS; REVISE COMPLAINT. |
| 3.80 | Crain, Lee R | CONFER WITH TEAM RE STATUS AND STRATEGY; REVIEW BRIEFING; REVIEW FLINGS. |
| 8.20 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE HOSPITAL DECLARATIONS (5.2); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (2.2); EXECUTE VARIOUS STRATEGY TASKS (.8). |
| | Hvidt, Scott K | |

| | | |
|---|---|---|
| 2.80 | Hvidt, Scott K | WORK WITH CLIENT ON FACT DEVELOPMENT AND DECLARATIONS. |
| ⊠ | Cardone, Emily A | ⊠ |
| ⊠ | Cardone, Emily A | ⊠ |
| ⊠ | Cardone, Emily A | ⊠ |
| ⊠ | Cardone, Emily A | ⊠ |
| 2.40 | Cardone, Emily A | REVIEW AND REVISE HOSPITAL DECLARATIONS BASED ON DISCUSSIONS WITH CEOS. |
| 1.30 | Cardone, Emily A | REVIEW AND REVISE MOTION FOR TEMPORARY RESTRAINING ORDER AND EXHIBITS. |
| 2.40 | Reilly, Kevin J | REVISE COMPLAINT (1.8); REVISE MOTION FOR TEMPORARY RESTRAINING ORDER (0.6). |
| ⊠ | Reilly, Kevin J | ⊠ |
| ⊠ | Altabef, Veronica H | ⊠ |
| ⊠ | Dabanka, Elizabeth A | ⊠ |



Broyles, Jeanine M

Lam, David T

04/24/25
Maloney, Mary Beth

Crain, Lee R

0.80   Hvidt, Scott K   COMMUNICATE WITH CLIENT REPRESENTATIVES REGARDING STRATEGY.

Hvidt, Scott K

8.70   Hvidt, Scott K   DRAFT, REVIEW AND REVISE LITIGATION MATERIALS (5.2); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (1.2); DRAFT WEEKLY UPDATE (1.4); REVIEW AND ANALYZE MATERIALS (.9)

Cardone, Emily A

| | | |
|---|---|---|
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| 2.50 | Cardone, Emily A | REVIEW AND REVISE HOSPITAL DECLARATIONS WITH L. CRAIN EDITS. |
| 0.60 | Cardone, Emily A | REVIEW AND REVISE SUMMONS AND ANCILLARY DOCUMENTS. |
| 3.40 | Cardone, Emily A | REVIEW AND REVISE COMPLAINT. |
| 0.80 | Cardone, Emily A | REVIEW AND REVISE PRELIMINARY INJUNCTION. |
| 0.30 | Cardone, Emily A | COORDINATE WITH LOCAL COUNSEL RE TIMING OF PRELIMINARY INJUNCTION. |
| 0.30 | Cardone, Emily A | REVIEW AND ANALYZE RESPONSE LETTER. |
| ☒ | Cardone, Emily A | ☒ |
| 1.80 | Reilly, Kevin J | REVISE COMPLAINT (1.8) |
| 3.40 | Reilly, Kevin J | CONDUCT LEGAL RESEARCH REGARDING FDUTPA AND IRREPARABLE HARM. |
| ☒ | Altabef, Veronica H | ☒ |



Dabanka, Elizabeth A

04/25/25

Maloney, Mary Beth

Crain, Lee R

Crain, Lee R

6.40   Hvidt, Scott K   DRAFT, REVIEW AND REVISE DECLARATIONS (2.4); DRAFT, REVIEW AND REVISE COMPLAINT (1.2); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (.7); DRAFT, REVIEW AND REVISE LITIGATION MATERIALS (2.1).

Hvidt, Scott K

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

|  | Cardone, Emily A |  |
|---|---|---|

|  | Cardone, Emily A |  |
|---|---|---|

|  | Cardone, Emily A |  |
|---|---|---|

| 3.60 | Cardone, Emily A | REVIEW AND REVISE COMPLAINT WITH L. CRAIN AND S. HVIDT EDITS. |
|---|---|---|

| 3.30 | Reilly, Kevin J | REVISE PRELIMINARY INJUNCTION BRIEF. |
|---|---|---|

| 4.80 | Reilly, Kevin J | CONDUCT LEGAL RESEARCH REGARDING FDUTPA AND DECLARATORY JUDGMENT RIGHTS. |
|---|---|---|

|  | Altabef, Veronica H |  |
|---|---|---|

|  | Togias, Iason G |  |
|---|---|---|

|  | Dabanka, Elizabeth A |  |
|---|---|---|

04/26/25

|  | Maloney, Mary Beth |  |
|---|---|---|

Crain, Lee R

2.50   Hvidt, Scott K   DRAFT, REVIEW AND REVISE COMPLAINT (1.2); DRAFT, REVIEW AND REVISE DECLARATIONS (.4); DRAFT, REVIEW AND REVISE TASK LIST (.4); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (.5).

5.20   Cardone, Emily A   REVIEW AND REVISE COMPLAINT AND HOSPITAL DECLARATIONS WITH L. CRAIN AND S. HVIDT EDITS.

0.20   Reilly, Kevin J   REVIEW REVISED COMPLAINT.

Togias, Iason G

04/27/25
Maloney, Mary Beth

Crain, Lee R

Hvidt, Scott K

Cardone, Emily A

2.20   Cardone, Emily A   REVIEW AND REVISE COMPLAINT WITH L. CRAIN EDITS.

1.30   Cardone, Emily A   REVIEW AND ANALYZE EDITS TO MOTION FOR PRELIMINARY INJUNCTION.

5.60   Reilly, Kevin J   REVISE DRAFT COMPLAINT.



04/28/25

Dabanka, Elizabeth A

Maloney, Mary Beth

Crain, Lee R

Hvidt, Scott K

1.70   Cardone, Emily A   REVIEW AND REVISE COMPLAINT.

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

0.30   Cardone, Emily A   REVIEW AND ANALYZE EMBARGOED GRADES.

Cardone, Emily A



Reilly, Kevin J

2.10   Reilly, Kevin J   REVISE COMPLAINT.

Altabef, Veronica H

Togias, Iason G

Dabanka, Elizabeth A

04/29/25   Maloney, Mary Beth

6.50   Crain, Lee R   REVISE COMPLAINT AND OTHER FILINGS TO PREPARE FOR COMMENCING LITIGATION; CONFER WITH CLIENT RE THE SAME.

Hvidt, Scott K

Hvidt, Scott K

Hvidt, Scott K

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

7.10    Cardone, Emily A    REVIEW AND REVISE COMPLAINT TO FINALIZE FOR FILING.

0.80    Cardone, Emily A    REVIEW, REVISE, AND FINALIZE ANCILLARY DOCUMENTS.

1.10    Cardone, Emily A    REVIEW AND REVISE HOSPITAL DECLARATIONS WITH S. HVIDT EDITS.

0.30    Cardone, Emily A    COORDINATE WITH M. MALONEY RE JURISDICTIONAL RESEARCH.

Reilly, Kevin J

Reilly, Kevin J

0.40    Reilly, Kevin J    REVIEW DRAFT COMPLAINT.

Altabef, Veronica H

7.20    Togias, Iason G    REVISE COMPLAINT (4.5); COMPOSE CORPORATE DISCLOSURE STATEMENTS (2.7).



Dabanka, Elizabeth A

Broyles, Jeanine M

04/30/25
Maloney, Mary Beth

1.90   Crain, Lee R

FINALIZE COMPLAINT AND COORDINATE FILING.

Hvidt, Scott K

Hvidt, Scott K

7.50   Cardone, Emily A

REVIEW, REVISE, AND FINALIZE COMPLAINT, CIVIL COVER SHEET, SUMMONS, AND CORPORATE DISCLOSURES.

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

1.10   Reilly, Kevin J

DRAFT EXPERT RECOMMENDATIONS.

Altabef, Veronica H

2.10   Togias, Iason G

REVIEW AND REVISE COMPLAINT.

Dabanka, Elizabeth A

LEAPFROG DISPUTE
64230-01116

---

Detail Costs/Charges:

Litigation support vendors

| 04/30/25 | 3.00 | VENDOR: SECRETARY OF STATE OF TEXAS INVOICE#: 165989573-0425 DATE: 4/30/2025  ACCT.# 165989573/DOCUMENT RETRIEVAL SERVICE/SECRETARY OF STATE OF TEXAS USAGE - APRIL 2025. (V. ALTABEF) |
|---|---|---|
| 04/30/25 | 14.70 | PACER USAGE APRIL 2025. |

Copying

| 04/17/25 | ⊠ | |
|---|---|---|
| 04/24/25 | ⊠ | |

Online research

| 04/01/25 | 249.18 | ALTABEF, VERONICA H.   04/01/25   64230-01116  LEXIS RESEARCH |
|---|---|---|
| 04/23/25 | 238.50 | PAYNE, AUDREY   04/23/25   64230-01116   LEXIS RESEARCH |
| 04/24/25 | 238.50 | PAYNE, AUDREY   04/24/25   64230-01116   LEXIS RESEARCH |
| 04/25/25 | 238.50 | PAYNE, AUDREY   04/25/25   64230-01116   LEXIS RESEARCH |
| 04/26/25 | 245.39 | PAYNE, AUDREY   04/26/25   64230-01116   LEXIS RESEARCH |
| 04/27/25 | 248.04 | PAYNE, AUDREY   04/27/25   64230-01116   LEXIS RESEARCH |
| 04/28/25 | 248.04 | PAYNE, AUDREY   04/28/25   64230-01116   LEXIS RESEARCH |

Online research

| 04/01/25 | 600.00 | ALTABEF,VERONICA   04/01/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
|---|---|---|

| 04/01/25 | 240.00 | CARSTENS,ZACHARY   04/01/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/02/25 | 1,800.00 | ALTABEF,VERONICA   04/02/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/02/25 | 610.11 | CARSTENS,ZACHARY   04/02/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/03/25 | 240.00 | JORGENS,EMILY   04/03/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/04/25 | 240.00 | CARSTENS,ZACHARY   04/04/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/04/25 | 703.68 | JORGENS,EMILY   04/04/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/08/25 | 120.00 | CARSTENS,ZACHARY   04/08/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/09/25 | 120.00 | CARSTENS,ZACHARY   04/09/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/09/25 | 823.68 | HVIDT,SCOTT K   04/09/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/10/25 | 960.00 | ALTABEF,VERONICA   04/10/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/10/25 | 182.26 | CARSTENS,ZACHARY   04/10/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/13/25 | 240.00 | DABANKA,ELIZABETH   04/13/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/14/25 | 360.00 | DABANKA,ELIZABETH   04/14/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/23/25 | 240.00 | PAYNE,AUDREY   04/23/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/24/25 | 4,296.14 | PAYNE,AUDREY   04/24/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |

**Due and Payable Upon Receipt**

| 04/24/25 | 360.00 | DABANKA,ELIZABETH   04/24/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
|---|---|---|
| 04/24/25 | 1,838.50 | ALTABEF,VERONICA   04/24/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/24/25 | 6,617.72 | JORGENS,EMILY   04/24/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/25/25 | 1,080.00 | HAWKINS,SALAH   04/25/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/25/25 | 720.00 | ALTABEF,VERONICA   04/25/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/25/25 | 240.00 | JORGENS,EMILY   04/25/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/26/25 | 2,712.05 | PAYNE,AUDREY   04/26/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/26/25 | 3,949.42 | JORGENS,EMILY   04/26/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/27/25 | 664.02 | PAYNE,AUDREY   04/27/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/27/25 | 240.00 | HAWKINS,SALAH   04/27/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/28/25 | 1,295.79 | PAYNE,AUDREY   04/28/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/28/25 | 480.00 | HAWKINS,SALAH   04/28/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/29/25 | 1,151.03 | JORGENS,EMILY   04/29/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/30/25 | 240.00 | HVIDT,SCOTT K   04/30/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 04/30/25 | 120.00 | JORGENS,EMILY   04/30/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |

<u>Other professionals</u>

04/18/25

<u>Online research</u>

| Date | Amount | Description |
|---|---|---|
| 04/02/25 | 52.42 | CARSTENS, ZACHARY R.  04/02/2025  PRACTICAL LAW US |
| 04/09/25 | 7.75 | CARSTENS, ZACHARY R.  04/09/2025  BLOOMBERG LAW |
| 04/23/25 | 215.62 | DABANKA, ELIZABETH A.  04/23/2025  PRACTICAL LAW US |
| 04/24/25 | 11.90 | ALTABEF, VERONICA H.  04/24/2025  PRACTICAL LAW US |
| 04/24/25 | 50.15 | PAYNE, AUDREY COSETTE  04/24/2025  PRACTICAL LAW US |
| 04/25/25 | 9.70 | REILLY, KEVIN J.  04/25/2025  PACER |
| 04/27/25 | 3.20 | REILLY, KEVIN J.  04/27/2025  PACER |

<u>Out-of-town travel</u>
04/29/25

**Invoice Date: July 8, 2025**                                                                 **Invoice No. 2025071368**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**July 8, 2025**

**Invoice No. 2025071019**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through May 31, 2025**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| | ⊠ | | | ⊠ |
| | **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 8, 2025**                                        **Invoice No. 2025071019**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** [REDACTED]

**July 8, 2025**

**Invoice No. 2025071019**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through May 31, 2025**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ [REDACTED] | $ [REDACTED] | $ [REDACTED] |
| | **Totals** | $ [REDACTED] | $ [REDACTED] | $ [REDACTED] |
| | [REDACTED] | | | [REDACTED] |
| | **Current Balance Due** | | | $ [REDACTED] |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: [REDACTED]
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 8, 2025**                                      **Invoice No. 2025071019**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

LEAPFROG DISPUTE
64230-01116

For Legal Services Rendered Through May 31, 2025                 $ ⊠

| NAME | HOURS | RATE |
|------|-------|------|
| STEPHEN W. FACKLER | | $1,955.0 |
| MARY BETH MALONEY | | 1,950.0 |
| BETTY X. YANG | | 1,635.0 |
| LEE R. CRAIN | | 1,815.0 |
| SCOTT K. HVIDT | | 1,635.0 |
| BRIAN A. RICHMAN | | 1,355.0 |
| EMILY A. CARDONE | | 1,240.0 |
| KEVIN J. REILLY | | 1,355.0 |
| VERONICA H. ALTABEF | | 1,240.0 |
| IASON G. TOGIAS | | 1,060.0 |
| ELIZABETH A. DABANKA | | 1,060.0 |
| CASSIDY Q. LEWIS | | 950.00 |
| GODARD SOLOMON | | 1,060.0 |
| DAVID T. LAM | | 540.00 |
| SPENCER E. SCOTT | | 405.00 |
| LAUREN E. WOMACK | | 540.00 |



**Total Services**                                          $ ⊠

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| DOCUMENT RETRIEVAL SERVICE | $ 24.50 |
| IN HOUSE DUPLICATION | ⊠ |
| INVESTIGATION FEES | |
| ON-LINE RESEARCH (WESTLAW) | 16,862.65 |
| SPECIALIZED RESEARCH | 607.42 |

**Total Costs/Charges**                              ⊠

**Total Services, Costs/Charges**                    ⊠

**BALANCE DUE**                                   $ ⊠

**Invoice Date: July 8, 2025**                          **Invoice No. 2025071019**

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Services:

05/01/25

☒      Maloney, Mary Beth

| | | |
|---|---|---|
| 0.40 | Crain, Lee R | CONFER RE PI STRATEGY. |
| 6.40 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE LITIGATION MATERIALS (2.3); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (.7); DRAFT, REVIEW AND REVISE TALKING POINTS (2.8); EXECUTE VARIOUS STRATEGY TASKS (.6). |

☒      Hvidt, Scott K

| | | |
|---|---|---|
| 1.00 | Hvidt, Scott K | REVIEW AND ANALYZE RESEARCH AND CASE MATERIALS FOR STRATEGIC PURPOSES. |
| 1.50 | Cardone, Emily A | REVIEW AND REVISE MOTION FOR PRELIMINARY INJUNCTION. |

☒      Cardone, Emily A

| | | |
|---|---|---|
| 2.30 | Cardone, Emily A | REVISE PRELIMINARY INJUNCTION MOTION AND MOTION FOR SPEEDY HEARING WITH S. HVIDT EDITS. |
| 0.50 | Cardone, Emily A | DEVELOP STRATEGY WITH M. MALONEY, L. CRAIN, S. HVIDT, K. REILLY, V. ALTABEF, I. TOGIAS, AND E. DABANKA RE PRELIMINARY INJUNCTION. |

**Invoice Date: July 8, 2025**                    **Invoice No. 2025071019**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| ⊠ | Cardone, Emily A | ⊠ |
| 0.60 | Cardone, Emily A | REVIEW AND ANALYZE CORNERSTONE ANSWERS TO SPRING 2025 RESEARCH QUESTIONS. |
| 0.50 | Cardone, Emily A | REVIEW AND ANALYZE RESEARCH ON JUDGE MIDDLEBROOKS CASES. |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.30 | Cardone, Emily A | COORDINATE WITH LOCAL COUNSEL RE WAIVER OF SERVICE AND RESPONSE DEADLINES. |
| ⊠ | Cardone, Emily A | ⊠ |
| 5.10 | Reilly, Kevin J | REVISE PRELIMINARY INJUNCTION. |
| ⊠ | Reilly, Kevin J | ⊠ |
| ⊠ | Reilly, Kevin J | ⊠ |
| 0.30 | Reilly, Kevin J | CONFER WITH OUTSIDE COUNSEL REGARDING CASE STRATEGY. |
| ⊠ | Altabef, Veronica H | ⊠ |
| 6.50 | Togias, Iason G | CONDUCT RESEARCH AND COMPOSE MEMORANDUM ON DECISIONS BY D. MIDDLEBROOKS (6.0); CONFER WITH TEAM RE PRELIMINARY INJUNCTION STRATEGY (0.5). |

Dabanka, Elizabeth A

05/02/25

Maloney, Mary Beth

1.50    Crain, Lee R                    CONFER WITH CLIENT (.5);
                                        CONFER WITH M. MALONEY (.5);
                                        REVIEW FILINGS (.5).

Hvidt, Scott K

0.80    Hvidt, Scott K                  WORK WITH TEAM REGARDING
                                        STRATEGY AND TASKS.

7.30    Hvidt, Scott K                  DRAFT, REVIEW AND REVISE
                                        MOTION FOR PRELIMINARY
                                        INJUNCTION (5.8); DRAFT
                                        CORRESPONDENCE REGARDING
                                        STRATEGY AND TASKS (.8);
                                        EXECUTE VARIOUS LITIGATION
                                        STRATEGY TASKS (.7).

4.60    Cardone, Emily A                REVIEW AND REVISE MOTION FOR
                                        PRELIMINARY INJUNCTION.

Cardone, Emily A

0.30    Cardone, Emily A                DEVELOP STRATEGY WITH LOCAL
                                        COUNSEL RE PRELIMINARY
                                        INJUNCTION MOTION.

| 0.50 | Reilly, Kevin J | CONFER WITH CLIENT GROUP AND P. KELLER REGARDING CONSUMER CHOICE EXPERTISE. |
|---|---|---|
| 2.90 | Reilly, Kevin J | REVISE PRELIMINARY INJUNCTION BRIEF. |
| ⊠ | Altabef, Veronica H | |
| 0.20 | Togias, Iason G | CORRESPOND WITH S. HVIDT RE RESEARCH FOR PRELIMINARY INJUNCTION BRIEF. |

**05/03/25**

| 0.40 | Hvidt, Scott K | DRAFT CORRESPONDENCE REGARDING LITIGATION STRATEGY. |
|---|---|---|
| 2.20 | Cardone, Emily A | REVIEW AND REVISE MOTION FOR PRELIMINARY INJUNCTION. |

**05/04/25**

| 1.00 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE PRELIMINARY INJUNCTION MOTION (.7); EXECUTE VARIOUS LITIGATION STRATEGY TASKS (.3). |
|---|---|---|
| 0.10 | Togias, Iason G | REVIEW INTERNAL CORRESPONDENCE RE PRELIMINARY INJUNCTION. |

**05/05/25**

| ⊠ | Maloney, Mary Beth | |
|---|---|---|
| 0.80 | Crain, Lee R | REVISE MOTION. |
| 0.70 | Hvidt, Scott K | WORK WITH TEAM REGARDING LITIGATION STRATEGY AND TASKS. |

| | | |
|---|---|---|
| 1.60 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE VARIOUS LITIGATION MATERIALS (1.2); EXECUTE VARIOUS STRATEGY TASKS (.4). |
| 1.20 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO CLIENT REGARDING HOSPITAL DECLARATIONS. |
| 0.30 | Cardone, Emily A | REVIEW AND REVISE KELLER ENGAGEMENT AGREEMENT. |
| 0.50 | Cardone, Emily A | REVIEW AND REVISE HOSPITAL DECLARATIONS TO REMOVE CONFIDENTIAL INFORMATION. |
| 0.80 | Cardone, Emily A | REVIEW AND ANALYZE MIDDLEBROOKS CASES FOR PRELIMINARY INJUNCTION. |
| 0.50 | Cardone, Emily A | COORDINATE WITH CORNERSTONE RE REVISIONS TO NICHOLSON DECLARATION. |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.60 | Cardone, Emily A | DRAFT RESPONSE TO LEAPFROG RE PRELIMINARY INJUNCTION. |
| 0.60 | Reilly, Kevin J | COORDINATE EXPERT DECLARATIONS. |
| ⊠ | Altabef, Veronica H | ⊠ |
| 4.70 | Togias, Iason G | CONDUCT RESEARCH AND COMPOSE MEMORANDUM ON JUDGE MIDDLEBROOKS' FDUTPA DECISIONS. |
| 05/06/25 5.00 | Maloney, Mary Beth | FURTHER EDITS TO BRIEF—REVISE FURTHER |

| | | |
|---|---|---|
| 2.70 | Crain, Lee R | CONFER WITH LOCAL COUNSEL RE STATUS AND STRATEGY (.5); INTERVIEW EXPERTS (1); REVISE BRIEF (1.2). |
| 0.90 | Hvidt, Scott K | WORK WITH TEAM REGARDING STRATEGY AND TASKS. |
| 1.20 | Hvidt, Scott K | WORK WITH EXPERT TEAMS REGARDING DECLARATION STRATEGY (.7); WORK WITH LOCAL COUNSEL REGARDING STRATEGY (.5) |
| 2.50 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE DECLARATIONS (1.9); EXECUTE VARIOUS STRATEGY TASKS (.6). |
| 0.50 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO CLIENT REPRESENTATIVES REGARDING REQUESTS. |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 0.70 | Cardone, Emily A | REVIEW AND REVISE EMAIL TO LEAPFROG RE PRELIMINARY INJUNCTION AND DISCOVERY SCHEDULE WITH S. HVIDT AND L. CRAIN EDITS. |
| 0.60 | Cardone, Emily A | REVIEW AND REVISE TALKING POINTS RE PRELIMINARY INJUNCTION. |
| 0.60 | Cardone, Emily A | REVIEW AND REVISE UPDATED S. NICHOLSON DECLARATION. |
| | Cardone, Emily A | |

| | | |
|---|---|---|
| 0.80 | Reilly, Kevin J | ATTEND TEAM CALL (0.5); CONFER WITH L. CRAIN REGARDING PRELIMINARY INJUNCTION STRATEGY (0.3). |
| 1.20 | Reilly, Kevin J | PREPARE FOR AND ATTEND CALL WITH DR. CHAN (0.6); PREPARE FOR AND ATTEND CALL WITH CORNERSTONE REGARDING DR. KELLER'S DECLARATION (0.6). |
| 0.80 | Reilly, Kevin J | COORDINATE EXPERT CALL CALENDARS (0.2); DRAFT TALKING POINTS IN ADVANCE OF EXPERT CALLS (0.6). |
| 0.50 | Reilly, Kevin J | PREPARE CALL SUMMARIES WITH EXPERTS. |
| ⊠ | Altabef, Veronica H | ⊠ |
| 1.10 | Togias, Iason G | CONDUCT RESEARCH ON IRREPARABLE HARM (0.5); CONFER WITH TEAM RE PRELIMINARY INJUNCTION STRATEGY (0.6). |
| ⊠ | Dabanka, Elizabeth A | ⊠ |

05/07/25

| | | |
|---|---|---|
| 4.00 | Maloney, Mary Beth | FURTHER EDITS TO BRIEF—REVISE FURTHER |
| 3.10 | Crain, Lee R | REVIEW DECLARATIONS (1.5); REVIEW BRIEF (1.6). |
| 0.30 | Hvidt, Scott K | CONFERENCE WITH CLIENT REGARDING ADMISSIONS METRICS. |

| | | |
|---|---|---|
| 4.60 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE DECLARATIONS (3.4); EXECUTE VARIOUS STRATEGY TASKS (.7); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (.5). |
| ⊠ | Richman, Brian A | ⊠ |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.30 | Cardone, Emily A | COORDINATE WITH LOCAL COUNSEL RE MIDDLEBROOKS CASES. |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.80 | Cardone, Emily A | REVIEW AND REVISE EXHIBITS FOR HOSPITAL DECLARATIONS. |
| 2.80 | Cardone, Emily A | REVIEW AND REVISE HOSPITAL CEO DECLARATIONS. |
| 6.90 | Reilly, Kevin J | REVISE PRELIMINARY INJUNCTION BRIEF. |
| 3.60 | Togias, Iason G | CONDUCT RESEARCH AND COMPOSE MEMORANDUM ON REPRESENTED-PARTY RULE. |
| ⊠ | Dabanka, Elizabeth A | ⊠ |

05/08/25

| | | |
|---|---|---|
| 0.30 | Maloney, Mary Beth | ATTEND TO EXPERT REPORTS FOR PI; REVISE UPDATE TO CLIENT RE STRATEGY; ATTEND TO CMS UPDATES; CONFER WITH CLIENT RE CHANGES TO WEBSITE. |
| 1.60 | Crain, Lee R | REVIEW DECLARATIONS (1.1); INTERVIEW EXPERT (.5). |

| | | |
|---|---|---|
| 2.40 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE MOTION FOR PRELIMINARY INJUNCTION MATERIALS. |
| 0.50 | Hvidt, Scott K | WORK WITH EXPERT AND CLIENT REGARDING NICHOLSON REPORT. |
| ⊠ | Hvidt, Scott K | ⊠ |
| 0.60 | Hvidt, Scott K | EXECUTE VARIOUS PRELIMINARY INJUNCTION STRATEGY TASKS. |
| ⊠ | Richman, Brian A | ⊠ |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.40 | Cardone, Emily A | REVIEW AND REVISE HOSPITAL DECLARATIONS WITH L. CRAIN EDITS. |
| 0.30 | Cardone, Emily A | DEVELOP STRATEGY WITH S. HVIDT AND V. ALTABEF RE ADDITIONAL RESEARCH FOR PRELIMINARY INJUNCTION. |
| 1.40 | Cardone, Emily A | REVIEW AND ANALYZE PLAINTIFF BRIEFS FOR ADDITIONAL CASES FOR PRELIMINARY INJUNCTION. |
| ⊠ | Cardone, Emily A | ⊠ |
| 1.30 | Reilly, Kevin J | REVIEW LEGAL RESEARCH IN SUPPORT OF PRELIMINARY INJUNCTION (0.5); REVIEW FACT AND EXPERT DECLARATIONS (0.8) |
| 1.80 | Reilly, Kevin J | REVISE EXPERT DECLARATIONS (0.3); REVISE PRELIMINARY INJUNCTION (1.5) |
| 0.50 | Reilly, Kevin J | ATTEND EXPERT CALL WITH DR. NICHOLSON. |

| 0.50 | Reilly, Kevin J | CONFER WITH B. RICHMAN REGARDING PRELIMINARY INJUNCTION BRIEF STRATEGY. |
|------|-----------------|---------------------------------------------------------------------------|

Altabef, Veronica H

| 0.30 | Togias, Iason G | CORRESPOND WITH TEAM RE RESEARCH FOR PRELIMINARY INJUNCTION BRIEF. |
|------|-----------------|--------------------------------------------------------------------|

Dabanka, Elizabeth A

**05/09/25**

Maloney, Mary Beth

| 0.90 | Crain, Lee R | CONFER WITH CLIENT RE STATUS AND STRATEGY. |
|------|--------------|-------------------------------------------|

| 2.70 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE PRELIMINARY INJUNCTION MATERIALS (2.1); EXECUTE VARIOUS LITIGATION STRATEGY TASKS (.6). |
|------|----------------|----------------------------------------------------------------------------------------------------------------|

| 0.50 | Hvidt, Scott K | WORK WITH TEAM REGARDING STRATEGY AND TASKS. |
|------|----------------|----------------------------------------------|

Richman, Brian A

Cardone, Emily A

Cardone, Emily A

| | | |
|---|---|---|
| 0.50 | Cardone, Emily A | REVIEW AND ANALYZE P. KELLER DECLARATION FOR PRELIMINARY INJUNCTION MOTION. |
| 0.60 | Cardone, Emily A | REVIEW AND ANALYZE REVISED S. NICHOLSON DECLARATION. |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.50 | Reilly, Kevin J | CONFER WITH ASSOCIATE TEAM REGARDING RESEARCH WORK STREAMS. |
| 2.40 | Reilly, Kevin J | REVISE KELLER DECLARATION (1.1); REVISE PRELIMINARY INJUNCTION (1.3). |
| ⊠ | Altabef, Veronica H | ⊠ |
| 1.40 | Togias, Iason G | CONDUCT RESEARCH RE IMPLIED FALSEHOODS UNDER FIRST AMENDMENT. |
| ⊠ | Dabanka, Elizabeth A | ⊠ |
| 05/10/25 1.00 | Maloney, Mary Beth | REVIEW RESEARCH ON POSSIBLE COOPERATING WITNESS REACH-OUTS AND CONFER WITH CLIENT RE SAME .5; ADDRESS CLINICAL EXPERT RETENTION ISSUES .5. |
| 0.60 | Hvidt, Scott K | WORK WITH TEAM REGARDING PRELIMINARY INJUNCTION STRATEGY AND TASKS. |
| 0.40 | Hvidt, Scott K | REVIEW AND ANALYZE INVESTIGATION ANALYSIS. |

| Date/Hours | Timekeeper | Description |
|---|---|---|
| 05/11/25 | Hvidt, Scott K | |
| 05/12/25 | Maloney, Mary Beth | |
| 6.50 | Crain, Lee R | REVISE MOTION FOR A PRELIMINARY INJUNCTION BRIEF. |
| | Hvidt, Scott K | |
| 0.80 | Hvidt, Scott K | WORK WITH TEAM REGARDING STRATEGY AND TASKS. |
| 1.50 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE MOTION FOR PRELIMINARY INJUNCTION MATERIALS (.9); EXECUTE VARIOUS STRATEGY TASKS (.6). |
| | Richman, Brian A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |

|  | Cardone, Emily A |  |
|---|---|---|

| 0.60 | Cardone, Emily A | REVIEW AND REVISE DECLARATIONS WITH CLINICIAN TESTIMONY. |
|---|---|---|

| 0.30 | Cardone, Emily A | REVIEW AND REVISE RESPONSE TO LEAPFROG. |
|---|---|---|

| 5.60 | Reilly, Kevin J | REVISE PRELIMINARY INJUNCTION (4.8); REVISE DECLARATION OF PROFESSOR KELLER (0.8). |
|---|---|---|

| 0.10 | Togias, Iason G | REVIEW INTERNAL CORRESPONDENCE RE HOSPITAL GRADES. |
|---|---|---|

|  | Dabanka, Elizabeth A |  |
|---|---|---|

05/13/25

|  | Maloney, Mary Beth |  |
|---|---|---|

| 4.00 | Crain, Lee R | REVIEW PRELIMINARY INJUNCTION FILINGS. |
|---|---|---|

| 2.90 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE PRELIMINARY INJUNCTION MATERIALS (2.2); EXECUTE VARIOUS STRATEGY TASKS (.7). |
|---|---|---|

| 0.80 | Hvidt, Scott K | WORK WITH TEAM REGARDING STRATEGY AND TASKS. |
|---|---|---|

| 1.50 | Cardone, Emily A | REVIEW AND REVISE MOTION FOR PRELIMINARY INJUNCTION WITH M. MALONEY AND L. CRAIN EDITS. |
|---|---|---|

| | | |
|---|---|---|
| 0.40 | Cardone, Emily A | DEVELOP STRATEGY WITH L. CRAIN, S. HVIDT, AND V. ALTABEF RE MOTION FOR PRELIMINARY INJUNCTION. |
| 1.20 | Cardone, Emily A | DRAFT AND REVISE COVER MOTION AND PROPOSED ORDERS FOR MOTION FOR PRELIMINARY INJUNCTION. |
| 1.60 | Cardone, Emily A | REVIEW AND REVISE HOSPITAL DECLARATIONS AND RELATED EXHIBITS. |
| 5.40 | Reilly, Kevin J | REVISE DRAFT DECLARATION FOR CLINICIAN EXPERT (2.4); REVISE PRELIMINARY INJUNCTION BRIEF (2.1); REVIEW ATTORNEY DECLARATION EXHIBITS (0.9) |
| 0.40 | Reilly, Kevin J | INTERVIEW CLINICIAN EXPERT DR. PATERSON. |
| 0.50 | Reilly, Kevin J | CONFER WITH TEAM REGARDING CASE STRATEGY. |
| ⊠ | Altabef, Veronica H | ⊠ |
| 0.50 | Togias, Iason G | CONFER WITH TEAM RE PRELIMINARY INJUNCTION BRIEF. |
| ⊠ | Dabanka, Elizabeth A | ⊠ |
| 05/14/25 6.50 | Maloney, Mary Beth | REVISIONS TO PI FILING AND CONFER WITH TEAM RE SAME—NARROW RELIEF—REVISE INTRODUCTION, REVIEW ALL FILINGS, ATTEND TO CLINICIAN EXPERT ISSUES. |
| 3.20 | Crain, Lee R | REVISE PI FILINGS. |

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 3.00 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE PRELIMINARY INJUNCTION MATERIALS (2.4); EXECUTE VARIOUS LITIGATION STRATEGY TASKS (.6). |
| 0.40 | Hvidt, Scott K | WORK WITH TEAM REGARDING STRATEGY AND TASKS. |
| 0.70 | Cardone, Emily A | REVIEW AND REVISE COVER MOTION AND PROPOSED ORDERS. |
| 0.40 | Cardone, Emily A | REVIEW AND ANALYZE CEASE AND DESIST. |
| 1.30 | Cardone, Emily A | REVIEW AND REVISE PRELIMINARY INJUNCTION WITH M. MALONEY AND L. CRAIN EDITS. |
| 1.40 | Cardone, Emily A | REVIEW AND REVISE L. CRAIN DECLARATION AND EXHIBITS FOR PRELIMINARY INJUNCTION. |
| 1.70 | Cardone, Emily A | REVIEW AND ANALYZE CASES FOR PRELIMINARY INJUNCTION MOTION. |
| 1.40 | Cardone, Emily A | REVIEW, REVISE, AND FINALIZE HOSPITAL DECLARATIONS IN SUPPORT OF PRELIMINARY INJUNCTION MOTION. |
| 0.40 | Reilly, Kevin J | CONFER WITH E. CARDONE REGARDING STRATEGY. |
| 4.00 | Reilly, Kevin J | REVISE PRELIMINARY INJUNCTION BRIEF (1.3); REVISE ATTORNEY DECLARATION (2.7). |
| ☒ | Altabef, Veronica H | ☒ |
| 3.60 | Togias, Iason G | REVIEW AND REVISE PRELIMINARY INJUNCTION BRIEF. |

| | | | |
|---|---|---|---|
| | Dabanka, Elizabeth A | | |
| 05/15/25 | Fackler, Stephen W | | |
| | Maloney, Mary Beth | | |
| 7.50 | Crain, Lee R | | REVISE FILINGS FOR PRELIMINARY INJUNCTION. |
| 7.30 | Hvidt, Scott K | | DRAFT, REVIEW AND REVISE MOTION FOR PRELIMINARY INJUNCTION AND RELATED MATERIALS. |
| 1.60 | Hvidt, Scott K | | WORK WITH TEAM REGARDING STRATEGY AND TASKS. |
| | Cardone, Emily A | | |
| 0.70 | Cardone, Emily A | | DRAFT AND REVISE WEEKLY UPDATE AND TASK LIST. |
| 0.50 | Cardone, Emily A | | DEVELOP STRATEGY WITH LOCAL COUNSEL RE PRELIMINARY INJUNCTION. |
| 1.70 | Cardone, Emily A | | REVIEW, REVISE, AND FINALIZE HOSPITAL DECLARATIONS. |
| 1.10 | Cardone, Emily A | | REVIEW AND REVISE S. NICHOLSON DECLARATION. |
| 0.40 | Cardone, Emily A | | REVIEW AND ANALYZE MOTION FOR STATUS CONFERENCE. |

| 8.60 | Cardone, Emily A | REVIEW, REVISE, AND FINALIZE MOTION FOR PRELIMINARY INJUNCTION, L. CRAIN DECLARATION, EXHIBITS, AND PROPOSED ORDER. |
| 0.40 | Reilly, Kevin J | COORDINATE WITH ASSOCIATES REGARDING FINALIZING BRIEF. |
| 6.30 | Reilly, Kevin J | REVISE DECLARATION (2.1); REVISE PRELIMINARY INJUNCTION BRIEF (4.2) |
| ⊠ | Altabef, Veronica H | ⊠ |
| 0.10 | Togias, Iason G | REVIEW CORRESPONDENCE RE PRELIMINARY INJUNCTION BRIEF. |
| ⊠ | Dabanka, Elizabeth A | ⊠ |
| ⊠ | Lewis, Cassidy Q | ⊠ |
| ⊠ | Solomon, Godard | ⊠ |
| ⊠ | Solomon, Godard | ⊠ |
| ⊠ | Scott, Spencer E | ⊠ |

05/16/25

☒  Fackler, Stephen W

☒  Maloney, Mary Beth

7.50  Crain, Lee R

REVIEW, REVISE, AND FINALIZE PRELIMINARY INJUNCTION FILINGS (7.25); CONFER WITH CLIENT RE THE SAME (.25).

2.50  Cardone, Emily A

REVIEW, REVISE, AND FINALIZE PRELIMINARY INJUNCTION MOTION AND DECLARATIONS.

10.20  Reilly, Kevin J

FINALIZE PRELIMINARY INJUNCTION BRIEF AND ANCILLARY FILINGS.

0.10  Reilly, Kevin J

COMMUNICATE WITH ASSOCIATE TEAM REGARDING RESEARCH.

☒  Togias, Iason G

☒  Dabanka, Elizabeth A

☒  Lewis, Cassidy Q

☒  Solomon, Godard

**Due and Payable Upon Receipt**



Solomon, Godard

Solomon, Godard

Lam, David T

05/18/25
1.60   Cardone, Emily A          REVIEW AND ANALYZE MOTION
                                 FOR PRELIMINARY INJUNCTION
                                 AND EXHIBITS.

Cardone, Emily A

05/19/25
Maloney, Mary Beth

Crain, Lee R

1.60   Hvidt, Scott K            DRAFT, REVIEW AND REVISE
                                 REQUESTS FOR PRODUCTION.

2.00   Hvidt, Scott K            EXECUTE VARIOUS LITIGATION
                                 STRATEGY TASKS (.5); DRAFT
                                 ASSIGNMENTS FOR CEASE AND
                                 DESIST LETTER (.7); DRAFT,
                                 REVIEW AND REVISE RESPONSE
                                 TO CEASE AND DESIST LETTER
                                 (.8).

Cardone, Emily A

Cardone, Emily A

0.80 Cardone, Emily A — REVIEW, ANALYZE, AND REVISE CITATIONS TO COMPLAINT AND PRELIMINARY INJUNCTION FOR RESPONSE TO CEASE AND DESIST LETTER.

0.80 Cardone, Emily A — REVIEW AND ANALYZE QUALIFIED LITIGATION PRIVILEGE FOR RESPONSE TO CEASE AND DESIST LETTER AND CONDUCT ADDITIONAL RESEARCH.

0.40 Reilly, Kevin J — REVIEW PRIVILEGE RESEARCH.

Altabef, Veronica H

0.10 Togias, Iason G — CORRESPOND WITH TEAM RE RESEARCH ON LITIGATION PRIVILEGE.

Dabanka, Elizabeth A

05/20/25
Maloney, Mary Beth

Yang, Betty X

1.60 Crain, Lee R — ATTENTION TO STATUS AND STRATEGY RE CASE DEVELOPMENTS.

| | | |
|---|---|---|
| 0.90 | Hvidt, Scott K | PARTICIPATE IN TEAM MEETING REGARDING STRATEGY AND TASKS (.5); WORK WITH TEAM MEMBERS REGARDING STRATEGY (.4). |
| 2.50 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE RESPONSE TO CEASE AND DESIST LETTER (1.8); EXECUTE VARIOUS STRATEGY TASKS (.7). |
| 1.10 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE REQUESTS FOR PRODUCTION. |
| 0.60 | Cardone, Emily A | DEVELOP STRATEGY WITH INTERNAL TEAM RE RESPONSE TO CEASE AND DESIST, REQUESTS FOR PRODUCTION, AND COALITION. |
| ⊠ | Cardone, Emily A | ⊠ |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.50 | Cardone, Emily A | REVIEW AND ANALYZE LITIGATION PRIVILEGE RESEARCH AND RELATED CASES FOR CEASE AND DESIST LETTER RESPONSE. |
| 1.40 | Cardone, Emily A | DRAFT AND REVISE REQUESTS FOR PRODUCTION TO LEAPFROG. |
| 0.40 | Cardone, Emily A | REVIEW AND REVISE RESPONSE TO CEASE AND DESIST LETTER. |
| 7.30 | Reilly, Kevin J | DRAFT OPPOSITION TO CEASE AND DESIST. |
| 2.00 | Reilly, Kevin J | RESEARCH FIRST AMENDMENT LAW. |

Altabef, Veronica H

3.20        Togias, Iason G

CONFER WITH TEAM RE
RESPONSE TO CEASE AND DESIST
LETTER (0.5); CONDUCT
RESEARCH AND COMPOSE
MEMORANDUM RE LITIGATION
PRIVILEGE (2.7).

Dabanka, Elizabeth A

05/21/25
1.60        Maloney, Mary Beth

CONFER WITH CLIENT AND TEAM
RE RECOMMENDATION FOR PI
AND SCHEDULE (1.3); REVISE
CEASE AND DESIST LETTER (.3).

Yang, Betty X

2.00        Crain, Lee R

ATTENTION TO STATUS AND
STRATEGY (.5); REVISE CEASE
AND DESIST LETTER (1.5).

0.80        Hvidt, Scott K

DRAFT, REVIEW AND REVISE
DISCOVERY REQUESTS.

2.60        Hvidt, Scott K

DRAFT, REVIEW AND REVISE
LETTER TO OPPOSING COUNSEL
(1.2); DRAFT, REVIEW AND REVISE
CASE SCHEDULE (.6); DRAFT,
REVIEW AND REVISE
CORRESPONDENCE REGARDING
STRATEGY AND TASKS (.8).



| | | |
|---|---|---|
| | Hvidt, Scott K | |
| | Cardone, Emily A | |
| 0.50 | Cardone, Emily A | DRAFT AND REVISE PROPOSED CASE SCHEDULE. |
| 0.40 | Cardone, Emily A | REVIEW AND ANALYZE CORNERSTONE ADDITIONS TO REQUESTS FOR PRODUCTION. |
| 0.40 | Cardone, Emily A | LEGAL RESEARCH RE JUDGE MATTHEWMAN FOR STATUS CONFERENCE. |
| 0.70 | Cardone, Emily A | LEGAL RESEARCH RE APPLICABILITY OF ANTI-SLAPP STATUTE IN FEDERAL COURT. |
| 0.50 | Cardone, Emily A | REVIEW AND REVISE REQUESTS FOR PRODUCTION. |
| 0.40 | Reilly, Kevin J | REVISE CEASE AND DESIST LETTER. |
| | Altabef, Veronica H | |
| 0.10 | Togias, Iason G | CORRESPOND WITH TEAM RE RESEARCH ON MAGISTRATE JUDGE. |

05/22/25

| | | |
|---|---|---|
| | Maloney, Mary Beth | |
| | Yang, Betty X | |

| | | |
|---|---|---|
| 2.00 | Crain, Lee R | REVIEW AND REVISE CEASE AND DESIST LETTER (.5); REVISE CASE SCHEDULE (.5); COORDINATE MEET AND CONFER WITH OPPOSING COUNSEL (.3); ATTENTION TO STATUS AND STRATEGY (.7). |
| ☒ | Hvidt, Scott K | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| 0.30 | Cardone, Emily A | REVIEW AND REVISE PROPOSED CASE SCHEDULE WITH L. CRAIN EDITS. |
| 0.40 | Cardone, Emily A | REVIEW AND ANALYZE LOCAL COUNSEL SCHEDULING ORDERS AND RECENT JUDGE MATTHEWMAN DECISION. |
| 0.30 | Cardone, Emily A | REVIEW AND ANALYZE E. DABANKA RESEARCH RE JUDGE MATTHEWMAN FIRST AMENDMENT DECISIONS. |
| ☒ | Cardone, Emily A | ☒ |
| 1.30 | Reilly, Kevin J | CONDUCT RESEARCH REGARDING FIRST AMENDMENT. |
| ☒ | Altabef, Veronica H | ☒ |
| 1.40 | Togias, Iason G | CONDUCT RESEARCH AND CORRESPOND WITH TEAM RE LITIGATION PRIVILEGE. |



Dabanka, Elizabeth A

Scott, Spencer E

05/23/25

Maloney, Mary Beth

| | | |
|---|---|---|
| 1.90 | Crain, Lee R | CONFER WITH CLIENT (.5); MEET AND CONFER WITH OPPOSING COUNSEL AND PREPARE FOR THE SAME (1); ATTENTION TO STATUS AND STRATEGY (.2). |
| 0.50 | Hvidt, Scott K | EXECUTE VARIOUS LITIGATION STRATEGY TASKS. |
| | Cardone, Emily A | |
| 0.30 | Cardone, Emily A | DEBRIEF LEAPFROG CALL WITH L. CRAIN AND S. HVIDT. |
| | Cardone, Emily A | |
| 0.30 | Togias, Iason G | CORRESPOND WITH TEAM RE RESEARCH ON FLORIDA ANTI-SLAPP LAW. |

05/25/25
0.30        Cardone, Emily A                                    REVIEW AND ANALYZE I. TOGIAS
                                                                RESEARCH RE JUDGE
                                                                MATTHEWMAN AND FDUTPA
                                                                CLAIMS.

2.10        Togias, Iason G                                     CONDUCT RESEARCH AND
                                                                COMPOSE MEMORANDUM ON
                                                                JUDGE MATTHEWMAN.

05/27/25
⊠           Maloney, Mary Beth

⊠           Yang, Betty X

⊠           Crain, Lee R

| 1.30 | Hvidt, Scott K | DRAFT CORRESPONDENCE REGARDING SCHEDULING STRATEGY (.9); REVIEW AND ANALYZE STRATEGY AND UPDATES (.4). |
| 0.60 | Cardone, Emily A | REVIEW AND REVISE TALKING POINTS FOR CONFERENCE. |
| 0.50 | Cardone, Emily A | REVIEW AND REVISE PROPOSED SCHEDULING ORDER AND EMAIL TO OPPOSING COUNSEL. |
| | Cardone, Emily A | |
| 0.50 | Cardone, Emily A | REVIEW, REVISE, AND FINALIZE RESPONSE TO CEASE AND DESIST LETTER. |
| 0.50 | Cardone, Emily A | DRAFT AND REVISE NOTICE TO WITHDRAW PRELIMINARY INJUNCTION. |
| 3.60 | Reilly, Kevin J | DRAFT TALKING POINT OUTLINE. |
| 2.80 | Togias, Iason G | CONFER WITH K. REILLY AND A. CARTER RE FLORIDA ANTI-SLAPP RESEARCH (0.3); REVIEW AND REVISE RESPONSE TO CEASE-AND-DESIST LETTER (2.5). |
| | Dabanka, Elizabeth A | |

05/28/25

| | Maloney, Mary Beth | |

| | | |
|---|---|---|
| 2.50 | Maloney, Mary Beth | PREPARE FOR AND ARGUE AT CASE MANAGEMENT CONFERENCE AND UPDATE CLIENT RE SAME 2.5 |
| | Yang, Betty X | |
| 3.00 | Crain, Lee R | PREPARE FOR AND ATTEND CONFERENCE AND FOLLOW UP RE THE SAME (1.5); FINALIZE CEASE AND DESIST LETTER AND SEND TO OPPOSING COUNSEL (.5); ATTENTION TO STATUS AND STRATEGY (1). |
| 1.30 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO TEAM REGARDING STRATEGY AND TASKS (.7); EXECUTE VARIOUS LITIGATION STRATEGY TASKS (.6). |
| 0.50 | Hvidt, Scott K | REVIEW AND ANALYZE STATUS CONFERENCE NOTES AND TALKING POINTS. |
| 0.70 | Cardone, Emily A | DRAFT AND REVISE UPDATE RE CASE SCHEDULE. |
| 0.40 | Cardone, Emily A | REVIEW AND FINALIZE RESPONSE TO CEASE AND DESIST LETTER. |
| | Cardone, Emily A | |
| 1.10 | Cardone, Emily A | DRAFT UPDATE RE CONFERENCE AND CHART COMPARING PROPOSED SCHEDULE AND SCHEDULING ORDER. |

| 0.40 | Cardone, Emily A | DEVELOP STRATEGY WITH S. HVIDT AND K. REILLY RE NEXT STEPS. |
|------|------------------|-------------------------------------------------------------|
| 1.00 | Reilly, Kevin J | REVISE TALKING POINTS FOR CASE MANAGEMENT CONFERENCE. |
| 0.50 | Reilly, Kevin J | CONFER WITH L. CRAIN REGARDING CASE STRATEGY. |
| 1.90 | Togias, Iason G | REVISE RESPONSE TO CEASE-AND-DESIST LETTER. |

Dabanka, Elizabeth A

05/29/25

Maloney, Mary Beth

Yang, Betty X

| 0.70 | Crain, Lee R | ATTEND TO CASE MANAGEMENT, INCLUDING CLIENT UPDATE AND STAFFING ANALYSIS FOR NEXT PHASE OF CASE. |
|------|--------------|-------------------------------------------------------------------------------------------------|

| 1.80 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE DOCUMENT REQUESTS. |

Hvidt, Scott K

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

| 1.90 | Togias, Iason G | CONDUCT RESEARCH AND COMPOSE MEMORANDUM RE OBTAINING BENCH TRIAL. |

Dabanka, Elizabeth A

05/30/25

Maloney, Mary Beth

Yang, Betty X

| | | |
|---|---|---|
| 2.10 | Crain, Lee R | CONFER RE STATUS AND STRATEGY WITH TEAM (1); CONFER WITH CLIENT AND PREPARE FOR THE SAME (.5); REVIEW RESEARCH RE JURY TRIAL DEMAND (.5). |
| 1.20 | Hvidt, Scott K | PARTICIPATE IN TEAM STRATEGY MEETING (.7); DRAFT CORRESPONDENCE WITH TEAM REGARDING STRATEGY AND TASKS (.5). |
| ⊠ | Hvidt, Scott K | ⊠ |
| 1.10 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE DISCOVERY REQUESTS. |
| 0.50 | Hvidt, Scott K | REVIEW AND ANALYZE MATERIALS FOR THE DISCOVERY PLAN. |
| 0.70 | Cardone, Emily A | REVIEW AND REVISE REQUESTS FOR PRODUCTION. |
| 0.80 | Reilly, Kevin J | COORDINATE STRATEGY REGARDING OPPOSITION TO MOTION TO DISMISS. |
| 0.30 | Reilly, Kevin J | COMMUNICATE WITH L. CRAIN REGARDING CASE STRATEGY. |
| 0.30 | Togias, Iason G | CORRESPOND WITH TEAM RE RESEARCH FOR OPPOSITION TO MOTION TO DISMISS. |
| ⊠ | Womack, Lauren E | ⊠ |

05/31/25

| | | |
|---|---|---|
| 1.50 | Cardone, Emily A | DRAFT AND REVISE DISCOVERY PLAN. |

LEAPFROG DISPUTE
64230-01116

Detail Costs/Charges:

Litigation support vendors

| 05/28/25 | 13.60 | PACER USAGE MAY 2025. |
| 05/28/25 | 10.90 | PACER USAGE MAY 2025. |

Copying

| 05/07/25 | | |
| 05/14/25 | | |
| 05/19/25 | | |
| 05/28/25 | | |

Private Investigators

| 05/20/25 | | |

Online research

| 05/01/25 | 2,142.02 | TOGIAS,IASON   05/01/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/01/25 | 240.00 | HVIDT,SCOTT K   05/01/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/04/25 | 240.00 | JORGENS,EMILY   05/04/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/05/25 | 1,440.00 | TOGIAS,IASON   05/05/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/06/25 | 480.00 | TOGIAS,IASON   05/06/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |

**Due and Payable Upon Receipt**

| 05/07/25 | 3,738.02 | TOGIAS,IASON     05/07/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
|---|---|---|
| 05/07/25 | 317.61 | RICHMAN,BRIAN     05/07/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/08/25 | 1,047.36 | ALTABEF,VERONICA     05/08/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/08/25 | 317.61 | RICHMAN,BRIAN     05/08/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/09/25 | 240.00 | TOGIAS,IASON     05/09/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/14/25 | 600.00 | DABANKA,ELIZABETH     05/14/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/14/25 | 360.00 | TOGIAS,IASON     05/14/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/15/25 | 960.00 | DABANKA,ELIZABETH     05/15/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/19/25 | 240.00 | DABANKA,ELIZABETH     05/19/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/20/25 | 480.00 | TOGIAS,IASON     05/20/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/22/25 | 1,320.00 | DABANKA,ELIZABETH     05/22/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/22/25 | 120.00 | TOGIAS,IASON     05/22/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/25/25 | 549.01 | TOGIAS,IASON     05/25/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/27/25 | 240.00 | DABANKA,ELIZABETH     05/27/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 05/28/25 | 240.00 | TOGIAS,IASON     05/28/25     64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |

05/29/25  1,551.02    TOGIAS,IASON 05/29/25 64230-01116
              WESTLAW RESEARCH AND PRINTING CHARGES

<u>Online research</u>
05/02/25   1.30    CARDONE, EMILY A.  05/02/2025  PACER

05/08/25   7.20    ALTABEF, VERONICA H.  05/08/2025  PACER

05/08/25  200.00    ALTABEF, VERONICA H.  05/08/2025  TRELLIS

05/18/25   1.00    CARDONE, EMILY A.  05/18/2025  PACER

05/22/25  191.25    SCOTT, SPENCER E.  05/22/2025  CHEETAH /
              VITALLAW

05/22/25  199.87    DABANKA, ELIZABETH A.  05/22/2025  HEINONLINE

05/27/25   2.00    REILLY, KEVIN J.  05/27/2025  PACER

05/28/25   1.40    REILLY, KEVIN J.  05/28/2025  PACER

05/28/25   3.40    CARDONE, EMILY A.  05/28/2025  PACER

**Invoice Date: July 8, 2025**                     **Invoice No. 2025071019**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID**

**July 8, 2025**

**Invoice No. 2025071022**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through June 30, 2025**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ | $ | $ |
| | **Totals** | $ | $ | $ |
| | | | | |
| | **Current Balance Due** | | | $ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 8, 2025**                                               **Invoice No. 2025071022**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**July 8, 2025**

**Invoice No. 2025071022**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through June 30, 2025**

|  | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| | ⊠ | | | ⊠ |
| | **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No: 121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: July 8, 2025**                                                       **Invoice No. 2025071022**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

LEAPFROG DISPUTE
64230-01116

---

For Legal Services Rendered Through June 30, 2025                     $

| NAME | HOURS | RATE |
|------|-------|------|
| MYLAN L. DENERSTEIN | | $2,075.0 |
| DANIEL CHUNG | | 1,800.0 |
| MARY BETH MALONEY | | 1,950.0 |
| BETTY X. YANG | | 1,635.0 |
| SYDNEY A. SCOTT | | 1,635.0 |
| LEE R. CRAIN | | 1,815.0 |
| SCOTT K. HVIDT | | 1,635.0 |
| CHRISTINE M. BUZZARD | | 1,465.0 |
| ALLYSON E. PARKS | | 1,435.0 |
| BRIAN A. RICHMAN | | 1,355.0 |
| MARC AARON Y. TAKAGAKI | | 1,435.0 |
| EMILY A. CARDONE | | 1,240.0 |
| ANDREW V. KUNTZ | | 1,355.0 |
| KEVIN J. REILLY | | 1,355.0 |
| REBECCA ROMAN | | 1,240.0 |
| ADAM J. GARNICK | | 1,355.0 |
| VERONICA H. ALTABEF | | 1,240.0 |
| IASON G. TOGIAS | | 1,060.0 |
| ELIZABETH A. DABANKA | | 1,060.0 |
| KARSYN ARCHAMBEAU | | 1,060.0 |
| SPENCER E. SCOTT | | 405.00 |
| LAUREN E. WOMACK | | 540.00 |

                                          

**Total Services**                                          $

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| DATA LINE CHARGE | $ |
| IN HOUSE DUPLICATION | |
| LODGING | |
| MEALS | |
| ON-LINE RESEARCH (LEXIS) | 3,185.95 |

**Invoice Date: July 8, 2025**                      **Invoice No. 2025071022**

**Due and Payable Upon Receipt**

| COSTS/CHARGES | TOTAL |
|---|---|
| ON-LINE RESEARCH (WESTLAW) | 29,881.12 |
| OUTSIDE DUPLICATION AND BINDING |  |
| SPECIALIZED RESEARCH | 2,788.55 |
| TRAVEL - AIR & RAIL |  |
| TRAVEL - TAXI & OTHER MODES/MILES | |

**Total Costs/Charges** ⊠

**Total Services, Costs/Charges** ⊠

**BALANCE DUE** $ ⊠

LEAPFROG DISPUTE
64230-01116

Detail Services:

06/01/25

⊠          Yang, Betty X

⊠          Hvidt, Scott K

⊠          Togias, Iason G

06/02/25

⊠          Maloney, Mary Beth

0.50       Crain, Lee R              ATTENTION TO STATUS AND
                                     STRATEGY RE MOTION TO
                                     DISMISS.

⊠          Hvidt, Scott K

⊠          Takagaki, Marc Aaron Y

⊠          Cardone, Emily A

0.50       Cardone, Emily A          LEGAL RESEARCH RE DISCOVERY
                                     PLANS.

⊠          Togias, Iason G

06/03/25

⊠          Maloney, Mary Beth

Invoice Date: July 8, 2025                                        Invoice No. 2025071022

**Due and Payable Upon Receipt**

⊠   Yang, Betty X

⊠   Yang, Betty X

⊠   Hvidt, Scott K

⊠   Hvidt, Scott K

⊠   Takagaki, Marc Aaron Y

⊠   Cardone, Emily A

⊠   Cardone, Emily A

⊠   Cardone, Emily A

0.60   Cardone, Emily A

REVIEW AND REVISE REQUESTS
FOR PRODUCTION AND
INTERROGATORIES.

⊠   Cardone, Emily A

1.60   Reilly, Kevin J

CONDUCT LEGAL RESEARCH IN
SUPPORT OF MOTION TO DISMISS
OPPOSITION..

**Invoice Date: July 8, 2025**                    **Invoice No. 2025071022**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| ☒ | Reilly, Kevin J | ☒ |
| 0.40 | Reilly, Kevin J | PREPARE OUTLINE FOR OPPOSITION TO MOTION TO DISMISS RESEARCH. |
| 0.40 | Togias, Iason G | CORRESPOND WITH TEAM RE FIRST AMENDMENT RESEARCH. |
| ☒ | Dabanka, Elizabeth A | ☒ |

06/04/25

| | | |
|---|---|---|
| ☒ | Yang, Betty X | ☒ |
| ☒ | Crain, Lee R | ☒ |
| 3.40 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE DISCOVERY PLAN (1.3); DRAFT, REVIEW AND REVIEW CONFIDENTIALITY ORDER (.7); DRAFT, REVIEW AND REVISE TASK LIST (.7); DRAFT, REVIEW AND REVISE WRITTEN DISCOVERY REQUESTS (.7). |
| ☒ | Takagaki, Marc Aaron Y | ☒ |
| 1.20 | Cardone, Emily A | REVIEW AND REVISE REQUESTS FOR PRODUCTION. |



Cardone, Emily A

Reilly, Kevin J

Togias, Iason G

Dabanka, Elizabeth A

06/05/25
Yang, Betty X

1.70   Crain, Lee R   REVIEW DISCOVERY PLAN AND
                     REQUESTS.

1.20   Hvidt, Scott K   WORK ON WRITTEN DISCOVERY
                       MATERIALS (.8); EXECUTE
                       VARIOUS DISCOVERY STRATEGY
                       TASKS (.4).

Hvidt, Scott K

Hvidt, Scott K

**Due and Payable Upon Receipt**



Takagaki, Marc Aaron Y

Cardone, Emily A

Cardone, Emily A

Reilly, Kevin J

Altabef, Veronica H

2.10   Togias, Iason G   BEGIN COMPOSING OUTLINE OF OPPOSITION TO MOTION TO DISMISS.

Dabanka, Elizabeth A



Womack, Lauren E

06/06/25

Maloney, Mary Beth

Yang, Betty X

3.00   Crain, Lee R   REVISE DISCOVERY REQUESTS (2.25); PREPARE FOR AND PARTICIPATE IN CLIENT CALL (.75);

1.60   Hvidt, Scott K   DRAFT, REVIEW AND REVISE ESI PROTOCOL (1.2); DRAFT CORRESPONDENCE REGARDING WRITTEN DISCOVERY STRATEGY (.4).

Hvidt, Scott K

Takagaki, Marc Aaron Y

1.50   Cardone, Emily A   DRAFT AND REVISE FIRST SET OF INTERROGATORIES.

Cardone, Emily A

Cardone, Emily A

Reilly, Kevin J

Altabef, Veronica H

4.60    Togias, Iason G

CONTINUE COMPOSING OUTLINE OF OPPOSITION TO MOTION TO DISMISS.

Dabanka, Elizabeth A

06/07/25

Takagaki, Marc Aaron Y

Togias, Iason G

Dabanka, Elizabeth A

06/08/25
1.70    Hvidt, Scott K

DRAFT, REVIEW AND REVISE WRITTEN DISCOVERY.

1.40    Cardone, Emily A

REVIEW AND REVISE REQUESTS FOR PRODUCTION WITH L. CRAIN EDITS.

06/09/25
0.30      Maloney, Mary Beth

REVIEW AND REVISE DISCOVERY PLAN FOR COURT SUBMISSION.

Yang, Betty X

Hvidt, Scott K

Hvidt, Scott K

0.30      Hvidt, Scott K

DRAFT CORRESPONDENCE TO CLIENT REGARDING DISCOVERY PLAN.

Takagaki, Marc Aaron Y

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Reilly, Kevin J

Altabef, Veronica H

Togias, Iason G

Dabanka, Elizabeth A

06/10/25
3.40        Maloney, Mary Beth

DEVELOP WITNESS STRATEGY
AND DISCOVERY STRATEGY WITH
TEAM.

Yang, Betty X

Crain, Lee R

Hvidt, Scott K

| 4.80 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE WRITTEN DISCOVERY (2.6); DRAFT, REVIEW AND REVISE DISCOVERY PLAN (.9); DRAFT, REVIEW AND REVISE CONFIDENTIALITY ORDER (.8); DRAFT, REVIEW AND REVISE ESI PROTOCOL (.5). |

Takagaki, Marc Aaron Y

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Reilly, Kevin J

Togias, Iason G

Dabanka, Elizabeth A

06/11/25

Yang, Betty X

1.00    Crain, Lee R    REVIEW AND REVISE DISCOVERY REQUESTS.

2.90    Hvidt, Scott K    DRAFT, REVIEW AND REVISE WRITTEN DISCOVERY.

0.50    Hvidt, Scott K    PARTICIPATE IN RULE 26(F) CONFERENCE.

Hvidt, Scott K

**Invoice Date: July 8, 2025**                              **Invoice No. 2025071022**

**Due and Payable Upon Receipt**



Takagaki, Marc Aaron Y

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

0.80   Cardone, Emily A

REVIEW AND REVISE INTERROGATORIES WITH L. CRAIN AND B. YANG EDITS.

Reilly, Kevin J

Altabef, Veronica H

**Invoice Date: July 8, 2025**

**Invoice No. 2025071022**

**Due and Payable Upon Receipt**



Togias, Iason G

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

06/12/25

Yang, Betty X

Crain, Lee R

| 2.00 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE WRITTEN DISCOVERY REQUESTS (1.6); DRAFT CORRESPONDENCE TO CLIENT REGARDING DISCOVERY (.4). |
| 0.40 | Hvidt, Scott K | EXECUTE VARIOUS LITIGATION STRATEGY TASKS. |
| 0.40 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE WEEKLY CLIENT UPDATE. |

 Takagaki, Marc Aaron Y

Cardone, Emily A



Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

0.60   Cardone, Emily A

REVIEW AND REVISE REQUESTS FOR PRODUCTION AND INTERROGATORIES.

Reilly, Kevin J

Altabef, Veronica H

5.00   Togias, Iason G

CONDUCT RESEARCH AND CORRESPOND WITH TEAM RE BRIEFING DEADLINES (1.3); CORRESPOND WITH M. TAKAGAKI RE INITIAL DISCLOSURES (0.3); CONFER WITH TEAM RE CHOICE BETWEEN JURY AND BENCH TRIAL (1.2); CONDUCT RESEARCH FOR OPPOSITION TO MOTION TO DISMISS (2.2).

Dabanka, Elizabeth A

Archambeau, Karsyn

0.90   Archambeau, Karsyn

BEGIN DRAFTING SEARCH TERMS IN PREPARATION FOR DISCOVERY.

Archambeau, Karsyn

0.80    Archambeau, Karsyn

RESEARCH COMPARABLE CASES FOR JURY INSTRUCTIONS AND CIRCULATE SAME FOR K. REILLY.

06/13/25

Maloney, Mary Beth

Yang, Betty X

3.70    Crain, Lee R

REVISE DISCOVERY REQUESTS (1.5); PREPARE FOR AND PARTICIPATE IN CLIENT CALL (.7); REVIEW AND REVISE STRATEGY DOCUMENT (1.5).

1.80    Hvidt, Scott K

DRAFT, REVIEW AND REVISE SEARCH TERMS FOR OFFENSIVE DISCOVERY (1.2); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.6).



Takagaki, Marc Aaron Y

Cardone, Emily A

Cardone, Emily A

0.60   Cardone, Emily A       REVIEW AND FINALIZE
                             DISCOVERY PLAN.

2.30   Cardone, Emily A       REVIEW, REVISE, AND FINALIZE
                             REQUESTS FOR  PRODUCTION
                             AND INTERROGATORIES.

Reilly, Kevin J

Altabef, Veronica H

Togias, Iason G

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

**Invoice Date: July 8, 2025**                                    **Invoice No. 2025071022**

**Due and Payable Upon Receipt**



06/14/25

Togias, Iason G

06/15/25

Hvidt, Scott K

06/16/25

Maloney, Mary Beth

Yang, Betty X

Crain, Lee R

0.40    Hvidt, Scott K

DRAFT CORRESPONDENCE
REGARDING WRITTEN DISCOVERY
STRATEGY.

Hvidt, Scott K

Cardone, Emily A

1.40    Cardone, Emily A

REVIEW AND REVISE REQUESTS
FOR PRODUCTION AND
INTERROGATORIES.

Reilly, Kevin J

Altabef, Veronica H

Invoice Date: July 8, 2025                                            Invoice No. 2025071022

**Due and Payable Upon Receipt**

| 6.40 | Togias, Iason G | COMPOSE MEMORANDUM RE LEGAL AND FACTUAL ISSUES. |
|------|-----------------|--------------------------------------------------|

Dabanka, Elizabeth A

Archambeau, Karsyn

06/17/25 Denerstein, Mylan L

| 3.00 | Maloney, Mary Beth | PREPARE FOR CLIENT MEETING, INCLUDING DEVELOPING THEMES FOR TRIAL AND OVERALL TRIAL STRATEGY |
|------|--------------------|-----------------------------------------------------------------------------------------------|

Crain, Lee R

Hvidt, Scott K

| 0.40 | Hvidt, Scott K | DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY. |
|------|----------------|----------------------------------------------------|

Takagaki, Marc Aaron Y

**Invoice Date: July 8, 2025**                    **Invoice No. 2025071022**

**Due and Payable Upon Receipt**



Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

0.50    Cardone, Emily A    LEGAL RESEARCH RE MOTION TO COMPEL IN FDUTPA CASES.

Reilly, Kevin J

Altabef, Veronica H

Togias, Iason G

Dabanka, Elizabeth A

Archambeau, Karsyn

06/18/25
Maloney, Mary Beth

Yang, Betty X

Crain, Lee R

**Invoice Date: July 8, 2025**                                    **Invoice No. 2025071022**

**Due and Payable Upon Receipt**

Hvidt, Scott K

Hvidt, Scott K

Richman, Brian A

Takagaki, Marc Aaron Y

Takagaki, Marc Aaron Y

Takagaki, Marc Aaron Y

Cardone, Emily A

**Invoice Date: July 8, 2025**                                                      **Invoice No. 2025071022**

**Due and Payable Upon Receipt**



Cardone, Emily A

Cardone, Emily A

Reilly, Kevin J

Togias, Iason G

Dabanka, Elizabeth A

0.30   Archambeau, Karsyn

DRAFT CORRESPONDENCE FOR M. TAKAGAKI RE: SCHEDULING ORDER.

Archambeau, Karsyn

Scott, Spencer E

06/19/25
3.00   Maloney, Mary Beth

PREPARE FOR AND MEET WITH CLIENT RE STATUS (2.5); FOLLOW UP WITH TEAM RE ACTION ITEMS (.5)

Yang, Betty X

Crain, Lee R

Hvidt, Scott K

0.50    Hvidt, Scott K

DRAFT CORRESPONDENCE
REGARDING DISCOVERY
STRATEGY.

Richman, Brian A

Takagaki, Marc Aaron Y

Takagaki, Marc Aaron Y

Cardone, Emily A

Dabanka, Elizabeth A

| 06/20/25 | | |
|---|---|---|
| 1.40 | Takagaki, Marc Aaron Y | CONFER WITH LEVEL LEGAL RE: DOCUMENT REVIEW (1.); REVIEW AND ANALYZE PRETRIAL SCHEDULING ORDER AND MEDIATION REQUIREMENTS (.3); STRATEGIZE WITH E. CARDONE, B. FLOCH, M.B. MALONEY, AND L. CRAIN RE: SAME (1.0). |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.60 | Cardone, Emily A | DRAFT AND REVISE JOINT NOTICE OF SELECTION OF MEDIATOR. |
| 0.50 | Cardone, Emily A | DEVELOP STRATEGY WITH M. TAKAGAKI AND LOCAL COUNSEL RE NOTICE OF MEDIATOR. |
| 1.20 | Togias, Iason G | COMPOSE CASE STATUS UPDATE. |
| 06/22/25 | | |
| 0.40 | Hvidt, Scott K | DRAFT CORRESPONDENCE REGARDING ESI PROTOCOL STATUS AND STRATEGY. |
| 06/23/25 ⊠ | Crain, Lee R | ⊠ |
| ⊠ | Hvidt, Scott K | ⊠ |
| 2.40 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE SEARCH TERMS (1.8); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.6). |

 Takagaki, Marc Aaron Y



0.60      Cardone, Emily A

REVIEW AND ANALYZE ESI
PROTOCOL FOR PRODUCTION
SPECIFICATIONS.

 Cardone, Emily A



**Invoice Date: July 8, 2025**                                  **Invoice No. 2025071022**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| ☒ | Cardone, Emily A | |
| 0.20 | Cardone, Emily A | DEVELOP STRATEGY WITH L. CRAIN AND K. ARCHAMBEAU RE CHRONOLOGY. |
| 0.60 | Reilly, Kevin J | CONFER WITH CORNERSTONE REGARDING EXPERT WITNESSES, |
| ☒ | Reilly, Kevin J | |
| ☒ | Garnick, Adam J | |
| ☒ | Altabef, Veronica H | |
| ☒ | Togias, Iason G | |
| ☒ | Dabanka, Elizabeth A | |
| ☒ | Archambeau, Karsyn | |
| ☒ | Archambeau, Karsyn | |
| 0.70 | Archambeau, Karsyn | BEGIN DRAFTING CHRONOLOGY OF KEY EVENTS IN PREPARATION FOR DISCOVERY. |
| ☒ | Archambeau, Karsyn | |



| | | |
|---|---|---|
| | Archambeau, Karsyn | |
| | Womack, Lauren E | |
| 06/24/25 | Maloney, Mary Beth | |
| 1.60 | Crain, Lee R | TEAM STRATEGY MEETING (.5); REVIEW ESI PROTOCOL (.3); ATTENTION TO TRIAL STRATEGY (.5); ATTENTION TO DISCOVERY ISSUES (.2). |
| 1.50 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE SEARCH TERMS (1.1); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.4). |
| | Hvidt, Scott K | |
| | Buzzard, Christine M | |

 Takagaki, Marc Aaron Y



0.70    Cardone, Emily A

DRAFT, REVIEW, AND REVISE SEARCH TERMS FOR OFFENSIVE DISCOVERY.

 Cardone, Emily A



 Cardone, Emily A

 Cardone, Emily A

 Cardone, Emily A

0.70    Cardone, Emily A

DEVELOP STRATEGY WITH INTERNAL TEAM RE DEPOSITIONS, DISCOVERY, AND DOCUMENT COLLECTION.

 Reilly, Kevin J

**Invoice Date: July 8, 2025**                                    **Invoice No. 2025071022**

**Due and Payable Upon Receipt**



Roman, Rebecca

Garnick, Adam J

Togias, Iason G

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

2.80   Archambeau, Karsyn

RESEARCH AND SUMMARIZE LITIGATION HISTORY RE: TRIAL JUDGE FOR L. CRAIN IN PREPARATION FOR POTENTIAL BENCH TRIAL.

Archambeau, Karsyn



Scott, Spencer E

06/25/25

Maloney, Mary Beth

Crain, Lee R

Hvidt, Scott K

0.90   Hvidt, Scott K   REVIEW AND ANALYZE INITIAL DISCLOSURES (.3); REVIEW AND ANALYZE RESEARCH ON DISCOVERY DISPUTES (.6).

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

| 0.50 | Buzzard, Christine M | DISCUSS ONGOING LEAPFROG MATTER WITH L. CRAIN AND B. RICHMAN, INCLUDING TO DEVELOP STRATEGY FOR MOTION TO DISMISS OPPOSITION. |

Richman, Brian A

Takagaki, Marc Aaron Y

Cardone, Emily A

| | | |
|---|---|---|
| 0.50 | Cardone, Emily A | REVIEW AND REVISE KEY CHRONOLOGY. |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.50 | Cardone, Emily A | REVIEW AND REVISE INITIAL DISCLOSURES. |
| ⊠ | Kuntz, Andrew V | ⊠ |
| ⊠ | Kuntz, Andrew V | ⊠ |
| 1.20 | Reilly, Kevin J | REVISE OPPOSITION TO MOTION TO DISMISS. |
| 1.30 | Reilly, Kevin J | PREPARE THIRD PARTY DISCOVERY. |
| ⊠ | Roman, Rebecca | ⊠ |
| ⊠ | Roman, Rebecca | ⊠ |
| 0.50 | Garnick, Adam J | REVIEW AND REVISE THIRD-PARTY DISCOVERY ACTION PLAN (0.5). |
| ⊠ | Togias, Iason G | ⊠ |
| ⊠ | Dabanka, Elizabeth A | ⊠ |
| 1.00 | Archambeau, Karsyn | CONTINUE DRAFTING CHRONOLOGY OF KEY EVENTS IN PREPARATION FOR DISCOVERY. |

| | | |
|---|---|---|
| | Archambeau, Karsyn | |
| 0.40 | Archambeau, Karsyn | REVIEW AND REVISE PROPOSAL FOR THIRD PARTY DISCOVERY FOR A. GARNICK. |
| | Archambeau, Karsyn | |

06/26/25
Maloney, Mary Beth

Yang, Betty X

| 0.50 | Hvidt, Scott K | WORK ON OFFENSIVE DISCOVERY MOTION TO COMPEL RESEARCH ANALYSIS. |
|---|---|---|
| | Hvidt, Scott K | |
| 0.90 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL REGARDING ESI PROTOCOL (.5); FINALIZE ESI PROTOCOL (.4). |



Buzzard, Christine M

Richman, Brian A

Takagaki, Marc Aaron Y



Cardone, Emily A

Cardone, Emily A

**Invoice Date: July 8, 2025**                                   **Invoice No. 2025071022**

**Due and Payable Upon Receipt**

|   | Cardone, Emily A | |
| --- | --- | --- |
|   | Cardone, Emily A | |
|   | Cardone, Emily A | |
|   | Kuntz, Andrew V | |
|   | Kuntz, Andrew V | |
|   | Kuntz, Andrew V | |
|   | Kuntz, Andrew V | |
| 3.10 | Reilly, Kevin J | DRAFT OPPOSITION TO MOTION TO DISMISS RESEARCH. |
| 1.70 | Reilly, Kevin J | PREPARE FOR AND ATTEND EXPERT CALLS. |
|   | Garnick, Adam J | |
| 7.50 | Togias, Iason G | CONDUCT RESEARCH AND COMPOSE MEMORANDUM RE DAMAGES CLAIMS (6.9); REVIEW AND REVISE ESI PROTOCOL (0.6). |



Dabanka, Elizabeth A

2.00   Archambeau, Karsyn   CONTINUE DRAFTING CHRONOLOGY OF KEY EVENTS IN PREPARATION FOR DISCOVERY.

Archambeau, Karsyn

Archambeau, Karsyn

06/27/25
1.30   Maloney, Mary Beth   ATTEND TO DEVELOPMENT OF OFFENSIVE AND DEFENSIVE FACT DEVELOPMENT (.8); ASSESSMENT OF ADDITIONAL POTENTIAL EXPERTS (.5).

Scott, Sydney A

4.60   Crain, Lee R   INTERVIEW TWO EXPERTS AND PREPARE FOR THE SAME (1.5); INTERVIEW HOSPITAL CEO AND PREPARE FOR THE SAME (.75); CLIENT CALL RE STATUTE AND STRATEGY (.6); REVIEW MOTION TO DISMISS AND STRATEGIZE RE RESPONSE (1.65)

Hvidt, Scott K

Hvidt, Scott K

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

1.80   Buzzard, Christine M

REVIEW MOTION TO DISMISS FILING AND DEVELOP RESPONSIVE ARGUMENTS TO GUIDE ASSOCIATE DRAFTING PROCESS.

Buzzard, Christine M

Richman, Brian A

     Takagaki, Marc Aaron Y



1.20     Cardone, Emily A          REVIEW AND ANALYZE MOTION TO
                                    DISMISS AND RELATED EXHIBITS.

0.40     Cardone, Emily A          COORDINATE WITH K. REILLY RE
                                    THIRD PARTY SUBPOENAS.

0.50     Cardone, Emily A          REVIEW AND ANALYZE E.
                                    CAZARES EMAILS.

     Reilly, Kevin J

     Reilly, Kevin J



Garnick, Adam J

Altabef, Veronica H

6.40   Togias, Iason G

CONDUCT RESEARCH AND COMPOSE MEMORANDUM RE DUTY TO PRESERVE EVIDENCE (4.5); CONFER WITH TEAM RE OPPOSITION TO MOTION TO DISMISS (1.0); CONDUCT RESEARCH AND CORRESPOND WITH TEAM RE FLORIDA ANTI-SLAPP LAW (0.9).

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

Invoice Date: July 8, 2025

Invoice No. 2025071022

**Due and Payable Upon Receipt**

| 0.30 | Archambeau, Karsyn | FINALIZE CHRONOLOGY OF KEY EVENTS AND SEND SAME TO E. CARDONE. |
| | Archambeau, Karsyn | |
| | Scott, Spencer E | |
| | Womack, Lauren E | |

06/28/25

| 0.50 | Crain, Lee R | REVISE DEFICIENCY LETTER ON DISCOVERY. |
| 0.90 | Buzzard, Christine M | REVIEW AND REVISE ASSOCIATE DRAFT OF MOTION TO DISMISS CLIENT SUMMARY EMAIL. |
| 1.40 | Buzzard, Christine M | RESEARCH PERSONAL JURISDICTION CASE LAW IN RESPONSE TO POINTS RAISED IN LEAPFROG'S MOTION TO DISMISS AND DEVELOP BRIEFING STRATEGY FOR MOTION TO DISMISS OPPOSITION BRIEF. |
| 0.80 | Reilly, Kevin J | DRAFT OPPOSITION BRIEF OUTLINE. |
| | Dabanka, Elizabeth A | |

06/29/25

| | Hvidt, Scott K | |
| 5.90 | Reilly, Kevin J | DRAFT OPPOSITION BRIEF. |



Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Parks, Allyson E

**Invoice Date: July 8, 2025**                                                    **Invoice No. 2025071022**

**Due and Payable Upon Receipt**

 Takagaki, Marc Aaron Y



**Invoice Date: July 8, 2025**

**Due and Payable Upon Re**



Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

0.90    Kuntz, Andrew V      REVISE DRAFT MOTION FOR PRELIMINARY INJUNCTION.

Kuntz, Andrew V

5.60    Reilly, Kevin J      DRAFT OPPOSITION TO MOTION TO DISMISS.

4.50    Garnick, Adam J      DRAFT AND REVISE INITIAL DISCLOSURE DEFICIENCY LETTER (2.0); DRAFT AND REVISE JUPITER CEASE AND DESIST LETTER (2.5).

Altabef, Veronica H

Togias, Iason G

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

0.70    Archambeau, Karsyn

COLLABORATE WITH E. DABANKA
RE: CASE MANAGEMENT
DOCUMENTS.

Womack, Lauren E

LEAPFROG DISPUTE
64230-01116

Detail Costs/Charges:

Litigation support vendors
06/09/25

06/09/25

06/09/25

06/10/25

06/10/25

06/10/25

Copying
06/09/25

06/10/25

06/11/25

**Invoice Date: July 8, 2025**                                    **Invoice No. 2025071022**

**Due and Payable Upon Receipt**

06/18/25

06/23/25

Out-of-town travel
06/19/25

06/19/25

Meals
06/18/25

06/19/25

06/19/25



Online research
06/05/25          266.20          DABANKA, ELIZABETH     06/05/25     64230-01116
                                  LEXIS RESEARCH

06/18/25          2,919.75        MEYER-LINDENBERG, DAVID     06/18/25
                                  64230-01116     LEXIS RESEARCH

Online research
06/03/25          120.00          DABANKA,ELIZABETH     06/03/25     64230-01116
                                  WESTLAW RESEARCH AND PRINTING CHARGES

**Invoice Date: July 8, 2025**                                    **Invoice No. 2025071022**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 06/03/25 | 2,989.42 | JORGENS,EMILY   06/03/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/04/25 | 1,200.00 | DABANKA,ELIZABETH   06/04/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/05/25 | 360.00 | DABANKA,ELIZABETH   06/05/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/05/25 | 120.00 | TOGIAS,IASON   06/05/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/06/25 | 1,191.02 | TOGIAS,IASON   06/06/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/06/25 | 2,160.00 | ALTABEF,VERONICA   06/06/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/07/25 | 600.00 | TOGIAS,IASON   06/07/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/11/25 | 720.00 | TOGIAS,IASON   06/11/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/12/25 | 4,618.06 | ARCHAMBEAU,KARSYN   06/12/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/12/25 | 1,029.01 | TOGIAS,IASON   06/12/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/12/25 | 960.00 | ALTABEF,VERONICA   06/12/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/13/25 | 360.00 | ALTABEF,VERONICA   06/13/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/16/25 | 2,271.02 | TOGIAS,IASON   06/16/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/18/25 | 2,407.45 | TOGIAS,IASON   06/18/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/23/25 | 480.00 | ARCHAMBEAU,KARSYN   06/23/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |

| | | |
|---|---|---|
| 06/23/25 | 360.00 | RABER,STEVEN    06/23/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/23/25 | 720.00 | TOGIAS,IASON    06/23/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/24/25 | 351.02 | ARCHAMBEAU,KARSYN    06/24/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/24/25 | 1,014.60 | TOGIAS,IASON    06/24/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/25/25 | 2,534.01 | TOGIAS,IASON    06/25/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/26/25 | 2,115.51 | TOGIAS,IASON    06/26/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/26/25 | 360.00 | HVIDT,SCOTT K    06/26/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/27/25 | 240.00 | GARNICK,ADAM J    06/27/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/27/25 | 600.00 | TOGIAS,IASON    06/27/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |

Outside printing
06/24/25

Online research

| | | |
|---|---|---|
| 06/05/25 | 3.00 | REILLY, KEVIN J.  06/05/2025  PACER |
| 06/06/25 | 1.00 | DABANKA, ELIZABETH A.  06/06/2025  PACER |
| 06/06/25 | 7.00 | TAKAGAKI, MARC AARON Y.  06/06/2025  PACER |
| 06/09/25 | 2.00 | TAKAGAKI, MARC AARON Y.  06/09/2025  PACER |
| 06/10/25 | 7.40 | TOGIAS, IASON G.  06/10/2025  PACER |
| 06/12/25 | 5.80 | ARCHAMBEAU, KARSYN  06/12/2025  PACER |
| 06/18/25 | 474.25 | SCOTT, SPENCER E.  06/18/2025  BLOOMBERG LAW |

Invoice Date: July 8, 2025

Invoice No. 2025071022

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 06/23/25 | 488.00 | RABER, STEVEN  06/23/2025  BLOOMBERG LAW |
| 06/23/25 | 399.00 | RABER, STEVEN  06/23/2025  LEX MACHINA (LEXMACHINA.COM) |
| 06/24/25 | 299.75 | RABER, STEVEN  06/24/2025  BLOOMBERG LAW |
| 06/24/25 | 798.00 | RABER, STEVEN  06/24/2025  LEX MACHINA (LEXMACHINA.COM) |
| 06/24/25 | 18.10 | RABER, STEVEN  06/24/2025  PACER |
| 06/24/25 | 124.00 | SCOTT, SPENCER E.  06/24/2025  BLOOMBERG LAW |
| 06/24/25 | 31.60 | ARCHAMBEAU, KARSYN  06/24/2025  PACER |
| 06/25/25 | 4.60 | HVIDT, SCOTT K.  06/25/2025  PACER |
| 06/25/25 | 34.10 | TOGIAS, IASON G.  06/25/2025  PACER |
| 06/26/25 | 17.10 | TOGIAS, IASON G.  06/26/2025  PACER |
| 06/27/25 | 68.25 | SCOTT, SPENCER E.  06/27/2025  BLOOMBERG LAW |
| 06/27/25 | 2.40 | BUZZARD, CHRISTINE M.  06/27/2025  PACER |
| 06/27/25 | 3.20 | ARCHAMBEAU, KARSYN  06/27/2025  PACER |

Out-of-town travel
06/12/25

06/13/25

06/18/25

Out-of-town travel

Invoice Date: July 8, 2025                                  Invoice No. 2025071022

**Due and Payable Upon Receipt**

06/18/25

06/18/25

06/18/25

06/18/25

06/18/25

06/18/25

06/19/25



**Invoice Date: July 8, 2025**                                    **Invoice No. 2025071022**

**Due and Payable Upon Receipt**

06/19/25

06/19/25



**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**August 25, 2025**

**Invoice No. 2025084912**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through June 30, 2025**

| | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|
| 64230-01116    Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 25, 2025**                              **Invoice No. 2025084912**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**August 25, 2025**

**Invoice No. 2025084912**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through June 30, 2025**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
|  | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
|  | **Current Balance Due** |  |  | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: August 25, 2025**                                                      **Invoice No. 2025084912**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

LEAPFROG DISPUTE
64230-01116

| COSTS/CHARGES | TOTAL |
|---|---|
| DOCUMENT RETRIEVAL SERVICE | $   106.50 |
| ON-LINE RESEARCH (LEXIS) | 1,223.59 |
| ON-LINE RESEARCH (WESTLAW) | 480.00 |
| OUTSIDE SERVICES/CONSULTANTS | ⊠ |
| SPECIALIZED RESEARCH | 85.56 |

**Total Costs/Charges**

**BALANCE DUE** $ ⊠

**Invoice Date: August 25, 2025**                    Invoice No. 2025084912

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Costs/Charges:

Litigation support vendors

| Date | Amount | Description |
|---|---|---|
| 06/09/25 | 0.90 | PACER USAGE JUNE 2025. |
| 06/25/25 | 1.10 | PACER USAGE JUNE 2025. |
| 06/27/25 | 102.10 | PACER USAGE JUNE 2025. |
| 06/27/25 | 2.40 | PACER USAGE JUNE 2025. |

Online research

| Date | Amount | Description |
|---|---|---|
| 06/23/25 | 252.64 | MEYER-LINDENBERG, DAVID     06/23/25     64230-01116     LEXIS RESEARCH |
| 06/23/25 | 463.17 | MEYER-LINDENBERG, DAVID     06/23/25     64230-01116     LEXIS RESEARCH |
| 06/24/25 | 259.67 | SCOTT, SPENCER     06/24/25     64230-01116     LEXIS RESEARCH |
| 06/25/25 | 7.73 | MEYER-LINDENBERG, DAVID     06/25/25     64230-01116     LEXIS RESEARCH |
| 06/25/25 | 240.38 | MEYER-LINDENBERG, DAVID     06/25/25     64230-01116     LEXIS RESEARCH |

Online research

| Date | Amount | Description |
|---|---|---|
| 06/30/25 | 120.00 | DABANKA,ELIZABETH     06/30/25     64230-01116     WESTLAW RESEARCH AND PRINTING CHARGES |
| 06/30/25 | 360.00 | ALTABEF,VERONICA     06/30/25     64230-01116     WESTLAW RESEARCH AND PRINTING CHARGES |

Other professionals

| Date | Amount | Description |
|---|---|---|
| 06/30/25 | ⊠ | ⊠ |

**Invoice Date: August 25, 2025**                    **Invoice No. 2025084912**

**Due and Payable Upon Receipt**

06/30/25

Online research
06/24/25                 85.56                    TLO USAGE JUNE 2025.

**Invoice Date: August 25, 2025**                                    **Invoice No. 2025084912**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**August 18, 2025**

**Invoice No. 2025082202**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through July 31, 2025**

| | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|
| 64230-01116   Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| ⊠ | | | ⊠ |
| **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 18, 2025**                                                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**August 18, 2025**

**Invoice No. 2025082202**

**<u>REMITTANCE COPY</u>**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through July 31, 2025**

| | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|
| 64230-01116   Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| ⊠ | | | ⊠ |
| **Current Balance Due** | | | $ ⊠ |

<u>Remit By Wire To:</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>Remit By Mail To:</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 18, 2025**                                              **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

LEAPFROG DISPUTE
64230-01116

For Legal Services Rendered Through July 31, 2025                              $⊠

| NAME | HOURS | RATE |
|------|-------|------|
| DANIEL CHUNG | | $1,800.0 |
| MARY BETH MALONEY | | 1,950.0 |
| BETTY X. YANG | | 1,635.0 |
| SYDNEY A. SCOTT | | 1,635.0 |
| LEE R. CRAIN | | 1,815.0 |
| SCOTT K. HVIDT | | 1,635.0 |
| CHRISTINE M. BUZZARD | | 1,465.0 |
| ALLYSON E. PARKS | | 1,435.0 |
| BRIAN A. RICHMAN | | 1,355.0 |
| MARC AARON Y. TAKAGAKI | | 1,435.0 |
| STEPHEN J. HAMMER | | 1,355.0 |
| KEVIN M. SIMMONS | | 1,355.0 |
| EMILY A. CARDONE | | 1,240.0 |
| ANDREW V. KUNTZ | | 1,355.0 |
| MARK C. TALLEY | | 1,240.0 |
| MONICA GROVER | | 1,240.0 |
| BRANDON C. WOLF | | 1,240.0 |
| ANDREW A. SHI | | 1,240.0 |
| KEVIN J. REILLY | | 1,355.0 |
| GIULIANA C. CIPOLLONE | | 1,240.0 |
| ADAM J. GARNICK | | 1,355.0 |
| VERONICA H. ALTABEF | | 1,240.0 |
| MARY D. OTOO | | 1,060.0 |
| IASON G. TOGIAS | | 1,060.0 |
| ALEXANDER M. FISCHER | | 950.00 |
| ELIZABETH A. DABANKA | | 1,060.0 |
| KARSYN ARCHAMBEAU | | 1,060.0 |
| NOAH J. DELWICHE | | 950.00 |
| STEVEN RABER | | 405.00 |
| SPENCER E. SCOTT | | 405.00 |
| EUGENIA VARELA | | 665.00 |
| LAUREN E. WOMACK | | 540.00 |

**Invoice Date: August 18, 2025**                                   Invoice No. 2025082202

**Due and Payable Upon Receipt**

**Total Services**

**BALANCE DUE**

$

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Services:

07/01/25

⊠         Chung, Daniel

⊠         Maloney, Mary Beth

⊠         Scott, Sydney A

⊠         Crain, Lee R

⊠         Hvidt, Scott K

**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

Hvidt, Scott K

1.50   Hvidt, Scott K

DRAFT, REVIEW AND REVISE
DISCOVERY TRACKER (1); DRAFT
ANALYSIS REGARDING
DISCOVERY RESPONSES (.5).

Buzzard, Christine M

4.80   Buzzard, Christine M

DRAFT AND REVISE CEASE AND
DESIST LETTER REGARDING
BINDER OP-ED.

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Parks, Allyson E

 Takagaki, Marc Aaron Y



**Invoice Date: August 18, 2025**

**Due and Payable Upon Re**



Cardone, Emily A

0.80    Cardone, Emily A

REVIEW AND ANALYZE RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION AND PREPARE RESPONSES.

Cardone, Emily A

0.20    Cardone, Emily A

REVIEW AND REVISE LETTER RE INITIAL DISCLOSURES.

Cardone, Emily A

1.00    Cardone, Emily A

DEVELOP STRATEGY WITH INTERNAL TEAM RE UPCOMING DISCOVERY AND BRIEFING.

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

Kuntz, Andrew V

Grover, Monica

Shi, Andrew A

Reilly, Kevin J

| 2.40 | Reilly, Kevin J | REVISE OPPOSITION BRIEF. |

Garnick, Adam J

Altabef, Veronica H

| 3.20 | Togias, Iason G | CONFER WITH TEAM RE CASE STRATEGY (1.0); BEGIN COMPOSING DRAFT OF OPPOSITION TO MOTION TO DISMISS (2.2). |

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

Scott, Spencer E

07/02/25

Chung, Daniel

**Due and Payable Upon Receipt**

| 2.80 | Maloney, Mary Beth | ATTEND TO DISCOVERY FROM DEFENDANTS; UPDATE CLIENT RE TEAM AND STATUS; MEETINGS WITH TEAM RE STRATEGY FOR DISCOVERY AND DEPOS AND EXPERT REPORTS; REVISE RULE 11 LETTER. |

Crain, Lee R

Hvidt, Scott K

Buzzard, Christine M

| 0.40 | Buzzard, Christine M | REVIEW AND ANALYZE DISCOVERY RESPONSES FROM LEAPFROG IN PREPARATION FOR MOTION TO DISMISS DRAFTING. |

Buzzard, Christine M

Buzzard, Christine M

**Invoice Date: August 18, 2025**                                                                                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**



Buzzard, Christine M

Buzzard, Christine M



3.30      Buzzard, Christine M

REVISE AND RESTRUCTURE DRAFT BINDER OP-ED RESPONSE LETTER, INCLUDING IN LIGHT OF FEEDBACK FROM M. MALONEY AND L. CRAIN.

 Takagaki, Marc Aaron Y



Invoice Date: August 18, 2025

**Due and Payable Upon Receipt**

Simmons, Kevin M

1.60    Cardone, Emily A     DRAFT AND REVISE SECOND SET
                             OF REQUESTS FOR PRODUCTION.

0.40    Cardone, Emily A     REVIEW AND REVISE RESPONSE
                             TO LEAPFROG RE WRITTEN
                             DISCOVERY.

Cardone, Emily A

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Shi, Andrew A

4.60    Reilly, Kevin J      DRAFT OPPOSITION BRIEF.

Garnick, Adam J

Altabef, Veronica H

7.10        Togias, Iason G                    COMPOSE DRAFT OF OPPOSITION
                                               TO MOTION TO DISMISS.

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

Womack, Lauren E

07/03/25
Chung, Daniel

Maloney, Mary Beth

Yang, Betty X

**Invoice Date: August 18, 2025**                                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

| 2.80 | Crain, Lee R | INTERVIEW EXPERT AND PREPARE FOR THE SAME (1); ATTENTION TO DISCOVERY RESPONSES AND NEXT STEPS RE THE SAME (1.8). |
|---|---|---|



| | Hvidt, Scott K | |
| | Hvidt, Scott K | |
| | Hvidt, Scott K | |

| 0.60 | Buzzard, Christine M | REVISE DRAFT CEASE AND DESIST LETTER IN LIGHT OF PARTNER FEEDBACK. |
|---|---|---|

| | Buzzard, Christine M | |
| | Buzzard, Christine M | |

| 3.40 | Buzzard, Christine M | REVIEW FIRST AMENDMENT AND FDUTPA ARGUMENTS IN LEAPFROG MOTION TO DISMISS AND DEVELOP PLAN FOR FRAMING THE ISSUE IN THE PLAINTIFF HOSPITALS' RESPONSIVE BRIEF. |
|---|---|---|

| | Parks, Allyson E | |



Richman, Brian A

Takagaki, Marc Aaron Y

Hammer, Stephen J

Hammer, Stephen J

Hammer, Stephen J

Hammer, Stephen J

Hammer, Stephen J



Simmons, Kevin M

0.70   Cardone, Emily A

REVIEW AND REVISE SECOND REQUESTS FOR PRODUCTION WITH S. HVIDT EDITS.

Cardone, Emily A

Cardone, Emily A

0.20   Cardone, Emily A

REVIEW AND ANALYZE CUSTODIAN AND SOURCE EMAIL FROM LEAPFROG.

Kuntz, Andrew V

Kuntz, Andrew V

Talley, Mark C

Grover, Monica

Wolf, Brandon C

Shi, Andrew A

| | | |
|---|---|---|
| 4.50 | Reilly, Kevin J | REVISE OPPOSITION BRIEF (4.3); REVISE DISCOVERY SUBPOENAS (0.2) |

Cipollone, Giuliana C

Cipollone, Giuliana C

Cipollone, Giuliana C

Altabef, Veronica H

| | | |
|---|---|---|
| 8.50 | Togias, Iason G | COMPLETE DRAFT OF OPPOSITION TO MOTION TO DISMISS (8.1); REVISE CASE SUMMARY (0.4). |

Dabanka, Elizabeth A

| | | |
|---|---|---|
| 0.60 | Archambeau, Karsyn | CONFER WITH DOCUMENT REVIEW VENDOR RE: TIMELINE AND STATUS OF DOCUMENT COLLECTION. |

Archambeau, Karsyn



Archambeau, Karsyn

Archambeau, Karsyn

07/04/25
9.10          Buzzard, Christine M

REVIEW AND REVISE STANDARD OF REVIEW PORTION OF MOTION TO DISMISS OPPOSITION BRIEF (0.9); REVISE INTRODUCTION OF SAME (0.7); REVIEW AND REVISE DRAFT FACTUAL BACKGROUND PORTION OF SAME (3.7); REVISE FIRST AMENDMENT PORTION OF SAME (3.8).

Richman, Brian A

Cardone, Emily A

Talley, Mark C

Wolf, Brandon C

07/05/25     Chung, Daniel

Hvidt, Scott K

4.80          Buzzard, Christine M

REVIEW AND REVISE PERSONAL JURISDICTION PORTION OF MOTION TO DISMISS DRAFT (2.1); REVISE FDUTPA PORTION OF SAME (2.7).



Richman, Brian A

Richman, Brian A

Richman, Brian A

Hammer, Stephen J

Simmons, Kevin M

0.50    Cardone, Emily A

REVIEW AND REVISE PROPOSED OFFENSIVE SEARCH TERMS.

Talley, Mark C

Wolf, Brandon C

2.60    Reilly, Kevin J

REVISE OPPOSITION BRIEF, INCORPORATING FEEDBACK FROM C. BUZZARD AND B. RICHMAN.

Altabef, Veronica H

Dabanka, Elizabeth A

07/06/25

Yang, Betty X



Hvidt, Scott K

Buzzard, Christine M

Buzzard, Christine M

Richman, Brian A

Kuntz, Andrew V

Kuntz, Andrew V

Wolf, Brandon C

3.10   Reilly, Kevin J

REVISE OPPOSITION BRIEF, INCORPORATING FEEDBACK FROM C. BUZZARD AND B. RICHMAN.

Cipollone, Giuliana C

2.30   Togias, Iason G

REVISE OPPOSITION TO MOTION TO DISMISS.

07/07/25

Chung, Daniel



| | Maloney, Mary Beth | |
| | Scott, Sydney A | |
| 7.80 | Crain, Lee R | REVIEW AND REVISE MOTION TO DISMISS (5.5); CONFER WITH CONSUMER CHOICE EXPERT TEAM AND PREPARE RE THE SAME (.8); ATTENTION TO DISCOVERY STATUS AND STRATEGY (1.5) |
| 2.10 | Hvidt, Scott K | MEET AND CONFER WITH OPPOSING COUNSEL REGARDING DISCOVERY REQUESTS. |
| | Hvidt, Scott K | |
| 4.60 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE LETTER TO LEAPFROG REGARDING DISCOVERY CONFERENCE (1.4); DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY (1.2); DRAFT, REVIEW AND REVISE DISCOVERY REQUESTS (.7); DRAFT TALKING POINTS FOR MEET AND CONFER (1.3). |
| | Buzzard, Christine M | |
| 0.90 | Buzzard, Christine M | DRAFT REQUESTS FOR PRODUCTION RELATED TO LEAPFROG'S CLAIM THAT THE COURT LACKS PERSONAL JURISDICTION OVER IT. |

0.90     Buzzard, Christine M

REVIEW REVISIONS TO
LEAPFROG MOTION TO DISMISS
OPPOSITION BRIEF FROM L. CRAIN
AND DEVELOP PLAN FOR
FURTHER EDITING WITH K. REILLY.

     Takagaki, Marc Aaron Y



| | | |
|---|---|---|
| 0.30 | Cardone, Emily A | REVIEW AND REVISE SEARCH TERMS. |
| | Cardone, Emily A | |
| 0.60 | Cardone, Emily A | DRAFT AND REVISE BACKGROUND AND RELEVANCE INFORMATION ON ADDITIONAL CUSTODIANS. |
| | Cardone, Emily A | |
| 0.70 | Cardone, Emily A | REVIEW AND REVISE SECOND SET OF REQUESTS FOR PRODUCTION. |
| | Cardone, Emily A | |
| 2.20 | Cardone, Emily A | MEET AND CONFER WITH OPPOSING COUNSEL RE REQUESTS FOR PRODUCTION. |
| | Cardone, Emily A | |
| 0.80 | Cardone, Emily A | REVIEW AND REVISE LETTER TO LEAPFROG RE MEET AND CONFER. |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Talley, Mark C | |

**Due and Payable Upon Receipt**



Grover, Monica

Wolf, Brandon C

Shi, Andrew A

0.90        Reilly, Kevin J                          REVISE NON-PARTY DISCOVERY
                                                      REQUESTS.

Reilly, Kevin J

Cipollone, Giuliana C

Cipollone, Giuliana C

Garnick, Adam J

Altabef, Veronica H

**Invoice Date: August 18, 2025**                                        **Invoice No. 2025082202**

**Due and Payable Upon Receipt**



Togias, Iason G

Dabanka, Elizabeth A



Archambeau, Karsyn

Archambeau, Karsyn



2.50        Archambeau, Karsyn

ATTEND MEET AND CONFER WITH
OPPOSING COUNSEL RE:
DOCUMENT REQUESTS AND TAKE
NOTES FOR SAME.



Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

07/08/25

Chung, Daniel



1.80      Maloney, Mary Beth

LEADERSHIP MEETING
REGARDING DISCOVERY
STRATEGY (.5); ALL TEAM
MEETING REGARDING MOTION TO
DISMISS AND DISCOVERY STATUS
(.5); FOLLOW UP ON ISSUES
RELATED TO INSURERS, THIRD
PARTY DISCOVERY (.8).

Scott, Sydney A



5.00      Crain, Lee R

REVISE MOTION TO DISMISS
BRIEF (4); ATTENTION TO
DISCOVERY STRATEGY (1).

Hvidt, Scott K

Hvidt, Scott K



**Invoice Date: August 18, 2025**                                **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

| 7.70 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE LETTER TO OPPOSING COUNSEL (4.3); DRAFT, REVIEW AND REVISE SEARCH TERMS (2.3); DRAFT, REVIEW AND REVISE SUMMARY OF MEET AND CONFER (.5); DRAFT, REVIEW AND REVISE CORRESPONDENCE REGARDING STRATEGY (.6). |
| 0.50 | Buzzard, Christine M | PARTICIPATE IN FULL TEAM CALL FOR LEAPFROG MATTER. |

Buzzard, Christine M

Buzzard, Christine M

Parks, Allyson E

Richman, Brian A

Richman, Brian A



**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

 Takagaki, Marc Aaron Y



2.00        Simmons, Kevin M                         DRAFT OUTLINE FOR INTERVIEW
                                                     OF HOSPITAL CEOS.

 Cardone, Emily A



**Invoice Date: August 18, 2025**                                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 0.60 | Cardone, Emily A | REVIEW AND ANALYZE LEAPFROG PROPOSED SEARCH TERMS AND DRAFT COUNTERPROPOSALS. |
| | Cardone, Emily A<br><br>Cardone, Emily A | |
| 0.50 | Cardone, Emily A | REVIEW AND REVISE SECOND SET OF REQUESTS FOR PRODUCTION. |
| | Cardone, Emily A | |
| 0.60 | Cardone, Emily A | REVIEW AND REVISE LETTER TO LEAPFROG RE REQUEST FOR PRODUCTION MEET AND CONFER. |
| 0.30 | Cardone, Emily A | DEVELOP STRATEGY WITH D. CHUNG AND N. DELWICHE RE OFFENSIVE DEPOSITIONS. |
| 0.50 | Cardone, Emily A | DEVELOP STRATEGY WITH INTERNAL TEAM RE DISCOVERY AND MOTION TO DISMISS. |
| 1.10 | Cardone, Emily A | MEET AND CONFER WITH OPPOSING COUNSEL RE INTERROGATORIES. |
| | Kuntz, Andrew V<br><br>Kuntz, Andrew V<br><br>Talley, Mark C<br><br>Grover, Monica | |

**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**



Wolf, Brandon C

Shi, Andrew A

3.70      Reilly, Kevin J                                    REVISE OPPOSITION BRIEF.



Reilly, Kevin J

Garnick, Adam J

Altabef, Veronica H

Togias, Iason G

Dabanka, Elizabeth A



**Invoice Date: August 18, 2025**                                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 1.30 | Archambeau, Karsyn | DRAFT LETTER MEMORIALIZING MEET AND CONFER WITH OPPOSING COUNSEL RE: INTERROGATORIES FOR S. HVIDT AND E. CARDONE. |
| 1.50 | Archambeau, Karsyn | TAKE NOTES FOR MEET AND CONFER WITH OPPOSING COUNSEL RE: INTERROGATORY RESPONSES AND BEGIN DRAFTING SUMMARY FOR SAME. |
| 1.10 | Archambeau, Karsyn | DRAFT LIST OF DOCUMENT REQUESTS RE: THIRD PARTY SUBPOENAS AND REVISE THIRD PARTY DISCOVERY PLAN FOR SAME. |
| | Archambeau, Karsyn | |
| 0.30 | Archambeau, Karsyn | REVIEW AND SUMMARIZE DOCUMENTS PRODUCED BY CLIENT RE: ST. MARY'S HOSPITAL. |
| | Archambeau, Karsyn | |
| 0.50 | Archambeau, Karsyn | REVIEW SEARCH TERMS PROPOSED BY OPPOSING COUNSEL AND ADD THEM TO SPREADSHEET FOR COMPARISON. |
| 0.70 | Archambeau, Karsyn | REVISE LETTER MEMORIALIZING MEET AND CONFER RE: DOCUMENT REQUESTS. |
| | Delwiche, Noah J | |



Scott, Spencer E

Womack, Lauren E

07/09/25
Chung, Daniel

1.40     Maloney, Mary Beth

REVISE OPPOSITION TO MOTION TO DISMISS AND CONFER WITH TEAM RE SAME.

Crain, Lee R

Hvidt, Scott K

2.50     Hvidt, Scott K

DRAFT, REVIEW AND REVISE LETTER REGARDING INTERROGATORIES (1.3); DRAFT, REVIEW AND REVIEW DISCOVERY REQUESTS (.7); DRAFT, REVIEW AND REVISE SUBPOENAS (.5).



Parks, Allyson E



Richman, Brian A

Takagaki, Marc Aaron Y





| | | |
|---|---|---|
| | Cardone, Emily A | |
| 0.50 | Cardone, Emily A | REVIEW AND REVISE SUBPOENA TOPICS. |
| 0.40 | Cardone, Emily A | DRAFT AND REVISE SECOND SET OF REQUESTS FOR PRODUCTION WITH S. HVIDT EDITS. |
| 0.90 | Cardone, Emily A | REVIEW AND REVISE LETTER TO LEAPFROG RE INTERROGATORY MEET AND CONFER. |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Talley, Mark C | |
| | Grover, Monica | |
| | Wolf, Brandon C | |
| | Shi, Andrew A | |



Invoice Date: August 18, 2025

Invoice No. 2025082202

**Due and Payable Upon Receipt**



| 2.30 | Reilly, Kevin J | REVISE OPPOSITION TO MOTION TO DISMISS (1.2); REVISE NON-PARTY SUBPOENAS (1.1). |
| | Garnick, Adam J | |
| | Altabef, Veronica H | |
| 4.90 | Togias, Iason G | CONFER WITH L. CRAIN, K. REILLY, AND V. ALTABEF RE OPPOSITION TO MOTION TO DISMISS (0.6); REVISE OPPOSITION TO MOTION TO DISMISS (4.1); BEGIN COMPOSING LEAPFROG POSITION PAPER (0.2). |
| | Dabanka, Elizabeth A | |
| | Archambeau, Karsyn | |
| 0.60 | Archambeau, Karsyn | DRAFT AND POPULATE WITNESS OUTREACH CHART RE: FACT DEVELOPMENT AND DISCUSS SAME WITH E. DABANKA. |
| 0.30 | Archambeau, Karsyn | REVISE THIRD-PARTY DISCOVERY PLAN. |
| | Delwiche, Noah J | |
| 07/10/25 | Chung, Daniel | |

**Due and Payable Upon Receipt**

Maloney, Mary Beth

Crain, Lee R

Hvidt, Scott K

Hvidt, Scott K

| | | |
|---|---|---|
| 1.00 | Hvidt, Scott K | WORK WITH CORNERSTONE REGARDING NICHOLSON REPORT. |
| 1.50 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE DISCOVERY REQUESTS (.6); DRAFT, REVIEW AND REVISE SUBPOENAS (.4); DRAFT, REVIEW AND REVISE LETTER TO LEAPFROG (.5). |

Parks, Allyson E



Takagaki, Marc Aaron Y

**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

Cardone, Emily A

| | | |
|---|---|---|
| 0.90 | Cardone, Emily A | REVIEW, REVISE, AND FINALIZE SECOND SET OF REQUESTS FOR PRODUCTION WITH L. CRAIN EDITS AND S. HVIDT EDITS. |
| 0.60 | Cardone, Emily A | REVIEW AND FINALIZE INTERROGATORY MEET AND CONFER LETTER. |
| 0.50 | Cardone, Emily A | REVIEW AND REVISE THIRD PARTY SUBPOENAS. |

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Shi, Andrew A

Reilly, Kevin J

| | | |
|---|---|---|
| 4.40 | Reilly, Kevin J | REVISE OPPOSITION TO MOTION TO DISMISS. |
| 1.00 | Reilly, Kevin J | PREPARE FOR AND ATTEND CALL REGARDING PROFESSOR NICHOLSON EXPERT REPORT. |

**Invoice Date: August 18, 2025**                                **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

Garnick, Adam J

Altabef, Veronica H

Togias, Iason G

Dabanka, Elizabeth A

| 0.40 | Archambeau, Karsyn | CONTINUE REVIEWING CLIENT DOCUMENTS FOR AFFIRMATIVE PRODUCTION. |
| 0.40 | Archambeau, Karsyn | DRAFT WITNESS INTERVIEW OUTLINE RE: FACT DEVELOPMENT. |
| 0.30 | Archambeau, Karsyn | REVISE WITNESS OUTREACH CHART RE: POTENTIAL WITNESSES AND FACT DEVELOPMENT. |

Archambeau, Karsyn

| | | |
|---|---|---|
| 4.20 | Archambeau, Karsyn | REVIEW AND PROPOSE REVISIONS TO OPPOSITION TO MOTION TO DISMISS. |
| 0.90 | Archambeau, Karsyn | DRAFT THIRD-PARTY SUBPOENAS FOR M. TAKAGAKI. |
| 3.60 | Delwiche, Noah J | PROOFREAD AND CITE CHECK OPPOSITION TO MOTION TO DISMISS. |

07/11/25

Chung, Daniel

Maloney, Mary Beth

| | | |
|---|---|---|
| 5.50 | Crain, Lee R | REVISE MOTION TO DISMISS (2.5); CONFER WITH CLIENT AND PREPARE FOR THE SAME (1); ATTENTION TO DISCOVERY, INCLUDING TLG'S DISCOVERY REQUESTS (2). |

Hvidt, Scott K

Richman, Brian A

 Takagaki, Marc Aaron Y



Cardone, Emily A

**Invoice Date: August 18, 2025**                                        **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

Cardone, Emily A

0.60   Cardone, Emily A   REVIEW AND ANALYZE STIPULATED PROTECTIVE ORDER.

0.80   Cardone, Emily A   REVIEW AND ANALYZE LEAPFROG DISCOVERY REQUESTS.

0.90   Cardone, Emily A   DRAFT AND REVISE DEPONENT BACKGROUND AND KEY TOPICS.

Cardone, Emily A

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Wolf, Brandon C

Shi, Andrew A

4.20   Reilly, Kevin J   REVIEW AND REVISE OPPOSITION BRIEF FOR FILING.

Cipollone, Giuliana C

Invoice Date: August 18, 2025                                          Invoice No. 2025082202

**Due and Payable Upon Receipt**



Altabef, Veronica H

Togias, Iason G

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

0.70    Archambeau, Karsyn

DRAFT INTERVIEW OUTLINES FOR
WITNESSES RE: FACT
DEVELOPMENT.

Archambeau, Karsyn

Archambeau, Karsyn

**Invoice Date: August 18, 2025**                                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

Archambeau, Karsyn

Archambeau, Karsyn

0.50    Archambeau, Karsyn

DRAFT SEARCH TERMS FOR
REVIEW OF CLIENT DOCUMENTS.

Archambeau, Karsyn

Delwiche, Noah J

Raber, Steven

Scott, Spencer E

07/12/25

Chung, Daniel

2.50    Maloney, Mary Beth

ATTEND TO DISCOVERY ISSUES,
INCLUDING THIRD PARTIES;
COMMUNICATIONS WITH TEAM
AND CLIENT RE SAME.

3.80    Crain, Lee R

REVIEW LEAPFROG DISCOVERY
REQUESTS AND ASSIGN
STRATEGY TO TEAM.

| 0.60 | Hvidt, Scott K | DRAFT CORRESPONDENCE WITH TEAM REGARDING DISCOVERY STRATEGY AND RESPONSE. |

Hvidt, Scott K

Takagaki, Marc Aaron Y

| 0.70 | Kuntz, Andrew V | REVIEW LEAPFROG'S REQUESTS FOR THE PRODUCTION OF DOCUMENTS. |

Cipollone, Giuliana C

Cipollone, Giuliana C

| 0.20 | Togias, Iason G | CORRESPOND WITH M. TAKAGAKI RE PREEMPTIVE PROTECTIVE ORDER. |

| 1.90 | Archambeau, Karsyn | REVIEW CLIENT DOCUMENT PRODUCTION RE: RECEIVED REQUESTS FOR PRODUCTION FROM DEFENSE COUNSEL AND DISCUSS SAME WITH M. TAKAGAKI AND L. CRAIN. |

Archambeau, Karsyn

**Invoice Date: August 18, 2025**                                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

07/13/25

Chung, Daniel

0.40        Hvidt, Scott K

DRAFT CORRESPONDENCE TO OPPOSING COUNSEL REGARDING DISCOVERY DISPUTES.

Hvidt, Scott K

Buzzard, Christine M

0.60        Takagaki, Marc Aaron Y

STRATEGIZE WITH L. CRAIN, A. KUNTZ, AND A. GARNICK RE: LETTER TO OPPOSING COUNSEL AND MOTION FOR PROTECTIVE ORDER (.5); CONFER WITH I. TOGIAS AND M. OTOO RE: LEGAL RESEARCH (.1).

0.70        Kuntz, Andrew V

CONFER REGARDING STRATEGY ON LEAPFROG'S REQUESTS FOR PRODUCTION OF DOCUMENTS.

1.30        Kuntz, Andrew V

DRAFT LETTER TO LEAPFROG REGARDING DELAYED REQUESTS FOR PRODUCTION.

Kuntz, Andrew V

Cipollone, Giuliana C

8.50        Garnick, Adam J

CONFER WITH L. CRAIN AND TEAM REGARDING DISCOVERY REQUESTS (0.5); REVIEW AND CATEGORIZE ALL REQUESTS FOR PRODUCTION AND INTERROGATORIES (4.0); BEGIN DRAFTING MOTION FOR PROTECTIVE ORDER (4.0).

**Due and Payable Upon Receipt**

07/14/25

Chung, Daniel

Maloney, Mary Beth

1.20    Scott, Sydney A    PREPARE FOR AND PARTICIPATE IN MEET-AND-CONFER WITH OPPOSING COUNSEL RE LATE-SERVED DISCOVERY (0.4); ANALYZE LATE-SERVED DISCOVERY REQUESTS (0.8).

1.80    Crain, Lee R    MEET AND CONFER AND PREPARE FOR THE SAME (1); ATTENTION TO DISCOVERY STATUS (.8).

Hvidt, Scott K

0.40    Hvidt, Scott K    PARTICIPATE IN MEET AND CONFER WITH OPPOSING COUNSEL.

2.30    Hvidt, Scott K    DRAFT CORRESPONDENCE TO OPPOSING COUNSEL REGARDING DISCOVERY DISPUTES (.6); DRAFT, REVIEW AND REVISE CONFIDENTIALITY ORDER (1.4); DRAFT CORRESPONDENCE REGARDING STRATEGY (.3)

Richman, Brian A



Takagaki, Marc Aaron Y

Hammer, Stephen J

Hammer, Stephen J

Hammer, Stephen J

Hammer, Stephen J

| 0.40 | Cardone, Emily A | DRAFT OMNIBUS DEPOSITION TOPICS FOR OUTLINE. |

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

| 0.30 | Cardone, Emily A | REVIEW AND REVISE RESPONSE TO LEAPFROG RE SEARCH TERMS. |

| 1.70 | Cardone, Emily A | DRAFT, REVIEW, AND REVISE STIPULATED PROTECTIVE ORDER. |

Kuntz, Andrew V

| | | |
|---|---|---|
| 1.50 | Kuntz, Andrew V | DRAFT LETTER MEMORIALIZING MEET AND CONFER OBJECTIONS TO LEAPFROG'S REQUESTS FOR THE PRODUCTION OF DOCUMENTS. |
| | Kuntz, Andrew V | |
| 0.30 | Kuntz, Andrew V | CONFER WITH L. CRAIN REGARDING LETTER ON LEAPFROG'S REQUESTS FOR PRODUCTIONS. |
| | Kuntz, Andrew V Kuntz, Andrew V | |
| 2.00 | Kuntz, Andrew V | DRAFT CORRESPONDENCE TO LEAPFROG OBJECTING TO SCOPE OF REQUESTS FOR PRODUCTION OF DOCUMENTS. |
| | Wolf, Brandon C Shi, Andrew A | |
| 0.90 | Reilly, Kevin J | ANALYZE THIRD PARTY DISCOVERY FOR AETNA. |
| | Reilly, Kevin J Cipollone, Giuliana C | |





Cipollone, Giuliana C

Garnick, Adam J

Otoo, Mary D



| 3.30 | Otoo, Mary D | DRAFT RESPONSES AND OBJECTIONS TO DEFENDANT'S REQUESTS FOR PRODUCTION. |
| 3.90 | Otoo, Mary D | CONDUCT RESEARCH IN SUPPORT OF MOTION FOR PROTECTIVE ORDER. |
| 1.10 | Otoo, Mary D | MEET AND CONFER WITH OPPOSING COUNSEL AND DRAFT SUMMARY UPDATE. |



Togias, Iason G

Dabanka, Elizabeth A





Archambeau, Karsyn

Archambeau, Karsyn

1.30        Archambeau, Karsyn

CONTINUE REVIEWING
DOCUMENTS PRODUCED BY
CLIENT SO FAR AHEAD OF
BEGINNING REVIEW AND
PRODUCTION TO PLAINTIFFS.

Archambeau, Karsyn

Delwiche, Noah J

07/15/25

Chung, Daniel

1.50        Maloney, Mary Beth

REVIEW MTD DECISION AND
CONFER WITH TEAM RE
STRATEGY IN RESPONSE TO
SAME.

Invoice Date: August 18, 2025                                    Invoice No. 2025082202

**Due and Payable Upon Receipt**

| 5.50 | Scott, Sydney A | PREPARE FOR AND PARTICIPATE IN SENIOR LEADERSHIP CALL (0.5); PREPARE FOR AND PARTICIPATE IN ALL-GDC TEAM MEETING (0.7); PREPARE FOR AND PARTICIPATE IN CALL WITH A. FISCHER RE CEO INTERVIEWS (0.5); ANALYZE CASE BACKGROUND MATERIALS, INCLUDING COMPLAINT, MOTION TO DISMISS, AND DISCOVERY CORRESPONDENCE (2.3); PREPARE FOR AND PARTICIPATE IN MEETING RE DOCUMENT COLLECTION (1.5). |
| --- | --- | --- |
| 8.50 | Crain, Lee R | REVIEW MOTION TO DISMISS AND ASSESS STRATEGY (2); REVIEW DOCUMENTS FOR STRATEGY ASSESSMENT (3); REVISE CORRESPONDENCE TO OPPOSING COUNSEL (2); ASSESS JUDGE AND CASE STRATEGY (1.5). |



Hvidt, Scott K

Hvidt, Scott K

Hvidt, Scott K

Buzzard, Christine M

Buzzard, Christine M



Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Parks, Allyson E

Richman, Brian A

Richman, Brian A

Richman, Brian A

 Takagaki, Marc Aaron Y



 Hammer, Stephen J

4.00    Simmons, Kevin M

DRAFT RESPONSES AND OBJECTIONS TO TLG'S INTERROGATORIES (4.0).

**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**



Cardone, Emily A

0.50    Cardone, Emily A

DRAFT SEARCH TERMS FOR SECOND SET OF REQUESTS FOR PRODUCTION.

Cardone, Emily A

Cardone, Emily A

0.80    Cardone, Emily A

REVIEW AND REVISE STIPULATED PROTECTIVE ORDER.

Cardone, Emily A

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

3.80    Kuntz, Andrew V

DRAFT CORRESPONDENCE TO LEAPFROG OBJECTING TO REQUESTS FOR PRODUCTION OF DOCUMENTS.

Grover, Monica



Wolf, Brandon C

Shi, Andrew A

0.70   Reilly, Kevin J                              PREPARE DISCOVERY REQUESTS.

Reilly, Kevin J

Reilly, Kevin J

Cipollone, Giuliana C

6.40   Garnick, Adam J                              PREPARE FOR AND PARTICIPATE
                                                    IN WEEKLY TEAM MEETING (1.0);
                                                    BEGIN REVIEWING CONSUMER
                                                    CHOICE EXPERT REPORT
                                                    OUTLINE (0.5); REVIEW MOTION TO
                                                    DISMISS ORDER (0.5); DRAFT
                                                    MOTION FOR PROTECTIVE ORDER
                                                    (4.4).

Altabef, Veronica H

Otoo, Mary D

11.10  Otoo, Mary D                                 DRAFT SPECIFIC RESPONSES AND
                                                    OBJECTIONS TO DEFENDANT'S
                                                    REQUESTS FOR PRODUCTION.

Otoo, Mary D



Togias, Iason G



0.60        Fischer, Alexander M

CONFER WITH S. SCOTT RE DEPOSITION AND TESTIMONY PREPARATION.



Dabanka, Elizabeth A

Archambeau, Karsyn

1.60        Archambeau, Karsyn

SUMMARIZE AND DISCUSS WITH PARTNERS ELEVATED DOCUMENTS FROM CLIENT FILES RE: ANTICIPATING PRODUCTION TO DEFENDANTS.



Archambeau, Karsyn

Archambeau, Karsyn



**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**



| | | |
|---|---|---|
| ☒ | Archambeau, Karsyn | |
| 0.60 | Archambeau, Karsyn | CONTINUE REVIEWING CLIENT DOCUMENTS RE: INTERNAL RECORDS FOR DISCUSSION WITH PARTNER TEAM RE: PRODUCING TO DEFENDANTS. |
| ☒ | Archambeau, Karsyn | |
| 3.30 | Delwiche, Noah J | CONFER WITH TEAM RE ONGOING ACTION ITEMS (.5); DRAFT MODULES FOR OMNIBUS OFFENSIVE DEPOSITION OUTLINE (2.8). |
| ☒ | Womack, Lauren E | |
| 07/16/25 ☒ | Chung, Daniel | |
| ☒ | Maloney, Mary Beth | |

 Scott, Sydney A



5.50   Crain, Lee R

REVISE DISCOVERY RESPONSES AND OBJECTIONS (2.5); REVISE SEARCH TERMS, OFFENSIVE AND DEFENSIVE (.5); REVIEW EXPERT REPORT OUTLINE (1); REVIEW LEAPFROG DOCUMENTS TO ASSIST IN EXPERT REPORT DEVELOPMENT (1.5).

 Hvidt, Scott K

Hvidt, Scott K



4.20   Hvidt, Scott K

DRAFT, REVIEW AND REVISE DISCOVERY RESPONSES (1.3); DRAFT, REVIEW AND REVISE DISCOVERY CORRESPONDENCE (1.2); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.5); DRAFT, REVIEW AND REVISE SEARCH TERMS (1.2).

 Buzzard, Christine M

Parks, Allyson E



**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**



Richman, Brian A

Takagaki, Marc Aaron Y



**Invoice Date: August 18, 2025**                                      **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 7.90 | Simmons, Kevin M | DRAFT RESPONSES AND OBJECTIONS TO TLG'S INTERROGATORIES (7.9). |
| 2.70 | Cardone, Emily A | DRAFT AND REVISE OMNIBUS DEPOSITION OUTLINE. |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 0.40 | Cardone, Emily A | REVIEW AND REVISE STIPULATED PROTECTIVE ORDER WITH L. CRAIN EDITS. |
| 0.80 | Cardone, Emily A | DRAFT AND REVISE SEARCH TERMS FOR SECOND SET OF REQUESTS FOR PRODUCTION. |
| 0.20 | Cardone, Emily A | REVIEW AND REVISE CORRESPONDENCE TO LEAPFROG RE INTERROGATORY RESPONSES. |
| 0.50 | Cardone, Emily A | MEET WITH DOCUMENT DISCOVERY TEAM TO DISCUSS LEAPFROG DOCUMENTS. |
| 0.60 | Kuntz, Andrew V | CONFER WITH LEVEL LEGAL REGARDING DOCUMENT REVIEW PROJECT. |
| | Kuntz, Andrew V | |
| | Grover, Monica | |

**Due and Payable Upon Receipt**

|  |  |  |
|---|---|---|
| | Reilly, Kevin J | |
| 4.80 | Garnick, Adam J | REVIEW AND REVISE CONSUMER CHOICE EXPERT OUTLINE (2.0); CONTINUE TO DRAFT AND REVISE MOTION FOR A PROTECTIVE ORDER (2.8). |
| | Otoo, Mary D | |
| 1.40 | Otoo, Mary D | REVISE RESPONSES AND OBJECTIONS TO DEFENDANT'S REQUESTS FOR PRODUCTION. |
| 1.20 | Otoo, Mary D | CONDUCT RESEARCH REGARDING LIMITS ON DEPOSITIONS AND EXPERT DEPOSITIONS. |
| 0.70 | Otoo, Mary D | REVISE ESI PROTOCOL. |
| | Togias, Iason G | |
| | Dabanka, Elizabeth A | |

**Invoice Date: August 18, 2025**                                                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 1.10 | Archambeau, Karsyn | REVISE RESPONSES AND OBJECTIONS TO DEFENDANT'S REQUESTS FOR PRODUCTION. |

Archambeau, Karsyn

Archambeau, Karsyn

| | | |
|---|---|---|
| 1.10 | Archambeau, Karsyn | DRAFT CORRESPONDENCE AND COLLECT WORK PRODUCT FOR SAME RE: ADDITIONAL DOCUMENT PRODUCTION FROM CLIENT AND WITNESS OUTREACH. |

Archambeau, Karsyn

Archambeau, Karsyn

| | | |
|---|---|---|
| 3.90 | Delwiche, Noah J | DRAFT MODULES FOR OFFENSIVE DEPOSITION OUTLINE. |

07/17/25

Chung, Daniel

Maloney, Mary Beth

Invoice Date: August 18, 2025                                          Invoice No. 2025082202

**Due and Payable Upon Receipt**



Yang, Betty X

4.50 Scott, Sydney A

DRAFT AND REVISE INTERROGATORY RESPONSES FOR PLAINTIFF HOSPITALS (3.2); ANALYZE RESPONSES TO REQUESTS FOR PRODUCTION (1.0); PREPARE FOR AND PARTICIPATE IN CALL WITH M. TAGAKI RE SEARCH TERMS (0.3).

Crain, Lee R

Hvidt, Scott K

1.50 Hvidt, Scott K

DRAFT, REVIEW AND REVISE DISCOVERY RESPONSES (.8); DRAFT CORRESPONDENCE REGARDING STRATEGY (.7).

Parks, Allyson E

Richman, Brian A



Takagaki, Marc Aaron Y





Simmons, Kevin M

3.60          Cardone, Emily A

REVIEW AND REVISE OMNIBUS
DEPOSITION OUTLINE.

Cardone, Emily A

Cardone, Emily A



**Invoice Date: August 18, 2025**                                  **Invoice No. 2025082202**

**Due and Payable Upon Receipt**



Cardone, Emily A

Cardone, Emily A

0.70    Cardone, Emily A

REVIEW AND REVISE STIPULATED PROTECTIVE ORDER WITH HIPAA LANGUAGE.

0.40    Cardone, Emily A

REVIEW AND ANALYZE MISLEADING WEBSITE PAGES FOR DEPOSITION OUTLINE.

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Grover, Monica

Reilly, Kevin J



**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 6.50 | Garnick, Adam J | CONTINUE DRAFTING AND FINALIZE DRAFT OF PROTECTIVE ORDER MOTION (3.5); REVIEW AND ANNOTATE VARIOUS DOCUMENTS FOR CONSUMER CHOICE EXPERT AND DRAFT EMAIL TO EXPERT (3.0). |

Otoo, Mary D

Otoo, Mary D

| | | |
|---|---|---|
| 0.70 | Otoo, Mary D | REVISE DOCUMENT REQUEST RESPONSES & OBJECTIONS. |

Togias, Iason G

Dabanka, Elizabeth A

| | | |
|---|---|---|
| 1.70 | Archambeau, Karsyn | DISCUSS POTENTIAL DOCUMENTS FOR PRODUCTION WITH R. WEST AT CLIENT WITH M. TAKAGAKI AND L. CRAIN AND DRAFT AND SEND CORRESPONDENCE SUMMARIZING SAME. |

Archambeau, Karsyn

Archambeau, Karsyn



Archambeau, Karsyn

Archambeau, Karsyn

Delwiche, Noah J

07/18/25

Chung, Daniel

Maloney, Mary Beth

Yang, Betty X



Scott, Sydney A

Crain, Lee R

| 3.40 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE CORRESPONDENCE TO OPPOSING COUNSEL (1.3); DRAFT, REVIEW AND REVISE DISCOVERY REQUESTS (.8); DRAFT, REVIEW AND REVISE PROTECTIVE ORDER (.7); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.6). |
| 1.70 | Buzzard, Christine M | REVIEW AND REVISE DRAFT MOTION FOR A PROTECTIVE ORDER PREPARED BY A. GARNICK. |

 Takagaki, Marc Aaron Y



0.80   Simmons, Kevin M

DRAFT OUTLINE FOR DEPOSITION PREPARATION FOR CEOS (0.8).

 Cardone, Emily A



**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

Cardone, Emily A

Cardone, Emily A

0.20     Cardone, Emily A                          REVIEW AND REVISE EMAIL RE
                                                    STIPULATED PROTECTIVE ORDER.

0.40     Cardone, Emily A                          REVIEW AND REVISE JUPITER
                                                    SUBPOENA.

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

1.00     Kuntz, Andrew V                           TRAIN LEVEL LEGAL DOCUMENT
                                                    REVIEWER TEAM.

Grover, Monica

0.60     Reilly, Kevin J                           PREPARE NON-PARTY SUBPOENA
                                                    TO JUNIPER MEDICAL CENTER.

4.30     Garnick, Adam J                           FINALIZE DRAFT OF MOTION FOR
                                                    PROTECTIVE ORDER (2.0);
                                                    PARTICIPATE IN CALL WITH
                                                    EXPERT RE REPORT (0.8);
                                                    COMPILE AND ANNOTATE
                                                    VARIOUS DOCUMENTS FOR
                                                    EXPERT (1.5).

| | | |
|---|---|---|
| 1.80 | Otoo, Mary D | MEET WITH L. CRAIN, M. B. MALONEY, AND M. A. TAKAGAKI REGARDING RESPONSES AND OBJECTIONS TO DEFENDANT'S DOCUMENT REQUESTS. |
| 1.10 | Otoo, Mary D | DRAFT CORRESPONDENCE REGARDING DISCOVERY REQUESTS AND DOCUMENT COLLECTION. |
| | Dabanka, Elizabeth A | |
| 0.40 | Archambeau, Karsyn | REVIEW AND SUMMARIZE SEARCH TERM RESULTS FOR M. TAKAGAKI RE: DOCUMENT REVIEW. |
| | Archambeau, Karsyn | |
| | Archambeau, Karsyn | |
| | Archambeau, Karsyn | |
| | Archambeau, Karsyn | |
| | Delwiche, Noah J | |
| | Womack, Lauren E | |

**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

| Date | Hours | Name | Description |
|---|---|---|---|
| 07/19/25 | 1.00 | Chung, Daniel | REVISE DRAFT OFFENSIVE DEPOSITION MODULES. |
| | 0.20 | Scott, Sydney A | CORRESPOND WITH K. SIMMONS AND L. CRAIN RE DRAFT INTERROGATORY RESPONSES. |
| | 0.80 | Crain, Lee R | REVISE INTERROGATORIES. |
| | | Takagaki, Marc Aaron Y | |
| | 4.90 | Simmons, Kevin M | ADDRESS L. CRAIN'S COMMENTS ON RESPONSES AND OBJECTIONS TO INTERROGATORIES (4.9). |
| | | Kuntz, Andrew V | |
| | 2.30 | Garnick, Adam J | REVIEW AND REVISE RESPONSES AND OBJECTIONS (2.25). |
| | 1.80 | Otoo, Mary D | REVISE RESPONSES AND EJECTIONS TO DEFENDANT'S DISCOVERY REQUESTS. |
| | | Dabanka, Elizabeth A | |
| 07/20/25 | | Chung, Daniel | |
| | | Maloney, Mary Beth | |

**Invoice Date: August 18, 2025**    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

| 2.80 | Scott, Sydney A | DRAFT AND REVISE INTERROGATORY RESPONSES FOR FIVE PLAINTIFF HOSPITALS (1.8); PREPARE FOR MEETINGS WITH CEO WITNESSES RE SAME (1.0). |
|---|---|---|
| ☒ | Hvidt, Scott K | |
| 1.50 | Takagaki, Marc Aaron Y | REVIEW AND ANALYZE DOCUMENTS FLAGGED BY LEVEL LEGAL (.6); CONFER WITH LEVEL LEGAL, L. CRAIN, AND OTHERS RE: SAME (.3); REVIEW AND EDIT RESPONSES AND OBJECTIONS TO RFPS (.5); STRATEGIZE WITH A. GARNICK, M. OTOO AND OTHERS RE: SAME (.1). |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Dabanka, Elizabeth A | |
| 07/21/25 ☒ | Chung, Daniel | |



Maloney, Mary Beth

Yang, Betty X

3.00   Scott, Sydney A   PREPARE FOR, PARTICIPATE IN, AND DEBRIEF FROM MEETINGS WITH H. HAVERIACK AND J. HANLON RE INTERROGATORY RESPONSES.

5.00   Crain, Lee R   PARTICIPATE IN CEO INTERVIEW (1.5); ATTENTION TO DOCUMENT REVIEW STRATEGIC ISSUES (1); REVISE MOTION FOR PROTECTIVE ORDER AND TELECONFERENCE RE THE SAME (1.5); REVIEW RESPONSES AND OBJECTIONS FOR STRATEGY AND SERVICE (1).

Hvidt, Scott K

Hvidt, Scott K

Hvidt, Scott K

0.20   Buzzard, Christine M   DISCUSS PROTECTIVE ORDER STRATEGY AND DAMAGES RESEARCH TASK WITH L. CRAIN, A. GARNICK, AND A. KUNTZ.

Richman, Brian A

**Invoice Date: August 18, 2025**                                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

 Takagaki, Marc Aaron Y





Simmons, Kevin M

5.40   Simmons, Kevin M

DRAFT QUESTIONS FOR CEOS BASED ON INTERROGATORIES (0.9); MEET WITH H. HAVERICAK RE INTERROGATORY RESPONSES (1.1); DRAFT INTERROGATORY RESPONSES (3.2); MEET WITH S. SCOTT RE INTERROGATORY RESPONSES (0.2).

 Cardone, Emily A



| | | |
|---|---|---|
| 0.50 | Cardone, Emily A | REVIEW AND ANALYZE LEAPFROG SEARCH TERMS FOR DOCUMENT PRODUCTION. |
| 0.60 | Cardone, Emily A | REVIEW AND REVISE OMNIBUS DEPOSITION NOTICE AND DRAFT COVER EMAIL. |
| 0.30 | Cardone, Emily A | LEGAL RESEARCH RE EXPERT DEPOSITION DEADLINES. |
| | Cardone, Emily A | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| 0.20 | Kuntz, Andrew V | REVIEW INTERNAL DOCUMENTS FOR POTENTIAL PRODUCTION. |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Grover, Monica | |
| 0.20 | Reilly, Kevin J | FINALIZE JUPITER MEDICAL CENTER SUBPOENA. |

| 5.10 | Garnick, Adam J | REVISE RESPONSES AND OBJECTIONS TO DISCOVERY REQUESTS (0.75); PARTICIPATE IN TEAM MEETING REGARDING WITNESS OUTREACH (0.5); UPDATE CHART TRACKING VARIOUS DOCUMENT COLLECTIONS (0.25); CONFER WITH L. CRAIN REGARDING MOTION FOR PROTECTIVE ORDER (0.25); REVIEW DOCUMENTS AHEAD OF PRODUCTION (1.25); BEGIN REVISING MOTION FOR PROTECTIVE ORDER (2.1). |
| 0.60 | Otoo, Mary D | MEET WITH M. A. TAKAGAKI REGARDING WITNESS IDENTIFICATION AND OUTREACH. |
| 1.10 | Otoo, Mary D | MEET WITH M. B. MALONEY, M. A. TAKAGAKI, AND L. CRAIN REGARDING DISCOVERY RESPONSES. |
| 1.20 | Otoo, Mary D | MEET WITH M. B. MALONEY, M. A. TAKAGAKI, AND L. CRAIN REGARDING RESPONSES & OBJECTIONS TO DOCUMENT REQUESTS. |

Togias, Iason G

Dabanka, Elizabeth A

| 2.00 | Archambeau, Karsyn | REVIEW FIRST LEVEL TAGGING OF DOCUMENTS FOR PRODUCTION TO PLAINTIFFS AND SUMMARIZE SAME FOR M. TAKAGAKI AND TEAM. |



Archambeau, Karsyn

Archambeau, Karsyn



0.50    Archambeau, Karsyn

REVISE WITNESS CHART AHEAD OF MEETING RE: SAME WITH M. TAKAGAKI TO DISCUSS OUTREACH FOR FACT DEVELOPMENT.

0.30    Delwiche, Noah J

CONFER WITH D. CHUNG AND E. CARDONE RE ONGOING ACTION ITEMS FOR OFFENSIVE DISCOVERY.



Womack, Lauren E

07/22/25
3.00    Chung, Daniel

INTERNAL CONFERENCES REGARDING UPDATES; REVIEW CORRESPONDENCE REGARDING DISCOVERY ISSUES; REVISE DRAFT OFFENSIVE DEPOSITION OUTLINE MODULES; REVIEW SOURCE DOCUMENTS; REVIEW LEAPFROG WEBSITE AND RELATED MATERIALS.



Maloney, Mary Beth



Yang, Betty X

4.60    Scott, Sydney A        PREPARE FOR AND PARTICIPATE
                               IN INTERVIEWS WITH THREE
                               PLAINTIFF HOSPITAL CEOS (4.1);
                               PREPARE FOR AND PARTICIPATE
                               IN SENIOR LEADERSHIP CALL
                               (0.5).

3.80    Crain, Lee R          PARTICIPATE IN INTERVIEWS OF
                               TWO CEOS (2); ATTENTION TO
                               DISCOVERY STRATEGY (.5);
                               REVIEW AND REVISE WRITTEN
                               DISCOVERY RESPONSES (1.3).

Hvidt, Scott K

Hvidt, Scott K

Hvidt, Scott K

0.80    Buzzard, Christine M   REVIEW AND REVISE DRAFT
                               MOTION FOR PROTECTIVE ORDER.

Buzzard, Christine M

Invoice Date: August 18, 2025                                    Invoice No. 2025082202

**Due and Payable Upon Receipt**



Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

0.50    Buzzard, Christine M



PARTICIPATE IN TEAM SENIOR SYNC STRATEGY CALL.

Parks, Allyson E

Richman, Brian A

Richman, Brian A

Richman, Brian A



Invoice Date: August 18, 2025                                                                 Invoice No. 2025082202

Due and Payable Upon Receipt

 Takagaki, Marc Aaron Y



**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

| 6.90 | Simmons, Kevin M | DRAFT INTERROGATORY RESPONSES (0.4); WEEKLY TEAM MEETING (0.6); INTERVIEW OF SHERI MONTGOMERY (0.9); INTERVIEW OF CYNTHIA MCCAULEY (1.0); DRAFT INTERROGATORY RESPONSES, INCORPORATING CLIENT INTERVIEWS AND PARTNER FEEDBACK (4.0). |
| | Simmons, Kevin M | |
| 0.70 | Cardone, Emily A | REVIEW AND ANALYZE OPPOSING COUNSEL EDITS TO PROTECTIVE ORDER. |
| 0.30 | Cardone, Emily A | REVIEW AND REVISE CORRESPONDENCE TO LEAPFROG RE DOCUMENT PRODUCTION. |
| | Cardone, Emily A / Cardone, Emily A / Kuntz, Andrew V | |
| 0.70 | Kuntz, Andrew V | REVISE DRAFT MOTION FOR A PROTECTIVE ORDER REGARDING LEAPFROG DOCUMENT REQUESTS. |
| 1.00 | Kuntz, Andrew V | REVIEW INTERNAL PLAINTIFF HOSPITAL DOCUMENTS FOR POTENTIAL PRODUCTION. |
| | Kuntz, Andrew V | |

Kuntz, Andrew V

Grover, Monica

Shi, Andrew A

Reilly, Kevin J

| | | |
|---|---|---|
| 5.00 | Garnick, Adam J | PREPARE FOR AND PARTICIPATE IN TEAM MEETING (1.0); REVIEW DOCUMENT REQUESTS AND COLLECTIONS (0.5); REVIEW AND REVISE VARIOUS TRACKING CHARTS REGARDING DOCUMENT REQUESTS AND COLLECTIONS (1.0); REVISE AND CIRCULATE MOTION FOR PROTECTIVE ORDER (2.5). |
| 2.40 | Otoo, Mary D | ANALYZE AND SUMMARIZE DOCUMENTS FOR POTENTIAL PRODUCTION. |
| 0.80 | Otoo, Mary D | DRAFT CORRESPONDENCE REGARDING DOCUMENT COLLECTION. |

| | | |
|---|---|---|
| 2.30 | Otoo, Mary D | REVISE RESPONSES AND OBJECTIONS TO DEFENDANT'S REQUESTS FOR PRODUCTION. |

Otoo, Mary D

| | | |
|---|---|---|
| 1.30 | Otoo, Mary D | CONDUCT SECOND LEVEL REVIEW OF DOCUMENTS FOR PRODUCTION. |

Togias, Iason G

Fischer, Alexander M

Dabanka, Elizabeth A

Delwiche, Noah J

Scott, Spencer E

**Invoice Date: August 18, 2025**                    Invoice No. 2025082202

**Due and Payable Upon Receipt**



Varela, Eugenia

07/23/25   Chung, Daniel

Maloney, Mary Beth

Yang, Betty X

5.50   Crain, Lee R

REVISE INTERROGATORY RESPONSES (1.5); REVISE REQUESTS FOR PRODUCTION (1.5); INTERVIEW L. COOK AND FOLLOW UP RE THE SAME (1); ATTENTION TO DOCUMENT DISCOVERY STRATEGY SAND STATUS (1); CALL WITH M. MALONEY AND D. CHUNG RE DEPOSITION STRATEGY (.5).

2.30   Hvidt, Scott K

DRAFT CORRESPONDENCE TO OPPOSING COUNSEL REGARDING DISCOVERY DISPUTES.

**Invoice Date: August 18, 2025**                    **Invoice No. 2025082202**

**Due and Payable Upon Receipt**

| 0.50 | Hvidt, Scott K | WORK WITH EXPERT TEAM REGARDING NICHOLSON REPORT. |
|------|----------------|---------------------------------------------------|
| 0.40 | Hvidt, Scott K | WORK WITH LEVEL LEGAL REGARDING OFFENSIVE DOCUMENT REVIEW. |

| 1.10 | Buzzard, Christine M | REVIEW AND REVISE RESEARCH SUMMARY REGARDING EVIDENCE OF REPUTATIONAL HARM PREPARED BY A. SHI. |
|------|---------------------|-----------------------------------------------------------------------------------------------|

Buzzard, Christine M

Buzzard, Christine M

 Takagaki, Marc Aaron Y



**Invoice Date: August 18, 2025**

**Due and Payable Upon Rec**

| | | |
|---|---|---|
| | Kuntz, Andrew V | |
| 0.20 | Kuntz, Andrew V | REVIEW SET OF POTENTIAL TARGETED DOCUMENT COLLECTIONS FROM MARKETING TEAM. |
| | Shi, Andrew A | |
| 2.70 | Reilly, Kevin J | REVISE NON-PARTY SUBPOENAS (2.0); REVISE EXPERT TRACKERS (0.7). |
| | Reilly, Kevin J  Scott, Spencer E | |

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**August 18, 2025**

**Invoice No. 2025082185**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through July 31, 2025**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
|  | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
|  | ⊠ |  |  | ⊠ |
|  | **Current Balance Due** |  |  | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No: 121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 18, 2025**                                        **Invoice No. 2025082185**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**August 18, 2025**

**Invoice No. 2025082185**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through July 31, 2025**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| ⊠ | | | | ⊠ |
| | **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 18, 2025**                                          **Invoice No. 2025082185**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240


 LEAPFROG DISPUTE
64230-01116

---

For Legal Services Rendered Through July 31, 2025                              $ ⊠

| NAME | HOURS | RATE |
|------|-------|------|
| DANIEL CHUNG | | $1,800.0 |
| MARY BETH MALONEY | | 1,950.0 |
| BETTY X. YANG | | 1,635.0 |
| SYDNEY A. SCOTT | | 1,635.0 |
| LEE R. CRAIN | | 1,815.0 |
| SCOTT K. HVIDT | | 1,635.0 |
| CHRISTINE M. BUZZARD | | 1,465.0 |
| ALLYSON E. PARKS | | 1,435.0 |
| BRIAN A. RICHMAN | | 1,355.0 |
| MARC AARON Y. TAKAGAKI | | 1,435.0 |
| ROBERT A. BATISTA | | 1,355.0 |
| STEPHEN J. HAMMER | | 1,355.0 |
| KEVIN M. SIMMONS | | 1,355.0 |
| EMILY A. CARDONE | | 1,240.0 |
| ANDREW V. KUNTZ | | 1,355.0 |
| MARK C. TALLEY | | 1,240.0 |
| MONICA GROVER | | 1,240.0 |
| BRANDON C. WOLF | | 1,240.0 |
| ANDREW A. SHI | | 1,240.0 |
| KEVIN J. REILLY | | 1,355.0 |
| ADAM J. GARNICK | | 1,355.0 |
| VERONICA H. ALTABEF | | 1,240.0 |
| MARY D. OTOO | | 1,060.0 |
| IASON G. TOGIAS | | 1,060.0 |
| ALEXANDER M. FISCHER | | 950.00 |
| ELIZABETH A. DABANKA | | 1,060.0 |
| KARSYN ARCHAMBEAU | | 1,060.0 |
| NOAH J. DELWICHE | | 950.00 |
| LAURA Y. WANG | | 1,060.0 |
| LARISSA LAMOUR | | 540.00 |
| STEVEN RABER | | 405.00 |
| VICTOR A. RIVERA | | 570.00 |
| SPENCER E. SCOTT | | 405.00 |
| EUGENIA VARELA | | 665.00 |

**Invoice Date: August 18, 2025**                              Invoice No. 2025082185

**Due and Payable Upon Receipt**

| NAME | | HOURS | RATE |
|------|---|-------|------|
| LAUREN E. WOMACK | | | 540.00 |

**Total Services**   $

**BALANCE DUE**   $

Invoice Date: August 18, 2025          Invoice No. 2025082185

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Services:

07/16/25



Lamour, Larissa



07/23/25
3.00        Scott, Sydney A

REVIEW AND ANALYZE INTERROGATORY RESPONSES IN LIGHT OF CEO INTERVIEWS AND GDC COMMENTS (2.6); ANALYZE CASE CORRESPONDENCE RE VARIOUS MATTERS, INCLUDING OFFENSIVE AND DEFENSIVE DISCOVERY (0.4).

Parks, Allyson E

Richman, Brian A



3.70        Simmons, Kevin M

DRAFT INTERROGATORY RESPONSES, INCORPORATING CLIENT INTERVIEWS AND PARTNER FEEDBACK (1.7); DRAFT EMAIL TO M. MALONEY RE RESPONSES TO INTERROGATORIES (0.1); DRAFT VERIFICATION FOR RESPONSE TO INTERROGATORIES (0.5); INCORPORATE L. CRAIN COMMENTS INTO RESPONSE TO INTERROGATORIES (1.4).

| | | |
|---|---|---|
| 0.50 | Cardone, Emily A | DEVELOP STRATEGY WITH M. TAKAGAKI AND A. KUNTZ RE UPCOMING DISCOVERY. |
| | Cardone, Emily A<br><br>Cardone, Emily A | |
| 0.80 | Cardone, Emily A | DRAFT, REVIEW, AND REVISE INDIVIDUAL LEAPFROG DEPOSITION NOTICES. |
| | Cardone, Emily A | |
| 1.60 | Cardone, Emily A | REVIEW AND REVISE OMNIBUS DEPOSITION OUTLINE WITH D. CHUNG EDITS. |
| | Grover, Monica | |
| 6.50 | Garnick, Adam J | REVIEW DOCUMENTS PRODUCED BY ADVERSARY (1.0); DRAFT RESPONSE TO OPPOSING COUNSEL REGARDING DEFICIENT PRODUCTION (1.0); CREATE VARIOUS CHARTS AND SUMMARIES OF ALL DOCUMENT COLLECTION AND DOCUMENT REQUESTS TO CLIENT (2.5); FINALIZE AND CIRCULATE MOTION FOR PROTECTIVE ORDER (2.0). |
| | Otoo, Mary D<br><br>Otoo, Mary D | |

| 0.70 | Otoo, Mary D | ANALYZE INTERVIEW NOTES AND DRAFT CLIENT CORRESPONDENCE REGARDING DOCUMENT COLLECTION. |

Otoo, Mary D

| 0.60 | Otoo, Mary D | INTERVIEW LISA COOK REGARDING DISCOVERY REQUESTS AND DOCUMENT COLLECTION. |

| 0.80 | Otoo, Mary D | DRAFT OUTLINE FOR INTERVIEW WITH LISA COOK. |

Togias, Iason G

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn



Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

Delwiche, Noah J

Scott, Spencer E

07/24/25
Chung, Daniel



**Invoice Date: August 18, 2025**                    **Invoice No. 2025082185**

**Due and Payable Upon Receipt**



Maloney, Mary Beth

Scott, Sydney A



3.30        Crain, Lee R

REVISE MOTION FOR PROTECTIVE ORDER (.5); REVIEW AND REVISE INTERROGATORIES (1); FINALIZE REQUESTS FOR PRODUCTION (1); ATTENTION TO DISCOVERY STATUS AND STRATEGY RE LEAPFROG DEFICIENT PRODUCTIONS (.5); REVIEW AND REVISE CLIENT UPDATE (.25).

 Hvidt, Scott K



| | | |
|---|---|---|
| 3.40 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE CORRESPONDENCE REGARDING STRATEGY AND TASKS (1.2); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (1.8); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.4). |

Hvidt, Scott K

Hvidt, Scott K

| | | |
|---|---|---|
| 0.30 | Buzzard, Christine M | REVIEW AND REVISE REPUTATIONAL HARM RESEARCH PREPARED BY A. SHI. |
| 0.30 | Buzzard, Christine M | COMMUNICATE REGARDING STRATEGY FOR EDITS TO DRAFT PROTECTIVE ORDER MOTION WITH M. MALONEY, L. CRAIN, AND CASE TEAM. |
| 1.50 | Buzzard, Christine M | REVIEW AND REVISE DRAFT PROTECTIVE ORDER MOTION, INCLUDING IN LIGHT OF EDITS AND COMMENTS FROM M. MALONEY. |

Buzzard, Christine M

Parks, Allyson E

**Invoice Date: August 18, 2025**                                                                 **Invoice No. 2025082185**

**Due and Payable Upon Receipt**

 Takagaki, Marc Aaron Y



| 1.90 | Simmons, Kevin M | DRAFT EMAIL TO A. FISCHER RE CEO DEPOSITION PREPARATIONS (0.1); DRAFT DEPOSITION PREPARATION OUTLINE FOR CEOS (1.1); WORK WITH A. FISCHER RE DEPOSITION PREPARATION OUTLINE (0.7). |
|---|---|---|
| | Simmons, Kevin M | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 0.70 | Cardone, Emily A | REVIEW AND FINALIZE DEPOSITION NOTICES. |
| 0.70 | Cardone, Emily A | REVIEW AND REVISE OMNIBUS DEPOSITION OUTLINE. |
| | Cardone, Emily A | |
| 1.80 | Kuntz, Andrew V | PREPARE FIRST DOCUMENT PRODUCTION TO LEAPFROG. |
| | Kuntz, Andrew V | |

Kuntz, Andrew V

Kuntz, Andrew V

Talley, Mark C

Grover, Monica

Shi, Andrew A

| 1.50 | Reilly, Kevin J | REVISE NON-PARTY SUBPOENAS. |
|---|---|---|
| 7.10 | Garnick, Adam J | DRAFT PROPOSED ORDER (1.0); REVISE MOTION FOR PROTECTIVE ORDER (2.5); DRAFT DISCOVERY CORRESPONDENCE REGARDING SUBSTANTIAL COMPLETION AND RFP 17 (1.0); QUALITY CONTROL CLIENT'S PRODUCTION OF DOCUMENTS (2.0); ORGANIZE AND COORDINATE DOCUMENT COLLECTION (0.6). |
| 6.00 | Otoo, Mary D | EDIT AND FINALIZE RESPONSES AND OBJECTIONS TO DEFENDANT'S DISCOVERY REQUESTS. |
| 0.50 | Otoo, Mary D | PREPARE RESPONSES AND OBJECTIONS TO DEFENDANT'S REQUESTS FOR PRODUCTION TO SERVE TO DEFENDANT. |

**Invoice Date: August 18, 2025**                                                              **Invoice No. 2025082185**

**Due and Payable Upon Receipt**



| | Togias, Iason G | |
| 0.80 | Fischer, Alexander M | CONFER WITH K. SIMMONS RE PREPARATION FOR PLAINTIFF CEO DEPOSITION PREPARATION. |
| | Dabanka, Elizabeth A | |
| 0.50 | Archambeau, Karsyn | REVIEW SEARCH TERM HITS FOR POTENTIAL PRODUCTION TO DEFENDANTS. |
| | Archambeau, Karsyn | |
| 1.00 | Archambeau, Karsyn | DISCUSS REVIEW OF ADDITIONAL CLIENT PRODUCTION WITH A. GARNICK AND COMPLETE HIGH-LEVEL REVIEW AND SUMMARY OF SAME. |
| | Archambeau, Karsyn | |
| | Raber, Steven | |
| | Rivera, Victor A | |



Varela, Eugenia

07/25/25    Chung, Daniel

Maloney, Mary Beth

Yang, Betty X

2.60    Scott, Sydney A

ANALYZE, REVISE, AND FINALIZE
INTERROGATORY RESPONSES;
CORRESPOND WITH GDC RE
SAME.

Crain, Lee R

0.50    Hvidt, Scott K

MEET AND CONFER WITH
OPPOSING COUNSEL.



Hvidt, Scott K

3.90    Hvidt, Scott K

DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (1.5); DRAFT, REVIEW AND REVISE TALKING POINTS REGARDING DISCOVERY DISPUTES (1.2); REVIEW AND ANALYZE DISCOVERY AND MERITS STRATEGY (.8); DRAFT, REVIEW AND REVISE MOTION FOR PROTECTIVE ORDER (.4).

0.20    Buzzard, Christine M

COMMUNICATE REGARDING CONTEMPLATED MOTIONS TO COMPEL AND FOR A PROTECTIVE ORDER WITH LOCAL COUNSEL.

Buzzard, Christine M

Parks, Allyson E



 Takagaki, Marc Aaron Y



3.40    Simmons, Kevin M

INCORPORATE S. SCOTT EDITS INTO RESPONSE AND OBJECTIONS TO INTERROGATORIES, SEND TO CEOS (1.2); RESEARCH FOR AND DRAFT EMAIL TO J. HANLON RE INTERROGATORY RESPONSES (0.7); FINALIZE RESPONSE AND OBJECTIONS TO INTERROGATORIES (1.4); SERVE INTERROGATORY RESPONSES AND OBJECTIONS (0.1).

|  | Cardone, Emily A |  |
|---|---|---|

0.50    Cardone, Emily A

MEET AND CONFER WITH OPPOSING COUNSEL RE LEAPFROG INTERROGATORY RESPONSE.

0.70    Cardone, Emily A

DEVELOP STRATEGY WITH INTERNAL TEAM RE OFFENSIVE DISCOVERY DOCUMENT REVIEW.

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

1.30    Kuntz, Andrew V

REVIEW DOCUMENTS HIT UPON BY POTENTIAL DEFENSIVE SEARCH TERMS FOR PROPOSAL TO LEAPFROG.

Talley, Mark C

 Grover, Monica

Shi, Andrew A

Shi, Andrew A



0.60    Reilly, Kevin J

REVISE NON-PARTY SUBPOENAS (0.3); COORDINATE SERVING SUBPOENAS (0.2); CONFER WITH L. CRAIN REGARDING SAME (0.1).

8.50    Garnick, Adam J

PREPARE FOR AND DRAFT CORRESPONDENCE REGARDING DATA REQUESTS FOR CONSUMER CHOICE EXPERT (2.0); PARTICIPATE IN MEET AND CONFER REGARDING DATA REQUESTS (0.75); COMPILE MATERIALS FOR L. CRAIN IN PREPARATION FOR ARGUMENT ON PROTECTIVE ORDER MOTION (2.0); REVIEW DOCUMENTS FROM CLIENTS AND CREATE NUMEROUS CHARTS SUMMARIZING DOCUMENTS COLLECTED AND OUTSTANDING (3.75).

 Otoo, Mary D

Otoo, Mary D

Otoo, Mary D



Invoice Date: August 18, 2025

Invoice No. 2025082185

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 2.50 | Otoo, Mary D | REVIEW AND SUMMARIZE DOCUMENTS FOR DEFENSIVE DOCUMENT PRODUCTION. |



| | | |
|---|---|---|
| 0.60 | Wang, Laura Y | ORGANIZE REFERENCE MATERIALS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER HEARING. |

07/26/25
0.50    Maloney, Mary Beth    CONFER WITH TEAM RE STATUS OF EXPERT REPORTS.

| 0.40 | Crain, Lee R | BEGIN REVIEW OF J. BERGER EXPERT REPORT. |

| 0.50 | Garnick, Adam J | BEGIN REVIEWING CONSUMER CHOICE EXPERT REPORT DRAFT (0.5). |

07/27/25

| 1.80 | Crain, Lee R | REVISE BERGER EXPERT REPORT (1); CONFER WITH TEAM RE STATUS OF DOCUMENT REQUESTS (.75). |

| ☒ | Takagaki, Marc Aaron Y | |

| 0.70 | Cardone, Emily A | DEVELOP STRATEGY WITH L. CRAIN, M. TAKAGAKI, A. GARNICK, A. KUNTZ, AND M. OTOO RE DOCUMENT COLLECTION AND PRODUCTION. |

| 0.30 | Cardone, Emily A | REVIEW AND REVISE CORRESPONDENCE TO LEAPFROG RE DOCUMENT PRODUCTION. |

Kuntz, Andrew V

Reilly, Kevin J

Garnick, Adam J

Otoo, Mary D

| | | | |
|---|---|---|---|
| 07/28/25  | Chung, Daniel | | |
| 0.60 | Scott, Sydney A | | PREPARE FOR AND PARTICIPATE IN CALL WITH L. CRAIN RE SITE VISITS FOR DEPOSITION PREPARATION (0.4); CONSIDER STRATEGY FOR SAME (0.2). |
| 3.00 | Crain, Lee R | | REVIEW BERGER REPORT (2.5); CONFER RE DISCOVERY STATUS (.5); PREPARE FOR MEET AND CONFER (.5). |
| | Hvidt, Scott K | | |
| 1.90 | Hvidt, Scott K | | DRAFT, REVIEW AND REVISE CORRESPONDENCE TO OPPOSING COUNSEL (1.2); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (.7). |
| 1.70 | Buzzard, Christine M | | REVIEW AND PROVIDE COMMENTS ON DRAFT EXPERT REPORT FROM J. BERGER. |
| | Buzzard, Christine M | | |
| | Buzzard, Christine M | | |
| 0.20 | Buzzard, Christine M | | DISCUSS ORDER TO SHOW PROOF DOCUMENT AND STRATEGY WITH L. DABANKA. |

| 0.40 | Buzzard, Christine M | DISCUSS AND DEVELOP STRATEGY FOR UPCOMING ANSWER RESPONSE AND MOTION FOR SUMMARY JUDGMENT TASKS AND STRATEGY WITH B. RICHMAN AND S. HAMMER. |



Buzzard, Christine M

Buzzard, Christine M

Parks, Allyson E



 Takagaki, Marc Aaron Y





Hammer, Stephen J

Hammer, Stephen J

Simmons, Kevin M

Cardone, Emily A

0.60   Cardone, Emily A       REVIEW AND ANALYZE LEAPFROG
                             RESPONSES TO SECOND
                             REQUESTS FOR PRODUCTION.

Cardone, Emily A

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

Talley, Mark C

Shi, Andrew A

Reilly, Kevin J

Garnick, Adam J

Otoo, Mary D

Togias, Iason G

5.20    Fischer, Alexander M

DRAFT PREPARATION DOCUMENT FOR PLAINTIFF HOSPITAL CEO DEPOSITION PREPARATION.

Dabanka, Elizabeth A

Wang, Laura Y

Rivera, Victor A

Scott, Spencer E





| | | |
|---|---|---|
| | Scott, Spencer E | |
| 07/29/25 | Chung, Daniel | |
| | Maloney, Mary Beth | |
| | Yang, Betty X | |
| 0.20 | Scott, Sydney A | CORRESPOND WITH CEOS RE SITE VISIT FOR DEPOSITION PREPARATIONS. |
| | Scott, Sydney A | |
| | Crain, Lee R | |
| 1.30 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.8); DRAFT, REVIEW AND REVISE DISCOVERY STRATEGY CORRESPONDENCE (.5). |
| | Hvidt, Scott K | |
| | Buzzard, Christine M | |

| 1.20 | Buzzard, Christine M | REVIEW CASE TEAM RESEARCH AND EXAMINE RELEVANT CASE LAW REGARDING JURY TRIAL DEMANDS ASSERTED BY DEFENDANTS NOT PRESSING COUNTERCLAIMS. |
| --- | --- | --- |
| 0.80 | Buzzard, Christine M | REVIEW TLG ANSWER TO COMPLAINT AND ANALYZE AFFIRMATIVE DEFENSES. |
| | Buzzard, Christine M | |
| | Buzzard, Christine M | |
| | Buzzard, Christine M | |
| | Buzzard, Christine M | |
| | Buzzard, Christine M | |
| 1.60 | Buzzard, Christine M | REVIEW AND REVISE DRAFT APEX DEPOSITION PROTECTIVE ORDER. |
| | Parks, Allyson E | |
| | Richman, Brian A | |
| | Richman, Brian A | |

 Takagaki, Marc Aaron Y



1.80       Batista, Robert A

ANALYZE COMPLAINT IN
PREPARATION FOR DRAFTING
PRE-TRIAL MOTIONS.

Batista, Robert A

Batista, Robert A

Hammer, Stephen J

Hammer, Stephen J



**Due and Payable Upon Receipt**

Hammer, Stephen J

Simmons, Kevin M

0.50     Cardone, Emily A          REVIEW AND ANALYZE ANSWER.

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Talley, Mark C



Invoice Date: August 18, 2025                    Invoice No. 2025082185

Due and Payable Upon Receipt



Grover, Monica

Wolf, Brandon C

Wolf, Brandon C

Shi, Andrew A

Reilly, Kevin J

1.90   Reilly, Kevin J

REVIEW CASE LAW REGARDING DAMAGES (0.5); REVISE NON-PARTY SUBPOENA TRACKER (1.0); DRAFT SUBPOENA RE: HUMANA (0.4).

Garnick, Adam J

2.00        Otoo, Mary D                                    DRAFT TALKING POINTS OUTLINE
                                                            FOR DISCOVERY MEET AND
                                                            CONFER.

            Otoo, Mary D

            Otoo, Mary D

            Otoo, Mary D

            Otoo, Mary D

            Togias, Iason G

            Fischer, Alexander M

            Dabanka, Elizabeth A

            Delwiche, Noah J

            Wang, Laura Y

            Wang, Laura Y





Scott, Spencer E

Womack, Lauren E

07/30/25

Chung, Daniel

Maloney, Mary Beth

| | | |
|---|---|---|
| 2.90 | Scott, Sydney A | PREPARE FOR AND PARTICIPATE IN MEET-AND-CONFER WITH OPPOSING COUNSEL ON PLAINTIFFS' RESPONSE TO REQUESTS FOR PRODUCTION AND DEBRIEF CALL RE SAME (2.6); REVIEW AND RESPOND TO CORRESPONDENCE RE SITE-VISITS, DEFENSIVE DISCOVERY, AND OTHER CASE MATTERS (0.3). |
| 4.30 | Crain, Lee R | MEET AND CONFER WITH OPPOSING COUNSEL AND PREPARE FOR THE SAME (2); FOLLOW UP ON DISCOVERY STRATEGY (.5); REVIEW RE ANSWER, INCLUDING CONFERRING WITH C. BUZZARD (.75). |
| 1.50 | Hvidt, Scott K | PARTICIPATE IN MEET AND CONFER WITH OPPOSING COUNSEL. |

| 1.30 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE MOTION TO COMPEL (.9); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.4). |

Hvidt, Scott K

Buzzard, Christine M

Buzzard, Christine M

| 2.30 | Buzzard, Christine M | REVIEW AND REVISE DRAFT APEX DEPOSITION PROTECTIVE ORDER. |

Buzzard, Christine M

| 0.70 | Buzzard, Christine M | REVIEW AND REVISE DRAFT NOTICE WITHDRAWING MONETARY DAMAGES REQUEST. |

Buzzard, Christine M

| 0.50 | Buzzard, Christine M | REVIEW AND COMMENT ON REVISED DRAFT BERGER REPORT. |

Buzzard, Christine M

| 2.40 | Buzzard, Christine M | RESEARCH CASE LAW SUPPORTING MOTION TO COMPEL A DOCUMENT DISCOVERY SUBSTANTIAL COMPLETION DATE. |

2.60      Buzzard, Christine M

DRAFT MOTION TO COMPEL A
DOCUMENT DISCOVERY
SUBSTANTIAL COMPLETION DATE.



Parks, Allyson E

Takagaki, Marc Aaron Y

Batista, Robert A

Batista, Robert A

| 0.50 | Batista, Robert A | ANALYZE LEAPFROG'S ANSWER IN PREPARATION FOR DRAFTING PRE-TRIAL MOTIONS. |
|------|-------------------|--------------------------------------------------------------------------|
| 0.60 | Batista, Robert A | ANALYZE MOTION FOR PRELIMINARY INJUNCTION IN PREPARATION FOR DRAFTING PRE-TRIAL MOTIONS. |
| 1.50 | Batista, Robert A | ANALYZE MOTION TO DISMISS BRIEFING AND ORDER IN PREPARATION FOR DRAFTING PRE-TRIAL MOTIONS. |
| | Hammer, Stephen J | |
| | Hammer, Stephen J | |
| | Simmons, Kevin M | |
| 1.00 | Simmons, Kevin M | MEET AND CONFER WITH OPPOSING COUNSEL RE DISCOVERY (0.5); DRAFT AND RESPOND TO EMAILS RE AMENDING INITIAL DISCLOSURES (0.5). |
| | Cardone, Emily A | |
| 0.80 | Cardone, Emily A | REVIEW AND ANALYZE UPDATED R. BERGER REPORT. |
| 0.70 | Cardone, Emily A | REVIEW AND ANALYZE REVISED NICHOLSON REPORT. |
| | Kuntz, Andrew V | |



Kuntz, Andrew V

Kuntz, Andrew V

Talley, Mark C

Grover, Monica

Wolf, Brandon C

Wolf, Brandon C

Shi, Andrew A

| | | |
|---|---|---|
| 2.10 | Reilly, Kevin J | REVISE S. NICHOLSON REPORT. |
| 0.50 | Reilly, Kevin J | REVISE NON-PARTY SUBPOENAS. |

**Invoice Date: August 18, 2025**                    **Invoice No. 2025082185**

**Due and Payable Upon Receipt**

| 4.00 | Garnick, Adam J | PARTICIPATE IN VARIOUS CALLS WITH CLIENT CONTACTS ABOUT DOCUMENT COLLECTION (2.0); CONTINUE TO REVIEW AND ORGANIZE DOCUMENT COLLECTION FROM CLIENT (2.0). |
| | Altabef, Veronica H | |
| 1.80 | Otoo, Mary D | DRAFT MEET AND CONFER MEMORIALIZATION LETTER TO OPPOSING COUNSEL. |
| | Otoo, Mary D | |
| 1.90 | Otoo, Mary D | MEET AND CONFER WITH OPPOSING COUNSEL REGARDING DEFENDANT'S DISCOVERY REQUESTS. |
| 0.60 | Otoo, Mary D | REVISE MEET AND CONFER TALKING POINTS OUTLINE. |
| | Otoo, Mary D | |
| | Otoo, Mary D | |
| | Togias, Iason G | |
| 3.60 | Fischer, Alexander M | DRAFT PLAINTIFF CEO DEPOSITION PREPARATION DOCUMENTATION. |



|  | Dabanka, Elizabeth A | |
| 5.10 | Wang, Laura Y | ANALYZE CLIENT DOCUMENTS FOR RESPONSIVENESS TO LEAPFROG SURVEY QUESTIONS. |
|  | Wang, Laura Y | |

07/31/25

|  | Chung, Daniel | |
| 0.50 | Maloney, Mary Beth | ATTEND TO DOCUMENT PRODUCTION STRATEGY. |
|  | Yang, Betty X | |
| 0.30 | Scott, Sydney A | ANALYZE AND RESPOND TO CORRESPONDENCE RE DEFENSIVE DOCUMENT COLLECTIONS FROM CEO WITNESSES. |
| 2.40 | Crain, Lee R | CONFER RE RESPONSES AND OBJECTIONS TO DISCOVERY; REVIEW AND REVISE J. BERGER EXPERT REPORT; REVIEW WEEKLY UPDATE; ATTENTION TO BRIEFING STRATEGY. |

|  | Hvidt, Scott K |  |
|---|---|---|

| 0.40 | Hvidt, Scott K | WORK WITH EXPERT TEAM REGARDING EXPERT REPORT. |
|---|---|---|
| 2.00 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE EXPERT REPORT (1.5); DRAFT CORRESPONDENCE REGARDING EXPERT STRATEGY (.5). |
| 0.10 | Buzzard, Christine M | REVIEW AND REVISE DRAFT EMAIL PROPOSING BRIEFING STRATEGY IN LIGHT OF TLG'S ANSWER. |
| 0.20 | Buzzard, Christine M | REVIEW AND ANALYZE BERGER EXPERT REPORT DRAFT. |
|  | Parks, Allyson E |  |



 Takagaki, Marc Aaron Y



 Simmons, Kevin M

0.60    Cardone, Emily A

REVIEW AND ANALYZE ANSWER
AND SUMMARY RE NEXT STEPS.

 Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Kuntz, Andrew V



**Invoice Date: August 18, 2025**                                    **Invoice No. 2025082185**

**Due and Payable Upon Receipt**

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Grover, Monica

Wolf, Brandon C



6.10    Reilly, Kevin J

ATTEND ASSOCIATE CALL REGARDING NICHOLSON (0.6); ATTEND CALL WITH CORNERSTONE REGARDING EXPERT REPORT (0.5); REVIEW AND REVISE NICHOLSON REPORT (2.6); COMMUNICATE WITH M. MALONEY REGARDING NON-PARTY SUBPONEAS (0.4); REVISE CASE STRATEGY UPDATE (0.2); PREPARE M. AUSTIN DEPOSITION (1.4); ATTEND MEET AND CONFER WITH JOHNS HOPKINS COUNSEL (0.5).



Garnick, Adam J

0.40      Otoo, Mary D          REVIEW AND ANALYZE
                                DOCUMENTS REGARDING
                                PLAINTIFFS' DAMAGES AND HARM.

2.00      Otoo, Mary D          REVISE CORRESPONDENCE TO
                                OPPOSING COUNSEL REGARDING
                                DISCOVERY MEET AND CONFER.

          Otoo, Mary D

2.10      Otoo, Mary D          DRAFT MEET AND CONFER
                                MEMORALIZATION LETTER TO
                                OPPOSING COUNSEL.

          Otoo, Mary D

          Togias, Iason G

4.90      Fischer, Alexander M  DRAFT PLAINTIFF CEO
                                DEPOSITION PREPARATION
                                DOCUMENTATION.



Dabanka, Elizabeth A

Delwiche, Noah J

1.40   Wang, Laura Y

DRAFT SIGNIFICANT DOCUMENTS CHRONOLOGY.

Wang, Laura Y

Raber, Steven

Varela, Eugenia

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ☒

**August 25, 2025**

**Invoice No. 2025084908**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through July 31, 2025**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ☒ | $ ☒ | $ ☒ |
| | **Totals** | $ ☒ | $ ☒ | $ ☒ |
| | **Current Balance Due** | | | $ ☒ |

<u>**Remit By Wire To:**</u>
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No:  ☒
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

<u>**Remit By Mail To:**</u>
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 25, 2025**                                        **Invoice No. 2025084908**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ☒

**August 25, 2025**

**Invoice No. 2025084908**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through July 31, 2025**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ☒ | $ ☒ | $ ☒ |
|  | **Totals** | $ ☒ | $ ☒ | $ ☒ |
|  | **Current Balance Due** |  |  | $ ☒ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ☒
ABA No: 121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: August 25, 2025**                                        **Invoice No. 2025084908**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

LEAPFROG DISPUTE
64230-01116

| COSTS/CHARGES | TOTAL |
|---|---|
| IN HOUSE DUPLICATION | $ ☒ |
| ON-LINE RESEARCH (LEXIS) | 6,059.66 |
| ON-LINE RESEARCH (WESTLAW) | 47,737.52 |
| OUTSIDE SERVICES/CONSULTANTS | ☒ |
| SPECIALIZED RESEARCH | 1,461.47 |



**Total Costs/Charges** ☒

**BALANCE DUE** $☒

**Invoice Date: August 25, 2025**                    **Invoice No. 2025084908**

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Costs/Charges:

Copying
07/07/25

07/08/25

07/14/25

07/24/25

07/25/25

07/29/25

07/30/25

Online research
07/02/25          1,073.73          ALTABEF, VERONICA H.     07/02/25     64230-01116
                                     LEXIS RESEARCH

07/03/25          4,169.65          ALTABEF, VERONICA H.     07/03/25     64230-01116
                                     LEXIS RESEARCH

07/08/25            242.78          ALTABEF, VERONICA H.     07/08/25     64230-01116
                                     LEXIS RESEARCH

07/23/25            573.50          SCOTT, SPENCER    07/23/25     64230-01116     LEXIS
                                     RESEARCH

Online research
07/01/25            120.00          SHI,ANDREW     07/01/25    64230-01116     WESTLAW
                                     RESEARCH AND PRINTING CHARGES

07/01/25            240.00          DABANKA,ELIZABETH     07/01/25     64230-01116
                                     WESTLAW RESEARCH AND PRINTING CHARGES

**Invoice Date: August 25, 2025**                                    **Invoice No. 2025084908**

**Due and Payable Upon Receipt**

| 07/01/25 | 240.00 | ALTABEF,VERONICA    07/01/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
|----------|--------|---------------------------------|
| 07/02/25 | 360.00 | DABANKA,ELIZABETH    07/02/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/02/25 | 2,124.49 | TOGIAS,IASON    07/02/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/02/25 | 1,502.26 | ALTABEF,VERONICA    07/02/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/03/25 | 840.00 | CIPOLLONE,GIULIANA    07/03/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/03/25 | 2,400.00 | DABANKA,ELIZABETH    07/03/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/03/25 | 240.00 | TOGIAS,IASON    07/03/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/03/25 | 600.00 | ALTABEF,VERONICA    07/03/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/04/25 | 120.00 | CIPOLLONE,GIULIANA    07/04/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/04/25 | 2,688.19 | WOLF,BRANDON    07/04/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/05/25 | 840.00 | CIPOLLONE,GIULIANA    07/05/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/05/25 | 3,460.77 | WOLF,BRANDON    07/05/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/05/25 | 240.00 | DABANKA,ELIZABETH    07/05/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/06/25 | 480.00 | CIPOLLONE,GIULIANA    07/06/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/06/25 | 600.00 | WOLF,BRANDON    07/06/25    64230-01116<br>WESTLAW RESEARCH AND PRINTING CHARGES |

**Invoice Date: August 25, 2025**                                    **Invoice No. 2025084908**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 07/06/25 | 1,821.06 | GARNICK,ADAM J   07/06/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/07/25 | 643.64 | SHI,ANDREW   07/07/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/07/25 | 960.00 | WOLF,BRANDON   07/07/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/08/25 | 600.00 | SHI,ANDREW   07/08/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/08/25 | 720.00 | WOLF,BRANDON   07/08/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/08/25 | 669.01 | DABANKA,ELIZABETH   07/08/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/08/25 | 1,080.00 | ALTABEF,VERONICA   07/08/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/09/25 | 360.00 | SHI,ANDREW   07/09/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/09/25 | 480.00 | WOLF,BRANDON   07/09/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/09/25 | 120.00 | TOGIAS,IASON   07/09/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/09/25 | 360.00 | RICHMAN,BRIAN   07/09/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/10/25 | 1,385.23 | SHI,ANDREW   07/10/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/10/25 | 240.00 | ARCHAMBEAU,KARSYN   07/10/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/10/25 | 360.00 | RICHMAN,BRIAN   07/10/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/11/25 | 2,229.01 | TOGIAS,IASON   07/11/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/11/25 | 120.00 | RICHMAN,BRIAN   07/11/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |

**Due and Payable Upon Receipt**

| 07/13/25 | 600.00 | GARNICK,ADAM J    07/13/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| --- | --- | --- |
| 07/13/25 | 960.00 | OTOO,MARY    07/13/25    64230-01116    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/14/25 | 4,320.00 | OTOO,MARY    07/14/25    64230-01116    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/14/25 | 960.00 | TOGIAS,IASON    07/14/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/14/25 | 3,343.68 | HAMMER,STEPHEN J    07/14/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/15/25 | 120.00 | SHI,ANDREW    07/15/25    64230-01116    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/15/25 | 120.00 | WOLF,BRANDON    07/15/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/15/25 | 978.02 | TOGIAS,IASON    07/15/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/16/25 | 720.00 | OTOO,MARY    07/16/25    64230-01116    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/17/25 | 120.00 | GARNICK,ADAM J    07/17/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/18/25 | 480.00 | ARCHAMBEAU,KARSYN    07/18/25    64230-01116  WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/22/25 | 2,221.82 | SHI,ANDREW    07/22/25    64230-01116    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/22/25 | 240.00 | GROVER,MONICA    07/22/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/23/25 | 82.26 | SHI,ANDREW    07/23/25    64230-01116    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/28/25 | 904.02 | SHI,ANDREW    07/28/25    64230-01116    WESTLAW RESEARCH AND PRINTING CHARGES |

| 07/28/25 | 567.02 | GARNICK,ADAM J    07/28/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/29/25 | 848.03 | SHI,ANDREW    07/29/25    64230-01116    WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/29/25 | 360.00 | WOLF,BRANDON    07/29/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/29/25 | 309.01 | GARNICK,ADAM J    07/29/25    64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 07/30/25 | 240.00 | SHI,ANDREW    07/30/25    64230-01116    WESTLAW RESEARCH AND PRINTING CHARGES |

Other professionals

| 07/10/25 | | |
| 07/10/25 | | |
| 07/22/25 | | |
| 07/31/25 | | |

Online research

| 07/01/25 | 289.25 | SCOTT, SPENCER E.  07/01/2025  BLOOMBERG LAW |
| 07/01/25 | 3.40 | SHI, ANDREW A.  07/01/2025  PACER |
| 07/02/25 | 5.30 | TOGIAS, IASON G.  07/02/2025  PACER |
| 07/03/25 | 2.00 | JONES, CARLA H.  07/03/2025  PACER |
| 07/03/25 | 16.60 | HAMMER, STEPHEN J.  07/03/2025  PACER |

**Invoice Date: August 25, 2025**                    **Invoice No. 2025084908**

**Due and Payable Upon Receipt**

| 07/03/25 | 1.10 | CIPOLLONE, GIULIANA C.  07/03/2025  PACER |
| 07/08/25 | 1.10 | WOMACK, LAUREN ELIZABETH  07/08/2025  PACER |
| 07/08/25 | 200.00 | DABANKA, ELIZABETH A.  07/08/2025  TRELLIS |
| 07/10/25 | 6.50 | SHI, ANDREW A.  07/10/2025  PACER |
| 07/10/25 | 7.70 | CIPOLLONE, GIULIANA C.  07/10/2025  PACER |
| 07/11/25 | 1.50 | CIPOLLONE, GIULIANA C.  07/11/2025  PACER |
| 07/15/25 | 14.45 | SIMMONS, KEVIN M.  07/15/2025  PRACTICAL LAW US |
| 07/16/25 | 5.25 | OTOO, MARY D.  07/16/2025  BLOOMBERG LAW |
| 07/21/25 | 1.20 | TAKAGAKI, MARC AARON Y.  07/21/2025  PACER |
| 07/22/25 | 61.50 | SCOTT, SPENCER E.  07/22/2025  BLOOMBERG LAW |
| 07/22/25 | 1.50 | SHI, ANDREW A.  07/22/2025  PACER |
| 07/23/25 | 630.50 | SCOTT, SPENCER E.  07/23/2025  BLOOMBERG LAW |
| 07/23/25 | 150.00 | SCOTT, SPENCER E.  07/23/2025  DOCKET ALARM |
| 07/23/25 | 9.92 | SIMMONS, KEVIN M.  07/23/2025  PRACTICAL LAW US |
| 07/24/25 | 4.60 | REILLY, KEVIN J.  07/24/2025  PACER |
| 07/28/25 | 3.30 | SHI, ANDREW A.  07/28/2025  PACER |
| 07/29/25 | 2.30 | VARELA, EUGENIA  07/29/2025  PACER |
| 07/29/25 | 14.50 | BUZZARD, CHRISTINE M.  07/29/2025  PACER |
| 07/29/25 | 3.50 | BATISTA, ROBERT A.  07/29/2025  PACER |
| 07/29/25 | 20.30 | SHI, ANDREW A.  07/29/2025  PACER |
| 07/29/25 | 4.20 | WOLF, BRANDON C.  07/29/2025  PACER |

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**September 10, 2025**

**Invoice No. 2025093409**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through August 31, 2025**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| | ⊠ | | | ⊠ |
| | **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: September 10, 2025**                                 **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**September 10, 2025**

**Invoice No. 2025093409**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through August 31, 2025**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| | ⊠ | | | ⊠ |
| | **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: September 10, 2025**                                    **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

LEAPFROG DISPUTE
64230-01116

For Legal Services Rendered Through August 31, 2025                                          $

| NAME | HOURS | RATE |
|------|-------|------|
| MYLAN L. DENERSTEIN | | $2,075.0 |
| DANIEL CHUNG | | 1,800.0 |
| MARY BETH MALONEY | | 1,950.0 |
| BETTY X. YANG | | 1,635.0 |
| SYDNEY A. SCOTT | | 1,635.0 |
| LEE R. CRAIN | | 1,815.0 |
| KATIELYNN B. TOWNSEND | | 1,635.0 |
| SCOTT K. HVIDT | | 1,635.0 |
| CHRISTINE M. BUZZARD | | 1,465.0 |
| ALLYSON E. PARKS | | 1,435.0 |
| BRIAN A. RICHMAN | | 1,355.0 |
| MARC AARON Y. TAKAGAKI | | 1,435.0 |
| ROBERT A. BATISTA | | 1,355.0 |
| STEPHEN J. HAMMER | | 1,355.0 |
| KEVIN M. SIMMONS | | 1,355.0 |
| EMILY A. CARDONE | | 1,240.0 |
| ANDREW V. KUNTZ | | 1,355.0 |
| MARK C. TALLEY | | 1,240.0 |
| BRANDON C. WOLF | | 1,240.0 |
| MONICA GROVER | | 1,240.0 |
| ANDREW A. SHI | | 1,240.0 |
| KEVIN J. REILLY | | 1,355.0 |
| ADAM J. GARNICK | | 1,355.0 |
| MARY D. OTOO | | 1,060.0 |
| IASON G. TOGIAS | | 1,060.0 |
| ALEXANDER M. FISCHER | | 950.00 |
| CHRISTIAN L. CONWAY | | 950.00 |
| ELIZABETH A. DABANKA | | 1,060.0 |
| KARSYN ARCHAMBEAU | | 1,060.0 |
| NOAH J. DELWICHE | | 950.00 |
| LAURA Y. WANG | | 1,060.0 |
| STEVEN RABER | | 405.00 |
| SPENCER E. SCOTT | | 405.00 |
| EUGENIA VARELA | | 665.00 |

**Invoice Date: September 10, 2025**                                    **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

| NAME | HOURS | RATE |
|---|---|---|
| STEVEN WATTENBERG | ☒ | 405.00 |
| LAUREN E. WOMACK | | 540.00 |

☒

**Total Services**    $☒

| COSTS/CHARGES | TOTAL |
|---|---|
| LODGING | ☒ |
| MEALS | |
| ON-LINE RESEARCH (LEXIS) | 1,605.74 |
| ON-LINE RESEARCH (WESTLAW) | 11,424.39 |
| OUTSIDE PROCESS SERVER | ☒ |
| OUTSIDE SERVICES/CONSULTANTS | |
| SPECIALIZED RESEARCH | 503.17 |
| TRAVEL - AIR & RAIL | ☒ |
| TRAVEL - TAXI & OTHER MODES/MILES | |

**Total Costs/Charges**    ☒

**Total Services, Costs/Charges**    ☒

**BALANCE DUE**    $☒

Invoice Date: September 10, 2025        Invoice No. 2025093409

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Services:

08/01/25

Denerstein, Mylan L

2.00    Chung, Daniel

INTERNAL CONFERENCES
REGARDING DISCOVERY ISSUES;
REVISE DRAFT OFFENSIVE
DEPOSITION OUTLINE (1.0);
REVIEW SOURCE DOCUMENTS
(1.0).

3.50    Maloney, Mary Beth

ATTEND TO STRATEGY ISSUES
FOR DISCOVERY AND ATTEND
CLIENT CALLS.

Yang, Betty X

1.90    Scott, Sydney A

PREPARE FOR AND PARTICIPATE
IN TEAM MEETING RE STRATEGY
FOR PREPARATION OF CEOS FOR
30(B)(6) DEPOSITIONS (1.0);
CORRESPOND WITH CEOS RE
SAME (.4); ANALYZE DEPOSITION
SUBPOENAS FOR 30(B)(6)
DEPOSITIONS (.5).

6.00    Crain, Lee R

REVISE EXPERT REPORT (2);
CONFER WITH CLIENT AND
PREPARE FOR THE SAME (1);
STRATEGIZE RE DEPOSITION
PREPARE (.5); ATTENTION TO
DOCUMENT DISCOVERY ISSUES
AND STRATEGY (1.5); ATTENTION
TO THIRD PARTY SUBPOENA
ISSUES (1).

1.00    Hvidt, Scott K

DRAFT, REVIEW AND REVISE
CORRESPONDENCE TO
OPPOSING COUNSEL (.6);
EXECUTE VARIOUS DISCOVERY
STRATEGY TASKS (.4).

**Invoice Date: September 10, 2025**                                    **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

| 0.70 | Hvidt, Scott K | REVIEW AND REVISE EXPERT REPORT (.4); DRAFT CORRESPONDENCE REGARDING EXPERT REPORT TASKS (.3). |

| 1.20 | Buzzard, Christine M | REVIEW NEW LEAPFROG SUBPOENAS AND CONSIDER GROUNDS FOR POSSIBLE PROTECTIVE ORDER. |

Buzzard, Christine M

Parks, Allyson E

Richman, Brian A

| 2.20 | Takagaki, Marc Aaron Y | REVIEW MEET AND CONFER LETTER (.3); STRATEGIZE WITH M. OTOO RE: SAME (.1); STRATEGIZE WITH L. CRAIN, A. KUNTZ, A. GARNICK AND OTHERS RE: DISCOVERY (1.2); EMAIL CORRESPONDENCE RE: DOCUMENT SUBPOENAS (.2); EMAIL CORRESPONDENCE RE: RFP TRACKER (.1); COORDINATE DOCUMENT PRODUCTION (.2). |

Batista, Robert A

| | | |
|---|---|---|
| ☒ | Batista, Robert A | ☒ |
| ☒ | Batista, Robert A | ☒ |
| 2.80 | Simmons, Kevin M | ANALYZE CEO CORPORATE DEPOSITION TOPICS, DRAFT EMAILS RE SAME (2.2); WORK WITH L. CRAIN, S. SCOTT RE DEPOSITION PREPARATIONS STRATEGY (0.6). |
| 0.30 | Cardone, Emily A | CONFER WITH DOCUMENT VENDOR TEAM RE LEAPFROG PRODUCTIONS. |
| 0.40 | Cardone, Emily A | DEVELOP STRATEGY RE UPCOMING DEPOSITIONS WITH INTERNAL TEAM. |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| 0.30 | Cardone, Emily A | CONFER WITH OPPOSING COUNSEL RE GOOGLE ANALYTICS AND INTERROGATORY RESPONSES. |
| 0.70 | Cardone, Emily A | REVIEW AND ANALYZE THIRD PARTY SUBPOENAS TO DEVELOP STRATEGY RE OBJECTIONS. |
| 0.50 | Cardone, Emily A | ATTEND WEEKLY UPDATE CALL WITH CLIENT. |

Cardone, Emily A

0.80    Kuntz, Andrew V    CONFER REGARDING AFFIRMATIVE PRODUCTION OF DOCUMENTS TO SUPPORT HARM CLAIM.

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

0.50    Kuntz, Andrew V    REVIEW MEDIA COVERAGE DOCUMENTS FOR POTENTIAL PRODUCTION TO LEAPFROG.

Grover, Monica

Shi, Andrew A

0.80    Reilly, Kevin J    REVISE NICHOLSON EXPERT REPORT.

Reilly, Kevin J

Invoice Date: September 10, 2025      Invoice No. 2025093409

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 5.10 | Garnick, Adam J | REVIEW DOCUMENTS AHEAD OF PRODUCTION, INCLUDING THE DOCUMENTS RELATED TO THE FOUR MEASURES AT ISSUE (3.1); DRAFT UPDATED CHART OF DOCUMENTS STILL NEEDED FROM CLIENT (1.0); DRAFT VARIOUS EMAILS FOLLOWING UP WITH CLIENT CONTACTS REGARDING DOCUMENT COLLECTION (1.0). |
| 2.10 | Otoo, Mary D | UPDATE DISCOVERY RESPONSES & OBJECTIONS. |
| | Togias, Iason G | |
| | Fischer, Alexander M | |
| | Dabanka, Elizabeth A | |
| | Delwiche, Noah J | |
| | Wang, Laura Y | |
| | Wang, Laura Y | |



| | Varela, Eugenia | |
| --- | --- | --- |
| 08/02/25 | Chung, Daniel | |
| 1.50 | Crain, Lee R | REVIEW DOCUMENT REQUESTS AND RESPONSES TO ASSESS STRATEGY. |
| 2.00 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE NICHOLSON REPORT (1.6); DRAFT CORRESPONDENCE REGARDING NICHOLSON REPORT (.4). |
| | Richman, Brian A | |
| | Hammer, Stephen J | |
| 1.30 | Reilly, Kevin J | REVISE NICHOLSON EXPERT REPORT. |
| 3.00 | Otoo, Mary D | REVIEW AND ANALYZE CONCERNING DAMAGES AND HARM CAUSED BY LEAPFROG. |
| | Wang, Laura Y | |
| | Wang, Laura Y | |
| 08/03/25 | Chung, Daniel | |

| 4.50 | Crain, Lee R | REVIEW BERGER REPORT AND REVISE (2.5); REVIEW AND REVISE DISCOVERY LETTER (1); ATTENTION TO DISCOVERY STATUS AND STRATEGY (1). |
|---|---|---|
| ⊠ | Hvidt, Scott K | ⊠ |
| 0.80 | Hvidt, Scott K | REVIEW AND ANALYZE KEY DOCUMENTS FOR EXPERT REPORT. |
| 1.80 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE NICHOLSON REPORT (1.2); DRAFT CORRESPONDENCE REGARDING EXPERT STRATEGY (.6). |
| ⊠ | Parks, Allyson E | ⊠ |
| 1.60 | Cardone, Emily A | LEGAL RESEARCH RE T. GALLAGHER SUBPOENA AND MOTION TO QUASH. |
| ⊠ | Grover, Monica | ⊠ |
| ⊠ | Shi, Andrew A | ⊠ |
| ⊠ | Reilly, Kevin J | ⊠ |
| ⊠ | Reilly, Kevin J | ⊠ |

| 5.50 | Garnick, Adam J | REVIEW DOCUMENTS IN PREPARATION FOR SUBSTANTIAL COMPLETION DEADLINE (3.5); CONTINUE TO COORDINATE AND ORGANIZE TARGETED COLLECTIONS FROM CLIENT (2.0). |
| 0.60 | Otoo, Mary D | REVISE LETTER TO OPPOSING COUNSEL. |

Otoo, Mary D

Dabanka, Elizabeth A

Wang, Laura Y

08/04/25
Chung, Daniel

Maloney, Mary Beth

Yang, Betty X

Invoice Date: September 10, 2025                                   Invoice No. 2025093409

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 6.00 | Crain, Lee R | ATTENTION TO DOCUMENT DISCOVERY ISSUES, INCLUDING ASSESSING SIGNIFICANT DOCUMENTS AND EVALUATING RESPONSIVENESS CALLS ON 2LR (1.5); REVISE RESPONSES AND OBJECTIONS (1.5); REVISE LETTER TO OPPOSING COUNSEL (.5); REVISE J. BERGER EXPERT REPORT (1); CONFER WITH TEAM RE EXPERT REPORT ISSUES (.5); CONFER WITH TEAM RE THIRD-PARTY DISCOVERY STRATEGY AND FOLLOW UP RE THE SAME (1). |
| ☒ | Townsend, KatieLynn B | ☒ |
| ☒ | Hvidt, Scott K | ☒ |
| 1.20 | Hvidt, Scott K | WORK WITH TEAM REGARDING EXPERT DISCOVERY STRATEGY. |
| 0.60 | Hvidt, Scott K | WORK WITH EXPERT TEAM TO FINALIZE EXPERT REPORT. |
| 3.20 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE EXPERT REPORT. |
| ☒ | Buzzard, Christine M | ☒ |
| 1.80 | Buzzard, Christine M | REVIEW AND REVISE PROTECTIVE ORDER MOTION DRAFT FROM A. SHI INCORPORATING OBJECTIONS TO SUBPOENAS. |

| 0.40 | Buzzard, Christine M | PARTICIPATE IN CALL WITH BERGER EXPERT TEAM TO DISCUSS NETWORK EFFECT ADDITION. |
|---|---|---|
| 0.30 | Buzzard, Christine M | PARTICIPATE IN GIBSON TEAM CALL TO DEVELOP STRATEGY FOR RESPONSE TO THIRD PARTY SUBPOENAS. |

Buzzard, Christine M

Buzzard, Christine M

Parks, Allyson E

Richman, Brian A

Takagaki, Marc Aaron Y

Simmons, Kevin M

| | | |
|---|---|---|
| 1.50 | Simmons, Kevin M | DRAFT EMAIL RE CREATING SEARCHES FOR CEO DEPOSITION PREPARATIONS (0.4); WORK ON CEO DEPOSITION OUTLINES (0.6); ANALYZE DRAFT NICHOLSON REPORT FOR CEO DEPOSITION PREPARATION OUTLINES (0.3); DRAFT EMAILS RE PREPARING FOR CEO DEPOSITIONS (0.2). |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| 0.70 | Cardone, Emily A | REVIEW AND ANALYZE NICHOLSON REPORT FOR DEPOSITION OUTLINE. |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| 0.30 | Cardone, Emily A | REVIEW AND REVISE SUPPLEMENTAL INITIAL DISCLOSURES. |
| ☒ | Cardone, Emily A | ☒ |
| 0.70 | Cardone, Emily A | LEGAL RESEARCH RE GALLAGHER SUBPOENA AND PRIVILEGE. |
| 0.60 | Cardone, Emily A | DEVELOP STRATEGY RE NONPARTY SUBPOENAS WITH L. CRAIN, D. CHUNG, K. REILLY, S. HVIDT, AND N. DELWICHE, AND REVIEW AND ANALYZE CASE LAW RE NONPARTY SUBPOENAS. |
| 0.30 | Cardone, Emily A | DEVELOP STRATEGY WITH D. CHUNG AND N. DELWICHE RE OFFENSIVE DEPOSITIONS. |

| | | |
|---|---|---|
| ☒ | Cardone, Emily A | |
| 0.90 | Kuntz, Andrew V | ANALYZE DOCUMENTS FOR POTENTIAL PRODUCTION TO SUPPORT HARM ALLEGATIONS. |
| ☒ | Kuntz, Andrew V | |
| ☒ | Kuntz, Andrew V | |
| ☒ | Kuntz, Andrew V | |
| 1.10 | Kuntz, Andrew V | REVISE WITNESSES DISCLOSED ON UPDATED INITIAL DISCLOSURE LIST. |
| ☒ | Kuntz, Andrew V | |
| ☒ | Kuntz, Andrew V | |
| ☒ | Kuntz, Andrew V | |
| ☒ | Kuntz, Andrew V | |

Grover, Monica



Shi, Andrew A

4.00    Reilly, Kevin J    REVISE NICHOLSON REPORT (0.6); ATTEND EXPERT ALIGNMENT CALL (0.5); ADDRESS NON-PARTY DISCOVERY (1.2); ATTEND DISCOVERY STRATEGY CALL (0.5); CONDUCT LEGAL RESEARCH REGARDING MATTHEWMAN AND MIDDLEBROOKS PRECEDENT (1.0); REVISE TASK LIST (0.2).

13.30    Garnick, Adam J    CONDUCT EXTENSIVE SECOND LEVEL REVIEW OF DOCUMENTS (8.0); PARTICIPATE IN MEET AND CONFER REGARDING RFP 17 (1.0); COORDINATE TARGETED COLLECTIONS WITH CLIENT CONTACTS (1.0); ORGANIZE AND REVIEW TARGETED COLLECTIONS DOCUMENTS (3.3).

1.90    Otoo, Mary D    ANALYZE AND SUMMARIZE DOCUMENTS FOR REVIEW OF DEFENSIVE DOCUMENT PRODUCTION.

Otoo, Mary D

**Invoice Date: September 10, 2025**        **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

| 2.10 | Otoo, Mary D | CONDUCT SECOND LEVEL REVIEW OF DOCUMENTS FOR PRODUCTION. |
|---|---|---|
| 1.40 | Otoo, Mary D | REVISE LETTER TO OPPOSING COUNSEL. |

Otoo, Mary D

Togias, Iason G

Fischer, Alexander M

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

Invoice Date: September 10, 2025                              Invoice No. 2025093409

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| ☒ | Archambeau, Karsyn | |
| 1.00 | Archambeau, Karsyn | COORDINATE WITH A. GARNICK, L. CRAIN, AND ASSOCIATE TEAM RE: CONTINUING SECOND LEVEL REVIEW OF DOCUMENTS TO BE PRODUCED TO DEFENDANTS. |
| ☒ | Archambeau, Karsyn | |
| 0.40 | Delwiche, Noah J | CONFER WITH TEAM RE NON-PARTY SUBPOENA ACTION ITEMS. |
| 4.70 | Delwiche, Noah J | REVIEW CASELAW TO ANALYZE POTENTIAL CHALLENGES TO NONPARTY SUBPOENAS. |
| 0.20 | Delwiche, Noah J | CONFER WITH OFFENSIVE DEPOSITION TEAM RE ONGOING ACTION ITEMS. |
| ☒ | Wang, Laura Y | |
| ☒ | Wang, Laura Y | |
| ☒ | Raber, Steven | |
| ☒ | Raber, Steven | |



Varela, Eugenia

08/05/25

Chung, Daniel

Maloney, Mary Beth

Yang, Betty X

**Invoice Date: September 10, 2025**

**Invoice No. 2025093409**

**Due and Payable Upon Receipt**

   Scott, Sydney A



6.50        Crain, Lee R                          ATTEND GOOGLE ANALYTICS
                                                  INSPECTION FOR LEAPFROG
                                                  WEBSITE DATA (2); DEPOSITION
                                                  PLANNING (.5); TEAM STRATEGY
                                                  CALLS (1.5); REVIEW EXPERT
                                                  REPORT FOR MARKETING REPORT
                                                  (1); REVIEW DOCUMENTS FOR
                                                  PRODUCTION TO ASSESS
                                                  STRATEGY, INCLUDING CONFER
                                                  WITH B. YANG (1.5).

0.50        Hvidt, Scott K                        WORK WITH LEVEL LEGAL
                                                  REGARDING OFFENSIVE
                                                  DOCUMENT REVIEW.

1.40        Hvidt, Scott K                        REVIEW AND ANALYZE KEY
                                                  DOCUMENTS.

1.20        Hvidt, Scott K                        FINALIZE NICHOLSON EXPERT
                                                  REPORT.

2.50        Hvidt, Scott K                        DRAFT, REVIEW AND REVISE KEY
                                                  DOCUMENT ANALYSIS (1.9); DRAFT
                                                  CORRESPONDENCE TO
                                                  OPPOSING COUNSEL (.6).

| | | |
|---|---|---|
| 2.10 | Hvidt, Scott K | PARTICIPATE IN SENIOR STRATEGY CALL (.5); PARTICIPATE IN WEEKLY TEAM MEETING (.5); WORK WITH TEAM MEMBERS REGARDING STRATEGY (.7); WORK WITH TEAM REGARDING DEPOSITION STRATEGY (.4). |
| 1.50 | Hvidt, Scott K | MEET AND CONFER WITH OPPOSING COUNSEL REGARDING REQUESTS FOR PRODUCTION. |
| ⊠ | Buzzard, Christine M | ⊠ |
| 0.60 | Buzzard, Christine M | REVIEW AND REVISE DRAFT TALKING POINTS FOR MEET AND CONFER REGARDING BENCH TRIAL AND RELATED REQUESTS. |
| ⊠ | Buzzard, Christine M | ⊠ |
| 0.70 | Buzzard, Christine M | REVIEW AND REVISE PRIVILEGE RESEARCH COMPILED BY R. BATISTA AND EMAIL SUMMARIZING SAME FOR TEAM REVIEW. |
| ⊠ | Buzzard, Christine M | ⊠ |
| ⊠ | Buzzard, Christine M | ⊠ |
| ⊠ | Buzzard, Christine M | ⊠ |

⊠     Buzzard, Christine M

⊠     Parks, Allyson E

⊠     Richman, Brian A

| | | |
|---|---|---|
| 3.50 | Batista, Robert A | CONDUCT LEGAL RESEARCH ON PRIVILEGE ISSUES RE COMMUNICATIONS WITH PUBLIC-RELATIONS CONSULTANTS. |
| 1.80 | Batista, Robert A | DRAFT SUMMARY OF RESEARCH ON PRIVILEGE ISSUES RE COMMUNICATIONS WITH PUBLIC-RELATIONS CONSULTANTS. |
| 4.00 | Simmons, Kevin M | WORK ON CEO DEPOSITION OUTLINES (2.3); MEET WITH TEAM RE DEPOSITION PLANNING (0.5); WEEKLY TEAM CALL COORDINATING ON DISCOVERY (0.4); WORK WITH K. REILLY RE DROP IN PATIENT ADMISSIONS AND CEO DEPOSITIONS (0.3); DRAFT EMAILS RE SCHEDULING CEO DEPOSITIONS AND PREPARATIONS (0.5). |

| | | |
|---|---|---|
| 0.20 | Cardone, Emily A | COORDINATE WITH T. GALLAGHER RE SUBPOENA. |
| | Cardone, Emily A | |
| 0.40 | Cardone, Emily A | REVIEW AND REVISE OMNIBUS DEPOSITION OUTLINE. |
| 0.30 | Cardone, Emily A | REVIEW AND ANALYZE GALLAGHER SUBPOENA. |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 0.40 | Cardone, Emily A | DEVELOP STRATEGY WITH DOCUMENT VENDOR RE OFFENSIVE DOCUMENT REVIEW. |
| | Cardone, Emily A | |
| 0.50 | Cardone, Emily A | DEVELOP STRATEGY WITH INTERNAL TEAM RE DISCOVERY REQUESTS, DEPOSITIONS, AND EXPERTS. |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |

Kuntz, Andrew V

Talley, Mark C

Grover, Monica

Shi, Andrew A

Reilly, Kevin J

| 13.50 | Garnick, Adam J | CONTINUE TO CONDUCT SECOND LEVEL REVIEW OF DOCUMENTS AHEAD OF SUBSTANTIAL COMPLETION DEADLINE (8.0); PARTICIPATE IN MEET AND CONFER (2.0); CONFER WITH CONSUMER CHOICE EXPERT AND REVIEW VARIOUS DOCUMENTS FOR EXPERT (1.5); COORDINATE COLLECTIONS AND PRODUCTIONS (2.0). |
| 1.70 | Otoo, Mary D | REVISE SUPPLEMENTAL OBJECTIONS AND RESPONSES TO LEAPFROG'S REQUESTS FOR PRODUCTION. |

**Invoice Date: September 10, 2025**                    **Invoice No. 2025093409**



Otoo, Mary D

Otoo, Mary D

4.20    Otoo, Mary D    REVIEW AND TAG DOCUMENTS FOR PRODUCTION.

Fischer, Alexander M

Dabanka, Elizabeth A

3.10    Archambeau, Karsyn    COORDINATE CLIENT PRODUCTION OF DOCUMENTS RE: TARGETED COLLECTIONS AND DOCUMENTS FOR EXPERT PRODUCTION WITH A. GARNICK.

Archambeau, Karsyn

Archambeau, Karsyn

| 5.50 | Archambeau, Karsyn | CONTINUE SECOND LEVEL REVIEW OF DOCUMENTS AHEAD OF PRODUCTION TO DEFENDANTS AND SUMMARIZE CONTENTS OF SAME FOR L. CRAIN. |

Archambeau, Karsyn

Delwiche, Noah J

Delwiche, Noah J

| 0.90 | Delwiche, Noah J | ANALYZE GROUNDS FOR QUASHING NON-PARTY SUBPOENAS. |

| 1.00 | Wang, Laura Y | REVIEW DOCUMENTS FOR RESPONSIVENESS. |

| 0.50 | Wang, Laura Y | PARTICIPATE IN MEETING WITH A. GARNICK, A. KUNTZ, L. DABANKA, K. ARCHAMBEAU, AND M. OTOO RE RESPONSIVENESS AND PRIVILEGE OF DOCUMENTS. |

Scott, Spencer E

Scott, Spencer E

Womack, Lauren E

08/06/25

| | | |
|---|---|---|
| 3.00 | Chung, Daniel | INTERNAL CONFERENCES REGARDING STRATEGY (1.0); REVIEW SOURCE DOCUMENTS (1.0); REVISE PROTECTIVE ORDER (1.0). |
| 3.40 | Maloney, Mary Beth | ATTEND TO FINALIZING EXPERT REPORTS (2.5);  ATTEND TO THEIR PARTY SUBPOENA ISSUES—AARP AND JOHN'S HOPKINS (.4); REVISIONS TO ORDER OF PROOF (.5). |

Yang, Betty X

| | | |
|---|---|---|
| 3.30 | Scott, Sydney A | PREPARE FOR AND PARTICIPATE IN MEET AND CONFER RE DEFENSIVE DISCOVERY ISSUES (1.6); PARTICIPATE IN TEAM CALL RE SAME (.4); DRAFT AND REVISE LETTER OBJECTING TO 30(B)(6) SUBPOENA AND TOPICS (1.3). |
| 7.00 | Crain, Lee R | REVIEW AND REVISE MULTIPLE EXPERT REPORTS FOR FINALIZATION (2); REVIEW TLG DOCUMENTS FOR CASE STRATEGY ASSESSMENT (1); MEET AND CONFER WITH OPPOSING COUNSEL AND PREPARE/FOLLOW-UP RE THE SAME (3); REVISE MOTION FOR A PROTECTIVE ORDER (1). |
| 0.70 | Hvidt, Scott K | WORK TO FINALIZE NICHOLSON EXPERT REPORT. |
| 0.90 | Hvidt, Scott K | WORK WITH TEAM MEMBERS REGARDING DISCOVERY STRATEGY. |

| 3.00 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO CLIENT REGARDING DISCOVERY (.5); DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY (1.2); DRAFT CORRESPONDENCE REGARDING KEY DOCUMENTS (1.3). |
|---|---|---|
| 2.00 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE CORRESPONDENCE TO OPPOSING COUNSEL (1.4); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.6). |
| 1.10 | Hvidt, Scott K | PARTICIPATE IN MEET AND CONFER. |
| 0.10 | Buzzard, Christine M | COMMUNICATE WITH LOCAL COUNSEL REGARDING BENCH TRIAL STIPULATION AND PROTECTIVE ORDER STRATEGY. |
| ☒ | Buzzard, Christine M | ☒ |
| ☒ | Buzzard, Christine M | ☒ |
| ☒ | Buzzard, Christine M | ☒ |
| 1.00 | Buzzard, Christine M | COORDINATE BRIEFING TEAM TASKS, INCLUDING ACTIVE MOTION DRAFTING AND PREPARATION FOR MOTION FOR SUMMARY JUDGMENT. |

Buzzard, Christine M

| | | |
|---|---|---|
| 1.90 | Buzzard, Christine M | RESEARCH RELEVANT CASE LAW REGARDING PARTIES' OBLIGATIONS TO REVIEW FOR RELEVANCE PRIOR TO DOCUMENT PRODUCTION AND SANCTIONS FOR FAILURE TO DO SAME. |
| 0.60 | Buzzard, Christine M | REVIEW AND REVISE, INCLUDING TO ADD NEW MATERIAL, DRAFT MOTION FOR A PROTECTIVE ORDER. |
| 4.40 | Buzzard, Christine M | REVIEW AND REVISE DRAFT NOTICE WITHDRAWING REQUEST FOR MONETARY RELIEF (1.4); REVIEW AND REVISE ACCOMPANYING DRAFT MOTION FOR A BENCH TRIAL (3.0). |

Buzzard, Christine M

Parks, Allyson E

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 0.50 | Batista, Robert A | ANALYZE T. GALLAGHER SUBPOENA IN PREPARATION FOR DRAFTING MOTION TO QUASH SAME. |
| 2.20 | Batista, Robert A | CONDUCT LEGAL RESEARCH FOR MOTION TO QUASH T. GALLAGHER SUBPOENA. |
| | Batista, Robert A | |
| | Batista, Robert A | |
| 0.20 | Simmons, Kevin M | WORK ON CEO DEPOSITION OUTLINES (0.2). |
| 5.60 | Simmons, Kevin M | DRAFT LETTER RESPONSE TO PLAINTIFFS LETTER ON CLIENT'S INTERROGATORY RESPONSES (4.1); MEET AND CONFER WITH OPPOSING COUNSEL RE INTERROGATORIES (1.1); MEET WITH PARTNER TEAM RE RESPONDING TO INTERROGATORIES (0.4). |
| | Cardone, Emily A | |
| 0.30 | Cardone, Emily A | DEVELOP STRATEGY WITH D. CHUNG, C. BUZZARD, R. BATISTA, AND N. DELWICHE RE MOTION TO QUASH. |
| | Cardone, Emily A | |
| 0.50 | Cardone, Emily A | COORDINATE WITH OPPOSING COUNSEL RE DEPOSITIONS. |

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Grover, Monica

Shi, Andrew A

| | | |
|---|---|---|
| 3.50 | Reilly, Kevin J | ATTEND MEET AND CONFER (0.5); SUMMARIZE MEET AND CONFER (0.2); REVISE NICHOLSON REPORT (1.5); SUMMARIZE EXPERT REPORTS (0.2); PREPARE NON-PARTY SUBPOENA AND RELATED CORRESPONDENCE (0.6); REVIEW NOTEWORTHY DOCUMENTS (0.5). |
| 11.50 | Garnick, Adam J | CONTINUE CONDUCTING SECOND LEVEL REVIEW IN ADVANCE OF SUBSTANTIAL PRODUCTION (7.0); CONFER WITH TEAM REGARDING PRIVILEGE AND OTHER ISSUES RELATED TO DOCUMENT PRODUCTION (2.0); REVIEW EXPERT REPORT AND COORDINATE PRODUCTION OF CITED STUDIES AND ARTICLES (2.5). |
| 1.50 | Otoo, Mary D | REVISE DISCOVERY RESPONSES AND OBJECTIONS. |
| ⊠ | Otoo, Mary D | ⊠ |
| 1.60 | Otoo, Mary D | ATTEND MEET AND CONFER WITH OPPOSING COUNSEL. |
| 3.10 | Otoo, Mary D | DRAFT RESPONSE LETTER TO OPPOSING COUNSEL REGARDING DISCOVERY REQUESTS AND RESPONSES. |
| 2.50 | Otoo, Mary D | DRFAT MEET AND CONFER MEMORIALIZATION LETTER TO OPPOSING COUNSEL. |
| ⊠ | Togias, Iason G | ⊠ |

| 5.10 | Fischer, Alexander M | REVIEW DOCUMENTS RELATED TO CEO DEPOSITION PREPARATION AND DRAFT CEO DEPOSITION PREPARATION MATERIALS. |
| | Dabanka, Elizabeth A | |
| 4.10 | Archambeau, Karsyn | CONTINUE SECOND LEVEL REVIEW AND SUMMARY OF DOCUMENTS FOR PRODUCTION. |
| 1.70 | Archambeau, Karsyn | RESEARCH AND ANALYZE CASE LAW RE: WORK PRODUCT PROTECTION OF DOCUMENTS TO BE PRODUCED. |
| | Archambeau, Karsyn | |
| 1.00 | Archambeau, Karsyn | REVIEW CLIENT DOCUMENTS FOR PRODUCTION AND COMPILE SAME FOR REVIEW BY A. GARNICK RE: TARGETED COLLECTIONS AND PRODUCTION. |
| | Archambeau, Karsyn | |
| | Archambeau, Karsyn | |
| | Delwiche, Noah J | |



| | | |
|---|---|---|
| ⊠ | Delwiche, Noah J | ⊠ |
| 0.10 | Delwiche, Noah J | CONFER WITH TEAM RE MOTION TO QUASH SUBPOENA. |
| 1.80 | Delwiche, Noah J | CONFER WITH TEAM RE BRIEFING SCHEDULE AND ARGUMENTS FOR MOTION TO QUASH (.3); RESEARCH DEADLINES AND RELATED QUESTIONS RE THE SAME (1.5). |
| ⊠ | Delwiche, Noah J | ⊠ |
| 0.50 | Wang, Laura Y | REVIEW DOCUMENTS FOR RESPONSIVENESS. |
| ⊠ | Raber, Steven | ⊠ |
| ⊠ | Scott, Spencer E | ⊠ |
| ⊠ | Womack, Lauren E | ⊠ |
| ⊠ | Womack, Lauren E | ⊠ |
| ⊠ | Womack, Lauren E | ⊠ |
| 08/07/25 ⊠ | Chung, Daniel | ⊠ |
| ⊠ | Maloney, Mary Beth | ⊠ |

| | | |
|---|---|---|
| ☒ | Yang, Betty X | |
| 1.10 | Scott, Sydney A | ANALYZE CORRESPONDENCE RE EXPERT REPORTS (.3); ANALYZE AND REVISE LETTER OPPOSING 30(B)(6) SUBPOENAS AND TOPICS (.6); CORRESPOND WITH GDC TEAM RE SAME (.2). |
| 7.50 | Crain, Lee R | REVISE MOTION FOR PROTECTIVE ORDER (1); REVISE RESPONSES AND OBJECTIONS (2); REVISE LETTERS TO OPPOSING COUNSEL RE DOCUMENT DISCOVERY, INTERROGATORIES, DEPOSITIONS, AND EXPERT SCHEDULING (1); FINALIZE MULTIPLE EXPERT REPORTS AND SERVE ON OPPOSING PARTY (3.5); |
| ☒ | Hvidt, Scott K | |
| 3.60 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE CORRESPONDENCE REGARDING KEY DOCUMENTS (1.4); DRAFT CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING DISPUTES (.9); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (1.3). |
| 1.30 | Hvidt, Scott K | FINALIZE EXPERT REPORTS. |
| 0.50 | Buzzard, Christine M | RESEARCH SAMPLE BENCH TRIAL STIPULATION FILINGS. |

| | | |
|---|---|---|
| 1.30 | Buzzard, Christine M | DRAFT BENCH TRIAL STIPULATION AND REVISE SAME IN LIGHT OF COMMENTS FROM L. CRAIN. |
| ☒ | Buzzard, Christine M | ☒ |
| ☒ | Buzzard, Christine M | ☒ |
| ☒ | Buzzard, Christine M | ☒ |
| 0.20 | Buzzard, Christine M | DISCUSS ORDER OF PROOF DOCUMENT AND STRATEGY FOR REVISIONS WITH S. HAMMER. |
| 0.30 | Buzzard, Christine M | REVIEW AND ANALYZE DRAFT ORDER OF PROOF DOCUMENT. |
| 1.10 | Buzzard, Christine M | REVISE DRAFT MOTION FOR PROTECTIVE ORDER, INCLUDING TO ADD RECENT EVENTS AND IN LIGHT OF COMMENTS FROM L. CRAIN. |
| ☒ | Buzzard, Christine M | ☒ |
| ☒ | Buzzard, Christine M | ☒ |
| ☒ | Parks, Allyson E | ☒ |

| | | |
|---|---|---|
| | Batista, Robert A | |
| 7.70 | Batista, Robert A | DRAFT MOTION TO QUASH T. GALLAGHER SUBPOENA. |
| | Batista, Robert A | |
| | Hammer, Stephen J | |
| 0.40 | Simmons, Kevin M | UPDATE PROPOSED ORDER GRANTING A PROTECTIVE ORDER TO INCLUDE RELEVANT INTERROGATORIES (0.4). |
| 4.20 | Simmons, Kevin M | WORK ON CEO DEPOSITION OUTLINES (3.8); DRAFT EMAIL TO E. CARDONE RE SITE VISIT (0.1); DETERMINE BEST STRATEGY FOR CEO DEPOSITIONS (0.3). |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Kuntz, Andrew V | |

**Due and Payable Upon Receipt**



Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V



1.20  Kuntz, Andrew V

REVISE LETTER SUMMARIZING MEET AND CONFER REGARDING DISCOVERY REQUESTS.



Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Grover, Monica

Shi, Andrew A





| | Reilly, Kevin J | |
|---|---|---|
| 12.30 | Garnick, Adam J | CONTINUE CONDUCTING SECOND LEVEL REVIEW AHEAD OF SUBSTANTIAL COMPLETION DEADLINE (7.0); COORDINATE AND FINALIZE PRODUCTION (3.0); REVIEW, COORDINATE, AND FINALIZE CONSUMER CHOICE EXPERT REPORT (2.3). |
| 6.20 | Otoo, Mary D | REVISE SUPPLEMENTAL OBJECTIONS AND RESPONSES TO LEAPFROG'S REQUESTS FOR PRODUCTION. |
| 1.10 | Otoo, Mary D | REVISE LETTER TO OPPOSING COUNSEL REGARDING DISCOVERY REQUESTS. |
| 0.80 | Otoo, Mary D | CONDUCT PRIVILEGE REVIEW AND QUALITY CONTROL CHECK OF DOCUMENT PRODUCTION. |
| | Otoo, Mary D | |
| | Togias, Iason G | |
| 5.10 | Fischer, Alexander M | REVIEW AND SELECT SIGNIFICANT DOCUMENTS RELATED TO INDIVIDUAL CEOS/HOSPITALS AND DRAFT DEPOSITION-PREPARATION MATERIALS. |



| | | |
|---|---|---|
| ⊠ | Dabanka, Elizabeth A | ⊠ |
| 3.40 | Archambeau, Karsyn | REVIEW DOCUMENTS FOR PRODUCTION FOR SIGNIFICANCE AND CONFIDENTIALITY AND DISCUSS SAME WITH A. GARNICK, M. OTOO, L. CRAIN, AND B. YANG. |
| ⊠ | Archambeau, Karsyn | ⊠ |
| 1.10 | Delwiche, Noah J | REVIEW TLG PRODUCTION RE RALPH JOHNSON. |
| | Delwiche, Noah J | |
| | Delwiche, Noah J | |
| | Delwiche, Noah J | |
| | Wang, Laura Y | |
| 1.00 | Wang, Laura Y | REVIEW DOCUMENTS FOR RESPONSIVENESS, CONFIDENTIALITY, AND PRIVILEGE. |
| | Raber, Steven | |
| | Scott, Spencer E | |

**Invoice Date: September 10, 2025**                                        **Invoice No. 2025093409**

**Due and Payable Upon Receipt**



Varela, Eugenia

Womack, Lauren E



08/08/25

| 4.20 | Chung, Daniel | INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY (1.1); REVIEW SOURCE DOCUMENTS (1.0); REVIEW CEO DEFENSIVE DEPOSITION PREPARATION MATERIALS (1.0); REVISE 30(B)(6) NOTICE (1.1). |
| 2.50 | Maloney, Mary Beth | MEETING WITH CLIENT RE SEIU AND UDC SUBPOENAS (.5); MEETING WITH CLIENT RE STATUS UPDATE (.5); CONFER WITH TEAM RE STATUS OF JOHNS HOPKINS AND OTHER THIRD PARTY DISCOVERY (.5); COMMUNICATIONS WITH TEAM RE STRATEGY IN RESPONSE TO ADDITIONAL PRODUCTIONS (.3); REVISE DRAFT PO MOTION (.7). |
| 2.10 | Scott, Sydney A | DRAFT, REVISE, AND FINALIZE LETTER OBJECTING TO 30(B)(6) SUBPOENAS AND TOPICS (.4); REVIEW AND ANALYZE WITNESS PREPARATION KITS FOR MEETINGS WITH CEOS RE DEPOSITION TESTIMONY (1.7). |
| 4.50 | Crain, Lee R | FINALIZE RESPONSES AND OBJECTIONS TO DOCUMENT REQUESTS (1); FINALIZE MULTIPLE LETTERS TO OPPOSING COUNSEL (1); REVIEW AND REVISE MOTION FOR A PROTECTIVE ORDER (1.5); CALL WITH CLIENT RE UNION REQUESTS (.5); PREPARE FOR AND PARTICIPATE IN CLIENT CALL (.5). |

| | | |
|---|---|---|
| 3.20 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE CORRESPONDENCE TO OPPOSING COUNSEL (1.1); DRAFT CORRESPONDENCE REGARDING KEY DOCUMENT DISCOVERY (.8); REVIEW AND ANALYZE KEY DOCUMENTS (.7); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.6). |
| 0.50 | Hvidt, Scott K | WORK WITH TEAM REGARDING NONPARTY DISCOVERY STRATEGY. |
| 1.00 | Hvidt, Scott K | WORK WITH DOCUMENT REVIEW TEAM AND DISCOVERY VENDORS REGARDING OFFENSIVE REVIEW. |
| 0.30 | Buzzard, Christine M | DISCUSS MOTION TO QUASH STRATEGY WITH L. CRAIN, D. CHUNG, AND R. BATISTA. |
| | Buzzard, Christine M | |
| 0.80 | Buzzard, Christine M | REVIEW AND REVISE DRAFT MOTION FOR PROTECTIVE ORDER IN LIGHT OF NEW DEVELOPMENTS IN THE CASE AND TEAM FEEDBACK. |
| | Buzzard, Christine M<br><br>Batista, Robert A<br><br>Batista, Robert A | |

**Invoice Date: September 10, 2025**                    **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

| 3.90 | Simmons, Kevin M | WORK ON CEO DEPOSITION OUTLINES (1.8); FINALIZE LETTER TO OPPOSING COUNSEL RE RULE 30(B)(6) DEPOSITION TOPICS (2.1). |



| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 1.50 | Cardone, Emily A | REVIEW AND ANALYZE R. JOHNSON DOCUMENTS TO PROVIDE RECOMMENDATION ON DEPOSITION. |
| | Cardone, Emily A | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Talley, Mark C | |
| | Grover, Monica | |
| 1.70 | Reilly, Kevin J | PREPARE NON-PARTY SUBPOENAS. |

Invoice Date: September 10, 2025

Invoice No. 2025093409

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 0.80 | Garnick, Adam J | CONFER WITH CONSUMER CHOICE EXPERT REGARDING SUPPORTING DOCUMENTS (0.3); COORDINATE PRODUCTION OF THOSE DOCUMENTS (0.5). |
| ⊠ | Togias, Iason G | ⊠ |
| 7.80 | Fischer, Alexander M | COMPLETE REVIEW OF ALL CEO DOCUMENTS AND OTHER SIGNIFICANT DOCUMENTS (2.0); SEARCH FOR COMMUNICATIONS BETWEEN DEFENDANT AND WITNESSES (2.9); REVISE AND ORGANIZE DEPOSITION PREPARATION MATERIALS AND DOCUMENTS (2.9). |
| ⊠ | Archambeau, Karsyn | ⊠ |
| 0.60 | Archambeau, Karsyn | COORDINATE WITH A. GARNICK AND A. PARKS RE: PRODUCTION OF EXPERT DOCUMENTS. |
| 0.30 | Archambeau, Karsyn | REVIEW ADDITIONAL DOCUMENTS RECEIVED FROM CLIENT RE: REPUTATIONAL DAMAGES FOR A. GARNICK. |
| 2.50 | Archambeau, Karsyn | REVIEW AND REVISE DISCOVERY LETTERS RE: RESPONSES TO REQUESTS FOR PRODUCTION, MEET AND CONFER ON THE SAME TOPIC, AND STIPULATION TO BENCH TRIAL. |
| 2.00 | Archambeau, Karsyn | REVIEW CLIENT DOCUMENTS FOR RESPONSIVENESS TO IMPUTED METRICS ISSUE AND DISCUSS SAME WITH L. WANG. |
| ⊠ | Archambeau, Karsyn | ⊠ |

**Invoice Date: September 10, 2025**                    **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| | Delwiche, Noah J<br><br>Delwiche, Noah J<br><br>Delwiche, Noah J | |
| 1.40 | Wang, Laura Y | COMPILE DOCUMENTS SUFFICIENT TO SHOW IMPUTED MEASURES SURVEY RESPONSES. |
| | Scott, Spencer E | |

08/09/25

| | | |
|---|---|---|
| 1.20 | Scott, Sydney A | ANALYZE AND REVISE PREPARATION MATERIALS FOR CEO WITNESS INTERVIEWS. |
| 0.60 | Buzzard, Christine M | REVIEW AND REVISE PROPOSED ORDER TO ACCOMPANY MOTION FOR PROTECTIVE ORDER. |
| 7.30 | Simmons, Kevin M | WORK ON CEO DEPOSITION OUTLINES (7.3). |
| 1.10 | Cardone, Emily A | DRAFT AND REVISE 30(B)(6) NOTICE. |
| | Togias, Iason G<br><br>Fischer, Alexander M | |



Dabanka, Elizabeth A

08/10/25

Chung, Daniel

2.10   Scott, Sydney A   ANALYZE AND REVISE PREPARATION MATERIALS FOR CEO WITNESS INTERVIEWS.

1.10   Crain, Lee R   REVISE MOTION FOR A PROTECTIVE ORDER.

1.50   Hvidt, Scott K   DRAFT, REVIEW AND REVISE EDISCOVERY RECOMMENDATION (.6); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.4); REVIEW AND ANALYZE KEY DOCUMENTS (.5).

Buzzard, Christine M

0.30   Simmons, Kevin M   DRAFT EMAILS RE CEO DEPOSITION OUTLINES (0.3).

Fischer, Alexander M

1.50   Archambeau, Karsyn   ANALYZE CLIENT DOCUMENTS FOR TARGETED COLLECTION RE: IMPUTED METRICS.

Delwiche, Noah J

**Invoice Date: September 10, 2025**                    **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

08/11/25

Denerstein, Mylan L

3.00   Chung, Daniel

REVISE OFFENSIVE DEPOSITION OUTLINE (1.5); REVIEW PREPARATORY MATERIALS FOR CEO DEPOSITIONS (1.5).

2.20   Maloney, Mary Beth

ATTEND TO DISCOVERY ISSUES AND CONFER WITH TEAM RE SAME—REVISE DISCOVERY COMMUNICATIONS (1.8); REVISE PROTECTIVE ORDER MOTION (.4).

Scott, Sydney A

5.50   Crain, Lee R

MEET AND CONFER AND PREPARE FOR THE SAME (2); REVIEW AND REVISE MULTIPLE LETTERS TO OPPOSING COUNSEL (1); CONFER WITH TEAM RE STATUS AND STRATEGY OF DOCUMENT PRODUCTION ISSUES (1); ATTENTION TO JURY TRIAL WAIVER ISSUE (.5); ATTENTION TO STRATEGY ON MULTIPLE NON-PARTY SUBPOENAS (1).

1.30   Hvidt, Scott K

REVIEW AND ANALYZE KEY DOCUMENTS (.8); REVIEW AND ANALYZE DISCOVERY CORRESPONDENCE (.5).

1.10   Hvidt, Scott K

DRAFT, REVIEW AND REVISE CORRESPONDENCE REGARDING DISCOVERY STRATEGY (.7); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.4).

| | | |
|---|---|---|
| | Buzzard, Christine M | |
| 2.50 | Buzzard, Christine M | EDIT DRAFT DISCOVERY MOTION FOR PROTECTIVE ORDER RAISING RELEVANCE OBJECTIONS, INCLUDING IN LIGHT OF TEAM EDITS AND NEW FACTS. |
| | Buzzard, Christine M | |
| 0.70 | Buzzard, Christine M | REVISE DRAFT STIPULATION TO BENCH TRIAL IN LIGHT OF OPPOSING COUNSEL REQUEST FROM MEET AND CONFER. |
| 0.30 | Buzzard, Christine M | DEVELOP STRATEGY TO FINALIZE NOTICE AND MOTION FOR PROTECTIVE ORDER MATERIALS WITH A. SHI. |
| 1.10 | Buzzard, Christine M | REVISE DRAFT NOTICE WITHDRAWING CLAIMS. |
| | Buzzard, Christine M / Parks, Allyson E | |
| 1.80 | Batista, Robert A | DRAFT EMAIL TO OPPOSING COUNSEL RE DEFICIENCIES WITH T. GALLAGHER SUBPOENA. |

Invoice Date: September 10, 2025                                   Invoice No. 2025093409

**Due and Payable Upon Receipt**



| | Hammer, Stephen J | |
|---|---|---|
| 1.30 | Simmons, Kevin M | MEET AND CONFER WITH OPPOSING COUNSEL RE INTERROGATORIES (0.9); DRAFT EMAIL TO M. OTOO RE MEET AND CONFER MEMORIALIZATION (0.4). |
| 1.30 | Simmons, Kevin M | WORK ON CEO DEPOSITION OUTLINES (0.6); INCORPORATE L. CRAIN'S COMMENTS INTO CEO DEPOSITION PREPARATION DOCUMENT (0.4); DRAFT EMAILS TO CEOS RE UPCOMING VISITS (0.3). |
| 0.30 | Cardone, Emily A | REVIEW AND REVISE 30(B)(6) WITH D. CHUNG EDITS. |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 0.50 | Cardone, Emily A | REVIEW AND REVISE MOTION TO QUASH GALLAGHER SUBPOENA. |
| | Cardone, Emily A | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |

Kuntz, Andrew V

Kuntz, Andrew V

Talley, Mark C

Wolf, Brandon C

Grover, Monica

Shi, Andrew A

2.70   Reilly, Kevin J          REVISE NON-PARTY DOCUMENT
                               SUBPOENAS.

2.50   Garnick, Adam J          CONFER WITH TEAM ON
                               SUPPLEMENTAL PRODUCTION
                               (1.0); COORDINATE ADDITIONAL
                               DOCUMENT COLLECTION AND
                               PRODUCTION (1.0); FINALIZE NEW
                               VERSION OF BERGER EXPERT
                               REPORT AND ASSIST IN SERVING
                               ON OPPOSING COUNSEL (0.5).

| | | |
|---|---|---|
| 0.50 | Otoo, Mary D | REVISE PROPOSED ORDER FOR PROTECTIVE ORDER. |
| 0.40 | Otoo, Mary D | IDENTIFY RESPONSIVE DOCUMENTS FOR PRODUCTION TO LEAPFROG. |
| 1.50 | Otoo, Mary D | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL MEMORIALIZING MEET AND CONFER. |
| 0.70 | Otoo, Mary D | IDENTIFY AND ANALYZE RESPONSIVE DOCUMENTS FOR PRODUCTION. |

| | | |
|---|---|---|
| | Otoo, Mary D | |
| | Otoo, Mary D | |

| | | |
|---|---|---|
| 0.60 | Otoo, Mary D | DRAFT CORRESPONDENCE REGARDING MEET AND CONFER UPDATE. |
| 2.10 | Otoo, Mary D | ATTEND MEET AND CONFER WITH OPPOSING COUNSEL REGARDING REQUESTS FOR PRODUCTION, INTERROGATORIES, AND 30(B)(6) DEPOSITIONS. |

| | | |
|---|---|---|
| | Togias, Iason G | |
| | Fischer, Alexander M | |

**Invoice Date: September 10, 2025**                                                                                                    **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

Dabanka, Elizabeth A

Archambeau, Karsyn

| | | |
|---|---|---|
| 1.80 | Archambeau, Karsyn | ANALYZE CLIENT DOCUMENTS RE: TARGETED COLLECTION FOR DOCUMENTS RESPONSIVE TO FOUR IMPUTED METRICS. |
| 1.00 | Archambeau, Karsyn | REVISE AND UPDATE AGENDA FOR TEAM MEETING RE: STRATEGY. |
| 1.10 | Archambeau, Karsyn | CONDUCT SEARCH FOR REGISTERED AGENTS AND SERVICE ADDRESSES FOR THIRD PARTY SUBPOENAS. |
| 1.30 | Delwiche, Noah J | UPDATE OFFENSIVE DOCUMENT TRACKER. |
| 1.20 | Wang, Laura Y | REVIEW TARGETED CLIENT DOCUMENTS FOR RESPONSIVENESS TO IMPUTED MEASURES SURVEY QUESTIONS. |

Scott, Spencer E

Varela, Eugenia

08/12/25

4.50          Chung, Daniel                              PREPARATORY SESSIONS WITH
                                                         CEOS (2.3); REVIEW SOURCE
                                                         DOCUMENTS (2.2).

Maloney, Mary Beth

              Yang, Betty X

10.80         Scott, Sydney A                            PREPARE FOR AND PARTICIPATE
                                                         IN DEPOSITION PREPARATION
                                                         SESSIONS WITH J. HANLON AND E.
                                                         CAZARES.

4.60          Crain, Lee R                               REVISE MOTION FOR A
                                                         PROTECTIVE ORDER (2.5);
                                                         ATTENTION TO DISCOVERY
                                                         STRATEGY AND HIT COUNTS (1);
                                                         TEAM STRATEGY CALLS (1.1).

Townsend, KatieLynn B

| | | |
|---|---|---|
| 6.20 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE KEY DOCUMENT STRATEGY DOCUMENTS (2.1); REVIEW AND ANALYZE KEY DOCUMENTS (2.8); DRAFT, REVIEW AND REVISE DEPOSITION TOPICS (.8); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.5). |
| 1.10 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO CLIENT REGARDING EDISCOVERY RECOMMENDATION. |
| 0.50 | Hvidt, Scott K | WORK WITH EDISCOVERY TEAM REGARDING OFFENSIVE DISCOVERY. |

Hvidt, Scott K

Buzzard, Christine M

Buzzard, Christine M

| | | |
|---|---|---|
| 0.50 | Buzzard, Christine M | DISCUSS AND DEVELOP STRATEGY FOR UPCOMING FILINGS, INCLUDING MOTION FOR PROTECTIVE ORDER, WITH A. SHI. |

Buzzard, Christine M

| | | |
|---|---|---|
| 1.70 | Buzzard, Christine M | REVIEW AND REVISE DRAFT NOTICE WITHDRAWING MONETARY DAMAGES REQUEST, INCLUDING TO FINALIZE FOR FILING. |
| ☒ | Buzzard, Christine M | ☒ |
| 4.80 | Buzzard, Christine M | REVISE DRAFT MOTION FOR PROTECTIVE ORDER TO ADDRESS COMMENTS FROM B. YANG AND L. CRAIN (3.8); REVISE DRAFT PROPOSED ORDER IN LIGHT OF SAME (1.0). |
| ☒ | Buzzard, Christine M | ☒ |
| ☒ | Parks, Allyson E | ☒ |
| ☒ | Richman, Brian A | ☒ |
| 0.70 | Batista, Robert A | DRAFT RESPONSE EMAIL TO OPPOSING COUNSEL RE NEW T. GALLAGHER SUBPOENA. |
| 8.50 | Simmons, Kevin M | PREPARE FOR J. HANLON DEPOSITION (0.9); DEBRIEF WITH S. SCOTT, E. DABANKA ON J. HANLON (0.4); PREPARE J. HANLON FOR DEPOSITION (3.5); PREPARE FOR E. CAZARES DEPOSITION (0.2); PREPARE E. CAZARES FOR DEPOSITION (3.0); DEBRIEF WITH S. SCOTT, E. DABANKA ON E. CAZARES (0.2); PREPARE FOR CEO INTERVIEWS ON WEDNESDAY (0.3). |

| 1.50 | Cardone, Emily A | REVIEW AND ANALYZE KEY L. BINDER DOCUMENTS FOR DEPOSITION. |

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A



| 0.20 | Kuntz, Andrew V | REVISE CORRESPONDENCE TO OPPOSING COUNSEL REGARDING DEFENDANT'S PROPOSED SEARCH TERMS. |

Kuntz, Andrew V

Kuntz, Andrew V



Talley, Mark C





Grover, Monica

Shi, Andrew A

Reilly, Kevin J

6.80  Garnick, Adam J

PARTICIPATE IN TEAM MEETING (0.5); PREPARE FOR AND COORDINATE ADDITIONAL TARGETED DOCUMENT COLLECTIONS FROM CLIENT (2.3); REVIEW DOCUMENTS AND DRAFT VARIOUS EMAILS TO THE TEAM REGARDING SUPPLEMENTAL PRODUCTION (4.0).

Otoo, Mary D

3.00  Otoo, Mary D

REVIEW MARKETING DOCUMENTS FOR POTENTIAL PRODUCTION.

0.90  Otoo, Mary D

REVISE PROPOSED ORDER FOR PROTECTIVE ORDER.

Togias, Iason G

**Invoice Date: September 10, 2025**                    **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

Fischer, Alexander M

Conway, Christian L

Dabanka, Elizabeth A

Archambeau, Karsyn

0.60    Archambeau, Karsyn    CONTINUE REVISING DISCOVERY DOCUMENT RE: IMPUTED METRICS.

Archambeau, Karsyn

1.90    Archambeau, Karsyn    CONTINUE REVIEWING CLIENT DOCUMENTS FOR RESPONSIVENESS RE: POTENTIAL CUSTODIANS AND DISCUSS SAME WITH A. GARNICK AND L. CRAIN.

0.50    Archambeau, Karsyn    DRAFT PRODUCTION LETTER RE: THIRD-PARTY SUBPOENA RESPONSE FOR K. REILLY.

0.30    Archambeau, Karsyn    COORDINATE WITH E. CARDONE RE: DEPOSITION NOTICE FOR CLIENT EMPLOYEE.



Archambeau, Karsyn

Delwiche, Noah J

Delwiche, Noah J

Delwiche, Noah J



4.90   Wang, Laura Y

REVIEW TARGETED CLIENT DOCUMENTS FOR RESPONSIVENESS TO IMPUTED MEASURES SURVEY QUESTIONS.

Wang, Laura Y

Scott, Spencer E



Varela, Eugenia

Womack, Lauren E

08/13/25
7.80   Chung, Daniel

PREPARATORY SESSIONS WITH CEOS (3.0); REVIEW SOURCE DOCUMENTS (3.0); INTERNAL CONFERENCES REGARDING DEPOSITIONS (1.8).



| | | |
|---|---|---|
| ☒ | Maloney, Mary Beth | |
| ☒ | Yang, Betty X | |
| 11.00 | Scott, Sydney A | PREPARE FOR AND PARTICIPATE IN DEPOSITION PREPARATION MEETINGS WITH C. MCCAULEY AND S. MONTGOMERY (10.3); PREPARE FOR AND PARTICIPATE IN TEAM CALL RE DEPOSITION STRATEGY AND SCHEDULING (.7). |
| 5.80 | Crain, Lee R | FINALIZE MOTION FOR A PROTECTIVE ORDER (1.5); REVIEW AND REVISE MULTIPLE CORRESPONDENCES TO OPPOSING COUNSEL RE DISCOVERY DISPUTES (1.5); CONFER WITH S. MONACO RE THIRD PARTY DISCOVERY (.5); MEETING RE DEPOSITION SCHEDULING AND ASSIGNMENTS (.5); CONFER WITH C. BUZZARD RE BRIEFING ASSIGNMENTS AND STATUS (.5); REVIEW RECOMMENDATIONS ON DOCUMENT PRODUCTION TO PREPARE FINAL DOCUMENTS, INCLUDING ASSESSING SEARCH TERMS AND HIT COUNTS (1.3). |
| ☒ | Townsend, KatieLynn B | |

**Invoice Date: September 10, 2025**                                    **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

| 1.40 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.5); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (.9). |
|---|---|---|
| 0.50 | Hvidt, Scott K | WORK WITH TEAM REGARDING DEPOSITION STRATEGY AND SCHEDULE. |
| 1.20 | Hvidt, Scott K | WORK WITH EDISCOVERY VENDORS REGARDING OFFENSIVE REVIEW STRATEGY AND PROCESS. |
| 0.80 | Hvidt, Scott K | WORK WITH EXPERT TEAM REGARDING NICHOLSON DEPOSITION PREPARATION. |
| 1.30 | Buzzard, Christine M | REVIEW AND REVISE MOTION OF PROTECTIVE ORDER FILING PACKET INCLUDING EXHIBITS TO FINALIZE FOR FILING. |
| 0.60 | Buzzard, Christine M | REVIEW AND REVISE DRAFT LEE DECLARATION REGARDING BURDEN ASSOCIATED WITH DOCUMENT REVIEW IN SUPPORT OF MOTION FOR PROTECTIVE ORDER. |

| | Buzzard, Christine M | |
| | Buzzard, Christine M | |
| | Buzzard, Christine M | |
| 0.20 | Batista, Robert A | CONFER WITH C. BUZZARD RE T. GALLAGHER SUBPOENA. |

**Invoice Date: September 10, 2025**                                    **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 5.70 | Simmons, Kevin M | PREPARE FOR C. MCCAULEY DEPOSITION PREPARATION (0.4); PREPARE C. MCCAULEY FOR DEPOSITION (2.5); DEBRIEF ON C. MCCAULEY DEPOSITION WITH GIBSON TEAM (0.2); PREPARE S. MONTGOMERY FOR DEPOSITION (2.0); DEBRIEF WITH TENET TEAM ON S. MONTGOMERY'S DEPOSITION PREP (0.1); MEET WITH PARTNER TEAM RE STRATEGY FOR CEO DEPOSITIONS (0.5). |
| | Cardone, Emily A | |
| 0.70 | Cardone, Emily A | REVIEW AND ANALYZE R. JOHNSON REPORT FOR POTENTIAL DEPOSITION. |
| | Cardone, Emily A<br><br>Cardone, Emily A | |
| 0.40 | Cardone, Emily A | DEVELOP STRATEGY WITH S. HVIDT RE DEPONENTS. |
| 0.30 | Cardone, Emily A | REVIEW AND ANALYZE LEAPFROG SEARCH TERMS AND HIT REPORT. |
| | Cardone, Emily A | |
| 0.50 | Cardone, Emily A | REVIEW AND ANALYZE IRRELEVANT POPULATIONS FOR DOCUMENT REVIEW. |
| 0.40 | Cardone, Emily A | COORDINATE WITH DOCUMENT TEAMS RE SEARCH TERMS AND ISSUE TAGS. |
| | Kuntz, Andrew V | |

Kuntz, Andrew V

Kuntz, Andrew V

Talley, Mark C

Grover, Monica

Shi, Andrew A

| | | |
|---|---|---|
| 3.20 | Reilly, Kevin J | PREPARE NON-PARTY DISCOVERY INTO JOHNS HOPKINS AND AARP; ATTEND PLANNING CALL FOR NICHOLSON DEPOSITION. |
| 11.00 | Garnick, Adam J | CONTINUE CONDUCTING SECOND LEVEL REVIEW OF DOCUMENTS AHEAD OF SUPPLEMENTAL PRODUCTION (6.0); CONFER WITH TEAM ON IMPUTED MEASURES DOCUMENTS (2.0); COORDINATE COMPILATION AND PRODUCTION OF TARGETED COLLECTIONS DOCUMENTS (3.0). |
| 3.40 | Otoo, Mary D | ANALYZE SEARCH TERMS IN SUPPORT OF ALTERNATIVE SEARCH TERM PROPOSAL TO OPPOSING COUNSEL. |
| 1.60 | Otoo, Mary D | IDENTIFY AND ANALYZE RESPONSIVE DOCUMENTS FOR PRODUCTION. |

| | | |
|---|---|---|
| 0.90 | Otoo, Mary D | CORRESPOND INTERNALLY AND WITH OPPOSING COUNSEL REGARDING DISCOVERY REQUESTS. |
| 0.20 | Otoo, Mary D | REVISE MEET AND CONFER MEMORIALIZATION LETTER. |
| | Togias, Iason G | |
| 5.90 | Fischer, Alexander M | EXPAND CEO DEPOSITION PREPARATION FOR ALL CEOS, INCORPORATE ADDITIONAL DOCUMENTS AND MODULES. |
| | Conway, Christian L | |
| | Dabanka, Elizabeth A | |
| 5.40 | Archambeau, Karsyn | CONTINUE REVIEWING CLIENT DOCUMENTS FOR PRODUCTION AND DISCUSS SAME WITH TEAM. |
| 4.00 | Archambeau, Karsyn | CONTINUE ANALYZING DOCUMENTS FROM TARGETED COLLECTION FOR RESPONSIVENESS TO IMPUTED METRICS RE: PRODUCTION. |
| | Archambeau, Karsyn | |
| | Delwiche, Noah J | |

| | | |
|---|---|---|
| 2.70 | Wang, Laura Y | ANALYZE CLIENT DOCUMENTS FOR RESPONSIVENESS. |



| | | |
|---|---|---|
| | Wang, Laura Y | |
| | Scott, Spencer E | |
| | Varela, Eugenia | |
| | Wattenberg, Steven | |

| | | |
|---|---|---|
| 08/14/25 | Denerstein, Mylan L | |
| 6.20 | Chung, Daniel | PREPARATORY SESSION WITH CEOS (2.1); REVIEW SOURCE DOCUMENTS (2.1); INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY (2.0). |
| 2.90 | Maloney, Mary Beth | COMMUNICATION REGARDING STATUS OF DEPOSITIONS AND STAFFING (.5); MEETING WITH TEAM REGARDING CEO DEPOSITION PREP (.5); REVIEW REPLY AND CONFER WITH TEAM RE SAME (1.3); ADDRESS STRATEGIC QUESTIONS RE DISCLOSURES (.6) |
| | Yang, Betty X | |



| | | |
|---|---|---|
| | Scott, Sydney A | |
| 6.00 | Crain, Lee R | REVIEW AND STRATEGIZE RE MOTION FOR A PROTECTIVE ORDER OPPOSITION BRIEF (1); ATTENTION TO DOCUMENT PRODUCTION STRATEGY ISSUES, INCLUDING SEARCH TERMS AND MULTIPLE DISCOVERY DISPUTES (2.5); ATTENTION TO WITNESS ISSUES AND STRATEGY RE DEPOSITION DEFENSE (1); BEGIN EXPERT DEPOSITION PREPARE WORKSTREAM (1.5). |
| 0.80 | Hvidt, Scott K | WORK WITH TEAM MEMBERS REGARDING STRATEGY (.4); DRAFT CORRESPONDENCE WITH TEAM REGARDING STRATEGY TASKS (.4). |
| 1.50 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.7); DRAFT, REVIEW AND REVISE DISCOVERY STRATEGY MATERIALS (.8). |
| 1.50 | Hvidt, Scott K | OVERSEE DOCUMENT REVIEW LOGISTICS (.7); LEAD DOCUMENT REVIEW EFFORTS FOR KEY DOCUMENTS (.8). |
| | Buzzard, Christine M | |
| 0.50 | Buzzard, Christine M | DEVELOP THEMES AND STRATEGY FOR MOTION FOR PROTECTIVE ORDER REPLY BRIEF WITH M. MALONEY, L. CRAIN, AND A. SHI. |

1.00     Buzzard, Christine M       REVIEW AND REVISE DRAFT OF MOTION TO QUASH SUTARIA SUBPOENA PREPARED BY C. TALLEY.



Buzzard, Christine M

Parks, Allyson E



0.90     Simmons, Kevin M       CALL WITH PARTNER TEAM RE NEXT STEPS FOR CEO DEPOSITION PREPARATIONS (0.6); MEET WITH S. SCOTT RE DEPOSITION PLANNING (0.2); MEET WITH E. CARDONE RE DEPOSITION PLANNING (0.1).



Simmons, Kevin M

Simmons, Kevin M



| 0.40 | Simmons, Kevin M | READ PLAINTIFFS' RESPONSE TO MOTION TO COMPEL (0.4). |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |



| 0.40 | Cardone, Emily A | REVIEW AND REVISE 30(B)(6) NOTICE WITH M. MALONEY EDITS. |
| 1.10 | Kuntz, Andrew V | CONFER REGARDING DOCUMENT PRODUCTION STRATEGY. |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |



| | | |
|---|---|---|
| | Kuntz, Andrew V | |
| | Grover, Monica | |
| | Shi, Andrew A | |
| 2.20 | Reilly, Kevin J | PREPARE NON-PARTY DOCUMENT SUBPOENAS AND RELATED SEARCH TERMS. |
| 10.30 | Garnick, Adam J | CONFER WITH TEAM REGARDING DOCUMENT PRODUCTION (2.0); CONDUCT EXTENSIVE SECOND LEVEL REVIEW OF DOCUMENTS AHEAD OF SUPPLEMENTAL PRODUCTION (6.3); CONFER WITH TEAM REGARDING TARGETED DOCUMENT COLLECTIONS FROM CLIENT AND RESPONDING TO HOSPITAL SURVEY (2.0). |
| 0.30 | Otoo, Mary D | DRAFT CORRESPONDENCE TO COUNSEL REGARDING SEARCH TERMS. |
| 1.20 | Otoo, Mary D | ANALYZE DEFENDANT'S PROPOSED SEARCH TERMS AND RESPONSIVE DOCUMENTS. |
| | Otoo, Mary D | |
| 2.50 | Otoo, Mary D | REVIEW AND ANALYZE DOCUMENTS HIT ON BY TLG'S SEARCH TERMS. |

Togias, Iason G

3.60       Fischer, Alexander M

REVISE CEO PREPARATION MATERIALS TO EXPAND CONTENT RE PAY-TO-PLAY ALLEGATIONS AND INDIVIDUAL LEAPFROG METRICS.

Dabanka, Elizabeth A

2.20       Archambeau, Karsyn

COORDINATE SECOND SUBSTANTIAL PRODUCTION WITH A. GARNICK AND DOCUMENT VENDORS.

1.50       Archambeau, Karsyn

CONDUCT SECOND LEVEL REVIEW OF DOCUMENTS TO BE PRODUCED.

Archambeau, Karsyn

0.50       Archambeau, Karsyn

COORDINATE WITH K. REILLY RE: THIRD PARTY SUBPOENA AND DRAFT SAME.

1.90       Archambeau, Karsyn

ANALYZE CLIENT DOCUMENTS FOR TARGETED PRODUCTION RE: IMPUTED METRICS.

0.90        Delwiche, Noah J                    PREPARE FOR DEPOSITIONS.

0.30        Wang, Laura Y                        ANALYZE DOCUMENTS FOR
                                                 RESPONSIVENESS AND
                                                 PRIVILEGE.

Wang, Laura Y

Scott, Spencer E

Scott, Spencer E

            Varela, Eugenia

            Wattenberg, Steven

08/15/25
Denerstein, Mylan L

| | | |
|---|---|---|
| 5.20 | Chung, Daniel | CLIENT AND INTERNAL CONFERENCES REGARDING STRATEGY (2.1); REVIEW SOURCE DOCUMENTS (2.1); REVISE DRAFT DEPOSITION OUTLINES (1.0). |
| | Maloney, Mary Beth | |
| 1.00 | Scott, Sydney A | ANALYZE BLOG POST EVIDENCING REPUTATIONAL HARM TO PLAINTIFF HOSPITALS (.3); CORRESPOND WITH GIBSON DUNN TEAM AND LOCAL COUNSEL RE SAME (.2); CORRESPOND WITH CEOS RE DEPOSITION SCHEDULING (.2);CORRESPOND WITH GIBSON DUNN TEAM RE SAME (.2); CORRESPOND WITH K. SIMMONS RE PLANNING FOR DEPOSITION PREPARATION OF CEO WITNESSESS (.1). |
| 3.80 | Crain, Lee R | ATTENTION TO MULTIPLE LETTERS AND EMAILS WITH OPPOSING COUNSEL (1); ATTENTION TO PRODUCTION ISSUES AND STRATEGY (1.8); CONFER WITH CLIENT AND PREPARE/FOLLOW-UP FOR THE SAME (1). |
| 6.00 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE SUMMARY OF KEY DOCUMENTS (4.8); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (.8); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.4). |

Hvidt, Scott K

Hvidt, Scott K

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Parks, Allyson E

Batista, Robert A

0.50    Simmons, Kevin M

DRAFT EMAILS TO S. SCOTT, A. FISCHER RE PREPARING FOR CEO DEPOSITIONS (0.3); WORK ON CEO DEPOSITION OUTLINES (0.2).

Cardone, Emily A

0.60    Cardone, Emily A

CORRESPOND WITH OPPOSING COUNSEL RE THIRD PARTY DOCUMENTS.

0.50    Cardone, Emily A

ATTEND CLIENT WEEKLY UPDATE MEETING.

2.50    Kuntz, Andrew V

DRAFT RECOMMENDATION REGARDING DOCUMENT PRODUCTION CUTOFF DATE.



Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V





Talley, Mark C





Wolf, Brandon C

Grover, Monica





Shi, Andrew A



1.20    Reilly, Kevin J

PREPARE PRODUCTION OF NON-PARTY DOCUMENTS (0.5); REVISE SEARCH TERMS FOR ARMSTRONG INSTITUTE (0.3); SERVE NON-PARTY UC DAVIS (0.2); CONDUCT DOCUMENT REVIEW OF GOVERNMENT COMMUNICATIONS (0.2).

| 7.00 | Garnick, Adam J | CONFER WITH TEAM ON FINAL PRODUCTION ISSUES (2.0); DRAFT VARIOUS EMAILS TO CLIENT AND VENDOR REGARDING SUPPLEMENTARY PRODUCTION (2.0); CONDUCT REVIEW OF ALL PRIVILEGED AND SIGNIFICANT DOCUMENTS PRIOR TO FINALIZING PRODUCTION (3.0). |
| 0.70 | Otoo, Mary D | CONDUCT RESEARCH REGARDING REQUIREMENTS FOR CATEGORICAL PRIVILEGE LOGS. |

Otoo, Mary D

Otoo, Mary D

Togias, Iason G

| 5.70 | Fischer, Alexander M | FINALIZE CEO DEPOSITION OUTLINES FOR ALL PLAINTIFFS (2.0); REVISE INTERROGATORIES PER AUG. 11 MEET & CONFER (3.7). |

Dabanka, Elizabeth A

| 0.70 | Archambeau, Karsyn | COLLECT AND COMPILE DOCUMENTS RE: IMPUTED METRICS FOR SURVEY EXPERT. |
| 0.40 | Archambeau, Karsyn | ANALYZE LOCAL RULES RE: NOTICE OF COMPLETION. |
| 0.60 | Archambeau, Karsyn | CONTINUE ANALYZING CLIENT DOCUMENTS RE: IMPUTED METRICS. |

| | | |
|---|---|---|
| 0.80 | Archambeau, Karsyn | REVISE THIRD-PARTY SUBPOENAS RE: DISCOVERY AND DOCUMENT PRODUCTION FOR K. REILLY. |

Archambeau, Karsyn

| | | |
|---|---|---|
| 0.90 | Delwiche, Noah J | REVIEW CASELAW SURROUNDING STANDARD FOR OBJECTING TO DISCOVERY ON RELEVANCY GROUNDS. |

Delwiche, Noah J

Wang, Laura Y

Varela, Eugenia

Wattenberg, Steven

08/16/25

| | | |
|---|---|---|
| 2.00 | Chung, Daniel | REVIEW OPPOSITION TO PROTECTIVE ORDER MOTION (1.0); REVIEW SOURCE DOCUMENTS (1.0). |
| 1.50 | Crain, Lee R | REVIEW SUPPLEMENTAL J. BERGER REPORT (1); REVISE REPLY ON MOTION IN LIMINE (.5). |

Invoice Date: September 10, 2025                                                            Invoice No. 2025093409

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 4.20 | Buzzard, Christine M | REVIEW AND REVISE DRAFT REPLY BRIEF IN SUPPORT OF MOTION FOR PROTECTIVE ORDER PREPARED BY A. SHI. |
| 7.40 | Simmons, Kevin M | WORK ON CEO DEPOSITION OUTLINES (7.4). |
| ⊠ | Shi, Andrew A | ⊠ |
| 1.80 | Otoo, Mary D | DRAFT APPENDIX FOR REPLY BRIEF FOR MOTION PROTECTIVE ORDER. |
| ⊠ | Delwiche, Noah J | ⊠ |

08/17/25

| | | |
|---|---|---|
| 1.80 | Chung, Daniel | REVISE DEPOSITION OUTLINES. |
| 4.30 | Scott, Sydney A | ANALYZE AND REVISE MATERIALS TO PREPARE PLAINTIFF CEOS TO SIT FOR DEPOSITION. |
| 0.60 | Crain, Lee R | REVISE REPLY BRIEF ON MOTION FOR A PROTECTIVE ORDER. |
| 3.50 | Buzzard, Christine M | REVIEW AND REVISE DRAFT REPLY BRIEF IN SUPPORT OF MOTION FOR PROTECTIVE ORDER, INCLUDING IN RESPONSE TO EDITS FROM L. CRAIN AND A. SHI. |
| 2.30 | Simmons, Kevin M | WORK ON CEO DEPOSITION OUTLINES (2.3). |
| 1.60 | Kuntz, Andrew V | DRAFT ORDER OF PROOF REGARDING DECEPTIVE PRACTICES ACT. |
| ⊠ | Shi, Andrew A | ⊠ |

| 1.50 | Garnick, Adam J | REVIEW AND REVISE DRAFT OF SUPPLEMENTARY CONSUMER CHOICE EXPERT REPORT (1.5). |

| 1.80 | Fischer, Alexander M | REVISE CEO DEPOSITION PREPARATION OUTLINE; INCORPORATE ADDITIONAL DOCUMENTS. |

08/18/25

Chung, Daniel

Maloney, Mary Beth

Yang, Betty X

| 0.80 | Scott, Sydney A | ANALYZE AND REVISE THEMES AND TALKING POINTS FOR PREPARATION OF CEO WITNESSES FOR 30(B)(6) DEPOSITIONS (.6); CORRESPOND WITH TEAM RE SAME (.2). |

| 2.00 | Crain, Lee R | REVISE REPLY BRIEF ON MOTION TO COMPEL, INCLUDING ASSESSING THE COURT'S ORDER RE ORAL ARGUMENT (1); ATTENTION TO DISCOVERY AND DEPOSITION STATUS AND STRATEGY (1). |

Hvidt, Scott K

| 0.90 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE NICHOLSON DEPOSITION PREPARATION TOPICS. |

| | | |
|---|---|---|
| 1.70 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.3); DRAFT, REVIEW AND REVISE REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER (1.4). |

Buzzard, Christine M

| | | |
|---|---|---|
| 3.40 | Buzzard, Christine M | REVIEW AND REVISE DRAFT REPLY TO MOTION FOR PROTECTIVE ORDER, INCLUDING TO ADDRESS DISCUSSION OF A LEAPFROG DOCUMENT. |

Parks, Allyson E

Richman, Brian A

| | | |
|---|---|---|
| 2.00 | Simmons, Kevin M | ADDRESS S. SCOTT COMMENTS ON CEO DEPOSITION OUTLINE (2.0). |
| 0.20 | Simmons, Kevin M | WORK WITH A. FISCHER ON INTERROGATORY RESPONSES (0.2). |

Cardone, Emily A

| | | |
|---|---|---|
| 0.40 | Cardone, Emily A | REVIEW AND REVISE NON-PARTY DISCOVERY UPDATE. |

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

0.50     Kuntz, Andrew V

Kuntz, Andrew V

Wolf, Brandon C

Grover, Monica

Shi, Andrew A

Reilly, Kevin J

DRAFT ORDER OF PROOF.

Invoice Date: September 10, 2025                    Invoice No. 2025093409

Due and Payable Upon Receipt

Garnick, Adam J

4.60    Otoo, Mary D

CONDUCT CITE CHECK OF MOTION FOR PROTECTIVE ORDER REPLY BRIEF.

Otoo, Mary D

0.60    Otoo, Mary D

CONDUCT RESEARCH REGARDING CATEGORICAL AND INDIVIDUAL PRIVILEGE LOGS.

0.30    Otoo, Mary D

DRAFT CORRESPONDENCE REGARDING SUPPLEMENTAL INTERROGATORY RESPONSES.

Togias, Iason G

Fischer, Alexander M

3.70    Archambeau, Karsyn

CONTINUE ANALYZING CLIENT DOCUMENTS RE: TARGETED COLLECTION FOR RESPONSIVENESS TO FOUR IMPUTED METRICS.

1.70       Archambeau, Karsyn                    DRAFT NOTICE OF COMPLETION IN
                                                 COMPLIANCE WITH LOCAL RULES
                                                 RE: DOCUMENT PRODUCTION.

           Archambeau, Karsyn

           Archambeau, Karsyn

           Delwiche, Noah J

           Delwiche, Noah J

1.60       Wang, Laura Y                         ANALYZE CLIENT DOCUMENTS
                                                 FOR RESPONSIVENESS TO
                                                 IMPUTED MEASURES SURVEY
                                                 QUESTIONS.

           Varela, Eugenia

           Wattenberg, Steven

08/19/25   Chung, Daniel

| | | |
|---|---|---|
| 2.80 | Maloney, Mary Beth | CALL WITH S. MONACO RE STATUS AND STRATEGY (.5); CALL WITH L. CRAIN RE STRATEGY (.2); MEETING WITH TEAM LEADS RE UPCOMING DEPOSITIONS (.5); MEETING WITH ASSOCS TEAM RE STATUS OF DISCOVERY (.5); COMMUNICATIONS WITH CLIENT RE STATUS (.3); REVISE REPLY BRIEF AND CONFER WITH TEAM RE SAME (.8). |

Yang, Betty X

| | | |
|---|---|---|
| 2.30 | Scott, Sydney A | PREPARE FOR AND PARTICIPATE IN SENIOR LEADERSHIP CALL RE LITIGATION STRATEGY (.5); PREPARE FOR AND PARTICIPATE IN TEAM MEETING RE LITIGATION STRATEGY (.5); ANALYZE AND REVISE 30(B)(6) TOPICS FOR TLG WITNESS (.3); ANALYZE AND REVISE AMENDED ROG RESPONSES (.3); ANALYZE AND RESPOND TO CORRESPONDENCE RE 30(B)(6) DEPOSITIONS FOR HOSPITAL CEOS (.4); CORRESPOND WITH HOSPITAL CEOS RE DEPOSITION UPDATES (.3). |
| 2.50 | Crain, Lee R | CONFER WITH CLIENT (.3); CONFER WITH TEAM (.5); ATTENTION TO DISCOVERY DISPUTES AND STRATEGY (1.2); REVIEW AND REVISE REPLY BRIEF (.5). |
| 1.20 | Hvidt, Scott K | MANAGE OFFENSIVE KEY DOCUMENT IDENTIFICATION (.8); REVIEW AND ANALYZE CMS MATERIALS (.4). |

| | | |
|---|---|---|
| 1.90 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.6); DRAFT, REVIEW AND REVISE DISCOVERY STRATEGY MATERIALS (.9); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.4). |
| 1.00 | Hvidt, Scott K | CONFERENCE WITH SENIOR TEAM (.5); PARTICIPATE IN WEEKLY STRATEGY CALL (.5). |

Buzzard, Christine M

Buzzard, Christine M

| | | |
|---|---|---|
| 0.20 | Buzzard, Christine M | DEVELOP DROP-IN LANGUAGE FOR REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER WITH M. MALONEY. |
| 1.60 | Buzzard, Christine M | REVIEW, INCORPORATE FURTHER EDITS, AND FINALIZE FOR FILING REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER. |

Buzzard, Christine M

| | | |
|---|---|---|
| 0.40 | Buzzard, Christine M | PARTICIPATE IN SENIOR SYNC GIBSON TEAM CALL. |

Buzzard, Christine M

| | | |
|---|---|---|
| | Parks, Allyson E | |
| 0.30 | Batista, Robert A | CONFER WITH D. CHUNG AND E. CARDONE RE WITHDRAWAL OF T. GALLAGHER SUBPOENA. |
| 1.30 | Simmons, Kevin M | MEET WITH GIBSON TEAM RE CASE STATUS (0.4); COMMENT ON OFFENSIVE CORPORATE REPRESENTATIVE TOPICS (0.5); DRAFT EMAILS RE UPCOMING CEO DEPOSITIONS (0.4). |
| | Cardone, Emily A | |
| 1.00 | Cardone, Emily A | DRAFT, REVISE, AND FINALIZE AMENDED NOTICES OF DEPOSITION FOR LEAPFROG FACT WITNESSES. |
| | Cardone, Emily A | |
| 0.30 | Cardone, Emily A | REVIEW AND REVISE SEARCHES FOR DOCUMENT REVIEW. |
| | Cardone, Emily A | |
| 1.50 | Cardone, Emily A | REVIEW, REVISE, AND FINALIZE 30(B)(6) NOTICE. |
| 0.50 | Cardone, Emily A | DEVELOP STRATEGY WITH INTERNAL TEAM RE UPCOMING DEPOSITIONS, DISCOVERY, AND MOTIONS. |

| | | |
|---|---|---|
| 0.50 | Kuntz, Andrew V | REVIEW LOCAL RULES REQUIREMENT FOR ISSUANCE OF NOTICES OF COMPLETION FOR DOCUMENT PRODUCTION. |
| 1.20 | Kuntz, Andrew V | CONDUCT LEGAL RESEARCH REGARDING NOTICE OBLIGATIONS UNDER LOCAL RULES FOR THIRD-PARTY SUBPOENAS. |
| ✕ | Kuntz, Andrew V | ✕ |
| 0.40 | Kuntz, Andrew V | DRAFT RESPONSES TO LEAPFROG'S DOCUMENT SUBPOENA ISSUED TO TENET COMMITTEE. |
| 2.40 | Kuntz, Andrew V | DRAFT CORRESPONDENCE TO LEAPFROG'S COUNSEL REGARDING THIRD-PARTY SUBPOENA REQUIREMENTS. |
| 0.50 | Kuntz, Andrew V | CONFER REGARDING CASE STRATEGY. |
| ✕ | Kuntz, Andrew V | ✕ |
| ✕ | Grover, Monica | ✕ |
| ✕ | Shi, Andrew A | ✕ |
| ✕ | Shi, Andrew A | ✕ |

 Reilly, Kevin J



| 4.50 | Garnick, Adam J | COORDINATE AND FINALIZE SUPPLEMENTAL PRODUCTION, INCLUDING CONDUCTING QUALITY CONTROL AND DRAFTING PRODUCTION LETTER (3.5); DRAFT EMAILS AND COORDINATE WITH CLIENT CONTACTS REGARDING IMPUTED MEASURES DOCUMENT COLLECTION (1.0). |

 Otoo, Mary D



| 0.60 | Otoo, Mary D | LEAD INTERNAL TEAM MEETING. |
| 1.10 | Otoo, Mary D | CONDUCT CITE CHECK OF REVISED PROTECTIVE ORDER REPLY BRIEF. |
| 5.10 | Otoo, Mary D | ANALYZE PRIVILEGED DOCUMENTS AND DRAFT PLAINTIFFS' PRIVILEGE LOG. |
| 1.20 | Otoo, Mary D | DRAFT RESPONSES AND OBJECTIONS TO TENET DOCUMENT SUBPOENA. |



Togias, Iason G

Fischer, Alexander M

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

1.50    Archambeau, Karsyn

ANALYZE CLIENT DOCUMENTS FOR POLICIES RESPONSIVE TO IMPUTED METRICS WITH L. WANG.

2.10    Archambeau, Karsyn

DRAFT RESPONSES AND OBJECTIONS TO NON-PARTY SUBPOENA SERVED BY DEFENDANT FOR A. KUNTZ.

Delwiche, Noah J

Delwiche, Noah J

Invoice Date: September 10, 2025                    Invoice No. 2025093409

**Due and Payable Upon Receipt**

1.80        Wang, Laura Y

Scott, Spencer E

Scott, Spencer E

Varela, Eugenia

REVISE CLIENT DOCUMENTS FOR
RESPONSIVENESS TO IMPUTED
MEASURES SURVEY QUESTIONS.



08/20/25        Chung, Daniel

Maloney, Mary Beth



Invoice Date: September 10, 2025                                          Invoice No. 2025093409

**Due and Payable Upon Receipt**

|  |  |  |
|---|---|---|
| ☒ | Yang, Betty X | |

| | | |
|---|---|---|
| 3.60 | Scott, Sydney A | PREPARE FOR AND PARTICIPATE IN TEAM MEETINGS RE STRATEGY FOR 30(B)(6) DEPOSITIONS (1.1); ANALYZE AND RESPOND TO CASE CORRESPONDENCE RE SAME (.3); REVIEW AND ANALYZE AMENDED MOTION FOR PROTECTIVE ORDER (.4); REVIEW AND ANALYZE WITNESS PREPARATION KITS FOR 30(B)(6) DEPOSITION (1.8). |
| 2.80 | Crain, Lee R | ATTENTION TO DISCOVERY STRATEGY (1); REVIEW AND REVISE NOTICE RE REPLY BRIEF (.5); BEGIN ORAL ARGUMENT PREPARE (1.3). |
| 0.30 | Hvidt, Scott K | MANAGE KEY DOCUMENT IDENTIFICATION. |
| 4.80 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE NOTICE FOR MOTION FOR PROTECTIVE ORDER (1.1); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.8); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (1.6); DRAFT, REVIEW AND REVISE SUBPOENAS AND COMMUNICATIONS TO NON-PARTIES (1.3). |
| 2.00 | Hvidt, Scott K | WORK WITH M. MAHONEY REGARDING STRATEGY (.3); WORK WITH TEAM REGARDING MOTION FOR PROTECTIVE ORDER (1.2); WORK WITH TEAM REGARDING DEPOSITIONS (.5) |

| | Buzzard, Christine M | |

| 4.80 | Buzzard, Christine M | ANALYZE, REVISE, AND FINALIZE DRAFT NOTICE OF AMENDED PROPOSED ORDER AND ACCOMPANYING MATERIALS, INCLUDING IN LIGHT OF REVISIONS FROM THE GIBSON AND LOCAL COUNSEL TEAMS AS WELL AS TO ENCOMPASS LEAPFROG'S ALTERATIONS TO DEPOSITION NOTICES. |

| | Buzzard, Christine M | |

| | Parks, Allyson E | |

| 1.10 | Simmons, Kevin M | WORK ON LETTERS AND EMAILS RE DISPUTE OVER LEAPFROG'S INTERROGATORIES (1.1). |

| 2.70 | Simmons, Kevin M | INCORPORATE PARTNER COMMENTS INTO CEO OUTLINE (0.9); CALL WITH PARTNER TEAM RE CEO DEPOSITIONS (0.5); CALL WITH PARTNERS RE TALKING POINTS FOR KEY QUESTIONS FOR CEO DEPOSITIONS (0.7); CALL WITH S. HVIDT RE STRATEGIZING FOR PROTECTIVE ORDER HEARING (0.6). |

| | Cardone, Emily A   Cardone, Emily A | |

**Invoice Date: September 10, 2025**                                                **Invoice No. 2025093409**

**Due and Payable Upon Receipt**



Cardone, Emily A

Cardone, Emily A

| 0.50 | Cardone, Emily A | DRAFT CORRESPONDENCE TO THIRD PARTIES RE MOTION FOR PROTECTIVE ORDER. |

Cardone, Emily A

Cardone, Emily A

| 0.60 | Kuntz, Andrew V | DRAFT PRIVILEGE LOG FOR AUGUST 8, 2025 PRODUCTION. |

| 0.60 | Kuntz, Andrew V | CONFER REGARDING DOCUMENT PRODUCTION STRATEGY TO ACCOUNT FOR POTENTIAL MOTION FOR PROTECTIVE ORDER RULINGS. |

| 1.10 | Kuntz, Andrew V | DRAFT NOTICE OF COMPLETION REQUIRED UNDER LOCAL RULES. |

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V



Kuntz, Andrew V

Grover, Monica

Shi, Andrew A

Reilly, Kevin J

| 6.80 | Garnick, Adam J | CONTINUE TO COORDINATE WITH CLIENT CONTACTS REGARDING TARGETED COLLECTIONS (1.0); REVIEW AND REVISE SUPPLEMENTAL BERGER REPORT (1.0); CONDUCT SECOND LEVEL REVIEW OF VARIOUS DOCUMENTS FOR IMPUTED MEASURES PRODUCTION (2.0); CONFER WITH TEAM ABOUT NEXT PHASE OF DOCUMENT PRODUCTION (0.8); DRAFT NOTICES OF COMPLETION OF PRODUCTION (0.5); CONFER WITH LOCAL COUNSEL REGARDING PRIVILEGE LOG (0.5); BEGIN REVIEWING PRIVILEGE LOG (1.0). |
| 0.40 | Otoo, Mary D | DRAFT CORRESPONDENCE REGARDING MOTION FOR PROTECTIVE ORDER HEARING. |
| 0.60 | Otoo, Mary D | MEET WITH A. GARNICK, S. HVIDGT, A. KUNTZ, K. ARCHAMBEAU, L. WANG, L. CRAIN, AND K. SIMMONS REGARDING LEAPFROG'S REQUESTS FOR PRODUCTION AND SEARCH TERMS. |
| 2.10 | Otoo, Mary D | REVISE LETTER TO OPPOSING COUNSEL. |
| ⊠ | Otoo, Mary D | ⊠ |
| 3.20 | Otoo, Mary D | DRAFT LETTER TO OPPOSING COUNSEL REGARDING DISCOVERY RESPONSES. |
| ⊠ | Togias, Iason G | ⊠ |



Fischer, Alexander M

Archambeau, Karsyn



0.50          Archambeau, Karsyn

PREPARE CLIENT DOCUMENTS FOR UPLOAD BY DOCUMENT VENDOR RE: IMPUTED METRICS REVIEW.



Archambeau, Karsyn

1.60          Archambeau, Karsyn

CONTINUE ANALYZING CLIENT DOCUMENTS FOR RESPONSIVENESS TO IMPUTED METRICS WITH A. GARNICK AND L. WANG.



Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn



| | | |
|---|---|---|
| 2.00 | Delwiche, Noah J | REVIEW PRODUCTIONS FOR CONTACT WITH ACCREDITING BODIES. |
| ⊠ | Delwiche, Noah J | |
| 0.40 | Wang, Laura Y | CONFER WITH A. GARNICK AND K. ARCHAMBEAU RE IMPUTED MEASURES DOCUMENTS. |
| ⊠ | Varela, Eugenia | |
| | Wattenberg, Steven | |
| ⊠ | Womack, Lauren E | |
| 08/21/25 ⊠ | Chung, Daniel | |
| 3.60 | Maloney, Mary Beth | REVIEW MATERIALS FOR BERGER DEPOSITION PREP (1.2); COMMUNICATIONS WITH TEAM RE THIRD PARTY SUBPOENAS (.3); CONFER WITH TEAM RE STATUS OF DOC DISCOVERY (.8); CONFER WITH CLIENT RE SITE VISIT ISSUE (.3). |

**Invoice Date: September 10, 2025**                         **Invoice No. 2025093409**

**Due and Payable Upon Receipt**



| | | |
|---|---|---|
| | Yang, Betty X | |
| 4.00 | Crain, Lee R | PREPARE FOR ORAL ARGUMENT (2); ATTENTION TO DISCOVERY ISSUES TO FINALIZE PRODUCTION (.5); REVIEW AND REVISE BERGER SUPPLEMENTAL DECLARATION TO FINALIZE PRODUCTION (.5); REVIEW AND REVISE PRIVILEGE LOG (.5); CONFER WITH LOCAL COUNSEL RE ORAL ARGUMENT FEEDBACK RE JUDGE (.5). |
| 0.70 | Hvidt, Scott K | OVERSEE KEY DOCUMENT REVIEW AND IDENTIFICATION. |
| 2.30 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE CORRESPONDENCE TO OPPOSING COUNSEL (.8); DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY TASKS (.9); DRAFT DEPOSITION PREPARATION STRATEGY SUGGESTIONS (.6). |
| 0.90 | Hvidt, Scott K | WORK WITH TEAM REGARDING MOTION FOR PROTECTIVE ORDER AND DISCOVERY STRATEGY. |
| | Hvidt, Scott K | |
| | Buzzard, Christine M | |

| | | |
|---|---|---|
| 0.60 | Buzzard, Christine M | DISCUSS STRATEGY FOR PROTECTIVE ORDER MOTION ORAL ARGUMENT WITH GIBSON TEAM MEMBERS AND LOCAL COUNSEL. |
| | Parks, Allyson E | |
| 0.30 | Batista, Robert A | CONFER WITH C. BUZZARD RE UPCOMING DISCOVERY-RELATED BRIEFING. |
| | Simmons, Kevin M | |
| 0.50 | Cardone, Emily A | DEVELOP STRATEGY WITH LEVEL LEGAL RE OFFENSIVE DOCUMENT REVIEW. |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |

| 0.40 | Cardone, Emily A | COORDINATE WITH DOCUMENT TEAMS RE MODEL FOR DOCUMENT REVIEW. |

| 0.30 | Kuntz, Andrew V | DRAFT PRIVILEGE LOG REGARDING AUGUST 8 DOCUMENT PRODUCTION. |

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Kuntz, Andrew V

Grover, Monica

Shi, Andrew A



**Invoice Date: September 10, 2025**　　　　　　　　　　　　　　　　　**Invoice No. 2025093409**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 3.40 | Reilly, Kevin J | PREPARE NON-PARTY SUBPOENAS AND ADVISE ON RELATED STRATEGY. |
| 14.30 | Garnick, Adam J | CONDUCT SECOND LEVEL REVIEW OF ALL DOCUMENTS FOR PRODUCTION AND APPLY REDACTIONS (7.0); REVIEW, REVISE, AND FINALIZE CONSUMER CHOICE SUPPLEMENTAL EXPERT REPORT FOR SERVICE (3.3); CONTINUE COORDINATING WITH CLIENT CONTACTS TO CONFIRM DOCUMENTS TO BE PRODUCED (2.0); DRAFT VARIOUS EMAILS FOR TEAM AND CLIENT RELATED TO PRODUCTION OF DOCUMENTS AND EXPERT REPORT (2.0). |

Otoo, Mary D

Otoo, Mary D

| | | |
|---|---|---|
| 3.10 | Otoo, Mary D | DRAFT PRIVILEGE LOG. |
| 2.40 | Otoo, Mary D | REVISE PRIVILEGE LOG. |
| 2.10 | Otoo, Mary D | DRAFT TALKING POINTS OUTLINE FOR MOTION FOR PROTECTIVE ORDER HEARING. |

Togias, Iason G

| | | |
|---|---|---|
| 1.20 | Fischer, Alexander M | REVISE INTERROGATORY RESPONSES. |



Dabanka, Elizabeth A

Archambeau, Karsyn

| | | |
|---|---|---|
| 3.80 | Archambeau, Karsyn | CONTINUE ANALYZING CLIENT DOCUMENTS RE: RESPONSIVENESS TO IMPUTED METRICS FOR PRODUCTION. |
| 0.20 | Archambeau, Karsyn | STRATEGISE WITH DOCUMENT VENDOR RE: ANTICIPATING OUTCOME OF MOTION FOR PROTECTIVE ORDER. |
| | Archambeau, Karsyn | |
| | Archambeau, Karsyn | |
| | Archambeau, Karsyn | |
| 1.20 | Archambeau, Karsyn | ANALYZE RULES OF PROCEDURE AND CASE LAW RE: PROPER SERVICE OF NON-PARTY SUBPOENAS. |

| | | |
|---|---|---|
| ☒ | Archambeau, Karsyn | ☒ |
| 0.80 | Delwiche, Noah J | CONFER WITH LEVEL LEGAL RE ONGOING DOCUMENT REVIEW. |
| ☒ | Delwiche, Noah J | ☒ |
| 0.30 | Wang, Laura Y | PARTICIPATE IN MEETING WITH LEVEL LEGAL, A. GARNICK, K. ARCHAMBEAU, AND L. DABANKA RE DOCUMENT PRODUCTION STRATEGY. |
| 5.30 | Wang, Laura Y | PREPARE DOCUMENTS RESPONSIVE TO IMPUTED MEASURES SURVEY FOR PRODUCTION. |

| | | |
|---|---|---|
| ☒ | Varela, Eugenia | ☒ |
| | Wattenberg, Steven | |
| | Womack, Lauren E | |
| | Womack, Lauren E | |

08/22/25
3.20  Chung, Daniel    INTERNAL CONFERENCES REGARDING STRATEGY; REVISE DRAFT DEPOSITION OUTLINES.

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 3.90 | Maloney, Mary Beth | PREP BERGER FOR HIS DEPOSITION (2); ADDRESS QUESTIONS FROM TEAM RE DISCOVERY STRATEGY (.7); WEEKLY MEETING WITH CLIENT AND FOLLOW UP RELATED TO SAME WITH THIRD PARTIES (1.2). |
| | Yang, Betty X | |
| 1.10 | Scott, Sydney A | ANALYZE AND REVISE AMENDED INTERROGATORY RESPONSES (.8); ANALYZE CASE CORRESPONDENCE RE DEPOSITION SCHEDULING AND OTHER DISCOVERY MATTERS (.3). |
| 4.80 | Crain, Lee R | PREPARE FOR ORAL ARGUMENT (3.75); REVIEW PRODUCTION FOR FINALIZATION (.5); CLIENT CALL AND PREPARE FOR THE SAME (.5). |
| 4.00 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE KEY DOCUMENT STRATEGY ANALYSIS (2.3); DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY (.7); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (1). |
| | Hvidt, Scott K | |
| 0.50 | Hvidt, Scott K | WORK WITH CORNERSTONE REGARDING WHITE PAPER CRITICISM ANALYSIS. |
| | Buzzard, Christine M | |



Buzzard, Christine M

Buzzard, Christine M

1.10   Buzzard, Christine M   DEVELOP "HARD QUESTIONS" IN PREPARATION FOR MOTION FOR PROTECTIVE ORDER ORAL ARGUMENT.

Parks, Allyson E

0.30   Simmons, Kevin M   DRAFT EMAIL RE RESPONDING TO INTERROGATORIES (0.3).

Simmons, Kevin M

Kuntz, Andrew V

0.40   Kuntz, Andrew V   REVISE DOCUMENT SUBPOENA FOR NON-PARTY FLORIDA ALLIANCE FOR HEALTHCARE VALUE.

1.70   Kuntz, Andrew V   REVISE PRIVILEGE LOG FOR INITIAL DOCUMENT PRODUCTION.

Kuntz, Andrew V

Invoice Date: September 10, 2025                    Invoice No. 2025093409

**Due and Payable Upon Receipt**



Kuntz, Andrew V

Wolf, Brandon C

Shi, Andrew A

Reilly, Kevin J

6.80    Garnick, Adam J    PREPARE FOR DEPOSITION PREPARATION WITH CONSUMER CHOICE EXPERT (1.0); PARTICIPATE IN DEPOSITION PREP SESSION (2.5); COORDINATE HIT COUNT REPORTS AND DRAFT EMAIL TO OPPOSING COUNSEL REGARDING SEARCH TERMS (2.0); CONDUCT FURTHER QUALITY CONTROL OF IMPUTED MEASURES PRODUCTION BEFORE FINALIZING PRODUCTION (1.25).

Otoo, Mary D

Otoo, Mary D

| | | |
|---|---|---|
| 5.30 | Togias, Iason G | CONFER WITH K. REILLY RE OFFENSIVE THIRD-PARTY DISCOVERY (0.5); CONFER WITH S. HVIDT, K. REILLY, A. KRISHNAMURTHY, AND A. LEHRER RE LEAPFROG WHITE PAPER (0.8); PREPARE CASE UPDATE (2.2); CORRESPOND WITH TEAM RE DISCOVERY (1.8). |
| 4.40 | Fischer, Alexander M | REVISE AND UPDATE INTERROGATORY RESPONSES AS REQUIRED FOLLOWING MEET AND CONFER, WITHDRAWAL OF DAMAGES CLAIMS; REVIEW DOCUMENTS RESPONSIVE TO INTERROGATORIES. |
| ⊠ | Dabanka, Elizabeth A | ⊠ |
| 0.40 | Archambeau, Karsyn | SUMMARIZE DOCUMENT COLLECTIONS FOR A. FISCHER RE: SUPPLEMENTAL INTERROGATORIES. |
| 0.30 | Archambeau, Karsyn | DRAFT UPDATED PRODUCTION LETTER RE: TARGETED PRODUCTION TO OPPOSING COUNSEL. |
| ⊠ | Archambeau, Karsyn | ⊠ |
| 0.30 | Archambeau, Karsyn | REVISE ONE-PAGER RE: IMPUTED METRICS DOCUMENT COLLECTION FOR MOTION FOR PROTECTIVE ORDER HEARING. |
| 0.40 | Archambeau, Karsyn | DISCUSS PREVIOUS DOCUMENT PRODUCTION CONTENTS WITH E. DABANKA FOR PREPARATION OF ONE-PAGER RE: MOTION FOR PROTECTIVE ORDER HEARING. |

| 0.90 | Archambeau, Karsyn | ANALYZE CASE LAW RE: SERVICE OF NON-PARTY SUBPOENAS AND REVISE ACCORDINGLY. |
| 4.30 | Archambeau, Karsyn | CONTINUE REVIEWING AND REVISING TARGETED COLLECTION FROM CLIENT RE: IMPUTED METRICS WITH A. GARNICK. |
| 0.40 | Delwiche, Noah J | CONFER WITH LIGHTHOUSE AND LEVEL LEGAL REGARDING ONGOING DOCUMENT REVIEW. |
| 5.10 | Delwiche, Noah J | REVIEW DOCUMENTS RELATING TO KAREN JUPITER. |

Varela, Eugenia

Wattenberg, Steven

08/23/25

| 0.60 | Chung, Daniel | REVISE DRAFT DEPOSITION OUTLINES. |
| 1.20 | Maloney, Mary Beth | CONFER WITH TEAM RE DISCOVERY STATUS AND PREP FOR HEARING. |
| 0.20 | Scott, Sydney A | ANALYZE AND RESPOND TO CORRESPONDENCE RE POTENTIAL COMPROMISES ON OBJECTIONS TO 30(B)(6) TOPICS. |
| 2.00 | Crain, Lee R | PREPARE FOR ORAL ARGUMENT. |
| 1.50 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE MODULES FOR HEARING PREPARATION (1); DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY (.5). |

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 1.00 | Buzzard, Christine M | REVIEW AND ANALYZE "ONE-PAGER" DOCUMENTS DRAFTED BY A. SHI IN PREPARATION FOR ORAL ARGUMENT. |
| 0.30 | Buzzard, Christine M | DEVELOP STRATEGY TO ADDRESS RECENTLY ISSUED SUBPOENAS. |
| | Simmons, Kevin M | |
| | Shi, Andrew A | |
| 4.70 | Reilly, Kevin J | PREPARE NON-PARTY DISCOVERY PLAYBOOK (3.0); REVISE ONE-PAGER FOR PROTECTIVE ORDER HEARING (0.8); DRAFT SEARCH TERMS FOR JUPITER MEDICAL CENTER (0.8). |
| 1.50 | Garnick, Adam J | CONDUCT FINAL QUALITY CONTROL OF IMPUTED MEASURES PRODUCTION AND COORDINATE SERVICE OF THAT PRODUCTION (1.5). |
| 0.70 | Otoo, Mary D | DRAFT INTERROGATORY RESPONSE STATUS CHART IN PREPARATION FOR PROTECTIVE ORDER HEARING. |
| 0.50 | Togias, Iason G | CORRESPOND WITH TEAM RE DISCOVERY. |
| 0.90 | Archambeau, Karsyn | CORRESPOND WITH I. TOGAS RE: IMPUTED METRICS PRODUCTION DOCUMENTS FOR EXPERT. |

Delwiche, Noah J

08/24/25
0.80          Chung, Daniel                          REVISE DRAFT DEPOSITION
                                                     OUTLINES.

0.40          Maloney, Mary Beth                     CONFER WITH TEAM RE STATUS
                                                     OF THIRD PARTY DISCOVERY.

3.60          Crain, Lee R                           PREPARE FOR ORAL ARGUMENT.

1.20          Hvidt, Scott K                         DRAFT CORRESPONDENCE TO
                                                     LEAPFROG REGARDING
                                                     DISCOVERY DISPUTE (.7); DRAFT,
                                                     REVIEW AND REVISE NONPARTY
                                                     DISCOVERY TERMS (.5).

1.20          Hvidt, Scott K                         DRAFT NICHOLSON DEPOSITION
                                                     PREPARATION MATERIAL.

Buzzard, Christine M

0.20          Buzzard, Christine M                   REVIEW AND REVISE DRAFT LIST
                                                     OF "HARD QUESTIONS" IN
                                                     PREPARATION FOR MOTION FOR
                                                     PROTECTIVE ORDER ORAL
                                                     ARGUMENT.

Kuntz, Andrew V

Shi, Andrew A

3.90          Reilly, Kevin J                        PREPARE M. AUSTIN DEPOSITION
                                                     OUTLINE.

Otoo, Mary D

| 0.60 | Togias, Iason G | CORRESPOND WITH CORNERSTONE AND TEAM RE DISCOVERY. |
|---|---|---|
| 6.80 | Delwiche, Noah J | DRAFT KAREN JUPITER DEPOSITION OUTLINE. |

**08/25/25**

☒  Denerstein, Mylan L

| 2.80 | Chung, Daniel | INTERNAL CONFERENCES REGARDING PROTECTIVE ORDER MOTION HEARING; REVIEW SOURCE DOCUMENTS; REVISE DRAFT DEPOSITION OUTLINES |
|---|---|---|
| 4.00 | Maloney, Mary Beth | PREPARE BERGER FOR HIS DEPOSITION (2); REVISE EMAILS TO OPPOSING COUNSEL RE 30B6 TOPICS AND SEARCH TERMS (.2); PREPARE FOR HEARING WITH L. CRAIN (1); CALL WITH COUNSEL AT AETNA RE THIRD PARTY SUBPOENA AND COMMUNICATIONS WITH TEAM RE SAME (.8). |
| 2.00 | Scott, Sydney A | PREPARE FOR AND PARTICIPATE IN MOOT ARGUMENT FOR HEARING ON MOTION FOR PROTECTIVE ORDER (1.4); ANALYZE COMPROMISE ON CORPORATE REPRESENTATIVE DEPOSITIONS AND CORRESPONDENCE FROM OPPOSING COUNSEL RE SAME (.3); CORRESPOND WITH L. CRAIN AND K. SIMMONS RE SAME (.3). |
| 8.80 | Crain, Lee R | PREPARE FOR ORAL ARGUMENT, INCLUDING REVISING ARGUMENT OUTLINE, MOOTING, REVIEWING UNDERLYING MATERIALS. |

| | | |
|---|---|---|
| 1.00 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL REGARDING DISCOVERY (.4); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.6). |
| 0.40 | Hvidt, Scott K | CONFERENCE WITH J. MCFADDIN REGARDING NONPARTY DISCOVERY. |
| 1.60 | Hvidt, Scott K | PREPARE C. LEE FOR MOTION FOR PROTECTIVE ORDER HEARING (1.2); CONFERENCE WITH TEAM REGARDING STRATEGY (.4). |
| 1.10 | Hvidt, Scott K | DRAFT NICHOLSON DEPOSITION PREPARATION MATERIALS. |
| ⊠ | Buzzard, Christine M | ⊠ |
| 0.70 | Buzzard, Christine M | REVIEW AND REVISE WISH LIST OF POINTS TO ESTABLISH THROUGH HOSPITAL CEO TESTIMONY. |
| 0.60 | Buzzard, Christine M | REVIEW AND PROVIDE COMMENTS ON DRAFT MOTION FOR PROTECTIVE ORDER ORAL ARGUMENT MATERIALS FROM L. CRAIN. |
| 1.20 | Buzzard, Christine M | PARTICIPATE IN MOTION FOR PROTECTIVE ORDER ORAL ARGUMENT PREPARATION SESSION WITH L. CRAIN AND GIBSON TEAM MEMBERS. |

| | | |
|---|---|---|
| ☒ | Parks, Allyson E |  |
| 0.10 | Simmons, Kevin M | DRAFT EMAIL RE INTERROGATORY RESPONSES (0.1). |
| 2.10 | Simmons, Kevin M | DRAFT EMAILS TO L. CRAIN RE OPPOSING COUNSEL EMAIL RE CORPORATE REPRESENTATIVE TOPICS (0.3); DRAFT EMAIL TO OPPOSING COUNSEL RE DEFENSIVE CORPORATE REPRESENTATIVE DEPOSITION TOPICS (1.1); DRAFT EMAIL TO L. CRAIN RE STRATEGY FOR SCHEDULING CEOS' DEPOSITIONS (0.3); DRAFT EMAIL TO B. FLOCHT RE DRAFT ORDER EXTENDING FACT DISCOVERY (0.2); DRAFT EMAIL TO OPPOSING COUNSEL AGREEING TO EXTENSION OF FACT DISCOVERY FOR CEO DEPOSITIONS (0.2). |
| ☒ | Cardone, Emily A | ☒ |
| 0.60 | Kuntz, Andrew V | REVIEW LAUREN BAILEY DOCUMENTS FOR FACT DEPOSITION PREPARATION. |
| ☒ | Kuntz, Andrew V | ☒ |



Kuntz, Andrew V

Kuntz, Andrew V

Wolf, Brandon C



 Shi, Andrew A



2.10   Reilly, Kevin J

REVIEW AND SUMMARIZE KEY DOCUMENTS REGARDING WHITE PAPER (1.4); ADVISE ON NON-PARTY DISCOVERY STRATEGY (0.7)

6.20   Garnick, Adam J

PARTICIPATE IN DEPOSITION PREPARATION SESSION WITH CONSUMER CHOICE EXPERT (2.0); PARTICIPATE IN ORAL ARGUMENT/HEARING PREPARATION SESSION (1.5); COORDINATE WITH DISCOVERY VENDORS ON HIT REPORTS AND DRAFT CORRESPONDENCE WITH OPPOSING COUNSEL ON HIT REPORTS (1.0); ORGANIZE THIRD PARTY DISCOVERY WORKSTREAM AND COORDINATE WITH TEAM ON RESPONSES (0.7); CONDUCT LEGAL RESEARCH ON FDUTPA (1.0).

 Togias, Iason G



| 6.10 | Fischer, Alexander M | REVIEW DOCUMENTS FOR TRANCHE AGREED TO BE PROVIDED IN AMENDED INTERROGATORY RESPONSES; CONFER WITH A. GARNICK RE DOCUMENTS; REVISE INTERROGATORY RESPONSES. |
| --- | --- | --- |
| | Dabanka, Elizabeth A | |
| 1.50 | Archambeau, Karsyn | REVIEW DOCUMENT PRODUCTION TO DEFENDANT RE: IMPUTED METRICS WITH A. GARNICK TO INFORM  FINAL PRODUCTIONS. |
| 1.30 | Archambeau, Karsyn | REVISE NON-PARTY SUBPOENAS FOR SERVICE. |
| | Archambeau, Karsyn | |
| 7.70 | Delwiche, Noah J | DRAFT KAREN JUPITER DEPOSITION OUTLINE. |
| | Delwiche, Noah J

Wang, Laura Y

Wattenberg, Steven | |

08/26/25

| | | |
|---|---|---|
| 5.20 | Chung, Daniel | INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY; REVIEW COMPLAINT FOR REVISIONS; REVISE DEPOSITION OUTLINES; REVIEW EXPERT REPORTS |
| 2.80 | Maloney, Mary Beth | MEETINGS WITH L. CRAIN RE PREP FOR HEARING (.5); MEETING WITH TEAM RE THIRD PARTY DISCOVERY PROGRESS (.5); ATTEND HEARING (1); FOLLOW UP WITH TEAM REGARDING DISCOVERY SCOPE AND STRATEGY POST-HEARING (.8). |
| 1.30 | Scott, Sydney A | PREPARE FOR AND PARTICIPATE IN SENIOR LEADERSHIP CALL RE CASE STRATEGY (.5); PREPARE FOR AND PARTICIPATE IN TEAM CALL RE CASE STRATEGY (.5); CONSIDER AND OUTLINE STRATEGY ON OBJECTIONS TO 30(B)(6) TOPICS AND INTERROGATORIES IN LIGHT OF DISCOVERY HEARING (.6); CORRESPOND WITH GDC TEAM RE SAME (.2). |
| 7.50 | Crain, Lee R | PREPARE FOR AND PARTICIPATE IN ORAL ARGUMENT (5.5); OPERATIONALIZE NEXT STEPS FOLLOWING HEARING, INCLUDING REVISING DOCUMENT DISCOVER RESPONSES AND AMENDING COMPLAINT (2). |
| 0.80 | Hvidt, Scott K | WORK ON NICHOLSON EXPERT DEPOSITION PREPARATION. |
| 1.50 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.4); DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (.4); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.7). |

| | | |
|---|---|---|
| 1.00 | Hvidt, Scott K | WORK WITH CORNERSTONE REGARDING NICHOLSON DEPOSITION PREPARATION STRATEGY. |
| 1.00 | Hvidt, Scott K | PARTICIPATE IN WEEKLY TEAM STRATEGY CALLS (.5); CONFERENCE WITH TEAM REGARDING DISCOVERY STRATEGY (.5). |
| | Buzzard, Christine M<br><br>Buzzard, Christine M | |
| 0.30 | Buzzard, Christine M | PARTICIPATE IN GIBSON TEAM SENIOR SYNC CALL TO DEVELOP CASE STRATEGY. |
| | Buzzard, Christine M | |
| 0.80 | Buzzard, Christine M | ATTEND AND ANALYZE JUDGE COMMENTS AT HEARING ON MOTION FOR PROTECTIVE ORDER. |
| 0.40 | Buzzard, Christine M | ANALYZE AND SUMMARIZE KEY POINTS FROM MOTION FOR PROTECTIVE ORDER HEARING. |
| 0.80 | Buzzard, Christine M | REVIEW AND REVISE DRAFT "HARD QUESTION" RESPONSES FROM L. CRAIN IN PREPARATION FOR ORAL ARGUMENT. |
| 2.10 | Buzzard, Christine M | REVIEW AND REVISE DRAFT AMENDED COMPLAINT PREPARED BY A. SHI. |
| 0.70 | Buzzard, Christine M | PARTICIPATE IN MOTION FOR PROTECTIVE ORDER HEARING DEBRIEF AND PLANNING CALL WITH GIBSON TEAM. |

| Hours | Timekeeper | Description |
|---|---|---|
| 0.10 | Takagaki, Marc Aaron Y | STRATEGIZE WITH D. CHUNG RE: PREPARATION FOR L. BINDER DEPOSITION. |
| | Batista, Robert A | |
| | Simmons, Kevin M | |
| 0.70 | Simmons, Kevin M | DRAFT EMAIL TO S. SCOTT RE INTERROGATORIES (0.7). |
| 2.00 | Simmons, Kevin M | HELP PREPARE FOR HEARING ON PROTECTIVE ORDER (0.8); DRAFT EMAILS RE CEO DEPOSITION PREPARATIONS (0.3); SUPPORT L. CRAIN AT PROTECTIVE ORDER HEARING REGARDING INTERROGATORIES AND CORPORATE REPRESENTATIVE TOPICS (0.6); DEBRIEF ON HEARING WITH M.B. MALONEY AND TEAM (0.1); DRAFT EMAIL RE B. FLOCH'S DRAFT MOTION FOR EXTENSION (0.2). |
| | Cardone, Emily A | |
| 0.60 | Cardone, Emily A | REVIEW AND ANALYZE KEY L. BINDER AND L. BAILEY DOCUMENTS. |
| 0.30 | Cardone, Emily A | DEVELOP STRATEGY WITH N. DELWICHE RE K. JUPITER DEPOSITION. |
| | Cardone, Emily A | |
| 0.40 | Kuntz, Andrew V | CONFER WITH PARTNERS REGARDING LEGAL STRATEGY. |
| | Kuntz, Andrew V | |

**Invoice Date: September 10, 2025**   **Invoice No. 2025093409**

**Due and Payable Upon Receipt**



| | | |
|---|---|---|
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| | Shi, Andrew A | |
| | Reilly, Kevin J | |
| 7.30 | Garnick, Adam J | ASSIST IN PREPARATION FOR DISCOVERY MOTION HEARING (1.0); ATTEND AND PARTICIPATE IN HEARING DEBRIEF SESSION (1.0); CONFER WITH L. CRAIN ON NEXT STEPS FOR DEFENSIVE DISCOVERY (1.0); DRAFT VARIOUS CHARTS AND TRACKERS TO COORDINATE COMPROMISE OFFERS ON DISCOVERY REQUESTS (4.3). |
| | Togias, Iason G | |
| 3.60 | Fischer, Alexander M | COMPILE INTERROGATORY MATERIALS RELATED TO CEO DEPOSITION PREPARATION (1.5); REVISE AMENDED/SUPPLEMENTED INTERROGATORY RESPONSES (2.1). |



Dabanka, Elizabeth A

Archambeau, Karsyn

| 1.20 | Archambeau, Karsyn | DRAFT SUMMARY OF TARGETED COLLECTIONS FROM CLIENT FOR DISCUSSION AND REVIEW BY M. MALONEY FOLLOWING PROTECTIVE ORDER HEARING. |
|---|---|---|
| 2.10 | Archambeau, Karsyn | REVISE DOCUMENT PRODUCTION CHART RE: HEARING ON MOTION FOR PROTECTIVE ORDER AHEAD OF MEET AND CONFER WITH OPPOSING COUNSEL. |
| 9.20 | Delwiche, Noah J | DRAFT OUTLINE FOR KAREN JUPITER DEPOSITION (8.7); CONFER WITH E. CARDONE RE THE SAME (.5). |

Delwiche, Noah J

Wang, Laura Y

Wang, Laura Y

Invoice Date: September 10, 2025                                      Invoice No. 2025093409

**Due and Payable Upon Receipt**



Varela, Eugenia

Wattenberg, Steven



08/27/25

| 4.80 | Chung, Daniel | REVISE DEPOSITION OUTLINES; REVIEW 30(B)(6) TOPICS FOR STRATEGY; REVIEW SOURCE DOCUMENTS; CONFERENCES REGARDING AMENDED COMPLAINT. |
| 3.20 | Maloney, Mary Beth | PREP BERGER FOR HIS DEPOSITION (2); REVIEW AND REVISE AMENDED COMPLAINT (.7); CONFER WITH TEAM RE DISCOVERY STRATEGY AND JURY TRIAL STRATEGY (.5). |
| 1.80 | Scott, Sydney A | PREPARE FOR AND PARTICIPATE IN TEAM CALL RE AMENDMENTS TO COMPLAINT (1.2); PREPARE FOR AND PARTICIPATE IN CALL WITH J. HANLON RE REPUTATIONAL HARM (.4); REVIEW AND ANALYZE AMENDED INTERROGATORY RESPONSES (.6). |
| 5.60 | Crain, Lee R | REVIEW AND REVISE AMENDED COMPLAINT (1.5); STRATEGIZE RE PROPOSAL ON 63 REQUESTS FOR PRODUCTION (2.5); REVIEW DEPOSITION TOPICS (.5); ATTENTION TO DEPOSITION STRATEGY (.5); STRATEGIZE RE THIRD-PARYT DISCOVERY (.5). |

| | | |
|---|---|---|
| 2.10 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.7); DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY (.6); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.8). |
| 1.00 | Hvidt, Scott K | WORK WITH TEAM REGARDING AMENDED COMPLAINT STRATEGY. |
| ⊠ | Hvidt, Scott K | ⊠ |
| 1.50 | Hvidt, Scott K | PREPARE S. NICHOLSON FOR DEPOSITION. |
| 1.00 | Buzzard, Christine M | REVIEW AND REVISE DRAFT AMENDED COMPLAINT. |
| 0.80 | Buzzard, Christine M | REVIEW AND REVISE DRAFT AMENDED COMPLAINT WITH GIBSON TEAM MEMBERS. |
| 0.20 | Buzzard, Christine M | DISCUSS RESEARCH RE: UNFAIRNESS STANDARD UNDER FLORIDA CASE LAW WITH A. SHI. |
| 0.50 | Buzzard, Christine M | REVIEW AND ANALYZE RESEARCH RE: UNFAIRNESS STANDARD UNDER FLORIDA CASE LAW. |
| ⊠ | Buzzard, Christine M | ⊠ |
| 0.70 | Simmons, Kevin M | DRAFT EMAIL TO S. SCOTT RE CEO DEPOSITIONS (0.4); WORK WITH E. CARDONE RE SCHEDULING CEO DEPOSITIONS AND PREPARATIONS (0.2); WORK ON SCHEDULING CEOS FOR DEPOSITIONS AND PREPARATIONS (0.1). |
| 1.10 | Simmons, Kevin M | WORK ON INTERROGATORIES IN LIGHT OF COURT'S COMMENTS AT HEARING (1.1). |



| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 0.60 | Kuntz, Andrew V | REVIEW DOCUMENTS FOR POTENTIAL INCLUSION IN ORDER OF PROOF. |
| | Shi, Andrew A | |
| | Reilly, Kevin J | |
| 6.50 | Garnick, Adam J | PARTICIPATE IN DEPOSITION PREPARATION SESSION WITH CONSUMER CHOICE EXPERT (1.5); CONFER WITH L. CRAIN ON REQUESTS FOR PRODUCTION RESPONSES (2.0); DRAFT CHARTS AND RESPONSIVE EMAILS REGARDING DISCOVERY DISPUTES (3.0). |
| 4.50 | Togias, Iason G | COORDINATE THIRD-PARTY DISCOVERY (3.0); CONFER WITH S. NICHOLSON, S. HVIDT, AND CORNERSTONE RE DEPOSITION PREPARATION (1.5). |
| 6.90 | Fischer, Alexander M | REVIEW ALL COMMUNICATIONS BETWEEN PLAINTIFF HOSPITALS AND TENET FOR AMENDED INTERROGATORY RESPONSES (5.5); REVISE AMENDED INTERROGATORY RESPONSES (1.4). |
| | Dabanka, Elizabeth A | |

**Invoice Date: September 10, 2025**                                         **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

| 0.80 | Archambeau, Karsyn | REVIEW CHART OF UPDATED RESPONSES TO REQUESTS FOR PRODUCTION TO PREPARE FOR MEETING WITH L. CRAIN RE: SAME. |

| 5.60 | Archambeau, Karsyn | DRAFT PROPOSALS FOR CLIENT REVIEW OF FURTHER UPDATED RESPONSES TO DEFENDANT'S REQUESTS FOR PRODUCTION WITH L. CRAIN AND A. GARNICK. |

| 1.30 | Delwiche, Noah J | IDENTIFY KEY DOCUMENTS FOR ORDER OF PROOF. |

| 2.90 | Delwiche, Noah J | EDIT KAREN JUPITER DEPOSITION OUTLINE. |

08/28/25

Chung, Daniel

| 0.40 | Maloney, Mary Beth | ADDRESS MEET AND CONFER FOLLOW ON COMMUNICATIONS RE DISCOVERY ISSUES (.3); ATTEND TO AMENDED COMPLAINT APPROVAL MATTERS (.1). |

| 7.00 | Maloney, Mary Beth | PREPARED AND DEFEND EXPERT WITNESS IN DEPOSITION. |

| 0.70 | Scott, Sydney A | ANALYZE PROPOSALS ON REQUEST FOR PRODUCTION FOR MEET-AND-CONFER (.4); CORRESPOND WITH GDC TEAM RE DRAFT INTERROGATORY AMENDMENTS (.3). |

Invoice Date: September 10, 2025                                    Invoice No. 2025093409

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 1.10 | Scott, Sydney A | ANALYZE AND REVISE DRAFT SUPPLEMENTAL INTERROGATORY RESPONSES (.5); CORRESPOND WITH GDC TEAM RE SAME (.1); ANALYZE CORRESPONDENCE WITH GDC TEAM RE STRATEGY ON DEFENSIVE DISCOVERY (.2); BEGIN TO DRAFT PROPOSAL FOR MEET-AND-CONFER ON 30(B)(6) TOPICS (.3). |
| 1.50 | Crain, Lee R | REVIEW AND REVISE DISCOVERY DISPUTES CHART AND PREPARE STRATEGY FOR DISPUTE RESOLUTION. |
| 2.10 | Hvidt, Scott K | DRAFT CORRESPONDENCE REGARDING STRATEGY (.8); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.8); DRAFT, REVIEW AND REVISE CORRESPONDENCE TO OPPOSING COUNSEL (.5). |
| 0.30 | Hvidt, Scott K | CONFERENCE WITH FLORIDA BLUE REGARDING SUBPOENA. |
| 0.50 | Hvidt, Scott K | CONFERENCE WITH DOCUMENT VENDOR REGARDING OFFENSIVE DOCUMENT REVIEW STRATEGY. |
| 1.90 | Buzzard, Christine M | EDIT AND FINALIZE AMENDED COMPLAINT FOR FILING. |
| | Buzzard, Christine M | |
| | Buzzard, Christine M | |
| | Takagaki, Marc Aaron Y | |
| | Simmons, Kevin M | |



Simmons, Kevin M

Simmons, Kevin M

| 0.50 | Cardone, Emily A | DEVELOP STRATEGY WITH DOCUMENT REVIEW TEAM RE MODELING. |

Cardone, Emily A

| 0.60 | Cardone, Emily A | DRAFT AND REVISE EMAIL TO OPPOSING COUNSEL RE LEAPFROG DEPOSITIONS. |

Cardone, Emily A

| 0.40 | Cardone, Emily A | DEVELOP STRATEGY WITH S. HVIDT RE DOCUMENT DEFICIENCIES. |

Cardone, Emily A

| 0.30 | Cardone, Emily A | COORDINATE WITH OPPOSING COUNSEL RE R. JOHNSON DEPOSITION. |

| 1.20 | Cardone, Emily A | REVIEW AND ANALYZE M. DANFORTH DOCUMENTS. |

Cardone, Emily A

Kuntz, Andrew V

2.00   Kuntz, Andrew V     DRAFT ORDER OF PROOF.

Shi, Andrew A

7.80   Garnick, Adam J     ATTEND AND ASSIST IN DEFENSE OF PROFESSOR BERGER EXPERT DEPOSITION (7.0); DRAFT EMAIL SUMMARY FOR TEAM AND CLIENT OF THE EXPERT DEPOSITION (0.75).

6.70   Togias, Iason G     COORDINATE THIRD-PARTY DISCOVERY (4.9); PREPARE FOR A. CAMPIONE DEPOSITION (0.3); PREPARE FOR S. NICHOLSON DEPOSITION (1.5).

3.80   Fischer, Alexander M     REVISE AMENDED INTERROGATORIES PER FEEDBACK FROM INTERNAL TEAM AND LOCAL COUNSEL.

Dabanka, Elizabeth A

1.10   Archambeau, Karsyn     CONTINUE REVISING PROPOSED RESPONSES TO DEFENSE COUNSEL'S REQUESTS FOR PRODUCTION.

0.60   Archambeau, Karsyn     REVIEW CLIENT DOCUMENTS RE: DEFENSIVE DISCOVERY.

| 0.40 | Delwiche, Noah J | CONFER WITH LIGHTHOUSE AND LEVEL LEGAL RE ONGOING DOCUMENT REVIEW. |
|---|---|---|
| 0.20 | Delwiche, Noah J | REVIEW DOCUMENTS AHEAD OF KAREN JUPITER DEPOSITION. |

Delwiche, Noah J

| 0.20 | Wang, Laura Y | STRATEGIZE RESPONSE TO LEAPFROG'S REQUESTS FOR PRODUCTION. |
|---|---|---|

Varela, Eugenia

08/29/25 Chung, Daniel

| 1.20 | Maloney, Mary Beth | MEETING WITH CLIENT RE STATUS (.5); CONFER WITH TEAM RE DISCOVERY RESPONSES (.4); CONFER WITH TEAM RE STATUS FOR DEPOSITIONS (.3). |
|---|---|---|

Yang, Betty X

| 2.00 | Crain, Lee R | CONFER WITH D. CHUNG AND S. HVIDT RE DISCOVERY DISPUTES RESOLUTION (.5); REVIEW AND REVISE PROPOSED COMPROMISES FOR DOCUMENT, INTERROGATORY, AND TESTIMONY DISPUTES (1); WEEKLY CALL WITH CLIENT AND PREPARE FOR THE SAME (.5). |
|---|---|---|

| 0.50 | Hvidt, Scott K | WORK WITH DOCUMENT VENDOR REGARDING EDISCOVERY STRATEGY. |

Hvidt, Scott K

Hvidt, Scott K

| 2.30 | Buzzard, Christine M | REVIEW HOT DOCS AND DEPOSITION MATERIALS IN PREPARATION FOR MOTION FOR SUMMARY JUDGMENT. |

Takagaki, Marc Aaron Y

| 1.50 | Simmons, Kevin M | DRAFT EMAIL TO S. SCOTT RE CEO DEPOSITIONS (1.3); WORK WITH M. TAKAGAKI ON CEO PREPARATIONS (0.2). |

Cardone, Emily A

| 0.70 | Cardone, Emily A | REVIEW AND ANALYZE K. STEWART DOCUMENTS FOR DEPOSITION. |

| 1.30 | Kuntz, Andrew V | DRAFT ORDER OF PROOF. |

| 0.40 | Kuntz, Andrew V | REVISE PRIVILEGE LOG FOR AUGUST 22 DOCUMENT PRODUCTION. |

Kuntz, Andrew V

Shi, Andrew A

**Invoice Date: September 10, 2025**          **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 2.00 | Garnick, Adam J | REVIEW BERGER DEPOSITION TRANSCRIPT AND CIRCULATE EMAIL FOR OTHER EXPERT DEPOSITIONS (0.5); UPDATE REQUEST FOR PRODUCTION CHART IN PREPARATION FOR MEET AND CONFER (1.5). |
| 5.20 | Togias, Iason G | PREPARE FOR DEPOSITION OF A. CAMPIONE. |
| 1.10 | Fischer, Alexander M | REVISE CLIENT-READY AMENDED INTERROGATORY RESPONSES PER DISCUSSION WITH S. SCOTT. |
| 6.80 | Fischer, Alexander M | REVISE, PREPARE FOR REVIEW, AND SPLIT FULL TEMPLATE OF INTERROGATORY RESPONSES FOR ALL PLAINTIFFS. |

Dabanka, Elizabeth A

| | | |
|---|---|---|
| 0.60 | Archambeau, Karsyn | DISCUSS DOCUMENTS FOR PRIVILEGE LOG RE: SUBSTANTIAL PRODUCTION WITH E. DABANKA. |
| 0.10 | Archambeau, Karsyn | ORGANIZE CLIENT DOCUMENT RE: REVENUE FOR POTENTIAL PRODUCTION. |

Delwiche, Noah J

| | | |
|---|---|---|
| 0.90 | Delwiche, Noah J | REVIEW LATEST LEAPFROG PRODUCTION FOR POTENTIAL KAREN JUPITER EXHIBITS. |
| 0.10 | Delwiche, Noah J | REVIEW CORRESPONDENCE REGARDING ONGOING DOCUMENT REVIEW AND AI MODELS. |



Delwiche, Noah J

Varela, Eugenia

08/30/25

Chung, Daniel

0.10      Simmons, Kevin M          DRAFT EMAIL RE CEO
                                     DEPOSITIONS.

Cardone, Emily A

Togias, Iason G

2.40      Delwiche, Noah J          IDENTIFY POTENTIAL EXHIBITS
                                     FOR KAREN JUPITER DEPOSITION.

08/31/25
1.20      Chung, Daniel            REVIEW SOURCE DOCUMENTS;
                                     REVISE DEPOSITION OUTLINES

          Parks, Allyson E

          Grover, Monica

LEAPFROG DISPUTE
64230-01116

Detail Costs/Charges:

Out-of-town travel
08/11/25

08/14/25

Meals
08/11/25

08/13/25

08/14/25

08/14/25

08/14/25



**Invoice Date: September 10, 2025**                    **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

08/14/25

Online research

| 08/04/25 | 297.86 | DELWICHE, NOAH J.   08/04/25   64230-01116 LEXIS RESEARCH |
| 08/04/25 | 291.51 | RABER, STEVEN   08/04/25   64230-01116   LEXIS RESEARCH |
| 08/05/25 | 282.26 | SCOTT, SPENCER   08/05/25   64230-01116   LEXIS RESEARCH |
| 08/06/25 | 492.66 | SCOTT, SPENCER   08/06/25   64230-01116   LEXIS RESEARCH |
| 08/20/25 | 241.45 | WOMACK, LAUREN   08/20/25   64230-01116   LEXIS RESEARCH |

Online research

| 08/11/25 | 240.00 | BATISTA,ROBERT A   08/11/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/11/25 | 600.00 | SHI,ANDREW   08/11/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/15/25 | 360.00 | DELWICHE,NOAH   08/15/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/15/25 | 598.19 | ARCHAMBEAU,KARSYN   08/15/25   64230-01116  WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/15/25 | 240.00 | KUNTZ,ANDREW V   08/15/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/15/25 | 240.00 | OTOO,MARY   08/15/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/16/25 | 2,040.00 | SHI,ANDREW   08/16/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/17/25 | 1,224.10 | SHI,ANDREW   08/17/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |

**Invoice Date: September 10, 2025**                                **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

| 08/18/25 | 120.00 | SHI,ANDREW   08/18/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/18/25 | 590.35 | ARCHAMBEAU,KARSYN   08/18/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/18/25 | 360.00 | OTOO,MARY   08/18/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/19/25 | 840.00 | OTOO,MARY   08/19/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/20/25 | 240.00 | SHI,ANDREW   08/20/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/20/25 | 120.00 | OTOO,MARY   08/20/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/21/25 | 247.17 | ARCHAMBEAU,KARSYN   08/21/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/24/25 | 480.00 | GARNICK,ADAM J   08/24/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/24/25 | 1,423.68 | HVIDT,SCOTT K   08/24/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/25/25 | 20.90 | ARCHAMBEAU,KARSYN   08/25/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/25/25 | 120.00 | DABANKA,ELIZABETH   08/25/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/27/25 | 240.00 | SHI,ANDREW   08/27/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/28/25 | 120.00 | GARNICK,ADAM J   08/28/25   64230-01116 WESTLAW RESEARCH AND PRINTING CHARGES |
| 08/29/25 | 960.00 | SHI,ANDREW   08/29/25   64230-01116   WESTLAW RESEARCH AND PRINTING CHARGES |

Litigation support vendors
08/26/25



**Invoice Date: September 10, 2025**                   **Invoice No. 2025093409**

**Due and Payable Upon Receipt**

08/28/25

08/28/25

Other professionals
08/14/25

Online research
08/18/25        16.30        WOLF, BRANDON C.  08/18/2025  PACER

08/18/25        50.72        ARCHAMBEAU, KARSYN  08/18/2025  PRACTICAL
                             LAW US

08/19/25         1.50        WOLF, BRANDON C.  08/19/2025  PACER

08/19/25        53.55        ARCHAMBEAU, KARSYN  08/19/2025  PRACTICAL
                             LAW US

08/20/25         3.60        VARELA, EUGENIA  08/20/2025  PACER

08/21/25        48.25        SCOTT, SPENCER E.  08/21/2025  BLOOMBERG LAW

08/21/25       300.00        SCOTT, SPENCER E.  08/21/2025  DOCKET ALARM

08/21/25         5.90        WOMACK, LAUREN ELIZABETH  08/21/2025  PACER

08/21/25         1.60        WOLF, BRANDON C.  08/21/2025  PACER

08/22/25        12.90        FISCHER, ALEXANDER MICHAEL  08/22/2025  PACER

08/23/25         1.60        SHI, ANDREW A.  08/23/2025  PACER

08/25/25         1.60        WOLF, BRANDON C.  08/25/2025  PACER

| 08/27/25 | 1.70 | SHI, ANDREW A.  08/27/2025  PACER |
| 08/27/25 | 2.25 | DELWICHE, NOAH J.  08/27/2025  BLOOMBERG LAW |
| 08/28/25 | 1.70 | BUZZARD, CHRISTINE M.  08/28/2025  PACER |

Out-of-town travel
08/06/25

08/06/25

08/06/25

08/06/25

08/10/25

Out-of-town travel
08/11/25

08/11/25

08/14/25



**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**October 3, 2025**

**Invoice No. 2025101682**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through August 31, 2025**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| | **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No: 121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: October 3, 2025**                                **Invoice No. 2025101682**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**October 3, 2025**

**Invoice No. 2025101682**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through August 31, 2025**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
|  | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
|  | **Current Balance Due** |  |  | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No: 121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 3, 2025**                                                                **Invoice No. 2025101682**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

LEAPFROG DISPUTE
64230-01116

| COSTS/CHARGES | TOTAL |
|---|---|
| DOCUMENT RETRIEVAL SERVICE | $      381.60 |
| LODGING | |
| MEALS | |
| OUTSIDE DUPLICATION AND BINDING | |
| OUTSIDE SERVICES/CONSULTANTS | |
| SPECIALIZED RESEARCH | 157.92 |
| TRAVEL - AIR & RAIL | |
| TRAVEL - TAXI & OTHER MODES/MILES | |



**Total Costs/Charges**

**BALANCE DUE**                    $

**Invoice Date: October 3, 2025**                    **Invoice No. 2025101682**

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

---

Detail Costs/Charges:

Litigation support vendors

| 08/05/25 | 2.40 | P280 | PACER USAGE AUGUST 2025. |

| 08/18/25 | 1.30 | P280 | PACER USAGE AUGUST 2025. |

| 08/20/25 | 41.60 | P280 | PACER USAGE AUGUST 2025. |

| 08/21/25 | 8.90 | P280 | PACER USAGE AUGUST 2025. |

| 08/28/25 | 72.50 | | VENDOR: UNIVERSITY OF WISCONSIN SYSTEM DBA WISCO INVOICE#: CIV-00016001 DATE: 8/28/2025 CUST ID: CUS0014254/DOCUMENT RETRIEVAL SERVICE/ARTICLE (RUSH) (08/05/2025 - SPENCER SCOTT) |

| 08/28/25 | 55.00 | | VENDOR: UNIVERSITY OF WISCONSIN SYSTEM DBA WISCO INVOICE#: CIV-00016001 DATE: 8/28/2025 CUST ID: CUS0014254/DOCUMENT RETRIEVAL SERVICE/ARTICLE (RUSH) (08/05/2025 - SPENCER SCOTT) |

| 08/28/25 | 62.00 | | VENDOR: UNIVERSITY OF WISCONSIN SYSTEM DBA WISCO INVOICE#: CIV-00016001 DATE: 8/28/2025 CUST ID: CUS0014254/DOCUMENT RETRIEVAL SERVICE/ARTICLE (08/06/2025 - STEVEN RABER / PARKS) |

| 08/28/25 | 33.50 | | VENDOR: UNIVERSITY OF WISCONSIN SYSTEM DBA WISCO INVOICE#: CIV-00016001 DATE: 8/28/2025 CUST ID: CUS0014254/DOCUMENT RETRIEVAL SERVICE/ARTICLE (08/07/2025 - STEVEN RABER / GARNICK) |

| 08/28/25 | 104.40 | P280 | PACER USAGE AUGUST 2025. |

Out-of-town travel

08/14/25

Meals





08/31/25

Online research
08/19/25          157.92    P280          TLO USAGE AUGUST 2025.

Out-of-town travel
08/11/25

08/11/25

08/11/25

08/29/25

Out-of-town travel
08/11/25

08/14/25

08/14/25

08/24/25



**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ☒

**October 7, 2025**

**Invoice No. 2025103330**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through September 30, 2025**

| | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|
| 64230-01116  Leapfrog Dispute | $ ☒ | $ ☒ | $ ☒ |
| **Totals** | $ ☒ | $ ☒ | $ ☒ |
| ☒ | | | ☒ |
| **Current Balance Due** | | | ☒ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ☒
ABA No: 121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 7, 2025**                              **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ☒

**October 7, 2025**

**Invoice No. 2025103330**

**REMITTANCE COPY**

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through September 30, 2025**

| | | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ☒ | $ ☒ | $ ☒ |
| | **Totals** | $ ☒ | $ ☒ | $ ☒ |
| ☒ | | | | ☒ |
| | **Current Balance Due** | | | $ ☒ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ☒
ABA No: 121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: October 7, 2025**                                    **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

LEAPFROG DISPUTE
64230-01116

For Legal Services Rendered Through September 30, 2025                    $⊠

| NAME | HOURS | RATE |
|------|-------|------|
| STEPHEN W. FACKLER | | $1,955.0 |
| DANIEL CHUNG | | 1,800.0 |
| MARY BETH MALONEY | | 1,950.0 |
| BETTY X. YANG | | 1,635.0 |
| SYDNEY A. SCOTT | | 1,635.0 |
| LEE R. CRAIN | | 1,815.0 |
| SCOTT K. HVIDT | | 1,635.0 |
| CHRISTINE M. BUZZARD | | 1,465.0 |
| ALLYSON E. PARKS | | 1,435.0 |
| BRIAN A. RICHMAN | | 1,355.0 |
| MARC AARON Y. TAKAGAKI | | 1,435.0 |
| ROBERT A. BATISTA | | 1,355.0 |
| STEPHEN J. HAMMER | | 1,355.0 |
| KEVIN M. SIMMONS | | 1,355.0 |
| EMILY A. CARDONE | | 1,240.0 |
| ANDREW V. KUNTZ | | 1,355.0 |
| MARK C. TALLEY | | 1,240.0 |
| BRANDON C. WOLF | | 1,240.0 |
| MONICA GROVER | | 1,240.0 |
| ANDREW A. SHI | | 1,240.0 |
| KEVIN J. REILLY | | 1,355.0 |
| ADAM J. GARNICK | | 1,355.0 |
| MARY D. OTOO | | 1,060.0 |
| PETER A. JACOBS | | 1,060.0 |
| IASON G. TOGIAS | | 1,060.0 |
| ALEXANDER M. FISCHER | | 950.00 |
| CHRISTIAN L. CONWAY | | 950.00 |
| ELIZABETH A. DABANKA | | 1,060.0 |
| KARSYN ARCHAMBEAU | | 1,060.0 |
| NOAH J. DELWICHE | | 950.00 |
| LAURA Y. WANG | | 1,060.0 |
| SOPHIA E. CARRASCO | | 540.00 |
| SHEILA ENRIGHT | | 405.00 |
| ROBERT S. HYDE | | 540.00 |

**Invoice Date: October 7, 2025**                    **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

| NAME | HOURS | RATE |
|------|-------|------|
| STEVEN RABER | | 405.00 |
| VICTOR A. RIVERA | | 570.00 |
| SPENCER E. SCOTT | | 405.00 |
| EUGENIA VARELA | | 665.00 |
| LAUREN E. WOMACK | | 540.00 |





**Total Services**   $

| COSTS/CHARGES | TOTAL |
|---------------|-------|
| DATA LINE CHARGE | $ |
| LODGING | |
| MEALS | |
| ON-LINE RESEARCH (WESTLAW) | 2,280.00 |
| SUPPLIES/MATERIALS | |
| TRAVEL - AIR & RAIL | |



**Total Costs/Charges**

**Total Services, Costs/Charges**

**BALANCE DUE**   $

Invoice Date: October 7, 2025                                   Invoice No. 2025103330

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Services:

09/01/25

| | | |
|---|---|---|
| 2.00 | Chung, Daniel | REVISE DEPOSITION OUTLINES (1.0); REVIEW SOURCE DOCUMENTS (1.0). |
| 0.60 | Crain, Lee R | ATTENTION TO DISCOVERY STATUS AND STRATEGY RE DEPOSITIONS AND DOCUMENT DISPUTES. |
| 0.80 | Hvidt, Scott K | EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.5); DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY (.3). |
| ☒ | Parks, Allyson E | ☒ |
| 1.00 | Simmons, Kevin M | DRAFT EMAILS TO L. CRAIN RE CEO DEPOSITION PROPOSAL. |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Kuntz, Andrew V | ☒ |
| ☒ | Grover, Monica | ☒ |
| ☒ | Dabanka, Elizabeth A | ☒ |

| | | |
|---|---|---|
| 2.80 | Delwiche, Noah J | EDIT KAREN JUPITER DEPOSITION OUTLINE (1.8); REVIEW KEY OFFENSIVE DOCUMENT TRACKER (1.0). |

**09/02/25**

| | | |
|---|---|---|
| 5.00 | Chung, Daniel | REVISE DEPOSITION OUTLINES (2.0); REVIEW SOURCE DOCUMENTS (2.0); INTERNAL CONFERENCES REGARDING STRATEGY (1.0). |
| 2.90 | Maloney, Mary Beth | STRATEGY MEETINGS WITH TEAM RE DISCOVERY AND ANSWER. |
| ☒ | Yang, Betty X | |
| ☒ | Scott, Sydney A | |
| 2.40 | Crain, Lee R | TEAM STRATEGY CALLS (1); ATTENTION TO DISCOVERY DISPUTES (1.4). |
| 3.70 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL REGARDING ISSUES (.4); MANAGE KEY DOCUMENT IDENTIFICATION (.6); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.5); DRAFT CORRESPONDENCE WITH TEAM REGARDING STRATEGY (.6); DRAFT, REVIEW AND REVISE PRIVILEGE LOG (.4); PARTICIPATE IN SENIOR STRATEGY CALL (.3); PARTICIPATE IN WEEKLY TEAM CALL (.4); WORK WITH TEAM MEMBERS REGARDING STRATEGY (.5). |

1.10        Buzzard, Christine M

COORDINATE AND DEVELOP STRATEGY FOR UPCOMING BRIEFING TEAM TASKS, INCLUDING ORDER OF PROOF REVISIONS AND MOTION FOR SUMMARY JUDGMENT DRAFTING (0.5); DISCUSS AND DEVELOP STRATEGY FOR UPCOMING MOTIONS PRACTICE WITH L. CRAIN (0.2); PARTICIPATE IN FULL GIBSON TEAM STRATEGY CALL (0.2); PARTICIPATE IN GIBSON TEAM SENIOR SYNC STRATEGY CALL (0.2).

        Parks, Allyson E



| | | |
|---|---|---|
| 4.60 | Takagaki, Marc Aaron Y | STRATEGIZE WITH D. CHUNG, M.B. MALONEY, E. CARDONE, AND OTHERS RE: DISCOVERY, EXPERTS, AND AMENDED COMPLAINT (.6); STRATEGIZE WITH L. CRAIN RE: DEPOSITION PREPARATION AND THIRD PARTY SUBPOENAS (.8); STRATEGIZE WITH K. ARCHAMBEAU AND N. DELWICHE RE: L. BINDER DEPOSITION OUTLINE (.4); DRAFT TASK LIST (.2); REVIEW NOTES FROM TEAM MEETINGS (.2); STRATEGIZE WITH K. SIMMONS RE: CEO DEPOSITION PREPARATION AND AMENDED INTERROGATORY RESPONSES (.6); REVIEW AND ANALYZE DRAFT PRIVILEGE LOG (.5); STRATEGIZE WITH L. DABANKA AND OTHERS RE: SAME (.2); REVIEW K. JUPITER DEPOSITION OUTLINE (.4); CONFER WITH LEVEL LEGAL, S. HVIDT AND OTHERS RE: REVIEW DOCUMENTS FOR DEPOSITION PREPARATION (.2); REVIEW CORRESPONDENCE RE: DISCOVERY (.5). |
| ☒ | Batista, Robert A |  |
| ☒ | Hammer, Stephen J | |
| 1.80 | Simmons, Kevin M | DRAFT EMAILS TO M. MALONEY RE CEO DEPOSITION PROPOSAL (0.5); DRAFT EMAILS RE SCHEDULING CEO DEPOSITIONS (0.5); WORK WITH M.A. TAKAGAKI RE CEO DEPOSITIONS (0.6); WORK ON CEO DEPOSITION SCHEDULING (0.2); MEET WITH GIBSON TEAM RE CASE STATUS (0.4). |

| | | |
|---|---|---|
| 2.60 | Cardone, Emily A | DRAFT AND REVISE TASK LIST AND INTERNAL AGENDA FOR WEEKLY CALL (0.7); DEVELOP STRATEGY WITH INTERNAL TEAM RE UPCOMING DISCOVERY AND DEPOSITIONS (0.4); COORDINATE WITH L. CRAIN AND M. MALONEY RE CENTENE SUBPOENA (0.4); COORDINATE UPCOMING OFFENSIVE DEPOSITION LOGISTICS (0.5); COORDINATE WITH VENDOR RE ROMANO PRODUCTION (0.6). |
| 2.50 | Kuntz, Andrew V | DRAFT PRIVILEGE LOG FOR AUGUST 22 PRODUCTION. |
| ☒ | Wolf, Brandon C | ☒ |
| ☒ | Grover, Monica | ☒ |
| ☒ | Shi, Andrew A | ☒ |
| 1.50 | Garnick, Adam J | PREPARE FOR AND PARTICIPATE IN WEEKLY TEAM MEETING (0.25); RESPOND TO FACTUAL QUESTIONS DURING EXPERT DEPOSITION (0.25); PREPARE, REVISE, AND FINALIZE MASTER CHART FOR MEET AND CONFER ON VARIOUS OUTSTANDING DISCOVERY DISPUTES (1.0). |
| 5.60 | Togias, Iason G | CONFER WITH TEAM RE CASE STRATEGY (0.4); CONFER WITH A. PARKS RE THIRD-PARTY DISCOVERY (0.6); PREPARE FOR A. CAMPIONE AND S. NICHOLSON DEPOSITIONS (0.8); COORDINATE THIRD-PARTY DISCOVERY (3.8). |

| | | |
|---|---|---|
| 3.70 | Fischer, Alexander M | REVIEW AND INCORPORATE S. MONTGOMERY COMMENTS ON INTERROGATORY RESPONSE (1.0); CORRESPOND WITH S. SCOTT AND S. MONTGOMERY RE COMMENTS (.5); REVISE ALL INTERROGATORY RESPONSES (1.5); REVISE INTERROGATORY RESPONSE STATUS CHART (.7). |

| | | |
|---|---|---|
| 3.50 | Archambeau, Karsyn | REVISE PROPOSED RESPONSES TO REQUESTS FOR PRODUCTION RE: MEET AND CONFER WITH OPPOSING COUNSEL FOR SAME (0.8); BEGIN REVIEWING DEPOSITION MATERIALS RE: L. BINDER AND PROPOSE SEARCH TERMS TO SUPPLEMENT DOCUMENTS FOR SAME (1.3); COLLABORATE WITH E. DABANKA RE: SOURCING DOCUMENTS FOR USE BY M. GROVER IN DEPOSITION (0.3); COORDINATE WITH M. TAKAGAKI AND N. DELWICHE RE: PREPARATION FOR DEPOSITION OF L. BINDER (0.6); STRATEGIZE WITH TEAM RE: CONTINUING DISCOVERY AND UPCOMING DEPOSITIONS (0.5). |
| 8.50 | Delwiche, Noah J | EDIT KAREN JUPITER DEPOSITION OUTLINE (7.5); CONFER WITH TEAM RE ONGOING ACTION ITEMS (0.4); CONFER WITH TEAM RE LEAH BINDER DEPOSITION (0.6). |

Varela, Eugenia

09/03/25
3.20        Chung, Daniel                    REVISE DEPOSITION OUTLINES (1.6); REVIEW DISCOVERY STRATEGY MATERIALS (1.6).

4.50        Maloney, Mary Beth                ATTEND TO AMEND COMPLAINT ISSUES (1.5); ATTEND TO THIRD PARTY DISCOVERY (.8); REVISE CLIENT UPDATES RE DEPOS AND REVIEW TRANSCRIPTS (1.7); ADDRESS PBHN SUBPOENA STRATEGY (.5).

Yang, Betty X

4.30        Crain, Lee R                      PARTICIPATE IN LENGTHY MEET AND CONFER AND PREPARE RE THE SAME (3.5); ATTENTION TO THIRD PARTY DISCOVERY (.8).

5.20        Hvidt, Scott K                    WORK ON KEY DOCUMENT ISSUES (1.2); DRAFT CORRESPONDENCE TO CLIENT (.5); OVERSEE OFFENSIVE DOCUMENT REVIEW COORDINATION (.7); DRAFT CORRESPONDENCE REGARDING STRATEGY (.4); PARTICIPATE IN MEET AND CONFER WITH OPPOSING COUNSEL (2.0); COORDINATE WITH EXPERT TEAM (0.4).

| | | |
|---|---|---|
| 4.40 | Buzzard, Christine M | DEVELOP STRATEGY AND COORDINATE KEY MATERIALS AND RESOURCES FOR MOTION FOR SUMMARY JUDGMENT DRAFTING WITH FACT AND BRIEFING TEAM MEMBERS (1.8); REVIEW AND REVISE ORDER OF PROOF DOCUMENT AND DEVELOP STRATEGY FOR FURTHER REVISION (0.6); REVIEW AND ANALYZE ANSWER TO AMENDED COMPLAINT, INCLUDING NEWLY ASSERTED AFFIRMATIVE DEFENSES (1.2); DISCUSS UPCOMING MOTION FOR SUMMARY JUDGMENT AND ADDITIONAL UPCOMING DRAFTING WORK WITH BRIEFING TEAM MEMBERS (0.6); DISCUSS CASE STATUS AND PREPARE FOR UPCOMING TASKS WITH A. GARNICK (0.2). |

 Parks, Allyson E



 Takagaki, Marc Aaron Y



0.90   Batista, Robert A

CONFER WITH N. DELWICHE RE RESPONSES AND OBJECTIONS TO T. GALLAGHER SUBPOENA (0.3); CONFER WITH BRIEFING TEAM RE STRATEGY FOR SUMMARY JUDGMENT MOTION (0.6).

 Hammer, Stephen J



| | | |
|---|---|---|
| 5.50 | Simmons, Kevin M | REVIEW SUMMARY OF CHAKURDA DEPOSITION FOR INSIGHT INTO CEO DEPOSITIONS (0.1); DRAFT EMAIL RE STRATEGY FOR LOCATION OF CEO DEPOSITIONS (0.3); MEET AND CONFER WITH OPPOSING COUNSEL RE OUTSTANDING DISCOVERY ISSUES (2.3); DEBRIEF WITH L. CRAIN, A. FISCHER ON NEXT STEPS FOR INTERROGATORY RESPONSES AND DEPOSITION TOPICS (0.9); WORK WITH S. SCOTT ON DEPOSITION PREPARATIONS (0.1); INCORPORATE COMMENTS FROM MEET AND CONFER INTO AMENDED RESPONSES AND OBJECTIONS TO INTERROGATORIES (1.8). |
| 4.70 | Cardone, Emily A | REVIEW AND REVISE SUBPOENAS FOR CIGNA AND CENTENE (0.6); DRAFT, REVISE, AND FINALIZE NOTICE OF SUBPOENA TO KAREN VAN CAULIL (0.8); REVIEW AND ANALYZE A. CAMPIONE BACKGROUND MATERIALS FOR DEPOSITION (0.7); REVIEW AND ANALYZE IMPACT PROPOSAL AND ENGAGEMENT LETTER AND COORDINATE WITH L. CRAIN AND M. MALONEY RE SAME (0.7); REVIEW AND ANALYZE ANSWER TO AMENDED COMPLAINT (0.9); DEVELOP STRATEGY WITH M. TAKAGAKI RE L. BINDER DEPOSITION (0.5); COORDINATE WITH VERITEXT RE P. ROMANO AND K. VAN CAULIL DEPOSITIONS (0.5). |
| 3.10 | Kuntz, Andrew V | DRAFT DEPOSITION OUTLINE REGARDING LAUREN BAILEY. |
|  | Talley, Mark C | |



| | Wolf, Brandon C | |
| --- | --- | --- |
| | Grover, Monica | |
| | Shi, Andrew A | |

| 6.90 | Garnick, Adam J | PREPARE FOR AND PARTICIPATE IN MEET AND CONFER WITH OPPOSING COUNSEL (3.0); BEGIN DRAFTING MEMORIALIZATION LETTER AND CHART FOR MEET AND CONFER (2.0); REVIEW NON-PRODUCED DOCUMENTS (1.0); COORDINATE FINAL DOCUMENT COLLECTION EFFORTS (0.9). |
| --- | --- | --- |
| 6.80 | Togias, Iason G | CONFER WITH M. B. MALONEY RE THIRD-PARTY SUBPOENAS (0.4); PREPARE CIGNA HEALTHCARE, INC. AND CENTENE CORPORATION SUBPOENAS FOR SERVICE (6.3); CORRESPOND WITH M. A. TAKAGAKI RE DEPOSITION OF L. BINDER (0.1). |

| | | |
|---|---|---|
| 5.50 | Fischer, Alexander M | REVISE, CLEAN, AND SPLIT DRAFT OF INTERROGATORY RESPONSES (4.0); PREPARE DISCOVERY MATERIALS FOR MEET AND CONFER (1.5). |
| ⊠ | Conway, Christian L | ⊠ |
| ⊠ | Dabanka, Elizabeth A | ⊠ |
| 7.30 | Archambeau, Karsyn | DRAFT UPDATES TO DAILY TASK LIST FOR TEAM (0.2); REVISE DOCUMENT TRACKER FOR BINDER DEPOSITION WITH M. TAKAGAKI (1.0); BEGIN REVISING OMNIBUS DEPOSITION OUTLINE FOR BINDER DEPOSITION (1.7); REVISE THIRD-PARTY SUBPOENAS FOR SERVICE FOR I. TOGIAS (0.7); REVIEW DEPOSITION OUTLINE AND KEY DOCUMENT TRACKER RE: DISCUSSION WITH M. TAKAGAKI FOR DEPOSITION OF L. BINDER (1.2); ANALYZE KEY DOCUMENTS RE: BINDER DEPOSITION PREPARATION (2.5). |
| 5.70 | Delwiche, Noah J | PREPARE FOR KAREN JUPITER DEPOSITION (4.9); PREPARE DEPOSITION LOGISTICS (0.8). |
| 1.80 | Wang, Laura Y | ANALYZE LEAPFROG SURVEY FOR MEASURES THAT DO NOT RELY ON SECONDARY DATA SOURCES. |
| ⊠ | Rivera, Victor A | ⊠ |

Scott, Spencer E

Varela, Eugenia

**09/04/25**

| 3.20 | Chung, Daniel | PREPARE FOR K. JUPITER DEPOSITION (1.6); INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY (1.6). |

| 2.50 | Maloney, Mary Beth | ATTEND TO DISCOVERY AND DEPO STRATEGY. |

Yang, Betty X

| 0.90 | Scott, Sydney A | ANALYZE AND REVISE AMENDED RESPONSES TO REQUEST FOR INTERROGATORIES. |

| 0.80 | Crain, Lee R | ATTENTION TO DOCUMENT DISCOVERY ISSUES. |

| 5.10 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE EXPERT REPORT ANALYSIS (1.3); PREPARE FOR NICHOLSON DEPOSITION PREPARATION (.8); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.6); DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY (.8); OVERSEE KEY FACT DEVELOPMENT (1.1); WORK WITH CORNERSTONE REGARDING NICHOLSON PREPARATION AND ISSUE (0.5). |

| 5.40 | Buzzard, Christine M | REVIEW AND REVISE WITH TEAM INPUT CLIENT EMAIL SUMMARIZING KEY STRATEGY ISSUES IN LIGHT OF AMENDED ANSWER (0.5); REVIEW AND EDIT BENCH TRIAL STIPULATION DRAFT (0.4); DRAFT INSERT FOR CLIENT WEEKLY EMAIL RE: AMENDED ANSWER (0.2); REVIEW AND REVISE COURT NOTICE REQUESTING ADJOURNMENT OF UPCOMING MOTION FOR PROTECTIVE ORDER HEARING (0.6); RESEARCH AND DEVELOP STRATEGY FOR RESPONSE TO NEW AFFIRMATIVE DEFENSES IN LEAPFROG'S AMENDED ANSWER (2.1); DISCUSS ORDER OF PROOF FACT DEVELOPMENT EFFORTS AND NEXT STEPS WITH A. KUNTZ (0.3); DISCUSS PROGRESS OF MOTION FOR PROTECTIVE ORDER AND DEVELOP STRATEGY FOR ASSOCIATED TASKS WITH A. SHI (0.1); DISCUSS NEXT STEPS FOR MOTION FOR SUMMARY JUDGMENT AND RELATED STRATEGY DEVELOPMENT WITH B. WOLF AND COMPILE ASSOCIATED MATERIALS FOR B. WOLF (0.3); COORDINATE WITH FACT TEAM MEMBERS TO ACCELERATE PROGRESS ON ORDER OF PROOF DOCUMENT AND PROVIDE INPUT ON ELEMENTS OF LEGAL CLAIMS TO SUPPORT FACT DEVELOPMENT WORK (0.6); COMMUNICATE WITH BRIEFING TEAM MEMBERS REGARDING MSJ DRAFTING TIMELINE AND STRATEGY (0.3). |

 Parks, Allyson E



Invoice Date: October 7, 2025                                              Invoice No. 2025103330

**Due and Payable Upon Receipt**

| 6.30 | Takagaki, Marc Aaron Y | REVIEW AND ANALYZE DOCUMENTS FOR L. BINDER DEPOSITION PREPARATION (2.5); STRATEGIZE WITH A. GARNICK. L. CRAIN, AND OTHERS RE: DOCUMENT COLLECTION (.2); EDIT INTERROGATORY RESPONSES (1.3); ATTEND MEETING WITH I. TOGIAS RE: THIRD PARTY SUBPOENAS AND DEPOSITION PREPARATION (.3); STRATEGIZE WITH S. SCOTT, L. CRAIN, K. SIMMONS AND OTHERS RE: INVESTIGATION FOR INTERROGATORY RESPONSES (.2); DRAFT WEEKLY CLIENT UPDATE (.6); STRATEGIZE WITH TEAM RE: SAME (.2); CONFER WITH K. SIMMONS RE: DEPOSITION PREPARATION (.4); REVIEW EXPERT REPORTS (.6). |

 Hammer, Stephen J



Invoice Date: October 7, 2025                                             Invoice No. 2025103330

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 7.70 | Simmons, Kevin M | DRAFT EMAILS RE UPDATING CEO PREPARATION OUTLINE (0.5); DRAFT EMAIL TO E. DABANKA RE CEO PREPARATION OUTLINE (0.1); CALL WITH M.B. MALONEY RE PREPARING S. MONTGOMERY (0.2); CALL WITH A. FISCHER RE PREPARING S. MONTGOMERY (0.1); WORK ON CEO DEPOSITION SCHEDULING WITH M.A. TAKAGAKI (0.5); MEMORIALIZE RESULT OF MEET AND CONFER (0.5); DRAFT EMAIL TO L. CRAIN RE CEO DEPOSITION PROPOSAL TO OPPOSING COUNSEL (0.2); INCORPORATE COMMENTS FROM MEET AND CONFER INTO AMENDED RESPONSES AND OBJECTIONS TO INTERROGATORIES (3.0); FINALIZE CEO INTERROGATORIES, DRAFT EMAILS RE SAME (0.3); CALL WITH J. HANLON ON INTERROGATORY RESPONSES (0.2); ADDRESS M.A. TAKAGAKI'S COMMENTS ON INTERROGATORY RESPONSES (1.3); DRAFT EMAILS TO CEOS RE INTERROGATORIES (0.8). |
|  | Cardone, Emily A | |
| 6.20 | Kuntz, Andrew V | DRAFT L. BAILEY DEPOSITION OUTLINE (6.0); REVIEW DOCUMENT PRODUCTION FROM ARMSTRONG INSTITUTE (0.2). |
|  | Wolf, Brandon C | |



| | | | |
|---|---|---|---|
| | Grover, Monica | | |
| | Shi, Andrew A | | |
| | Garnick, Adam J | | |

| 7.90 | Togias, Iason G | CONFER WITH M. A. TAKAGAKI RE THIRD-PARTY DISCOVERY AND PREPARATION FOR L. BINDER DEPOSITION (0.3); CONFER WITH S. HVIDT AND CORNERSTONE RE S. NICHOLSON DEPOSITION (1.0); PREPARE FOR S. NICHOLSON DEPOSITION (4.6); COORINDATE THIRD-PARTY DISCOVERY (2.0). |
|---|---|---|
| 7.90 | Fischer, Alexander M | REVIEW AND INCORPORATE CEO CLIENT COMMENTS IN ALL HOSPITAL INTERROGATORY RESPONSES (2.5); REVIEW DOCUMENTS IDENTIFIED FOR NEXT PRODUCTION FOR CEO PREPARATION (3.5); PREPARE BINDER FOR M. B. MALONEY REVIEW (1.0); REVISE PREPARATION DOCUMENT FOR DISCOVERY MEET AND CONFER (0.9). |
| | Dabanka, Elizabeth A | |



Archambeau, Karsyn

8.00    Delwiche, Noah J    PREPARE FOR KAREN JUPITER DEPOSITION.

4.10    Wang, Laura Y    REVIEW CLIENT DOCUMENTS FOR RESPONSIVENESS TO LEAPFROG'S REQUESTS FOR PRODUCTIONS.

Rivera, Victor A

Varela, Eugenia

09/05/25
9.00    Chung, Daniel    PREPARE FOR AND CONDUCT K. JUPITER DEPOSITION (6.0); INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY (3.0).

| 6.30 | Maloney, Mary Beth | ATTEND TO STRATEGY REGARDING AMENDED ANSWER, ATTEND TO STRATEGY REGARDING UPCOMING DEPOSITIONS, CONFER WITH CLIENT RE STATUS, ADDRESS, REVIEW EXPERT REPORTS FROM LEAPFROG (4.5); PREPARE WITH TEAM FOR SHERI MONTGOMERY DEPO (1.5); ADDRESS DOCUMENT PRODUCTION CORRESPONDENCE WITH OPPOSING COUNSEL (.3). |

| Yang, Betty X | |

| 0.70 | Scott, Sydney A | PARTICIPATE IN CALL WITH S. MONTGOMERY RE DEPOSITION (.3); CORRESPOND WITH TEAM RE SAME (.1); PREPARE FOR AND PARTICIPATE IN CALL WITH MB. MALONEY AND K. SIMONS RE DEPOSITION STRATEGY (.3). |

| 6.50 | Crain, Lee R | CONFER RE ANSWER STRATEGY (.5); STRATEGIZE RE CAMPIONE AND DANFORTH DEPOSITIONS (1); PREPARE FOR AND ATTEND CLIENT CALL (.5); ATTENTION TO DISCOVERY STRATEGY TO RESOLVE DISPUTES (1.5); CONFER WITH OPPOSING COUNSEL RE THE SAME (.5); REVIEW DOCUMENTS TO PREPARE FOR DEPOSITION (2); REVIEW OPPOSING EXPERT REPORTS (.5). |

| 2.50 | Hvidt, Scott K | PREPARE S. NICHOLSON FOR DEPOSITION. |

| 1.20 | Hvidt, Scott K | DRAFT ANALYSIS REGARDING DEFENDANT EXPERT REPORTS. |

| | | |
|---|---|---|
| 1.90 | Hvidt, Scott K | DRAFT ANALYSIS REGARDING KEY DOCUMENT APPROACH (1.2); DRAFT CORRESPONDENCE REGARDING STRATEGY (.7). |
|  | Hvidt, Scott K |  |
| 7.50 | Buzzard, Christine M | DEVELOP STRATEGY FOR, REVIEW, AND REVISE DRAFT NOTICE FILING SUMMARIZING REMAINING DISPUTES FOR MOTION FOR PROTECTIVE ORDER HEARING (4.8); REVIEW AND REVISE DRAFT NOTICE REFLECTING PARTIES' RESOLUTION OF DISCOVERY DISPUTES AND REQUESTING ADJOURNMENT OF MOTION FOR PROTECTIVE ORDER HEARING (0.3); REVISE AND SEND DRAFT CLIENT SUMMARY OF AMENDED ANSWER AND ASSOCIATED STRATEGY (0.1); REVIEW AND REVISE DRAFT DECLARATION SUPPORTING MOTION TO QUASH DEPOSITION OF S. SUTARIA AND ASSOCIATED RESEARCH (1.3); DISCUSS HIGH-RANKING EXECUTIVE DEPOSITION DOCTRINE AND MOTION TO QUASH DRAFT WITH L. CRAIN (0.1); DISCUSS MOTION FOR PROTECTIVE ORDER NOTICE WORKFLOWS WITH A. SHI (0.1); DISCUSS HIGH-RANKING EXECUTIVE DEPOSITION DOCTRINE AND MOTION TO QUASH DRAFT WITH C. TALLEY (0.2); DISCUSS STRATEGY TO RESPOND TO LEAPFROG'S AFFIRMATIVE DEFENSES WITH M. MALONEY, L. CRAIN, AND B. WOLF (0.4); COMMUNICATE WITH R. BATISTA RE: MOTION IN LIMINE WORKFLOWS (0.1); PARTICIPATE IN WEEKLY CLIENT UPDATE CALL (0.1). |



Parks, Allyson E

Takagaki, Marc Aaron Y

1.60        Simmons, Kevin M                    ADD E. CAZARES, S.
                                                MONTGOMERY'S RESPONSES TO
                                                INTERROGATORY RESPONSES
                                                (1.6).



| | | |
|---|---|---|
| | Simmons, Kevin M | |
| 4.60 | Simmons, Kevin M | EMAIL A. PARKS RE PREP MATERIALS RE EXPERTS FOR CEO DEPOSITIONS (0.1); DRAFT EMAILS HAVE PHONE CALLS TO TRY TO SWAP CEOS' DEPOSITION DATES (0.7); DRAFT EMAIL TO M.B. MALONEY RE DEPOSITION SCHEDULING (0.2); DRAFT EMAIL TO OPPOSING COUNSEL RE INTERROGATORY RESPONSES (0.6); PREPARE FOR S. MONTGOMERY DEPOSITION (0.6); REVIEW NOTES FROM PRIOR PREPARATION OF S. MONTGOMERY (0.1); MEET WITH M.B. MALONEY RE DEPOSITION PREPARATION FOR S. MONTGOMERY (0.2); WORK ON PREPARATION MATERIALS FOR S. MONTGOMERY DEPOSITION (1.4); DRAFT EMAIL TO L. CRAIN RE DEPOSITION SCHEDULING FOR CEOS (0.7). |
| 1.10 | Cardone, Emily A | DRAFT BINDER OF M. DANFORTH KEY DOCUMENTS FOR L. CRAIN (0.7); DEVELOP STRATEGY WITH L. CRAIN RE M. DANFORTH DEPOSITION (0.4) |
| | Talley, Mark C | |
| | Wolf, Brandon C | |
| | Wolf, Brandon C | |



Wolf, Brandon C

Grover, Monica

Shi, Andrew A

1.50   Reilly, Kevin J

REVIEW AND SUMMARIZE HARRIS REPORT.

4.50   Garnick, Adam J

COORDINATE ALL DOCUMENT COLLECTION AND PRODUCTION EFFORTS PRIOR TO POTENTIAL DISCOVERY HEARING (3.5); DRAFT EMAILS TO CLIENT AND OPPOSING COUNSEL ON DOCUMENT PRODUCTION ISSUES (1.0).

11.50   Togias, Iason G

PREPARE FOR S. NICHOLSON DEPOSITION (2.3); CONFER WITH S. NICHOLSON, S. HVIDT, A. PARKS, AND CORNERSTONE RE SAME (2.5); PREPARE FOR A. CAMPIONE DEPOSITION (2.8); CONFER WITH L. CRAIN RE SAME (0.3); CONFER WITH M. A. TAKAGAKI AND K. ARCHAMBEAU RE L. BINDER DEPOSITION (0.3); COORDINATE THIRD-PARTY DISCOVERY (2.8); CORRESPOND WITH M. B. MALONEY RE WORKSTREAMS (0.5).

| | | |
|---|---|---|
| 9.10 | Fischer, Alexander M | REVIEW ALL DOCUMENTS IN TEN CATEGORIES TO BE PRODUCED IN UPCOMING PRODUCTION (4.0); ADD DOCUMENTS AND RED-TEAM QUESTIONS TO DEPOSITION OUTLINES FOR ALL CEOS (4.0); COMPILE DOCUMENTS INTO E-BINDER (1.1). |
| | Dabanka, Elizabeth A | |
| 9.20 | Archambeau, Karsyn | COORDINATE WITH L. WANG AND E. DABANKA RE: ORGANIZATION OF CLIENT FILES (0.2); DRAFT BEGINNING OF DAILY UPDATE FOR FOLLOWING WEEK (0.4); REVISE THIRD PARTY SUBPOENA FOR SERVICE FOR I. TOGIAS (0.2); CONTINUE REVIEWING DOCUMENTS FOR POTENTIAL USE IN BINDER DEPOSITION (2.2); CONTINUE REVIEWING UNPRODUCED DOCUMENTS RE: SUPPLEMENTAL PRODUCTION (5.7); COORDINATE WITH M. TAKAGAKI AND I. TOGIAS RE: BINDER DEPOSITION (0.5). |
| 13.00 | Delwiche, Noah J | SECOND CHAIR KAREN JUPITER DEPOSITION (9); DRAFT SUMMARY OF DEPOSITION AND FOLLOW UP DISCOVERY ITEMS (4). |
| 0.80 | Wang, Laura Y | REVIEW DOCUMENTS FOR RESPONSIVENESS TO LEAPFROG REQUESTS FOR PRODUCTION. |
| 0.50 | Wang, Laura Y | REVISE DECLARATION AND EXHIBITS IN SUPPORT OF MOTION. |

Varela, Eugenia

| 09/06/25 | | |
|---|---|---|
| 2.00 | Chung, Daniel | REVIEW MATERIALS FOR L. BAILEY DEPOSITION. |
| 1.50 | Maloney, Mary Beth | CONFER WITH TEAM RE SCHEDULE AND STRATEGY FOR DEPOS (.7); REVISE JUPITER DEPOSITION SUMMARY AND REVIEW TRANSCRIPT OF SAME FOR ADDITIONAL DISCOVERY (.8). |
| 1.00 | Crain, Lee R | REVIEW LEAPFROG'S FOUR EXPERT REPORTS. |
| 1.00 | Crain, Lee R | DRAFT AND REVISE MULTIPLE TRANSMITTALS TO OPPOSING COUNSEL RE DISCOVERY DISPUTES AND DEPOSITION SCHEDULE. |
| 0.60 | Hvidt, Scott K | DRAFT CORRESPONDENCE REGARDING STRATEGY. |
| 0.30 | Hvidt, Scott K | CONFERENCE WITH L. CRAIN REGARDING STRATEGY. |
| 0.50 | Buzzard, Christine M | DEVELOP STRATEGY FOR RESPONSE TO AFFIRMATIVE DEFENSES ASSERTED IN LEAPFROG AMENDED ANSWER WITH GIBSON TEAM MEMBERS. |
| 2.10 | Buzzard, Christine M | DEVELOP STRATEGY FOR, REVIEW, AND REVISE DRAFT MOTION TO QUASH DEPOSITION OF S. SUTARIA. |

Parks, Allyson E

**Invoice Date: October 7, 2025**                                       **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 1.30 | Takagaki, Marc Aaron Y | EMAIL CORRESPONDENCE WITH K. SIMMONS AND LOCAL COUNSEL RE: DEPOSITION PREPARATION (.1); REVIEW SUMMARY OF K. JUPITER DEPOSITION (.2); ORGANIZE AND MANAGE CASE FILES (.1); CONFER WITH ASSOCIATE TEAM RE: SAME (.1); REVIEW AND ANALYZE DEPOSITION TRANSCRIPTS (.8). |

Simmons, Kevin M

| | | |
|---|---|---|
| 5.10 | Kuntz, Andrew V | DRAFT L. BAILEY OFFENSIVE FACT DEPOSITION OUTLINE. |
| 2.00 | Garnick, Adam J | REVIEW HUNDREDS OF DOCUMENTS FOR CLEAN UP PRODUCTION (2.0). |
| 1.80 | Togias, Iason G | COORDINATE THIRD-PARTY DISCOVERY (0.4); COMPOSE OUTLINE FOR DEPOSITION OF A. CAMPIONE (1.4). |
| 1.30 | Archambeau, Karsyn | CONTINUE REVIEWING UNPRODUCED DOCUMENTS FOR SUPPLEMENTAL PRODUCTION. |
| 2.40 | Archambeau, Karsyn | BEING DRAFTING DEPOSITION QUESTIONS FOR BINDER DEPOSITION RE: DOCUMENTS COLLECTED. |
| 2.00 | Delwiche, Noah J | ANALYZE DOCUMENTS FOR USE IN KUSH BANERJEE DEPOSITION. |
| 1.60 | Delwiche, Noah J | PREPARE FOR KUSH BANERJEE DEPOSITION. |

**Due and Payable Upon Receipt**

09/07/25

| | | |
|---|---|---|
| 1.80 | Chung, Daniel | INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY (.9); REVIEW DEPOSITION PREPARATION MATERIALS (.9). |
| 2.50 | Maloney, Mary Beth | PREP FOR LEAPFROG DEPOS WITH TEAM. |
| 8.00 | Crain, Lee R | EXTENSIVE NEGOTIATIONS WITH OPPOSING COUNSEL AND CONFERRAL WITH CLIENT TO RESOLVE DISCOVERY DISPUTES (3); REVISE INTERROGATORIES (1.5); REVIEW DOCUMENTS FOR A. CAMPIONE DEPOSITOIN STRATEGY (3.5). |
| 0.60 | Hvidt, Scott K | PREPARE FOR NICHOLSON DEPOSITION. |
| 1.30 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.5); DRAFT CORRESPONDENCE REGARDING STRATEGY (.4); OVERSEE KEY DOCUMENT IDENTIFICATION (.4). |
| 0.50 | Hvidt, Scott K | WORK WITH TEAM REGARDING DEPOSITION STRATEGY. |
| 0.30 | Buzzard, Christine M | COMMUNICATE RE: NEEDED WORK ON ORDER OF PROOF WITH L. CRAIN AND OTHERS. |
| 0.20 | Buzzard, Christine M | PREPARE DRAFT NOTICE REQUESTING ADJOURNMENT OF MOTION FOR PROTECTIVE ORDER HEARING. |
| 1.00 | Buzzard, Christine M | REVIEW AND REVISE DRAFT RESEARCH RE: ELEMENTS OF OUR CLAIM FOR ORDER OF PROOF AND DEPO OUTLINES. |
| 0.20 | Buzzard, Christine M | PARTICIPATE IN GIBSON TEAM CALL DEVELOPING STRATEGY FOR UPCOMING OFFENSIVE DEPOSITIONS. |

| | | |
|---|---|---|
| | Buzzard, Christine M | |
| 0.60 | Takagaki, Marc Aaron Y | DRAFT OUTLINE FOR L. BINDER DEPOSITION (.2); STRATEGIZE WITH L. CRAIN, D. CHUNG, C. BUZZARD AND OTHERS RE: DEPOSITION PREPARATION (.4). |
| 1.30 | Simmons, Kevin M | ADDRESS L. CRAIN COMMENTS IN INTERROGATORY RESPONSES (1.3). |
| 2.10 | Kuntz, Andrew V | ANALYZE ADDITIONAL LAUREN BAILEY DOCUMENTS FOR POTENTIAL USE IN OFFENSIVE FACT DEPOSITION. |
| | Talley, Mark C | |
| 5.60 | Reilly, Kevin J | CONDUCT DOCUMENT REVIEW REGARDING ARMSTRONG INSTITUTE. |
| 8.50 | Garnick, Adam J | CREATE OMNIBUS CHART WITH RESPONSES TO OPPOSING COUNSEL REGARDING DISCOVERY REQUESTS (4.0); CONTINUE TO CONDUCT SECOND LEVEL REVIEW OF ALL DOCUMENTS FOR A POTENTIAL CLEANUP PRODUCTION (4.0); DRAFT VARIOUS CORRESPONDENCE TO OPPOSING COUNSEL (0.5). |
| 8.60 | Togias, Iason G | PREPARE FOR A. CAMPIONE DEPOSITION. |

| 6.40 | Fischer, Alexander M | REVISE AMENDED INTERROGATORY RESPONSES PER COMMENTS FROM L. CRAIN, K. SIMMONS, AND A. GARNICK AND CROSS-CHECK ALL RESPONSES (6.1); CONFER WITH L. CRAIN RE REVISED RESPONSES (.3) |
|---|---|---|
| ⊠ | Dabanka, Elizabeth A | |
| ⊠ | Archambeau, Karsyn | |
| 0.60 | Archambeau, Karsyn | ANALYZE DOCUMENTS FROM CLIENT RE: CORRESPONDENCE WITH UNION FOR SUPPLEMENTAL DOCUMENT PRODUCTION. |
| 0.40 | Archambeau, Karsyn | COORDINATE WITH A. GARNICK RE: SUPPLEMENTAL DOCUMENT PRODUCTION. |
| ⊠ | Archambeau, Karsyn | |
| 0.80 | Archambeau, Karsyn | REVIEW DEPOSITION TRANSCRIPT FOR CROSS-REFERENCE WITH BINDER DEPOSITION. |
| 0.20 | Delwiche, Noah J | CONFER WITH I. TOGIAS RE DOCUMENT REVIEW FOR A. CAMPIONE DEPOSITION. |

| | | |
|---|---|---|
| 1.90 | Delwiche, Noah J | DRAFT RESPONSES AND OBJECTIONS FOR TIMOTHY GALLAGHER SUBPOENA. |

09/08/25

| | | |
|---|---|---|
| 7.00 | Chung, Daniel | PREPARE FOR L. BAILEY AND K. BANERJEE DEPOSITIONS (3.0); INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY (2.0); REVIEW DRAFT ORDER OF PROOF AND SOURCE DOCUMENTS (2.0). |

Maloney, Mary Beth

Yang, Betty X

| | | |
|---|---|---|
| 0.20 | Scott, Sydney A | CORRESPOND WITH TEAM RE AMENDED RESPONSES TO REQUEST FOR INTERROGATORIES. |

Crain, Lee R

| | | |
|---|---|---|
| 0.50 | Hvidt, Scott K | DRAFT SUMMARY REGARDING EXPERT DEPOSITION. |
| 0.80 | Hvidt, Scott K | CONFERENCE WITH TEAM MEMBERS REGARDING STRATEGY AND TASKS. |

| 1.70 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL REGARDING DISCOVERY (.5); MANAGE KEY DOCUMENT IDENTIFICATION (.7); DRAFT CORRESPONDENCE REGARDING STRATEGY (.5). |
| 7.50 | Hvidt, Scott K | PREPARE AND DEFEND PROFESSOR NICHOLSON DEPOSITION. |
| 1.40 | Buzzard, Christine M | REVIEW AND REVISE STRUCTURE OUTLINE AND BROADER ORDER OF PROOF DRAFT PREPARED BY E. DABANKA. |
| 1.90 | Buzzard, Christine M | REVIEW AND REVISE DOCUMENT SUMMARIZING LEGAL RESEARCH RE: THE ELEMENTS OF THE FDUTPA CLAIM AND LEAPFROG'S ASSERTED AFFIRMATIVE DEFENSES. |
| 0.50 | Buzzard, Christine M | DISCUSS ORDER OF PROOF AND DEVELOP DEPOSITION STRATEGY WITH L. CRAIN, M. TAKAGAKI, A. KUNTZ, B. WOLF, AND E. DABANKA. |
| 0.50 | Buzzard, Christine M | REVISE AND FINALIZE DRAFT NOTICE AND BENCH TRIAL STIPULATION FOR FILING. |
| ⊠ | Parks, Allyson E | |

| 6.50 | Takagaki, Marc Aaron Y | REVIEW AND ANALYZE DOCUMENTS FOR L. BINDER DEPOSITION (.6); CONFER WITH M. OTOO, K. ARCHAMBEAU AND OTHERS RE: SAME (.4); STRATEGIZE WITH C. BUZZARD, L. CRAIN, AND OTHERS RE: ORDER OF PROOF (.5); REVIEW DOCUMENTS CITED IN DEFENDANT'S EXPERT REPORTS (.5); STRATEGIZE WITH M. OTOO RE: L. BINDER DEPOSITION PREPARATION (.4); EMAIL CORRESPONDENCE RE: THIRD PARTY SUBPOENA TO AETNA (.1); REVIEW AND ANALYZE ESI DOCUMENTS (1.8); ATTEND MEETING WITH R. WEST RE: HOSPITAL DATA (.3); DRAFT L. BINDER DEPOSITION OUTLINE (1.0); STRATEGIZE WITH L. CRAIN RE: INTERROGATORY RESPONSES (.1); EMAIL CORRESPONDENCE WITH E. CAZARES AND OTHERS RE: INTERROGATORY RESPONSES (.2); COORDINATE COLLECTION OF DOCUMENTS FROM R. WEST AND OTHERS (.4); DRAFT CASE SCHEDULE UPDATE TO CLIENT (.2). |
|---|---|---|
| 4.00 | Simmons, Kevin M | ADDRESS L. CRAIN COMMENTS IN INTERROGATORY RESPONSES (0.4); WORK ON FINALIZING INTERROGATORY RESPONSES, INCLUDING DRAFTING EMAILS AND CALLING CEOS AND INCORPORATING FINAL EDITS (3.6). |
| 1.00 | Simmons, Kevin M | DRAFT EMAIL TO OPPOSING COUNSEL RE DEPOSITION SCHEDULING (0.2); DRAFT EMAILS AND CALL RE S. MONTGOMERY DEPOSITION AND PREPARATION (0.2); WORK ON CEO DEPOSITION PREPARATION OUTLINE (0.4); DRAFT EMAIL TO TEAM RE CEO-RELATED UPDATES (0.2). |

| 1.20 | Cardone, Emily A | REVIEW AND ANALYZE KEY A. CAMPIONE DOCUMENTS FOR M. DANFORTH DEPOSITION. |
|---|---|---|
| 0.70 | Cardone, Emily A | REVIEW AND ANALYZE S. NICHOLSON TRANSCRIPT. |
| 0.60 | Cardone, Emily A | REVIEW AND REVISE KEY DOCUMENT TRACKER. |
| 0.70 | Cardone, Emily A | REVIEW AND ANALYZE WHITEPAPER DOCUMENTS FOR M. DANFORTH DEPOSITION. |
| 1.70 | Cardone, Emily A | REVIEW AND ANALYZE K. JUPITER TRANSCRIPT AND EXHIBITS FOR M. DANFORTH DEPOSITION. |
| 1.80 | Kuntz, Andrew V | REVIEW K. JUPITER DEPOSITION TRANSCRIPT FOR POTENTIAL REVISIONS TO L. BAILEY DEPOSITION OUTLINE. |
| 0.40 | Kuntz, Andrew V | REVISE SUMMARY OF FLORIDA CONSUMER PROTECTION CASELAW. |
| 5.80 | Kuntz, Andrew V | DRAFT L. BAILEY OFFENSIVE FACT DEPOSITION OUTLINE. |
|  | Talley, Mark C | |



Wolf, Brandon C

Wolf, Brandon C

Wolf, Brandon C

Grover, Monica

Shi, Andrew A

11.10   Reilly, Kevin J   PREPARE FOR AND ATTEND S. NICHOLSON DEPOSITION (7.3); PREPARE KEY TAKEAWAY SUMMARY (1.2); REVISE M. AUSTIN DEPOSITION OUTLINE (2.6).

| 11.50 | Garnick, Adam J | CONFER WITH VARIOUS TEAM MEMBERS REGARDING DEFENSIVE DISCOVERY ISSUES (1.5); PARTICIPATE IN MEETING WITH TEAM REGARDING PRIVILEGE CALLS ON SUPPLEMENTAL PRODUCTIONS (3.0); CONDUCT EXTENSIVE SECOND LEVEL REVIEW OF ALL DOCUMENTS CONCERNING LEAPFROG IN PREPARATION FOR SUPPLEMENTAL PRODUCTION (6.0); PARTICIPATE IN CALLS WITH CLIENT CONTACTS REGARDING DOCUMENT COLLECTION (1.0). |
| 0.50 | Otoo, Mary D | MEET WITH M.A. TAKAGAKI REGARDING LEAH BINDER DEPOSITION PREPARATION. |
| 4.80 | Otoo, Mary D | ANALYZE RELEVANT DOCUMENTS FOR LEAH BINDER DEPOSITION PREPARATION. |
| 3.70 | Otoo, Mary D | CONDUCT PRIVILEGE REVIEW AND QUALITY CONTROL CHECK OF DOCUMENTS FOR PRODUCTION. |
| 0.40 | Otoo, Mary D | MEET WITH A. GARNICK, E. DABANKA, K. ARCHAMBEAU, AND L. WANG REGARDING TARGETED DOCUMENT COLLECTIONS. |
| 1.90 | Otoo, Mary D | MEET WITH A. GARNICK, M. A. TAKAGAKI, L. WANG, K. ARCHAMBEAU, E. DABANKA, AND L. CRAIN REGARDING ESI DOCUMENT PRODUCTION. |
| 10.20 | Togias, Iason G | COORDINATE THIRD-PARTY DISCOVERY (0.7); PREPARE FOR A. CAMPIONE DEPOSITION (9.5). |
| 6.40 | Fischer, Alexander M | REVISE PALM BEACH GARDENS INTERROGATORY PER E. CAZARES COMMENTS (.5); REVISE AND REDLINE ALL INTERROGATORY RESPONSES, PREPARE TO SERVE, AND SERVE (5.9). |

 Dabanka, Elizabeth A



| 0.30 | Archambeau, Karsyn | COLLECT DOCUMENTS FOR I. TOGIAS RE: EXPERT REPORT. |
| 1.60 | Archambeau, Karsyn | COLLABORATE WITH A. GARNICK, M. OTOO, E. DABANKA, L. CRAIN, AND M. TAKAGAKI RE: RESPONSIVENESS OF SUPPLEMENTAL CLEAN-UP PRODUCTION. |
| 5.90 | Archambeau, Karsyn | CONTINUE ANALYZING DOCUMENTS IN CLEAN-UP PRODUCTION FOR RESPONSIVENESS AND PRIVILEGE AND PREPARE SAME FOR PRODUCTION WITH A. GARNICK. |
| 2.60 | Archambeau, Karsyn | CONTINUE DRAFTING DEPOSITION OUTLINE WITH M. OTOO AND COLLECTING DOCUMENTS TO SUPPORT SAME. |

Archambeau, Karsyn

| | | |
|---|---|---|
| 7.10 | Delwiche, Noah J | UPDATE OFFENSIVE DOCUMENT TRACKER (2); PREPARE FOR KUSH BANERJEE DEPOSITION (5.1). |
| 3.90 | Wang, Laura Y | REVIEW CLIENT MEETING MINUTES FOR RESPONSIVENESS. |
| ⊠ | Wang, Laura Y | |
| ⊠ | Enright, Sheila | |
| ⊠ | Varela, Eugenia | |

09/09/25

| | | |
|---|---|---|
| 7.20 | Chung, Daniel | INTERNAL CONFERENCES REGARDING UPDATES (3.0); REVIEW DEPOSITION OUTLINES (1.0); PREPARE FOR L. BAILEY DEPOSITION (3.2) |
| 3.20 | Maloney, Mary Beth | REVISE MOTION TO QUASH CEO SUBPOENA (.5); MEETING WITH TEAM RE STATUS OF DISCOVERY (.5); MEETING WITH TEAM RE CEO DEPOSITIONS AND STRATEGY (1.8); REVIEW OF PRIVILEGED DOCUMENTS (.4). |



| | Yang, Betty X | |
|---|---|---|
| 9.80 | Crain, Lee R | PREPARE FOR DEPOSITION, INCLUDING REVIEWING KEY DEPOSITION DOCUMENTS, AND REVISING OUTLINES, AND CALLS WITH TEAM (7); ATTENTION TO DOCUMENT DISCOVERY ISSUES AND FINALIZATION OF PRODUCTIONS, COLLECTIONS, AND KEY CLIENT INFORMATION RE PRIVILEGE AND RESPONSIVENESS (2.8). |
| 1.40 | Hvidt, Scott K | CONFERENCE WITH SENIOR TEAM REGARDING STRATEGY (.5); CONFERENCE WITH TEAM REGARDING DISCOVERY STRATEGY (.5); WORK WITH TEAM MEMBERS REGARDING VARIOUS STRATEGY QUESTIONS (.4). |
| 2.80 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE DEPOSITION OUTLINES. |
| 1.40 | Hvidt, Scott K | OVERSEE KEY DOCUMENT IDENTIFICATION. |
| | Hvidt, Scott K | |
| 0.30 | Buzzard, Christine M | SUGGEST DEPOSITION QUESTIONS DESIGNED TO SUPPORT MOTION TO QUASH ARGUMENTS. |
| | Buzzard, Christine M | |



Buzzard, Christine M

Buzzard, Christine M

1.10      Buzzard, Christine M          REVIEW AND SUPPLEMENT RESEARCH ON GOOD FAITH AFFIRMATIVE DEFENSE TO INFORM DEPOSITION STRATEGY.

2.50      Buzzard, Christine M          REVIEW AND REVISE STRUCTURE OUTLINE AND BROADER ORDER OF PROOF DRAFT PREPARED BY E. DABANKA.

Buzzard, Christine M

0.50      Buzzard, Christine M          DISCUSS UPCOMING MOTIONS IN LIMINE AND STRATEGY FOR SAME WITH R. BATISTA.

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

0.50      Buzzard, Christine M          REVIEW AND COMMENT ON DRAFT MOTION TO QUASH.

Invoice Date: October 7, 2025                                          Invoice No. 2025103330

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 1.50 | Buzzard, Christine M | DEVELOP STRATEGY FOR MOTIONS FILING DATES AND ARGUMENTS, INCLUDING IN CONSULTATION WITH LOCAL COUNSEL. |
| 6.40 | Takagaki, Marc Aaron Y | EMAIL CORRESPONDENCE RE: PRIVILEGE ANALYSIS (.2); COORDINATE DOCUMENT COLLECTION (.2); CONFER WITH I. TOGIAS RE: THIRD PARTY SUBPOENAS (.1); STRATEGIZE WITH M.B. MALONEY, D. CHUNG, AND OTHERS RE: DISCOVERY AND EXPERTS (.5) ATTEND TEAM MEETING RE: CASE STATUS(.6); STRATEGIZE WITH K. SIMMONS AND OTHERS RE: PREPARATION FOR CEO DEPOSITIONS (.6); COORDINATE RESPONSES AND OBJECTIONS TO PBHN AND BOARD COMMITTEE SUBPOENAS (.2); STRATEGIZE WITH L. CRAIN, M. OTOO, AND OTHERS RE: PRODUCTION OF BOARD, COMMITTEE DOCUMENTS, SUBPOENA RESPONSES, AND DEPOSITION PREPARATION (1.1); CONFER WITH M.B. MALONEY RE: CASE STATUS (.3); DRAFT CORRESPONDENCE TO LEVEL LEGAL RE: DOCUMENT REVIEW (.2); CONFER WITH S. HVIDT RE: PRIVILEGED DOCUMENTS (.1); ATTEND MEETING WITH M.B. MALONEY, L. CRAIN, RE: CEO DEPOSITIONS (.8); REVIEW AND ANALYZE THIRD PARTY SUBPOENAS (.4); CONFER WITH L. CRAIN RE: RESPONSES AND OBJECTIONS TO SAME (.4); DRAFT PRODUCTION COVER LETTER (.1); CONFER WITH OPPOSING COUNSEL RE: DOCUMENT PRODUCTION (.1); REVIEW AND ANALYZE DOCUMENTS FOR L. BINDER DEPOSITION (.5). |

Invoice Date: October 7, 2025                                                   Invoice No. 2025103330

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 0.50 | Batista, Robert A | CONFER WITH K. SIMMONS RE ONE-PAGER ON PRIVILEGE ISSUES IN CONTEXT OF PUBLIC-RELATIONS COMMUNICATIONS. |
| 0.80 | Batista, Robert A | CONFER WITH C. BUZZARD RE STRATEGY FOR MOTIONS IN LIMINE AND DAUBERT MOTIONS. |
| 2.70 | Batista, Robert A | REVISE RESPONSES AND OBJECTIONS TO T. GALLAGHER SUBPOENA. |
| ☒ | Hammer, Stephen J | ☒ |
| 11.20 | Simmons, Kevin M | WORK ON CEO DEPOSITION PREPARATION OUTLINE (6.9); CALLS WITH L. CRAIN, S. HVIDT, M.A. TAKAGAKI, A. FISCHER RE CEO DEPOSITION PREPARATION OUTLINES (1.4); WEEKLY TEAM STATUS MEETING (0.3); RESEARCH DOCUMENTS TO INCLUDE IN DEPOSITION PREPARATION OUTLINE (1.5); MEET WITH M.B. MALONEY RE KEY SENSITIVE AREAS TO GUARD AGAINST FOR DEPOSITION PREPARATIONS (0.6); WORK WITH A. FISCHER RE DEPOSITION PREPARATION OUTLINE (0.5). |
| 4.60 | Cardone, Emily A | REVIEW AND ANALYZE KEY M. DANFORTH DOCUMENTS FOR DEPOSITION. |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |

| | | |
|---|---|---|
| 0.80 | Cardone, Emily A | REVIEW AND REVISE RESPONSES AND OBJECTIONS TO GALLAGHER SUBPOENA. |
| 0.30 | Cardone, Emily A | REVIEW AND REVISE K. VAN CAULIL SUBPOENA. |
| 0.50 | Kuntz, Andrew V | REVIEW LEAPFROG'S THIRD-PARTY SUBPOENA TO SCALE. |
| 1.70 | Kuntz, Andrew V | ANALYZE CURA DOCUMENT PRODUCTION FOR USE IN LAUREN BAILEY DEPOSITION. |
| 4.30 | Kuntz, Andrew V | DRAFT LAUREN BAILEY DEPOSITION QUESTIONS REGARDING ROLE OF EXPERT PANEL. |
| ☒ | Kuntz, Andrew V | ☒ |
| ☒ | Wolf, Brandon C | ☒ |
| ☒ | Wolf, Brandon C | ☒ |
| ☒ | Grover, Monica | ☒ |
| ☒ | Shi, Andrew A | ☒ |
| ☒ | Reilly, Kevin J | ☒ |

| 8.00 | Garnick, Adam J | PREPARE FOR AND PARTICIPATE IN WEEKLY TEAM MEETING (0.75); DRAFT VARIOUS CHARTS AND CORRESPONDENCE TO TEAM OUTLINING SUPPLEMENTAL PRODUCTION (2.5); COORDINATE AND HELP OVERSEE REVIEW WITH THIRD-PARTY VENDORS (1.5); CONDUCT SECOND LEVEL REVIEW AND QUALITY CONTROL OF PRODUCTION PRIOR TO SERVICE (3.25). |
| --- | --- | --- |
| 3.30 | Otoo, Mary D | CONDUCT PRIVILEGE REVIEW OF DOCUMENTS FOR PRODUCTION. |
| 5.70 | Otoo, Mary D | DRAFT LEAH BINDER DEPOSITION OUTLINE. |
| ⊠ | Otoo, Mary D | ⊠ |
| 12.40 | Togias, Iason G | PREPARE FOR A. CAMPIONE DEPOSITION. |
| 13.70 | Fischer, Alexander M | COORDINATE DEPOSITION LOCATION SPACE (.5); INCORPORATE DOCUMENTS INTO CEO PREPARATION OUTLINE AS DIRECTED BY DOCUMENT-DISCOVERY TEAM (1.0); CONFER WITH FULL TEAM RE NEXT STEPS (.5); CONFER WITH DEPOSITION TEAM RE DEPOSITION STRATEGY (.5); REVISE, INDEX, AND FINALIZE ALL DOCUMENTS FOR ALL CEOS AND FOR S. MONTGOMERY, CORRESPONDING WITH K. SIMMONS (11.7). |

 Dabanka, Elizabeth A



| | | |
|---|---|---|
| 7.10 | Archambeau, Karsyn | CONTINUE DRAFTING DEPOSITION OUTLINE FOR LEAH BINDER RE: QUESTIONS ON KEY DOCUMENTS. |
| 1.60 | Archambeau, Karsyn | ANALYZE CLIENT DOCUMENTS RE: UNION COMMUNICATIONS FOR RESPONSIVENESS. |
| 0.60 | Archambeau, Karsyn | STRATEGIZE WITH DOCUMENT PRODUCTION TEAM AND L. CRAIN RE: PRIVILEGE CALLS. |
| 0.20 | Archambeau, Karsyn | COLLECT AND CIRCULATE IMPUTED METRICS WORK PRODUCT FOR DEPOSITION PREPARATION. |

 Archambeau, Karsyn

Invoice Date: October 7, 2025

Invoice No. 2025103330

**Due and Payable Upon Receipt**



Archambeau, Karsyn

0.20   Archambeau, Karsyn   REVIEW CORRESPONDENCE RE: PREPARING DOCUMENTS FOR PRODUCTION AND DISCUSS ALIGNMENT ON SAME WITH A. GARNICK.

Archambeau, Karsyn

Delwiche, Noah J

Delwiche, Noah J

Delwiche, Noah J

Delwiche, Noah J

Delwiche, Noah J

2.90   Delwiche, Noah J   REVIEW KUSH BANERJEE DOCUMENTS.

Wang, Laura Y

4.80   Wang, Laura Y   COLLECT CLIENT DOCUMENTS FOR PRODUCTION.

0.60   Wang, Laura Y   DRAFT OUTLINE IN SUPPORT OF HOSPITAL CEO DEPOSITIONS.

Varela, Eugenia

Womack, Lauren E

**09/10/25**

9.20   Chung, Daniel

PREPARE FOR AND CONDUCT DEPOSITION OF L. BAILEY (8.0); INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY (1.2)

2.70   Maloney, Mary Beth

MEETING WITH TEAM RE DISCOVERY STATUS AND STRATEGY FOR UPCOMING DEPOS, ADDRESS PRIVILEGE LOG ISSUES.

Yang, Betty X

10.50   Crain, Lee R

REVIEW DEPOSITION EXHIBITS TO PREPARE FOR EXAMINATION OF A. CAMPIONE (4); REVISE OUTLINE FOR DEPOSITION EXAM (6); TEAM STRATEGY CALLS RE DEPOSITION (.5)

1.90   Hvidt, Scott K

DRAFT CORRESPONDENCE WITH OPPOSING COUNSEL (.7); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.8); WORK WITH NON-PARTIES REGARDING DISCOVERY (.4).

0.50   Hvidt, Scott K

PARTICIPATE IN DEPOSITION STRATEGY DISCUSSION.

4.20   Hvidt, Scott K

WORK ON DEPOSITION OUTLINES.

Invoice Date: October 7, 2025                                                      Invoice No. 2025103330

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 0.60 | Buzzard, Christine M | REVIEW RESEARCH RE: GOOD FAITH AFFIRMATIVE DEFENSE PREPARED BY B. WOLFE. |

Buzzard, Christine M

Buzzard, Christine M

| | | |
|---|---|---|
| 1.10 | Buzzard, Christine M | REVIEW AND ANALYZE BRIEFING TEAM MEMBERS' RESEARCH IN SUPPORT OF PRIVILEGE AND OTHER OBJECTIONS TO CERTAIN DISCOVERY. |

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Parks, Allyson E

Richman, Brian A

Invoice Date: October 7, 2025                                    Invoice No. 2025103330

**Due and Payable Upon Receipt**

| 6.50 | Takagaki, Marc Aaron Y | CONFER WITH LEVEL LEGAL, A. GARNICK, AND OTHERS RE: DOCUMENT REVIEW (.5); CONFER WITH M. OTOO RE: L. BINDER DEPOSITION OUTLINE (.2); STRATEGIZE WITH A. SHI RE: RESPONSES AND OBJECTIONS TO DOCUMENT SUBPOENAS (.6); REVIEW AND ANALYZE DOCUMENTS FOR A. CAMPIONE DEPOSITION (.6); REVIEW AND ANALYZE DOCUMENT SUBPOENAS FROM DEFENDANT (.2); CONFER WITH S. MONACO RE: SAME (.2); CONFER WITH LOCAL COUNSEL RE: SUBPOENA RESPONSES (.2); COLLECT DOCUMENTS FOR L. BINDER DEPOSITION (.6); STRATEGIZE WITH A. GARNICK RE: DOCUMENT REVIEW, PRODUCTION, AND ANALYSIS (.8); STRATEGIZE WITH M. PINEIRO AND J. MARCUS RE: S. MONTGOMERY DEPOSITION PREPARATION (1.0); EMAIL CORRESPONDENCE RE: ORDER OF PROOF (.1); ATTEND TO DOCUMENT REVIEW AND PRODUCTION (.4); CORRESPONDENCE WITH K. REILLY AND OPPOSING COUNSEL RE: THIRD PARTY DOCUMENT PRODUCTIONS (.2); REVIEW LEGAL RESEARCH RE: PEER REVIEW PRIVILEGE AND STRATEGIZE WITH L. CRAIN AND OTHERS RE: SAME (.5); REVIEW AND ANALYZE BOARD COMMITTEE MATERIALS FROM S. MONACO (.3); COORDINATE DRAFTING OF EXHIBIT TRACKER (.1). |
| --- | --- | --- |
| 0.60 | Batista, Robert A | DRAFT ANALYSIS OF PRIVILEGE ISSUES RE PUBLIC-RELATIONS COMMUNICATIONS IN PREPARATION FOR CLIENT DEPOSITIONS. |
|  | Batista, Robert A |  |

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 3.80 | Batista, Robert A | REVISE RESPONSES AND OBJECTIONS TO T. GALLAGHER SUBPOENA. |
| ⊠ | Hammer, Stephen J | ⊠ |
| ⊠ | Hammer, Stephen J | ⊠ |
| 12.10 | Simmons, Kevin M | WORK ON CEO DEPOSITION PREPARATION OUTLINE (9.8); PREPARE FOR S. MONTGOMERY DEPOSITION WITH LOCAL COUNSEL (1.1); WORK WITH B. YANG ON DEPOSITION PREPARATIONS FOR J. HANLON (0.5); DRAFT EMAIL RE CEO DEPOSITION PREPARATION OUTLINE (0.3); DRAFT EMAILS TO CEOS RE DEPOSITION SCHEDULING (0.2); DRAFT EMAILS TO LOCAL COUNSEL RE DEPOSITION SCHEDULING (0.2). |
| 2.20 | Cardone, Emily A | DRAFT AND REVISE M. DANFORTH DEPOSITION OUTLINE. |
| 0.50 | Cardone, Emily A | REVIEW AND ANALYZE PRIVILEGE RESEARCH RE THIRD PARTIES. |
| 0.70 | Cardone, Emily A | REVIEW AND ANALYZE K. STEWART KEY DOCUMENTS FOR DEPOSITION. |
| ⊠ | Cardone, Emily A | ⊠ |
| 1.30 | Cardone, Emily A | REVIEW AND REVISE A. CAMPIONE DEPOSITION OUTLINE. |
| 0.80 | Cardone, Emily A | REVIEW AND REVISE OBJECTIONS TO GALLAGHER SUBPOENA. |
| 0.60 | Cardone, Emily A | REVIEW AND ANALYZE EXPERT PANEL MEETING TRANSCRIPT. |

| | | |
|---|---|---|
| | Cardone, Emily A | |
| 0.30 | Kuntz, Andrew V | REVISE COMPILATION OF AFFIRMATIVE EVIDENCE. |
| 2.20 | Kuntz, Andrew V | DRAFT SUMMARY OF DEPOSITION OF LAUREN BAILEY. |
| 3.00 | Kuntz, Andrew V | REVISE LAUREN BAILEY DEPOSITION OUTLINE. |
| 9.80 | Kuntz, Andrew V | DEPOSE LEAPFROG EMPLOYEE LAUREN BAILEY. |
| | Talley, Mark C | |
| | Wolf, Brandon C | |
| | Wolf, Brandon C | |
| | Grover, Monica | |
| | Shi, Andrew A | |

| | | |
|---|---|---|
| 5.00 | Garnick, Adam J | CONFER WITH M. TAKAGAKI REGARDING DOCUMENT REVIEW AND PRODUCTION (0.5); COORDINATE REVIEW AND PRODUCTION WITH VENDORS (1.5); DRAFT AND SEND CORRESPONDENCE TO CLIENT CONTACTS TO OBTAIN OUTSTANDING DOCUMENTS (1.0); CONDUCT QUALITY CONTROL OF LARGE SUPPLEMENTAL PRODUCTION (2.0). |
| 5.80 | Otoo, Mary D | DRAFT OUTLINE FOR LEAH BINDER DEPOSITION. |
| 12.60 | Togias, Iason G | PREPARE FOR DEPOSITION OF A. CAMPIONE. |
| 5.50 | Fischer, Alexander M | COMPLETE PROCESS OF IDENTIFYING, INCORPORATING, AND INDEXING ALL JOINT DOCUMENTS AND GOOD SAMARITAN DOCUMENTS FOR CEO DEPOSITION PREPARATION. |
| 4.50 | Fischer, Alexander M | CONFER WITH J. MARCUS, M. PINEIRO, L. CRAIN, M. TAKAGAKI, AND K. SIMMONS RE CEO DEPOSITIONS (.5); REVIEW AND INCORPORATE NEWLY PRODUCED DOCUMENTS RE UNION CONTRACT NEGOTATIONS (1.0); REVISE AND UPDATE CEO PREPARATION OUTLINES (3.0). |
| | Conway, Christian L | |
| | Dabanka, Elizabeth A | |

Invoice Date: October 7, 2025

Invoice No. 2025103330

| | | |
|---|---|---|
| ☒ | Archambeau, Karsyn | ☒ |
| ☒ | Archambeau, Karsyn | ☒ |
| 4.10 | Archambeau, Karsyn | REVISE DEPOSITION OUTLINE RE: FEEDBACK FROM M. OTOO AND M. TAKAGAKI. |
| 3.00 | Archambeau, Karsyn | CONTINUE DRAFTING DEPOSITION OUTLINE RE: ADDITIONAL DOCUMENTS AND EXHIBITS. |
| 0.40 | Archambeau, Karsyn | CONDUCT FINAL REVIEW OF UNION DOCUMENTS RE: RESPONSIVENESS AND SUMMARIZE SAME FOR L. CRAIN. |
| ☒ | Archambeau, Karsyn | ☒ |
| 5.10 | Delwiche, Noah J | PREPARE FOR A. CAMPIONE DEPOSITION. |
| 4.10 | Delwiche, Noah J | PREPARE FOR KUSH BANERJEE DEPOSITION. |
| ☒ | Delwiche, Noah J | ☒ |
| 0.60 | Delwiche, Noah J | EDIT RESPONSES AND OBJECTIONS FOR GALLAGHER SUBPOENA. |
| 1.30 | Delwiche, Noah J | EDIT ORDER OF PROOF. |
| 5.50 | Wang, Laura Y | COLLECT AND ANALYZE CLIENT DOCUMENTS IN SUPPORT OF LEAPFROG'S REQUESTS FOR PRODUCTION. |
| ☒ | Enright, Sheila | ☒ |



| | | | |
|---|---|---|---|
| ⊠ | Raber, Steven | | ⊠ |
| ⊠ | Varela, Eugenia | | ⊠ |
| ⊠ | Womack, Lauren E | | ⊠ |
| 09/11/25 5.20 | Chung, Daniel | | REVISE DEPOSITION OUTLINES (2.0); REVIEW SOURCE DOCUMENTS (1.2); REVISE DISCOVERY CORRESPONDENCE (2.0) |
| 0.70 | Maloney, Mary Beth | | ADDRESS STATUS AND STRATEGY OF THIRD PARTY DISCOVERY. |
| ⊠ | Yang, Betty X | | ⊠ |
| 11.00 | Crain, Lee R | | PREPARE FOR DEPOSITION OF A. CAMPIONE, INCLUDING REVIEWING EXHIBITS FOR DEPOSITION, REVISING OUTLINE, AND STRATEGIZING WITH TEAM. |
| 1.40 | Hvidt, Scott K | | DRAFT CORRESPONDENCE REGARDING STRATEGY AND TASKS (.4); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.3); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.7). |
| 3.50 | Hvidt, Scott K | | WORK ON DEPOSITION OUTLINES AND STRATEGY. |
| 0.50 | Hvidt, Scott K | | PARTICIPATE IN MEET AND CONFER. |

| 0.60 | Hvidt, Scott K | WORK WITH CORNERSTONE REGARDING M. AUSTIN. |

Buzzard, Christine M

| 1.60 | Buzzard, Christine M | COORDINATE ORDER OF PROOF EDITING PROCESS AND WORK WITH TEAM MEMBERS TO ADD AND STRUCTURE KEY MATERIAL. |

Parks, Allyson E

Richman, Brian A

 Takagaki, Marc Aaron Y



| 1.30 | Batista, Robert A | ANALYZE EXPERT REPORTS IN PREPARATION FOR DRAFTING DAUBERT MOTIONS. |

| 2.50 | Batista, Robert A | ANALYZE CASE MATERIALS IN PREPARATION FOR DRAFTING MOTIONS IN LIMINE AND DAUBERT MOTIONS. |

| 1.80 | Batista, Robert A | DRAFT ANALYSIS OF RESEARCH ON PRIVILEGE LOG REQUIREMENT RE RESPONSES AND OBJECTIONS TO T. GALLAGHER SUBPOENA. |

| | | |
|---|---|---|
| | Hammer, Stephen J | |
| 6.80 | Simmons, Kevin M | PREPARE FOR DEPOSITION PREPARATION SESSIONS WITH CEOS (1.5); PREPARE S. MONTGOMERY FOR DEPOSITION (2.7); ADD NEW DOCUMENTS TO S. MONTGOMERY OUTLINE (1.4); DRAFT DEPOSITION PREPARATION OUTLINE FOR J. HANLON (1.2). |
| 0.30 | Simmons, Kevin M | DRAFT EMAIL TO L. CRAIN RE GOOD SAMARITAN INTERROGATORY RESPONSE (0.3). |
| 0.60 | Cardone, Emily A | REVIEW AND ANALYZE M. DANFORTH AND D. CLASSEN DOCUMENTS. |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 1.70 | Cardone, Emily A | DRAFT AND REVISE M. DANFORTH DEPOSITION OUTLINE. |
| 0.60 | Cardone, Emily A | DEVELOP STRATEGY WITH D. CHUNG RE GALLAGHER RESPONSES AND OBJECTIONS TO SUBPOENA. |
| 0.60 | Cardone, Emily A | REVIEW AND ANALYZE WHITEPAPER MODULE FOR M. DANFORTH DEPOSITION AND M. AUSTIN DEPOSITION. |
| | Cardone, Emily A | |
| 1.00 | Kuntz, Andrew V | DRAFT SUMMARY OF LEAPFROG'S FACT WITNESS THEMES. |

Wolf, Brandon C

Grover, Monica

Shi, Andrew A

| 10.10 | Reilly, Kevin J | DRAFT DEPOSITION OUTLINE (9.5); MEET WITH CORNERSTONE REGARDING WHITE PAPER (0.6). |

| 5.30 | Garnick, Adam J | COORDINATE CONTINUED DOCUMENT COLLECTION WITH CLIENT CONTACTS (1.3); DRAFT EMAILS TO TEAM AND OPPOSING COUNSEL REGARDING PRODUCTION (1.0); CONDUCT QUALITY CONTROL OF LATEST PRODUCTION (2.0); CONFER WITH TEAM REGARDING AND PREPARE FOR FINAL DOCUMENT PRODUCTIONS (1.0). |

| 2.70 | Otoo, Mary D | DRAFT LEAH BINDER DEPOSITION OUTLINE. |

| 0.80 | Otoo, Mary D | REVIEW AND ANALYZE DOCUMENTS IN PREPARATION FOR LEAH BINDER DEPOSITION. |

Jacobs, Peter A

| 11.30 | Togias, Iason G | PREPARE FOR DEPOSITION OF A. CAMPIONE. |

| | | |
|---|---|---|
| 7.80 | Fischer, Alexander M | REVIEW DOCUMENTS IN NEW PRODUCTION FOR APPLICABILITY TO CEO DEPOSITION PREPARATION AND INCORPORATE AND DRAFT RED-TEAM QUESTIONS (4.0); CORRESPOND WITH L. CRAIN, M. TAKAGAKI, AND K. SIMMONS RE DOCUMENTS RELATED TO UNION AT PLAINTIFF HOSPITALS (0.5); REVISE S. MONTGOMERY OUTLINE AND J. HANLON OUTLINE AND ASSOCIATED INDEXES AND E-BINDERS (3.3). |
| ☒ | Dabanka, Elizabeth A | |
| ☒ | Archambeau, Karsyn | |
| ☒ | Archambeau, Karsyn | |
| 1.40 | Archambeau, Karsyn | CONTINUE REVISING DEPOSITION OUTLINE RE: ADDITIONAL IMPORTANT DOCUMENTS. |
| ☒ | Archambeau, Karsyn | |
| 3.30 | Archambeau, Karsyn | CONTINUE ANALYZING DOCUMENTS FOR INCLUSION IN DEPOSITION OUTLINE. |
| 0.20 | Archambeau, Karsyn | COORDINATE WITH M. OTOO RE: ADDITIONAL REVISIONS TO DEPOSITION OUTLINE. |

| | | |
|---|---|---|
| ⊠ | Archambeau, Karsyn | ⊠ |
| ⊠ | Delwiche, Noah J | ⊠ |
| 4.30 | Delwiche, Noah J | DRAFT OUTLINE FOR KUSH BANERJEE DEPOSITION. |
| 6.20 | Delwiche, Noah J | PREPARE FOR A. CAMPIONE DEPOSITION. |
| 3.70 | Wang, Laura Y | COLLECT AND ANALYZE CLIENT DOCUMENTS FOR PRODUCTION. |
| 0.80 | Wang, Laura Y | PARTICIPATE IN MEETING WITH M.A. TAKAGAKI AND A. GARNICK RE DOCUMENT PRODUCTION. |
| ⊠ | Rivera, Victor A | ⊠ |
| ⊠ | Womack, Lauren E | ⊠ |

09/12/25

| | | |
|---|---|---|
| 6.20 | Chung, Daniel | INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY (3.1); REVIEW SOURCE DOCUMENTS (1.1); REVISE DEPOSITION OUTLINES (1.0); DRAFT CORRESPONDENCE REGARDING DISCOVERY ISSUES (1.0). |
| 1.50 | Maloney, Mary Beth | ATTENTION TO DISCOVERY MATTERS. |
| ⊠ | Yang, Betty X | ⊠ |

**Invoice Date: October 7, 2025**　　　　　　　　　　　　　　　　**Invoice No. 2025103330**

**Due and Payable Upon Receipt**

| 11.50 | Crain, Lee R | TAKE DEPOSITION OF A. CAMPIONE AND PREPARE FOR THE SAME (10); REVIEW OUTLINE FOR DEPOSITION OF M. AUSTIN (1.5). |
|---|---|---|
| 0.30 | Hvidt, Scott K | WORK ON EXPERT DISCOVERY DEPOSITION STRATEGY. |
| 0.50 | Hvidt, Scott K | CONFERENCE WITH NON-PARTY COUNSEL. |
| 1.20 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE CORRESPONDENCE TO OPPOSING COUNSEL (.7); DRAFT CORRESPONDENCE REGARDING STRATEGY (.5). |
| 1.40 | Hvidt, Scott K | PREPARE FOR DEPOSITIONS. |
| 2.70 | Buzzard, Christine M | WORK WITH BRIEFING TEAM TO DEVELOP STRATEGY FOR MOTION TO DISMISS AND MOTIONS IN LIMINE. |
| ☒ | Buzzard, Christine M | ☒ |

 Takagaki, Marc Aaron Y



0.30       Batista, Robert A

REVISE PRIVILEGE LOG FOR
DOCUMENTS RESPONSIVE TO T.
GALLAGHER SUBPOENA.

**Invoice Date: October 7, 2025**                                                                **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 2.70 | Batista, Robert A | REVISE RESPONSES AND OBJECTIONS TO T. GALLAGHER SUBPOENA. |
| 1.50 | Batista, Robert A | ANALYZE DOCUMENTS RESPONSIVE TO T. GALLAGHER SUBPOENA. |
| 9.10 | Simmons, Kevin M | DRAFT DEPOSITION PREPARATION OUTLINE FOR J. HANLON (2.8); PREPARE S. MONTGOMERY FOR DEPOSITION (4.4); DRAFT EMAILS RE CEO PREPARATIONS FOR DEPOSITION (0.6); WORK ON H. HAVERICAK DEPOSITION PREPARATION OUTLINE (0.8); COMMENT ON DEPOSITION NOTICE FROM OPPOSING COUNSEL (0.5). |
| 0.50 | Cardone, Emily A | DEVELOP STRATEGY WITH L. CRAIN RE M. AUSTIN AND M. DANFORTH DEPOSITIONS AND EXPERT PANEL MEETING. |
| 0.40 | Cardone, Emily A | CONFER WITH LEAPFROG RE 30(B)(6) NOTICE. |
| 0.50 | Cardone, Emily A | REVIEW AND ANALYZE EXPERT DEPOSITION TOPICS. |
| ⊠ | Cardone, Emily A | ⊠ |
| 0.50 | Cardone, Emily A | REVIEW AND ANALYZE AMENDED INITIAL DISCLOSURES. |
| 1.30 | Cardone, Emily A | REVIEW AND ANALYZE T. GALLAGHER DOCUMENTS AND REVIEW AND REVISE PRIVILEGE LOG. |
| 1.60 | Cardone, Emily A | REVIEW AND ANALYZE APRIL 12 MEETING DOCUMENTS FOR DEPOSITION. |
| ⊠ | Wolf, Brandon C | ⊠ |

| | | |
|---|---|---|
| | Grover, Monica | |
| | Shi, Andrew A | |
| 6.70 | Reilly, Kevin J | REVISE M. AUSTIN DEPOSITION OUTLINE. |
| 3.00 | Garnick, Adam J | CONFER WITH L. CRAIN ON DOCUMENT COLLECTION AND PRODUCTION AND NEXT STEPS (0.5); CONDUCT A SECOND LEVEL REVIEW OF DOCUMENTS AHEAD OF ANOTHER SUPPLEMENTAL DOCUMENT PRODUCTION (1.5); REVIEW AND REVISE LETTER REGARDING THIRD PARTY SUBPOENA (0.5); COORDINATE WITH OUTSIDE VENDORS ON VARIOUS DISCOVERY ISSUES, INCLUDING CONDUCTING FIRST LEVEL REVIEW (0.5). |
| | Otoo, Mary D | |
| 1.60 | Otoo, Mary D | REVISE LEAH BINDER DEPOSITION OUTLINE. |
| 1.60 | Otoo, Mary D | REVIEW AND ANALYZE DOCUMENTS IN PREPARATION FOR LEAH BINDER DEPOSITION. |

| 12.90 | Togias, Iason G | PREPARE FOR DEPOSITION OF A. CAMPIONE (1.0); SECOND-CHAIR DEPOSITION (9.2); CONFER WITH D. CHUNG, L. CRAIN, AND N. DELWICHE RE DEPOSITION (0.5); ANALYZE TRANSCRIPT OF DEPOSITION (2.2). |
| | Fischer, Alexander M | |
| | Dabanka, Elizabeth A | |
| 4.00 | Archambeau, Karsyn | REVISE OUTLINE RE: DOCUMENTS TO BE USED IN DEPOSITION. |
| 1.90 | Archambeau, Karsyn | DRAFT THIRD-PARTY SUBPOENAS RE: UPDATED DISCLOSURES FROM DEFENDANT FOR S. HVIDT. |
| 0.20 | Archambeau, Karsyn | COLLECT AND ORGANIZE FILES FROM CLIENT RE: SUPPLEMENTAL PRODUCTIONS. |
| 1.60 | Archambeau, Karsyn | COLLECT DOCUMENTS TO BE USED IN DEPOSITION FOR COMPILATION BY DOCUMENT VENDOR. |
| 0.60 | Archambeau, Karsyn | FINALIZE DAILY UPDATE TO TEAM AND CIRCULATE SAME AND BEGIN DRAFTING SAME FOR MONDAY. |

| | | |
|---|---|---|
| 1.00 | Delwiche, Noah J | EDIT MATERIALS FOR RESPONSE TO T. GALLAGHER SUBPOENA. |
| 2.40 | Delwiche, Noah J | PREPARE FOR A. CAMPIONE DEPOSITION. |
| 4.70 | Delwiche, Noah J | DRAFT KUSH BANERJEE DEPOSITION OUTLINE. |
| 0.90 | Wang, Laura Y | COLLECT CLIENT DOCUMENTS IN SUPPORT OF DOCUMENT PRODUCTION. |
| 0.80 | Wang, Laura Y | PARTICIPATE IN MEETING WITH M.A. TAKAGAKI, E. DABANKA, AND M. OTOO RE DOCUMENT REVIEW. |
| | Rivera, Victor A | |
| | Varela, Eugenia | |
| | Varela, Eugenia | |
| | Womack, Lauren E | |

|  | Womack, Lauren E |  |
|--|------------------|--|

| 09/13/25 2.00 | Chung, Daniel | REVISE DEPOSITION OUTLINES (1.0); REVIEW SOURCE DOCUMENTS (1.0). |
|---|---|---|
| 1.50 | Crain, Lee R | PREPARE FOR M. AUSTIN DEPOSITION. |
| 2.00 | Hvidt, Scott K | DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY (.8); DRAFT, REVIEW AND REVISE NON-PARTY DISCOVERY CORRESPONDENCE (.8); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.4). |
| 0.20 | Takagaki, Marc Aaron Y | REVIEW PRODUCTION COVER LETTER (.1); EMAIL CORRESPONDENCE WITH OPPOSING COUNSEL RE: DOCUMENT PRODUCTION (.1). |
|  | Batista, Robert A |  |
| 3.60 | Simmons, Kevin M | WORK ON H. HAVERICAK DEPOSITION PREPARATION OUTLINE (1.2); ANALYZE H. HAVERICAK DOCUMENTS FOR DEPOSITION PREPARATION OUTLINE (1.0); ANALYZE C. MCCAULEY DOCUMENTS FOR DEPOSITION PREPARATION OUTLINE (1.2); DRAFT EMAILS RE PEER REVIEW PRIVILEGE FOR DEPOSITION PREPARATION OUTLINES (0.2). |
|  | Simmons, Kevin M |  |

| 1.70 | Cardone, Emily A | REVIEW AND ANALYZE A. CAMPIONE TRANSCRIPT FOR M. DANFORTH DEPOSITION OUTLINE. |
| 1.10 | Garnick, Adam J | CONDUCT FINAL REVIEW AND QUALITY CONTROL OF PRODUCTION OF DOCUMENTS (0.8); DRAFT PRODUCTION LETTER AND ASSIST IN SERVING DOCUMENT PRODUCTION (0.3). |
| 0.70 | Otoo, Mary D | REVIEW AND ANALYZE DOCUMENTS IN RESPONSE TO QCE COMMITTEE SUBPOENA. |
| 1.70 | Togias, Iason G | COMPOSE SUMMARY AND ANALYSIS OF A. CAMPIONE DEPOSITION. |
| 2.10 | Fischer, Alexander M | REVIEW DOCUMENTS FOR H. HAVERICAK AND C. MCCAULEY AND ORGANIZE E-BINDERS FOR PREPARATION. |
| 1.50 | Archambeau, Karsyn | COORDINATE WITH K. REILLY RE: THIRD PARTY SUBPOENA AND REVIEW BUSINESS RECORDS OF SAME FOR SERVICE. |
| 0.90 | Delwiche, Noah J | CONFER WITH TEAM RE FOLLOW-UP RESEARCH AND DOCUMENT IDENTIFICATION AFTER A. CAMPIONE DEPOSITION. |
| 4.00 | Delwiche, Noah J | EDIT KUSH BANERJEE DEPOSITION OUTLINE. |
| 1.80 | Wang, Laura Y | ANALYZE DOCUMENTS FOR RESPONSIVENESS TO SUBPOENA. |
| ☒ | Varela, Eugenia | ☒ |

09/14/25

| | | |
|---|---|---|
| 3.00 | Chung, Daniel | REVISE DEPOSITION OUTLINES (1.0); REVIEW SOURCE DOCUMENTS (1.0); INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY (1.0). |
| 2.70 | Maloney, Mary Beth | REVISE DEPO TRANSCRIPT FOR CAMPIONE AND REVISE UPDATE RE SAME (1.2); ATTEND TO PREP FOR CEO DEPO (1.5). |
| 2.60 | Crain, Lee R | ATTENTION TO DISCOVERY STATUS AND STRATEGY (.5); CONFER WITH J. MARCUS RE DEFENSIVE DEPOSITION STRATEGY (.5); CONFER WITH TEAM RE TENET DOCUMENT SUBPOENA STRATEGY (.5); PREPARE FOR UPCOMING DEPOSITIONS (1.1). |
| 0.40 | Hvidt, Scott K | OVERSEE KEY DOCUMENT REVIEW AND IDENTIFICATION. |
| 1.00 | Hvidt, Scott K | DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY (.6); EXECUTE VARIOUS DISCOVERY STRATEGY TASKS (.4). |
| 0.60 | Hvidt, Scott K | PREPARE FOR HARRIS DEPOSITION. |
| 1.10 | Takagaki, Marc Aaron Y | REVIEW AND EDIT SUBPOENA OBJECTION LETTERS (.4); CONFER WITH A. SHI AND L. CRAIN RE: SAME (.2); ATTEND MEETING RE: QCE MATERIALS (.5). |
| ⊠ | Batista, Robert A | |
| 0.40 | Batista, Robert A | REVISE RESPONSES AND OBJECTIONS TO T. GALLAGHER SUBPOENA. |

| | | |
|---|---|---|
| 1.30 | Simmons, Kevin M | DRAFT EMAIL TO L. CRAIN RE NOTICE OF DEPOSITION FOR CEOS (0.8); DRAFT EMAIL TO PARTNER TEAM RE NOTICE OF DEPOSITION FOR CEOS (0.5). |
| 0.90 | Cardone, Emily A | REVIEW AND REVISE EXHIBITS FOR M. DANFORTH DEPOSITION. |
| 1.80 | Cardone, Emily A | REVIEW AND ANALYZE A. CAMPIONE TRANSCRIPT FOR M. DANFORTH DEPOSITION OUTLINE. |
| ⊠ | Shi, Andrew A | ⊠ |
| 0.80 | Garnick, Adam J | CONDUCT QUALITY CONTROL AND FINALIZE ANOTHER PRODUCTION OF DOCUMENTS (0.75). |
| ⊠ | Otoo, Mary D | ⊠ |
| 1.50 | Otoo, Mary D | DRAFT SUMMARY OF QCE DOCUMENTS FOR CORRESPONDENCE TO OPPOSING COUNSEL. |
| 4.00 | Togias, Iason G | COMPLETE SUMMARY AND ANALYSIS OF A. CAMPIONE DEPOSITION (2.0); REVIEW CORRESPONDENCE RE UPCOMING DEPOSITIONS (1.7); COORDINATE THIRD-PARTY DISCOVERY (0.3) |
| 6.80 | Fischer, Alexander M | INDEX AND INCORPORATE ALL DOCUMENTS FOR DEPOSITIONS FOR H. HAVERICAK AND C. MCCAULEY DEPOSITION PREPARATION OUTLINES. |



Dabanka, Elizabeth A

0.20   Archambeau, Karsyn

SUMMARIZE STATUS OF ADDITIONAL THIRD-PARTY SUBPOENAS FOR K. REILLY RE: SERVICE.

Archambeau, Karsyn

Delwiche, Noah J

2.90   Delwiche, Noah J

EDIT KUSH BANERJEE DEPOSITION OUTLINE.

Wang, Laura Y

Wang, Laura Y

Womack, Lauren E

09/15/25
7.00   Chung, Daniel

PREPARE FOR K. BANERJEE AND L. BINDER DEPOSITIONS (2.0); REVIEW DISCOVERY CORRESPONDENCE (2.0); REVIEW PRIVILEGE REVIEW RESULTS (3.0).

Maloney, Mary Beth



| | | | |
|---|---|---|---|
| | Yang, Betty X | | |
| 7.00 | Crain, Lee R | | ATTENTION TO DISCOVERY DISPUTES (1); MEET AND CONFER WITH OPPOSING COUNSEL AND PREPARE FOR THE SAME (.5); REVIEW TRANSCRIPT OF S. MONTGOMERY AND CONFER WITH TEAM RE THE SAME (1.5); PREPARE FOR M. DANFORTH DEPOSITION (4). |
| 0.30 | Hvidt, Scott K | | PARTICIPATE IN MEET AND CONFER. |
| | Hvidt, Scott K | | |
| | Buzzard, Christine M | | |
| 1.60 | Buzzard, Christine M | | REVIEW AND REVISE DRAFT ORDER OF PROOF AND ADVISE REGARDING NEXT STEPS FOR EDITING PROCESS. |
| | Buzzard, Christine M | | |
| | Buzzard, Christine M | | |
| | Buzzard, Christine M | | |

Invoice Date: October 7, 2025                                                        Invoice No. 2025103330

**Due and Payable Upon Receipt**

 Parks, Allyson E



 Richman, Brian A

| | | |
|---|---|---|
| 8.60 | Takagaki, Marc Aaron Y | CONFER WITH A. SHI RE: RESPONSES AND OBJECTIONS TO PBHN AND QCE SUBPOENAS (.1); REVIEW REALTIME TRANSCRIPT OF S. MONTGOMERY DEPOSITION (1.2); CONFER WITH L. CRAIN, K. SIMMONS, AND OTHERS RE: SAME (.6); COORDINATE PREPARATION AND SERVICE OF THIRD PARTY SUBPOENAS (.6); COORDINATE DOCUMENT PRODUCTION TO LEAPFROG (.2); REVIEW AND ANALYZE EXHIBITS USED AT S. MONTGOMERY DEPOSITION (.7); ATTEND MEETING WITH CORNERSTONE, L. CRAIN, S. HVIDT, AND OTHERS RE: EXPERT DEPOSITIONS (.8); REVIEW AND ANALYZE DOCUMENTS FOR L. BINDER DEPOSITION (1.0); STRATEGIZE WITH K. REILLY RE: WHITE PAPER (.4); STRATEGIZE WITH M. OTOO AND K. ARCHAMBEAU RE: DRAFTING L. BINDER DEPOSITION OUTLINE (.5); REVIEW AND ANALYZE PRODUCTION OF QCE BOARD MATERIALS (1.0); STRATEGIZE WITH A. SHI AND L. CRAIN RE: SAME (.4); SERVE RESPONSES ON OPPOSING COUNSEL (.1); REVIEW AND EDIT ORDER OF PROOF (1). |
| 4.40 | Batista, Robert A | REVISE AND FINALIZE RESPONSES AND OBJECTIONS, DOCUMENT PRODUCTION, AND PRIVILEGE LOG FOR T. GALLAGHER SUBPOENA. |

 Batista, Robert A



| | | |
|---|---|---|
| 12.50 | Simmons, Kevin M | DRAFT EMAIL TO M.A. TAKAGAKI RE R. WEST DEPOSITION (0.1); ASSIST AT DEPOSITION OF S. MONTGOMERY (9.4); DRAFT EMAIL TO CLIENT SUMMARIZING DEPOSITION OF S. MONTGOMERY (3.0). |
| 0.80 | Cardone, Emily A | DRAFT, REVISE, AND FINALIZE AMENDED 30(B)(6) NOTICE TO LEAPFROG. |
| ☒ | Cardone, Emily A | ☒ |
| 1.60 | Cardone, Emily A | LEGAL RESEARCH RE M. DANFORTH ARTICLES AND PUBLIC STATEMENTS. |
| 1.80 | Cardone, Emily A | DRAFT AND REVISE M. DANFORTH DEPOSITION OUTLINE. |
| 1.70 | Cardone, Emily A | REVIEW, REVISE, AND FINALIZE RESPONSES AND OBJECTIONS TO GALLAGHER SUBPOENA AND PRIVILEGE LOG. |
| ☒ | Kuntz, Andrew V | ☒ |
| ☒ | Kuntz, Andrew V | ☒ |
| ☒ | Kuntz, Andrew V | ☒ |
| ☒ | Wolf, Brandon C | ☒ |



Grover, Monica

Shi, Andrew A

Reilly, Kevin J

4.80   Garnick, Adam J   UPDATE REQUEST FOR PRODUCTION CHARTS BASED ON FINAL AGREEMENTS (2.5); CONDUCT PRIVILEGE REVIEW OF VARIOUS DOCUMENTS IN PRODUCTIONS (0.5); CONDUCT SECOND LEVEL REVIEW OF LISA COOK ESI FIRST-LEVEL REVIEW (1.8).

Otoo, Mary D

5.60   Otoo, Mary D   DRAFT LEAH BINDER DEPOSITION OUTLINE.



1.20    Otoo, Mary D                    CONDUCT CITE CHECK OF LETTER
                                        TO OPPOSING COUNSEL.

        Togias, Iason G

7.90    Fischer, Alexander M            SUPPORT S. MONTGOMERY
                                        DEPOSITION AND REVISE H.
                                        HAVERICAK AND C. MCCAULEY
                                        DEPOSITION-PREPARATION
                                        MATERIALS FOR LEARNINGS AND
                                        KEY DOCUMENTS FROM S.
                                        MONTGOMERY DEPOSITION (5.6);
                                        PREPARE J. HANLON FOR
                                        DEPOSITION WITH B. YANG (2.0);
                                        REVISE SUMMARY OF S.
                                        MONTGOMERY DEPOSITION (.3).

        Dabanka, Elizabeth A

1.90    Archambeau, Karsyn             DRAFT ADDITIONAL QUESTIONS
                                        FOR DEPOSITION OUTLINE.

        Archambeau, Karsyn

4.50    Archambeau, Karsyn             ANALYZE PREVIOUS DEPOSITION
                                        TRANSCRIPT FOR USEFUL
                                        INFORMATION AND DOCUMENTS
                                        AND PROPOSE REVISIONS TO
                                        DEPOSITION OUTLINE RE: BINDER.

        Archambeau, Karsyn

**Invoice Date: October 7, 2025**                    **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| | Archambeau, Karsyn | |
| 0.60 | Archambeau, Karsyn | REVIEW DOCUMENTS DISCUSSED IN DEPOSITION OF CLIENT FOR A. GARNICK. |
| | Archambeau, Karsyn | |
| 0.70 | Archambeau, Karsyn | FINALIZE SUBPOENA FOR SERVICE IN COLLABORATION WITH K. REILLY AND M. TAKAGAKI. |
| | Archambeau, Karsyn | |
| 6.60 | Delwiche, Noah J | EDIT OUTLINE AND PREPARE EXHIBITS FOR KUSH BANERJEE DEPOSITION. |
| 0.50 | Wang, Laura Y | COLLECT CLIENT DOCUMENTS IN SUPPORT OF SUBPOENA RESPONSE. |
| | Rivera, Victor A | |
| | Womack, Lauren E | |
| 09/16/25 11.50 | Chung, Daniel | PREPARE FOR AND CONDUCT K. BANERJEE DEPOSITION (5.0); INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY (4.0); PREPARE FOR HOSPITAL CEO DEPOSITIONS (1.0); REVISE L. BINDER DEPOSITION MATERIALS (1.5). |



|  |  |  |
|---|---|---|
| | Maloney, Mary Beth | |
| | Yang, Betty X | |
| 9.50 | Crain, Lee R | MEET WITH M. MALONEY AND S. HVIDT RE WITNESS STRATEGY (.5); TEAM STRATEGY CALL (1); ATTENTION TO FINAL PRODUCTIONS AND REVIEW LAST DOCUMENTS WITH A. GARNICK (1); REVIEW DEPOSITION EXHIBITS FOR M. DANFORTH DEPOSITOIN/PREPARE FOR THE SAME (7). |
| 0.50 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL. |
| 3.40 | Hvidt, Scott K | WORK ON FACT DEPOSITION OUTLINES AND STRATEGY. |
| 2.80 | Hvidt, Scott K | WORK ON HARRIS DEPOSITION OUTLINE. |
| 1.30 | Hvidt, Scott K | CONFERENCE WITH TEAM REGARDING STRATEGY (.7); CONFERENCE WITH TEAM MEMBERS REGARDING DEPOSITION STRATEGY (.6). |



|  | Buzzard, Christine M |  |
|---|---|---|
|  | Buzzard, Christine M |  |
|  | Buzzard, Christine M |  |
| 0.80 | Buzzard, Christine M | COORDINATE AND SUPERVISE TEAM ADDITIONS TO ORDER OF PROOF DOCUMENT. |
| 0.30 | Buzzard, Christine M | DRAFT EMAIL FOR OPPOSING COUNSEL REGARDING MOTION FOR SUMMARY JUDGMENT AND MEDIATION SCHEDULE. |
| 0.20 | Buzzard, Christine M | DEVELOP STRATEGY FOR MOTION IN LIMINE EXPERT CHALLENGES WITH LOCAL COUNSEL TEAM. |
|  | Buzzard, Christine M |  |
| 1.00 | Buzzard, Christine M | REVIEW, REVISE, AND COMMENT ON OUTLINE OF FACTUAL BACKGROUND PORTION OF MOTION FOR SUMMARY JUDGMENT FROM B. WOLF. |
|  | Buzzard, Christine M |  |
| 0.50 | Buzzard, Christine M | DEVELOP STRATEGY FOR FACTS DISCUSSION IN MOTION FOR SUMMARY JUDGMENT. |



| | | |
|---|---|---|
| [x] | Parks, Allyson E | [x] |
| 6.60 | Takagaki, Marc Aaron Y | REVIEW AND ANALYZE DOCUMENTS FOR L. BINDER DEPOSITION (2.0); CONFER WITH G. WEST RE: DEPOSITION PREPARATION (.4); ATTEND TEAM MEETING RE: CASE STATUS AND STRATEGY (.7); STRATEGIZE WITH K. SIMMONS, M.B. MALONEY, AND A. FISCHER RE: PREPARATION FOR R. WEST DEPOSITION (.5); COORDINATE LOGISTICS FOR L. BINDER DEPOSITION (.3); STRATEGIZE WITH L. CRAIN RE: LEAPFROG'S ANSWER (.1); STRATEGIZE WITH K. ARCHAMBEAU, M. OTOO, AND OTHERS RE: L. BINDER DEPOSITION OUTLINE (.5); COORDINATE RESEARCH RE: LEAPFROG (.2); DRAFT L. BINDER DEPOSITION OUTLINE (.6); STRATEGIZE WITH E. DABANKA AND OTHERS RE: ORDER OF PROOF (.1); REVIEW AND ANALYZE K. JUPITER DEPOSITION TRANSCRIPT (.6); REVIEW AND ANALYZE DOCUMENT PRODUCTION (.3); REVIEW AND ANALYZE TEAM TASK LIST (.3). |
| [x] | Batista, Robert A | [x] |
| [x] | Batista, Robert A | [x] |
| 2.10 | Batista, Robert A | ANALYZE CASE MATERIALS IN PREPARATION FOR DRAFTING MOTIONS IN LIMINE. |
| [x] | Hammer, Stephen J | [x] |

Invoice Date: October 7, 2025

Invoice No. 2025103330

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 6.60 | Simmons, Kevin M | DRAFT EMAIL TO CLIENT SUMMARIZING DEPOSITION OF S. MONTGOMERY (0.6); DRAFT H. HAVERICAK DEPOSITION OUTLINE (0.7); DRAFT EMAILS RE NEXT STEPS FOR OUTLINE FOR CEOS (0.3); WORK WITH GIBSON TEAM ON FINAL PREPARATIONS FOR CEO DEPOSITIONS (1.8); WORK ON CEO DEPOSITION PREPARATION OUTLINE (0.9); DRAFT EMAILS RE C. MCCAULEY DEPOSITION PREPARATIONS (0.4); WORK ON E. CAZARES DEPOSITION PREPARATION OUTLINE (1.9). |
| 1.60 | Cardone, Emily A | REVIEW AND REVISE M. DANFORTH EXHIBITS FOR DEPOSITION. |
| 0.30 | Cardone, Emily A | REVIEW, REVISE, AND FINALIZE K. VAN CAULIL DEPOSITION. |
| 3.80 | Cardone, Emily A | REVIEW AND REVISE M. DANFORTH DEPOSITION OUTLINE WITH L. CRAIN EDITS. |
| | Cardone, Emily A | |
| 0.30 | Cardone, Emily A | DEBRIEF WITH D. CHUNG, L. CRAIN, AND N. DELWICHE RE K. BANERJEE DEPOSITION. |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 0.50 | Cardone, Emily A | DEVELOP STRATEGY WITH INTERNAL TEAM RE UPCOMING DEPOSITIONS AND DISCOVERY. |
| | Kuntz, Andrew V | |

| | | |
|---|---|---|
| 1.80 | Kuntz, Andrew V | DRAFT ORDER OF PROOF. |
| | Wolf, Brandon C | |
| | Wolf, Brandon C | |
| | Grover, Monica | |
| | Shi, Andrew A | |
| | Reilly, Kevin J | |
| 3.50 | Garnick, Adam J | PREPARE FOR AND PARTICIPATE IN WEEKLY TEAM MEETING (0.5); DRAFT AND CIRCULATE SUMMARY EMAIL TO TEAM REGARDING STATUS OF COLLECTION AND PRODUCTION (0.75); COMMUNICATE WITH CLIENT CONTACTS REGARDING OUTSTANDING DOCUMENT COLLECTION (0.25); REVIEW AND QUALITY CONTROL PRODUCTION OF CLIENT DOCUMENTS PRIOR TO FINALIZING PRODUCTION (1.0); BEGIN REVIEWING LEAPFROG EXPERT REPORT AHEAD OF DEPOSITION (1.0). |

|       | Otoo, Mary D    | |
|-------|-----------------|---|
| 0.30  | Otoo, Mary D    | MEET WITH K. ARCHAMBEAU AND K. RILEY REGARDING LEAH BINDER DEPOSITION PREPARATION. |
| 0.30  | Otoo, Mary D    | MEET WITH K. ARCHAMBEAU REGARDING LEAH BINDER DEPOSITION PREPARATION. |

Otoo, Mary D

| 7.60  | Otoo, Mary D       | REVISE LEAH BINDER DEPOSITION OUTLINE. |
|-------|--------------------|---|
| 3.80  | Togias, Iason G    | PREPARE FOR MEETING RE CASE STRATEGY (1.0); CONFER WITH TEAM RE CASE STRATEGY (0.8); CONFER WITH K. REILLY, M. OTOO, AND K. ARCHAMBEAU RE L. BINDER DEPOSITION (0.3); CORRESPOND WITH K. ARCHAMBEAU RE SAME (0.5); PREPARE FOR MOTION FOR SUMMARY JUDGMENT (1.2). |
| 6.50  | Fischer, Alexander M | REVISE CEO DEPOSITION-PREPARATION MATERIALS TO INCLUDE FULL OUTLINES FOR E. CAZARES AND H. HAVERICAK (6.0); CONFER WITH FULL TEAM RE STATUS AND NEXT STEPS (.5). |

Conway, Christian L

**Invoice Date: October 7, 2025**                                **Invoice No. 2025103330**

**Due and Payable Upon Receipt**



Dabanka, Elizabeth A

Archambeau, Karsyn

1.10   Archambeau, Karsyn

DRAFT SEARCH TERMS RE: LEAH BINDER DEPOSITION PREPARATION AND COORDINATE WITH LEVEL LEGAL RE: SAME.

Archambeau, Karsyn

Archambeau, Karsyn

4.40   Archambeau, Karsyn

IMPLEMENT REVISIONS TO LEAH BINDER DEPOSITION OUTLINE WITH M. OTOO.

Archambeau, Karsyn

0.30   Archambeau, Karsyn

COLLABORATE WITH I. TOGIAS AND K. REILLY RE: NARRATIVES FOR EXPERT MODULE IN LEAH BINDER DEPOSITION.

**Invoice Date: October 7, 2025**                                    **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

| ☒ | Archambeau, Karsyn | |

| 13.40 | Delwiche, Noah J | PREPARE FOR KUSH BANERJEE DEPOSITION (2); SECOND CHAIR KUSH BANERJEE DEPOSITION (9); CONFER WITH TEAM RE KEY INSIGHTS FROM KUSH BANERJEE DEPOSITION (.5); DRAFT SUMMARY OF KUSH BANERJEE DEPOSITION (1.9). |

| ☒ | Wang, Laura Y | |

| ☒ | Wang, Laura Y | |

09/17/25

| 7.00 | Chung, Daniel | PREPARE FOR L. BINDER DEPOSITION (2.0); PREPARE FOR E. CAZARES DEPOSITION (2.0); INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY (2.0); REVIEW EXPERT MATERIALS (1.0). |

| ☒ | Maloney, Mary Beth | |

| ☒ | Yang, Betty X | |

| 12.00 | Crain, Lee R | PREPARE FOR DEPOSITION OF M. DANFORTH, INCLUDING REVIEW EXHIBITS EXTENSIVELY, REVISING OUTLINE, AND STRATEGIZING WITH TEAM. |

| | | |
|---|---|---|
| 1.50 | Hvidt, Scott K | WORK ON PRIVILEGE LOG CHALLENGE (.7); DRAFT CORRESPONDENCE REGARDING VARIOUS DISCOVERY STRATEGY ITEMS (.8). |
| 5.80 | Hvidt, Scott K | WORK ON DEPOSITIONS AND DEPOSITION STRATEGY. |
| 0.50 | Hvidt, Scott K | WORK WITH TEAM REGARDING EXPERT DEPOSITION STRATEGY. |
| 1.20 | Buzzard, Christine M | COORDINATE AND DEVELOP STRATEGY FOR EMAIL RESPONSE AND POSSIBLE MOTION PRACTICE IN LIGHT OF LEAPFROG'S DEFICIENT PRIVILEGE LOG. |

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Parks, Allyson E

| 4.40 | Takagaki, Marc Aaron Y | CONFER WITH OPPOSING COUNSEL RE: DOCUMENT PRODUCTION (.1); CONFER WITH L. CRAIN RE: STAFFING EXPERT DEPOSITIONS (.1); CONFER WITH M. OTOO AND K. ARCHAMBEAU RE: DOCUMENTS CITED IN L. BINDER OUTLINE (.1); DRAFT DEPOSITION NOTICES AND DEPOSITION SUBPOENAS (.8); CONFER WITH TEAM RE: LOGISTICS FOR EXPERT DEPOSITIONS (.3); CONDUCT LEGAL RESEARCH RE: DEPOSITION RULES (.2); CONFER WITH L. CRAIN AND OTHERS RE: SAME (.1); REVIEW AND ANALYZE DEPOSITION SUMMARIES (.8); STRATEGIZE WITH D. CHUNG AND OTHERS RE: L. BINDER DEPOSITION OUTLINE (.5); SERVE DEPOSITION SUBPOENAS AND NOTICES ON OPPOSING COUNSEL (.2); ORGANIZE AND MANAGE CASE FILES AND CALENDAR (.4); DRAFT L. BINDER AND R. WEST PREPARATION MATERIALS (.8). |

| | Batista, Robert A | |
| | Batista, Robert A | |
| 0.90 | Batista, Robert A | VIDEOCONFERENCE WITH C. BUZZARD, K. SIMMONS, AND A. SHI RE MOTION IN LIMINE TO EXCLUDE CMS SCORES. |
| | Hammer, Stephen J | |
| 1.00 | Simmons, Kevin M | WORK WITH BRIEFING TEAM ON MOTION IN LIMINE RE CMS STAR RATING (1.0). |

| | | |
|---|---|---|
| 5.30 | Simmons, Kevin M | PREPARE FOR DEPOSITION PREPARATION WITH H. HAVERICAK (0.1); PREPARE H. HAVERICAK FOR DEPOSITION (1.6); WORK WITH L. WANG RE PREPARING FOR DEPOSITION PREPARATION MEETINGS (0.2); WORK WITH D. CHEUNG RE E. CAZARES DEPOSITION PREPARATION OUTLINE (0.5); WORK ON C. MCCAULEY DEPOSITION OUTLINE (2.9). |
| | Simmons, Kevin M | |
| 3.10 | Cardone, Emily A | FINALIZE PREPARATION FOR M. DANFORTH DEPOSITION WITH L. CRAIN. |
| | Cardone, Emily A | |
| 4.30 | Cardone, Emily A | REVIEW AND FINALIZE M. DANFORTH EXHIBITS. |
| 1.10 | Kuntz, Andrew V | ANALYZE LEAPFROG'S PRIVILEGE LOG FOR DEFICIENT ENTRIES. |
| 0.20 | Kuntz, Andrew V | DRAFT CORRESPONDENCE TO LEAPFROG REGARDING INSUFFICIENCY OF VREDENBURGH EXPERT REPORT. |
| 0.20 | Kuntz, Andrew V | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL REGARDING STATUS OF NON-PARTY DOCUMENT SUBPOENAS. |
| | Kuntz, Andrew V | |
| | Wolf, Brandon C | |

⊠   Grover, Monica

⊠   Shi, Andrew A

⊠   Reilly, Kevin J

3.50   Garnick, Adam J   COORDINATE AND BEGIN PREPARING FOR OFFENSIVE EXPERT DEPOSITION OF INTERNET LITERACY EXPERT (2.5); DRAFT CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING DOCUMENT DEFICIENCIES AND OTHER DISCOVERY ISSUES (0.5); CONDUCT QUALITY CONTROL OF AND COORDINATE ANOTHER SUPPLEMENTAL DOCUMENT PRODUCTION (0.5).

2.00   Otoo, Mary D   REVISE LEAH BINDER DEPOSITION OUTLINE.

4.00   Otoo, Mary D   REVISE EXAMINATION MATERIALS FOR LEAH BINDER DEPOSITION.

**Invoice Date: October 7, 2025**                                **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

| 7.40 | Togias, Iason G | PREPARE FOR DEPOSITION OF M. DANFORTH (2.7); CONDUCT RESEARCH AND COMPOSE MEMORANDUM RE LIBEL-PROOF DEFENSE (2.4); COMPOSE SEARCH TERMS FOR CENTENE (1.8); CONFER WITH S. HVIDT, A. PARKS, AND K. REILLY RE DEPOSITION OF A. HARRIS (0.5). |
|---|---|---|
| 9.20 | Fischer, Alexander M | CONFER WITH D. CHUNG AND K. SIMMONS RE PREPARATION FOR E. CAZARES DEPOSITION (.5); CONFER WITH R. BATISTA RE MOTION IN LIMINE PREPARATION (.5); REVISE AND FINALIZE E. CAZARES DEPOSITION PREPARATION MATERIALS INCLUDING DOWNLOADING AND INDEXING ALL DOCUMENTS (8.2). |

 Dabanka, Elizabeth A



| 3.80 | Archambeau, Karsyn | REVISE DEPOSITION OUTLINE OF LEAH BINDER RE: IMPLEMENTING EDITS FROM D. CHUNG. |
|---|---|---|

| 0.20 | Archambeau, Karsyn | BEGIN REVIEWING EXPERT REPORT OF MARK RULE FOR DEPOSITION PREPARATION. |
| | Archambeau, Karsyn | |
| 4.50 | Archambeau, Karsyn | CONTINUE ANALYZING DOCUMENTS FOR LEAH BINDER DEPOSITION AND ORGANIZING SAME FOR REVIEW BY D. CHUNG AND M. TAKAGAKI. |
| | Archambeau, Karsyn | |
| | Delwiche, Noah J | |
| 2.30 | Wang, Laura Y | ANALYZE LEAPFROG'S PRIVILEGE LOG FOR DEFICIENCIES. |
| 2.30 | Wang, Laura Y | ANALYZE CLIENT DOCUMENTS FOR RESPONSIVENESS. |
| | Scott, Spencer E | |
| | Womack, Lauren E | |

09/18/25

| 7.00 | Chung, Daniel | PREPARE FOR L. BINDER DEPOSITION (2.0); REVIEW PRIVILEGE MATERIALS (2.0); INTERNAL CONFERENCES REGARDING M. DANFORTH DEPOSITION (2.0); REVIEW EXPERT MATERIALS (1.0). |
|---|---|---|
| 3.10 | Maloney, Mary Beth | REVIEW PRIVILEGE LOG COMMUNICATIONS (.2); ASSIST IN PREPARING GINA WEST FOR DEPOSITION (1.5); MCCAULEY DEPOSITION PREP (1.4). |
| 12.00 | Crain, Lee R | DEPOSE M. DANFORTH AND PREPARE FOR THE SAME/FOLLOW-UP. |
| 0.80 | Hvidt, Scott K | WORK WITH CORNERSTONE REGARDING EXPERT DEPOSITIONS. |
| 5.70 | Hvidt, Scott K | WORK ON DEPOSITIONS AND DEPOSITION OUTLINES. |
| 0.50 | Buzzard, Christine M | REVIEW AND REVISE DRAFT OPPOSING COUNSEL EMAIL OBJECTING TO DEFICIENT PRIVILEGE LOG. |

Buzzard, Christine M

Parks, Allyson E

**Due and Payable Upon Receipt**



Takagaki, Marc Aaron Y

Hammer, Stephen J

8.80   Simmons, Kevin M

PREPARE H. HAVERICAK FOR DEPOSITION (5.6); WORK ON C. MCCAULEY DEPOSITION OUTLINE (0.8); WORK ON R. WEST DEPOSITION OUTLINE (1.5); DRAFT SUMMARY OF CORPORATE REPRESENTATIVE TOPICS (0.5); DRAFT EMAILS RE NOTICES OF DEPOSITION (0.4).

Cardone, Emily A



| | | |
|---|---|---|
| | Cardone, Emily A | |
| | Kuntz, Andrew V | |
| | Kuntz, Andrew V | |
| 2.40 | Kuntz, Andrew V | DRAFT ORDER OF PROOF REGARDING LEAPFROG WEBSITE DESIGN. |
| | Kuntz, Andrew V | |
| 1.90 | Kuntz, Andrew V | DRAFT CORRESPONDENCE REGARDING LEAPFROG'S DEFICIENT PRIVILEGE LOG. |
| | Wolf, Brandon C | |
| | Grover, Monica | |

| 6.10 | Reilly, Kevin J | PREPARE FOR AND ATTEND CALL WITH CIGNA (0.4); ATTEND CALL WITH CORNERSTONE (0.8); CONFER WITH I. TOGIAS (0.3); PREPARE FOR HARRIS DEPOSITION (0.1); REVIEW DOCUMENTS (0.3); DRAFT SEARCH TERMS (0.6); REVISE AUSTIN DEPOSITION OUTLINE (2.6); CONFER WITH L. CRAIN REGARDING DEPOSITION (0.3); CONDUCT DOCUMENT REVIEW REGARDING INSURANCE GROUPS (0.7). |
|---|---|---|
| ☒ | Otoo, Mary D | ☒ |
| 1.00 | Otoo, Mary D | REVISE EXHIBITS FOR LEAH BINDER DEPOSITION. |
| 5.30 | Otoo, Mary D | REVISE LEAH BINDER DEPOSITION OUTLINE. |
| ☒ | Togias, Iason G | ☒ |
| 5.50 | Fischer, Alexander M | CONFER WITH E. CAZARES RE PREPARATION FOR DEPOSITION (2.0); PREPARE AND INDEX DOCUMENTS FOR G. WEST DEPOSITION PREPARATION AND REVISE MATERIALS (3.5). |



| | | |
|---|---|---|
| | Dabanka, Elizabeth A | |
| 6.10 | Archambeau, Karsyn | CONTINUE DRAFTING ADDITIONAL MODULES AND REVISING OUTLINE FOR DEPOSITION OF LEAH BINDER. |
| | Archambeau, Karsyn | |
| 1.50 | Archambeau, Karsyn | COORDINATE WITH M. TAKAGAKI AND M. OTOO RE: REVISIONS TO DEPOSITION OUTLINE AND OUTSTANDING TASKS. |
| | Archambeau, Karsyn | |
| 1.20 | Delwiche, Noah J | EDIT ORDER OF PROOF. |
| 1.10 | Delwiche, Noah J | PREPARE FOR DEPOSITIONS. |
| | Wang, Laura Y | |
| 2.20 | Wang, Laura Y | PREPARE KEY DOCUMENTS AND TALKING POINTS FOR G. WEST DEPOSITION PREPARATION SESSION. |
| 2.00 | Wang, Laura Y | PARTICIPATE IN G. WEST DEPOSITION PREPARATION SESSION WITH M.B. MALONEY AND M.A. TAKAGAKI. |



Hyde, Robert S

Rivera, Victor A

Womack, Lauren E

09/19/25
7.00   Chung, Daniel   PREPARE FOR L. BINDER AND E. CAZARES DEPOSITIONS (2.0); REVIEW DISCOVERY CORRESPONDENCE (2.0); REVIEW EXPERT REPORTS (3.0).

4.40   Maloney, Mary Beth   CONFER WITH TEAM RE MEDIATION STRATEGY (.3); MEETING WITH CLIENT RE CASE AND STRATEGY (.3); PREPARE C. MCCAULEY FOR DEPOSITION (2.3).; PREP FOR BINDER DEPO (1.5).

Yang, Betty X

2.80   Crain, Lee R   CLIENT CALL RE LITIGATION STRATEGY AND PREPARE FOR THE SAME (.5); REVIEW M. DANFORTH TRANSCRIPT TO PREPARE FOR UPCOMING TRANSCRIPTS (.5); STRATEGY CALL TO DISCUSS MOTIONS IN LIMINE STRATEGY (.5); PREPARE FOR M. AUSTIN DEPOSITION (.8); PREPARE FOR M. VRENDENBERGH DEPOSITION (.5).

| 0.30 | Hvidt, Scott K | CONFERENCE REGARDING MOTION IN LIMINE STRATEGY. |
| 4.80 | Hvidt, Scott K | WORK ON DEPOSITIONS. |
| 0.30 | Buzzard, Christine M | DEVELOP STRATEGY AND COORDINATE TASKS FOR EXPERT MOTIONS IN LIMINE WITH R. BATISTA. |

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Parks, Allyson E

 Takagaki, Marc Aaron Y



| | | |
|---|---|---|
| | Batista, Robert A | |
| | Batista, Robert A | |
| 0.70 | Batista, Robert A | VIDEOCONFERENCE WITH EXPERTS TEAM RE DAUBERT MOTIONS. |
| 3.20 | Batista, Robert A | ANALYZE CASE MATERIALS IN PREPARATION FOR DRAFTING MOTIONS IN LIMINE. |
| 10.50 | Simmons, Kevin M | DRAFT EMAIL TO A. FISCHER RE R. WEST DEPOSITION OUTLINE (0.4); WORK ON DEPOSITION OUTLINE FOR R. WEST (0.9); DEFEND DEPOSITION OF H. HAVERICAK (7.5); SUMMARIZE DEPOSITION OF H. HAVERICAK FOR CLIENT (1.7). |
| 0.20 | Simmons, Kevin M | INCORPORATE S. MONTGOMERY, H. HAVERICAK DEPOSITION INTO ORDER OF PROOF (0.2). |
| 0.80 | Cardone, Emily A | REVIEW AND REVISE K. VAN CAULIL DEPOSITION OUTLINE. |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 3.40 | Cardone, Emily A | REVIEW, REVISE, AND FINALIZE P. ROMANO DEPOSITION EXHIBITS. |
| 0.90 | Kuntz, Andrew V | REVIEW SCALE DOCUMENTS FOR POTENTIAL PRODUCTION. |

Kuntz, Andrew V

0.60   Kuntz, Andrew V

DRAFT CORRESPONDENCE TO LEAPFROG REGARDING DATA MISSING FROM VREDENBURGH REPORT.

Talley, Mark C

Wolf, Brandon C

Grover, Monica

Shi, Andrew A

Reilly, Kevin J

4.80   Otoo, Mary D

REVIEW AND ANALYZE EXHIBITS IN PREPARATION FOR LEAH BINDER DEPOSITION.

5.20   Togias, Iason G

CONFER WITH B. WOLF RE MOTION FOR SUMMARY JUDGMENT (0.3); PREPARE FOR DEPOSITION OF P. ROMANO (1.0); PREPARE FOR DEPOSITION OF A. HARRIS (0.6); COMPOSE MOTION FOR SUMMARY JUDGMENT (3.3).

**Invoice Date: October 7, 2025**                                      **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

5.20   Fischer, Alexander M

CONFER WITH M. MALONEY AND C. MCCAULEY RE DEPOSITION PREPARATION (2.0); INCORPORATE ALL DOCUMENTS AND REVISE AND FORMAT G. WEST DEPOSITION PREPARATION MATERIALS (3.2).



Conway, Christian L

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

2.70   Archambeau, Karsyn

CONTINUE REVISING OUTLINE OF LEAH BINDER DEPOSITION FOR REVIEW BY D. CHUNG.

Archambeau, Karsyn

| 3.50 | Delwiche, Noah J | ASSIST IN PREPARATIONS FOR L. BINDER DEPOSITION. |
|---|---|---|
| 0.80 | Wang, Laura Y | PREPARE DOCUMENTS FOR PRODUCTION IN RESPONSE TO LEAPFROG'S REQUESTS FOR PRODUCTION. |
| 3.00 | Wang, Laura Y | CONDUCT LEGAL RESEARCH IN SUPPORT OF LEAPFROG'S PRIVILEGE LOG DEFICIENCY LETTER. |
| 0.40 | Wang, Laura Y | PREPARE MATERIALS IN SUPPORT OF G. WEST DEPOSITION. |

Carrasco, Sophia E

Scott, Spencer E

Varela, Eugenia

Womack, Lauren E

09/20/25

| 7.00 | Chung, Daniel | PREPARE FOR L. BINDER AND E. CAZARES DEPOSITIONS. |
|---|---|---|
| 4.80 | Maloney, Mary Beth | REVIEW DEPOSITION TRANSCRIPTS OF CEO FOR RED TEAM PREP (2.8); REVISE LEAH BINDER DEPO OUTLINE (2). |
| 2.50 | Crain, Lee R | REVIEW L. BINDER DEPOSITION OUTLINE. |

Invoice Date: October 7, 2025                                    Invoice No. 2025103330

**Due and Payable Upon Receipt**

| 0.40 | Hvidt, Scott K | WORK ON NON-PARTY DISCOVERY. |
|---|---|---|
| 3.60 | Hvidt, Scott K | WORK ON DEPOSITIONS (3.2); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.4). |
| ☒ | Buzzard, Christine M | ☒ |
| 5.10 | Takagaki, Marc Aaron Y | DRAFT L. BINDER OUTLINE (3.4); STRATEGIZE WITH M.B MALONEY, D. CHUNG, S. HVIDT, AND OTHERS RE: SAME (.7); REVIEW AND ANALYZE L. BINDER EXHIBITS (1.0). |
| 2.50 | Simmons, Kevin M | INCORPORATE S. MONTGOMERY, H. HAVERICAK DEPOSITION INTO ORDER OF PROOF (2.5). |
| 7.60 | Simmons, Kevin M | WORK ON CROSS-EXAMINATION QUESTIONS FOR R. WEST (7.6). |
| ☒ | Reilly, Kevin J | ☒ |
| 2.80 | Otoo, Mary D | REVISE LEAH BINDER DEPOSITION OUTLINE. |
| 0.50 | Togias, Iason G | CORRESPOND WITH C. BUZZARD AND B. WOLF RE MOTION FOR SUMMARY JUDGMENT (0.2); CORRESPOND WITH L. CRAIN AND K. REILLY RE DEPOSITION OF M. AUSTIN (0.3). |
| 4.00 | Fischer, Alexander M | REVISE G. WEST DEPOSITION PREPARATION OUTLINE (2.5); REVIEW DEPOSITION TRANSCRIPT OF H. HAVERICAK TO IDENTIFY LINES OF QUESTIONING FOR OTHER CEOS (1.5). |
| 4.50 | Archambeau, Karsyn | CONTINUE REVISING DEPOSITION OUTLINE RE: FEEDBACK FROM S. HVIDT AND L. CRAIN. |

| | | |
|---|---|---|
| 0.80 | Archambeau, Karsyn | REVIEW BOARD PRESENTATIONS AND MATERIALS FOR ADDITIONAL BACKGROUND AND FACTS FOR LEAH BINDER DEPOSITION. |
| ⊠ | Delwiche, Noah J | ⊠ |

09/21/25

| | | |
|---|---|---|
| 10.00 | Chung, Daniel | PREPARE FOR L. BINDER AND E. CAZARES DEPOSITIONS. |
| ⊠ | Maloney, Mary Beth | ⊠ |
| ⊠ | Yang, Betty X | ⊠ |
| 1.70 | Crain, Lee R | PREPARE FOR DEPOSITION OF M. AUSTIN (1.2); PREPARE FOR DEPOSITION OF M. VREDENBURGH (.5). |
| 2.50 | Hvidt, Scott K | WORK ON DEPOSITIONS (2.0); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.5). |
| 3.10 | Buzzard, Christine M | REVIEW, REVISE, AND DEVELOP STRATEGY FOR FURTHER TEAM REVISIONS TO FACTUAL BACKGROUND PORTION OF MOTION FOR SUMMARY JUDGMENT. |



Takagaki, Marc Aaron Y

| 0.80 | Simmons, Kevin M | PREPARE FOR CEO AND R. WEST DEPOSITION PREPARATION SESSIONS THIS WEEK (0.8). |

| 2.00 | Simmons, Kevin M | INCORPORATE S. MONTGOMERY, H. HAVERICAK DEPOSITION INTO ORDER OF PROOF (2.0). |

| 1.70 | Kuntz, Andrew V | DRAFT CORRESPONDENCE TO LEAPFROG REGARDING OUTSTANDING REQUESTS FOR INFORMATION. |

Grover, Monica

Reilly, Kevin J

| 1.50 | Otoo, Mary D | ANALYZE LEAPFROG DOCUMENTS FOR DEPOSITION PREPARATION. |

**Due and Payable Upon Receipt**



Togias, Iason G

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

Archambeau, Karsyn

| 5.30 | Archambeau, Karsyn | REVISE OUTLINE FOR DEPOSITION OF LEAH BINDER RE: IMPLEMENTING EDITS FROM D. CHUNG. |
|---|---|---|
| 0.50 | Wang, Laura Y | PREPARE DOCUMENTS AND OUTLINE IN SUPPORT OF G. WEST DEPOSITION PREPARATION SESSION. |

09/22/25

| 13.00 | Chung, Daniel | PREPARE FOR AND CONDUCT L. BINDER DEPOSITION (6.5); PREPARE FOR E. CAZARES DEPOSITION (6.5). |
|---|---|---|
| 8.70 | Maloney, Mary Beth | MEETING WITH WITNESSES TO PREPARE FOR DEPOSITIONS (G. WEST, C. MCCAULEY) (4); REVISE DEPOSITIONS OUTLINES AND COMMUNICATIONS WITH TEAM RE SAME (4.7). |

Yang, Betty X

**Invoice Date: October 7, 2025**                                                  **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 7.30 | Crain, Lee R | REVIEW AND REVISE M. AUSTIN DEPO OUTLINE (4); REVIEW L. BINDER DEPO TRANSCRIPT (1.5); ATTENTION TO DISCOVERY ISSUES AND STRATEGY (1.8). |
| 1.30 | Hvidt, Scott K | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL REGARDING DISCOVERY DISPUTES (.7); DRAFT CORRESPONDENCE REGARDING DISCOVERY STRATEGY (.6). |
| ⊠ | Hvidt, Scott K | ⊠ |
| ⊠ | Buzzard, Christine M | ⊠ |
| ⊠ | Buzzard, Christine M | ⊠ |
| ⊠ | Buzzard, Christine M | ⊠ |
| 0.60 | Buzzard, Christine M | REVIEW AND REVISE ORDER OF PROOF DRAFT AND SUGGEST FURTHER EDITS AND AREAS FOR EXPLORATION TO E. DABANKA. |
| ⊠ | Buzzard, Christine M | ⊠ |
| 1.80 | Buzzard, Christine M | REVIEW AND REVISE DRAFT PRIVILEGE LOG MOTION TO COMPEL PREPARED BY A. SHI. |
| 1.10 | Buzzard, Christine M | REVIEW AND REVISE DRAFT SETTLEMENT CONFERENCE MOTION AND ACCOMPANYING PROPOSED ORDER DRAFTED BY B. FLOCH. |



| | | |
|---|---|---|
| | Parks, Allyson E | |
| 14.60 | Takagaki, Marc Aaron Y | PREPARE FOR L. BINDER DEPOSITION (1.4); ATTEND L. BINDER DEPOSITION (9.5); DRAFT SUMMARY RE: SAME (2.0); FILE PRO HAC VICE (.2); STRATEGIZE RE: EXPERT DEPOSITIONS (.2); TRAVEL RE: L. BINDER DEPOSITION (1.3). |
| 1.20 | Batista, Robert A | COORDINATE STRATEGY FOR MOTIONS IN LIMINE. |
| | Batista, Robert A | |
| 1.60 | Batista, Robert A | CONDUCT LEGAL RESEARCH FOR DAUBERT MOTIONS. |
| | Batista, Robert A | |
| 7.20 | Simmons, Kevin M | PREPARE J. HANLON FOR DEPOSITION (5.7); DRAFT EMAILS RE FINALIZING DEFENSIVE DEPOSITIONS (1.3); READ SUMMARY OF L. BINDER DEPOSITION FOR RELEVANCE TO CEO DEPOSITIONS (0.2). |
| 1.20 | Cardone, Emily A | REVIEW AND REVISE ORDER OF PROOF WITH M. DANFORTH EVIDENCE. |
| | Cardone, Emily A | |

Cardone, Emily A

2.90    Kuntz, Andrew V    DRAFT RESPONSE TO SCALE SUBPOENA.

0.50    Kuntz, Andrew V    CONFER WITH LOCAL COUNSEL REGARDING DEFENDANT'S DEFICIENT PRIVILEGE LOG.

Talley, Mark C

Wolf, Brandon C

Wolf, Brandon C

Grover, Monica

Shi, Andrew A

Reilly, Kevin J

| | | |
|---|---|---|
| 12.50 | Garnick, Adam J | READ AND REVIEW ALL MATERIALS FOR VREDENBURGH EXPERT DEPOSITION (3.0); BEGIN DRAFTING DEPOSITION OUTLINE FOR VREDENBURGH (7.0); COORDINATE AND OVERSEE FINAL PRODUCTIONS OF DOCUMENTS AHEAD OF CLOSE OF FACT DISCOVERY (2.5). |
| | Otoo, Mary D | |
| | Jacobs, Peter A | |
| 7.60 | Togias, Iason G | COMPOSE 56.1 STATEMENT (4.2); CONFER WITH C. BUZZARD, C. TALLEY, AND B. WOLF RE MOTION FOR SUMMARY JUDGMENT (0.7); CONFER WITH L. CRAIN AND K. REILLY RE DEPOSITION OF M. AUSTIN (0.6); PREPARE FOR DEPOSITION OF M. AUSTIN (2.1). |
| | Dabanka, Elizabeth A | |
| 0.60 | Archambeau, Karsyn | FINALIZE DEPOSITION OUTLINE AND DOCUMENTS FOR LEAH BINDER DEPOSITION. |
| | Archambeau, Karsyn | |
| 0.60 | Archambeau, Karsyn | PROVIDE REAL-TIME ANALYSIS OF DOCUMENTS AND REVISIONS TO OUTLINE RE: LEAH BINDER DEPOSITION. |

| | | |
|---|---|---|
| 3.80 | Archambeau, Karsyn | BEGIN DRAFTING OUTLINE OF DEPOSITION OF MARK RULE. |
| ✕ | Archambeau, Karsyn | ✕ |
| 1.40 | Delwiche, Noah J | EDIT ORDER OF PROOF WITH INSIGHTS FROM KUSH BANERJEE DEPOSITION. |
| 1.30 | Delwiche, Noah J | PREPARE FOR LEAH BINDER DEPOSITION. |
| ✕ | Wang, Laura Y | ✕ |
| ✕ | Wang, Laura Y | ✕ |
| 2.00 | Wang, Laura Y | PARTICIPATE IN C. MCCAULEY DEPOSITION PREPARATION SESSION WITH M.B. MALONEY. |
| 2.00 | Wang, Laura Y | LEAD G. WEST DEPOSITION PREPARATION SESSION WITH MB MALONEY. |
| ✕ | Scott, Spencer E | ✕ |
| ✕ | Womack, Lauren E | ✕ |
| ✕ | Womack, Lauren E | ✕ |

| | | |
|---|---|---|
| ☒ | Womack, Lauren E | ☒ |

**09/23/25**

| 8.50 | Chung, Daniel | PREPARE E. CAZARES FOR DEPOSITION (3.0); REVIEW COURT FILINGS (3.0); REVIEW SOURCE DOCUMENTS (1.5); REVIEW ORDER OF PROOF (1.0). |
|---|---|---|
| 10.80 | Maloney, Mary Beth | PREPARE FOR DEPOSITION OF CYNTHIA MCCAULEY AND REVISE PREPARE FOR GINA WEST DEPO. |
| ☒ | Yang, Betty X | ☒ |
| 2.00 | Crain, Lee R | PREPARE FOR DEPOSITION OF M. AUSTIN, INCLUDING REVIEWING TRANSCRIPT OF P. ROMANO. |
| 9.00 | Hvidt, Scott K | TAKE THE P. ROMANO DEPOSITION. |
| 2.70 | Hvidt, Scott K | WORK ON DEPOSITIONS (2.1); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL (.6). |
| 0.10 | Buzzard, Christine M | PARTICIPATE IN GIBSON SENIOR SYNC STRATEGY CALL. |
| ☒ | Buzzard, Christine M | ☒ |
| 1.00 | Buzzard, Christine M | PARTICIPATE IN MEET AND CONFER CALL WITH M. TAKAGAKI, A. KUNTZ, AND LEAPFROG COUNSEL RE: OUTSTANDING DISCOVERY ISSUES. |

| 0.20 | Buzzard, Christine M | PREPARE FOR MEET AND CONFER CALL WITH LEAPFROG COUNSEL RE: OUTSTANDING DISCOVERY ISSUES. |
|---|---|---|

 Buzzard, Christine M



| 0.30 | Buzzard, Christine M | REVIEW AND ANALYZE REVISED DRAFT FROM A. SHI OF MOTION TO COMPEL PRIVILEGE LOG. |
|---|---|---|

Parks, Allyson E

| 8.20 | Takagaki, Marc Aaron Y | STRATEGIZE WITH K. SIMMONS AND L. WANG RE: G. WEST DEPOSITION PREPARATION (.6); STRATEGIZE WITH M. OTOO AND K. ARCHAMBEAU RE: DRAFTING OUTLINE FOR M. RULE DEPOSITION (.1); ATTEND TEAM MEETINGS RE: CASE STATUS AND STRATEGY (.4); CONFER WITH OPPOSING COUNSEL RE: DEPOSITION NOTICE (.1); REVIEW TRANSCRIPT OF J. HANLON DEPOSITION (.5); REVIEW AND ANALYZE L. BINDER NOTEBOOK (.2); CONFER WITH TEAM RE: PRODUCTION OF SAME (.1); REVIEW ARGUMENTS RE: EXCLUSION OF EXPERT M. RULE (.3); REVIEW AND ANALYZE G. WEST DEPOSITION OUTLINE AND EXHIBITS (1.5); REVIEW AND ANALYZE H. HAVERICAK AND S. MONTGOMERY DEPOSITION TRANSCRIPTS (1.0); TRAVEL RELATED TO G. WEST DEPOSITION PREPARATION AND DEPOSITION (2.5); ATTEND MEET AND CONFER WITH OPPOSING COUNSEL (.7); STRATEGIZE WITH A. GARNICK RE: DOCUMENT PRODUCTIONS (.2). |
|---|---|---|

| | | |
|---|---|---|
| 5.40 | Batista, Robert A | ANALYZE EXPERT REPORTS IN PREPARATION FOR DRAFTING DAUBERT MOTIONS. |
| ☒ | Batista, Robert A | ☒ |
| 8.70 | Simmons, Kevin M | PREPARE FOR CEO DEPOSITION AND DEPOSITION PREPARATIONS (0.1); PREPARE C. MCCAULEY FOR DEPOSITION (8.6). |
| 1.10 | Simmons, Kevin M | WORK WITH BRIEFING TEAM ON MOTION IN LIMINE RE CMS STAR RATING (1.1). |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| 0.30 | Cardone, Emily A | REVIEW AND ANALYZE EXPERT GUIDING PRINCIPLES FOR P. ROMANO DEPOSITION. |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Cardone, Emily A | ☒ |
| ☒ | Kuntz, Andrew V | ☒ |
| 1.20 | Kuntz, Andrew V | REVIEW LEAPFROG'S PRIVILEGE LOG FOR DEFICIENCIES. |

**Invoice Date: October 7, 2025**                                    **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

| 1.00 | Kuntz, Andrew V | DRAFT TALKING POINTS FOR MEET AND CONFER WITH LEAPFROG REGARDING DEFICIENT PRIVILEGE LOG. |
|---|---|---|
| ⊠ | Kuntz, Andrew V | ⊠ |
| 1.20 | Kuntz, Andrew V | CONFER WITH LEAPFROG REGARDING PRIVILEGE LOG DEFICIENCIES. |
| 1.40 | Kuntz, Andrew V | DRAFT CORRESPONDENCE MEMORIALIZING MEETING WITH LEAPFROG REGARDING DEFICIENT PRIVILEGE LOG. |
| ⊠ | Kuntz, Andrew V | ⊠ |
| ⊠ | Wolf, Brandon C | ⊠ |
| ⊠ | Wolf, Brandon C | ⊠ |
| ⊠ | Grover, Monica | ⊠ |
| ⊠ | Shi, Andrew A | ⊠ |
| 6.40 | Reilly, Kevin J | REVISE AUSTIN DEPOSITOIN OUTLINE. |

| 7.10 | Garnick, Adam J | CONTINUE DRAFTING VREDENBURGH DEPOSITION OUTLINE (5.0); OVERSEE AND COORDINATE FINAL PRODUCTION BEFORE CLOSE OF FACT DISCOVERY (2.1). |
|---|---|---|
| 2.70 | Otoo, Mary D | DRAFT MARK RULE DEPOSITION OUTLINE. |
| | Otoo, Mary D | |
| 0.70 | Otoo, Mary D | DRAFT CORRESPONDENCE REGARDING MARK RULE DEPOSITION. |
| | Jacobs, Peter A | |
| 12.60 | Togias, Iason G | CONFER WITH TEAM RE CASE STRATEGY (0.2); PREPARE FOR DEPOSITION OF M. AUSTIN (12.4). |
| 8.50 | Fischer, Alexander M | PREPARE E. CAZARES FOR DEPOSITION WITH D. CHUNG AND K. SIMMONS |
| | Dabanka, Elizabeth A | |
| | Archambeau, Karsyn | |



Archambeau, Karsyn

Archambeau, Karsyn

2.60   Archambeau, Karsyn   CONTINUE DRAFTING DEPOSITION OUTLINE OF M. RULE.

Archambeau, Karsyn

Delwiche, Noah J

Wang, Laura Y

1.30   Wang, Laura Y   ADVANCE DOCUMENTS IN SUPPORT OF LEAPFROG'S DOCUMENT REQUESTS.

Wang, Laura Y

Wang, Laura Y

Scott, Spencer E

Womack, Lauren E

Womack, Lauren E

**Invoice Date: October 7, 2025**                                                                    **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| 09/24/25 | | |
| 6.50 | Chung, Daniel | PREPARE FOR AND DEFEND E. CAZARES DEPOSITION; REVIEW M. AUSTIN DEPOSITION MATERIALS; INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY; REVISE DRAFT ORDER OF PROOF; REVIEW DEPOSITION TRANSCRIPTS |
| 10.90 | Maloney, Mary Beth | PREPARE FOR AND DEFEND C. MCCAULEY (8.2); COMMUNICATIONS WITH TEAM RE ADDITIONAL DOCUMENT PRODUCTIONS (.4); COMMUNICATIONS WITH L. CRAIN AND S. HVIDT RE AUSTIN DEPOSITION STRATEGY (.5); COMMUNICATIONS RE G. WEST PREP (.5); PREP FOR G. WEST DEPO (1.3). |
| | Yang, Betty X | |
| 11.50 | Crain, Lee R | PREPARE FOR DEPOSITION OF M. AUSTIN INCLUDING REVIEWING DOZENS OF DOCUMENTS, REVISING OUTLINE, CONFERRING WITH I. TOGIAS AND K. REILLY. |
| 12.90 | Hvidt, Scott K | WORK ON DEPOSITIONS AND DEPOSITION TASKS. |
| | Buzzard, Christine M | |
| 0.60 | Buzzard, Christine M | REVIEW, ANALYZE, AND COMMENT ON DRAFT AUSTIN DEPOSITION OUTLINE. |
| | Buzzard, Christine M | |

| 9.80 | Takagaki, Marc Aaron Y | REVIEW AND ANALYZE G. WEST DEPOSITION PREPARATION MATERIALS (1.1); ATTEND G. WEST DEPOSITION PREPARATION (8.7). |

| 2.90 | Batista, Robert A | ANALYZE EXPERT REPORTS IN PREPARATION FOR DRAFTING DAUBERT MOTIONS. |

| ☒ | Batista, Robert A | ☒ |

| 0.40 | Simmons, Kevin M | DRAFT EMAILS RE PRODUCING FINAL DOCUMENTS (0.3); DRAFT EMAIL TO M.B. MALONEY RE ACTION ITEMS FROM C. MCCAULEY DEPOSITION PREPARATION (0.1). |

| 7.30 | Simmons, Kevin M | PREPARE R. WEST FOR DEPOSITION (6.2); PREPARE FOR DEPOSITION PREPARATION FOR R. WEST (0.2); READ SUMMARY OF RECENT DEPOSITIONS (0.6); DRAFT EMAIL TO E. CAZARES RE LATEST LEAPFROG GRADE (0.3). |

| ☒ | Cardone, Emily A | ☒ |

| ☒ | Cardone, Emily A | ☒ |

| ☒ | Cardone, Emily A | ☒ |

| 0.60 | Cardone, Emily A | REVIEW AND ANALYZE KEY FLORIDA ALLIANCE DOCUMENTS FOR K. VAN CAULIL DEPOSITION. |

| ☒ | Kuntz, Andrew V | ☒ |

| | | |
|---|---|---|
| | Kuntz, Andrew V | |
| 0.80 | Kuntz, Andrew V | REVISE PRIVILEGE LOG FOR ADDITIONAL PRODUCTIONS. |
| 1.40 | Kuntz, Andrew V | DRAFT CORRESPONDENCE WITH OPPOSING COUNSEL REGARDING PRIVILEGE LOGS. |
| | Wolf, Brandon C | |
| | Grover, Monica | |
| | Shi, Andrew A | |
| 1.90 | Reilly, Kevin J | REVISE M. AUSTIN DEPOSITION OUTLINE (1.0);  REVISE PROF. HARRIS DEPOSITION OUTLINE (0.9) |
| 12.70 | Garnick, Adam J | CONTINUE DRAFTING AND REVISING EXPERT DEPOSITION OUTLINE FOR VREDENBURGH (7.6); REVIEW AND REVISE PRIVILEGE LOGS (2.5); COORDINATE, FINALIZE, AND SERVE ADDITIONAL DOCUMENT PRODUCTIONS (2.5). |
| 3.30 | Otoo, Mary D | DRAFT MARK RULE DEPOSITION OUTLINE. |
| | Jacobs, Peter A | |
| 9.80 | Togias, Iason G | PREPARE FOR DEPOSITION OF M. AUSTIN. |

| 5.10 | Fischer, Alexander M | APPEAR FOR DEPOSITION OF E. CAZARES AS SECOND CHAIR WITH D. CHUNG (4.2); SUMMARIZE DEPOSITION FOR TEAM (.9). |
|---|---|---|
| ⊠ | Dabanka, Elizabeth A | ⊠ |
| ⊠ | Archambeau, Karsyn | ⊠ |
| ⊠ | Archambeau, Karsyn | ⊠ |
| 1.80 | Archambeau, Karsyn | CONTINUE DRAFTING DEPOSITION OUTLINE FOR MARK RULE. |
| 0.90 | Archambeau, Karsyn | DRAFT EMAIL TO OPPOSING COUNSEL RE: DISCOVERY PROTOCOL AND REQUIREMENTS. |
| ⊠ | Archambeau, Karsyn | ⊠ |
| ⊠ | Archambeau, Karsyn | ⊠ |
| ⊠ | Delwiche, Noah J | ⊠ |
| 0.20 | Wang, Laura Y | PREPARE DOCUMENTS IN SUPPORT OF G. WEST DEPOSITION. |
| 1.10 | Wang, Laura Y | ADVANCE DOCUMENTS IN RESPONSE TO LEAPFROG'S REQUESTS FOR PRODUCTION. |
| ⊠ | Womack, Lauren E | ⊠ |

**Due and Payable Upon Receipt**



Womack, Lauren E

09/25/25
4.50    Chung, Daniel

REVIEW DEPOSITION TRANSCRIPTS; REVISE ORDER OF PROOF; INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY; REVIEW EXPERT REPORTS; REVIEW SOURCE DOCUMENTS.

9.50    Maloney, Mary Beth

PREP AND DEFEND GINA WEST AND FOLLOW UP WITH TEAM RE STATUS AND STRATEGY FOR OTHER DEPOSITIONS.

Yang, Betty X

12.00   Crain, Lee R

PREPARE FOR (3) AND TAKE (9) DEPOSITION OF M. AUSTIN.

Hvidt, Scott K

Hvidt, Scott K

7.50    Hvidt, Scott K

TAKE NON-PARTY DEPOSITION.

Buzzard, Christine M



|  |  |  |  |
|---|---|---|---|
| ☒ | Buzzard, Christine M | ☒ | |
| ☒ | Buzzard, Christine M | ☒ | |
| ☒ | Buzzard, Christine M | ☒ | |
| ☒ | Buzzard, Christine M | ☒ | |
| ☒ | Parks, Allyson E | ☒ | |
| 11.80 | Takagaki, Marc Aaron Y | PREPARE FOR G. WEST DEPOSITION (.8); ATTEND G. WEST DEPOSITION (7.7); DRAFT SUMMARY OF G. WEST DEPOSITION (1.6); REVIEW AND ANALYZE M. RULE EXPERT REPORT (.8); STRATEGIZE WITH M. OTOO AND K. ARCHAMBEAU RE: OUTLINE AND EXHIBITS FOR M. RULE DEPOSITION (.1); REVIEW AND ANALYZE OUTLINE FOR M. RULE DEPOSITION (.8). | |
| ☒ | Batista, Robert A | ☒ | |
| 0.30 | Batista, Robert A | ANALYZE CASE MATERIALS IN PREPARATION FOR DRAFTING MOTIONS IN LIMINE AND DAUBERT MOTIONS. | |



Simmons, Kevin M

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Cardone, Emily A

Kuntz, Andrew V

Kuntz, Andrew V

| 1.20 | Kuntz, Andrew V | REVIEW DOCUMENT POPULATION SLATED FOR FINAL PRODUCTION. |
| 0.30 | Kuntz, Andrew V | CONDUCT PRIVILEGE REVIEW OF POTENTIAL DOCUMENT PRODUCTION. |
| 1.10 | Kuntz, Andrew V | REVIEW LEAPFROG'S REVISED PRIVILEGE LOG. |

Kuntz, Andrew V



Grover, Monica

Shi, Andrew A

2.40  Reilly, Kevin J

REVISE HARRISE DEPOSITION OUTLINE.

6.50  Garnick, Adam J

REVIEW, COORDINATE, AND SERVE FINAL DOCUMENT PRODUCTIONS AHEAD OF CLOSE OF FACT DISCOVERY (3.0); REVIEW, REVISE, AND SERVE PRIVILEGE LOGS FOR ALL RECENT PRODUCTIONS (2.5); CONTINUE DRAFTING EXPERT DEPOSITION OUTLINE (1.0).

1.60  Otoo, Mary D

REVISE MARK RULE DEPOSITION OUTLINE.

Jacobs, Peter A

11.30  Togias, Iason G

PREPARE FOR M. AUSTIN DEPOSITION (0.6); CONDUCT M. AUSTIN DEPOSITION (9.0); CONFER WITH L. CRAIN RE M. AUSTIN DEPOSITION (0.6); BEGIN COMPOSING SUMMARY AND ANALYSIS OF M. AUSTIN DEPOSITION (0.8); COORDINATE WITH S. HVIDT AND K. REILLY RE DEPOSITION OF A. HARRIS (0.3).

Conway, Christian L



Dabanka, Elizabeth A

0.70   Archambeau, Karsyn   REVISE DEPOSITION OUTLINE OF MARK RULE RE: INCORPORATING REVISIONS FROM A. PARKS.

Archambeau, Karsyn

2.60   Archambeau, Karsyn   REVISE ORDER OF PROOF RE: LEAH BINDER DEPOSITION.

Archambeau, Karsyn

Archambeau, Karsyn

1.70   Wang, Laura Y   ANALYZE LEAPFROG'S PRIVILEGE LOG FOR DEFICIENCIES.

Scott, Spencer E

Womack, Lauren E

**Invoice Date: October 7, 2025**                                    **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

09/26/25

| | | |
|---|---|---|
| 7.00 | Chung, Daniel | INTERNAL CONFERENCES REGARDING DISCOVERY STRATEGY; REVIEW WITNESS LIST AND RELATED MATERIALS; REVIEW SOURCE DOCUMENTS; REVIEW DEPOSITION TRANSCRIPTS; REVISE ORDER OF PROOF; INTERNAL CONFERENCES REGARDING PRE-TRIAL MOTION STRATEGY. |
| 4.20 | Maloney, Mary Beth | MEETINGS WITH CLIENT RE STRATEGY, REVISE CLIENT UPDATE RE DEPOSITIONS, CALLS WITH TEAM RE STRATEGY, REVISE ORDER OF PROOF. |
| ⊠ | Yang, Betty X | ⊠ |
| 5.10 | Crain, Lee R | PREPARE FOR DEPOSITION OF M. VANDENBERGH (3.25); TEAM STRATEGY CALL RE REMEDY AND WITNESS LIST (1); ATTEND CLIENT CALL AND PREPARE FOR THE SAME (.75). |
| 1.20 | Hvidt, Scott K | EXECUTE VARIOUS DISCOVERY STRATEGY TASKS. |
| 3.90 | Hvidt, Scott K | WORK ON HARRIS DEPOSITION. |
| 1.00 | Hvidt, Scott K | WORK WITH TEAM REGARDING STRATEGY. |
| ⊠ | Buzzard, Christine M | ⊠ |
| ⊠ | Buzzard, Christine M | ⊠ |



Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

0.60    Buzzard, Christine M    DEVELOP STRATEGY TO ADDRESS REMEDY REQUEST ON MOTION FOR SUMMARY JUDGMENT.

Parks, Allyson E

Takagaki, Marc Aaron Y



Batista, Robert A

1.10   Batista, Robert A

DRAFT EMAIL PROVIDING RECOMMENDATION ON STRATEGY FOR MOTIONS IN LIMINE.

Batista, Robert A

Batista, Robert A

Simmons, Kevin M

1.10   Cardone, Emily A

DEVELOP STRATEGY WITH M. MALONEY, L. CRAIN, S. HVIDT, D. CHUNG, A. PARKS, C. BUZZARD, AND M. TAKAGAKI RE WITNESS LIST AND INITIAL DISCLOSURES.

Cardone, Emily A

Cardone, Emily A

0.60   Cardone, Emily A

COORDINATE WITH M. GROVER RE P. ROMANO REDACTED EXHIBITS.

Cardone, Emily A

Cardone, Emily A

Kuntz, Andrew V



Kuntz, Andrew V

Kuntz, Andrew V

Wolf, Brandon C

Grover, Monica

Shi, Andrew A

8.10    Garnick, Adam J

REVIEW VREDENBURGH
PUBLICATIONS AND OTHER
DOCUMENTS AHEAD OF
DEPOSITION (3.5); CONDUCT
LEGAL RESEARCH ON RULE 26
AND OTHER EXPERT DEPOSITION
ISSUES (1.0); CONTINUE DRAFTING
AND REVISING DEPOSITION
OUTLINE (3.5).

Otoo, Mary D

Otoo, Mary D

6.00    Otoo, Mary D

REVISE OUTLINE AND EXHIBITS
FOR MARK RULE DEPOSITION.

Jacobs, Peter A

8.40    Togias, Iason G

COMPOSE SUMMARY AND
ANALYSIS OF M. AUSTIN
DEPOSITION (2.3); PREPARE FOR
DEPOSITION OF A. HARRIS (6.1).

Conway, Christian L

Dabanka, Elizabeth A

Archambeau, Karsyn

Archambeau, Karsyn

1.00    Archambeau, Karsyn

STRATEGIZE WITH C. BUZZARD, M.
TAKAGAKI, R. BATISTA, AND M.
OTOO RE: DEPOSITION OF MARK
RULE AND MOTION IN LIMINE TO
EXCLUDE.

1.00    Archambeau, Karsyn

ANALYZE CASE LAW RE: EXTENT
OF EXPERT DISCLOSURES FOR
MATERIALS RELIED UPON FOR A.
GARNICK.

| | | |
|---|---|---|
| 0.50 | Archambeau, Karsyn | ANALYZE CASE LAW RE: PROPER SCOPE OF REBUTTAL EXPERT REPORT FOR MARK RULE DEPOSITION OUTLINE. |
| 0.80 | Archambeau, Karsyn | COLLABORATE WITH M. OTOO AND M. TAKAGAKI RE: REVISIONS TO MARK RULE DEPOSITION OUTLINE. |
| | Archambeau, Karsyn | |
| 0.20 | Archambeau, Karsyn | COLLABORATE WITH A. GARNICK RE: PREPARING EXHIBITS FOR VREDENBURGH DEPOSITION. |
| 2.40 | Archambeau, Karsyn | REVISE DEPOSITION OUTLINE OF MARK RULE RE: REFINING EXISTING MODULES AND CREATING NEW MODULES. |
| | Archambeau, Karsyn | |
| | Delwiche, Noah J | |
| | Womack, Lauren E | |
| 09/27/25 | Chung, Daniel | |
| | Maloney, Mary Beth | |
| 0.60 | Hvidt, Scott K | PREPARE FOR HARRIS DEPOSITION. |

| | | |
|---|---|---|
| 2.40 | Takagaki, Marc Aaron Y | DRAFT OUTLINE FOR M. RULE DEPOSITION (.8); REVIEW AND ANALYZE M. RULE, S. NICHOLSON, AND A. HARRIS EXPERT REPORTS (.9); REVIEW AND ANALYZE EXHIBITS FOR M. RULE DEPOSITION (.5); STRATEGIZE WITH M. OTOO AND K. ARCHAMBEAU RE: PREPARATION FOR M. RULE DEPOSITION (.2). |
| 3.20 | Otoo, Mary D | REVISE MARK RULE DEPOSITION OUTLINE. |
| 2.00 | Togias, Iason G | PREPARE FOR DEPOSITION OF A. HARRIS. |
| 2.30 | Archambeau, Karsyn | REVISE DEPOSITION OUTLINE OF MARK RULE RE: INCORPORATING COMMENTS FROM M. TAKAGAKI. |

09/28/25

| | | |
|---|---|---|
| 1.20 | Chung, Daniel | REVISE ORDER OF PROOF; REVIEW DEPOSITION TRANSCRIPTS. |
| 0.40 | Crain, Lee R | CONFER WITH A. GARNICK RE STATUS AND STRATEGY OF EXPERT DEPOSITION. |
| 4.80 | Hvidt, Scott K | PREPARE FOR HARRIS DEPOSITION. |

Takagaki, Marc Aaron Y

Talley, Mark C

| | | |
|---|---|---|
| 2.60 | Reilly, Kevin J | REVISE HARRIS DEPOSITION |

| | | |
|---|---|---|
| 12.60 | Garnick, Adam J | SUBSTANTIALLY REVISE AND CONTINUE DRAFTING DEPOSITION OUTLINE FOR VREDENBURGH (10.5); CONFER WITH L. CRAIN REGARDING DEPOSITION OUTLINE (0.5); CONDUCT FACT RESEARCH AND REVIEW DOCUMENTS FOR EXPERT DEPOSITION (1.5). |
| 3.50 | Otoo, Mary D | REVISE MARK RULE DEPOSITION OUTLINE AND EXHIBITS. |
| ☒ | Togias, Iason G | ☒ |
| ☒ | Archambeau, Karsyn | ☒ |
| ☒ | Archambeau, Karsyn | ☒ |
| 1.20 | Archambeau, Karsyn | CONTINUE DRAFTING QUESTIONS FOR MARK RULE DEPOSITION. |

09/29/25

| | | |
|---|---|---|
| 4.50 | Chung, Daniel | REVISE ORDER OF PROOF; REVIEW DEPOSITION TRANSCRIPTS; REVIEW SOURCE DOCUMENTS |
| ☒ | Maloney, Mary Beth | ☒ |
| ☒ | Yang, Betty X | ☒ |
| 8.90 | Crain, Lee R | PREPARE FOR DEPOSITION OF EXPERT. |
| 2.70 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE NOTES FROM HARRIS DEPOSITION (1.2); WORK ON HARRIS DEPOSITION (1.5). |

| | | |
|---|---|---|
| 10.00 | Hvidt, Scott K | DEPOSE A. HARRIS. |
| | Buzzard, Christine M | |
| | Buzzard, Christine M | |
| 4.60 | Buzzard, Christine M | REVIEW AND COMMUNICATE WITH FACT AND BRIEFING TEAM MEMBERS REGARDING FACT GATHERING AND RESULTING ARGUMENTS FOR MOTION FOR SUMMARY JUDGMENT. |
| | Parks, Allyson E | |
| | Takagaki, Marc Aaron Y | |
| 0.20 | Batista, Robert A | CONFER WITH D. CHUNG RE LEGAL RESEARCH ON MOTIONS IN LIMINE. |
| 0.60 | Simmons, Kevin M | READ DEPOSITION SUMMARIES (0.2); DRAFT EMAILS RE REVIEWING CEO TRANSCRIPTS FOR ERRATA (0.3); READ C. MCCAULEY DEPOSITION SUMMARY (0.1). |
| 0.40 | Cardone, Emily A | REVIEW AND ANALYZE HARRIS DEPOSITION SUMMARY. |
| 0.50 | Cardone, Emily A | REVIEW AND REVISE ORDER OF PROOF. |

**Due and Payable Upon Receipt**

| | | |
|---|---|---|
| ☒ | Cardone, Emily A | ☒ |
| 0.70 | Kuntz, Andrew V | REVISE SUMMARY JUDGMENT BRIEF REGARDING LEAPFROG'S DECEPTIVE GRADING PRACTICES. |
| ☒ | Talley, Mark C | ☒ |
| ☒ | Wolf, Brandon C | ☒ |
| ☒ | Grover, Monica | ☒ |
| ☒ | Shi, Andrew A | ☒ |
| 9.50 | Reilly, Kevin J | ATTEND A. HARRIS DEPOSITION. |
| 12.50 | Garnick, Adam J | DRAFT, REVISE, AND FINALIZE DEPOSITION OUTLINE AND EXHIBITS FOR VREDENBURGH DEPOSITION (11.5); COORDINATE CREATION OF AND REVIEW DEPOSITION BINDERS (1.0). |
| 0.60 | Otoo, Mary D | DRAFT CORRESPONDENCE REGARDING MARK RULE DEPOSITION. |
| 9.60 | Otoo, Mary D | TAKE THE DEPOSITION MARK RULE. |
| ☒ | Jacobs, Peter A | ☒ |

| | | |
|---|---|---|
| 5.80 | Togias, Iason G | REVISE SUMMARY AND ANALYSIS OF M. AUSTIN DEPOSITION (0.9); REVISE ORDER OF PROOF (1.8); COMPOSE DRAFT OF 56.1 STATEMENT (3.1). |
| 1.50 | Fischer, Alexander M | REVISE DRAFT ORDER OF PROOF TO INCLUDE DEPOSITION EVIDENCE FROM E. CAZARES DEPOSITION. |

Dabanka, Elizabeth A

| | | |
|---|---|---|
| 1.00 | Archambeau, Karsyn | REVIEW LIVE DEPOSITION TRANSCRIPT OF MARK RULE. |

Archambeau, Karsyn

Archambeau, Karsyn

| | | |
|---|---|---|
| 1.20 | Archambeau, Karsyn | REVIEW ORDER OF PROOF AND COMPILE DOCUMENTS CITED IN SAME WITH E. DABANKA. |

Archambeau, Karsyn



Archambeau, Karsyn

Carrasco, Sophia E

Carrasco, Sophia E

Carrasco, Sophia E

Carrasco, Sophia E

Carrasco, Sophia E

09/30/25 Fackler, Stephen W

Chung, Daniel

Maloney, Mary Beth

Invoice Date: October 7, 2025

Invoice No. 2025103330

Due and Payable Upon Receipt

|  | Yang, Betty X |  |
|---|---|---|
| 11.00 | Crain, Lee R | PREPARE FOR AND TAKE DEPOSITION OF EXPERT. |

Hvidt, Scott K

Hvidt, Scott K

| 3.50 | Hvidt, Scott K | DRAFT, REVIEW AND REVISE EXPERT DEPOSITION SUMMARY (2.7); DRAFT CORRESPONDENCE REGARDING EXPERT DISCOVERY STRATEGY (.8). |
|---|---|---|
| 2.80 | Buzzard, Christine M | REVIEW AND PROVIDE SUBSTANTIVE COMMENTS ON DRAFT MOTION FOR SUMMARY JUDGMENT, INCLUDING TO HIGHLIGHT KEY FACTUAL ASSERTIONS SUPPORTING OUR MOTION. |

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

Buzzard, Christine M

| 2.30 | Buzzard, Christine M | REVIEW AND ANALYZE DEPOSITION TRANSCRIPTS WITH KEY POINTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT. |

Buzzard, Christine M

Buzzard, Christine M

Parks, Allyson E

Takagaki, Marc Aaron Y

| 2.10 | Batista, Robert A | DRAFT LIST OF POTENTIAL ARGUMENTS FOR DAUBERT MOTIONS. |
| 0.30 | Batista, Robert A | CONFER WITH LOCAL COUNSEL RE STRATEGY FOR MOTIONS IN LIMINE. |

| 0.70 | Batista, Robert A | CONDUCT LEGAL RESEARCH RE MOTIONS IN LIMINE. |
|------|-------------------|----------------------------------------------|
| 0.60 | Batista, Robert A | CONFER WITH C. BUZZARD RE STRATEGY FOR MOTIONS IN LIMINE. |
| 0.50 | Simmons, Kevin M | READ SUMMARIES OF RECENT DEPOSITIONS (0.1); ANALYZE DEFENSIVE FACT WITNESS DEPOSITION TRANSCRIPTS (0.4). |
| 2.60 | Simmons, Kevin M | COMMENT ON MOTION FOR SUMMARY JUDGMENT TO RAISE POINTS FROM CEO DEPOSITIONS (2.6). |
| | Simmons, Kevin M | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| | Cardone, Emily A | |
| 0.70 | Cardone, Emily A | REVIEW AND REVISE SUMMARY JUDGMENT MOTION FOR M. DANFORTH EVIDENCE. |
| | Cardone, Emily A | |
| 0.60 | Cardone, Emily A | REVIEW AND ANALYZE RULE DEPOSITION SUMMARY AND TRANSCRIPT. |



Kuntz, Andrew V

Talley, Mark C

Wolf, Brandon C

Grover, Monica

Shi, Andrew A

Reilly, Kevin J

| 9.00 | Garnick, Adam J | FINAL PREPARATION FOR VREDENBURGH DEPOSITION (1.5); ATTEND AND PARTICIPATE IN DEPOSITION OF VREDENBURGH (7.5). |
| 0.70 | Otoo, Mary D | DRAFT CORRESPONDENCE REGARDING MARK RULE DEPOSITION. |

Otoo, Mary D

| 1.10 | Otoo, Mary D | DRAFT ANALYSIS OF MARK RULE DEPOSITION. |
| 2.70 | Otoo, Mary D | REVIEW AND ANALYZE MARK RULE TRANSCRIPT FOR MOTION IN LIMINE. |

Togias, Iason G

Fischer, Alexander M

Conway, Christian L

Dabanka, Elizabeth A

Archambeau, Karsyn

| 0.70 | Archambeau, Karsyn | COORDINATE WITH M. TAKAGAKI, K. REILLY, AND I. TOGIAS RE: THIRD PARTY PRODUCTIONS AND FOLLOW-UP. |

| | | |
|---|---|---|
| ☒ | Archambeau, Karsyn | ☒ |
| 0.10 | Archambeau, Karsyn | COLLECT DOCUMENT FOR SUPPLEMENTAL PRODUCTION FOR M. TAKAGAKI. |
| ☒ | Archambeau, Karsyn | ☒ |
| ☒ | Archambeau, Karsyn | ☒ |
| 0.90 | Archambeau, Karsyn | REVIEW DRAFT MOTION FOR SUMMARY JUDGMENT RE: EVIDENCE TO RELY ON. |
| ☒ | Archambeau, Karsyn | ☒ |
| 0.20 | Delwiche, Noah J | CONFER WITH D. CHUNG RE LEAPFROG'S FINANCES. |
| ☒ | Delwiche, Noah J | ☒ |
| ☒ | Delwiche, Noah J | ☒ |
| ☒ | Carrasco, Sophia E | ☒ |

LEAPFROG DISPUTE
64230-01116

Detail Costs/Charges:

Litigation support vendors
09/28/25

09/29/25

09/29/25

Out-of-town travel
09/29/25

09/30/25

Meals
09/28/25

09/29/25

**Invoice Date: October 7, 2025**                                          **Invoice No. 2025103330**

**Due and Payable Upon Receipt**

09/29/25

09/29/25

09/30/25

09/30/25

09/30/25



Online research
09/29/25          480.00          WOLF,BRANDON     09/29/25    64230-01116
                                  WESTLAW RESEARCH AND PRINTING CHARGES

09/30/25          120.00          BATISTA,ROBERT A     09/30/25    64230-01116
                                  WESTLAW RESEARCH AND PRINTING CHARGES

09/30/25          360.00          CONWAY,CHRISTIAN     09/30/25    64230-01116
                                  WESTLAW RESEARCH AND PRINTING CHARGES

09/30/25          480.00          SHI,ANDREW    09/30/25    64230-01116    WESTLAW
                                  RESEARCH AND PRINTING CHARGES

09/30/25          840.00          WOLF,BRANDON     09/30/25    64230-01116
                                  WESTLAW RESEARCH AND PRINTING CHARGES

Litigation support vendors
09/29/25

Out-of-town travel

**Invoice Date: October 7, 2025**                              **Invoice No. 2025103330**

**Due and Payable Upon Receipt**







09/30/25



**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**October 31, 2025**

**Invoice No. 2025107776**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through September 30, 2025**

| | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|
| 64230-01116   Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
| **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
| **Current Balance Due** | | | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.

**Invoice Date: October 31, 2025**                                        **Invoice No. 2025107776**

**Due and Payable Upon Receipt**

**GIBSON, DUNN & CRUTCHER LLP**
**200 Park Avenue**
**New York, New York  10166-0193**

**Federal Taxpayer ID** ⊠

**October 31, 2025**

**Invoice No. 2025107776**

<u>**REMITTANCE COPY**</u>

**To ensure proper crediting, please send this copy in the enclosed envelope.**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240

**For Services Rendered and Costs/Charges Advanced Through September 30, 2025**

|  |  | Services Rendered | Costs/ Charges | Totals |
|---|---|---|---|---|
| 64230-01116 | Leapfrog Dispute | $ ⊠ | $ ⊠ | $ ⊠ |
|  | **Totals** | $ ⊠ | $ ⊠ | $ ⊠ |
|  | **Current Balance Due** |  |  | $ ⊠ |

**Remit By Wire To:**
Wells Fargo Bank
333 South Grand Avenue
Los Angeles, CA  90071-1515
Name of account: Gibson, Dunn & Crutcher LLP
Account No: ⊠
ABA No:  121000248
Attn: Treasury Department
*Please include the client number and the proper attorney to notify in the wire instructions.*

**Remit By Mail To:**
Gibson, Dunn & Crutcher LLP
PO Box 840723
Los Angeles, CA  90084-0723

Please enclose the remittance copy of this invoice with your payment in the enclosed Reply Envelope to ensure proper credit.

Please note that payments received after the invoice date are not reflected.
For assistance with your account, please contact us at 213-229-7333 or cbilling@gibsondunn.com.
**Invoice Date: October 31, 2025**                                             **Invoice No. 2025107776**

**Due and Payable Upon Receipt**

Ms. Nancy Troncalli
Legal Department Cost Control
Tenet HealthSystem
13737 Noel Road
Suite 100
Dallas, TX  75240


LEAPFROG DISPUTE
64230-01116

| COSTS/CHARGES | TOTAL |
|---|---|
| DEPOSITION FEES | $ 2,915.00 |
| DOCUMENT RETRIEVAL SERVICE | 148.20 |
| LODGING | |
| MEALS | |
| MESSENGER AND COURIER EXPENSE | |
| ON-LINE RESEARCH (LEXIS) | 273.28 |
| OUTSIDE PROCESS SERVER | |
| OUTSIDE SERVICES/CONSULTANTS | |
| SPECIALIZED RESEARCH | 49.87 |
| TRANSCRIPTS/DIGESTING | 19,871.00 |
| TRAVEL - AIR & RAIL | |
| TRAVEL - TAXI & OTHER MODES/MILES | |

**Total Costs/Charges**

**BALANCE DUE**  $



**Invoice Date: October 31, 2025**          **Invoice No. 2025107776**

**Due and Payable Upon Receipt**

LEAPFROG DISPUTE
64230-01116

Detail Costs/Charges:

<u>Deposition transcripts</u>

| | | |
|---|---|---|
| 09/30/25 | 2,915.00 | VENDOR: VERITEXT LLC INVOICE#: 8671960 DATE: 9/30/2025  DEPOSITION FEES/VIDEO OF KAREN JUPITER. |

<u>Litigation support vendors</u>

| | | |
|---|---|---|
| 09/23/25 | 6.60 | PACER USAGE SEPTEMBER 2025. |
| 09/30/25 | 99.00 | VENDOR: FASTCASE INC INVOICE#: INV-72175 DATE: 9/30/2025  INV.# INV-72175/DOCUMENT RETRIEVAL SERVICE/DOCKET ALARM - 2025 Q3 PACER FEES. |
| 09/30/25 | 42.60 | PACER USAGE SEPTEMBER 2025. |

<u>Out-of-town travel</u>

09/24/25

09/24/25

09/24/25

09/25/25

**Invoice Date: October 31, 2025**          **Invoice No. 2025107776**

**Due and Payable Upon Receipt**

09/29/25

09/29/25

Meals
09/22/25

09/22/25

09/22/25

09/23/25

09/23/25

09/23/25





09/23/25

09/24/25

09/24/25

09/24/25

09/24/25

09/25/25

09/25/25

09/25/25

**Due and Payable Upon Receipt**



09/25/25

09/25/25

09/28/25

09/28/25

09/29/25

09/29/25

09/29/25

Delivery service/messengers
09/28/25

09/28/25

09/28/25

Online research
09/22/25          273.28          SCOTT, SPENCER   09/22/25   64230-01116   LEXIS RESEARCH

Litigation support vendors
09/23/25

Other professionals
09/30/25

Online research
09/22/25          49.87          TLO USAGE SEPTEMBER 2025.

Deposition transcripts
09/11/25          2,995.50          VENDOR: MLS PARENT HOLDINGS LLC DBA MAGNA TRIALG INVOICE#: 1662530 DATE: 9/11/2025 TRANSCRIPTS/DIGESTING/CERTIFIED TRANSCRIPT

09/23/25          11,405.40          VENDOR: VERITEXT LLC INVOICE#: 8655455 DATE: 9/23/2025  TRANSCRIPTS/DIGESTING/DEPOSITION OF LAUREN BAILEY

09/30/25          5,470.10          VENDOR: VERITEXT LLC INVOICE#: 8670642 DATE: 9/30/2025  TRANSCRIPTS/DIGESTING/DEPOSITION OF KAREN VAN CAULIL.

Out-of-town travel
09/11/25

**Invoice Date: October 31, 2025**                    **Invoice No. 2025107776**

**Due and Payable Upon Receipt**







09/26/25

<u>Out-of-town travel</u>
09/05/25

09/11/25

09/11/25

09/18/25

09/18/25

09/19/25

09/21/25





09/21/25

09/22/25

09/22/25

09/22/25

09/22/25

09/22/25

09/22/25

09/23/25



09/23/25

09/23/25

09/24/25

09/24/25

09/24/25

09/24/25

09/24/25

09/24/25



09/24/25

09/24/25

09/24/25

09/24/25

09/24/25

09/24/25

09/24/25

09/25/25



09/25/25

09/25/25

09/25/25

09/25/25

09/26/25

09/26/25

09/27/25

09/27/25



**Invoice Date: October 31, 2025**

**Invoice No. 2025107776**

**Due and Payable Upon Receipt**







09/30/25

09/30/25

09/30/25

09/30/25

**Invoice Date: October 31, 2025**

**Invoice No. 2025107776**

**Due and Payable Upon Receipt**