UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-80526-MIDDLEBROOKS

GOOD SAMARITAN MEDICAL CENTER, INC., et al.,

        Plaintiffs,

v.

THE LEAPFROG GROUP,

        Defendant.

_____/

## ORDER ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

THIS CAUSE comes before the Court upon Plaintiffs' Motion for Attorneys' Fees, filed on May 15, 2026 (DE 225), and the Defendant's Motion to Summarily Deny or Alternatively Hold in Abeyance Plaintiffs' Motion for Attorneys' Fees, filed on the same day (DE 227). On March 6, 2026, I entered an Order following Bench Trial, finding in favor of Plaintiffs as to their only Count alleging that Defendant violated the Florida Deceptive and Unfair Trade Practices Act (FDUTPA). Fla. Stat. § 501.201 *et seq*. (DE 212). I entered Final Judgment on April 3, 2026. (DE 214). Defendant has appealed that decision. (DE 221).

As exhibited in the briefing on Defendant's Motion, the Parties disagree on whether the Plaintiffs' Motion was timely filed. Plaintiffs filed their Motion in accordance with Local Rule 7.3, which mandates that a motion for attorneys' fees be "filed and served within sixty (60) days of the entry of the final judgment regardless of ... appellate proceedings." Defendants, on the other hand, contend that the Motion is premature by virtue of FDUTPA's statutory language permitting a prevailing party to receive fees "after judgment in the trial court and exhaustion of all appeals." Fla. Stat. § 501.2105(1). Nevertheless, I find that this dispute need not be resolved because, in the interest of conserving valuable judicial resources and in the interest of efficiency, the Parties'

dispute regarding attorney fees is best resolved *after* the appeal has concluded. Accordingly, it hereby **ORDERED AND ADJUDGED** that:

1. Plaintiffs' Motion for Attorneys' Fees (DE 225) is **DENIED WITHOUT PREJUDICE** and Plaintiffs may re-file their Motion, if appropriate, upon the conclusion of the appeal.

2. Defendant's Motion to Summarily Deny or Alternatively Hold in Abeyance Plaintiffs' Motion for Attorneys' Fees (DE 227) is **DENIED AS MOOT.**

**SIGNED** in Chambers in West Palm Beach Florida, this *12* day of June, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc.

Counsel of Record